IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO.: |
| | ) |
| KEITH BERMAN, | ) |
| | ) ORDER |
| Defendant. | ) |
| | ) |

## ORDER TO SEAL INDICTMENT AND RELATED DOCUMENTS

Before the Court is the United States' Motion to Seal Indictment and Related Documents. For the reasons stated in the motion, the Court **GRANTS** the motion.

The Court hereby orders that the Clerk seal the Indictment, the file copy of the warrant, defendant information sheet, this motion, the Court's order regarding this motion and any other documents filed in this case that would identify the defendant, except when necessary to provide certified copies of the Indictment to the Department of Justice, or to allow the United States Marshals Service to release certified copies of the arrest warrant to the case agent or other appropriate law enforcement and/or to the Department of Justice, upon verbal request of the Department of Justice to the United States Marshals Service, without further order of the Court.

The Court furthers orders that the Clerk unseal the documents described herein without further order when the named defendant is taken into custody.

So ordered this December 15, 2020.

_____
HON. ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE