AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 20-cr-278 |
| Keith Berman | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America.

Date: 12/18/2020

/s/ Justin Weitz
*Attorney's signature*

Justin Weitz
*Printed name and bar number*

1400 New York Avenue NW
Washington DC 20009

*Address*

justin.weitz@usdoj.gov
*E-mail address*

(202) 598-8084
*Telephone number*

*FAX number*