# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 1:20-cr-00278-TNM** |
| v. | : | |
| | : | |
| **KEITH BERMAN** | : | |
| | : | |
| **Defendant.** | : | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

    The United States of America, by and through its undersigned counsel, hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case.  The United States and counsel for defendant have reached an agreement as to the proposed protective order.  Therefore, the United States is authorized to represent to the Court that the defendant does not oppose this motion or the entry of the attached protective order.

                                          Respectfully submitted,

                                          DANIEL S. KAHN
                                          Acting Chief, Fraud Section
                                          Criminal Division

                     By:    /s/ Christopher Fenton
                           Christopher Fenton (NY #4215992)
                           Trial Attorney, Fraud Section
                           Criminal Division
                           United States Department of Justice
                           1400 New York Ave. NW
                           Washington, DC 20005
                           (202) 320-0539
                           christopher.fenton@usdoj.gov

CERTIFICATE OF SERVICE

      I certify that on January 21, 2021, I filed a true and correct copy of the foregoing with the Clerk of Court via ECF, and that I separately provided a copy of the filing via email to counsel for the defendant in this action.

                                              /s/ Christopher Fenton
                                       Trial Attorney, U.S. Department of Justice