AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 20-cr-278 |
| Keith Berman | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America.

Date: 01/22/2021

*/s/ Jacob Foster*
*Attorney's signature*

Jacob Foster
*Printed name and bar number*

1400 New York Avenue, NW
Washington DC 20005
*Address*

jacob.foster@usdoj.gov
*E-mail address*

(202) 615-6521
*Telephone number*

*FAX number*