# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 1:20-cr-00278-TNM |
| v. : | |
| : | |
| KEITH BERMAN : | |
| : | |
| Defendant. : | |

## RULE 12.4 DISCLOSURE STATEMENT

The United States of America, by and through its undersigned counsel, states that Decision Diagnostics Corp. is an organizational victim of the criminal activity alleged in the indictment in the above-captioned matter. Based on the government's investigation to date, Decision Diagnostics Corp. does not have a parent corporation and there is no publicly held corporation that owns 10% or more of Decision Diagnostics Corp.'s stock.

> Respectfully submitted,
>
> DANIEL S. KAHN
> Acting Chief, Fraud Section
> Criminal Division
>
> By:  /s/ Christopher Fenton
> Christopher Fenton
> Trial Attorney
> Jacob Foster
> Assistant Chief
> Justin Weitz
> Principal Assistant Deputy Chief
> Fraud Section, Criminal Division
> United States Department of Justice
> 1400 New York Ave. NW
> Washington, DC 20005
> (202) 320-0539
> christopher.fenton@usdoj.gov

CERTIFICATE OF SERVICE

      I certify that on January 25, 2021, I filed a true and correct copy of the foregoing with the Clerk of Court via ECF, and that I separately provided a copy of the filing via email to counsel for the defendant in this action.

                                                    /s/ Christopher Fenton
                                      Trial Attorney, U.S. Department of Justice