# Exhibit 2

**From:** [redacted]
**Sent:** Thursday, February 18, 2021 5:19 PM
**To:** Racimo, Misty (CRM)
**Subject:** Text messages Keith Berman

5:16
LTE
KB
Keith Z
Text Message
Thu, Feb 11, 10:50 PM
The general concensus is to tell your nail lady that you have given her two interviews and you are uncomfortable and need to consult with an attorney
Thank you and good bye
Friday 12:22 AM
Saturday 10:57 AM
Happy Saturday! Get those bills paid. When are you thinking of reconnecting with Gitte
Text Message


5:15
LTE
KB
Keith Z
doj ruined our relationship with the clia lab
And they are trying to ruin our relationship with you
Well then the timeline is in your favor. That should be , or could be done well before February 24 and a an established relationship with a new clia lab could be backing you and that would be huge also.
I am supporting something that can help a pandemic. Something I deal with in my everyday life at work especially. I will do what I can to help
Isn't it ironic that the
Text Message


5:14
LTE
KB
Keith Z
One other than yours?
No both are iurs
Great
Just now received great news from Korea and I will write to you in 10 minutes
The koreans have a plan, a good plan
They will take the big stuff, figure out what version looks like it will work best
Then they will take about 30% of one vial of virus and dilute it 1 to 30 into a chemical that will remove the virus from the big solution
Text Message






DOJ-BERMAN_043879


5:15
LTE
KB
Keith Z
do what I can to help
Isn't it ironic that the postal inspector could care less about that
We will see. Time will tell. I don't know her but as far as her personally I think she is just doing her job. I can't speak for the rest of the team against you
It is also ironic that the questions they asked you and Shelly are not directly related to me, but to the company and product which are not part of the indictment
What job is that
What is asked of her
Text Message




Saturday 9:13 PM






DOJ-BERMAN_043881


5:14
LTE
KB
Keith Z
indictment
What job is that
What is asked of her
Trying to make anyone who helps the company quit and become government witnesses
I don't know I just hope there are some good people on the other side
See it for what it is
Fair, is the word
I do
I hope there are respectable, fair , people on the prosecutions side.
Text Message


5:16
LTE
KB
Keith Z
No covid in Naples apparently
That is not 25%
No masks, good looking girls
Nirvana
At least one good looking girl
Yes
Text Message


5:14
LTE
KB
Keith Z
people on the other side
See it for what it is
Fair, is the word
I do
I hope there are respectable, fair , people on the prosecutions side.
Are you kidding
Their plea offer was 9.5 years
I know. Stay positive
I believe, submission this week, approval to follow shortly after and then things really can take a turn with indictment
Do you agree
Text Message


5:16
LTE
KB
Keith Z
No masks, good looking girls
Nirvana
At least one good looking girl
Yes
Monday 6:29 PM
Do you think submission and clearance overseas will help your case at all
Totally
Because it is true that the sec ruined our relationship with the fda just like the doj ruined our relationship with the clia lab
Text Message


5:14
LTE
KB
Keith Z
I know. Stay positive
I believe, submission this week, approval to follow shortly after and then things really can take a turn with indictment
Do you agree
Let's see what the koreans give us
Absolutely
They are working on 2 projects
One other than yours?
No both are iurs
Great
Text Message


5:14
LTE
KB
Keith Z
and dilute it 1 to 30 into a chemical that will remove the virus from the big solution
They will then take impedance values of the removed virus and if the CV is good they will then spike the saliva
Great pkan
Plan
All done in 48 hours
Awesome
Hopefully done done . Like submit done. Then good things happen
Yep
Text Message


5:14
LTE
KB
Keith Z
Yep
Tuesday 2:26 PM
You should set something up with gutter for early next week to kick things around
Ok
I'll get into her schedule and look. Tuesday or Wednesday?
Tuesday 10:15 with Gitte
Your time
Tuesday 4:40 PM
Do yiu want just the antigen preparations
Text Message


5:14
LTE
KB
Keith Z
Tuesday 8:57 PM
I ordered RSV, influenza A,B, Enterovirus, and mycoplasma pneumoniae
Great
Thanks
Received new kits but no meters
Correct
Meters next week after programming
But look at the sleeve in the kits
Oh, ok. I misunderstood. I'll check them out
Text Message


5:14
LTE
KB
Keith Z
I'll check them out
Great idea lengthening the sensor, much easier to handle
Yesterday 7:16 PM
Never thought I would know what time it is in South Korea at any given moment
Wait, it gets worse
How?
I have to keep track of the exchange rate of the Korean won
Lol
Sounds like a blast
Text Message