# Exhibit 3

From: ████████████
Date: Monday, December 21, 2020
Subject: Re: So far I count 34
To: kberman

Will do! I didn't ck again. I will though

On Monday, December 21, 2020 Keith <kberman@decisiondiagnostics.net> wrote:
let me know when it gets to 75 or 80

then they will take it seriously

On 12/21/2020 5:17 PM, ████████████ wrote:
>
> Hi.
>
> So far I counted 34 but I'm sure there are more that are part of other
> fb threads. Some people said they tweeted XPRIZE.

>

--
This email has been checked for viruses by AVG.
https://www.avg.com

DOJ-BERMAN_043892

CONFIDENTIAL

From: KMB
Date: Tuesday, December 22, 2020
Subject: Re: Got the kit! Thank you!
To: ████████

good... are you at 100 yet?

On 12/22/2020 3:22 PM, ████████ wrote:

--
This email has been checked for viruses by AVG.
https://www.avg.com

DOJ-BERMAN_043893

CONFIDENTIAL