# Exhibit 4











Case 1:20-cr-00278-TNM   Document 15-4   Filed 04/06/21   Page 7 of 11



https://www.facebook.com/groups/2401005873541770/user/100056695334894   6/10

DOJ-BERMAN_043899

12/22/2020 (4) ███████ | Facebook





12/22/2020 | Facebook

12/22/2020　　　　　　　　　　　　　　　　　Facebook

DOJ-BERMAN_043903