# Exhibit 5

4/6/2021 DECN to Announce Various Testing Results This Week for Its COVID-19 GenViro! Swift Kit | DECN - Decision Diagnostics Corp. | News | …

Case 1:20-cr-00278-TNM Document 15-5 Filed 04/06/21 Page 2 of 5

# OTC Markets

AboutBlogOTCIQ  IQ

- Market Activity
- Corporate Services
- OTC Link ATS
- Market Data
- Learn
- About
- Blog

Quote

Stock Screener

| OTC MARKETS TOTALS | SECURITIES 12,138 | DOL $8 |

Market Activity / Stock / DECN / News / -

# DECN
Decision Diagnostics Corp.
Common Stock

Overview | Quote | Company Profile | Security Details | News | Financials | Disclosure | Research

Caveat Emptor
Expert Market

✓ Verified Profile 03/2021

Transfer Agent Verified

DAILY ADVANCERS

### Subscribe to Our Newsletter

Stay up to date on the latest company news, industry trends and regulatory changes that affect our markets and learn about members of our community.

Enter your email    SIGN UP

## OTC DISCLOSURE & NEWS SERVICE

### DECN to Announce Various Testing Results This Week for Its COVID-19 GenViro! Swift Kit

Press Release | 12/21/2020

*The company and its CEO thank supporters and remain fully committed; company will also provide a series of GenViro! test results it has amassed demonstrating the technology's promise*

**LOS ANGELES, CA / ACCESSWIRE / December 21, 2020 /** Decision Diagnostics Corp. (OTC PINK:DECN) www.decisiondiagnostics.co, a leading manufacturer and worldwide distributor of diabetic test strips engineered to operate on legacy glucose meters through its subsidiary Pharma Tech Solutions, Inc., as well as the designer and manufacturer of the proposed GenViro! Covid-19 :10 test kits, today announced it is proceeding with final testing of the GenViro! Covid-19 Saliva Swift Kit and will continue in its efforts to bring this valuable technology to market. Initially, the company will be releasing a series of test results collected from its Korean partner, from the detailed XPRIZE sample testing and as it becomes available, from its US-based testing, all of which will be submitted to the FDA for EUA consideration and, to the extent required, regulators in various foreign countries.

At this time, the company and its CEO Keith Berman want to thank its loyal supporters and assure them that the substantial efforts and resources the company has

devoted to getting GenViro! this far will continue. The company believes the release of nearly completed testing results will confirm what it has previously reported; Despite the consistent efforts of outsiders, the Saliva Swift Kit will deliver the efficacy the company has been predicting.

The most recent example of outside interference the company and its CEO have experienced involves the XPRIZE competition. As previously announced, the Company had advanced in the XPRIZE competition. Just days before the decision on finalists was to be made, the company was asked by the XPRIZE committee to provide its GenViro! package inserts, meter User's Guide, training video, a 100 word essay describing the efficacy of the product, and a team member picture, not later than Monday December 21, a clear indication that GenViro! could be expected to advance another level in the competition. However, within hours of that request, the same "posters" who have for years maligned and defamed the company and Mr. Berman on public message boards, indicated that they would inform XPRIZE of the governmental filings against Mr. Berman. While we do not presently know exactly what information was provided to XPRIZE, two hours after the message board taunts were posted, the company's contest agent was informed by XPRIZE that DECN would not be selected as a finalist, even though the requested information had been provided, thereby depriving the company of not only a significant potential source of revenue but public accreditation/validation of the test kit. This timing cannot be coincidental and appears to represent the latest example of the extent to which these individuals will go to damage the company, Mr. Berman and most significantly its numerous shareholders .

**ABOUT DECISION DIAGNOSTICS CORP**

Decision Diagnostics Corp. is the leading manufacturer and worldwide distributor of diabetic test strips engineered to operate on legacy glucose meters for both humans and animals. DECN's products are designed to operate efficiently and less expensively on certain glucose meters already in use by almost 7.5 million diabetics worldwide and with similar legacy devices for animal testing. With newly inspired technology, and diabetic test strips already in the final stages of development, DECN products compete on a worldwide scale with legacy manufacturers currently selling to 71+ percent of a $15+ billion at-home testing market.

The company's new GenViro!™ products designed to test for Covid-19 in humans are not yet available in the United States and Puerto Rico and hopefully should be available there soon. Emergency (EUA) Waivers are in process with the U.S. FDA with additional submissions to take place in the near future. The company has a

4/6/2021 DECN to Announce Various Testing Results This Week for Its COVID-19 GenViro! Swift Kit | DECN - Decision Diagnostics Corp. | News | …

Case 1:20-cr-00378-TNM Document 15-5 Filed 04/06/21 Page 4 of 5

signed agreement with an FDA and CLIA certified US, Pennsylvania-based testing partner to complete testing per current FDA guidelines and continues to look forward to the FDA authorization of its EUAs.

The same data that will be produced by the company's Pennsylvania testing partner will be used for submissions to the EU, Russian Federation and elsewhere. The company will also use data provided by its Korean R&D and contract manufacturing partner as part of their extensive product development schedule as well as the recently reported and better than anticipated XPRIZE testing results that have been submitted for consideration as yet a third validation of the testing methodology.

Beyond the testing, the company has received word from several of its large GenUltimate! blood glucose product distributors who are seeking to have GenViro! added to their Amazon product offerings upon FDA approval. Currently, Amazon only offers special licenses for point of care and professional use medical products, which would preclude the individual use GenViro! Kit from being available on Amazon, even after FDA approval is secured. The pet test kit will not require a special Amazon license.

**The company continues to recruit and accept applications from prospective domestic and international distributors. Inquiries can be directed to:** info@decisiondiagnostics.co.

**Forward-Looking Statements:**

This release contains the company's forward-looking statements which are based on management's current expectations and assumptions as of December 21, 2020, regarding the company's business and performance, its prospects, current factors, the economy, and other future conditions and forecasts of future events, circumstances, and results.

CONTACT INFORMATION:

Decision Diagnostics Corp.
info@decisiondiagnostics.co
www.genultimate.com
www.genultimatetbg.com
www.pharmatechdirect.com

ADDITIONAL CONTACT INFORMATION:

Decision Diagnostics Corp.
Shep Doniger 561-637-5750
sdoniger@bdcginc.com

**SOURCE:** Decision Diagnostics Corp.

4/6/2021 DECN to Announce Various Testing Results This Week for Its COVID-19 GenViro! Swift Kit | DECN - Decision Diagnostics Corp. | News | …

Case 1:20-cr-00378-TNM Document 15-5 Filed 04/06/21 Page 5 of 5

View source version on accesswire.com:
https://www.accesswire.com/621860/DECN-to-Announce-Various-Testing-Results-This-Week-for-Its-COVID-19-GenViro-Swift-Kit

< Back to News Headlines

### Other Financial Information

Recent News & Disclosure Filings  >

Recent SEC Filings  >

| QUOTE | SYMBOL<br>OTCM | LAST<br>40.00 | CHANGE<br>-0.38 (-0.94%) | BID<br>39.50 | ASK<br>40.00 | VOLUME<br>0 | TIME<br>00:00 |
|---|---|---|---|---|---|---|---|

Contact
Careers
Market Hours
Glossary

© 2021 OTC Markets Group Inc.   Terms of Service   Linking Terms   Trademarks   Privacy Statement   Risk Warning   Supported Browsers   Do Not Sell My Personal Information