# EXHIBIT B



U.S. Department of Justice

Criminal Division

---

*Fraud Section*   *Justin Weitz*   1400 New York Ave., N.W.
*Acting Principal Asst. Chief*   Bond Building, 3rd Floor
*Justin.weitz@usdoj.gov*   Washington, D.C. 20530

June 13, 2021

**<u>Via E-mail</u>**
Walter P. Loughlin, Esq.
340 West 57th Street
Suite 5D
New York, NY 10019
Counsel for Defendant Keith Berman

Re:   **<u>United States v. Keith Berman, No. 1:20-CR-00278-TNM</u>**

Dear Counsel:

We are writing in response to your letter dated June 7, 2021, regarding the government's ongoing investigation in this matter. The government respectfully declines your request to explain the motivations for steps taken during a grand jury investigation.

The prosecution team is mindful of its obligations regarding potentially privileged communications obtained in the course of a criminal investigation. For this reason, the government has maintained a filter review process as part of this investigation, and it is my understanding that the Fraud Section's Special Matters Unit has been in contact with you regarding any potentially privileged materials.

Please feel free to contact us if there are additional matters you wish to discuss.

Sincerely,

*/s/*
Christopher Fenton, Trial Attorney
Justin Weitz, Acting Principal Asst. Chief
U.S. Dept. of Justice, Fraud Section

cc:  Ronald Herzog, Esq.