UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 1:20-cr-00278-TNM |
| v. | : | |
| | : | |
| KEITH BERMAN, | : | Filed Under Seal |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

The United States of America, through undersigned counsel, respectfully submits this motion for leave to file a document under seal. The government attaches here, as Exhibit 1, its sealed response in opposition to defendant Keith Berman's letter motion for discovery (Dkt. No. 24). The government proposes to file this response under seal, since it "is in connection with a grand jury subpoena." *See* Local Criminal Rule 6.1 ("A motion or application filed in connection with a grand jury subpoena or other matter occurring before a grand jury, all other papers filed in support of or in opposition to such a motion or application, and all orders entered by the Court in connection therewith, shall be filed under seal."). While the defendant's motion does not directly deal with a pending grand jury matter, out of an abundance of caution, the government respectfully requests leave of court to file its response under seal.

Respectfully submitted,

JOSEPH S. BEEMSTERBOER
Acting Chief, Fraud Section
Criminal Division

By: /s/ Justin Weitz
 Christopher Fenton

1

                    Trial Attorney
                    Justin Weitz
                    Acting Principal Assistant Chief
                    Fraud Section, Criminal Division
                    United States Department of Justice
                    1400 New York Ave. NW
                    Washington, DC 20005
                    (202) 598-8084
                    Justin.weitz@usdoj.gov

## CERTIFICATE OF SERVICE

  I certify that on June 27, 2021, I filed a true and correct copy of the foregoing with the Clerk of Court via ECF.

                /s/ Justin Weitz