UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


------------------------------------------------------x

UNITED STATES OF AMERICA

                              Plaintiff,                     No. 1:20-CR-00278-TNM

            v.

KEITH BERMAN,

                              Defendant.

------------------------------------------------------x


DEFENDANT' MOTION TO FILE REPLY TO GOVERNMENT'S
OPPOSITION TO DEFENSE MOTION FOR DISCOVERY


        Defendant Keith Berman, through undersigned counsel, respectfully submits this motion

for leave to file the above-captioned document under seal, pursuant to Local Rule 6.1 because the

Defendant's Reply to the Government's Opposition is "in connection with a grand jury subpoena."


                                    Respectfully submitted,


                                    */s/ Walter P. Loughlin*
                                    Walter P. Loughlin
                                    340 West 57th Street
                                    Suite 5D
                                    New York, New York 10019
                                    (230) 2163445
                                    walter.loughlin@gmail.com

                                    Counsel for Defendant Keith Berman