AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cr-00278-TNM |
| Keith Berman | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 07/13/2021

s/ Vijay Shanker
*Attorney's signature*

Vijay Shanker / DC Bar 468857 / DDC 259146
*Printed name and bar number*

United States Department of Justice
Criminal Division
950 Pennsylvania Ave., NW
Washington, DC 20530
*Address*

vijay.shanker@usdoj.gov
*E-mail address*

(202) 353-0268
*Telephone number*

(202) 305-2121
*FAX number*