IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------x

UNITED STATES OF AMERICA,

        Plaintiff,

v.                               No. 1:20-CR-000278 TNM

KEITH BERMAN,               **NOTICE OF MOTION**

        Defendant.

------------------------------------------------------x

PLEASE TAKE NOTICE that upon the annexed Memorandum of Points and Authorities in Support of Defendant Keith Berman's Pretrial Omnibus Motions, and the exhibits annexed thereto, the Defendant Keith Berman will move this Court, as soon as this matter can be heard, for an Order granting these motions, for a hearing on them, as requested, and for such other and further relief as the Court deems just and proper.

Dated: July 27, 2021
New York, New York

           /s/ Walter P. Loughlin
           Walter P. Loughlin, Esq. (DC Bar No. NY0433)
           340 West 57th Street
           Suite 5D
           New York, York 10019
           Tel. (203) 216-3445

           Ronald S. Herzog, Esq.
           Goldberg Segalla LLP
           50 Main Street
           Suite 425
           White Plains, New York 10606
           Tel. (914) 798-5419

           *Counsel for Defendant Keith Berman*