# Exhibit B

**UNITED STATES OF AMERICA**
**Before the**
**SECURITIES AND EXCHANGE COMMISSION**

**SECURITIES EXCHANGE ACT OF 1934**
**Release No. 88735 / April 23, 2020**

The U.S. Securities and Exchange Commission announced the temporary suspension, pursuant to Section 12(k) of the Securities Exchange Act of 1934, of trading of the securities of Decision Diagnostics Corp. (DECN) (CIK No. 0001144225), of Westlake Village, California at 9:30 a.m. EDT on April 24, 2020, and terminating at 11:59 p.m. EDT on May 7, 2020.

The Commission temporarily suspended trading in the securities of DECN because of questions regarding the accuracy and adequacy of information in the marketplace since at least March 3, 2020.  Those questions relate to, among other things, (i) DECN's statements claiming to have "technology perfected" to allow it to manufacture and sell a COVID-19 test kit that would provide results "in 15 seconds, based on a small finger prick blood sample," and (ii) DECN's sales forecasts for the COVID-19 test kit that up to 525 million test kits would be sold in the first year of production.

The Commission cautions brokers, dealers, shareholders, and prospective purchasers that they should carefully consider the foregoing information along with all other currently available information and any information subsequently issued by the company.

Further, brokers and dealers should be alert to the fact that, pursuant to Rule 15c2-11 under the Exchange Act, at the termination of the trading suspension, no quotation may be entered unless and until they have strictly complied with all of the provisions of the rule.  If any broker or dealer has any questions as to whether or not he has complied with the rule, he should not enter any quotation but immediately contact the staff in the Division of Trading and Markets, Office of Interpretation and Guidance, at (202) 551-5777.  If any broker or dealer is uncertain as to what is required by Rule 15c2-11, he should refrain from entering quotations relating to DECN's securities until such time as he has familiarized himself with the rule and is certain that all of its provisions have been met.  If any broker or dealer enters any quotation that is in violation of the rule, the Commission will consider the need for prompt enforcement action.

If any broker, dealer or other person has any information that may relate to this matter, they should immediately contact Anita B. Bandy, Associate Director, at (202) 551-4746. The Commission appreciates the assistance of the Financial Industry Regulatory Authority.