IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------x
UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                  No. 1:20-CR-000278 TNM

KEITH BERMAN,

        Defendant.
------------------------------------------------------x

**PROPOSED ORDER**

        This matter came before the Court on Defendant Keith Berman's Omnibus Pretrial Motions to Dismiss Counts Two, Three, and Four of the above-captioned Indictment on multiple grounds; for motions in limine precluding the admissibility of uncharged similar act evidence, of certain expert testimony, and of evidence of securities or wire fraud after April 23, 2020; and for a bill of particulars.

        It is hereby ORDERED that:

        Argument on these motions, and an evidentiary hearing, if appropriate, will be held on _____, 2021, at_____.

SO ORDERED.

Date_____, 2021