# Exhibit 1A

# HO-14029

# *Berman, Keith - Vol. I.O09.294568-HQ-21*

*10/9/2020 1:16 PM*

Condensed Transcript

**Prepared by:**

David Misler
HO-14029

Monday, October 26, 2020

Page 21
1 addresses that you regularly used over the last three
2 years, and they are [redacted] and
3 kberman@decisiondiagnostics.net. Do you see that?
4    A   Yes.
5    Q   Do you have any other email accounts?
6    A   I do not.
7    Q   Does anyone have access to your -- either of
8 these email accounts besides yourself?
9    A   You mean other than the major hack that
10 occurred here at the business --
11       MR. HERZOG: I think he means authorized --
12       THE WITNESS: -- which is part of our 550
13 argument?
14       BY MR. MISLER:
15    Q   Mr. Berman, my question is have you provided
16 access to either of your email accounts to anybody --
17    A   No.
18    Q   -- besides yourself?
19    A   No.
20    Q   Have you ever given your email account
21 passwords to anybody?
22    A   No.
23    Q   On page 3 of Exhibit 64, No. 12, you were
24 asked to list all internet message boards or discussion
25 forums including but not limited to Money Maker Group,

Page 22
1 PNQI message board, Investors Hub Daily of which you are
2 a member or on which you posted any messages at any time
3 during the last three years. You left that blank. Do
4 you see that?
5    A   Yeah. I've not been part of Money Maker, PNQI
6 or Investors Hub Daily.
7    Q   And what about any other internet message
8 boards or discussion forums? Have you posted anything
9 to any others?
10    A   I'm just not going to talk about internet
11 message board posting. My life has been made a living
12 hell by message board posters. I'm just -- my car has
13 been vandalized. The office has had windows broken. My
14 son has been followed by message board posters. I'm
15 just not going to talk about it.
16    Q   And that was not my question --
17    A   I know, but you're barking up the wrong tree,
18 Mr. Misler.
19    Q   My question to you us have you made any posts
20 on any internet --
21    A   You have my answer.
22    Q   -- message board --
23    A   You have my answer.
24       MR. MISLER: Mr. Berman -- I want the record
25 to reflect that Mr. Berman is interrupting me and not

Page 23
1 answering the question. I'll ask it one more time.
2       BY MR. MISLER:
3    Q   Mr. Berman, is it your testimony that you are
4 not a member of any internet message boards or
5 discussion forums?
6       MR. MISLER: Let the record reflect that the
7 witness has refused to answer the question.
8       MR. HERZOG: He's answered it.
9       THE WITNESS: You may not like the answer, but
10 I answered it.
11       MR. MISLER: He has refused to answer the
12 question. He went on a long discourse that was
13 unresponsive to the answer. I'm happy to move on at
14 this point in time.
15       THE WITNESS: And that is a self-serving
16 comment.
17       BY MR. MISLER:
18    Q   We're on page 8 of Exhibit 64, which describes
19 your formal educational background. Mr. Berman, what
20 type of degree did you obtain from St. Louis University?
21    A   No degree.
22    Q   You didn't obtain a degree?
23    A   Say that again.
24    Q   Do you have a Bachelor of Science and an
25 M.B.A. from Indiana University Bloomington?

Page 24
1    A   I do.
2    Q   Have you obtained any other degrees?
3    A   No.
4    Q   Do you have any other formal education?
5    A   No.
6    Q   Do you have any science or medical training?
7    A   Lots of it.
8    Q   And can you please explain to us your science
9 training?
10    A   I've worked at companies that are -- that are
11 and were in the in vitro diagnostics field off and on
12 mostly on for 40 years, 40-plus years. And my job was
13 as a new products program manager where we developed
14 major in vitro diagnostic products not that different
15 than what we do here at Pharma Tech Solutions, and along
16 the way you learn an awful lot in 40 years. You deal
17 constantly with science, scientists, engineers. I
18 managed those people. I hired those people, and I
19 launched those products.
20    Q   And apart from observing those individuals
21 over your career do you have any formal science
22 training?
23       MR. HERZOG: Objection to the form. He didn't
24 say he observed them.
25       BY MR. MISLER: