Exhibit 1B

## BACKGROUND QUESTIONNAIRE

**Please respond to the following questions in the space provided. If you need additional space for any response, you may attach additional pieces of paper.**

Today's date: _8/28/2020_

1. What is your full name?   Keith Morgan Berman

2. Have you ever been known by any other name?   Yes __ No ✗

   If yes, list each such name and the period(s) in which you were known by that name.

   _____
   _____
   _____

3. Date and Place of Birth?   ████████████████████████████

4. Country of Citizenship?   USA

5. Marital Status?   Married __   Divorced __   Single ✗

   If you have ever been married, state for each marriage: (i) the date(s) of the marriage; (ii) the name of your spouse; (iii) your spouse's birth name, if different; (iv) your spouse's age; and (v) your spouse's occupation.

   _____
   _____
   _____

6. List the names, ages and occupations of your children, if any.

   _____
   _____
   _____

7. List all residences you occupied at any time during the last three years, including vacation homes, beginning with your current residence. For each residence, state the address, dates of residence, and all telephone numbers (including facsimile numbers) listed at that address.

   ████████████████████████
   ████████████████████████
   ████████████████████████

Background Questionnaire
Page 3

personal correspondence, the time period in which it was active, and the name of the
software application(s) (*e.g.*, GTalk, ICO, MSN Messenger) you used to access it.

What's app ██████████████

12. List all internet message boards or discussion forums (including, but not limited to,
    Money Maker Group, PNQI Message Board, Investors Hub Daily) of which you were a
    member or on which you posted any messages at any time during the last three years.
    For each message board or discussion forum, state the service provider and your member
    name or identification information.

## PUBLICLY-HELD COMPANIES

13. Are you now, or have you ever been, an officer or director of any publicly-held
    company?  Yes X  No __

    If yes, identify each such company, its CUSIP, and any exchange on which it is or was
    listed, and state your positions (including membership on any Board or management
    committees) and the dates you held each position.

    Decision Diagnostics Corp, 243443 108
    President, ICEO & Director

14. Are you now, or have you ever been, a beneficial owner, directly or indirectly, of five per
    cent or more of any class of equity securities of any publicly held company?  Yes X No

    If yes, identify each such company, its CUSIP, and any exchange on which it is or was
    listed, and state the amount, percentage, and dates of your ownership.

    See above