# Exhibit 3



U.S. Department of Justice

Criminal Division

*Fraud Section*  Washington, D.C. 20530

February 17, 2021

**VIA E-MAIL**
Ronald S. Herzog, Esq
Goldberg Segalla
655 Main Street
Buffalo, NY 14203

    Re:    United States v. Berman, 1:20-cr-00278 (D.D.C.)
              Expert Disclosure

Dear Counsel:

    This letter serves as an expert disclosure pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G).  In its case-in-chief, the Government anticipates calling Thomas I. Carocci, Esq., who serves as Assistant General Counsel with the Financial Industry Regulatory Authority's ("FINRA") Criminal Prosecution Assistance Group.

    We anticipate that Mr. Carocci will testify about the securities markets, including its structure and operations; stocks, options, and other financial instruments at issue in this matter and trading and market practices related thereto; mandatory securities filings; and the effect of market-moving events on stock price and volume. Mr. Carocci may further testify about the trading involved in the securities fraud scheme charged in the Indictment in this matter.

    Mr. Carocci's testimony will be based on his training and experience in securities market regulation and compliance, which he has obtained in several decades of employment by FINRA, the National Association of Securities Dealers, and at private financial institutions.  Enclosed are an index of Mr. Carocci's prior federal and state trial testimony, Bates-stamped DOJ-BERMAN_043861 and Mr. Carocci's resume, Bates-stamped DOJ-BERMAN_043859-60.

    Mr. Carocci has not been retained by Government counsel and will testify in his capacity as an employee of FINRA.  Accordingly, the Government has no retainer agreement with Mr. Carocci.

    The Government reserves the right to supplement this disclosure in advance of trial. Further, as previously requested, to the extent Defendants intend to introduce testimony under Federal Rules of Evidence 702, 703, or 705, please provide the applicable disclosures pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C).

    Please do not hesitate to contact us if you have any questions.

Sincerely,

DANIEL KAHN
Acting Chief, Fraud Section

By:    /s/ *Justin D. Weitz*

Christopher Fenton, Trial Attorney
Justin D. Weitz, Principal Assistant Chief
Criminal Division, Fraud Section
United States Department of Justice

cc: Walter Loughlin, Esq. (via email: walter.loughlin@gmail.com)