Exhibit 4



**U.S. Department of Justice**

Criminal Division

---

*Fraud Section*                                      *Washington, D.C. 20530*

April 14, 2021

**VIA E-MAIL**
Ronald S. Herzog, Esq
Goldberg Segalla
655 Main Street
Buffalo, NY 14203

      Re:    <u>United States v. Berman</u>, 1:20-cr-00278 (D.D.C.)
               Expert Disclosure

Dear Counsel:

This letter serves as a supplemental expert disclosure pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G).  As detailed in our February 17, 2021 disclosure, in its case-in-chief, the Government anticipates calling Thomas I. Carocci, Esq., who serves as Assistant General Counsel with the Financial Industry Regulatory Authority's ("FINRA") Criminal Prosecution Assistance Group.

As previously stated, we anticipate that Mr. Carocci will testify about the securities markets, including their structure and operations; stocks, options, convertible notes/securities, and other financial instruments at issue in this matter and trading and market practices related thereto; mandatory securities filings; and the effect of market-moving events on stock price and volume. Mr. Carocci may further testify about the trading involved in the securities fraud scheme charged in the Indictment in this matter.

Specifically, Mr. Carocci may testify about trading by specific shareholders (including victims), the effect of market-moving events such as press releases and periodic disclosures and reports issued by Decision Diagnostics Corp. on stock prices, and the use by Mr. Berman, Alpha Capital Anstalt, and others of stock sales, convertible notes/securities, and offerings to benefit Mr. Berman.

Mr. Carocci's testimony will be based on his training and experience in securities market regulation and compliance, which he has obtained in several decades of employment by FINRA, the National Association of Securities Dealers, and at private financial institutions.  Previously, we provided Mr. Carocci's *curriculum vitae* and other relevant documents to you.

Mr. Carocci has not been retained by Government counsel and will testify in his capacity as an employee of FINRA.  Accordingly, the Government has no retainer agreement with Mr. Carocci.

In addition, we anticipate the possibility of dividing Mr. Carocci's testimony into two distinct segments, with Mr. Carocci providing an overview of the securities markets towards the beginning of the government's case-in-chief, before reviewing relevant trading later in the government's case-in-chief.  Mr. Carocci has testified in this fashion before, *see, e.g.*, *United States v. Mower*, 2:09-cr-00460 (D. Ut.) (2015).  Please let us know by April 30, 2021 if you intend to object should the government choose to divide Mr. Carocci's testimony into two parts.

The Government reserves the right to supplement this disclosure in advance of trial.  Further, as previously requested and required by the Court's previous orders, to the extent Defendant intends to introduce testimony under Federal Rules of Evidence 702, 703, or 705, please provide the applicable disclosures pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C).

Please do not hesitate to contact us if you have any questions.

Sincerely,

DANIEL KAHN
Acting Chief, Fraud Section

By:   */s/  Justin D. Weitz*_____
        Christopher Fenton, Trial Attorney
        Justin D. Weitz, Principal Assistant Chief
        Criminal Division, Fraud Section
        United States Department of Justice

cc:  Walter Loughlin, Esq. (via email: walter.loughlin@gmail.com)