AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia ☑

| | |
|---|---|
| United States of America<br>v.<br>Keith Berman | )<br>)<br>)<br>)<br>)<br>) |

_____
Defendant

Case: 1:20-cr-00278
Assigned to: Judge Trevor N. McFadden
Assigned Date: 12/15/2020
Description: INDICTMENT (B)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Keith Berman                                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
15 U.S.C. §§ 78j & 78ff; 17 C.F.R. § 240.10b5 (securities fraud);
18 U.S.C. §§ 1001 (false statement)

Zia M. Faruqui
2020.12.15 16:52:26
-05'00'
_____
*Issuing officer's signature*

Date:     12/15/2020

City and state:     Washington, DC

Zia M. Faruqui, United States Magistrate Judge
_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 12/15/2020 , and the person was arrested on *(date)* 12/17/2020<br>at *(city and state)* West lake Village, CA . |
| Date: 8/10/2021          _____<br>                                  *Arresting officer's signature*<br><br>                                  Craig Schneider, Special Agent<br>                                  *Printed name and title* |