# EXHIBIT A

follow suit. Although there have been several maleficent individuals who aim to hurt and even destroy this company, there are many more supporters. Individual shareholders have taken it upon themselves to write detailed letters in support of the company and the product and then sent it to the authorities. They did it at their own free will. There are many more supporters than opposers. Thank you for your valuable time.

Humbly and sincerely,

Michael Triglia

DOJ-BERMAN 043905

| | |
|---|---|
| From: | michael triglia |
| To: | Fenton, Christopher (CRM) |
| Cc: | Racimo, Misty (CRM) |
| Subject: | US vs Berman victim 1 |
| Date: | Sunday, April 25, 2021 9:27:45 PM |
| Attachments: | To whom it may concern.docx |

Hello Mr. Fenton,

I have attached a document for your viewing. I was interviewed by Miss Racimo on three separate occasions. I have been an open book and have been as transparent as I could for your team and would always continue to be. I was referred in the case documents as a victim and just wanted to reiterate my position, which has always been neutral with regards to the case against him, with the sole interests of helping with a pandemic and of course gain a return on a chosen investment. I was never a victim but actual felt I was fortunate to be a part of something great if the product made it. I hope you understand why I felt the need to clarify my position. Thank you for your time.

Sincerely,
Michael Triglia

**From:** **Fenton, Christopher (CRM)** Christopher.Fenton@usdoj.gov
**Subject:** US v. Berman, 20-cr-278-TNM (DDC): Production of Discovery
**Date:** April 26, 2021 at 12:59 PM
**To:** Herzog, Ronald S. (Ron) rherzog@goldbergsegalla.com, Walter Loughlin walter.loughlin@gmail.com
**Cc:** Weitz, Justin Justin.Weitz@usdoj.gov, Ryon, Emily (CRM) Emily.Ryon@usdoj.gov

Ron and Pat – Please see the attached production cover letter and accompanying production, which consists of two attachments to this email.  Please confirm receipt.  Thank you.

Christopher Fenton
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Bond Building
Washington, DC 20530
202.320.0539
christopher.fenton@usdoj.gov

April 23, 2021

Dear Mr. Fenton,

     My name is Michael Triglia, referred to as Victim 1 in the court case of The United States vs. Keith Berman. In this letter I hope to clarify my position as I see it, and always have since I became involved as an investor and ultimately and advocate and usher, so to speak, towards the success of a product that I have always believed in. A product that touched me personally and I felt it could help the world fight against this horrible and unfortunate pandemic. Now due to overseas regulatory clearance of the product with the CE mark, Genviro, countries will put it to use to attempted to get their lives back to some sort of normal.

     I am by occupation, a nurse anesthetist. Part of my job at the hospital at which I am employed, besides administering anesthesia, is managing people with failing airways in emergent scenarios. When the virus hit the states, then eventually hit my healthcare institution, myself and my colleagues were required to put ourselves and our families, due to our exposure, at risk. Covid patient intubations for failed airways became a relentless, ongoing distress call in the hospital. I was an overnight call person and was awakened by these requests to manage these patients regularly. I recall finishing up with intubating of a Covid patient who had went into respiratory failure and then looking down the length of the ICU unit hallway to see special PPE stands in the front of every patient room. I asked the ICU nurse if those are for all infectious disease patients. She replied, no, they are all Covid-19 patients. The floor was full of them, and every other ICU unit.

     When I stumbled upon the ticker symbol DECN and started researching their Covid product, not only did I want it for myself, family and community, but I knew the technology would be groundbreaking. I also knew it was risky. From that point I did what I could do to help get this product out to the public. I still, donate my time, with no immediate or definite reward, monetary or from a health standpoint. During my three separate conversations with the postal inspector Misty Racimo, I was always completely transparent and stressed that I believe in the product and Mr. Berman and I never have considered myself a victim. I am not legally knowledgeable by any means and very well could be ignorant to certain terms used in court documentation, and the title victim may be used loosely in certain circumstances. I still believe this company and product will help the world. If I can help and be a part of that even in a small way, I am more than pleased. The technology is real and now recognized overseas as real. They will put this product to work to help their country. Hopefully, our country will