# EXHIBIT B

From: **michael triglia** mtriggs72@yahoo.com
Subject: Fwd: XPRIZE
Date: September 14, 2020 at 10:49 AM
To: Keith kberman@decisiondiagnostics.com



Sent from my iPhone

Begin forwarded message:

> **From:** michael triglia <mtriggs72@yahoo.com>
> **Date:** September 14, 2020 at 10:47:28 AM EDT
> **To:** sdoniger@bdcginc.com
> **Subject: XPRIZE**
>
> Hello Mr. Doniger,
> Besides this email I will forward the email from XPRIZE stating that we are semifinalist. The contest is six months long ending at the end of the year. There were over 700 contestants submitting their covid tests internationally. We are one of the total 200 selected to move forward. The grand prize is 5 million dollars. At this point they will send test samples to Mr. Berman's lab of choice to be tested with Genviro. From those results 20 contestants will be chosen to move on to the finals. Please email or call me with any other questions.
>
> Sincerely,
> Michael Triglia CRNA
> 330-881-3139
>
> Sent from my iPhone