# EXHIBIT C



# Development of a Biosensor for virus detection

2020.03.12

The Bio Co.,Ltd.

Lee Won Young

# 1. Summary.

## Purpose of Development

 Development of virus detection biosensor system based on impedance spectroscopy

**Background**

Currently, there is no technology that can sense viruses in our daily environment. Existing virus detection methods are focused on diagnosing infected individuals. We investigated the use of impedance spectroscopy for highly sensitive and accurate virus detection based on the nonlinear effect of electrophoretic and dielectrophoretic forces on the virion during measurement to enhance both sensitivity and selectivity. The approach involves applying a sufficiently strong electric field to cause inter-electrode virion movement and allow control of the orientation in the case of non-spherical virions. This active perturbation of the virion allows nonlinear measurement of its properties.

This method has two key potential advantages: the ability to continuously monitor the environment, and to detect unspecified viruses and mutants, since biological information on genomes or receptors is not required. A high-sensitivity, accurate virus sensor based on direct measurement of physical properties would enable long-term, continuous virus monitoring.

We investigated the use of impedance spectroscopy for highly sensitive and accurate virus detection based on the nonlinear effect of electrophoretic and dielectrophoretic forces on the virion during measurement to enhance both sensitivity and selectivity. The approach involves applying a sufficiently strong electric field to cause inter-electrode virion movement and allow control of the orientation in the case of non-spherical virions. This active perturbation of the virion allows nonlinear measurement of its properties.

## 2. Description of design



**A. Device design-1**
- Cross-sectional schematic views of the fist measurement device. The device is basically fabricated on a quartz substrate patterned with two nanogap electrodes, a polydimethylsiloxane (PDMS) sheet forming the measurement chamber wall, and a glass plate as the chamber lid. The nanogap electrodes were patterned with an Au (250 nm)/Ti (1 nm) layer in strip fabricated by photolithographic lift-off, and the strip was then cut to form opposing electrodes with an intervening nanogap using a focused ion beam.



**B. Device design-2**
- The second device is the new universal antibody-modified nanocrystalline boron-doped diamond biosensor for the direct detection of the viral particles at ultralow concentrations. Polyclonal anti-M1 antibodies (aM1) against the M1 protein, the universal biomarker of influenza virus, are attached to the surface of the diamond electrode. Capturing the M1 protein results in electrochemical impedance spectra changes.



**C. Device design-3**
The third system for virus detection consists of a measuring instrument and a test strip. The meter acts as an indicator that applies voltage to the test strip and measures the impedance for the electrochemical reaction that occurred on the test strip. The test strip contains a sample and a space for reaction, and serves to send a signal generated through the reaction to

# GenViro Development Summary

2020.03.23

The Bio

The Bio no longer mentions GenViro's design concept. We will proceed with the development process according to the GenViro design presented by Pharmatech Solutions. Design changes occurring during the development process will be made with the approval of Pharmatech Solutions.

This report records the contents of the development process, requests, schedules, etc. according to "GenViro! PP Revision Product Description" today.

## 1. Summary of strip design

| Strip size(mm) (H x W x D) | 5.5 x 29.5 x 0.6 | |
|---|---|---|
| Base material | 350um white PET film | |
| Electrode material | Au | |
| Spacer material | 115um Double sided adhasive PET film | |
| Cover material | 100um Hydrofillic PET film | |

- We need detailed design information to print the electrodes. [redacted] vings or numerical data for **the Eelectrode structure depicted in sky blue.**
- Based on this, we will create a GenViro strip design drawing. My answer to this is on the next page.

If ablating a thin (50-75 nm) Pt film is possible, please provide detail methods. None of our partners can do this.

I completed several GenViro drawings below with a GenUltimate strip design as a template to search how to screen printing and laser scribing to form a serpentine gap. We contacted our partners with the completed drawings.



A serpentine gap is likely to be possible from 200 to 250 microns by screen printing method. And, using a smaller mesh size(600 mesh size) is expected to be able to print below 100um.
In the case of the laser scribing company we contacted (probably expected to be a UV/visible laser), we received a reply that the serpentine gap would be between 70um to 100um.

Therefore, if The Bio produces GenViro electrode, it is expected that the serpentine gap can be produced within 70 ~ 250um. However, it is expected to be difficult to produce below 70um.

## 2. Electrode preparation

- For Au electrode printing, the following gold paste wil[...]ted by screen printing technique.

**SunChemical**
a member of the DIC group
Color & Comfort

Gwent Electronic Materials Ltd.
Monmouth House, Mamhilad Park
Pontypool, Torfaen, NP4 0HZ.
United Kingdom
+44 1495 750505
GBPP-Sales@sunchemical.com

My answer to this is on the next page.

