# EXHIBIT 3

| | |
|---|---|
| From: | KMB <kberman@decisiondiagnostics.net> |
| Sent: | Thursday, March 19, 2020 6:46 PM |
| To: | dykim |
| Subject: | Re: GenViro! |

```
Here's the wire confirmation.  I am sorry I sent it.

We have received the following transfer request on March 19, 2020:
*******************************************
Item #:    292503222
Amount:    $100,000.00
To:        The Bio Co., Ltd
Fee:       $40.00
Service:   International
*******************************************
```

Keith,

let me talk to The Bio...

As per my conversation yesterday, they would approch and reply you based on their confirmation study.
Without their assurance, they feel difficult to present even paper works such as bench test schedule.

No matter the results of successful development of GenViro but you need to have some documents from The Bio, they can work on it.
But if it is responsible documents for approval FDA, they keep saying need have  confidences at least how initial work to do their electrode.
Also, The Bio only can see possibility by antigen-antibody applications but not fingerstick.


BR
Daniel



-------- 원본 이메일 --------
발신: KMB <kberman@decisiondiagnostics.net>
날짜: 20/3/20 오전 2:56 (GMT+09:00)
받은 사람: dykim <dykim@uni-care.co.kr>
제목: Re: GenViro!

None of the 5 are finger prick... they are all doing laboratory applications ... none have completed their application... all are now FDA aproved....  the approval was in a matter of days...

1

we are not those types of companies

I have been telling you for two weeks that I had a bad feeling about this... The Bio did what the Bio does... they chose a more traditional approach and told you it would take 6 months to recreate what 30 companies already do...

the fact that it is a totally different process is The Bio's problem...

we are a diabetic test strip... whatever gave them the impression we would ever consider an analyzer based solution... 5-6 months to do that type of product would really be 1 60 day project because the market would be gone

I am shocked and not a bit happy


    Keith,

    if the Genviro will be able to test by fingerstick blood plasma application, it
    should totally different concept.
    Do you have these testing methods about 5 companies in ths news?


    BR
    Daniel



    -------- 원본 이메일 --------
    발신: KMB <kberman@decisiondiagnostics.net>
    날짜: 20/3/20 오전 1:48 (GMT+09:00)
    받은 사람: dykim <dykim@uni-care.co.kr>
    제목: Re: GenViro!

Daniel,

I need to get over my anger first.  Same old The Bio.  There are 5 companies in the news that are talking about fingerstick blood plasma applications.

    Keith

    Do you think the blood sample will be worked in GenViro?


    BR
    Daniel



    -------- 원본 이메일 --------
    발신: KMB <kberman@decisiondiagnostics.net>

날짜: 20/3/19 오전 9:43 (GMT-08:00)
받은 사람: dykim <dykim@uni-care.co.kr>
제목: Re: GenViro!

I think an antigen/antibody product is unsalable .... that will make it a hospital laboratory or commercial laboratory product... sample preparation...  a total waste of our time redesigning what 30 better capitalized companies already do

Keith,

The following your email about blood sample on the GenViro, I'm confusing about this question.

As described on last The Bio's initial report and shown concept, the GenViro is using antigen-antibody sample, not blood.
Do you think that the GenViro is testable by blood sample?

BR
Daniel


-------- 원본 이메일 --------
발신: KMB <kberman@decisiondiagnostics.net>
날짜: 20/3/20 오전 1:04 (GMT+09:00)
받은 사람: dykim <dykim@uni-care.co.kr>
제목: GenViro!

Daniel,

I need to move so quickly on this GenViro because of all of the work
that goes into a new product outside of the product itself... things
like UPC numbers and FDA UDI.  So, information I need immediately is:

1. how long is the test expected take from the time blood is applied to
the test strip

3

2. how much blood will be needed

3. will the meter supply any statiscits converning probability
percentage og false positive an/or false negative?

thank you... this information is needed for sales to chain pharmacies,
Walmart, and large commercial laboratories


--




Keith Berman
Decision Diagnostics Corp.
Pharma Tech Solutions, Inc.
PDA Services, Inc.
Pharmtech Direct Corp.
2660 Townsgate Road #300
Westlake Village, CA 91361
(805) 446-1973
(805) 207-5900 Cell
(805) 497-4125 Home

CONFIDENTIALITY NOTICE
This message and its attachments, if any, are addressed solely to the intended recipients
and may contain confidential information. If you have received this message in error,
be advised that any use of the content hereof is prohibited. Please notify the sender
immediately by e-mail if you have received this e-mail by mistake and delete this e-mail
from your system. The sender does not accept any liability for any errors or omissions
in the contents of this message, which arise as a result of e-mail transmission.

--
This email has been checked for viruses by AVG.
https://www.avg.com

4

--

Keith Berman
Decision Diagnostics Corp.
Pharma Tech Solutions, Inc.
PDA Services, Inc.
Pharmtech Direct Corp.
2660 Townsgate Road #300
Westlake Village, CA 91361
(805) 446-1973
(805) 207-5900 Cell
(805) 497-4125 Home


CONFIDENTIALITY NOTICE
This message and its attachments, if any, are
addressed solely to the intended recipients
and may contain confidential information. If you have
received this message in error,
be advised that any use of the content hereof is
prohibited. Please notify the sender
immediately by e-mail if you have received this e-
mail by mistake and delete this e-mail
from your system. The sender does not accept any
liability for any errors or omissions
in the contents of this message, which arise as a
result of e-mail transmission.


Virus-free. www.avg.com


--




Keith Berman
Decision Diagnostics Corp.
Pharma Tech Solutions, Inc.
PDA Services, Inc.
Pharmtech Direct Corp.
2660 Townsgate Road #300
Westlake Village, CA 91361
(805) 446-1973
(805) 207-5900 Cell
(805) 497-4125 Home

5

DOJ-BERMAN-R_0000054604

CONFIDENTIALITY NOTICE
This message and its attachments, if any, are addressed solely to
the intended recipients
and may contain confidential information. If you have received
this message in error,
be advised that any use of the content hereof is prohibited.
Please notify the sender
immediately by e-mail if you have received this e-mail by mistake
and delete this e-mail
from your system. The sender does not accept any liability for
any errors or omissions
in the contents of this message, which arise as a result of e-
mail transmission.

--

Keith Berman
Decision Diagnostics Corp.
Pharma Tech Solutions, Inc.
PDA Services, Inc.
Pharmtech Direct Corp.
2660 Townsgate Road #300
Westlake Village, CA 91361
(805) 446-1973
(805) 207-5900 Cell
(805) 497-4125 Home

CONFIDENTIALITY NOTICE
This message and its attachments, if any, are addressed solely to the
intended recipients
and may contain confidential information. If you have received this message
in error,
be advised that any use of the content hereof is prohibited. Please notify
the sender
immediately by e-mail if you have received this e-mail by mistake and delete
this e-mail
from your system. The sender does not accept any liability for any errors or
omissions
in the contents of this message, which arise as a result of e-mail
transmission.

--

Keith Berman

6

```
Decision Diagnostics Corp.
Pharma Tech Solutions, Inc.
PDA Services, Inc.
Pharmtech Direct Corp.
2660 Townsgate Road #300
Westlake Village, CA 91361
(805) 446-1973
(805) 207-5900 Cell
(805) 497-4125 Home
```

CONFIDENTIALITY NOTICE
This message and its attachments, if any, are addressed solely to the intended recipients and may contain confidential information. If you have received this message in error, be advised that any use of the content hereof is prohibited. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. The sender does not accept any liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.

DOJ-BERMAN-R_0000054606