# EXHIBIT 4

| | |
|---|---|
| From: | KMB <kberman@decisiondiagnostics.net> |
| Sent: | Sunday, March 22, 2020 9:00 PM |
| To: | dykim; Matthew Musho |
| Subject: | Re: FW: Comments on GenViro_2020.03.22.pptx |
| Attachments: | Comments on GenViro_2020.03.22-1 Sunday.pptx |

On 3/22/2020 12:59 PM, dykim wrote:

> Keith
>
> This is comments from The Bio about Mathew's method.
>
>
> BT
> Daniel

--

```
Keith Berman
Decision Diagnostics Corp.
Pharma Tech Solutions, Inc.
PDA Services, Inc.
Pharmtech Direct Corp.
2660 Townsgate Road #300
Westlake Village, CA 91361
(805) 446-1973
(805) 207-5900 Cell
(805) 497-4125 Home




CONFIDENTIALITY NOTICE
This message and its attachments, if any, are addressed solely to the intended recipients
and may contain confidential information. If you have received this message in error,
be advised that any use of the content hereof is prohibited. Please notify the sender
immediately by e-mail if you have received this e-mail by mistake and delete this e-mail
from your system. The sender does not accept any liability for any errors or omissions
in the contents of this message, which arise as a result of e-mail transmission.
```

 Virus-free. www.avg.com

1

DOJ-BERMAN-R_0000011281

# Comments on GenViro

2020.03.22

The Bio

According to the Issued on the web on March 16, 2020 Policy for Diagnostic Tests for Coronavirus Disease-2019 during the Public Health Emergency, there are three methods for detecting COVID-19:

A. Molecular Diagnostics
B. Antigen Detection Diagnostics
C. Serological Diagnostics

A is known as the most accurate method for detecting COVID-19 and is used as the final confirmation method in most countries. This method is excluded because it is irrelevant to us by molecular diagnostic methods such as RT-PCR.

B is a method of confirming whether COVID-19 is infected through detection of nucleocapsid protein (N-protein) and spike protein (S-protein) using an antigen-antibody reaction. The sample used in this method is a respiratory-related sample such as sputum.

C is Serological diagnostics, and it is a method to confirm the increased immune response due to COVID-19 in the blood by detecting IgG / IgM. While this method has the advantage that it can be detected even at the early stage of infection, it cannot be used as a single test for the COVID-19 test because it cannot distinguish cross-reactions by other viruses and must be accompanied by other test methods.

It has been reported that Biomerica of the US and Sugentech of Korea have begun to sell after obtaining approval for the IgG / IgM detection rapid kit for COVID-19. In the future, more diagnostic companies will increase the approval of IgG / IgM detection rapid kits for COVID-19 detection.

However, it should be noted that all of these kits use blood as a sample, and all platforms are in the form of rapid kits. The rapid kit has the advantage of a short measurement time of 10 to 20 minutes, although only qualitative inspection is possible. In addition, it has a shorter development period than other test methods, and is a classic platform in which noise problems have already been solved when using blood samples.

   Now, let's take a look at where our COVID-19 detection method falls from among the three categories above and which samples to use. The detailed methods of our detection method should be discussed with each other.

## Description of the Design

▶ **B. Device design-2**
  ▶ The second device consists of a pair of metal (Au) electrodes that are formed on PET and are embedded into a capillary channel.



Confiuration

A : Linear

B : Circular

C : Interdigitated

Green hatched area represents the capillary channel in which the sample is resides.

## Development of the Device

**D. Measurement**

▶ Using electric fields of 100 KV/m or higher and narrow electrode gaps the virus response at higher frequencies (100 KHz to 100 mHz) can be used to derive useful information about the type and quantity of virus that is present in a sample.



   The purpose of the above device is to detect the virus present in the sample. It is not possible to distinguish the type of virus detected. However, this does not matter. This is because it is important that only the virus has been detected.
=> => So far, we agree to make the electrode with AU, and then the created device succeeds or fails to detect the virus. However, the problem arises after this.

Influenza testing uses a method to detect a virus that is leaking from respiratory secretions or to detect antibodies to a virus in the blood of an infected person. Like the flu, COVID-19 also detects viruses through the respiratory secretions of infected patients. Since our test detects a virus, respiratory secretions should be used as samples.

# Description of the Design

- **C. Sample Preparation**
  - Whole blood from a finger prick would either be applied directly to the sensor where it is drawn into the capillary channel by capillary forces. A surfactant (e.g. Tween 20) in the capillary channel will lyse the red blood cells but not the viral particles.
  - Or a whole blood sample from a finger prick would be collected in to a microtainer tube and then the sample would be centrifuged and the resulting plasma would be used to inoculate the sensor.



