# EXHIBIT 5

**Subject:** Re: FW: [RE]RE: [RE]FW: [RE]RE: GenViro건
**To:** Matthew Musho <mmusho1@comcast.net>
**From:** Keith <kberman@decisiondiagnostics.net>
**Sent:** Thu, 2 Apr 2020 19:47:53 -0700

Matthew,

At the moment I do not care what The Bio wants. HMD Biomedical in Taiwan wants to do the project and Eric Kuai calls me every day. The only important thing to do is get the FDA filings done this week and next

Daniel Kim made a huge mistake. He put an engineer in charge of his R&D department and the first thing the guy did was eliminate the "R" in R&D.


On 4/2/2020 6:59 PM, Matthew Musho wrote:

> Keith,
>
> It is interesting that they are now backing away from this project, they were the ones that thought this could work. These guys are obviously not on board and I have no idea if they are right or wrong. They very well could be correct about the viral load in blood. I have not seen any data to support that COVID or Influenza virus can be detected in blood. There are other viruses that show up in blood, but I have no idea if COVID does.
>
> I am not sure what the right answer is here, but it seems to be a futile effort at this point. I am willing to help if this is something can be successful, but if THE BIO is not on board I am not sure how we can make this happen.
>
> Matthew
>
> .
>
> **From:** Keith <kberman@decisiondiagnostics.net>
> **Sent:** Thursday, April 2, 2020 9:23 PM
> **To:** Matthew Musho <mmusho1@comcast.net>
> **Subject:** Fwd: FW: [RE]RE: [RE]FW: [RE]RE: GenViro건
>
> we will deal with thiese questions after the FDA filings

-------- Forwarded Message --------

**Subject:** FW: [RE]RE: [RE]FW: [RE]RE: GenViro건

**Date:** Thu, 02 Apr 2020 17:21:20 -0700

**From:** dykim <dykim@uni-care.co.kr>

**To:** Keith Berman <kberman@decisiondiagnostics.net>

Keith

Please see attached statement from The Bio and question as follows;

What I want to say to Pharmatech solutions is to communicate GenViro's flaws, not to promote Thebio's plans. GenViro's detection of COVID-19 virus in capillaries is wrong, and I would like to say that it should be changed to a sample related to the respiratory system. Please take a look at the content of this ppt and ask a diagnostic expert about the presence of COVID -19 virus in capillary blood. Also, ask where the patient's sample should be collected to detect COVID-19 virus.

**About the development process and goals of GenViro, The Bio has the following questions.**
Q1: In order to enable virus detection using the second stage GenViro strip and impedance meter, it is necessary to develop using samples containing virus. What sample should The Bio use for this?

Q2: Viruses that cause respiratory diseases such as COVID-19 are replicated in the nasal cavity after infection in the human body, and are released through coughing and sneezing. According to the diagnostic medical knowledge I know, there is no COVID-19 virus in the capillary blood of the fingertips. If the COVID-19 virus GenViro wants to detect is present in the patient's fingertip capillaries, please tell me exactly.

Q3: The size of COVID-19 virus is very small, about 100 nm. Capillary blood contains foreign substances larger than virus, such as red blood cells, lipids, and other cells. It is very difficult to detect the impedance by separating only the virus without signal amplification. Please tell me how GenViro can detect the virus by avoiding the noise of foreign substances in the capillary blood sample.

BR

Daniel

-------- 원본 이메일 --------

발신: wylee <wylee@uni-care.co.kr>

날짜: 20/4/2 오전 8:11 (GMT-08:00)

받은 사람: dykim@uni-care.co.kr

제목: [RE]RE: [RE]FW: [RE]RE: GenViro건

회장님께

GenViro에 대한 저의 의견을 정리하여 ppt에 첨부하였으며, 주요 내용은 아래와 같습니다.

