# EXHIBIT 6

| | |
|---|---|
| From: | KMB <kberman@decisiondiagnostics.net> |
| Sent: | Saturday, February 29, 2020 4:46 AM |
| To: | dykim |
| Subject: | Re: Coronavirus |

Thank you Daniel.  The product I worked on was with saliva.  Saliva Diagnostics.  But whole blood will work better.  I do not care about a result, just a POSITIVE or NEGATIVE, and if positive then a statistical calculation with a percentage that the POSITIVE is a false positive.

Please have The Bio put together a development plan.  Everything complete in 120 days.  This is a short term product (2 years), but my how profitable it will be.  Imagine a screening tool for Corona Virus, SARS, bird Flu and Ebola.  $3.99 per test strip, vials of 10 test strips.  $$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$

Thank you


On 2/28/2020 6:46 PM, dykim wrote:
> Keith
>
> If you ask about theoretially possible the the virus can be tested through impedance, the answer
> is YES when the test using buffer.
> But when the test specimen is blood or saliva, it is not sure at this moment.
> The specimen of saliva or blood contains many resistant material and need to further study how
> can bring up impedance variation OR might be negative result come.
>
> There are many theses about it that test virus by impedance.
>
> BR
> Daniel
>
>
>
> -------- 원본 이메일 --------
> 발신: KMB <kberman@decisiondiagnostics.net>
> 날짜: 20/2/28 오후 10:37 (GMT+09:00)
> 받은 사람: Uni-Care <dykim@uni-care.co.kr>
> 제목: Coronavirus
>
>
> Daniel,
>
> Do you believe The Bio can take the existing TBG test strip and use the impedance channel to
> test for POSITIVE regarding the coronavirus.  I have seen this method used, actually it was a

1

DOJ-BERMAN-R_0000052333

Pro-time methodology test for AIDS and Polio.  So why not for us.  Right now I will only need the Bio to say it is theoretically possible.

```
--
Keith Berman
Decision Diagnostics Corp.
Pharma Tech Solutions, Inc.
PDA Services, Inc.
Pharmtech Direct Corp.
2660 Townsgate Road #300
Westlake Village, CA 91361
(805) 446-1973
(805) 207-5900 Cell
(805) 497-4125 Home

CONFIDENTIALITY NOTICE
This message and its attachments, if any, are addressed solely to the
intended recipients and may
contain confidential information.  If you  have  received this message in
error, be advised that
any use of the content hereof is prohibited. Please notify the sender
immediately by e-mail if
you have received this e-mail by mistake and delete this e-mail from your
system. The sender
does not accept any liability for any errors or omissions in the contents of
this message,
which arise as a result of e-mail transmission.
```

```
--
Keith Berman
Decision Diagnostics Corp.
Pharma Tech Solutions, Inc.
PDA Services, Inc.
Pharmtech Direct Corp.
2660 Townsgate Road #300
Westlake Village, CA 91361
(805) 446-1973
(805) 207-5900 Cell
(805) 497-4125 Home

CONFIDENTIALITY NOTICE
This message and its attachments, if any, are addressed solely to the intended recipients
and may
contain confidential information.  If you  have  received this message in error, be
advised that
any use of the content hereof is prohibited. Please notify the sender immediately by e-
mail if
you have received this e-mail by mistake and delete this e-mail from your system. The
sender
does not accept any liability for any errors or omissions in the contents of this
message,
which arise as a result of e-mail transmission.
```

DOJ-BERMAN-R_0000052334