# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:20-CR-000278 TNM |
| Plaintiff, | |
| vs. | |
| KEITH BERMAN, | |
| Defendant. | |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), Defendant moves for the admission and appearance of attorney Ronald S. Herzog *pro hac vice* in the above-entitled action.  This motion is supported by the Declaration of Ronald S.Herzog, filed herewith.  As set forth in Mr. Herzog's Declaration, he is admitted and an active member in good standing in the following courts and bars:  The New York Bar, the U.S. District Court for the Northern District of New York, the U.S. District Court for the Southern District of New York, the U.S. District Court for the Eastern District of New York and the U.S. District Court for the District of Connecticut.  This Motion is supported and signed by Joseph M. Hanna, Esq., an active and sponsoring member of the Bar of this Court.

Dated: this 18th day of November, 2021.

Respectfully submitted,

Joseph M. Hanna, D.C. Bar No: 501934
**GOLDBERG SEGALLA, LLP**
665 Main Street
Buffalo, New York 14203
Tel: (716) 566-5400
JHanna@Goldbergsegalla.com
*Attorneys for Defendant*

31736106.v1

# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

           Plaintiff,

   vs.

KEITH BERMAN,

           Defendant.

Case No: 1:20-CR-000278 TNM

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION
## OF ATTORNEY RONALD S. HERZOG *PRO HAC VICE*

The Court has reviewed the Motion for admission of attorney Ronald S. Herzog, *pro hac vice*. Upon consideration of that motion, the Court grants Attorney Ronald S. Herzog *pro hac vice admission* to this Court.

**IT IS SO ORDERED:**

Dated: _____

                                           United States District Judge

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,         Case No: 1:20-CR-000278 TNM

       Plaintiff,

vs.

KEITH BERMAN,

       Defendant.

**DECLARATION OF RONALD S. HERZOG IN
SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Ronald S. Herzog, declare:

1. My name, office address and telephone number are as follows:

Ronald S. Herzog
Goldberg Segalla, LLP
50 Main Street, Suite 425
White Plains, New York 10606
Tel: (914) 798-5419
rherzog@goldbergsegalla.com

2. I have been admitted to the following courts and bars:

Courts of the State of New York (June, 1974) (Bar No. 127721);
United States District Court for the Southern District of NY (1974)
United States District Court for the Eastern District of NY (1974)
United States District Court for the Northern District of NY (2011)
United States District Court for the District of Connecticut (1979)

3. I am currently in good standing with all states, courts, and bars in which I am admitted. Attached is a Certificate of Good Standing from the Appellate Division, Second Department of the Supreme Court of the State of New York.

4. I have not previously been admitted *pro hac vice* in this Court.

5. I do not have an office located within the District of Columbia.

31736106.v1

I declare under penalty of perjury that the foregoing is true and correct. Executed in White Plains, New York, this 18th day of November 2021.

Dated this 18th day of November, 2021

Respectfully submitted,

*[signature]*

Ronald S. Herzog
**GOLDBERG SEGALLA, LLP**
50 Main Street, Suite 425
White Palins, New York 10606
Tel: (914) 798-5419
rherzog@goldbegsegalla.com

31736106.v1



## Appellate Division of the Supreme Court of the State of New York
## Second Judicial Department

---

I, Maria T. Fasulo, Acting Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Ronald S. Herzog

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 26, 1974**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on November 16, 2021.

*Maria T. Fasulo*

Acting Clerk of the Court

CertID-00040872



Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

MARIA T. FASULO
ACTING CLERK OF THE COURT

DARRELL M. JOSEPH
DEPUTY CLERKS

KENNETH BAND
MELISSA KRAKOWSKI
WENDY STYNES
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

*Maria T. Fasulo*

Maria T. Fasulo
Acting Clerk of the Court

Revised August 2021