UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | CRIMINAL NO. 1:20-cr-00278-TNM |
| v. | : | |
| | : | |
| **KEITH BERMAN,** | : | |
| | : | |
| Defendant. | : | |

**MOTION TO ORDER SCHEDULE SET FORTH IN PARTIES'**
**JOINT STIPULATION REGARDING PRETRIAL SCHEDULING**

The United States of America, through undersigned counsel, and defendant Keith Berman, through his counsel, Walter P. Loughlin and Ronald S. Herzog, have agreed and stipulated to a schedule related to pretrial matters (Attachment A). The United States therefore respectfully moves this Court to enter the stipulation and order the schedule set forth therein.

Respectfully submitted,

JOSEPH S. BEEMSTERBOER
Acting Chief, Fraud Section
Criminal Division

By: /s/
Christopher Fenton
Trial Attorney
Justin Weitz
Acting Principal Assistant Chief
Fraud Section, Criminal Division
United States Department of Justice
1400 New York Ave. NW
Washington, DC 20005

Vijay Shanker
Deputy Chief
Appellate Section, Criminal Division
950 Pennsylvania Ave. NW
Washington, DC 20530

CERTIFICATE OF SERVICE

      I certify that on December 4, 2021, I filed a true and correct copy of the foregoing with the Clerk of Court via ECF.

                                                              /s/ Vijay Shanker