## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 1:20-cr-00278-TNM |
| v. | : | |
| | : | |
| KEITH BERMAN, | : | |
| | : | |
| Defendant. | : | |

### STIPULATION BY THE PARTIES

The United States of America, by and through its attorneys, undersigned counsel, and Keith Berman ("defendant"), through his counsel, Walter P. Loughlin and Ronald S. Herzog, hereby agree and stipulate to, and respectfully ask that the Court order, the following schedule related to pretrial matters:

1.      The government shall serve on defendant its trial witness list and its trial exhibit list on or before **December 9, 2021**.

2.      Defendant shall serve on the government its trial witness list and its trial exhibit list on or before **December 23, 2021**.

The parties further agree and stipulate to share any and all materials they intend to show the jury as part of their respective opening statements and closing arguments no later than two hours before opening statements and closing arguments are scheduled to begin.  This stipulation, however, does not apply to any rebuttal jury address given by the government following defendant's closing argument.

_Walter P. Loughlin_

Walter P. Loughlin, Esq.
340 West 57th Street
Suite 5D
New York, New York 10009
Tel. (203) 216-3445

Ronald S. Herzog, Esq.
Goldberg Segalla LLP
50 Main Street, Suite 425
White Plains, New York 10606
Tel. (914) 798-5419

*Counsel for Defendant Keith Berman*

JOSEPH S. BEEMSTERBOER
Acting Chief, Fraud Section
Criminal Division

_Vijay Shanker_

Christopher Fenton
Trial Attorney
Justin Weitz
Acting Principal Assistant Chief
Fraud Section, Criminal Division
United States Department of Justice
1400 New York Ave., NW
Washington, DC 20005
Tel. (202) 320-0539

Vijay Shanker
Deputy Chief
Appellate Section, Criminal Division
950 Pennsylvania Ave. NW
Washington, DC 20530

*Counsel for the United States*