# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 20-CR-278 (TNM) |
| | : | |
| **KEITH BERMAN,** | : | |
| | : | |
| Defendant. | : | |

## VOIR DIRE

## INTRODUCTION

Good morning, ladies and gentlemen, and welcome to the Ceremonial Courtroom. I am Trevor McFadden, and I will be the presiding judge in this case. You have been called to this courtroom for possible selection in a criminal case entitled *United States v. Keith Berman*.

Would you all please stand so that the Deputy Clerk can swear you in, and then we will proceed. **[Oath given.]**

The purpose of jury selection is to select jurors who have no prior knowledge of the case and no bias toward either side in the case. In short, it is our aim to select a jury that will reach a verdict based solely on the evidence presented in this courtroom and the law as I instruct you. During this process, you will be introduced to the participants in the trial, and I will ask you to fill out a questionnaire with a series of questions that the lawyers and I think will be helpful to us in selecting a fair and impartial jury. You, of course, are bound by the oath you've just taken to truthfully answer those questions.

Now, before I begin with the questions, let me read a short summary to give you some background on this case. **[Note: The Court will either read the statement of the case or provide a hard copy for the potential jurors to have with their questionnaire.]**

**VOIR DIRE QUESTIONS**

**[Judge to explain difference between public and private questions.]**

Public Questions

1. Do you believe you may know anything about the facts and circumstances of this case, other than what the Judge has told you today?  **[Note: The Court will either read or provide a hard copy of the statement of the case.]**

    YES           NO

2. The United States is represented in this case today by Christopher Fenton, Justin Weitz, and Vijay Shanker.  Do you recognize or think that you might know these attorneys?

    YES           NO

3. The defendant in this case is Keith Berman.  Do you recognize or think that you might know Mr. Berman?

    YES           NO

4. The defendant is represented in this case by Walter Loughlin and Ronald Herzog.  Do you recognize or think that you might know these attorneys?

    YES           NO

5. Have you ever studied law or had any legal training, including paralegal training?

    YES           NO

6. Have you, or any of your family, close friends, or household members, ever worked for or with an office that handles prosecution or with law enforcement?  By "prosecution," the question means government agencies such as the United States Attorney's Office, a district attorney's office, or an attorney general's office.  By "law enforcement," this question means government agencies like the Immigration and Customs Enforcement Agency

(ICE), the Department of Homeland Security, state and local police departments; the Metropolitan Police Department; the Federal Bureau of Investigation, also known as the FBI; the Department of Justice; the U.S. Marshal's Service; the Bureau of Alcohol, Tobacco, Firearms, and Explosives, also known as the ATF; the Internal Revenue Service; the U.S. Secret Service; the U.S. Postal Inspection Service; and the CIA.

    YES        NO

7. Have you, or any of your family, close friends, or household members, ever done any work for or with any person or organization that does criminal defense work, such as the Federal Defender's Office, the Public Defender's office, defense attorneys, or a private law firm? This question also includes work as a private investigator.

    YES        NO

8. Have you, or any of your family, close friends, or household members, ever worked at a courthouse or for a court system, including as a probation or parole officer?

    YES        NO

9. The government will call a number of witnesses to testify during the trial. The defense may also do so, but is not required to call witnesses. Each party has introduced a list of names of witnesses that you may hear from, or hear about, during the trial. **[Note: The Court will either ask the parties to read the witness list or provide a hard-copy list of witnesses.]** Not all of these witnesses will necessarily testify, but they are being introduced to determine whether any of you recognize or think that you may know any of the potential witnesses in this case. Do you recognize or think that you may know any of these witnesses? If you answer YES, please write down the names of the witnesses you think you might recognize or know.

  YES  NO

10. Do you recognize or think that you might know any other member of the jury panel or any other person that you saw in the courtroom, including the Judge or courtroom staff?

  YES  NO

11. Do you, or any of your family, close friends, or household members, have a pending application for employment with the Department of Justice or the United States Attorney's Office; a public defender service; a law firm that does criminal defense work; or with any local, state, or federal law enforcement agency?

  YES  NO

12. Have you ever served on a Grand Jury?

  YES  NO

13. Have you ever served on a trial jury, either in a civil or a criminal case?  If you answer YES, please state what type of case it was, what the result was, and whether you served as foreperson of the jury.

  YES  NO

14. Do you have any experience with the fields of biomedical devices, medical technology, blood testing, glucose testing, diabetes testing, or virology?  If you answer YES, please explain the nature and extent of your experience.

  YES  NO

15. Have you or any of your family, close friends, or household members ever been self-employed, owned a business, or been part of the senior management of a business?  If you answer YES, please identify the name of the company, the nature of its business, whether

you or any of your family, close friends, or household members owned the business, your or their job title, and the length of time you or they served in that capacity.

   YES   NO

16. Within the last five years, have you or any of your family, close friends, or household members owned any investments other than investments consisting of a broad basket of stocks or bonds (in other words, investments other than mutual funds, diversified exchange-traded funds, and the like)? If you answer YES, please describe the general nature of those investments (as in, individual stocks, real estate, etc.) and what you or they typically rely upon to decide whether to make an investment. There is no need to identify any specific investments in your answer.

   YES   NO

17. Have you or any of your family, close friends, or household members ever purchased or owned any stock in a micro-cap company (also called "penny stock") or purchased or owned shares that trade over-the-counter ("OTC")?

