UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 1:20-cr-00278-TNM |
| v. | : | |
| | : | |
| KEITH BERMAN, | : | |
| | : | |
| Defendant. | : | |

**JOINT STATEMENT OF THE CASE**

This is a criminal case. Keith Berman is the defendant. He is charged with four federal crimes: securities fraud, wire fraud, obstruction of agency proceedings, and making a false statement. The indictment is merely an allegation, and the defendant is presumed innocent until proven guilty of all the charges in the indictment.

The defendant was the sole officer and director of a company called Decision Diagnostics Corp. that is in the business of developing, manufacturing, and distributing glucose test strips and meters. The indictment alleges that, in the spring of 2020, the defendant devised and perpetrated a scheme to increase the price of his company's stock and raise money by falsely representing to investors that his company had successfully developed a blood test for the COVID-19 virus. The indictment alleges that the defendant falsely told investors that the test could detect the virus in a finger-prick sample of blood, when he knew that, in reality, the test was merely still an idea and had not been developed.

The indictment also alleges that, when the defendant learned that the United States Securities and Exchange Commission ("SEC") was investigating his statements about his company's development of a COVID-19 blood test, he attempted to obstruct that investigation and

also made a false statement to the SEC.

The defendant has pleaded not guilty to all charges.