NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

vs.                                            Criminal Number   1:20-000278 TNM

## KEITH BERMAN

(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

/s/ Ronald S. Herzog
_____
*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Ronald S. Herzog (#127721)
_____
*(Attorney & Bar ID Number)*

Goldberg Segalla LLP
_____
*(Firm Name)*

50 Main Street, Suite 425
_____
*(Street Address)*

White Plains,  NY          10606
_____
*(City)*          *(State)*          *(Zip)*

(914) 798-5419
_____
*(Telephone Number)*