# Attachment 1

| Gov't Exhibit No. | Description | 902(11) Certification |
|---|---|---|
| Bank Records | | |
| 8A - 8L | Bank of America Records (account numbers ending x0470, x9078, x0819, x0954, 0973, x2430, x4564, x6977, x3692, x2054, x7571, x2067) | A1 |
| 8M - 8O | JP Morgan Chase (account numbers ending x2066, x4569, x3060) | A2 |
| 8P – 8S | American Express (account numbers ending x2-41003, x5-11008, x7-61005, x7-71004) | A3 |
| 8T | Citibank (account number ending x4930) | A4 |
| 8U | Discover (account number ending x2159) | A5 |
| IP Subscriber Records | | |
| 9 | Charter Communications Inc. (Spectrum) (23.242.160.144) | B1 |
| 10 | Frontier Communications (47.154.204.232; 47.156.168.247; 47.156.172.159; 47.156.174.118) | B2 |
| Telephone Number Subscriber Records | | |
| 14 | Verizon (telephone numbers ending 5900, 1973) | C1 |
| Email Account Subscriber Records | | |
| 11-12, 19 | Oath Holdings Inc. | D1 |
| 13, 15-16 | Oath Inc. | D2 |
| AccessWire Records | | |
| 1A - 1M, 2 | Account Information including Press Releases and Accompanying Reports | E1 |
| OTC Markets Group Inc. Records | | |
| 3A – 3O, 4, 5, 7, 18 | Periodic Reports and Filings, OTC User Registration, OTC Weekly Reports, OTC Quotation Activity, and OTC Login Record | F1 |