A1

Bank of America Legal Order Processing
Regarding reference number: D072920000119
Court case number:
Court or issuer: US DEPARTMENT OF JUSTICE
Court case name: KEITH BERMAN

## DECLARATION OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

1.) Authority. I, __Christina Casey_, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.) Records. The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
    a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
    b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
    c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

| Account title: | Account number ending in: | Document type: | Timeframe: |
|---|---|---|---|
| INSTACARE CORP. | 0954 | Statement Pages, Signature Card, Deposits, Wires | 01/2017 - 06/2020 |
| PDA SERVICES, INC. | 0973 | Checks, Statement Pages, Signature Card, Wires | 01/2017 - 06/2020 |
| PHARMA TECH SOLUTIONS, INC | 0978 | Statement Pages, Signature Card, Wires | 01/2017 - 06/2020 |
| PHARMA TECH SOLUTIONS, INC DIRECT CREDIT ACCOUNT | 0470 | Statement Pages, Deposits, Wires | 01/2017 - 06/2020 |
| PHARMATECH DIRECT CORP. | 0819 | Statement Pages, Signature Card, Deposits, Wires | 01/2017 - 06/2020 |
| DECISION IT CORP | 6977 | Statement Pages, Signature Card | 01/2017 - 06/2020 |
| PHARMATECH SENSOR DEVELOPMENT CORP | 3692 | Statement Pages, Signature Card | 01/2017 - 06/2020 |
| KEITH M BERMAN | 0267 | Statement Pages | 01/2017 - 07/2020 |
| KEITH M BERMAN | 2054 | Statement Pages | 01/2017 - 07/2020 |
| PHARMA TECH SOLUTIONS, INC | 7571 | Statement Pages | 11/2019 - 07/2020 |

Production.
  X_____The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).
OR

_____A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.


Date: 7/15/2021         Signature: Christina Casey _Digitally signed by Christina Casey Date: 2021.07.15 06:51:56 -04'00'_ _____

DOJ-BERMAN_059029

DOJ-BERMAN-R_0000337606

Bank of America Legal Order Processing
Regarding reference number: D041421000293
Court case number:  082
Court or issuer:  United States Department of
Justice
Court case name: KEITH BERMAN

### DECLARATION OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

1.) Authority. I, Rebecca Stopenski, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.) Records. The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
    a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
    b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
    c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

Additional Comments:

| Account title: | Account number ending in: | Document type: | Timeframe: |
|---|---|---|---|
| INSTACARE CORP. | 0954 | Signature Card, IP Address, Statement Pages | 12/2020 - 04/2021 |
| PDA SERVICES, INC. | 0973 | Signature Card, IP Address, Statement Pages | 12/2020 - 04/2021 |
| PHARMA TECH SOLUTIONS, INC | 0978 | Signature Card, IP Address, Debits, Statement Pages, Deposits | 12/2020 - 04/2021 |
| PHARMA TECH SOLUTIONS, INC DIRECT CREDIT ACCOUNT | 0470 | Signature Card, IP Address, Statement Pages, Deposits | 12/2020 - 04/2021 |
| PHARMATECH DIRECT CORP. | 0819 | Signature Card, IP Address, Statement Pages | 12/2020 - 04/2021 |
| DECISION IT CORP | 6977 | Signature Card, IP Address, Statement Pages | 12/2020 - 04/2021 |
| PHARMATECH SENSOR DEVELOPMENT CORP | 3692 | Signature Card, Corporate Resolution, IP Address, Statement Pages | 12/2020 - 04/2021 |
| KEITH M BERMAN | 0267 | Application, Statement Pages, Payments | 12/2020 - 04/2021 |
| KEITH M BERMAN | 2054 (Conv: 9191) | Application, Statement Pages, Payments | 12/2020 - 04/2021 |
| PHARMA TECH SOLUTIONS, INC | 7571 | Statement Pages, Payments | 12/2020 - 04/2021 |
| CAREDECISION.NET, INC. DBA: IT HEALTH.NET & MEDICIUS, INC DBA WEST AM LEGION CLUB DBA | 4564 | Signature Card, IP Address, Debits, Statement Pages, Deposits | 12/2020 - 04/2021 |
| CAREDECISION.NET, INC. DBA: IT HEALTH.NET & MEDICIUS, INC DBA WEST AM LEGION CLUB DBA | 2430 | Signature Card, IP Address, Debits, Statement Pages | 12/2020 - 04/2021 |
| KEITH BERMAN | 2431 | Signature Card, IP Address, Debits, Statement Pages, Deposits | 03/2021 - 04/2021 |

