UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    CRIMINAL NO. 1:20-cr-00278-TNM |
| v. | : |
| KEITH BERMAN, | : |
| Defendant. | : |

## STIPULATIONS BY THE PARTIES

The United States of America, by and through its attorneys, undersigned counsel, and defendant Keith Berman, through his counsel, Walter P. Loughlin and Ronald S. Herzog, hereby agree and stipulate that the following items of evidence are authentic and require no extrinsic evidence of authenticity in order to be admitted at trial:

- All documents produced on behalf of Decision Diagnostics Corp. to the United States Securities and Exchange Commission in connection with the United States Securities and Exchange Commission's investigation of Keith Berman and Decision Diagnostics Corp. (including Decision_Diagnostics_00000001-Decision_Diagnostics_00008329); and

- All documents produced by Endurance International Group, Inc. in response to the search warrant for information related to email accounts info@decisiondiagnostics.com and kberman@decisiondiagnostics.net (In the Matter of the Search of Information Associated with Two Email Accounts Stored at Premises Controlled by Endurance International Group, Inc., No. 20-sc-2018 (D.D.C.)) (including DOJ-BERMAN-R_0000021447-DOJ-BERMAN-R_0000241838 and DOJ-BERMAN-R_0000327194- DOJ-BERMAN-R_0000327197).

Date: December 13, 2021

Respectfully submitted,

JOSEPH S. BEEMSTERBOER
Acting Chief, Fraud Section
Criminal Division

*Christopher Fenton*
_____
Christopher Fenton
Trial Attorney
Justin Weitz
Acting Principal Assistant Chief

Vijay Shanker
Deputy Chief
Appellate Section, Criminal Division

Attorneys for Plaintiff
United States of America

Date: December 13, 2021

_____
Walter P. Loughlin
Ronald S. Herzog

Attorneys for Defendant
Keith Berman

Date: December 13, 2021

_____
Keith Berman