UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 1:20-cr-00278-TNM |
| v. | : | |
| | : | |
| KEITH BERMAN, | : | |
| | : | |
| Defendant. | : | |

## STIPULATION BY THE PARTIES

The United States of America, by and through its attorneys, undersigned counsel, and defendant Keith Berman, through his counsel, Walter P. Loughlin and Ronald S. Herzog, hereby agree and stipulate to the following:

Each and every charge in the amount of $149.99 charged to the following credit cards between September 1, 2018 and December 31, 2020, was for the personal use and benefit of defendant Keith Berman and did not constitute business-related expenses incurred by or on behalf of Decision Diagnostics Corp.:

| Credit Card | Account Number |
|---|---|
| American Express | ████1004 |
| American Express | ████1008 |
| J.P. Morgan Chase | ████2206 |
| J.P. Morgan Chase | ████4569 |
| J.P. Morgan Chase | ████6060 |
| Citibank-Sears | ████4930 |
| Discover | ████2159 |

The parties further agree and stipulate that this stipulation be entered into evidence at defendant Keith Berman's trial in the above-captioned matter.

Date: December 13, 2021

Respectfully submitted,

JOSEPH S. BEEMSTERBOER
Acting Chief, Fraud Section
Criminal Division

*Christopher Fenton*
_____
Christopher Fenton
Trial Attorney
Justin Weitz
Acting Principal Assistant Chief


Vijay Shanker
Deputy Chief
**Appellate Section, Criminal Division**

Attorneys for Plaintiff
United States of America

Date: December 13, 2021

_____
Walter P. Loughlin
Ronald S. Herzog

**Attorneys for Defendant
Keith Berman**

Date: December 13, 2021

_____
Keith Berman