

U.S. Department of Justice

Criminal Division

---

*Fraud Section*  *Justin Weitz*  1400 New York Ave., N.W.
  *Acting Principal Asst. Chief*  Bond Building, 3rd Floor
  *Justin.weitz@usdoj.gov*  Washington, D.C. 20530

March 23, 2021

<u>*Via E-mail*</u>
Ronald S. Herzog, Esq
Goldberg Segalla
655 Main Street
Buffalo, NY 14203

Re:   **United States v. Keith Berman, No. 1:20-CR-00278-TNM**

Dear Counsel:

We write in advance of the July 12, 2021 trial scheduled in this matter. In earlier correspondence, we have requested that the defendant notify the government if he intends to raise either an advice of counsel defense or involvement of counsel arguments at trial.

In order to ensure a smooth trial and allow for ample pre-trial discovery related to this issue, please let us no later than April 15, 2021 if the defendant intends to rely on or employ any advice of counsel or involvement of counsel argument or defense as part of this matter. If so, please also confirm that provision of such notice will effectuate a waiver of the attorney-client privilege for materials relevant to the allegations in the indictment, and that you will provide discovery to the government of any such materials. Should we not receive notice of such intention by April 15, 2021, we will assume that the defendant does not intend to raise such defenses or arguments at or before trial.

Sincerely,

*/s/ Justin Weitz*
Christopher Fenton, Trial Attorney
Justin Weitz, Principal Assistant Chief
U.S. Dept. of Justice, Fraud Section

cc:  Walter Loughlin, Esq. (via email: walter.loughlin@gmail.com)