A1

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, ___Jenessa Smith___, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by  Endurance International Group, Inc.  ("PROVIDER"), and my title is  Web Advisor Two                                                                    .
I am a custodian of records for PROVIDER, and I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of PROVIDER. The attached records consist of:

  subscriber information, email content, and IP address logs.                               

I further state that:

a.  all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of PROVIDER, and they were made by PROVIDER as a regular practice; and

b.  such records were generated by PROVIDER's electronic process or system that produces an accurate result, to wit:

    1.  the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of PROVIDER in a manner to ensure that they are true duplicates of the original records; and

    2.  the process or system is regularly verified by PROVIDER, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

___August 18th, 2020___       *Jenessa C. Smith* (Digitally signed by Jenessa C. Smith Date: 2020.08.18 15:18:21 -07'00')
Date      Signature

B1

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, John Hutton, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by InvestorsHub.com, Inc and my official title is Director of Information Technology. I am a custodian of records for InvestorsHub.com, Inc. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of InvestorsHub.com, Inc., and that I am the custodian of the attached records as described in the corresponding transmittal letter pertaining to the following matter:

Search Warrant dated December 17, 2020, United States District Court for the District of Columbia, Case No. 20-sc-3285.

I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

b. such records were kept in the ordinary course of a regularly conducted business activity of InvestorsHub.com, Inc.; and

c. such records were made by InvestorsHub.com, Inc. as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

12/28/2020   *[signed]* John Hutton
Date           Signature

DOJ-BERMAN_059117

DOJ-BERMAN-R_0000337694

## CERTIFICATION OF DOMESTIC RECORDS
## OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to Fed. R. Evidence 902(11)

The undersigned declarant hereby declares, certifies, verifies, or states the following:

1. The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2. The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as:

   Documents responsive to the Subpoena dated 08/12/2020, U.S. District Court for the District of Columbia, Grand Jury # 19-2-81, 08/20/2020 9:000 AM.

   - File: User Info.pdf consisting of 18 pages Bates numbered:
     - IH-GJ19-2-81-200815-001 - IH-GJ19-2-81-200815-018; and

   - File: Public Posts.html of approximately 2,049 Kbytes (not Bates numbered)

3. The records are originals or duplicate copies of domestic (United States) business records;

4. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5. The records were kept in the course of a regularly conducted business activity; and

6. The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify, or state, under penalty of perjury, that the foregoing is true and correct.*

Date: 8/17/2020

Signature of Declarant: *[signed] John Hutton*

John Hutton
Director of Information Technology
Investorshub.com, Inc.
3122 Mahan Dr. Suite 801-137

B2

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, David Minnick, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by Investors Hangout, LLC and my official title is President. I am a custodian of records for Investors Hangout, LLC. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of Investors Hangout, LLC, and that I am the custodian of the attached records consisting of 200 mb (pages/CDs/kilobytes). I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

b. such records were kept in the ordinary course of a regularly conducted business activity of Investors Hangout, LLC; and

c. such records were made by Investors Hangout, LLC as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

12/13/21
Date

[Signature]
Signature