| Ex No. | Description | Production BegDoc | Production EndDoc | 902(11) Production BegDoc |
|---|---|---|---|---|
| 1A | Press Release | DOJ-BERMAN-R_0000345759 | DOJ-BERMAN-R_0000345762 | DOJ-BERMAN-R_0000345818 |
| 1B | Press Release | DOJ-BERMAN-R_0000345763 | DOJ-BERMAN-R_0000345766 | DOJ-BERMAN-R_0000345818 |
| 1C | Press Release | DOJ-BERMAN-R_0000345767 | DOJ-BERMAN-R_0000345769 | DOJ-BERMAN-R_0000345818 |
| 1D | Press Release | DOJ-BERMAN-R_0000345770 | DOJ-BERMAN-R_0000345773 | DOJ-BERMAN-R_0000345818 |
| 1E | Press Release | DOJ-BERMAN-R_0000345774 | DOJ-BERMAN-R_0000345777 | DOJ-BERMAN-R_0000345818 |
| 1F | Press Release | DOJ-BERMAN-R_0000345778 | DOJ-BERMAN-R_0000345781 | DOJ-BERMAN-R_0000345818 |
| 1G | Press Release | DOJ-BERMAN-R_0000345782 | DOJ-BERMAN-R_0000345786 | DOJ-BERMAN-R_0000345818 |
| 1H | Press Release | DOJ-BERMAN-R_0000345787 | DOJ-BERMAN-R_0000345792 | DOJ-BERMAN-R_0000345818 |
| 1I | Press Release | DOJ-BERMAN-R_0000345793 | DOJ-BERMAN-R_0000345796 | DOJ-BERMAN-R_0000345818 |
| 1J | Press Release | DOJ-BERMAN-R_0000345797 | DOJ-BERMAN-R_0000345801 | DOJ-BERMAN-R_0000345818 |
| 1K | Press Release | DOJ-BERMAN-R_0000345802 | DOJ-BERMAN-R_0000345805 | DOJ-BERMAN-R_0000345818 |
| 1L | Press Release | DOJ-BERMAN-R_0000345806 | DOJ-BERMAN-R_0000345812 | DOJ-BERMAN-R_0000345818 |
| 1M | Press Release | DOJ-BERMAN-R_0000345813 | DOJ-BERMAN-R_0000345817 | DOJ-BERMAN-R_0000345818 |
| 2 | AccessWire User Information, Company Management Permissions, User Activity, and Press Releases Distributed Using the DECN Account and Accompanying Reports. | DOJ-BERMAN-R_0000250929 | DOJ-BERMAN-R_0000250941 | DOJ-BERMAN-R_0000345818 |
| 3A | OTC 2019 Annual Report - Financials and Footnotes and Schedules | DOJ-BERMAN-R_0000345240 | DOJ-BERMAN-R_0000345256 | DOJ-BERMAN-R_0000344966 |
| 3B | OTC 2019 Annual Report - Management Discussion & Analysis | DOJ-BERMAN-R_0000345257 | DOJ-BERMAN-R_0000345278 | DOJ-BERMAN-R_0000344966 |
| 3C | OTC 2019 Annual Report - Supplemental Disclosures | DOJ-BERMAN-R_0000345279 | DOJ-BERMAN-R_0000345348 | DOJ-BERMAN-R_0000344966 |
| 3D | OTC 1Q:2020 - Financials and Footnotes and Schedules | DOJ-BERMAN-R_0000345365 | DOJ-BERMAN-R_0000345375 | DOJ-BERMAN-R_0000344966 |
| 3E | OTC 1Q:2020 - Management Discussion & Analysis | DOJ-BERMAN-R_0000345376 | DOJ-BERMAN-R_0000345397 | DOJ-BERMAN-R_0000344966 |
| 3F | OTC 1Q:2020 - Supplemental Disclosures | DOJ-BERMAN-R_0000345398 | DOJ-BERMAN-R_0000345459 | DOJ-BERMAN-R_0000344966 |
| 3G | OTC 2Q:2020 - Financials and Footnotes and Schedules | DOJ-BERMAN-R_0000345039 | DOJ-BERMAN-R_0000345050 | DOJ-BERMAN-R_0000344966 |
| 3H | OTC 2Q:2020 - Management Discussion & Analysis | DOJ-BERMAN-R_0000345051 | DOJ-BERMAN-R_0000345074 | DOJ-BERMAN-R_0000344966 |
| 3I | OTC 2Q:2020 - Supplemental Disclosures | DOJ-BERMAN-R_0000345075 | DOJ-BERMAN-R_0000345141 | DOJ-BERMAN-R_0000344966 |
| 3J | OTC 3Q:2020 - Financials and Footnotes and Schedules | DOJ-BERMAN-R_0000345142 | DOJ-BERMAN-R_0000345154 | DOJ-BERMAN-R_0000344966 |
| 3K | OTC 3Q:2020 - Management Discussion & Analysis | DOJ-BERMAN-R_0000345155 | DOJ-BERMAN-R_0000345176 | DOJ-BERMAN-R_0000344966 |
| 3L | OTC 3Q:2020 - Supplemental Disclosures | DOJ-BERMAN-R_0000345177 | DOJ-BERMAN-R_0000345239 | DOJ-BERMAN-R_0000344966 |
| 3M | Shareholder Letters Published on www.otcmarkets.com | DOJ-BERMAN-R_0000345001 DOJ-BERMAN-R_0000345020 | DOJ-BERMAN-R_0000345019 DOJ-BERMAN-R_0000345038 | DOJ-BERMAN-R_0000344966 |
| 3N | Thomas Cook Opinion Letter | DOJ-BERMAN-R_0000345349 | DOJ-BERMAN-R_0000345351 | DOJ-BERMAN-R_0000344966 |
| 3O | SEC Form 550 | DOJ-BERMAN-R_0000345352 | DOJ-BERMAN-R_0000345364 | DOJ-BERMAN-R_0000344966 |
| 4 | Authorized User Registration | DOJ-BERMAN-R_0000337710 | DOJ-BERMAN-R_0000337714 | |
