UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------------X
UNITED STATES OF AMERICA,

               Plaintiff,

vs.

KEITH BERMAN,

               Defendant.
-------------------------------------------------------X

1:20-cr-00278 TNM

## DEFENDANT'S EXHIBIT LIST

Below is the list of Defendant's trial exhibits.

Exhibit A -   James Reilly Charts

Exhibit B -   SEC Order of Suspension of Trading – 4/23/2020

Exhibit C -   DECN Price Chart -- 2020

Exhibit D -   Tom Nelson Preferred Class D Subscription Agreement

Exhibit E -   Ernesto Amparo, Esq. Emails to FDA – June 22, 2020 and June 25, 2020

Exhibit F -   March 12, 2020 – Memo from The Bio

Exhibit G -   March 23, 2020 – Memo from The Bio

Exhibit H -   March 22, 2020 – Email form Daniel Kim to Keith Berman

Exhibit I -   June 2, 2020 – Email from Daniel Kim to Keith Berman

Exhibit J -   Promissory Notes Reflecting DECN Borrowings – 2020

Exhibit K -   April 3, 2020 GenViro Pre EUA Submission for Molecular-Based Tests for SARS COV-2 that causes COVID-19

Exhibit L -   April 20, 2020 Supplemental Submission to FDA for professional use PEUA200232

31994196.v3

Exhibit M -   May 1, 2020 Submission for home use Pre EUA – PEUA 200947

Exhibit N -   GenViro Package and Contents

Exhibit O -   Transcript of Keith Berman Interview

Exhibit P -   The Bio Chronology of GenViro Product Development

Exhibit Q -   Duval & Associates, P.A. Listing of invoices and receipts for work on GenViro

Dated: December 23, 2021

                                          Respectfully submitted,

                                          */s/ Walter P. Loughlin*
                                          Walter P. Loughlin, Esq.
                                          340 West 57th Street, Suite 5D
                                          New York, New York 10009
                                          Tel: (203) 216.3445

                                          */s/ Ronald S. Herzog*
                                          Ronald S. Herzog, Esq.
                                          Goldberg Segalla, LLP
                                          50 Main Street, Suite 425
                                          White Plains, New York 10606
                                          Tel: (914) 798.5419

                                          *Counsel for Defendant Keith Berman*