## **CERTIFICATE OF SERVICE**

      I certify that on December 29, 2021, I filed a true and correct copy of the foregoing with the Clerk of the Court via ECF.

*/s/ Ronald S. Herzog*

32048718.v1