UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------x
UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                  Case No.: 1:20-CR-000278 TNM

KEITH BERMAN,

        Defendant.
------------------------------------------------------x

## **DEFENDANT'S MOTION FOR A CONTINUANCE**

Defendant Keith Berman, by and through undersigned counsel, respectfully submits this motion to adjourn the current trial date of January 4, 2022 to February 28, 2022, or other date set by the Court subject to the availability of counsel for Mr. Berman and Government counsel and with sufficient notice to obtain the presence of witnesses who are distant from the trial venue.

This request is prompted by the surge in COVID-19 cases in Washington, D.C. and elsewhere which poses a threat to the orderly administration of the trial of the above-captioned case due to the risk that jurors, counsel, witnesses, court personnel or others involved in the trial of this case, could contract the apparently highly transmissible Omicron variant of COVID-19 which is currently spiking in the District of Columbia.

The defendant agrees with a finding by the Court, pursuant to the Speedy Trial Act, 18 U.SC. Section 3161 et seq., that the ends of justice served by the continuance of the trial date outweigh the interest of the public and the defendant in a speedy trial, and that any delay occasioned by such continuance should be excluded from the time limits set forth in the Act. 18 U.S.C. Section 3161(h)(8)(A).

                Respectfully submitted,

                */s/ Walter P. Loughlin*
                Walter P. Loughlin, Esq.
                340 West 57th Street
                Suite 5D
                New York, New York 10019
                Tel. (203) 216-3445

                Ronald S. Herzog, Esq.
                Goldberg Segalla LLP
                50 Main Street
                Suite 425
                White Plains, New York 10606
                Tel (914) 798-5419

                *Counsel for Defendant Keith Berman*

Dated:       New York, New York
               December 30, 2021