UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------------x
UNITED STATES OF AMERICA,

        Plaintiff,

v.   Case No.: 1:20-CR-000278 TNM

KEITH BERMAN,

        Defendant.
-------------------------------------------------------x

**DEFENDANT'S MOTION TO FILE RESPONSE
TO GOVERNMENT MOTION IN LIMINE OUT OF TIME**

Defendant Keith Berman, by undersigned counsel, seeks to file out of time the Defendant's Response to the Government's Motion in Limine to preclude the playing of the full tape-recording at trial of the FBI's October 27, 2020 questioning of Mr. Berman.

The facts in support of this application are as follows. On December 21, 2021, the Government filed its Motion in Limine. The next day, on December 22, 2021, the Court entered an Order requiring defense counsel to respond to the Government motion on or before December 31, 2021.

Work on this reply commenced soon thereafter. However, on December 28, 2021, the Court's Chambers issued guidance which affected the scope of this motion, causing revisions and additional time to confer with co-counsel and Mr. Berman. Although the Court's guidance, taken up by the defense, suggested that the Government's motion would likely be rendered moot, the filing a timely response by December 31, 2021 remained the goal.

However, before this response was completed, two additional filings intervened. First, on December 28, 2021, the Government filed a motion to compel reciprocal discovery. Shortly after

this filing, the Court issued an Order requiring the defense to respond to the motion to compel by the next day, on December 29. The response was timely filed.

Also, on December 29, defense counsel and counsel for the Government received a communication from Chambers soliciting the views of both parties about the possibility of an adjournment of the trial date. This was followed by a request that defense counsel prepare and file a motion for a continuance. This motion was filed December 30, 2021, and granted that day.

For the foregoing reasons, as well as defense counsel's family obligations over the holidays, Mr. Berman seeks to file the defense response to the Government's pending motion in limine on January 2, 2022, instead of December 31, 2021.

Dated: January 2, 2022

Respectfully submitted,

*/s/ Walter P. Loughlin*
Walter P. Loughlin, Esq. (D.C. Bar No.NY0433)
340 West 57th Street
Suite 5D
New York, NY  10019
Tel. (203) 216-3445

Ronald S. Herzog, Esq.
Goldberg Segalla LLP
50 Main Street
Suite 425
White Plains, NY 10606
Tel. (914) 798-5419

*Counsel for Defendant Keith Berman*