**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:20-CR-000278 TNM |
|            Plaintiff, | |
| vs. | |
| KEITH BERMAN, | |
|            Defendant. | |

**DEFENDANT'S COMPLIANCE WITH ORDER
GRANTING ORDER TO SHOW CAUSE**

Defendant, Keith Berman, through undersigned counsel, respectfully submits his confirmation of compliance with this Court's January 9, 2022 Order granting the Government's Order to Show Cause filed on Saturday, January 7, 2022.

As previously noted, counsel's inability to provide the Government with one of defendant's trial exhibits by the January 7, 2022 deadline was due to various illnesses at Decision Diagnostics, which impaired effectively communication with Mr. Berman. While Mr. Berman now has a confirmed case of Covid—despite his full vaccination and booster shot— counsel has now been able to speak with him about proposed Exhibit N.

In an effort to avoid any dispute over whether, as the Government argues in its Order to Show Cause, the defense is engaging in a stratagem to prove the blood test works, the defendant will slightly modify Exhibit N to limit it to consist only of the pre-existing glucose meter and associated finger stick, which at least two government witnesses will identify as the basis for the adaption for the blood-based test. A glucose meter and package of finger stick strips is today being sent to the Government by overnight courier for delivery on the morning of January 11, 2022,

32127097.v1

nearly seven (7) weeks before the scheduled commencement of the trial thus causing no genuine prejudice to the Government's ability to inspect this one tangible item.

    For the foregoing reasons, the defendant Keith Berman respectfully requests that the government's motion for an order of contempt, punishable by financial penalties, or preclusion of the introduction at trial of Exhibit N, as modified, be denied and that the defendant be deemed to be in substantial compliance with the Court's January 10, 2022 Minute Order.

Dated: January 10, 2022

    Respectfully submitted,

    Walter P. Loughlin, Esq. (DC Bar No. NY0433)
    **Walter P. Loughlin Attorney-at-Law**
    340 West 57th Street, Suite 5D
    New York, New York 10019
    Tel: (203) 216.3445
    Walter.loughlin@gmal.com

    */s/ Ronald S. Herzog*
    Ronald S. Herzog, Esq.
    **GOLDBERG SEGALLA, LLP**
    50 Main Street, Suite 425
    White Palins, New York 10606
    Tel: (914) 798-5419
    rherzog@goldbegsegalla.com

    *Counsel for Defendant Keith Berman*

**CERTIFICATE OF SERVICE**

I certify that on January 10, 2022, I filed a true and correct copy of the foregoing with the Clerk of the Court via ECF.

/s/ Ronald S. Herzog