## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 1:20-cr-00278-TNM** |
| **v.** | : | |
| | : | |
| **KEITH BERMAN,** | : | |
| | : | |
| **Defendant.** | : | |

## <u>STIPULATION BY THE PARTIES</u>

The United States of America, by and through its attorneys, undersigned counsel, and Keith Berman ("defendant"), through his counsel, Walter P. Loughlin and Ronald S. Herzog, hereby agree and stipulate to, and respectfully ask that the Court order, that, no later than 5:00PM Eastern Time on February 8, 2022, the parties shall disclose to each other: 1) the opinions of any experts they intend to call in their respective cases-in-chief; 2) the underlying bases, including all facts or data, for those opinions; and 3) any charts and data supporting those opinions which the parties intend to introduce at trial. The parties further agree that any modifications to exhibits required by the exchange of information be disclosed no later than February 21, 2022.

The parties agree that any information not disclosed by February 8, 2022, is subject to exclusion under Federal Rule of Criminal Procedure 16 and Federal Rules of Evidence 702, 703, and 705.

Respectfully submitted,


**/s/** _____          **/s/** _____


Walter P. Loughlin, Esq.                 JOSEPH S. BEEMSTERBOER
340 West 57th Street                     Acting Chief, Fraud Section
Suite 5D
New York, New York 10009
Tel. (203) 216-3445                      Christopher Fenton
                                         Trial Attorney
Ronald S. Herzog, Esq.                   Justin Weitz
Goldberg Segalla LLP                     Acting Principal Assistant Chief
50 Main Street, Suite 425                Fraud Section, Criminal Division
White Plains, New York 10606             United States Department of Justice
Tel. (914) 798-5419                      1400 New York Ave., NW
                                         Washington, DC 20005
_Counsel for Defendant Keith Berman_     Tel. (202) 320-0539

                                         Vijay Shanker
                                         Deputy Chief
                                         Appellate Section, Criminal Division
                                         950 Pennsylvania Ave. NW
                                         Washington, DC 20530

                                         _Counsel for the United States_