UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------X

UNITED STATES OF AMERICA,

                         Plaintiff,                1:20-cr-00278 TNM

    vs.

KEITH BERMAN,

                        Defendant.

-----------------------------------------------------X

## **DEFENDANT'S EXHIBIT LIST**

Below is the list of Defendant's trial exhibits.

Exhibit A -    James Reilly Charts

Exhibit B -    SEC Order of Suspension of Trading – 4/23/2020

Exhibit C -    DECN Price Chart -- 2020

Exhibit D -    Tom Nelson Preferred Class D Subscription Agreement

Exhibit E -    Ernesto Amparo, Esq.  Emails to FDA – June 22, 2020 and June 25, 2020

Exhibit F -    March 12, 2020 – Memo from The Bio

Exhibit G -    March 23, 2020 – Memo from The Bio

Exhibit H -    March 22, 2020 – Email form Daniel Kim to Keith Berman

Exhibit I -    June 2, 2020 – Email from Daniel Kim to Keith Berman

Exhibit J -    Promissory Notes Reflecting DECN Borrowings – 2020

Exhibit K -    April 3, 2020 GenViro Pre EUA Submission for Molecular-Based Tests for SARS COV-2 that causes COVID-19

Exhibit L -    April 20, 2020 Supplemental Submission to FDA for professional use PEUA200232

Exhibit M -  May 1, 2020 Submission for home use Pre EUA – PEUA 200947

Exhibit N -  GenViro Package and Contents

Exhibit O -  Transcript of Keith Berman Interview

Exhibit P -  The Bio Chronology of GenViro Product Development

Exhibit Q -  Duval & Associates, P.A. Listing of invoices and receipts for work on GenViro

Dated: December 23, 2021

Respectfully submitted,

/s/ *Walter P. Loughlin*
Walter P. Loughlin, Esq.
340 West 57th Street, Suite 5D
New York, New York 10009
Tel: (203) 216.3445

/s/ *Ronald S. Herzog*
Ronald S. Herzog, Esq.
Goldberg Segalla, LLP
50 Main Street, Suite 425
White Plains, New York 10606
Tel: (914) 798.5419

*Counsel for Defendant Keith Berman*