# Exhibit B

UNITED STATES OF AMERICA
BEFORE THE
SECURITIES AND EXCHANGE COMMISSION

ADMINISTRATIVE PROCEEDING
File No. 3-19788

_____

In the Matter of

DECISION DIAGNOSTICS CORP.

**AFFIDAVIT OF
<u>LISA L. PRITCHARD</u>**

_____

STATE OF MINNEAPOLIS    )
                        ) ss.:
COUNTY OF HENNEPIN      )

Lisa L. Pritchard, being duly sworn, states:

    1.    I am a regulatory, quality, and compliance consultant with the regulatory law firm of DuVal & Associates, P.A. in Minneapolis, Minnesota. For over thirty years, I have specialized in regulatory, quality, and compliance topics with the Food and Drug Administration. I hold a Bachelor of Science degree in Electrical and Electronics Engineering from North Dakota State University.

    2.    DuVal & Associates is assigned with researching and understanding the technologies we submit to FDA. We draft and file submissions for devices of all kinds including 510(k)s, de novos, and pre-market approvals (PMAs), as well as emergency use authorizations (EUAs). We explain to FDA the device's technology, the data substantiating the device's safety and effectiveness, and why the device meets the standard for clearance, approval, or, in the case of EUAs, a public emergency use authorization.

    3.    DuVal & Associates has worked with Mr. Berman and Decision Diagnostics since 2011 in connection with various FDA matters, including seeking the clearance of medical devices

under the 510(k) "substantial equivalence" provisions of the Food, Drug & Cosmetic Act. In early March 2020, DuVal & Associates was contacted by Keith Berman of Decision Diagnostics Corp. and its subsidiary Pharma Tech Solutions, Inc. to work on and author the company's EUA application for its proposed GenViro! test kit designed to detect the presence of the COVID-19 virus. The first pre-EUA application, submitted to the FDA and accepted for review by FDA on April 4, 2020, has now expanded to a second pre-EUA Application for at-home COVID-19 testing, submitted on May 1, 2020. I am also working on or have worked on other EUAs for other companies in 2020.

4.   I was assigned as the point person at DuVal & Associates for the GenViro! EUA applications. I have come to learn and understand the GenViro! technology in completing the pre-EUA Applications. My understanding is that the Decision Diagnostic's proposed GenViro! test kit uses impedance measurement technology which is the same basic technology used in its test kits for diabetes.

5.   On behalf of Decision Diagnostics, our firm submitted separate pre-EUAs to the FDA for both its commercial and home-use test kits. These submissions are both in the pre-EUA stage, which is designed to allow applicants to solicit input from the FDA regarding specific testing that will be required to obtain authorization of the final EUA submission.

6.   While a determination of the efficacy of Decision Diagnostics's proposed COVID-19 test kits must await completion of validation testing, it is my opinion that the evidence provided to me appears to demonstrate that the proposed test kits and their impedance technology provide a (so far) unique, researched, and legitimate basis for rapid and highly accurate test results to detect the presence of the Novel Coronavirus. The evidence provided to me on the GenViro! devices appears to demonstrate that the devices present an important advantage to assist in testing for the

Coronavirus by providing an easy-to-use methodology that offers very fast results. If the validation testing of the GenViro! test, when completed, supports the FDA expectations for sensitivity and specificity for test kits designed to detect the Coronavirus, this device should be a very important technology in the arsenal of diagnostics needed to address the current COVID-19 pandemic.

7. This affidavit was reviewed and approved by Mark DuVal, JD, FRAPS, President and CEO of DuVal & Associates, P.A.

Lisa L. Pritchard

Sworn to before me this 14th day of July 2020

Notary Public

TREVOR LEE MATHESON
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/2025

# CERTIFICATE OF SERVICE

Pursuant to Commission Rule of Practice 151, I hereby certify that true copies of the *Affidavit of Lisa L. Pritchard,* was served on the following on this 15th day of July, 2020, in the manner indicated below:

*By Email:*

Office of the Secretary
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-2557
apfilings@sec.gov

David Misler, Trial Counsel
Carlisle Perkins, Senior Counsel
Lesley Atkins, Senior Counsel
Securities and Exchange Commission
Division of Enforcement
100 F Street, N.E.
Washington, D.C. 20549-5041
Mislerd@sec.gov
PerkinsC@sec.gov
AtkinsL@SEC.gov

/s/ *Ronald S. Herzog*