UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

───────────────────────────────x

UNITED STATES OF AMERICA,

        Plaintiff,

    -v-

KEITH BERMAN,

        Defendant.

───────────────────────────────x

1:-20-cr-00278 TNM

**DEFENDANT'S OPPOSITION TO GOVERNMENT'S
MOTION IN LIMINE CONCERNING THE TRIAL TESTIMONY OF
LISA PRITCHARD AND MARK DUVAL**

    Defendant Keith Berman, through undersigned counsel, respectfully submits this opposition to the government's motion to preclude what it perceives as potential expert testimony from two defense witnesses, Lisa Pritchard and Mark DuVal, Esq., both of the law firm of DuVal & Associates, Mr. Berman's long-time FDA counsel.

    To avoid burdening the Court with an essentially repetitive submission, the defendant respectfully refers to its recently filed opposition to the government's Motion in Limine to preclude defense Exhibit "N" to provide the backdrop for the latest in a seemingly endless stream of government motions seeking to undermine Mr. Berman's defense.

32407629.v1

The government's current attempt to hamstring the defense is its assertion that Ms. Pritchard, who along with Mr. DuVal were noticed as defense fact witnesses, is intended to be used "as a stalking horse for unnoticed expert testimony." (Motion, pg. 4). The basis for this unsupported, and unwarranted, assertion is that Ms. Pritchard submitted an affidavit[1] during the SEC's administrative investigation of Decision Diagnostics and Mr. Berman. From this it appears to be the government's position that Ms. Pritchard's trial testimony in this matter will necessarily parallel the content of her affidavit submitted in another proceeding. Neither logic nor common sense support this assertion.

As was the case with the government's previous unsuccessful efforts to limit defendant's ability to cross-examine two government witness, Dr. Matthew Musho and Daniel Kim, the government acknowledges that Ms. Pritchard may properly testify as a fact witness about the work she and DuVal & Associates did in the FDA submission process relating to defendant's proposed COVID-19 blood test. (Motion pg., 5). Despite Ms. Pritchard's qualifications had she been designated as an expert, which concededly she was not, her anticipated testimony, as well as the anticipated cross-examination of Daniel Kim and Dr. Matthew Musho, will not seek to elicit

---

[1] Although the government contends that Ms. Pritchard's SEC affidavit has no relevance to this matter, it nevertheless asserts that defense counsel improperly failed to produce it as part of the directive to turn over everything from DuVal & Associates "relevant to this case." (Motion, pg. 3, fn.2). Once again the government does not appear to be restrained by concepts of consistency.

2

impermissible expert testimony about which the government has now repeatedly expressed its baseless concerns. Rather, Ms. Pritchard's testimony will properly explain the efforts undertaken by Mr. Berman, initially in seeking a blood test, to determine the presence of the Covid virus.

## CONCLUSION

The government's latest motion should be denied and the defense should be permitted to introduce appropriate fact testimony relevant to the allegations in the superseding indictment.

Dated: New York, New York
       February 15, 2022

                                  Respectfully submitted,

                                  */s/ Walter P. Loughlin*
Walter P. Loughlin, Esq. (DC Bar No. NY0433)
Walter P. Loughlin Attorney-at-Law
340 West 57th Street
Suite 5D
New York, York 10019
Tel. (203) 216-3445
Walter.loughlin@gmail.com

                                  */s/ Ronald S. Herzog*
Ronald S. Herzog, Esq.
Goldberg Segalla LLP
50 Main Street
Suite 425
White Plains, New York 10606
Tel. (914) 798-5419
rherzog@goldbergsegalla.com

*Counsel for Defendant Keith Berman*

3

32407629.v1

## CERTIFICATE OF SERVICE

I certify that on February 15, 2022, I filed a true and correct copy of the foregoing *Defendant's Opposition to Government's Motion in Limine concerning the Trial Testimony of Lisa Pritchard and Mark Duval* with the Clerk of the Court via ECF.

*/s/ Ronald S. Herzog*

32462114.v1