AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для
District of Columbia ▼

United States of America
v.
Keith Berman

_____
Defendant

Case: 1:20-cr-00278
Assigned to: Judge Trevor N. McFadden
Assigned Date: 12/15/2020
Description: INDICTMENT (B)

## ARREST WARRANT

To:  Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Keith Berman,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
15 U.S.C. §§ 78j & 78ff; 17 C.F.R. § 240.10b5 (securities fraud);
18 U.S.C. §§ 1001 (false statement)

Date:  12/15/2020

Zia M. Faruqui
2020.12.15 16:52:26
-05'00'
*Issuing officer's signature*

City and state:  Washington, DC

Zia M. Faruqui, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/15/2020, and the person was arrested on *(date)* 12/17/2020
at *(city and state)* West lake Village, CA.

Date:  8/10/2021

*Arresting officer's signature*

Craig Schneider, Special Agent
*Printed name and title*