AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-CR-278 (TNM) |
| Keith Berman | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 07/08/2022

/s Matthew Reilly
*Attorney's signature*

Matthew Reilly (NY Reg. # 5130935)
*Printed name and bar number*

1400 New York Ave. NW
Washington, DC 20005

*Address*

matthew.reilly2@usdoj.gov
*E-mail address*

(202) 320-8523
*Telephone number*

*FAX number*