# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | CRIMINAL NO. 1:20-cr-00278-TNM |
| v. | : | |
| | : | |
| **KEITH BERMAN,** | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT ATTORNEY VIJAY SHANKER'S NOTICE OF WITHDRAWAL OF APPEARANCE

Vijay Shanker, an attorney for the United States in this matter, respectfully submits this notice of withdrawal of his appearance, as he is no longer participating in this matter.

Respectfully submitted,

/s/   Vijay Shanker
Vijay Shanker
Deputy Chief
Appellate Section, Criminal Division
United States Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

1

CERTIFICATE OF SERVICE

    I certify that on September 26, 2022, I filed a true and correct copy of the foregoing with the Clerk of Court via ECF.

                                                                       /s/ Vijay Shanker