AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-CR-278 (TNM) |
| Keith Berman | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States.

Date: 09/29/2022

/s/Kate T. McCarthy
*Attorney's signature*

Katherine McCarthy (VA 82401)
*Printed name and bar number*

1400 New York Ave, NW
Washington, DC 20005

*Address*

katherine.mccarthy@usdoj.gov
*E-mail address*

(202) 714-7932
*Telephone number*

*FAX number*