UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------x
UNITED STATES OF AMERICA,

          Plaintiff,                       1:-20-cr-00278 TNM

    -v-                                   **NOTICE OF MOTION TO BE**
                                             **RELIEVED AS CO-COUNSEL**

KEITH BERMAN,

          Defendant.
---------------------------------------------------------x

**PLEASE TAKE NOTICE** that upon the annexed certification of Ronald S. Herzog, dated December 7, 2022, the undersigned will move before The Hon. Trevor N. McFadden at the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001, on December 15, 2022 at 10:00 A.M. or as soon thereafter as counsel can be heard for an order pursuant to LCrR 44.5 to be relieved as co-counsel for defendant Keith Berman.

Dated: White Plains, New York
       December 7, 2022

                                                    Respectfully submitted,

                                                   **GOLDBERG SEGALLA LLP**

                                  By:    */s/ Ronald A. Herzog*
                                               Ronald S. Herzog, Esq.
                                               50 Main Street, Suite 425
                                             White Plains, New York 10606
                                             Tel: (914) 798.5419
                                             rherzog@goldbergsegalla.com
                                             *Mailing: PO BOX 1020, Buffalo, NY 14201*

TO:    All Counsel of Record
          Keith Berman