UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------x
UNITED STATES OF AMERICA,

        Plaintiff,              1:-20-cr-00278 TNM

-v-                           **ORDER**

KEITH BERMAN,

        Defendant.
---------------------------------x

    **THE MATTER** having duly come before the Court on the application of Ronald S. Herzog to be relieved as co-counsel for Keith Berman,

    **IT IS** on this _____ day of _____, 2022

    **ORDERED** that Ronald S. Herzog is hereby relieved as co-counsel for Keith Berman as of this date.

                                                _____
                                                Trevor N. McFadden, U.S.D.J.