UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------x
UNITED STATES OF AMERICA,

        Plaintiff,                    1:-20-cr-00278 TNM

-v-

                                         **CERTIFICATE OF SERVICE**

KEITH BERMAN,

        Defendant.
---------------------------------------------------x

        **RONALD S. HERZOG,** hereby certifies that in accordance with LCrR 44.5 and 49.2 a copy of the proposed order to be relieved as co-counsel and the certification on which it is based has been served on all attorneys of record by filing the foregoing on the Court's ECF filing system and upon defendant Keith Berman by email and by Federal Express for next day delivery at his last known address:

                              Mr. Keith Berman
                              1623 Elmsford Place
                            Westlake Village, CA 91361

Dated: December 7, 2022

                                                                _/s/ Ronald S. Herzog_
                                                                  Ronald S. Herzog