UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:20-cr-00278-TNM |
| | ) | |
| KEITH BERMAN, | ) | |
| Defendant. | ) | |

## NOTICE

In advance of the ascertainment of counsel hearing scheduled for February 23, 2023 in the above-captioned case, the United States respectfully submits this Notice to advise the Court of information that the Government has learned about the medical updates provided by defendant Keith Berman. The Government considers these issues to be "red flags" that would be appropriate to address at the upcoming hearing.

As the Court recalls, at the October 6, 2022 status conference, defense counsel indicated that based on the prognosis of the defendant's physician (the "Physician"), the defendant likely could appear for trial in July 2023. The Court continued the trial to July 2023 on that basis. The Court also ordered the defendant to furnish updates from the Physician on his medical condition every 90 days, with the first such report due January 17, 2023. The defendant, however, failed to provide any medical updates by that date. At the January 27, 2023, ascertainment of counsel hearing, the Court reminded the defendant that "on February 23rd, the other issue I'm going to want to deal with is understanding your personal medical situation and confirming that you're going to be able to proceed to trial this summer. And if you don't think so, I'm going to need some pretty rigorous documentation explaining why you're not. So please make sure your attorney is

aware of that so we can address that on February 23rd." Tr. at 7-8. On February 11, 2023, the defendant provided a subsequent letter from the Physician.

The Government learned that the defendant appears to be writing the medical update letters and merely having the Physician sign off on them.

The Government has confirmed that both the September 19, 2022, and February 10, 2023, letters from the Physician were originally drafted by the defendant. In October 2022, the Government contacted the defendant's treatment center and the Clinical Nurse Manager confirmed in an email that "Berman wrote the letter. The Physician reviewed the letter and agreed with its contents." In February 2023, the Government again contacted the Clinical Nurse Manager, this time by telephone, and she again stated that the defendant provided the initial draft of the letter for the Physician's signature. The Clinical Nurse Manager also shared that the defendant did not provide the draft until January 17, 2023 (*i.e.*, the date the Physician's update was due to the Court). The Clinical Nurse Manager further indicated that the Physician had certain edits to the letter and did not sign it until February 10, 2023.

The fact that the defendant is preparing drafts of the medical updates about whether he may travel and participate in his upcoming criminal trial concerns the Government. As the Court is aware, the defendant is alleged to have ghost written multiple letters in the name of his company's shareholders to the U.S. Securities and Exchange Commission ("SEC") in order to pressure the SEC to obstruct and impede the SEC's investigation into him. (ECF 19 ¶¶ 49-65.) The defendant did not disclose his role in drafting these letters and, when confronted, affirmatively misled federal law enforcement agents. (*Id.* ¶¶ 64.) For this, the defendant has been charged with obstruction. (*Id.* at 19 (Count Three).) Now the defendant is ghost writing letters in the name of his doctor to the Court in an apparent effort to avoid going to trial.

The fact that the defendant is ghost writing these letters is particularly concerning in light of the fact that the most recent letter contains factual inaccuracies and does not directly address the defendant's ability to attend his trial in July 2023.

The February 10, 2023 letter takes no position on the defendant's ability to travel or attend court in July 2023. Following a recitation of various treatments the defendant has received, the letter closes only with a series of hypothetical prognoses, "*if* we cannot solve the [ ] issues I would have to extend his at home care and travel restrictions . . . *if* Mr. Berman requires another operation these wound issues will not be resolved for another 12 months." (emphasis added). Rather than provided a useful update on the concerns before the Court—including (i) whether (or why not) the defendant can travel, (ii) what measures if any could be taken so that the defendant could safely attend proceedings, and (iii) what length of time (if any) the defendant could attend proceedings on a daily or weekly schedule—the letter that the defendant wrote for the Physician to sign provides only speculation. Even more concerning is the letter's factual inaccuracy. The February 10, 2023, letter references a future appointment on January 20, 2023, where the Physician will supposedly "gauge the success, if any, as a result of [the drug]." At the time the Physician signed the letter, February 10, 2023, the January 20, 2023 appointment either had already occurred or been rescheduled. This error is jarring. The Government is concerned both that the defendant wrote this inaccurate letter for the Court and that the Physician signed off it despite these significant factual inaccuracies.

Given that the defendant is apparently writing his own medical updates, and these updates do not appear to be factually accurate, current, or directly responsive to the relevant questions posed by the Court, the Government is concerned the defendant has not actually provided the information requested by the Court.

The Government submits the foregoing Notice as an aid to the Court in advance of the upcoming hearing. The Government stands ready to address any further questions the Court may have or provide any additional background that may be helpful to the Court regarding these matters.

Respectfully submitted,

GLENN S. LEON
Chief, Fraud Section
Criminal Division

By:   /s/
Christopher Fenton
Kate T. McCarthy
Matthew Reilly
Trial Attorneys
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Ave. N.W.
Washington, D.C. 20530

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 14, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

                                                   */s/ Christopher Fenton*
                                                   Christopher Fenton
                                                   Trial Attorney