NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.   Criminal Number  1:20-cr-00278-TNM

KEITH BERMAN
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA      ☐ RETAINED      ☒ PRO BONO CO-COUNSEL W/ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Kevin B. Collins (Bar ID: 445305)
(Attorney & Bar ID Number)

Covington & Burling LLP
(Firm Name)

850 10th Street NW
(Street Address)

Washington, DC 20001
(City)        (State)      (Zip)

202-662-6000
(Telephone Number)