UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | **CRIMINAL NO. 20-CR-278-TNM** |
| **v.** ) | |
| ) | |
| **KEITH BERMAN,** ) | |
| ) | |
| **Defendant.** ) | |

## [PROPOSED] ORDER

Upon consideration of the Motion for Admission *pro hac vice* of Elizabeth Ertle, it is, on this _____ day of _____ 2023, hereby ORDERED that the Motion for Admission *pro hac vice* is GRANTED, and that Elizabeth Ertle be, and the same hereby is, admitted *pro hac vice* to appear and participate fully in the above captioned case.

_____
Judge Trevor Neil McFadden, United States District Court for the District of Columbia