UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) CRIMINAL NO. 20-CR-278-TNM |
| v. | ) |
| | ) |
| KEITH BERMAN, | ) |
| | ) |
| Defendant. | ) |

## DECLARATION IN SUPPORT OF ADMISSION PRO HAC VICE OF NICHOLAS XENAKIS

I, Nicholas Xenakis, declare and state as follows:

(1) My full name is Nicholas John Xenakis.

(2) I am special counsel at the law firm of Covington & Burling, LLP, in Washington, D.C. My office address is 850 10th St NW, Washington, DC 20001. My office telephone number is 202-662-5846.

(3) I am a member of the D.C. Bar and New York State Bar. I have not been disciplined by any bar.

(4) I have not been admitted *pro hac vice* in this Court within the last two years.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON: March 14, 2023

/s/ _____
Nicholas Xenakis



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# *Nicholas John Xenakis*

was duly qualified and admitted on July 1, 2022 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 13, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*