UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | )   CRIMINAL NO. 20-CR-278-TNM |
| v. | ) |
| | ) |
| **KEITH BERMAN,** | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

Upon consideration of the Motion for Admission *pro hac vice* of Nicholas Xenakis, it is, on this _____ day of _____ 2023, hereby ORDERED that the Motion for Admission *pro hac vice* is GRANTED, and that Nicholas Xenakis be, and the same hereby is, admitted *pro hac vice* to appear and participate fully in the above captioned case.

_____
Judge Trevor Neil McFadden, United States District Court for the District of Columbia