# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.: 1:20-cr-00278-TNM** |
| v. | |
| **KEITH BERMAN** | |
| **Defendant.** | |

## GOVERNMENT'S MOTION TO SCHEDULE A BOND REVOCATION HEARING

The United States, by and through its undersigned counsel, submits this motion to respectfully request that the Court schedule a bond revocation hearing within the next ten days.

1. The Government field a Motion to Revoke the defendant Keith Berman's bond on March 8, 2023. (ECF 105.)

2. The Court granted the Government's Motion to Revoke the defendant's bond and issued an arrest warrant on March 13, 2023.

3. The defendant was arrested on March 16, 2023 in the Central District of California, and is now pending transfer to the District of Columbia for a revocation hearing, which the Government understands has been ordered expedited.

4. Accordingly, the Government respectfully requests that the Court schedule an in-person revocation hearing to take place within the next ten days.

Respectfully submitted,

GLENN S. LEON
Chief, Fraud Section
Criminal Division
United States Department of Justice

By:   */s/ Kate T. McCarthy*
Christopher Fenton
Kate T. McCarthy

Matthew Reilly  
Trial Attorneys  
Fraud Section, Criminal Division  
United States Department of Justice  
1400 New York Avenue, NW  
Washington, D.C. 20005  
Telephone: (202) 320-0539  
Fax: (202) 514-0152  
Katherine.McCarthy@usdoj.gov  

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEITH BERMAN<br><br>**Defendant.** | CRIMINAL NO.: 1:20-cr-00278-TNM |

# **ORDER**

Under consideration of the Government's Motion to Schedule a Revocation Hearing, and for good cause shown, it is hereby

ORDERED that the United States' Motion to Schedule a Revocation Hearing is GRANTED. It is further

ORDERED that the revocation hearing is scheduled for _____, 2023.

SO ORDERED this _____ day of _____, 2023.

_____
HON. TREVOR N. McFADDEN
United States District Judge