UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 1:20-cr-00278-TNM |
| ) | |
| KEITH BERMAN, ) | |
| Defendant. ) | |

**REDACTED EXHIBITS**

Per the Court's March 21, 2023 Order, attached are the exhibits to the government's Motion to Revoke Defendant's Bond (ECF 112) with the redactions agreed upon by the parties.

                                                    Respectfully submitted,

                                                    GLENN S. LEON
                                                    Chief, Fraud Section
                                                    Criminal Division

                                By:      //s//
                                                    Christopher Fenton
                                                    Kate T. McCarthy
                                                     Matthew Reilly
                                                   Trial Attorneys
                                                   Fraud Section, Criminal Division
                                                   U.S. Department of Justice
                                                   1400 New York Ave. N.W.
                                                   Washington, D.C. 20530

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 28, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

                                              */s/ Kate T. McCarthy*
                                              Kate T. McCarthy
                                              Trial Attorney