# Exhibit 3

   ¹      ⁴



**Group Posts**　　　　　　　　　　　　　　　　　　　　　🗨 Message　　　

### Intro

 Member of **DECN Shareholders Group** since November 5, 2020

### Recent Photos

 

### Recent Activity

 _____ 👍 liked _____ comment: "Looks great 👍 Awesome"

 _____ 👍 liked _____ comment: "Congratulations please I would love to see you in action thanks…"

 _____ 💬 replied to _____ comment:" _____ I believed all along, but it is very exciting to hold it!"

### Group Posts

 ▇▇▇▇ **DECN Shareholders Group**
7m ·

I got my "investigational" kit today, watched the instructional video on line (very helpful) but didn't do my test yet.  The kit looks very nice and professional!

 

👍❤️ 17　　　　　　　　　　　　　　　21 Comments

 Like　　　　　　　　　　💬 Comment

 _____ can I borrow a xmas tree, elf on the shelf, a bow, anything to make mine more in the holiday spirit???

Like · Reply · 6m　　　　　　　　　　　　　　　👍 6

 _____ saying the test is real? 😳
Like · Reply · 6m　　　　　　　👍 4

 _____ definitely! I didn't try it yet, but





no those pictures are photoshopped obviously 😂 (sarcasm)
Like · Reply · 5m — 😆 2

👨 unfortunately not sarcasm for some on here...
Like · Reply · 4m — 👍 2

omeone will bring this up as "people were calling it photo shopped" lmao
Like · Reply · 4m

yup give it 30 minutes. Ymb will misquote me
Like · Reply · 2m — 😆 1

Write a reply...
Press Enter to post.

mazing!! 👍 5
Like · Reply · 5m

, thank you for sharing this with us. It sounds like you are encouraged by holding the actual product.
Like · Reply · 5m — 👍 6

I believed all along, but it is very exciting to hold it!
Like · Reply · 3m — 👍 1

ulations please I would love to see you in action thanks...
Like · Reply · 5m — 👍 6

at 👍 Awesome
👍 5
Like · Reply · 5m

please try to video the test in action if you can....that would be awesome
Like · Reply · 5m — 👍 4

do people really think I am going to spit in public??? Lol
Like · Reply · 4m — 👍😆 3

🖐 nderstand why these would be sent to investors...someone please explain.
Like · Reply · 4m — 👍😆 2

why not? This board is screaming for validation or class action lawsuits - YOUR CEO IS TRYING TO PUT YOUR DOUBTS AT EASE!
Like · Reply · 2m · Edited

🖐

What don't you understand? KB likes them much more than you... 😆

Like · Reply · 1m

it's an investigational kit, not for sale, but used in clinical testing.

Like · Reply · 1m

View 1 more reply

Write a reply...
Press Enter to post.

...ee this post along with ...

Like · Reply · 3m   4

Write a comment...
Press Enter to post.

**DECN Shareholders Group**
21h

I think this will make a difference...Spoke w my lawyer friend about the downfall of XPRIZE. Even though XPRIZE is no longer an opportunity for us, he agreed with ████████ ████████ (fb member) to write a letter to XPRIZE expressing what unjustly took place. He said "it's all in the numbers!". Therefore he recommended emails from at least 100 people in the hopes of getting heard. The more emails they get, the more noise me make, the more we get heard! If you wrote an email, can you please just type "YES" in the comments. This way we know how many emails we need. We have a working product that met the requirements of XPRIZE. It's effective, highly accurate, and affordable yet we were unfairly disqualified. If there is ANY chance that our emails can help, let's fight the fight! We're all disheartened and in this together!

EMAIL TO covidtesting@xprize.org

SAMPLE LETTER:
If someone needs a sample letter:
To Whom it May Concern:

I am very disappointed that the GenViro Saliva test was unfairly removed from the XPRIZE competition, based on "allegations" against the CEO, which had nothing to do with their high quality Rapid Saliva test. If the purpose of the XPRIZE competition was to safely open schools, businesses, airports, restaurants, rejoin families, etc, then how can you disqualify a test that can do just that? If the goal of the XPRIZE Competition is to bring such a product to market and save lives, you made a bad choice by eliminating the Rapid GenViro Saliva Kit. Please reconsider this choice.

Sincerely,

25    118 Comments

Like    Comment

View 39 more comments

Yes by proxy  2



[redacted] eceived 1 response from emails? This 1 guy sends a message to xprize and decn is disqualified in 2 hours. Yet all these messages with no response???

2

Like · Reply · 13h · Edited

[redacted] nope. But it doesn't mean we won't be heard.

