# Exhibit 5



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    01/30/2021

On January 27, 2021, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, General Counsel for XPRIZE FOUNDATION (XPRIZE), email address ▮▮▮▮▮▮▮▮▮▮, telephone number ▮▮▮▮▮▮, and ▮▮▮▮▮▮▮▮▮▮▮▮, employed by XPRIZE, were interviewed telephonically by FBI Special Agent Heather Stachnik and DOJ Trial Attorney Christopher Fenton. After being advised of the interviewers and the nature of the interview, ▮▮▮▮ and ▮▮▮▮ provided the following information:

XPRIZE Rapid Covid Testing was a $6 million dollar, 6-month competition to develop faster, cheaper, and easier to use COVID-19 testing methods in response to the pandemic. ▮▮▮▮ provided an overview of the XPRIZE timeline: The prize started in July 2020 with approximately 700 contestants in the 1st phase. The contestants were narrowed to 219 semi-finalists by September. In December, the finalists were selected and recognized through a public press release. Clinical validation of finalist teams was currently underway.

In December, semi-finalists were determined after scoring results of two tests: An initial test and a blind proficiency test. Based on the first submission of pre-work, Decision Diagnostics (DECN) received an initial score of "triage", the lowest category of scoring. This initial triage score came before any of the blind proficiency tests.

The blind proficiency test kits were prepared by XPRIZE labs and provided to each team. The test kits were designed to determine whether the teams could test live samples with each teams' Covid tests. XPRIZE judges reviewed the teams' actual submissions which involved the scope of solution, cost, timing, and scalability. Teams were scored using a scale of 1 to 3, 1 being the lowest. DECN's testing solution read all the results as a positive and did not perform to any level of expectation. Based on positive and negative assays, the test results did not perform to what would be expected for that

Investigation on   01/27/2021   at   Los Angeles, California, United States (Phone)

File # ▮▮▮▮▮▮▮▮▮▮▮▮   Date drafted   01/29/2021

by   STACHNIK HEATHER L

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

phase of testing. ▮▮▮▮▮▮ could not provide further analysis on the actual scoring, as ▮▮▮▮▮▮ was not a subject matter expert in this area.

XPRIZE judges reviewed the all the semifinalist teams' submissions between December 7th and the 17th. Approximately during the week prior to eliminating semi-finalists, while XPRIZE judges were still reviewing submissions, XPRIZE sent a notice to all semi-finalists teams that should they become a finalist, to prepare for being a finalist by updating protocols and to be prepared to submit additional information. XPRIZE was aware that the requirements for the finalists' submissions required a very short turn-around, so XPRIZE was preempting these requirements by providing notification within this letter. The letter was provided in the event that any team would advance, and was not an indication whatsoever that a team was moving forward, a point that was specifically stressed in the letter. The letter did not indicate that a team was moving forward.

On December 16th, XPRIZE completed the round of eliminations for semi-finalists, and eliminated all the teams that performed lower than mid-tier. The XPRIZE judges knew by the 17th which teams were moving forward. As of December 17th, XPRIZE judges reviewed the teams that scored in the top tiers. The judges performed a more advanced review of the submissions for the teams that scored in the mid to top tier. On approximately December 18th, notifications were provided to all semi-finalists that were eliminated. The notification was a generic disqualification letter. DECN was eliminated at this point due to being ranked initially as triage, and scored in the lowest category for the blind proficiency testing. The XPRIZE judges did not necessarily even need to review the results of the blind tests for DECN, having already scored so low. However, DECN's blind test results also performed below expectations, solidifying DECN's elimination. XPRIZE looked at all data for each team, to include DECN, to ensure the judges were not wrong in reading results in one particular category. At a later date, all eliminated teams gained access to their teams' test results for review.

At the time of eliminations, the XPRIZE judges were not made aware that Berman was indicted. At the time XPRIZE judges were making elimination decisions, XPRIZE had no understanding or knowledge as to the fact that the DOJ was indicting Berman, as it was not a factor in the decision to eliminate DECN, nor was the fact that the Securities Exchange Commission

FD-302a (Rev. 5-8-10)

Continuation of FD-302 of ▮▮▮ (U) Interview of ▮▮▮ & ▮▮▮ with XPRIZE 1.27.2021 , On 01/27/2021 , Page 3 of 3

(SEC) filed a complaint within one day of the DOJ's, as that did not impact the XPRIZE's decision as to whether DECN would advance in the competition. ▮▮▮ could not speak to any individual judge's awareness as to the indictment or complaint. As far as XPRIZE employees were aware, no judges were aware. There was no communication whatsoever, regarding these events to the judging teams. XPRIZE became aware of the DECN press release regarding XPRIZE, on approximately the 21st or 22nd of December.