# Exhibit 6

**Fenton, Christopher (CRM)**

From: 
Sent: Thursday, February 18, 2021 5:19 PM
To: Racimo, Misty (CRM)
Subject: Text messages Keith Berman

5:16   ...LTE



Keith Z

Text Message
Thu, Feb 11, 10:50 PM

**The general concensus is to tell your nail lady that you have given her two interviews and you are uncomfortable and need to consult with an attorney**

**Thank you and good bye**

Friday 12:22 AM



Saturday 10:57 AM

Happy Saturday! Get those bills paid. When are you thinking of reconnecting with Gitte

  Text Message 

      

1

5:15  　LTE


**KB**
**Keith Z**

~~with the lab just like the~~
doj ruined our relationship
with the clia lab

And they are trying to ruin
our relationship with you

> Well then the timeline is in your favor. That should be , or could be done well before February 24 and a an established relationship with a new clia lab could be backing you and that would be huge also.

> I am supporting something that can help a pandemic. Something I deal with in my everyday life at work especially. I will do what I can to help

Isn't it ironic that the

 Text Message 


5:14  LTE

Keith Z

> One other than yours?

No both are iurs

> Great

Just now received great news from Korea and I will write to you in 10 minutes

The koreans have a plan, a good plan

They will take the big stuff, figure out what version looks like it will work best

Then they will take about 30% of one vial of virus and dilute it 1 to 30 into a chemical that will remove the virus from the big solution

5:16 LTE

**Keith Z**

Friday 12:22 AM

👍

Saturday 10:57 AM

> Happy Saturday! Get those bills paid. When are you thinking of reconnecting with Gitte

**Mid next week**

> Sounds good

**How is vacation**

> Beautiful
>
> But you live in paradise

**Perhaps**



5:15   LTE

**Keith Z**

do what I can to help

Isn't it ironic that the postal inspector could care less about that

> We will see. Time will tell. I don't know her but as far as her personally I think she is just doing her job. I can't speak for the rest of the team against you

It is also ironic that the questions they asked you and ▇▇▇ are not directly related to me, but to the company and product which are not part of the indictment

What job is that

> What is asked of her

5




5:14     .ıl LTE

**Keith Z**

indictment

What job is that

> What is asked of her

Trying to make anyone who helps the company quit and become government witnesses

> I don't know I just hope there are some good people on the other side

> See it for what it is

> Fair, is the word

I do

> I hope there are respectable, fair , people on the prosecutions side.



No covid in Naples apparently

That is not 25%



No masks, good looking girls

Nirvana

At least one good looking girl

Yes





5:16




Keith Z

No masks, good looking girls

Nirvana

> At least one good looking girl

Yes

Monday 6:29 PM

> Do you think submission and clearance overseas will help your case at all

Totally

Because it is true that the sec ruined our relationship with the fda just like the doj ruined our relationship with the clia lab





**Keith Z**

> I know. Stay positive
>
> I believe, submission this week, approval to follow shortly after and then things really can take a turn with indictment
>
> Do you agree

Let's see what the koreans give us

> Absolutely

They are working on 2 projects

> One other than yours?

No both are iurs

> Great

5:14  ..ll LTE



**Keith Z**

and dilute it 1 to 30 into a chemical that will remove the virus from the big solution

They will then take impedance values of the removed virus and if the CV is good they will then spike the saliva

Great pkan

Plan

All done in 48 hours

> Awesome
>
> Hopefully done done. Like submit done. Then good things happen

Yep







5:14 — Keith Z

Tuesday 8:57 PM

**Keith Z:** I ordered RSV, influenza A,B, Enterovirus, and mycoplasma pneumoniae

**Me:** Great

Thanks

**Keith Z:** Received new kits but no meters

**Me:** Correct

Meters next week after programming

But look at the sleeve in the kits

**Keith Z:** Oh, ok. I misunderstood. I'll check them out



**Keith Z**

> I'll check them out

> Great idea lengthening the sensor, much easier to handle

Yesterday 7:16 PM

> Never thought I would know what time it is in South Korea at any given moment

Wait, it gets worse

> How?

I have to keep track of the exchange rate of the Korean won

> Lol
> Sounds like a blast

**2021 Golf & Titties**

Share your name and photo?
Share...

Thu, Feb 4, 2:35 PM

I just got off the phone with the booking agent, he gave a price over the phone: $296. The courses would be West Chase, Bardmoor, Bayou Club, and Fox Hollow. He can only get us on courses they have contracts with, so Seminole was a no-go, same with East Bay

Sent from my iPhone