### PRODUCT INFORMATION SHEET

| C2041206P2 |
|---|
| Gold Paste |

**PRODUCT DESCRIPTION**
This paste is a screen printable gold polymer paste designed as a working electrode in electrochemical biosensors. This is used as a working electrode in Medical Diagnostics, Environmental Sensor and the 'Agri-Food' Industries, in conjunction with our counter electrodes and reference electrodes.

**Product Benefits**
Suitable for Self-assembled monolayers, DNA and Immuno-sensors.

**PROCESSING**

**Screen Printing Equipment**
Automatic, Semi-Automatic, manual

**Ink Screen Life**
>3 hours

**Screen Types**
Stainless steel, polyester, mesh 230-325tpi

**Typical Drying Conditions**
80°C in a Box Oven for 30 minutes.

**PHYSICAL PROPERTIES**

| Solids Content at 700°C | 80.0 - 82.0 % |
|---|---|
| Viscosity Haake RS1 C20/2° TiL at 230 sec⁻¹ at 25°C. | 14.5 - 18.0 Pa s |
| Coverage Using a 230 mesh stainless steel screen | 90 cm² per g |
| Sheet Resistivity Printed through 230 stainless steel mesh with 13micron emulsion, dried at 80°C | 80 mΩ/square at 25°C |
| Cured Thickness Printed through 230 stainless steel mesh with 13micron emulsion | Typical 15 microns ±2 microns |

**SAFETY AND HANDLING**

- The above gold paste is $ 50.00 per 1g, and the minimum amount required for each production is 100g. It will take three weeks for us to receive this product.

   We are looking for products with shorter delivery dates and lower prices. However, there are no manufacturers producing gold paste in Korea, so the first sample production will proceed with this product.

- When produced with 100g of gold paste, the total quantity of 50T vial that can be produced is expected to be 20 ~ 30 vial. The unit price of 50T 1vial produced in this way is $ 240.00 per vial, and the unit price of 1 strip is $ 4.80. Of course, the unit cost will be lowered in mass production, but at least 5 to 10 times higher than GenUltimate.

For the paste manufacturers used by The Bio, there is no place to sell the platinized carbon paste. Now we have to choose between Pt and Au. Therefore, we hope to receive the manufacturer and product number of the platinized carbon paste.

We will make a GenViro sample strip when the electrode design and electrode manufacturing method are determined and the paste material is prepared. This is due to paste supply problems, so it seems to be at least 4 weeks later.

In Korea, we are going to contact if there are possible laboratories to conduct the GenViro strip test. However, unless we work with Korean government research institutes, we expect it to be difficult. Therefore, if The Bio makes a GenViro strip, it may be necessary to think about which of the following locations is suitable for testing for virus detection: the United States and Korea.

I will confirm the number of the impedance module used in the TBG meter, and reply with an email tomorrow about the measurable frequency range along with the specification sheet.

## 3. Signal detection method

- The signal detection method is as follows.

- The sensor is slid into the meter's connector and then the sensor is inoculated with the sample. Sample Volume is 1-2 µL. Using an AC voltage (500 mV pp) signal, frequencies (100 kHz to 10 MHz) are identified where the target particles respond. The test time is expected to be less than 15 seconds.



## 4. Reagent

- As GenViro's reagent, 10mM PBS and detergent (0.05% tween 20) will be used.
  Please let me know if there are any buffers and reagents that are recommended for use.

## 5. Samples and tests

- Whole blood from a finger prick will be used as a sample. Normal human blood will be used as a base signal or negative control.

- Performance test will be conducted according to EUA guideline such as Limit of detection, sensitivity, and specificity. To develop GenViro to distinguish between positive and negative for virus, and to evaluate the performance of the developed GenViro, a positive sample containing virus or positive control is required.

- <u>2) If the virus detection test is performed by The Bio, we hope to answer what sample can be used as a positive c</u>

My answer to this is

## 6. Schedule

- The expected sample production and test schedules are as follows.

| | 1st week | 2nd week | 3rd week | 4th week | 5th week | 6th week | 7th week | 8th week |
|---|---|---|---|---|---|---|---|---|
| Au paste supply | | | | | | | | |
| Electrode drawing | | | | | | | | |
| Electrode printing | | | | | | | | |
| Strip production | | | | | | | | |
| Establishment of Signal detection method | | | | | | | | |
| Performance TEST | | | | | | | | |

## 7. Remarks

- <u>**3) Please provide the form or question about the FDA response that the bio needs to complete.**</u>

- We request that Pharmatech Solutions provide as much detailed design information as possible about GenViro.

- In the case of Au electrode, a large amount of cost is required for strip sample production. Therefore, it is necessary to test various possible electrode structures when making them once possible. If Pharmatech Solutions has other possible electrode structures, please send them further.

- The Bio will develop in full accordance with GenViro designed by Pharmatech Solutions. In addition, we will make possible efforts to increase the GenViro's success. However, we will not be held liable for failure resulting from device design.