The sample collection site for virus isolation is used by swabbing the patient's throat or nasal area with a cotton swab or putting secretions such as nasal inhalation fluid into the collection tube.

In this way, the device we will develop should perform a performance evaluation through detection of virus in respiratory secretions. We need a safe way or alternative to conduct this experiment. Is there any notice from the FDA regarding this? **Yes, they accepted our pre-application.  They already know we use whole blood and impedance.  Further the US FDA is our problem. In the slide information above this is not the device we are asking you to create. Please do not get into the middle of marketing considerations or our company goals.  We want you to make and test a device as specified.  That means no nasal specimens for any number of reasons.**

 We are trying to measure the resistance component of virus with a size of 100 to 200nm through impedance. If there is no foreign substance in the solution containing virus like buffer, it may show meaningful results as in papers.

 However, when testing in the field, it is very likely that foreign substances will be included because the virus must be detected in respiratory secretions. Even a small amount of material will cause very loud noise because the virus itself is so small. Therefore, in order to use the crude sample, an effective pretreatment process of the sample is essential, and it should be noted that excessive dilution of the virus due to the pretreatment process causes a decrease in detection sensitivity.

 The final conclusion of this paper (Nonlinear electrical impedance spectroscopy of viruses using very high electric fields created by nanogap electrodes) is as follows.

 "One of the large remaining issues is to evaluate the detection and identification ability of some specific viruses from the heterogeneous mixture of crude sample. That is the universal challenge for any types of biosensing methods, and also the future work to put this method into practical use. "

 Our detection method will meet the same problem. Since Thebio has never studied disease diagnosis methods due to viruses, solutions to these problems are not prepared. Also, this is not a problem that can be solved within a week or two.
**Yes our product design can be made ready in several weeks. We are using technology that The Bio is familiar with. We are not asking you to solve this virus identification problem.  We are asking you to create a product, based on our design that screens out the 98% of the people who will test negative with out device.  If someone tests positive our instructions will be to seek another method to test positive. We will also fund, beginning May 1, a second methodology based on a serology method as a confirmation method for the device we want you to create now. But you have to create a device now and I see no desire to do so. The kit we want you to create is a $1 billion product.  I cannot understand why you people are dealing with this opportunity in this manner. My father taught me as a child that the customer is always right.**

We are requesting solutions to both problems. I provided a solution. **Give us what we asked for, do it quickly, figure out a way to make our method at least sensitive to a range of flu-like viruses without a demand from us to identify which flu-like virus, and I will fund your serology project, but not until we get the first GenViro! kit going.  So far The Bio has resisted this.  I am out of time.  Either The Bio is going to do this or they aren't.**

   1. What is a safe and effective method for performance evaluation when detecting virus through respiratory secretions? In this regard, we need information on the experimental method proposed by the FDA.  **If you want to use nasal secretions then you will have to also create an instrument to read the nasal secretions.  The people who administer these tests are not laboratory med techs, they are pharmacist assistents.  If they were to take a nasal swab they would want to package a swab and send it to a laboratory  -- just like everybody else who already has a developed method.  We do not  --  you do not have that luxury.  This is not going to be a perfect solution, but it is a solution. So, no nasal swabs.**

   2. If respiratory secretion is used as a sample, foreign matter in the secretion will act as an impeding factor in detecting virus through impedance. A solution for the noise cancelling method is needed. Otherwise, even if we finish development hard, the project is likely to eventually fail.  **Please do not bring up nasal secretions again.  We aren't going to do this.**
 We need to have clear understanding and common consultation of GenViro's detection targets and samples. The development details and schedule can then be discussed.  **We have made this abundantly clear.  But you keep making the same comments.  I have a $1 billion product and you appear not to want a part of it.  There are two first items of importance.  Get FDA pre-EUA approval.  First get The Bio on the same page.  I know how to handle the FDA.  I am clueless how to handle The Bio.**

The purpose of this report is not to draw a foot. The purpose is to review "Is the right direction to go?", "Is the right time to go?" And "Are we ready to go?" If the goals and targets are not clear, the process will be wrong.  **Our goals are crystal clear.  They have never changed. We have wasted a month and in my mind, no closer.  The Bio does not appear to want to develop our product.  Just so you understand, I have an order for $15 million of these kits, flawed as the Bio thinks they will be from the U.S. Government Agency FEMA, for 4 states.  4 states out of 50. First generation products are almost always flawed.**