**GenViro의 개발 성공을 위해서는 위 3가지 질문사항은 반드시 되어야 합니다.**

**1. GenViro는 손끝 모세혈에서 virus를 검출하고자 한다. 나는 이것에 동의할 수 없다. 왜냐하면, 모세혈에는 호흡기 관련 virus(COVID-19)들이 존재하지 않기 때문이다.**

**2. 모세혈 1mm2 내에는 Virus(100 nm)에 비해 수 십배 큰 적혈구(8.5um)가 수백만개가 들어있다. Impedance측정을 통해 virus를 검출할 때 모세혈내의 이 적혈구들로 인한 impedance를 분리할 수 있는 획기적인 방법이 없다면, GenViro는 목표하는 virus 검출을 이루지 못할 것이다.**

**위의 두가지 문제점에 대한 해결 방안에 대해 Pharmatech solutions가 답을 줄 수 없다면, 더 이상의 GenViro의 개발 진행은 무의미하다고 생각한다.**

그리고, 제가 Pharmatech solutions에 말하고 싶은 것은 GenViro의 결함을 있는 것을 알리기 위함이며, 더바이오의 계획을 진행시키고자 함이 아닙니다. GenViro가 모세혈에서 COVID-19 virus를 검출하는 것은 잘못된 것이며, 호흡기 관련 검체로 변경해야 한다는 것을 말하고 싶은 것입니다. 부디 이 ppt의 내용을 보고 진단의학 전문가에게 모세혈에 COVID -19 virus가 존재하는지에 대해 물어봐 주세요. 그리고, 환자의 어느부위의 검체를 채취해야 COVID-19 virus를 검출할 수 있는지 물어봐 주세요.

What I want to say to Pharmatech solutions is to communicate GenViro's flaws, not to promote

Thebio's plans. GenViro's detection of COVID-19 virus in capillaries is wrong, and I would like to say that it should be changed to a sample related to the respiratory system. Please take a look at the content of this ppt and ask a diagnostic expert about the presence of COVID -19 virus in capillary blood. Also, ask where the patient's sample should be collected to detect COVID-19 virus.


이상입니다.


이원영 드림



더바이오컴퍼니리미티드

이원영 대표

Tel: 053-802-0080

Fax: 053-802-0081

Mobile: 010-2898-3765

주소: 경상북도 경산시 삼풍로 27, 경북테크노파크 글로벌벤처동 2204호




----- Original Message -----
From : <dykim@uni-care.co.kr>
To : "wylee" <wylee@uni-care.co.kr>
Cc :
Sent : 2020-04-02 05:29:38
Subject : RE: [RE]FW: [RE]RE: GenViro건




어제 Sputtering 건으로 회신이 없었나요???
다시 이야기하지만 본 제품 건은 DDC 와 Mathew 의 제품제작 의뢰를 받아 제작을 하는 것으로 간주하여
DDC 에서 요구하는 대로 견본제작을 진행하도록 합니다.
그러니 Sample 의 제작이 가능한 Sputtering 을 확인하고 이에 대한 견본 등 제작 비용에 대한 인보이스를

청구하고 이곳에 단순 DDC 의 요구조건으로 제작하는 것으로 제품의 결과에 대한 책임 등은 없다는 내용 등을
기입하고 DDC의 확인을 받아 제작을 하고 인보이스 등을 보낼 때에 DDC 의 의뢰에 대한 Work Sheet 등을 첨부하면서
이와 같이 제작을 한다는 등의 내용을 첨가하면 되겠지요....
이에 관련하여 견본을 제작하면서 의문이나 질문 사항 등은 업무교신을 하면서 확인해 나가면 되는 것입니다.

금일 DDC 에서 보내온 메일의 내용입니다.
**속히 진행이 될 수 있도록 인보이스 등의 견본제작의 결정을 위한 내용을 보내주세요.**

**Just as long as The Bio does not immediately give up and then condemn the product concept.  The identification process will occur in the Precise meter which will require a change to meter software.  I did a product like this almost 40 years ago for Polio detection.  Our problem in those days was available analyer memory, but the same method will work today  -- and might be important enough to lead to a Nobel prize.**


**Briefly tell The Bio that we will use a 3D image of the corona virus, convert the image into a 3D bitmap or other similar manipulation of a 3D image, and store the image in the meter's solid state memory.  Then we will use impedance at Matthews determined frequencies, to create the environment where the virus identified will then be itself converted into a 3D bitmap and compared to the stored 3D bitmap.**


**I will have Matthew write this up and offer several alternative means.**

**But first things first.  The Bio fought us for over a month and wanted to substitute its own plan and I do not want this to continue.  We will fund The Bio's plan and begin that process shortly.**


**From:** wylee [mailto:wylee@uni-care.co.kr]
**Sent:** Tuesday, March 31, 2020 7:35 AM
**To:** dykim
**Subject:** [RE]FW: [RE]RE: GenViro건



회장님께



sputtering 방법으로 전극 제작을 위해 3곳의 기관 및 업체와 견적 작업 진행 중이며, 조건 방법 등 조율 중으로 내일 정도에 견적이 나올것 같습니다.