   YES   NO

18. If you or anyone in your family, close friends, or household members has had any of the investment experiences described above, were these experiences positive or negative or mixed?

19. Have you or anyone in your family, close friends, or household members ever lost money on an investment and believed the loss was caused by someone who misled you or them about the investment?

   YES   NO

20. Do you have any familiarity with any of the following? If you answer YES, please state whether you would describe your experiences with them to have been generally positive, generally negative, or neutral.

    a. Decision Diagnostics Corporation

    b. PharmaTech Solutions, Inc.

    c. Investorshangout.com

    d. Investors Hub ("iHUB")

    e. The Bio Co., Ltd.

    YES      NO

21. Have you ever worked for a publicly traded company? If you answer YES, please identify the name of the company, the nature of your work there, and the timeframe in which you worked at the company.

    YES      NO

22. Have any of your family, close friends, or household members ever worked in the biomedical device field? If you answer YES, please identify the nature of their work in the field of biomedical devices.

    YES      NO

23. Have you, or any of your family, close friends, or household members ever worked for or with an office that handles matters before the United States Securities and Exchange Commission ("SEC")?

    YES      NO

24. Have you or any close family members or friends, or has any business with which you, a close family member, or a friend was affiliated, ever been investigated by the SEC?

    YES    NO

25. Have you, or any of your family, close friends, or household members ever worked for or with an office that handles matters before the United States Food and Drug Administration ("FDA")?

    YES    NO

26. Have you or any close family members or friends, or has any business with which you, a close family member, or a friend was affiliated, ever applied for approval, authorization, or emergency use authorization of a product, device, or pharmaceutical by the FDA?

    YES    NO

Private Questions

27. Persons who have been charged with crimes are presumed to be innocent and need not produce any evidence to prove their innocence. This presumption continues through the trial unless and until the government proves a defendant guilty beyond a reasonable doubt. Would you have any difficulty at all in following this principle?

    YES          NO

28. Have you had any unpleasant experiences with the police or a prosecutor or other law enforcement, whether here in D.C. or elsewhere? Or unpleasant experiences with a defense attorney or defense investigator, whether here in D.C. or elsewhere?

    YES          NO

29. There will be testimony from law enforcement personnel in this case. Would the fact that a witness is a police officer or law enforcement agent have any effect at all on whether or not you believe that person's testimony? In other words, would the fact that a witness is a police officer or law enforcement agent make you either more or less likely to believe his or her testimony?

    YES          NO

30. Have you, or any of your family, close friends, or household members, ever been the victim of or a witness to a crime? By "crime," this question means something other than parking or speeding tickets.

    YES          NO

31. Have you, or any of your family, close friends, or household members, ever been arrested for or charged with a crime? By "crime," this question means something other than parking or speeding tickets.

    YES        NO

32. Is there anything about the nature of the charges that would make it difficult for you to render a fair and impartial verdict in this case?

    YES        NO

33. Do you have any moral, social, political, philosophical, spiritual, religious or any other creed or belief that would make it hard for you to sit as a juror in this case?

    YES        NO

34. The law requires that jurors weigh the evidence in a case and reach a verdict based solely upon the admitted evidence and instructions of law, without any regard whatsoever for what the potential punishment might or might not be. Would you have any difficulty at all in following this principle?

    YES        NO

35. Anyone who is selected to serve on this jury will take an oath to follow the law as instructed by the Court. Would you for any reason not be able to accept and follow the Judge's instructions regarding the law?

    YES        NO

36. Under the law, every defendant in a criminal case has the constitutional right to testify or not testify at trial. If Mr. Berman chooses not to testify, the Court will instruct the jury it cannot consider that in any way during deliberations. Would you be able to follow that instruction and find a defendant who decided not to testify not guilty?

    YES        NO

37. Are you presently taking any medication, or experiencing any medical condition or other physical, mental, or emotional condition, that might cause drowsiness, confusion, or

discomfort, or that might in any way affect your ability to give your full attention to this case?

    YES    NO

38. Do you have trouble understanding English, have any vision or hearing problems, or are you sitting next to someone you believe might have trouble understanding English or have vision or hearing problems?

    YES    NO

39. In this courtroom, the jury usually begins its day at **9:30 a.m.**, and usually ends its day at **5:30 p.m**. The lawyers and the court have estimated that jury selection and opening statements will take place [X], and the presentation of evidence will begin on [X]. The trial is expected to conclude by [X], and then the jury will begin deliberations. The time that the jury needs to deliberate will be determined by the jury itself. If deliberations continue into the week of [X], are there any matters that you simply must attend to this week or next week such that you could be faced with a hardship if selected for the jury in this case?

    YES    NO

40. Is there any reason or issue, not already raised, that might interfere with your ability to treat both sides fairly and arrive at a fair and impartial verdict, or that causes you to feel you should not sit as a juror in this case?

    YES        NO

41. Have you, a family member, or a close friend ever been arrested, cited, or charged with failing to adhere to mandated COVID-19-related safety protocols, including but not limited to wearing a mask, abiding by curfew, and social distancing?

    YES        NO

42. Have you, a family member, or a close friend been affected in a personal, specific, and significant manner by the COVID-19 virus or the COVID-19 global pandemic?

    YES        NO

    If you answered YES, would that affect your ability to be a fair and impartial juror in this case?

    YES        NO