3.) Production.
  X_____The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).
OR

_____A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

DOJ-BERMAN_059104

DOJ-BERMAN-R_0000337681

Rebecca Stopenski

Digitally signed
by Rebecca
Stopenski
Date: 2021.05.18
13:58:41 -04'00'

Date: 5/18/2021_____Signature:_____  _____

DOJ-BERMAN_059105

DOJ-BERMAN-R_0000337682

Bank of America Legal Order Processing
Regarding reference number: #19-2-81, DOJ
002
Court case number:
Court or issuer: U.S. Department of Justice,
Fraud Section, Criminal Division
Court case name:

### DECLARATION OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

1.) <u>Authority.</u> I, Brittany D'Amore, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.) <u>Records.</u> The records produced by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
    a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
    b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
    c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

Additional Comments:

BOA-19-2-81-DOJ-0000001 to BOA-19-2-81-DOJ-0000170

3.) <u>Production.</u>
  X    The records produced bearing the Bates-labels identified herein in response to the subject request, order, or subpoena constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).
                                OR
        A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date: <u>11/10/2021</u> Signature: _____

Brittany
DAmore

Digitally signed by
Brittany DAmore
Date: 2021.11.10
15:21:53 -05'00'

Bank of America Legal Order Processing
Regarding reference number: #19-2-81, DOJ
014
Court case number:
Court or issuer: U.S. Department of Justice,
Fraud Section, Criminal Division
Court case name:

### DECLARATION OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

1.) <u>Authority.</u> I, Brittany D'Amore, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.) <u>Records.</u> The records produced by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
    a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
    b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
    c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

Additional Comments:

BOA-0014-DOJ-0000001 to BOA-0014-DOJ-0000030

3.) <u>Production.</u>
  X    The records produced bearing the Bates-labels identified herein in response to the subject request, order, or subpoena constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).
OR
_____A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date:<u>11/10/2021</u> Signature: Brittany DAmore

Digitally signed by
Brittany DAmore
Date: 2021.11.10 15:22:18
-05'00'

Bank of America Legal Order Processing
Regarding reference number: #20-1-110, DOJ
032
Court case number:
Court or issuer: U.S. Department of Justice,
Fraud Section, Criminal Division
Court case name:

### DECLARATION OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

1.) <u>Authority.</u> I, Brittany D'Amore, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.) <u>Records.</u> The records produced by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
    a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
    b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
    c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

Additional Comments:

BOA-032-DOJ-0000001 to BOA-032-DOJ-0000888

3.) <u>Production.</u>
  X    The records produced bearing the Bates-labels identified herein in response to the subject request, order, or subpoena constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).
                          OR
_____A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date:<u>11/10/2021</u> Signature:<u>Brittany DAmore</u>

Brittany DAmore
Digitally signed by Brittany DAmore
Date: 2021.11.10 15:22:40 -05'00'

Bank of America Legal Order Processing
Regarding reference number: #20-1-132, DOJ
062
Court case number:
Court or issuer: U.S. Department of Justice,
Fraud Section, Criminal Division
Court case name:

## DECLARATION OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

1.) <u>Authority.</u> I, Brittany D'Amore, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.) <u>Records.</u> The records produced by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
    a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
    b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
    c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

Additional Comments:

BOA-062-DOJ-0000001 to BOA-062-DOJ-0002957

3.) <u>Production.</u>
  X     The records produced bearing the Bates-labels identified herein in response to the subject request, order, or subpoena constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).
                                        OR
        A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date: 11/10/2021  Signature:
**Brittany DAmore**

Digitally signed by
Brittany DAmore
Date: 2021.11.10
15:23:15 -05'00'

DOJ-BERMAN-R_0000342174

A2

## DECLARATION

### Case No. : 19-2-81 . #021

Tamara E Wooddall, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 14800 Frye Road, Fort Worth, Texas 76155.

3. I am a  Doc Review Sr Specialist II  and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Fort Worth, Texas.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Texas, that the foregoing is true and correct.

Dated: 08/27/2020

By: _Tamara E Wooddall_
　　　Tamara E Wooddall
　　　Doc Review Sr Specialist II
　　　JPMORGAN CHASE BANK, N.A.