| 5 | OTC Weekly Reports Emailed to Keith Berman | DOJ-BERMAN-R_0000345464 DOJ-BERMAN-R_0000345465 DOJ-BERMAN-R_0000345541 DOJ-BERMAN-R_0000345542 | DOJ-BERMAN-R_0000345464 DOJ-BERMAN-R_0000345467 DOJ-BERMAN-R_0000345541 DOJ-BERMAN-R_0000345544 | DOJ-BERMAN-R_0000344966 |
| 7 | OTC Quotation Activity | DOJ-BERMAN-R_0000345462 | DOJ-BERMAN-R_0000345462 | DOJ-BERMAN-R_0000344966 |
| 8A | Bank of America - Pharma Tech Solutions Inc. (x0470) | DOJ-BERMAN-R_0000234068 DOJ-BERMAN-R_0000254432 DOJ-BERMAN-R_0000272776 DOJ-BERMAN-R_0000234108 | DOJ-BERMAN-R_0000234068 DOJ-BERMAN-R_0000254667 DOJ-BERMAN-R_0000273033 DOJ-BERMAN-R_0000234108 | DOJ-BERMAN-R_0000337606 DOJ-BERMAN-R_0000337681 DOJ-BERMAN-R_0000342171 DOJ-BERMAN-R_0000337606 |
| 8B | Bank of America - Pharma Tech Solutions Inc. (x0978) | DOJ-BERMAN-R_0000256265 DOJ-BERMAN-R_0000270100 DOJ-BERMAN-R_0000237188 | DOJ-BERMAN-R_0000256265 DOJ-BERMAN-R_0000270101 DOJ-BERMAN-R_0000237188 | DOJ-BERMAN-R_0000337681 DOJ-BERMAN-R_0000342171 DOJ-BERMAN-R_0000337606 |
| 8C | Bank of America - Pharmatech Direct Corp. (x0819) | DOJ-BERMAN-R_0000251169 DOJ-BERMAN-R_0000270096 DOJ-BERMAN-R_0000237464 | DOJ-BERMAN-R_0000251169 DOJ-BERMAN-R_0000270097 DOJ-BERMAN-R_0000237465 | DOJ-BERMAN-R_0000337681 DOJ-BERMAN-R_0000342171 DOJ-BERMAN-R_0000337606 |
| 8D | Bank of America - Instacare Corp. (x0954) | DOJ-BERMAN-R_0000251405 DOJ-BERMAN-R_0000270094 DOJ-BERMAN-R_0000233700 | DOJ-BERMAN-R_0000251405 DOJ-BERMAN-R_0000270095 DOJ-BERMAN-R_0000233700 | DOJ-BERMAN-R_0000337681 DOJ-BERMAN-R_0000342171 DOJ-BERMAN-R_0000337606 |
| 8E | Bank of America - PDA Services Inc. (x0973) | DOJ-BERMAN-R_0000253701 DOJ-BERMAN-R_0000270098 DOJ-BERMAN-R_0000233339 | DOJ-BERMAN-R_0000253701 DOJ-BERMAN-R_0000270099 DOJ-BERMAN-R_0000233339 | DOJ-BERMAN-R_0000337681 DOJ-BERMAN-R_0000342171 DOJ-BERMAN-R_0000337606 |
| 8F | Bank of America - IT Health Net & Medicus (x2430) | DOJ-BERMAN-R_0000263508 DOJ-BERMAN-R_0000270086 DOJ-BERMAN-R_0000237424 | DOJ-BERMAN-R_0000263513 DOJ-BERMAN-R_0000270087 DOJ-BERMAN-R_0000237425 | DOJ-BERMAN-R_0000337681 DOJ-BERMAN-R_0000342171 DOJ-BERMAN-R_0000342171 |

| | | | | |
|---|---|---|---|---|
| 8G | Bank of America - IT Health Net & Medicus (x4564) | DOJ-BERMAN-R_0000264016 DOJ-BERMAN-R_0000264010 | DOJ-BERMAN-R_0000264023 DOJ-BERMAN-R_0000264015 | DOJ-BERMAN-R_0000337681 DOJ-BERMAN-R_0000342171 |
| 8H | Bank of America - Decision IT Corp. (x6977) | DOJ-BERMAN-R_0000257067 DOJ-BERMAN-R_0000263396 | DOJ-BERMAN-R_0000257067 DOJ-BERMAN-R_0000263397 | DOJ-BERMAN-R_0000337681 DOJ-BERMAN-R_0000342171 |
| 8I | Bank of America - Pharmatech Sensor Development Corp. (x3692) | DOJ-BERMAN-R_0000256864 DOJ-BERMAN-R_0000256866 | DOJ-BERMAN-R_0000256865 DOJ-BERMAN-R_0000257065 | DOJ-BERMAN-R_0000337681 DOJ-BERMAN-R_0000342171 |
| 8J | Bank of America - Keith Berman (x2054) | DOJ-BERMAN-R_0000256670 DOJ-BERMAN-R_0000345625 | DOJ-BERMAN-R_0000256861 DOJ-BERMAN-R_0000345654 | DOJ-BERMAN-R_0000337681 DOJ-BERMAN-R_0000342171 |
| 8K | Bank of America - Pharma Tech Solutions (x7571) | DOJ-BERMAN-R_0000342175 DOJ-BERMAN-R_0000257474 | DOJ-BERMAN-R_0000342177 DOJ-BERMAN-R_0000257513 | DOJ-BERMAN-R_0000337681 DOJ-BERMAN-R_0000342171 |
| 8L | Bank of America - Keith Berman (x0267) | DOJ-BERMAN-R_0000250942 DOJ-BERMAN-R_0000345597 | DOJ-BERMAN-R_0000251127 DOJ-BERMAN-R_0000345624 | DOJ-BERMAN-R_0000337681 DOJ-BERMAN-R_0000342171 |
| 8M | JPMorgan Chase - Keith Berman (x2206) | DOJ-BERMAN-R_0000260034 DOJ-BERMAN-R_0000265899 | DOJ-BERMAN-R_0000260085 DOJ-BERMAN-R_0000265962 | DOJ-BERMAN-R_0000337619 DOJ-BERMAN-R_0000337656 |
| 8N | JPMorgan Chase - Keith Berman (x4569) | DOJ-BERMAN-R_0000266158 DOJ-BERMAN-R_0000260091 | DOJ-BERMAN-R_0000266158 DOJ-BERMAN-R_0000260174 | DOJ-BERMAN-R_0000337619 DOJ-BERMAN-R_0000337656 |