Like · Reply · 13h

[redacted] I agree, be heard. Looking for confirmation that xprize says they were in the mix for the final running and removed. It gives confirmation beyond what was posted on decns site from a third party.

Like · Reply · 13h

View 1 more reply

[redacted]

2

Like · Reply · 13h

[redacted]

2

Like · Reply · 13h

[redacted]

2

Like · Reply · 13h

[redacted]

2

Like · Reply · 12h

[redacted]

Yes

2

Like · Reply · 12h

[redacted] e [redacted] ore emails. If anyone hasn't written to covidtesting@xprize.org please write to them and type YES like others have done. LET'S GET OUT VOICES HEARD!

1

Like · Reply · 12h

[redacted]

I counted 46 so far

1

Like · Reply · 12h

[redacted]

2

Like · Reply · 12h

[redacted] 9 but there are some who wrote letters based on [redacted] original post that didn't write yes on mine.

Like · Reply · 12h

[redacted], good progress for us, not bad

1

Like · Reply · 12h

[redacted]

2

0

list makes 61 known emails to XPRIZE. We want to reach at least 100 emails. There are 600 of us in this FB group. If you haven't emailed XPRIZE, please take a few minutes to express your disappointment in the G... See More

Like · Reply · 11h    1

Like · Reply · 11h    2

w if there is a way to tag all in the group to get their attention but we have less than 10% of the group emailing XPRIZE. I would think people would be more fired up on something that affects their money so I am guessing pe... See More

Like · Reply · 11h    3

great idea. I don't know how to do that. I'll see what I can find out. Thanks!

Like · Reply · 10h    2

you have to realize as well, a large number of people in here are secret bashers/spies.

Like · Reply · 9h    2

2

Like · Reply · 10h

2

Like · Reply · 10h

Yes 🙂

Like · Reply · 9h

Like · Reply · 9h

Can we all write the same letter. Can someone write a sample of the letter we can all copy and paste. thanks

Like · Reply · 9h

I sent you a copy of my email in a private message

Like · Reply · 8h

you..

Like · Reply · 8h

View 2 more replies



YES
Like · Reply · 9h

Like · Reply · 9h

YES
Like · Reply · 9h

Like · Reply · 8h

Yes
Like · Reply · 8h

Like · Reply · 8h

Yes
Like · Reply · 7h

Like · Reply · 7h

Like · Reply · 7h

Like · Reply · 7h

r
Like · Reply · 7h

IZE,
How could it possibly be, the decision to eliminate a contender based upon an indictment of one employee? What happened to innocent until proven guilty in a court of law?... See More
Like · Reply · 7h

needs a sample letter:
To Whom it May Concern:... See More
Like · Reply · 7h

this letter is on point and simple! Can you put this out on the announcement to highlight it? I'm sure this will help to escalate more letters. 👍
Like · Reply · 7h · Edited

announcement?
Like · Reply · 7h



GIPHY

Like · Reply · 7h

made me laugh!!!

Like · Reply · 7h

😀 o hear! We all need to laugh during these CrAzY times! Thank you for orchestrating this "email movement" to Xprize. There is power in numbers!

Like · Reply · 6h

PRIZE is a non-profit organization. Negative PR for a nonprofit will get their attention. Keep the emails respectful but point out the hypocrisy of disqualifing Team GenViro. None of the finalist tests provide results in under 10 minut… See More

Like · Reply · 7h

did you think my sample letter wasn't respectful?

Like · Reply · 7h

er very much, I was just cautioning for others to be respectful so we are taking seriously.

Like · Reply · 6h

View 1 more reply

Like · Reply · 7h

Like · Reply · 5h

Like · Reply · 5h

Yes X3. Family members not part of this group, but invested, so informed them to email and they did.

Like · Reply · 5h



Like · Reply · 4h

...wing that you have decided to terminate DECN from competing in the race for test kits for COVID-19.

There is NO current judgment against the CEO and in fact the SEC has authorized the CEO to keep working on the Saliva Test as it has not... **See More**

Like · Reply · 4h

...have 78-ish so far

Like · Reply · 3h

...mily member also invested

Like · Reply · 3h

Like · Reply · 3h

...D COUNTING 👍

Like · Reply · 3h

...100....

Like · Reply · 3h

...m my other email accounts

Like · Reply · 2h

w.xprize.org/.../xprize-rapid-covid-testing...

XPRIZE.ORG
FINALISTS SELECTED IN $6 MILLION XPRIZE RAPID COVI...

Like · Reply · 2h

Yes  👍 1

Like · Reply · 2h

Like · Reply · 2h

Yes

Like · Reply · 23m

Write a comment...

Press Enter to post.











(4) Facebook