금일까지는 아직 3곳 중에 견적이 온 곳이 없으며, 내일 견적 받고 개발가능성과 견본제작 가능

성에 대해 정리해서 회신드리겠습니다.

이상입니다.

이원영 드림

더바이오컴퍼니리미티드

이원영 대표

Tel: 053-802-0080

Fax: 053-802-0081

Mobile: 010-2898-3765

주소: 경상북도 경산시 삼풍로 27, 경북테크노파크 글로벌벤처동 2204호

----- Original Message -----
From : dykim <dykim@uni-care.co.kr>
To : "이원영(더바이오)" <wylee@uni-care.co.kr>
Cc :
Sent : 2020-03-31 11:53:11
Subject : FW: [RE]RE: GenViro건

아래의 내용을 확인하고

본 건에 대한 DDC의 생각 (이대표) 을 DDC에 보낼 수 있도록 답변을 주세요.

처음에는 이런 저런 concept 의 의견이 틀리기에
일단은 시간을 최대한 활용을 하기로 하였던 것은 사실입니다.

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS CORP.

하지만 이후 항원, 항체와 같은

기존의 concept 이 아닌 Mathew 를 통해 다른 방법 등을 제시가 되고 이에 대하여
가능한지 등을 이대표에게 문의를 한 바가 있고 이에 도면 등을 요구하여 완전한 도면인지는
모르지만 Mathew 를 통해 보낸 내용 등이 있습니다.,, 그러기에 이제는 이 문제는 기존의 항원항
체에서
이견이 있어 송금을 받기 위한 시간을 끌어보는 것과는 다른 국면입니다.

지금까지의 내용을 정리하여
본 건에 대하여 가부 등 이제는 정리를 해 주어야 합니다.

Engineer 의 입장으로 Mathew 의 의견과 우리의 의견에 대하여
개발가능, 불가능, 견본제작의 가능, 불가능 등을 정리해 회신하세요.
지난주 지지난주에도 견본의 제작이 가능하지만 성공여부에 대한 자신이 없으면 없는대로
그러한 조건으로 견적서를 보내주는 것으로 나와 논의를 하였을 것입니다.
이제는 내용을 정리하여 보내주세요.

-------- 원본 이메일 --------

발신: wylee &lt;wylee@uni-care.co.kr&gt;

날짜: 20/3/30 오후 7:31 (GMT-08:00)

받은 사람: dykim@uni-care.co.kr

제목: [RE]RE: GenViro건

회장님께

다바이오에서 취할 수 있는 개발자의 입장에 대한 보고서는 이미 충분히 보냈다고 생각됩니다.
하지만, DDC의 경우 저희의 의견을 듣지 않습니다.

더이상의 개발자 입장의 보고서는 무의미 하다고 봅니다.

"진단의 목적으로 환자의 정맥혈 및 모세혈에서 COVID-19 virus를 타겟으로 검출이 가능한
지?"

corona virus로 인한 IgG 또는 IgM의 혈청내 면역반응의 증가를 측정하는 것이 아니라 혈액내의
virus를 검출하는 것입니다.

Decision_Diagnostics_00006091
DOJ-BERMAN-R_0000006043

위 방법이 DDC가 진행하고자 하는 GenViro의 기본 원리 입니다.

제가 생각할 때 DDC가 더바이오가 이야기하는 것을 조금이라도 귀담아 들게 하려면 의사의 의학적 소견이 필요할것 같습니다.

회장님 아드님께서 의사이니, 아드님의 의학적 소견이 필요합니다. 가능하시다면 이에 대한 의견을 여쭤봐 주시기를 요청드립니다.