SB1156568-F1

SUBP52a

# DECLARATION

### Case No. : 20-1-132 , 59

Shannon N Wilson, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Transactions Specialist III and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 12/18/20

By: _SHANNON N WILSON_

Shannon N Wilson
Transactions Specialist III
JPMORGAN CHASE BANK, N.A.

SB1181864-F1

SUBP10a

A3

## CERTIFICATION OF DOMESTIC RECORDS
## OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to Fed. R. Evidence 902(11)

The undersigned declarant hereby declares, certifies, verifies, or states the following:

1. The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

   *assistant to the*

2. The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as: [If this is insufficient room in which to adequately identify the items certified, complete on a separate sheet and refer to that sheet here.]        see cover letter

3. The records are originals or duplicate copies of domestic (United States) business records;

4. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5. The records were kept in the course of a regularly conducted business activity; and

6. The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify, or state, under penalty of perjury, that the foregoing is true and correct.*

_____
Signature of Declarant

Alicia Husband
_____
Printed Name

Assistant to the Custodian of Records
_____
Title

American Express
_____
Company Name

1500 NW 136th Avenue Sunrise FL 33323
_____
Business Address

09/23/2020
_____
Date of Declaration/Execution

DOJ-BERMAN_059039

DOJ-BERMAN-R_0000337616

**CERTIFICATION OF DOMESTIC RECORDS**
**OF REGULARLY CONDUCTED ACTIVITY**
**Pursuant to Fed. R. Evidence 902(11)**

The undersigned declarant hereby declares, certifies, verifies, or states the following:

1.    The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2.    The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as: [If this is insufficient room in which to adequately identify the items certified, complete on a separate sheet and refer to that sheet here.]

3.    The records are originals or duplicate copies of domestic (United States) business records;

4.    The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5.    The records were kept in the course of a regularly conducted business activity; and

6.    The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify, or state, under penalty of perjury, that the foregoing is true and correct.*

_____
Signature of Declarant

Tony Espinal
**Printed Name**

Assistant to the Custodian of Records
**Title**

American Express
**Company Name**

1500 NW 136th Avenue Sunrise, Florida 33323
**Business Address**

May 5, 2021
**Date of Declaration/Execution**

BATES. No: CI-7I7CJ AMEX000001 to CI-7I7CJ AMEX001582

DOJ-BERMAN_059078

DOJ-BERMAN-R_0000337655

A4

## CERTIFICATION OF DOMESTIC RECORDS
## OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to Fed. R. Evidence 902(11)

The undersigned declarant hereby declares, certifies, verifies, or states the following:

1. The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2. The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as: [If this is insufficient room in which to adequately identify the items certified, complete on a separate sheet and refer to that sheet here.]

3. The records are originals or duplicate copies of domestic (United States) business records;

4. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5. The records were kept in the course of a regularly conducted business activity; and

6. The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify, or state, under penalty of perjury, that the foregoing is true and correct.*

/s/ *Emma Carlson*
_____
Signature of Declarant

Emma Carlson
_____
Printed Name

Legal Ops Coordinator
_____
Title

Citibank NA
_____
Company Name

5800 S Corp Place Sioux Falls SD 57108
_____
Business Address

11/30/2020
_____
Date of Declaration/Execution

DOJ-BERMAN_059040

DOJ-BERMAN-R_0000337617

A5

## CERTIFICATION OF DOMESTIC RECORDS
## OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to Fed. R. Evidence 902(11)

The undersigned declarant hereby declares, certifies, verifies, or states the following:

1. The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2. The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as: [If this is insufficient room in which to adequately identify the items certified, complete on a separate sheet and refer to that sheet here.]

3. The records are originals or duplicate copies of domestic (United States) business records;

4. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5. The records were kept in the course of a regularly conducted business activity; and

6. The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify, or state, under penalty of perjury, that the foregoing is true and correct.*

*Jackelyn Thomas*
Signature of Declarant

Jackelyn Thomas
Printed Name

Investigative Support Analsyst
Title

Discover Products, INC
Company Name

2402 W. Beardsley Rd. Phx, AZ 85027
Business Address

08-31-2020
Date of Declaration/Execution

## CERTIFICATION OF DOMESTIC RECORDS
## OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to Fed. R. Evidence 902(11)

The undersigned declarant hereby declares, certifies, verifies, or states the following:

1.   The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2.   The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as: [If this is insufficient room in which to adequately identify the items certified, complete on a separate sheet and refer to that sheet here.]