| 8O | JPMorgan Chase - Keith Berman; IT Health.Net Inc. (x3060) | DOJ-BERMAN-R_0000266159 DOJ-BERMAN-R_0000260178 | DOJ-BERMAN-R_0000266352 DOJ-BERMAN-R_0000260263 | DOJ-BERMAN-R_0000337619 DOJ-BERMAN-R_0000337656 |
| 8P | American Express - Decision Diagnostics / Keith Berman (x2-41003) | DOJ-BERMAN-R_0000258949 DOJ-BERMAN-R_0000327198 | DOJ-BERMAN-R_0000258991 DOJ-BERMAN-R_0000327249 | DOJ-BERMAN-R_0000337616 DOJ-BERMAN-R_0000337655 |
| 8Q | American Express - Decision Diagnostics / Keith Berman (x5-11008) | DOJ-BERMAN-R_0000327768 DOJ-BERMAN-R_0000259082 | DOJ-BERMAN-R_0000327871 DOJ-BERMAN-R_0000259111 | DOJ-BERMAN-R_0000337616 DOJ-BERMAN-R_0000337655 |
| 8R | American Express - Decision Diagnostics / Keith Berman (x7-61005) | DOJ-BERMAN-R_0000327592 DOJ-BERMAN-R_0000259112 | DOJ-BERMAN-R_0000327767 DOJ-BERMAN-R_0000259226 | DOJ-BERMAN-R_0000337616 DOJ-BERMAN-R_0000337655 |
| 8S | American Express - Decision Diagnostics / Keith Berman (x7-71004) | DOJ-BERMAN-R_0000327250 DOJ-BERMAN-R_0000328684 | DOJ-BERMAN-R_0000327583 DOJ-BERMAN-R_0000328684 | DOJ-BERMAN-R_0000337616 DOJ-BERMAN-R_0000337655 |
| 8T | Citibank / Sears Mastercard - Keith Berman (x4930) | DOJ-BERMAN-R_0000259487 DOJ-BERMAN-R_0000340957 | DOJ-BERMAN-R_0000259676 DOJ-BERMAN-R_0000341080 | DOJ-BERMAN-R_0000337617 |
| 8U | Discover Bank - Keith Berman / Wendy Block (x2159) | DOJ-BERMAN-R_0000273412 DOJ-BERMAN-R_0000345696 | DOJ-BERMAN-R_0000273558 DOJ-BERMAN-R_0000345748 | DOJ-BERMAN-R_0000337618 DOJ-BERMAN-R_0000337663 DOJ-BERMAN-R_0000273043 |
| 8V | General Ledger exports from Quickbooks, 2017 -2020 | DOJ-BERMAN-R_0000323155 | DOJ-BERMAN-R_0000323158 | DOJ-BERMAN-R_0000322109 |
| 9 | Charter Communications Inc. (Spectrum) - 23.242.160.144 | DOJ-BERMAN-R_0000337600 DOJ-BERMAN-R_0000257893 DOJ-BERMAN-R_0000257938 | DOJ-BERMAN-R_0000337601 DOJ-BERMAN-R_0000257935; DOJ-BERMAN-R_0000257941 | DOJ-BERMAN-R_0000337601 DOJ-BERMAN-R_0000257941 |
| 10 | Frontier Communications - 47.154.204.232, 47.156.168.247, 47.156.172.159, 47.156.174.118 | DOJ-BERMAN-R_0000332870 DOJ-BERMAN-R_0000345693 DOJ-BERMAN-R_0000257871 | DOJ-BERMAN-R_0000332870 DOJ-BERMAN-R_0000345694 DOJ-BERMAN-R_0000257872 | DOJ-BERMAN-R_0000337687 DOJ-BERMAN-R_0000337690 |
| 11 | Oath Holdings Inc. (quantromain) | DOJ-BERMAN-R_0000328827 | DOJ-BERMAN-R_0000328827 | DOJ-BERMAN-R_0000337674 |
| 12 | Oath Holdings Inc. (madefortunes@yahoo.com) | DOJ-BERMAN-R_0000335475 DOJ-BERMAN-R_0000334377 | DOJ-BERMAN-R_0000335475 DOJ-BERMAN-R_0000334377 | DOJ-BERMAN-R_0000337695 |
| 13 | Oath Inc. (intermania@aol.com) | DOJ-BERMAN-R_0000264425 | DOJ-BERMAN-R_0000264425 | DOJ-BERMAN-R_0000337638 |
| 14 | Verizon (805.207.5900); (805.446.1973) | DOJ-BERMAN-R_0000329221 DOJ-BERMAN-R_0000258102 | DOJ-BERMAN-R_0000329221 DOJ-BERMAN-R_0000258102 | DOJ-BERMAN-R_0000337679 DOJ-BERMAN-R_0000258098 |

| | | | | |
|---|---|---|---|---|
| 15 | Oath Inc. (puckhog1953@aol.com) | DOJ-BERMAN-R_0000262661 | DOJ-BERMAN-R_0000262661 | DOJ-BERMAN-R_0000337631 |
| 16 | Oath Inc. (ZTB030288@aol.com) | DOJ-BERMAN-R_0000264430 | DOJ-BERMAN-R_0000264430 | DOJ-BERMAN-R_0000337638 |
| 17 | Endurance (Kberman@decisiondiagnostics.net) | DOJ-BERMAN-R_0000345658 | DOJ-BERMAN-R_0000345658 | DOJ-BERMAN-R_0000345819 |
| | | DOJ-BERMAN-R_0000345659 | DOJ-BERMAN-R_0000345659 | |
| 18 | OTC Login Record | DOJ-BERMAN-R_0000345461 | DOJ-BERMAN-R_0000345461 | DOJ-BERMAN-R_0000344966 |
| 19 | Oath Inc. (mademyfortune@yahoo.com) | DOJ-BERMAN-R_0000333811 | DOJ-BERMAN-R_0000333811 | DOJ-BERMAN-R_0000337691 |
| 20 | Transcript of Keith Berman SEC Testimony - Day 1  (excerpted pages 21-24) | DOJ-BERMAN-R_0000292717 | DOJ-BERMAN-R_0000292717 | |
| 21 | SEC Bluesheet Data for DECN | DOJ-BERMAN-R_0000292710 | DOJ-BERMAN-R_0000292710 | |
| 22 | Exhibit 64 from Keith Berman SEC Testimony (10.09.2020) (Questionnaire) | DOJ-BERMAN-R_0000292674 | DOJ-BERMAN-R_0000292697 | |