만약 위 내용으로 혈액내에서도 충분히 COVID-19 virus의 검출이 가능하고 조기진단 키트로도 문제가 없다는 의견이라면, GenViro는 기술적인 부분들만 해결할 경우 충분히 성공가능한 키트라 볼수 있으며, 이 때는 전적으로 DDC의 design에 따라 더바이오도 진행하면 됩니다.

하지만, 만약 의학적 소견이 진단키트로서 개발이 무의미할 경우에는 DDC에게 이런 의학적 소견을 밝히고, GenViro의 design concept을 수정하라고 이야기 해야 합니다.

회장님께서도 이런 의학적 소견을 들을 후에는 GenViro의 concept에 대한 의문이 풀리실 것입니다.

이상입니다.

이원영 드림


더바이오컴퍼니리미티드

이원영 대표

Tel: 053-802-0080

Fax: 053-802-0081

Mobile: 010-2898-3765

주소: 경상북도 경산시 삼풍로 27, 경북테크노파크 글로벌벤처동 2204호

----- Original Message -----
From : <dykim@uni-care.co.kr>
To : "wylee" <wylee@uni-care.co.kr>
Cc :
Sent : 2020-03-31 10:21:42
Subject : RE: GenViro건


처음에는 이런 저런 concept 의 의견이 틀리기에
일단은 시간을 최대한 활용을 하기로 하였던 것은 사실입니다.
하지만 이후 항원,항체과 같은

기존의 concept 이 아닌 Mathew 를 통해 다른 방법 등이 제시가 되고 이에 대하여
가능한지 등을 이대표에게 문의를 한 봐가 있고 이에 도면 등을 요구하여 완전한 도면인지는
모르지만 Mathew 를 통해 보낸 내용 등이 있습니다,,,그러기에 이제는 이 문제는 기존의 항원항체에서
이견이 있어 송금을 받기 위한 시간을 끌어보는 것과는 다른 국면입니다.

지금까지의 내용을 정리하여
본 건에 대하여 가부 등 이제는 정리를 해 주어야 합니다.

Engineer 의 입장으로 Mathew 의 의견과 우리의 의견에 대하여
개발가능, 불가능, 견본제작의 가능, 불가능 등을 정리해 회신하세요.
지난주 지지난주에도 견본의 제작이 가능하지만 성공여부에 대한 자신이 없으면 없는대로
그러한 조건으로 견적서를 보내주는 것으로 나와 논의를 하였을 것입니다.
이제는 내용을 정리하여 보내주세요.



From: wylee [mailto:wylee@uni-care.co.kr]
Sent: Monday, March 30, 2020 6:13 PM
To: dykim
Subject: GenViro건




회장님께



 GenViro 건에 대해서는 이미 DDC에게 이에 대한 이야기를 보고서로 충분히 여러번 정리해서 이야기 한 상태이며,

 DDC의 이에 대한 최종 답변은 회장님께서 회신해 주셔서 아시다시피, DDC는 본인들 뜻대로(혈액내에서 Virus 검출) 진행하기로 한 상태입니다.

 현재 제가 진행하는 GenViro는 DDC가 하자는대로 진행하는 것일뿐, 결과에 대해 기대는 하지 않고 있습니다.

 물론 이 과정에서 DDC가 원하는대로 진행되도록 최선을 다하는것은 맞습니다.

 제가 이해하기로는 회장님께서도 GenViro의 성공하면 좋겠지만, 그렇지 않다 하더라도 프로젝트를 종료하지 말고 시간을 끌자하셨고,

 저 또한 현재의 GenViro는 DDC가 원하는대로 진행하면서 시간을 끌기 위함입니다.

 물론, 그 중간에 획기적인 기술로 문제가 해결될 수 있겠지만, 이는 단시간에 어렵다고 보는게 저의 관점입니다.

 회장님께 이에대해 말씀드리는 것은 회장님께서 GenViro의 가능성을 물어오신것에 대한 제 의견을 드린것입니다.

 이상입니다.

 이원영 드림

더바이오컴퍼니리미티드

이원영 대표

Tel: 053-802-0080

Fax: 053-802-0081

Mobile: 010-2898-3765

주소: 경상북도 경산시 삼풍로 27, 경북테크노파크 글로벌벤처동 2204호

Virus-free. www.avg.com