3.   The records are originals or duplicate copies of domestic (United States) business records;

4.   The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5.   The records were kept in the course of a regularly conducted business activity; and

6.   The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify, or state, under penalty of perjury, that the foregoing is true and correct.*

_Jackelyn Thomas_
Signature of Declarant

Jackelyn Thomas
Printed Name

Financial Crimes Investigator
Title

Discover Products, INC
Company Name

2402 W. Beardsley Rd. Phx, AZ 85027
Business Address

07.12.2021
Date of Declaration/Execution

DOJ-BERMAN_059086

DOJ-BERMAN-R_0000337663

**CERTIFICATION OF DOMESTIC RECORDS
OF REGULARLY CONDUCTED ACTIVITY
Pursuant to Fed. R. Evidence 902(11)**

The undersigned declarant hereby declares, certifies, verifies, or states the following:

1.      The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2.      The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as: [If this is insufficient room in which to adequately identify the items certified, complete on a separate sheet and refer to that sheet here.]

3.      The records are originals or duplicate copies of domestic (United States) business records;

4.      The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5.      The records were kept in the course of a regularly conducted business activity; and

6.      The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify, or state, under penalty of perjury, that the foregoing is true and correct.*

*Deborah Surowicz*
_____
Signature of Declarant

Deborah Surowicz
_____
Printed Name

 Investigative Support Analyst
_____
Title

Discover Products Inc
_____
Company Name

2500 Lake Cook Rd Riverwoods, IL 60015
_____
Business Address

12/1/2020
_____
Date of Declaration/Execution

DOJ-BERMAN_026011

DOJ-BERMAN-R_0000273043

B1

STATE OF MISSOURI )

)

COUNTY OF ST. LOUIS )

AFFIDAVIT OF RECORDS CUSTODIAN CERTIFYING RECORDS

PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, Austin McNeil, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.

I am employed by Charter Communications, Inc., (Charter) and my title is Privacy Specialist I. Part of my job responsibilities is to review the records that Charter maintains relating to individual subscriber accounts to specific business records. I have reviewed the attached Charter records for 23.242.160.144, 12/9/2020 1:06:41 AM, GMT, 0; 23.242.160.144, 9/11/2020 2:23:00 PM, GMT, 0; 23.242.160.144, 5/25/2020 7:01:00 PM, GMT, 0; 23.242.160.144, 2/9/2020 3:02:00 AM, GMT, 0; in response to a lawful request dated and issued to Charter Communications.

I further state that:

1. All records attached to this certificate were made at or near the time of the occurrence of the activity;
2. These records are kept in the ordinary course of the regularly conducted business activity of Charter Communications and making such records is a regular practice of Charter Communications; and
3. These records were generated by Charter Communications by an electronic process or system that produces an accurate result.

FURTHER AFFIANT SAITH NOT.

06/28/2021
_____
Date

_Austin McNeil_
_____
Austin McNeil, Privacy Specialist I
Legal Response Operations Center
Charter Communications, Inc.
12405 Powerscourt Drive
St. Louis, Missouri 63131
Austin.McNeil@charter.com
www.charter.com/lea

STATE OF MISSOURI    )

                              )

COUNTY OF ST. LOUIS    )

## AFFIDAVIT OF RECORDS CUSTODIAN CERTIFYING RECORDS

## PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, ShaRayne Jackson, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.

I am employed by Charter Communications, Inc., (Charter) and my title is Paralegal II. Part of my job responsibilities is to review the records that Charter maintains relating to individual subscriber accounts to specific business records. I have reviewed the attached Charter records for 23.242.160.144, 6/26/2020 9:22:00 AM, Eastern; 23.242.160.144, 3/5/2020 9:02:00 PM, Eastern; (805)497-4125; Decision Diagnostics Corp.; Pharma Tech Solutions; Keith Berman; Zachary Berman; Wendy Block; 1623 Elmsford Place, Westlake Village, CA, 91361; 2660 Towngate Road Suite 300, Westlake Village, CA, 91361-____; ***-**-0317; ***-**-9995; ***-**-2514 in response to a lawful request dated 7/24/2020 and issued to Charter Communications.

I further state that:

1. All records attached to this certificate were made at or near the time of the occurrence of the activity;
2. These records are kept in the ordinary course of the regularly conducted business activity of Charter Communications and making such records is a regular practice of Charter Communications; and
3. These records were generated by Charter Communications by an electronic process or system that produces an accurate result.