| 23 | User Registration and IP Log (plutoniumimplosion) | DOJ-BERMAN-R_0000309215 | DOJ-BERMAN-R_0000309234 | DOJ-BERMAN-R_0000337694 |
| 24 | Correspondence re: Suspension (plutoniumimplosion) | DOJ-BERMAN-R_0000307912 | DOJ-BERMAN-R_0000307915 | DOJ-BERMAN-R_0000337694 |
| 25 | Public Postings (plutoniumimplosion) | DOJ-BERMAN-R_0000308782 | DOJ-BERMAN-R_0000308915 | DOJ-BERMAN-R_0000337694 |
| | | DOJ-BERMAN-R_0000258663 | DOJ-BERMAN-R_0000258787 | DOJ-BERMAN-R_0000337615 |
| 26 | Message from plutoniumimplosion re: Shareholder Letter | DOJ-BERMAN-R_0000308223 | DOJ-BERMAN-R_0000308223 | DOJ-BERMAN-R_0000337694 |
| 27 | User Registration (investorshangout.com) | DOJ-BERMAN-R_0000250928 | DOJ-BERMAN-R_0000250928 | DOJ-BERMAN-R_0000337693 |
| 28 | IP Log (investorshangout.com) | DOJ-BERMAN-R_0000248199 | DOJ-BERMAN-R_0000248199 | DOJ-BERMAN-R_0000337693 |
| 29A | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245500 | DOJ-BERMAN-R_0000245500 | DOJ-BERMAN-R_0000337693 |
| 29B | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245501 | DOJ-BERMAN-R_0000245501 | DOJ-BERMAN-R_0000337693 |
| 29C | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245502 | DOJ-BERMAN-R_0000245502 | DOJ-BERMAN-R_0000337693 |
| 29D | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245503 | DOJ-BERMAN-R_0000245503 | DOJ-BERMAN-R_0000337693 |
| 29E | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245504 | DOJ-BERMAN-R_0000245504 | DOJ-BERMAN-R_0000337693 |
| 29F | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245505 | DOJ-BERMAN-R_0000245505 | DOJ-BERMAN-R_0000337693 |
| 29G | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245519 | DOJ-BERMAN-R_0000245519 | DOJ-BERMAN-R_0000337693 |
| 29H | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245520 | DOJ-BERMAN-R_0000245520 | DOJ-BERMAN-R_0000337693 |
| 29I | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245522 | DOJ-BERMAN-R_0000245522 | DOJ-BERMAN-R_0000337693 |
| 29J | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245523 | DOJ-BERMAN-R_0000245523 | DOJ-BERMAN-R_0000337693 |
| 29K | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245524 | DOJ-BERMAN-R_0000245524 | DOJ-BERMAN-R_0000337693 |
| 29L | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245542 | DOJ-BERMAN-R_0000245542 | DOJ-BERMAN-R_0000337693 |
| 29M | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245545 | DOJ-BERMAN-R_0000245545 | DOJ-BERMAN-R_0000337693 |
| 29N | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245547 | DOJ-BERMAN-R_0000245547 | DOJ-BERMAN-R_0000337693 |
| 29O | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245549 | DOJ-BERMAN-R_0000245549 | DOJ-BERMAN-R_0000337693 |
| 29P | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245556 | DOJ-BERMAN-R_0000245556 | DOJ-BERMAN-R_0000337693 |
| 29Q | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245557 | DOJ-BERMAN-R_0000245557 | DOJ-BERMAN-R_0000337693 |
| 29R | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245558 | DOJ-BERMAN-R_0000245558 | DOJ-BERMAN-R_0000337693 |
| 29S | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245559 | DOJ-BERMAN-R_0000245559 | DOJ-BERMAN-R_0000337693 |
| 29T | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245560 | DOJ-BERMAN-R_0000245560 | DOJ-BERMAN-R_0000337693 |
| 29U | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245561 | DOJ-BERMAN-R_0000245561 | DOJ-BERMAN-R_0000337693 |
| 29V | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245562 | DOJ-BERMAN-R_0000245562 | DOJ-BERMAN-R_0000337693 |
| 29W | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245563 | DOJ-BERMAN-R_0000245563 | DOJ-BERMAN-R_0000337693 |
| 29X | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245564 | DOJ-BERMAN-R_0000245564 | DOJ-BERMAN-R_0000337693 |
| 29Y | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245565 | DOJ-BERMAN-R_0000245565 | DOJ-BERMAN-R_0000337693 |