FURTHER AFFIANT SAITH NOT.

08/13/2020

_____

Date

_____

ShaRayne Jackson, Paralegal II
Legal Response Operations Center
Charter Communications, Inc.
12405 Powerscourt Drive
St. Louis, Missouri 63131
ShaRayne.Jackson@charter.com
www.charter.com/lea

B2

## CERTIFICATION OF DOMESTIC RECORDS
## OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to Fed. R. Evidence 902(11)

The undersigned declarant hereby declares, certifies, verifies, or states the following:

1.  The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2.  The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as: [If this is insufficient room in which to adequately identify the items certified, complete on a separate sheet and refer to that sheet here.]

3.  The records are originals or duplicate copies of domestic (United States) business records;

4.  The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5.  The records were kept in the course of a regularly conducted business activity; and

6.  The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify, or state, under penalty of perjury, that the foregoing is true and correct.*

*Amy Keaton*
Signature of Declarant

Amy Keaton
Printed Name

Security Coordinator
Title

Frontier Communications
Company Name

PO Box 1003, Everett, WA  98206
Business Address

7/24/2020
Date of Declaration/Execution

DOJ-BERMAN_059032

DOJ-BERMAN-R_0000337609

## CERTIFICATION OF DOMESTIC RECORDS
## OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to Fed. R. Evidence 902(11)

The undersigned declarant hereby declares, certifies, verifies, or states the following:

1.  The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2.  The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as: [If this is insufficient room in which to adequately identify the items certified, complete on a separate sheet and refer to that sheet here.]

3.  The records are originals or duplicate copies of domestic (United States) business records;

4.  The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5.  The records were kept in the course of a regularly conducted business activity; and

6.  The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify, or state, under penalty of perjury, that the foregoing is true and correct.*

*Chona Villanueva*

Signature of Declarant

Chona Villanueva

Printed Name

Security Coordinator

Title

Frontier Communications

Company Name

906 SE Everett May Way, Suite 500
Everett, WA  98208

Business Address

06-07-2021

Date of Declaration/Execution

DOJ-BERMAN_059110

DOJ-BERMAN-R_0000337687

# CERTIFICATION OF DOMESTIC RECORDS
## OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to Fed. R. Evidence 902(11)

The undersigned declarant hereby declares, certifies, verifies, or states the following:

1.   The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2.   The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as: [If this is insufficient room in which to adequately identify the items certified, complete on a separate sheet and refer to that sheet here.]

3.   The records are originals or duplicate copies of domestic (United States) business records;

4.   The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5.   The records were kept in the course of a regularly conducted business activity; and

6.   The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify, or state, under penalty of perjury, that the foregoing is true and correct.*

*Amber Holland*
Signature of Declarant

Amber Holland
Printed Name

Security Coordinator
Title

Frontier Communications
Company Name

906 SE Everett Mall Way Ste 500, Everett WA
Business Address

May 13, 2021
Date of Declaration/Execution

**CERTIFICATION OF DOMESTIC RECORDS**
**OF REGULARLY CONDUCTED ACTIVITY**
**Pursuant to Fed. R. Evidence 902(11)**

The undersigned declarant hereby declares, certifies, verifies, or states the following:

1. The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2. The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as: [If this is insufficient room in which to adequately identify the items certified, complete on a separate sheet and refer to that sheet here.]

3. The records are originals or duplicate copies of domestic (United States) business records;

4. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5. The records were kept in the course of a regularly conducted business activity; and

6. The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify, or state, under penalty of perjury, that the foregoing is true and correct.*

*Amy Keaton*
Signature of Declarant

Amy Keaton
Printed Name

Security Coordinator
Title

Frontier Communications
Company Name

PO Box 1003, Everett, WA  98206
Business Address

11/12/2020
Date of Declaration/Execution

C1

Verizon Wireless Case Number 20148137

## CERTIFICATION OF DOMESTIC RECORDS
## OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to Fed. R. Evidence 902(11)

The undersigned declarant hereby declares, certifies, verifies, or states the following:

1. The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2. The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as: [If this is insufficient room in which to adequately identify the items certified, complete on a separate sheet and refer to that sheet here.]