| 29Z | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245566 | DOJ-BERMAN-R_0000245566 | DOJ-BERMAN-R_0000337693 |
| 29AA | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245567 | DOJ-BERMAN-R_0000245567 | DOJ-BERMAN-R_0000337693 |
| 29BB | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245568 | DOJ-BERMAN-R_0000245568 | DOJ-BERMAN-R_0000337693 |
| 29CC | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245569 | DOJ-BERMAN-R_0000245569 | DOJ-BERMAN-R_0000337693 |
| 29DD | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245570 | DOJ-BERMAN-R_0000245570 | DOJ-BERMAN-R_0000337693 |
| 29EE | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245571 | DOJ-BERMAN-R_0000245571 | DOJ-BERMAN-R_0000337693 |
| 29FF | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245572 | DOJ-BERMAN-R_0000245572 | DOJ-BERMAN-R_0000337693 |
| 29GG | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245630 | DOJ-BERMAN-R_0000245630 | DOJ-BERMAN-R_0000337693 |
| 29HH | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245631 | DOJ-BERMAN-R_0000245631 | DOJ-BERMAN-R_0000337693 |
| 29II | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245632 | DOJ-BERMAN-R_0000245632 | DOJ-BERMAN-R_0000337693 |
| 29JJ | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245633 | DOJ-BERMAN-R_0000245633 | DOJ-BERMAN-R_0000337693 |
| 29KK | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245634 | DOJ-BERMAN-R_0000245634 | DOJ-BERMAN-R_0000337693 |
| 29LL | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245635 | DOJ-BERMAN-R_0000245635 | DOJ-BERMAN-R_0000337693 |
| 29MM | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245636 | DOJ-BERMAN-R_0000245636 | DOJ-BERMAN-R_0000337693 |
| 29NN | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245637 | DOJ-BERMAN-R_0000245637 | DOJ-BERMAN-R_0000337693 |
| 29OO | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245638 | DOJ-BERMAN-R_0000245638 | DOJ-BERMAN-R_0000337693 |
| 29PP | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245639 | DOJ-BERMAN-R_0000245639 | DOJ-BERMAN-R_0000337693 |
| 29QQ | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245640 | DOJ-BERMAN-R_0000245640 | DOJ-BERMAN-R_0000337693 |

| | | | | |
|---|---|---|---|---|
| 29RR | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245641 | DOJ-BERMAN-R_0000245641 | DOJ-BERMAN-R_0000337693 |
| 29SS | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245642 | DOJ-BERMAN-R_0000245642 | DOJ-BERMAN-R_0000337693 |
| 29TT | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245643 | DOJ-BERMAN-R_0000245643 | DOJ-BERMAN-R_0000337693 |
| 29UU | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245645 | DOJ-BERMAN-R_0000245645 | DOJ-BERMAN-R_0000337693 |
| 29VV | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245646 | DOJ-BERMAN-R_0000245646 | DOJ-BERMAN-R_0000337693 |
| 29WW | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245647 | DOJ-BERMAN-R_0000245647 | DOJ-BERMAN-R_0000337693 |
| 29XX | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245648 | DOJ-BERMAN-R_0000245648 | DOJ-BERMAN-R_0000337693 |
| 29YY | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245649 | DOJ-BERMAN-R_0000245649 | DOJ-BERMAN-R_0000337693 |
| 29ZZ | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245650 | DOJ-BERMAN-R_0000245650 | DOJ-BERMAN-R_0000337693 |
| 29AAA | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245651 | DOJ-BERMAN-R_0000245651 | DOJ-BERMAN-R_0000337693 |
| 29BBB | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245652 | DOJ-BERMAN-R_0000245652 | DOJ-BERMAN-R_0000337693 |
| 29CCC | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245653 | DOJ-BERMAN-R_0000245653 | DOJ-BERMAN-R_0000337693 |
| 29DDD | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245654 | DOJ-BERMAN-R_0000245654 | DOJ-BERMAN-R_0000337693 |