3. The records are originals or duplicate copies of domestic (United States) business records;

4. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5. The records were kept in the course of a regularly conducted business activity; and

6. The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify, or state, under penalty of perjury, that the foregoing is true and correct.*

_\S\ Matthew Griffin_
Signature of Declarant

_Matthew Griffin_
Printed Name

_Subpoena Coordinator_
Title

_Verizon Wireless_
Company Name

_180 Washington Valley Road, Bedminster NJ 07921_
Business Address

_08/03/2020_
Date of Declaration/Execution

DOJ-BERMAN_007174

DOJ-BERMAN-R_0000258098

## CERTIFICATION OF DOMESTIC RECORDS
## OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to Fed. R. Evidence 902(11)

The undersigned declarant hereby declares, certifies, verifies, or states the following:

1. The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2. The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as: [If this is insufficient room in which to adequately identify the items certified, complete on a separate sheet and refer to that sheet here.]

3. The records are originals or duplicate copies of domestic (United States) business records;

4. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5. The records were kept in the course of a regularly conducted business activity; and

6. The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify, or state, under penalty of perjury, that the foregoing is true and correct.*

| Verizon case # 21164394 |
|---|

_____
Signature of Declarant

Ramon Rubio
_____
Printed Name

Analyst
_____
Title

Verizon
_____
Company Name

600 Hidden Ridge, Irving, TX 75038
_____
Business Address

3-5-2021
_____
Date of Declaration/Execution

D1

## BUSINESS RECORDS DECLARATION

| | | |
|---|---|---|
| Request for information regarding: | ) | **DECLARATION OF** |
| quantromain | ) | **DANA PHAN** |
| _____ | ) | |

I, Dana Phan, declare:

1.  I am a Custodian of Records for Oath Holdings Inc. ("Oath"), located in California.  I am authorized to submit this declaration on behalf of Oath.  I make this declaration in response to a subpoena dated December 28, 2020 ("the request").  I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.  Attached hereto are true and correct copies of the following data in the custody of Oath pertaining to the relevant user account responsive to the request: (1) subscriber details; and (2) the dates, times, and Internet protocol addresses for logins and authentication events (if any).  I further state that:

    a.  Oath's servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted, and this data is kept in the course of this regularly conducted business activity, and was made by Oath as a regular practice;

    b.  Such records were generated by Oath's electronic processing system(s) that produced an accurate result; and

    c.  The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Oath in a manner to ensure that they are true copies of the original records.

3.  I further state that this declaration is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

4.  Oath may not require or verify user information because it offers many of its services to users for free. The file folder names and structures contained in this production are not business records.  To the extent any document attached hereto contained information that exceeded the scope of the request, is protected from disclosure, or is otherwise not subject to production, such information has been redacted or otherwise removed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:   February 9, 2021                                _____
                                                         Dana Phan, Custodian of Records

## BUSINESS RECORDS DECLARATION

| | | |
|---|---|---|
| Request for information regarding: | ) | **DECLARATION OF** |
| madefortunes@yahoo.com | ) | **MARIA ABRUZZINI** |
| _____ | ) | |

I, Maria Abruzzini, declare:

1. I am a Custodian of Records for Oath Holdings Inc. ("Oath"), located in California.  I am authorized to submit this declaration on behalf of Oath.  I make this declaration in response to a search warrant dated April 22, 2021 ("the request").  I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2. Attached hereto are true and correct copies of the following data in the custody of Oath pertaining to the relevant user account responsive to the request: (1) subscriber details; (2) the dates, times, and Internet protocol addresses for logins and authentication events (if any); (3) content of the email account; and (4) mail contacts (if any).  I further state that:

   a. Oath's servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted, and this data is kept in the course of this regularly conducted business activity, and was made by Oath as a regular practice;

   b. Such records were generated by Oath's electronic processing system(s) that produced an accurate result; and

   c. The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Oath in a manner to ensure that they are true copies of the original records.

3. I further state that this declaration is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

4. Oath may not require or verify user information because it offers many of its services to users for free. The file folder names and structures contained in this production are not business records.  To the extent any document attached hereto contained information that exceeded the scope of the request, is protected from disclosure, or is otherwise not subject to production, such information has been redacted or otherwise removed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:   ___April 23, 2021____        _____
                                        Maria Abruzzini, Custodian of Records

Oath Reference Number: 485028
DOJ-BERMAN_059118

DOJ-BERMAN-R_0000337695

## BUSINESS RECORDS DECLARATION

| Request for information regarding: | ) | **DECLARATION OF** |
|---|---|---|
| mademyfortune@yahoo.com, et al. | ) | **LUCY ARNAUD** |
| | ) | |