| 29EEE | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245655 | DOJ-BERMAN-R_0000245655 | DOJ-BERMAN-R_0000337693 |
| 29FFF | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245656 | DOJ-BERMAN-R_0000245656 | DOJ-BERMAN-R_0000337693 |
| 29GGG | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245676 | DOJ-BERMAN-R_0000245676 | DOJ-BERMAN-R_0000337693 |
| 29HHH | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000245677 | DOJ-BERMAN-R_0000245677 | DOJ-BERMAN-R_0000337693 |
| 29III | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000246465 | DOJ-BERMAN-R_0000246465 | DOJ-BERMAN-R_0000337693 |
| 29JJJ | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000246467 | DOJ-BERMAN-R_0000246467 | DOJ-BERMAN-R_0000337693 |
| 29KKK | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000246547 | DOJ-BERMAN-R_0000246547 | DOJ-BERMAN-R_0000337693 |
| 29LLL | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000246604 | DOJ-BERMAN-R_0000246604 | DOJ-BERMAN-R_0000337693 |
| 29MMM | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000246667 | DOJ-BERMAN-R_0000246667 | DOJ-BERMAN-R_0000337693 |
| 29NNN | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000246686 | DOJ-BERMAN-R_0000246686 | DOJ-BERMAN-R_0000337693 |
| 29OOO | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000246897 | DOJ-BERMAN-R_0000246897 | DOJ-BERMAN-R_0000337693 |
| 29PPP | Response to Plutonium by Fuente | DOJ-BERMAN-R_0000246899 | DOJ-BERMAN-R_0000246899 | DOJ-BERMAN-R_0000337693 |
| 30 | Audio Recording of FBI Interview of Keith Berman | DOJ-BERMAN-R_0000275573 | DOJ-BERMAN-R_0000275573 | |
| 31 | Email from CDRH-EUA-Templates to Maria Garcia re: FW: PPEUA200323-FW: EUA for Covid-19 Screen using blood samples | DOJ-BERMAN-R_0000276348<br>DOJ-BERMAN-R_0000276349<br>DOJ-BERMAN-R_0000276356<br>DOJ-BERMAN-R_0000276367 | DOJ-BERMAN-R_0000276348<br>DOJ-BERMAN-R_0000276365<br>DOJ-BERMAN-R_0000276366<br>DOJ-BERMAN-R_0000276372 | |
| 32 | Email from Maria Garcia to Laura Ulitzky re: feedback sent to PEUA200323 impedance testing<br>Letter from FDA to Lisa Pritchard re:PEUA200232 Pharma Tech Solutions, Inc. GenViro!(TM) COVID-19 Screening Kit | DOJ-BERMAN-R_0000337708<br>DOJ-BERMAN-R_0000276187 | DOJ-BERMAN-R_0000337708<br>DOJ-BERMAN-R_0000276190 | |
| 33 | Email from Maria Garcia to Lisa Pritchard re: PEUA200323 Pharma Tech Solutions, Inc. GenViro!(TM) COVID-19 Screening Kit | DOJ-BERMAN-R_0000276268<br>DOJ-BERMAN-R_0000276273<br>DOJ-BERMAN-R_0000276277 | DOJ-BERMAN-R_0000276272<br>DOJ-BERMAN-R_0000276276<br>DOJ-BERMAN-R_0000276286 | |
| 34 | Email from Maria Garcia to Mark DuVal and Lisa Pritchard re: PEUA200323 A002 GenViro! Request for Teleconference | DOJ-BERMAN-R_0000276548 | DOJ-BERMAN-R_0000276551 | |
| 35 | Email from Bowen Cui to Lisa Pritchard re: PEUA200323 | DOJ-BERMAN-R_0000276543 | DOJ-BERMAN-R_0000276544 | |
| 36 | Summary of Defendant's Home and Business IP Address Use | | | |
| 37 | Summary of Bank Records | | | |
| 38 | Email from Keith Berman to Daniel Kim re: Coronavirus | DOJ-BERMAN-R_0000052333 | DOJ-BERMAN-R_0000052334 | DOJ-BERMAN-R_0000345819 |
| 39 | Email from Keith Berman to Daniel Kim re: Problem to delivery TBG Sleeve samples | DOJ-BERMAN-R_0000129874 | DOJ-BERMAN-R_0000129882 | DOJ-BERMAN-R_0000345819 |
| 40 | Email from Keith Berman to Daniel Kim re: Sleeve | DOJ-BERMAN-R_0000130624 | DOJ-BERMAN-R_0000130630 | DOJ-BERMAN-R_0000345819 |
| 41 | Email from Keith Berman to Daniel Kim re Design Change and Review Implementation | DOJ-BERMAN-R_0000175729 | DOJ-BERMAN-R_0000175736 | DOJ-BERMAN-R_0000345819 |
| 42 | Email from Keith Berman to Matthew Musho re: do either of you have experience working for or against CDC | DOJ-BERMAN-R_0000005923 | DOJ-BERMAN-R_0000005926 | |
| 43 | Email from Nathen Ruiz to Keith Berman re: Corona Virus test by Impedance | DOJ-BERMAN-R_0000045810<br>DOJ-BERMAN-R_0000238907 | DOJ-BERMAN-R_0000045810<br>DOJ-BERMAN-R_0000238923 | |