I, Lucy Arnaud, declare:

1. I am a Custodian of Records for Oath Holdings Inc. ("Oath"), located in California. I am authorized to submit this declaration on behalf of Oath. I make this declaration in response to a subpoena dated May 14, 2021 ("the request"). I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2. Attached hereto are true and correct copies of the following data in the custody of Oath pertaining to the relevant user accounts responsive to the request: (1) subscriber details; and (2) the dates, times, and Internet protocol addresses for logins and authentication events (if any). I further state that:

   a. Oath's servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted, and this data is kept in the course of this regularly conducted business activity, and was made by Oath as a regular practice;

   b. Such records were generated by Oath's electronic processing system(s) that produced an accurate result; and

   c. The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Oath in a manner to ensure that they are true copies of the original records.

3. I further state that this declaration is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

4. Oath may not require or verify user information because it offers many of its services to users for free. The file folder names and structures contained in this production are not business records. To the extent any document attached hereto contained information that exceeded the scope of the request, is protected from disclosure, or is otherwise not subject to production, such information has been redacted or otherwise removed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:   May 14, 2021

_____
Lucy Arnaud, Custodian of Records

DOJ-BERMAN_059114

DOJ-BERMAN-R_0000337691

D2



Request for information regarding:

alan.goddard@aol.com

puckhog1953@aol.com

I, Greg Phillips, declare:

1. I am a Custodian of Records for Oath Inc. ("Oath"), located in Virginia. I am authorized to submit this declaration on behalf of Oath. I make this declaration in response to a subpoena dated 08/17/2020 ("the request") issued in the above-referenced matter. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2. Attached hereto are true and correct copies of the following data in the custody of Oath pertaining to the relevant user account(s) responsive to the request: (1) subscriber details; (2) the dates, times, and Internet protocol addresses for logins and authentication events (if any).  I further state that:

a.    Oath's servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted, and this data is kept in the course of this regularly conducted business activity, and was made by Oath as a regular practice.

b.    Such records were generated by Oath's electronic processing system(s) that produced an accurate result; and

©2017 Oath, Inc. A Verizon company

DOJ-BERMAN_059054

DOJ-BERMAN-R_0000337631

c.    The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Oath in a manner to ensure that they are true copies of the original records.

3. I further state that this declaration is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

4. Oath may not require or verify user information because it offers many of its services to users for free.  The file folder names and structures contained in this production are not business records.  To the extent any document attached hereto contained information that exceeded the scope of the request, is protected from disclosure, or is otherwise not subject to production, such information has been redacted or otherwise removed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


08/19/2020          *Greg Phillips*
Date                     Signature

2

DOJ-BERMAN_059055

DOJ-BERMAN-R_0000337632

# Oath:

Request for information regarding:      genstrip50support@aol.com

I, Karen Vukson, declare:

1.       I am a Custodian of Records for Oath Inc. ("Oath"), located in Virginia. I am authorized to submit this declaration on behalf of Oath. I make this declaration in response to a subpoena dated October 22, 2020, ("the request") issued in the above-referenced matter. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.       Attached hereto are true and correct copies of the following data in the custody of Oath pertaining to the relevant user account(s) responsive to the request: (1) subscriber details; (2) the dates, times, and Internet protocol addresses for logins and authentication events (if any). I further state that:

a.    Oath's servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted, and this data is kept in the course of this regularly conducted business activity, and was made by Oath as a regular practice.

b.    Such records were generated by Oath's electronic processing system(s) that produced an accurate result; and

c.    The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Oath in a manner to ensure that they are true copies of the original records.

3.       I further state that this declaration is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

4.       Oath may not require or verify user information because it offers many of its services to users for free. The file folder names and structures contained in this production are not business records. To the extent any document attached hereto contained information that exceeded the scope of the request, is protected from disclosure, or is otherwise not subject to production, such information has been redacted or otherwise removed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
October 28, 2020
Date

_____
Karen Vukson, Sr. Manager

DOJ-BERMAN_059061

DOJ-BERMAN-R_0000337638

E1

## CERTIFICATION OF DOMESTIC RECORDS
## OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to Fed. R. Evidence 902(11)

The undersigned declarant hereby declares, certifies, verifies, or states the following:

1.    The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2.    The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as: [If this is insufficient room in which to adequately identify the items certified, complete on a separate sheet and refer to that sheet here.]