| 44 | Email from Keith Berman to Daniel Kim re: GenViro! PowerPoint | DOJ-BERMAN-R_0000054359<br>DOJ-BERMAN-R_0000239425 | DOJ-BERMAN-R_0000054359<br>DOJ-BERMAN-R_0000239425 | DOJ-BERMAN-R_0000345819 |
| 45 | Email from Nathen Ruiz to Keith Berman re: GenViro! Updated Powerpoint | DOJ-BERMAN-R_0000180928<br>DOJ-BERMAN-R_0000228378 | DOJ-BERMAN-R_0000180928<br>DOJ-BERMAN-R_0000228396 | DOJ-BERMAN-R_0000345819 |
| 46 | Email from Robert Jagunich to Keith Berman Re: GenViro | DOJ-BERMAN-R_0000045831 | DOJ-BERMAN-R_0000045833 | DOJ-BERMAN-R_0000345819 |
| 47 | Email from Keith Berman to Mark DuVal and Lisa Pritchard re: EUA for COVID-19 Screen Using Blood Samples | DOJ-BERMAN-R_0000001317 | DOJ-BERMAN-R_0000001335 | |
| 48 | Email from Nathen Ruiz to Keith Berman re: Newest GenViro! Powerpoint | DOJ-BERMAN-R_0000098659<br>DOJ-BERMAN-R_0000230461 | DOJ-BERMAN-R_0000098659<br>DOJ-BERMAN-R_0000230479 | DOJ-BERMAN-R_0000345819 |
| 49 | Email from Keith Berman to Daniel Kim re: GenViro! | DOJ-BERMAN-R_0000054607 | DOJ-BERMAN-R_0000054607 | DOJ-BERMAN-R_0000345819 |

| 50 | Email from Keith Berman to Daniel Kim re: GenViro! | DOJ-BERMAN-R_0000054600 | DOJ-BERMAN-R_0000054606 | DOJ-BERMAN-R_0000345819 |
|---|---|---|---|---|
| 51 | Email from Keith Berman to Robert Jagunich | DOJ-BERMAN-R_0000215203 | DOJ-BERMAN-R_0000215204 | DOJ-BERMAN-R_0000345819 |
| 52 | Email from Robert Jagunich to Keith Berman Re: Covid device | DOJ-BERMAN-R_0000181553 | DOJ-BERMAN-R_0000181554 | DOJ-BERMAN-R_0000345819 |
| 53 | Email from Keith Berman to Matthew Musho re: Comments on 03.22.2020_pptx | DOJ-BERMAN-R_0000004915 DOJ-BERMAN-R_0000004916 | DOJ-BERMAN-R_0000004915 DOJ-BERMAN-R_0000004921 | |
| 54 | Email from Keith Berman to Daniel Kim and Matthew Musho re: Comments on 03.22.2020_pptx | DOJ-BERMAN-R_0000011281 DOJ-BERMAN-R_0000011282 | DOJ-BERMAN-R_0000011281 DOJ-BERMAN-R_0000011282 | |
| 55 | Email from Keith Berman to Matthew Musho re: Final Genviro SCREEN Tool Product | DOJ-BERMAN-R_0000216244 DOJ-BERMAN-R_0000239536 | DOJ-BERMAN-R_0000216244 DOJ-BERMAN-R_0000239536 | DOJ-BERMAN-R_0000345819 |
| 56 | Email from Keith Berman to Matthew Musho re: Coronoa Virus Test by Impedence | DOJ-BERMAN-R_0000005904 | DOJ-BERMAN-R_0000005905 | |
| 57 | Email from Matthew Musho to Keith Berman re: EUA Responses | DOJ-BERMAN-R_0000010258 | DOJ-BERMAN-R_0000010260 | |
| 58 | Email from Keith Berman to Mark DuVal and Lisa Pritchard re: GenViro! | DOJ-BERMAN-R_0000001481 | DOJ-BERMAN-R_0000001483 | |
| 59 | Email from Keith Berman to Matthew Musho re: Genviro | DOJ-BERMAN-R_0000006037 | DOJ-BERMAN-R_0000006047 | |
| 60 | Email from Keith Berman to Mark DuVal and Lisa Pritchard re: EUA for COVID-19 Screen Using Blood Samples | DOJ-BERMAN-R_0000001696 | DOJ-BERMAN-R_0000001703 | |
| 61 | Email from Daniel Kim to Keith Berman re: GenViro | DOJ-BERMAN-R_0000244248 | DOJ-BERMAN-R_0000244254 | |
| 62 | Email from Keith Berman to Daniel Kim re: GenViro | DOJ-BERMAN-R_0000204280 | DOJ-BERMAN-R_0000204295 | DOJ-BERMAN-R_0000345819 |
| 63 | Email from Keith Berman to Matthew Musho re: GenViro | DOJ-BERMAN-R_0000008411 DOJ-BERMAN-R_0000008419 | DOJ-BERMAN-R_0000008418 DOJ-BERMAN-R_0000008423 | |
| 64 | Email from Keith Berman to Mark DuVal and Lisa Pritchard re: PEUA200323 Acknowledgement Letter | DOJ-BERMAN-R_0000001715 | DOJ-BERMAN-R_0000001718 | |
| 65 | Email from Matthew Musho to Keith Berman re: GenViro drawing | DOJ-BERMAN-R_0000031206 | DOJ-BERMAN-R_0000031207 | DOJ-BERMAN-R_0000345819 |
| 66 | Email from Keith Berman to Matthew Musho, Lisa Pritchard and Mark DuVal  re: PEUA200232 harmaTech Solutions Inc. GenViro!(TM) Covid-19 Screening Kit | DOJ-BERMAN-R_0000009537 | DOJ-BERMAN-R_0000009546 | |