3.    The records are originals or duplicate copies of domestic (United States) business records;

4.    The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5.    The records were kept in the course of a regularly conducted business activity; and

6.    The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify, or state, under penalty of perjury, that the foregoing is true and correct.*

*Brian R. Balbirnie*
Signature of Declarant

Brian R. Balbirnie
Printed Name

Chief Executive Officer
Title

Issuer Direct / ACCESSWIRE
Company Name

1 Glenwood Ave, Suite 1001 Raleigh NC 27603
Business Address

Dec. 3, 2021
Date of Declaration/Execution

DOJ-BERMAN-R_0000345818

F1

**CERTIFICATION OF DOMESTIC RECORDS
OF REGULARLY CONDUCTED ACTIVITY
Pursuant to Fed. R. Evidence 902(11)**

The undersigned declarant hereby declares, certifies, verifies, or states the following:

1. The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2. The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as:

   a. **Quotation Activity:** An Excel file labeled "DECN Closing Bid-Ask 2020.xlxs" containing the inside priced bid and priced offer for broker-dealer quotations on OTC Link ATS in Decision Diagnostics Corp. ("DECN") for each trading day from January 1, 2020 through December 31, 2020 (the "Relevant Period")

   b. **OTCIQ User Activity:** An Excel file labeled "LoginLog (DECN)(2020).xls" containing the login activity related to the use of OTC Markets Group's OTCIQ portal ("OTCIQ") by DECN's authorized user(s) during the Relevant Period. Keith Berman was the sole individual authorized by DECN to post information on behalf of DECN via OTCIQ during the Relevant Period.

   c. **Disclosure:** An Excel file labeled "HistoricOTCIQFilings(DECN)(2020).xls" containing a list of disclosure documents posted by DECN via OTCIQ during the Relevant Period (including Report Status, Period Date, Created and Release Date and other information) and copies of each corresponding item of disclosure posted via OTCIQ, labeled as described below:

      1 – OTC PINK SUPPLEMENTAL INFORMATION TABLE FIX.pdf
      2 – OTC PINK CURRENT 2019 ANNUAL REPORT FINANCIALS &.pdf
      3 – OTC PINK CURRENT 2019 ANNUAL REPORT MANAGEMENTS.pdf
      4 – OTC PINK CURRENT 2019 ANNUAL REPORT SUPPLEMENTAL.pdf
      5 – OPINION LETTER FROM THOMAS COOK ESQ REGARDING.pdf
      6 – SEC Form 550.pdf
      7 – OTC PINK 1Q2020 FINANCIALS FOOTNOTES AND.pdf
      8 – OTC PINK 1Q2020 MANAGEMENT'S DISCUSSION AND.pdf
      9 – OTC PINK 1Q 2020 SUPPLEMENTAL INFORMATION.pdf
      10 – DECN Shareholder Letter to SEC.pdf
      11 – June 2 2020 Shareholder Letter, revised for security.pdf
      12 – OTC MARKETS 2Q2020 FINANCIALS, FOOTNOTES AND.pdf
      13 – OTC MARKETS 2Q2020 MANAGEMENTS' DISCUSSION &.pdf
      14 – OTC MARKETS 2Q2020 SUPPLEMENTAL INFORMATION &.pdf
      15 – OTC MARKETS 3Q 2020FINANCIALS FOOTNOTES AND.pdf
      16 – OTC MARKETS 3Q2020 MANAGEMENT'S DISCUSSION &.pdf
      17 – OTC MARKETS 3Q2020 SUPPLEMENTAL DISCLOSURES AND.pdf

DOJ-BERMAN-R_0000344966

    d. **OTC Weekly Reports**:  .MSG files containing OTC Weekly Report emails sent by OTC Markets Group Inc. to DECN during the Relevant Period and PDF files containing each of the corresponding OTC Weekly Reports.

    e. **Tier History:**  An Excel file labeled "DECN_Tier_Caveat_Change (2020).xlsx" containing changes in market tier (*e.g.* Pink Current, Pink Limited) or Caveat Emptor status for DECN during the Relevant Period.

3. The records are originals or duplicate copies of domestic (United States) business records;

4. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5. The records were kept in the course of a regularly conducted business activity; and

6. The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify, or state, under penalty of perjury, that the foregoing is true and correct.*

Executed on November 22, 2021.

_____
Cass Sanford
Associate General Counsel
OTC Markets Group Inc.

DOJ-BERMAN-R_0000344967