| 67 | Email from Nathen Ruiz to Keith Berman re: GenViro! Swift Meter Mock Up Box | DOJ-BERMAN-R_0000145496 DOJ-BERMAN-R_0000230209 | DOJ-BERMAN-R_0000145496 DOJ-BERMAN-R_0000230209 | DOJ-BERMAN-R_0000345819 |
| 68 | Email from Keith Berman to Matthew Musho, Leslie Musho, Mark DuVal and Lisa Pritchard re: Summary of Pharma Tech Call with FDA to Discuss EUA Testing | DOJ-BERMAN-R_0000000450 | DOJ-BERMAN-R_0000000454 | |
| 69 | Email from Keith Berman to Mark DuVal and Lisa Pritchard re: Summary of Pharma Tech Call with FDA to Discuss EUA Testing | DOJ-BERMAN-R_0000000472 | DOJ-BERMAN-R_0000000477 | |
| 70 | Email from Shepard Doniger to Keith Berman Re: One pager DRAFT | DOJ-BERMAN-R_0000345750 | DOJ-BERMAN-R_0000345751 | DOJ-BERMAN-R_0000345819 |
| 71 | Email from Shepard Doniger to Keith Berman re: One pager DRAFT | DOJ-BERMAN-R_0000345752 DOJ-BERMAN-R_0000345753 DOJ-BERMAN-R_0000345755 | DOJ-BERMAN-R_0000345752 DOJ-BERMAN-R_0000345754 DOJ-BERMAN-R_0000345755 | DOJ-BERMAN-R_0000345819 |
| 72 | Email from Shepard Doniger to Keith Berman Re: One pager DRAFT | DOJ-BERMAN-R_0000345756 DOJ-BERMAN-R_0000345757 | DOJ-BERMAN-R_0000345756 DOJ-BERMAN-R_0000345758 | DOJ-BERMAN-R_0000345819 |
| 73 | Email from Kimberly Binder to Nathen Ruiz re: Mobirise form submission on pharmatechsolutions.co site | DOJ-BERMAN-R_0000043733 | DOJ-BERMAN-R_0000043733 | |
| 74 | Email from Keith Berman to Nathen Ruiz re: Genviro Banner says FDA cleared | DOJ-BERMAN-R_0000119642 | DOJ-BERMAN-R_0000119642 | |
| 75 | Email from Keith Berman to Mark DuVal and Lisa Pritchard re: PEUA200323 Pharma Tech Solu8ons, Inc. GenViro!(TM) COVID-19 Screening Kit | DOJ-BERMAN-R_0000000478 | DOJ-BERMAN-R_0000000488 | |
| 76 | Email from Matt Chad to Keith Berman re: Latest Data | DOJ-BERMAN-R_0000044517 | DOJ-BERMAN-R_0000044518 | DOJ-BERMAN-R_0000345819 |
| 77 | Email from Matt Chad to Keith Berman re: Decision Diagnostics | DOJ-BERMAN-R_0000079818 | DOJ-BERMAN-R_0000079818 | DOJ-BERMAN-R_0000345819 |
| 78 | Email from Matt Chad to Keith Berman re: DECN | DOJ-BERMAN-R_0000147693 | DOJ-BERMAN-R_0000147697 | DOJ-BERMAN-R_0000345819 |
| 79 | Email from Matt Chad to Keith Berman re: DECN | DOJ-BERMAN-R_0000164026 | DOJ-BERMAN-R_0000164024 | DOJ-BERMAN-R_0000345819 |
| 80 | Email from Keith Berman to Matt Chad re: letter | DOJ-BERMAN-R_0000125319 | DOJ-BERMAN-R_0000125319 | DOJ-BERMAN-R_0000345819 |
| 81 | Email from Keith Berman to Daniel Kim re: GebViro and Others on 6/2 | DOJ-BERMAN-R_0000070971 | DOJ-BERMAN-R_0000070976 | |
| 82 | Email from Keith Berman to Matthew Musho re: Problem | DOJ-BERMAN-R_0000006285 | DOJ-BERMAN-R_0000006286 | |
| 83 | Email from Keith Berman to Matthew Musho re: Problem | DOJ-BERMAN-R_0000006287 | DOJ-BERMAN-R_0000006288 | |
| 84 | Email from Matt Chad to Keith Berman re: Letter | DOJ-BERMAN-R_0000147942 | DOJ-BERMAN-R_0000147945 | DOJ-BERMAN-R_0000345819 |
| 85 | Email from Keith Berman to Matthew Musho re: GenViro HCT Test Report = Further Tests | DOJ-BERMAN-R_0000009322 | DOJ-BERMAN-R_0000009327 | |
| 86 | Covid-19 :15 Test Talking Points | DOJ-BERMAN-R_0000292351 DOJ-BERMAN-R_0000292353 | DOJ-BERMAN-R_0000292351 DOJ-BERMAN-R_0000292353 | |
| 87 | Email from Keith Berman to MC re: I have a task for you | DOJ-BERMAN-R_0000159956 | DOJ-BERMAN-R_0000159956 | DOJ-BERMAN-R_0000345819 |
| 88 | Shareholder Letters | DOJ-BERMAN-R_0000078742 DOJ-BERMAN-R_0000236057 DOJ-BERMAN-R_0000236072 DOJ-BERMAN-R_0000236081 | DOJ-BERMAN-R_0000078742 DOJ-BERMAN-R_0000236071 DOJ-BERMAN-R_0000236080 DOJ-BERMAN-R_0000236099 | DOJ-BERMAN-R_0000345819 |
| 89 | Email from Michael Triglia to Misty Racimo re: Text messages Keith Berman | DOJ-BERMAN-R_0000329143 | DOJ-BERMAN-R_0000329158 | |

| 90 | Email from Michael Triglia to Misty Racimo FWD: Fw: Biden Administration Finalizing Six Contracts to Increase At-Home SARS-CoV-2 Testing \| 360Dx | DOJ-BERMAN-R_0000329097 | DOJ-BERMAN-R_0000329099 | |