# Exhibit 7

[6/29/21, 2:28:02 PM] You created group "Group"
[6/29/21, 2:28:02 PM] Group: Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them.
[6/29/21, 2:28:56 PM] ███████████: If you end up serious about closing doors which I hope not. Maybe Gitte would be interested in buying the company
[6/29/21, 2:29:43 PM] Keith Z Berman Cell: Perhaps
[6/29/21, 2:30:10 PM] ███████████: Just a thought
[6/29/21, 3:04:48 PM] ███████████: image omitted
[6/29/21, 3:05:09 PM] ███████████: Looks really good
[6/29/21, 4:25:40 PM] ███████████ The final presentation looked AMAZING!!!!!
[6/29/21, 4:26:26 PM] ███████████: Keith- I thought we had CE Mark already
[6/29/21, 5:33:00 PM] ███████████: Walter did a great job with your response to the doj
[6/29/21, 5:52:29 PM] ███████████: Who is Walter?  What response?
[6/29/21, 6:04:43 PM] ███████████: https://m.youtube.com/watch?v=rnMawdFKRWg
[6/29/21, 6:20:59 PM] Keith Z Berman Cell: audio omitted
[6/29/21, 6:21:14 PM] ███████████: Today
[6/29/21, 6:22:27 PM] ███████████: gov.uscourts.dcd.225086.27.0.pdf • 7 pages document omitted
[6/29/21, 6:34:45 PM] ███████████: EXCELLENT!!!!!
[6/29/21, 6:39:06 PM] ███████████: The only thing that I was surprised by, is that the 6th amendment guarantees the right to a fair trial.  By wrongfully obtaining the phone records and texts of your lawyer, how can that be considered a fair trial???
[6/29/21, 6:39:27 PM] ███████████: It wasn't spoken about.
[6/29/21, 6:54:57 PM] ███████████: image omitted
[6/29/21, 6:56:51 PM] Keith Z Berman Cell: I just read it
[6/29/21, 7:11:33 PM] ███████████: What do you think
[6/29/21, 7:43:03 PM] Keith Z Berman Cell: I think on the whole the writeup is good but a great opportunity was wasted
[6/29/21, 7:50:59 PM] ███████████: What is that last filing. " Order on motion to leave to file document "
[6/29/21, 7:51:48 PM] Keith Z Berman Cell: That's procedure
[6/29/21, 9:15:15 PM] ███████████: Honest question. In your opinion. From 1-100% what are the chances Genviro will se the light of day?
[6/29/21, 9:21:44 PM] Keith Z Berman Cell: 100%
[6/29/21, 9:21:51 PM] Keith Z Berman Cell: 99.98765
[6/29/21, 9:23:14 PM] ███████████: I like your confidence 🤞I hope so because I believe that will help you in multiple ways
[6/29/21, 9:24:51 PM] Keith Z Berman Cell: No it won't help with doj
[6/30/21, 8:42:02 AM] Keith Z Berman Cell: Tomorrow or Friday final steps are taken with full eu approval with bulk sales beginning
[6/30/21, 8:43:38 AM] Keith Z Berman Cell: The legal filing I would rate as a 6 on a 1 - 10 scale ... Coulda been a 9 or 10
[6/30/21, 8:44:59 AM] ███████████: Why a 6?
[6/30/21, 8:45:34 AM] Keith Z Berman Cell: In my opinion it again pulled punches
[6/30/21, 8:47:32 AM] ███████████ The final presentation looked fantastic!!!  It was impressive!
[6/30/21, 8:50:00 AM] Keith Z Berman Cell: We played around with it for 2 weeks looking for the right background so it looks good even if printed on a government

cheap old printer
[6/30/21, 8:51:25 AM] ██████████ : It looks great the way it is now!
[6/30/21, 8:51:30 AM] Keith Z Berman Cell: We also had to be careful with the information presented because we knew that ihub posters would find it and steal it
[6/30/21, 8:52:43 AM] ████████ What could they do with it given that the info is great
[6/30/21, 8:52:58 AM] Keith Z Berman Cell: And give it to our competition
[6/30/21, 8:53:09 AM] ████████ Oh
[6/30/21, 8:55:53 AM] Keith Z Berman Cell: So I think pedima makes a big addition to their web site over the weekend and perhaps announces big sales
[6/30/21, 8:57:30 AM] Keith Z Berman Cell: We might too
[6/30/21, 8:57:48 AM] ████████ : That would be GREAT!!!!!!!!
[6/30/21, 9:01:04 AM] ██████████ : Hopefully 6 out of 10 is good enough in the judges eyes.
[6/30/21, 9:01:26 AM] Keith Z Berman Cell: We have a bet in that
[6/30/21, 9:02:36 AM] Keith Z Berman Cell: If the judge finds for doj then it will become my first point in my appeal of my guilty verdict
[6/30/21, 9:03:19 AM] Keith Z Berman Cell: If the judge allows them then it makes it impossible to get a fair trial
[6/30/21, 9:07:51 AM] ████████ : That's what I was saying yesterday.
[6/30/21, 9:13:09 AM] ██████████ : Wellll, if sales do come in, soon as predicted, you may have the means to get Baez if judge rules with doj
[6/30/21, 5:09:37 PM] ██████████ : You got me excited again and hopeful for the product!
[6/30/21, 5:11:43 PM] ██████ : 👍
[6/30/21, 5:17:10 PM] Keith Z Berman Cell: Tomorrow pedima will hear from the government who will offer the registration numbers for the product and the ce mark
[6/30/21, 5:17:38 PM] Keith Z Berman Cell: It will also include an invitation to sell
[6/30/21, 5:18:25 PM] ██████████ : How do you know it will be tomorrow?
[6/30/21, 5:18:32 PM] ████████ That's great
[6/30/21, 5:23:38 PM] Keith Z Berman Cell: Pedima has a guy who works here
[6/30/21, 5:23:48 PM] Keith Z Berman Cell: Does translation
[6/30/21, 5:24:19 PM] ██████ : 👍😊
[6/30/21, 5:56:42 PM] ██████████ : Awesome!
[6/30/21, 6:02:15 PM] ██████████ : So, are you saying CE will be official when they do that
[7/1/21, 11:14:09 AM] ██████████ : https://www.360dx.com/covid-19/study-finds-serial-antigen-testing-effective-pcr-sars-cov-2-surveillance
[7/2/21, 10:36:09 AM] ██████████ : Hope you guys are well. Have a great safe Fourth of July weekend !
[7/2/21, 10:37:48 AM] ██████ Thanks ██████ Have a great weekend all!!!
[7/2/21, 5:00:25 PM] Keith Z Berman Cell: Happy 4th
[7/4/21, 12:42:27 PM] ██████████ : sticker omitted
[7/4/21, 1:52:43 PM] ██████████ : image omitted
[7/6/21, 5:08:20 PM] ██████████ : Hello
[7/6/21, 5:08:41 PM] ██████████ When is judge to respond? Any idea
[7/6/21, 7:25:00 PM] ██████████ Good question.  They should have a deadline. Keith???

[7/6/21, 8:31:25 PM] Keith Z Berman Cell: A federal judge lolol no deadlines
[7/6/21, 8:52:17 PM] ███████  ██: :(
[7/7/21, 2:05:24 PM] Keith Z Berman Cell: Pedima is going to submit genviro to world health organization
[7/7/21, 2:06:12 PM] ████████████████████: Wow, what does that entail?
[7/7/21, 2:07:02 PM] Keith Z Berman Cell: That will get genviro in countries like japan, australia, and all of south america
[7/7/21, 2:07:08 PM] ███████  █: Awesome
[7/7/21, 2:07:34 PM] ████████████████████: How long of a process? Any idea
[7/7/21, 2:07:43 PM] Keith Z Berman Cell: That was the purpose of the powerpoint
[7/7/21, 2:07:50 PM] ████████████████████: Ah
[7/7/21, 2:07:52 PM] ████████████████████: Nice
[7/7/21, 2:08:12 PM] Keith Z Berman Cell: Can be as fast as 5 or 6 days
[7/7/21, 2:18:20 PM] ████████████████████: Nice
[7/7/21, 3:38:27 PM] ████████████████████: What role will who play. Do they help manufacturing
[7/7/21, 5:52:08 PM] Keith Z Berman Cell: World health?
[7/7/21, 5:52:34 PM] Keith Z Berman Cell: They are the world's dt fauci
[7/8/21, 11:21:38 AM] ████████████████████:
https://www.genomeweb.com/pcr/quidel-recalls-lyra-sars-cov-2-test-due-potential-false-negative-results
[7/8/21, 11:43:17 AM] Keith Z Berman Cell: I saw
[7/8/21, 11:44:05 AM] Keith Z Berman Cell: Take a look at the powerpoint I provided and check out our false negatives
[7/8/21, 11:44:15 AM] Keith Z Berman Cell: I think 4%
[7/8/21, 11:44:31 AM] ████████████████████: Yeah that's really good
[7/8/21, 5:49:37 PM] ████████████████████: How exactly will who be supplied with Genviro? Due to the chip issues pedima hasn't even received their first purchase order.
[7/8/21, 5:50:05 PM] ████████████████████: WHO (world health org)
[7/8/21, 5:52:09 PM] Keith Z Berman Cell: The chip issue is passing
[7/8/21, 5:58:55 PM] ████████████████████: 👍
[7/10/21, 2:42:48 PM] ████████████████████: Website updates look very good
[7/10/21, 2:43:38 PM] Keith Z Berman Cell: She is about 60% done
[7/10/21, 2:43:52 PM] ████████████████████: I like it a lot
[7/10/21, 9:26:10 PM] Keith Z Berman Cell: It has the wrong video for genultimate so I will get that fixed
[7/10/21, 9:45:30 PM] ████████████████████: Still looks great
[7/13/21, 9:46:25 AM] ████████████████████: image omitted
[7/13/21, 9:48:47 AM] Keith Z Berman Cell: Where did this come from
[7/13/21, 9:48:47 AM] Keith Z Berman Cell: And unless this guy is originally from ihub he is just another piece of garbage message board poster
[7/13/21, 9:59:26 AM] ████████████████████: He's on yahoo. Posting stuff like this all day every day for as long as I can remember
[7/13/21, 10:22:02 AM] Keith Z Berman Cell: I gave the final genviro kit and meter to send to you. Same version as sent to germany
[7/13/21, 10:22:26 AM] Keith Z Berman Cell: We will receive ours thursday
[7/13/21, 10:23:00 AM] ████████████████████: Thank yiu Keith . You didn't have to do that . I know you have more important things to do
[7/13/21, 10:23:07 AM] Keith Z Berman Cell: We will send ups

[7/13/21, 10:23:22 AM] Keith Z Berman Cell: I would like a report
[7/13/21, 10:24:03 AM] Keith Z Berman Cell: From you and ███████████
[7/13/21, 10:24:24 AM] Keith Z Berman Cell: And perhaps 1 or 2 more
[7/13/21, 10:30:48 AM] ██████ █  I went for my 1st covid test sun.  I am waiting to get lab results
[7/13/21, 10:31:01 AM] ██████ █  I have a cold for 2 weeks!
[7/13/21, 10:31:33 AM] ████████: Sounds good
[7/13/21, 10:32:11 AM] ████████: If yiu want to send 2 to me my friend in my neighborhood is also an investor
[7/13/21, 10:50:45 AM] ████████: Will do
[7/13/21, 10:50:56 AM] ████████: Will do
[7/13/21, 10:51:23 AM] Keith Z Berman Cell: T y
[7/13/21, 11:42:13 AM] ████████: Hope you feel better ████████
[7/13/21, 11:42:46 AM] ██████: Thank you!!!
[7/13/21, 12:03:42 PM] Keith Z Berman Cell: I hope so too
[7/13/21, 12:07:51 PM] ██████ █: Thank you!!!
[7/14/21, 5:36:25 PM] Keith Z Berman Cell: Samples are in. Going out tomorrow
[7/14/21, 5:53:32 PM] Keith Z Berman Cell: Does the company send a kit to ████████
[7/14/21, 5:54:00 PM] Keith Z Berman Cell: And ██████ you still want 2 kits?
[7/14/21, 5:54:38 PM] ████████: Awesome
[7/14/21, 5:54:42 PM] ████ ████: Ty
[7/14/21, 6:11:29 PM] ████████  Yes, that would be great!  I tested negative...YAY!!!  THANKS KEITH!!!
[7/14/21, 6:42:12 PM] Keith Z Berman Cell: I had a kit packed for angel
[7/14/21, 6:42:25 PM] Keith Z Berman Cell: But have not sent it out
[7/15/21, 10:53:20 AM] ████████: Did you ever say if the kit can identify the delta variant?
[7/15/21, 10:54:35 AM] ████████: I would logically think it could identify all variants but just not specify with what variant you are positive for.
[7/15/21, 11:29:04 AM] Keith Z Berman Cell: audio omitted
[7/15/21, 3:49:24 PM] Keith Z Berman Cell: Your kits are on the way
[7/15/21, 3:49:55 PM] Keith Z Berman Cell: ██████ do you think I should send a kit to ██████
[7/15/21, 3:55:21 PM] ██████ █  Thanks!  Yes but keep in mind that I haven't spoken to her at all in months.  But I think she would want it
[7/15/21, 3:56:14 PM] Keith Z Berman Cell: Ok they are going ups
[7/15/21, 4:03:12 PM] ████████  Thanks!
[7/15/21, 5:09:46 PM] ████████: That's great!
[7/15/21, 5:25:28 PM] Keith Z Berman Cell: Better call or text her
[7/15/21, 5:25:41 PM] ████████: Ok
[7/15/21, 5:25:57 PM] █████  Did you send it yet?
[7/15/21, 8:38:19 PM] Keith Z Berman Cell: Yes today
[7/15/21, 8:55:01 PM] Keith Z Berman Cell: ████████
[7/15/21, 8:55:53 PM] ████████  I told █████  She was happy as long as the DOJ leaves her alone
[7/15/21, 8:56:55 PM] Keith Z Berman Cell: I didn't send the kits, the staff did
[7/15/21, 8:56:56 PM] Keith Z Berman Cell: But I need a favor from you
[7/15/21, 8:57:16 PM] ██████ █: Ok what do you need?
[7/15/21, 8:58:12 PM] Keith Z Berman Cell: Remember those emails you received from Matt chad

[7/15/21, 8:58:12 PM] Keith Z Berman Cell: B█████████

[7/15/21, 9:00:21 PM] Keith Z Berman Cell: Telling you that he wrote the shareholder letters

[7/15/21, 9:00:34 PM] ███████B: Yes. You need them?

[7/15/21, 9:01:13 PM] Keith Z Berman Cell: Yes

[7/15/21, 9:01:31 PM] ████████ Ok.

[7/15/21, 9:01:31 PM] Keith Z Berman Cell: Send to my other lawyer

[7/15/21, 9:02:06 PM] ████████ You want me to send to you or lawyer?

[7/15/21, 9:02:45 PM] Keith Z Berman Cell: Lawyer

[7/15/21, 9:03:05 PM] ████████ Give me the email address

[7/15/21, 9:03:06 PM] Keith Z Berman Cell: Walter.laughlin@gmail.com

[7/15/21, 9:03:17 PM] ████████ Ok.  Is he new???

[7/15/21, 9:03:50 PM] Keith Z Berman Cell: No he is the quiet one

[7/15/21, 9:03:57 PM] ███████B: Kk

[7/15/21, 9:04:13 PM] Keith Z Berman Cell: But he is working on motions to dismiss charges

[7/15/21, 9:04:30 PM] ████████ Great!!!

[7/15/21, 9:04:57 PM] Keith Z Berman Cell: And he is doing well

[7/15/21, 9:05:14 PM] ████████ Great!

[7/15/21, 9:13:38 PM] Keith Z Berman Cell: He is very good at what he is currently doing

[7/15/21, 9:21:33 PM] ████████ I sent the letters.  I wrote:
Keith asked me to forward my correspondence with Matt, the author of the shareholder letters.  The emails are below.  If you look at the email dated july 28th at 3:48pm from ██████████████ he states that he is the author of the shareholder letters and Berman and attorney only reviewed it.

[7/16/21, 10:11:49 AM] Keith Z Berman Cell: ████████ walter told me he did not receive the emails

[7/16/21, 10:12:39 AM] ████████ I sent one.  It had a bunch of correspondence in it.  Let me ck to see if it came back undeliverable

[7/16/21, 10:17:04 AM] ████████ It went through.  Do you want me to forward it to you?

[7/16/21, 10:44:27 AM] Keith Z Berman Cell: walter.loughlin@gmail.com

[7/16/21, 10:44:28 AM] Keith Z Berman Cell: Perhaps I gave you the email with a typo

[7/16/21, 11:22:11 AM] ████████: Yes that's not the same

[7/16/21, 11:23:46 AM] ████████: I resent it

[7/16/21, 11:24:29 AM] Keith Z Berman Cell: Ok thanks, I will call him in 30 minutes to make dure

[7/16/21, 11:24:33 AM] Keith Z Berman Cell: Sure

[7/16/21, 11:24:37 AM] ████████ Ok

[7/16/21, 3:45:32 PM] ████████ Did you call ████████

[7/16/21, 3:55:41 PM] Keith Z Berman Cell: Yes

[7/16/21, 5:20:05 PM] ████████ Keith-can you use anything from my letter to DOJ?

[7/16/21, 5:24:54 PM] Keith Z Berman Cell: Have we seen this letter. I know we talked about it

[7/16/21, 5:26:30 PM] ████████ Yes.  The DOJ called me a victim, twisted my words, blamed you for xprize letter

[7/16/21, 5:27:03 PM] ████████ It was sent to judge and DOJ at your hearing

[7/18/21, 8:38:16 PM] Keith Z Berman Cell: ███████ do you know someone from the los

angeles area that you can trust.  We are going to make an english language video
and since the Yahoo message board still thinks the kit doesn't exist let's use a
facebook posters to prove then wrong
[7/18/21, 8:39:21 PM] ███████████   What would the Los Angeles person need to do?
[7/18/21, 8:39:45 PM] Keith Z Berman Cell: Learn a script
[7/18/21, 8:40:01 PM] ████████   I know one person but she is on vacation
[7/18/21, 8:40:03 PM] Keith Z Berman Cell: Spit into the collection device
[7/18/21, 8:40:14 PM] Keith Z Berman Cell: Run the test
[7/18/21, 8:40:29 PM] ████████   I don't know anyone else
[7/18/21, 8:41:07 PM] Keith Z Berman Cell: Come out with your sister
[7/18/21, 8:41:19 PM] Keith Z Berman Cell: Or come out with trigs
[7/18/21, 8:41:52 PM] ██████   Lol. I haven't been anywhere since dec 2019!  I
also hate the camera
[7/18/21, 8:42:07 PM] Keith Z Berman Cell: Send your sister
[7/18/21, 8:42:48 PM] Keith Z Berman Cell: You know what would drive the Yahoo
posters crazy
[7/18/21, 8:42:56 PM] Keith Z Berman Cell: If ████ did it
[7/18/21, 8:42:59 PM] ██████   She hasn't been anywhere either...just local
travel.  But she is like me, we hate the camera
[7/18/21, 8:43:23 PM] ██████   Maybe █████   would do it
[7/18/21, 8:44:12 PM] Keith Z Berman Cell: But I would also love to invite cee or s
or oil from the message board
[7/18/21, 8:44:45 PM] ██████   I only know the oil guy
[7/18/21, 8:45:04 PM] ██████   Oil guy lives in ny
[7/18/21, 8:45:49 PM] Keith Z Berman Cell: Someone should go on the Yahoo board and
post that the company is looking for a budding movie star
[7/18/21, 8:46:23 PM] ██████   I can't.  I'm not on Yahoo for months
[7/18/21, 8:47:27 PM] Keith Z Berman Cell: His name is ██████████   from long
island
[7/18/21, 8:48:14 PM] Keith Z Berman Cell: He has threatened me
[7/18/21, 8:48:36 PM] Keith Z Berman Cell: He is the doj #1 informant
[7/18/21, 8:49:02 PM] ██████   Who???
[7/18/21, 8:49:11 PM] Keith Z Berman Cell: Cee
[7/18/21, 8:49:23 PM] ████   Oh
[7/18/21, 8:49:34 PM] Keith Z Berman Cell: Aka ████████   on ihub
[7/18/21, 8:49:48 PM] ██████   I don't remember Cee.
[7/18/21, 8:49:49 PM] Keith Z Berman Cell: ████████
[7/18/21, 8:50:14 PM] Keith Z Berman Cell: He is the #1 volume poster on yahoo
[7/18/21, 8:50:18 PM] ██████   I thought ████   was the no 1 informant
[7/18/21, 8:50:30 PM] Keith Z Berman Cell: Sec infornant
[7/18/21, 8:50:38 PM] ████   Oh
[7/18/21, 8:50:58 PM] ██████   I don't go on there at all.  It's too toxic
[7/18/21, 8:51:29 PM] Keith Z Berman Cell: Terrible board but they all get off on
it
[7/18/21, 9:59:05 PM] ████████████   I had a conversation with ████   long ago.
Piece of work. I think he may be mentally challenged
[7/18/21, 10:00:18 PM] ████   You have an over abundance of wanna be
actors out by you Keith. Pay one $100 to do it
[7/18/21, 10:29:28 PM] Keith Z Berman Cell: We have people who will do it
[7/18/21, 10:29:49 PM] Keith Z Berman Cell: The script and product shots are done

[7/18/21, 10:30:05 PM] ███████████████ Great idea
[7/18/21, 10:30:42 PM] Keith Z Berman Cell: But I want to advertise that a regular person took the test
[7/18/21, 10:31:23 PM] Keith Z Berman Cell: Who better than a message board poster
[7/18/21, 10:31:55 PM] Keith Z Berman Cell: After all 99% of yahoo posters think the product is a fraud
[7/18/21, 10:32:51 PM] ███████████████ Yes that makes sense
[7/18/21, 10:35:39 PM] Keith Z Berman Cell: We need to advertise on the message boards
[7/18/21, 10:35:49 PM] Keith Z Berman Cell: Filming nextcweekend
[7/18/21, 10:54:03 PM] ███████████ 👍
[7/19/21, 10:28:11 AM] ███████████ Let me know when the video is done and available for viewing and I'll mention it on yahoo
[7/19/21, 10:50:28 AM] Keith Z Berman Cell: Let's see if anyone on yahoo wants to starving the video
[7/21/21, 3:23:17 PM] Keith Z Berman Cell: Big happening in the doj case
[7/21/21, 3:23:26 PM] Keith Z Berman Cell: Just now
[7/21/21, 3:23:53 PM] ███████████████ Hopefully in your favor
[7/21/21, 3:28:29 PM] Keith Z Berman Cell: The judge scheduled a hearing for next Thursday over the doj subpoena of rob's records
[7/21/21, 3:28:38 PM] Keith Z Berman Cell: Case could end
[7/21/21, 3:44:44 PM] ███████████████ That's promising . I'll keep my fingers crossed for w
[7/21/21, 3:44:48 PM] ███████████ You
[7/21/21, 4:04:19 PM] ███ AWESOME
[7/21/21, 5:02:13 PM] Keith Z Berman Cell: First big break
[7/21/21, 5:02:36 PM] ██████ I thought the same!!!
[7/21/21, 5:50:55 PM] Keith Z Berman Cell: Tell ████ before it is posted tomorrow morning on the doj site
[7/21/21, 5:52:49 PM] ██████ Why?  She will see it and definitely post it
[7/21/21, 5:54:09 PM] Keith Z Berman Cell: You know you're right
[7/21/21, 5:54:49 PM] ██████ Are you being sarcastic?
[7/21/21, 5:54:59 PM] Keith Z Berman Cell: The judge wants the hearing thursday next week and I think it should be pushed out further
[7/21/21, 5:55:49 PM] Keith Z Berman Cell: So telling angel tonight might get her bashed if the real date is further out there
[7/21/21, 5:56:56 PM] Keith Z Berman Cell: I want it pushed out because we are filing motions next Tuesday and all of them are bill of rights arguments
[7/21/21, 5:57:37 PM] Keith Z Berman Cell: So I want the judge to read them before the hearing just to see how bad the doj has been
[7/21/21, 5:59:45 PM] ██████ I really think the lawyer should bring my letter into it.  The DOJ tried to turn one of your investors against you!
[7/21/21, 6:01:08 PM] Keith Z Berman Cell: I will get the lawyer to revisit the bail requirements
[7/21/21, 6:01:45 PM] Keith Z Berman Cell: Especially now that the trial is postponed until at least kate october
[7/21/21, 6:02:09 PM] █████ You mean because the bail requirements were so restrictive?
[7/21/21, 6:02:38 PM] Keith Z Berman Cell: Yes
[7/21/21, 6:08:05 PM] ██████ Good!

[7/21/21, 10:02:48 PM] ███████████████████ Got the meter. 👍
[7/21/21, 10:24:24 PM] Keith Z Berman Cell: Good
[7/21/21, 10:36:07 PM] Keith Z Berman Cell: I just saw the testing  using only delta variant infected saliva.  A perfect 70 for 70
[7/21/21, 10:43:03 PM] ███████████████: Can't get better than that
[7/21/21, 10:43:07 PM] ███████████████ Perfect
[7/26/21, 10:03:11 AM] ███████████████ How we doing ? Anything good transpiring?
[7/26/21, 2:43:41 PM] ███████████████ Take that as a "not really"
[7/26/21, 2:50:17 PM] ████████ Lol
[7/26/21, 3:05:42 PM] ██████████████ 🤣♂️
[7/26/21, 3:06:11 PM] ████████ That guy always makes me laugh!
[7/26/21, 3:06:25 PM] ██████████████ 🤣♂️🤣♂️🤣♂️🤣♂️🤣♂️
[7/26/21, 3:06:33 PM] ████████ LOL!!!!!
[7/26/21, 3:07:59 PM] ██████████████ 🤣♂️👏👉🤣♂️👎
[7/26/21, 3:08:01 PM] Keith Z Berman Cell: Big week
[7/26/21, 3:08:08 PM] ██████████████ 🤣♂️
[7/26/21, 3:08:12 PM] ██████████████ lol
[7/26/21, 3:08:17 PM] Keith Z Berman Cell: Leading to big doings
[7/26/21, 3:08:44 PM] █████ Keith- we r waiting!  Curious minds want to know!
[7/26/21, 3:08:47 PM] ██████████████ Alleluia
[7/26/21, 3:08:57 PM] ██████████: 🤣♂️
[7/26/21, 3:09:12 PM] ██████████: 🙏
[7/26/21, 3:09:15 PM] Keith Z Berman Cell: Just in case my message gets stolen by misty
[7/26/21, 3:09:21 PM] ██████████████ Lol
[7/26/21, 3:09:38 PM] Keith Z Berman Cell: Hearing friday
[7/26/21, 3:09:45 PM] Keith Z Berman Cell: Big hearing
[7/26/21, 3:09:52 PM] Keith Z Berman Cell: Watershed
[7/26/21, 3:11:32 PM] ██████████████ Hope so
[7/26/21, 4:35:09 PM] ██████████████ Genviro going to be sold anytime in the near future?
[7/26/21, 7:53:34 PM] █████████ █ France is the first country to mandate vaccination passes or no entry!  Britain will do the same by September.  NY and California will require vaccines for Government employees and health care workers or weekly testing.
[7/26/21, 7:54:23 PM] █████████ Keith- are you contracted with France?
[7/26/21, 7:58:50 PM] ██████████ █ Doesn't matter if we are contracted in every country in the world if we can't get the product
[7/26/21, 8:44:49 PM] Keith Z Berman Cell: Yes, pedima has a good woman in france
[7/26/21, 8:45:13 PM] Keith Z Berman Cell: I spoke to her. Her english .. oh boy
[7/26/21, 8:45:52 PM] Keith Z Berman Cell: That will be shut down by the courts in the usa
[7/26/21, 8:49:48 PM] █████████ █ I don't think it will be shut down.  It's not fair to those of us that were vaccinated.  Half the country is vaccinated.
[7/26/21, 8:54:30 PM] Keith Z Berman Cell: The courts, even the crazy ass courts in california, will not allow covid passports
[7/26/21, 8:55:23 PM] ████████ █ Maybe not California.  I think it will pass in ny
[7/26/21, 8:55:46 PM] Keith Z Berman Cell: No the supremes will stop it
[7/26/21, 8:55:58 PM] █████████ We shall see
[7/26/21, 8:57:14 PM] Keith Z Berman Cell: Yup

[7/26/21, 9:00:22 PM] Keith Z Berman Cell: Big week
[7/26/21, 9:01:54 PM] ███████████████ Against the constitution to force people to get vaccinated... even though I believe everyone should be vaccinated
[7/26/21, 9:02:13 PM] Keith Z Berman Cell: I agree
[7/26/21, 9:02:32 PM] ███████████████ But how much weight does the constitution hold these days? Not a whole lot
[7/26/21, 9:03:08 PM] ██████████ What I don't get- we had to make sure we had been vaccinated or we were not allowed in school.  Why is it an issue now???
[7/26/21, 9:03:25 PM] Keith Z Berman Cell: But you know vaccines have always caused a percentage of people trouble
[7/26/21, 9:03:30 PM] Keith Z Berman Cell: I remember the polio sabin vaccine
[7/26/21, 9:03:52 PM] ██████████ Did it cause you problems?
[7/26/21, 9:04:12 PM] Keith Z Berman Cell: Nope
[7/26/21, 9:05:09 PM] Keith Z Berman Cell: But it cost many groups of christians issues
[7/26/21, 9:05:41 PM] ██████████ To me it seems like a global health hazard to have unvaccinated mixed in with vaccinated.
[7/26/21, 9:05:58 PM] Keith Z Berman Cell: Yep
[7/26/21, 9:06:47 PM] Keith Z Berman Cell: And what about the super vaccine, one shot of pfizer and one shot of astrozenica
[7/26/21, 9:07:49 PM] Keith Z Berman Cell: By the way on our device the delta variant gas an identifiable signature
[7/26/21, 9:08:50 PM] Keith Z Berman Cell: It looks to our machine a lot like sars1
[7/26/21, 9:09:03 PM] ██████████ My friend from zoom said if anyone comes to his house and tells him to get vaccinated, he'll show them his gun! He thought it was like a bad cold or the flu.  A week later  he got covid- relentless fever, coughing all night, achy, no taste or smell.
[7/26/21, 9:09:51 PM] Keith Z Berman Cell: For which there is no vaccine and as far as I know we are the only test
[7/26/21, 9:10:32 PM] Keith Z Berman Cell: But we cannot sell our sars1 test because there is no pcr method to cross test
[7/26/21, 9:11:10 PM] ██████████ I never heard of the "super" vaccine.  Hopefully AstraZeneca won't be the booster!  Your test sounds perfect and just what we need! I didn't get your test in the mail.  When will I get it?
[7/26/21, 9:12:01 PM] Keith Z Berman Cell: I had it sent ups
[7/26/21, 9:12:06 PM] Keith Z Berman Cell: 2 kits
[7/26/21, 9:12:27 PM] ██████████ I know but when will I get them?
[7/26/21, 9:12:56 PM] Keith Z Berman Cell: I will have ███████████the package tomorrow
[7/26/21, 9:13:08 PM] ███████████████ Ok thanks
[7/26/21, 9:14:07 PM] ███████████████ Used it this weekend. Said not present with a number in the 400s
[7/26/21, 9:14:31 PM] ██████████ Wow...you got yours already!
[7/26/21, 9:14:36 PM] Keith Z Berman Cell: That is correct
[7/26/21, 9:14:45 PM] Keith Z Berman Cell: Cutoff is 507
[7/26/21, 9:16:20 PM] Keith Z Berman Cell: Did you use both vials of diluent or were you lazy and use 1
[7/26/21, 9:19:12 PM] ███████████████ Lazy
[7/26/21, 9:19:22 PM] ████████ LOL
[7/26/21, 9:19:28 PM] ███████████████ Lol

[7/26/21, 9:19:44 PM] Keith Z Berman Cell: Lolololol
[7/26/21, 9:19:52 PM] ████████     If it worked with one, whu use 2?
[7/26/21, 9:19:57 PM] ████████     Oops why
[7/26/21, 9:20:03 PM] Keith Z Berman Cell: I need to talk to the koreans
[7/26/21, 9:20:37 PM] Keith Z Berman Cell: I need them to find a 1 ul vial of wash
[7/26/21, 9:21:07 PM] Keith Z Berman Cell: I am sure you won't be the only lazy one
[7/26/21, 9:21:36 PM] ████████     Honestly I was wondering why there was two
[7/26/21, 9:42:48 PM] Keith Z Berman Cell: With the testing in may and june the
koreans determined that the test required 1 ul diluent vs .5 ul ..  and the koreans
decided to be lazy and not look for the larger vial
[7/26/21, 9:43:33 PM] Keith Z Berman Cell: It makes about a 15% difference
[7/26/21, 9:51:46 PM] ████████     Ah ok
[7/27/21, 3:39:04 PM] ████████     New motions filed but I can't open them yet
[7/27/21, 3:39:50 PM] Keith Z Berman Cell: Is that what they say
[7/27/21, 3:39:59 PM] Keith Z Berman Cell: Motions filed
[7/27/21, 3:40:06 PM] Keith Z Berman Cell: By who
[7/27/21, 3:40:11 PM] Keith Z Berman Cell: Defense
[7/27/21, 3:40:34 PM] ████████     image omitted
[7/27/21, 3:41:19 PM] Keith Z Berman Cell: That was us
[7/27/21, 3:44:18 PM] ████████     Ah ok, motion to dismiss
[7/27/21, 3:45:13 PM] Keith Z Berman Cell: Get rid of a lot of lies and innuendo
[7/27/21, 3:56:56 PM] ████████     Good move
[7/27/21, 9:10:37 PM] Keith Z Berman Cell: In my humble opinion govt is sooooo
screwed... Big mistake to file their motion
[7/27/21, 9:10:38 PM] Keith Z Berman Cell: More mud slinging
[7/27/21, 10:58:10 PM] ████████     Good for you I hope
[7/27/21, 10:59:36 PM] Keith Z Berman Cell: We will see
[7/28/21, 8:58:55 AM] Keith Z Berman Cell: I see that the cabal on ihub is trying
to convince that the case is over
[7/28/21, 9:00:55 AM] Keith Z Berman Cell: Lots of fear this morning ... As ross
perot used to say, "that great sucking sound you hear" is the government's case
going down the drain
[7/28/21, 9:03:41 AM] Keith Z Berman Cell: ████████ I am not trying to jinx things
but I am well on my way to thinking that you are right
[7/28/21, 9:04:32 AM] ████████     ☺
[7/28/21, 9:18:20 AM] Keith Z Berman Cell: One more thing ████████,.  They no longer
show western movies on the tv channel grit because they are racist ..  that really
pisses me off
[7/28/21, 9:27:40 AM] ████████ : ☺
[7/28/21, 1:30:20 PM] Keith Z Berman Cell: ████████ ups delivered your sample kits
back to the office with the box all squished.
[7/28/21, 1:31:01 PM] Keith Z Berman Cell: Jessica is out sick today, so we will
repack, check your address and send out tomorrow
[7/28/21, 1:31:21 PM] ████████ Lol. Ok thanks
[7/28/21, 1:32:15 PM] Keith Z Berman Cell: We are all feeling good about the
filings yesterday
[7/28/21, 1:32:23 PM] ████████ : About what?
[7/28/21, 1:32:41 PM] Keith Z Berman Cell: About the doj case
[7/28/21, 1:33:07 PM] ████████ : Can read your filing yet , only theirs
[7/28/21, 1:33:33 PM] Keith Z Berman Cell: I saw that

[7/28/21, 1:33:47 PM] ██████████ : Odd
[7/28/21, 1:33:51 PM] Keith Z Berman Cell: It is strategically unteresting
[7/28/21, 1:34:07 PM] ██████████ : Yes
[7/28/21, 1:34:28 PM] Keith Z Berman Cell: If the doj opposes our filings then they kill their own filibg
[7/28/21, 1:34:36 PM] Keith Z Berman Cell: Filing
[7/28/21, 1:35:29 PM] Keith Z Berman Cell: As the a-holes on i-hub say.... You can't have it both ways
[7/28/21, 2:41:04 PM] ██████████ : LOL
[7/29/21, 8:51:04 PM] Keith Z Berman Cell: Someone should post on the Yahoo board, because in the last hour the really bad guys are posting shit
[7/29/21, 8:51:43 PM] ██████████ : I don't go on yahoo.
[7/29/21, 8:52:01 PM] Keith Z Berman Cell: Oh
[7/29/21, 8:52:08 PM] ██████████ Lol
[7/29/21, 8:52:12 PM] Keith Z Berman Cell: It is a bad place
[7/29/21, 8:53:15 PM] Keith Z Berman Cell: Someone should post... "Well bash crew he got you badgers yet again"
[7/29/21, 8:54:07 PM] ██████████ : I can't...I won't battle with crazy people
[7/29/21, 8:59:27 PM] Keith Z Berman Cell: Ok
[7/29/21, 8:59:38 PM] Keith Z Berman Cell: They have bad agendas
[7/29/21, 9:03:57 PM] Keith Z Berman Cell: Shelly we sent your kits out afain
[7/29/21, 9:04:01 PM] Keith Z Berman Cell: Again
[7/29/21, 9:04:53 PM] ██████████ Ok.  Thanks!
[7/29/21, 9:04:58 PM] Keith Z Berman Cell: You're welcome!
[7/29/21, 9:05:07 PM] ██████████ ☺
[7/29/21, 9:09:58 PM] ██████████ I don't bother with them anymore more either and now my blood pressure is running lower
[7/29/21, 9:18:12 PM] Keith Z Berman Cell: Oh good
[7/30/21, 7:56:37 AM] ██████████ : 16% positive rate here now
[7/30/21, 7:56:58 AM] ██████████ : They will end up shutting things down here again
[7/30/21, 7:57:11 AM] ██████████ WOW!!!!
[7/30/21, 7:59:58 AM] ██████████ : I think our rate is about 2.5%
[7/30/21, 8:51:00 AM] Keith Z Berman Cell: ██████ , your rate won't be 2.5% for long
[7/30/21, 8:51:25 AM] ██████████ : Not good
[7/30/21, 8:53:04 AM] ██████████ : On that note. I don't want to bring up the elephant in the room but ... will Genviro put put to action any time soon.  Are they being manufactured? Will they be shipping ?
[7/30/21, 8:55:26 AM] ██████████ I think all rates would go up.  Our city is paying $100 to each person who gets the vaccine.
[7/30/21, 11:12:23 AM] ██████████ : https://www.genomeweb.com/molecular-diagnostics/cepheid-gets-28m-barda-sars-cov-2-tests
[7/30/21, 6:08:23 PM] ██████████ : Not the turn out we wanted in court I suppose. Sorry
[7/30/21, 6:41:13 PM] ██████████ : I didn't hear it.  I can't even imagine why your motions were denied.  So sorry
[7/30/21, 6:42:10 PM] Keith Z Berman Cell: I have to change lawyers
[7/30/21, 6:42:40 PM] Keith Z Berman Cell: Doj lawyer toyed with pat and the judge bought it all

[7/30/21, 6:43:21 PM] ██████ ████ CRAZY!!!! Did you speak?
[7/30/21, 6:43:48 PM] ██████ ████ : Lame
[7/30/21, 6:44:41 PM] Keith Z Berman Cell: 6 times
[7/30/21, 6:44:58 PM] Keith Z Berman Cell: I said the word emails
[7/30/21, 6:45:49 PM] Keith Z Berman Cell: After telling my lawyer for a month to bring up emails
[7/30/21, 6:46:08 PM] ██████ ████ Ugggg
[7/30/21, 9:32:53 PM] ██████ ████ : Jeez
[7/30/21, 9:39:24 PM] ██████ ████ : I believe that if you had Baez leading into this it may have been a slam dunk
[7/30/21, 9:39:51 PM] ██████████ : I wish he didn't cost an arm and a leg
[7/30/21, 9:42:35 PM] Keith Z Berman Cell: We will see how it works out
[7/31/21, 1:34:19 PM] ██████████ : Are the chips now readily available
[7/31/21, 2:31:07 PM] Keith Z Berman Cell: Not even close
[7/31/21, 5:35:01 PM] ██████████ : So product still dead in the water and may never have a chance because of it
[7/31/21, 5:37:22 PM] Keith Z Berman Cell: I think I will watch a movie
[7/31/21, 5:37:39 PM] Keith Z Berman Cell: Take the weekend off yourself
[7/31/21, 5:44:20 PM] ██████████ : ☹
[8/2/21, 2:35:01 PM] Keith Z Berman Cell: So I just thought I would tell you... We received a large lot of chips from supposedly the same nanufacturer
[8/2/21, 2:35:31 PM] Keith Z Berman Cell: We installed the chips in 200 meters to test
[8/2/21, 2:35:52 PM] Keith Z Berman Cell: And the results were different than exoected
[8/2/21, 2:36:09 PM] Keith Z Berman Cell: I thought this might be the case
[8/2/21, 2:37:40 PM] Keith Z Berman Cell: The koreans are off this week and when they come back we need to determine whether we adjust the meter database or send the chips back
[8/2/21, 2:45:23 PM] ██████ ████ Wow...seems like you can't get a break
[8/2/21, 2:45:49 PM] Keith Z Berman Cell: It's not just us
[8/2/21, 2:48:19 PM] ██████████ : That sucks
[8/2/21, 2:48:44 PM] Keith Z Berman Cell: Anyway the demo kits are working well and big orders are in
[8/2/21, 2:49:52 PM] ██████████ : Well unfortunately the delta is rampant. But it opens up fir the use of Genviro.
[8/2/21, 2:50:58 PM] Keith Z Berman Cell: You know that most of the delta readings are 10 to the 2nd power
[8/2/21, 2:51:08 PM] Keith Z Berman Cell: Not high infection
[8/2/21, 2:51:22 PM] Keith Z Berman Cell: But contagious as hell
[8/2/21, 3:15:00 PM] ██████████ : Wow
[8/2/21, 3:15:22 PM] ██████████ : Crazy times we are living in
[8/4/21, 5:46:09 PM] Keith Z Berman Cell: So abbott had the deal for testing the formula one circuit
[8/4/21, 5:46:48 PM] Keith Z Berman Cell: The next formula one race is august 23 in brussels
[8/4/21, 5:47:00 PM] Keith Z Berman Cell: Abbott pulled out
[8/4/21, 5:47:20 PM] Keith Z Berman Cell: We were awarded the contract this morning
[8/4/21, 5:47:29 PM] Keith Z Berman Cell: 100,000 kits
[8/4/21, 5:51:08 PM] ██████████ : That's awesome Keith!

[8/4/21, 5:51:27 PM] Keith Z Berman Cell: No shit
[8/4/21, 5:51:47 PM] ███████████████: Koreans still off? Or are the figuring out the problem with the new chips
[8/4/21, 5:52:00 PM] Keith Z Berman Cell: 100,000 kits, 1,200 meters
[8/4/21, 5:52:11 PM] ███████████████: Holy moly
[8/4/21, 5:52:30 PM] ███████████████: Did they give you a date they want delivery by
[8/4/21, 5:53:00 PM] Keith Z Berman Cell: They are planning on delivering 1,200 meters so I think they will fly someone to Taiwan and test the generic chip
[8/4/21, 5:53:08 PM] Keith Z Berman Cell: August 23
[8/4/21, 5:53:47 PM] ███████████████: That would be a priority to supply them, even though pedima deserves theirs, due to Abbott being original supplier that would give you some much needed positive publicity
[8/4/21, 5:54:41 PM] ███████████████: Is August 23 doable to deliver in your opinion
[8/4/21, 5:54:51 PM] Keith Z Berman Cell: I don't know
[8/4/21, 5:55:07 PM] ███████████████: I guess we will find out
[8/4/21, 5:55:14 PM] Keith Z Berman Cell: Yes
[8/4/21, 5:55:44 PM] Keith Z Berman Cell: Regardless we have the contract and it is for 17 formula one races
[8/4/21, 5:56:02 PM] Keith Z Berman Cell: That is unless they do lock downs
[8/4/21, 5:56:23 PM] ███████████████: Right
[8/4/21, 6:53:38 PM] ███████████████: Is pedima locked in for first shipment above everyone else
[8/4/21, 6:56:00 PM] Keith Z Berman Cell: This is a pedima order
[8/4/21, 6:56:23 PM] ███████████████: Ooooh, even better
[8/4/21, 6:56:52 PM] ███████████████: Hopefully they announce something on their website
[8/4/21, 7:04:21 PM] ███████████████: Or even better Formula one announcement
[8/4/21, 8:57:26 PM] Keith Z Berman Cell: Yes
[8/4/21, 8:57:56 PM] Keith Z Berman Cell: Something like 17 formula one races starting in velgium
[8/4/21, 8:58:12 PM] Keith Z Berman Cell: Belgium
[8/4/21, 8:58:32 PM] Keith Z Berman Cell: Belgium race began in 1912, almost as old as indy 500
[8/4/21, 10:14:15 PM] ███████████████: Almost as of as you
[8/4/21, 10:31:17 PM] Keith Z Berman Cell: Correct
[8/4/21, 10:45:03 PM] ███████████████: Old* lol but you knew what I was saying
[8/4/21, 10:45:37 PM] Keith Z Berman Cell: Yes
[8/4/21, 10:45:38 PM] Keith Z Berman Cell: How true
[8/4/21, 11:18:00 PM] ███████████████: It's not Duck season? Is it?
[8/4/21, 11:36:57 PM] ███████████████: I'm worried about Ducky.... she's very quiet
[8/5/21, 8:14:04 AM] ███████ █: image omitted
[8/5/21, 8:15:34 AM] Keith Z Berman Cell: Hmmmm
[8/5/21, 8:15:45 AM] Keith Z Berman Cell: Your other sister?
[8/5/21, 8:16:06 AM] ███████ █  Yes. Her name is Susan.
[8/5/21, 8:16:51 AM] Keith Z Berman Cell: Older or younger?
[8/5/21, 8:18:00 AM] ███████ █: 14 mos older
[8/5/21, 8:18:25 AM] Keith Z Berman Cell: Ahhhh
[8/5/21, 8:19:06 AM] Keith Z Berman Cell: That must have been nice growing up,

three girls of almost the same age
[8/5/21, 8:24:29 AM] ███████ Yep and 2 brothers.  Her twin is a boy.  2 years older is the oldest brother
[8/5/21, 8:42:23 AM] ██████████: That's great Shelly
[8/5/21, 8:45:10 AM] ███████ ☺
[8/5/21, 8:45:59 AM] Keith Z Berman Cell: Two sets of twins in the same family?
[8/5/21, 8:46:02 AM] Keith Z Berman Cell: Wow
[8/5/21, 8:51:30 AM] ███████ Yep!
[8/5/21, 8:52:02 AM] Keith Z Berman Cell: That is sooooo cool
[8/5/21, 8:53:45 AM] ███████ I love that we are all close in age, and super close
[8/5/21, 3:06:17 PM] █████████████ image omitted
[8/5/21, 3:06:38 PM] ██████████: Email from higher ups. Here we go again
[8/5/21, 3:09:04 PM] █████████ I got a somewhat similar email today in real estate.  We all have to wear masks.  Anyone vaccinated must show proof to attend any in person meetings.  Unvaccinated are not allowed to meet one on one or in a group setting
[8/5/21, 3:13:16 PM] Keith Z Berman Cell: Sad although fauci said something even worse is coming
[8/5/21, 3:14:52 PM] ████████: There is a new variant...the delta plus.  It is supposedly even more contagious
https://www.reuters.com/world/asia-pacific/skorea-detects-its-first-two-cases-delta-plus-covid-19-variant-2021-08-03/
[8/5/21, 6:58:39 PM] Keith Z Berman Cell: Trial now January 4
[8/5/21, 6:59:46 PM] █████████████: Dragging this thing out
[8/5/21, 7:04:00 PM] Keith Z Berman Cell: Every time the date is moved out there is more time for someone to make a big mistake
[8/5/21, 7:04:48 PM] Keith Z Berman Cell: Right now the judge thinks that doj has way overplayed their hands
[8/5/21, 7:05:50 PM] Keith Z Berman Cell: Next up tomorrow is our response to the doj motion
[8/5/21, 7:05:58 PM] Keith Z Berman Cell: It won't be pretty
[8/5/21, 7:06:32 PM] Keith Z Berman Cell: 6th amendment, lack of fair trial, due process
[8/5/21, 7:06:46 PM] Keith Z Berman Cell: It will be hard to ignore
[8/5/21, 7:07:29 PM] ██████████████: Hopefully it goes better than last time
[8/5/21, 7:09:39 PM] Keith Z Berman Cell: Ron was the problem last time
[8/5/21, 7:09:51 PM] Keith Z Berman Cell: He is a real tactical guy
[8/5/21, 7:32:02 PM] █████████████: I feel you will just end up paying fines
[8/5/21, 7:33:36 PM] Keith Z Berman Cell: Pethaps
[8/5/21, 7:34:37 PM] Keith Z Berman Cell: But I won't pay an effing dime to the sec.  They lied to be, lied about me, and bought the entire ihub line
[8/5/21, 8:13:21 PM] █████████: I don't blame you
[8/6/21, 8:59:45 AM] ██████ █: 🙏🙏
[8/6/21, 1:33:11 PM] Keith Z Berman Cell: What is going written on facebook is soooo inaccurate
[8/6/21, 1:39:43 PM] ████████████: I don't have Facebook. What's being said
[8/6/21, 2:24:54 PM] Keith Z Berman Cell: That all of this delayed trial stuff is bad
[8/6/21, 2:25:24 PM] Keith Z Berman Cell: It goes on and on

[8/6/21, 2:25:37 PM] Keith Z Berman Cell: And it couldn't be more wrong
[8/6/21, 2:30:28 PM] ███████████████████: Ignore them
[8/9/21, 9:46:43 AM] ███████████████████: Happy Monday guys. Have a great week!
[8/9/21, 9:47:34 AM] ██████: Ditto!
[8/9/21, 9:48:39 AM] ███████████████████: How's the Realestate market now Shelly
[8/9/21, 9:49:19 AM] ████████: Still great!  Very busy!
[8/9/21, 9:49:28 AM] ███████████: I feel like I see a lot of drop in prices because it's getting harder to sell at the inflated initial listings
[8/9/21, 9:50:27 AM] ████████: We just bought a lot on a big lake out here and planning to build but want to wait till the material cost come down a bit
[8/9/21, 9:50:54 AM] ███████████████: Any insights on that from you guys
[8/9/21, 10:03:49 AM] ███████████ I think the drop is due to economic uncertainty but not sure.
As far as material costs, I think it is going to remain high until there is a downward trend in the R.E. market.  The Carolinas are still on an upward trend.
[8/9/21, 10:09:16 AM] █████████████████: Thanks for your thoughts
[8/9/21, 10:09:40 AM] █████████████████: I'll probably sit on it for at least 6-12 months
[8/9/21, 10:11:40 AM] ████████████████: Lowest builder so far was 142 sqft
[8/9/21, 10:13:45 AM] ██████ I think waiting is smart!!!
[8/9/21, 10:14:01 AM] ███████████: 👍
[8/9/21, 1:44:32 PM] ████████████: Keith is quiet... must be a bad day
[8/9/21, 1:45:32 PM] ████████ He hasn't been very talkative for a while. Hopefully not a bad week!
[8/9/21, 5:04:47 PM] ███████████: Something bad must have went down
[8/9/21, 5:10:03 PM] █████████: Keith- everything ok?
[8/9/21, 5:15:50 PM] Keith Z Berman Cell: Yep, all ok
[8/9/21, 5:16:42 PM] ██████ Good!  Did u see that decn closed at .015 again? There was a lot of volume
[8/9/21, 5:21:34 PM] Keith Z Berman Cell: Was it all from the elite group?
[8/9/21, 5:37:26 PM] ███████: Don't know
[8/9/21, 6:31:22 PM] ██████████: Good to hear, keep pushing. I know you'll get Genviro out on the market
[8/9/21, 9:23:12 PM] Keith Z Berman Cell: That's all that matters. Right?
[8/9/21, 9:31:30 PM] ██████████: No not at all but it's important to validate everything you have been saying do 17 months, and people like █████ and I have financial but also emotional involvement and investment, but no not all that matters . Because our lives go on with out it. Would just be nice to see a finished product in action
[8/9/21, 9:32:06 PM] Keith Z Berman Cell: Ahhhhh ok
[8/9/21, 9:32:47 PM] Keith Z Berman Cell: Forgive me for trying to save my ass from lying pieces of shit that work for the government
[8/9/21, 9:34:27 PM] ██████: Well you have to do what you have to do to try and ensure that. And I hope that works out for you, product or not
[8/9/21, 9:36:25 PM] Keith Z Berman Cell: Good luck to you Mike ... As it stands decn will need a ceo in about 130 days
[8/9/21, 9:36:36 PM] Keith Z Berman Cell: You appearvto have a different set of priorities and the Yahoo posters will support you as ceo
[8/9/21, 9:36:40 PM] Keith Z Berman Cell: In the meantime I do not plan to put another fine into the company

[8/9/21, 9:36:50 PM] Keith Z Berman Cell: It will fail friday
[8/9/21, 9:37:01 PM] Keith Z Berman Cell: So again good luck to you
[8/9/21, 9:37:12 PM] ███████████: Don't take an aggressive tone as if I have been only concerned with a monetary gain from this. I wrote this off as a loss a long time ago and always hoped that it worked out for multiple reasons, now you want to lash out at me when you don't feel your hearing what yiu want to hear. You have done that before. We have backed you with few questions asked
[8/9/21, 9:38:04 PM] Keith Z Berman Cell: Too late mike and I don't lash out at you, I react to things you write
[8/9/21, 9:38:31 PM] Keith Z Berman Cell: So come on in and take over the company
[8/9/21, 9:39:40 PM] ███████████: ✊
[8/9/21, 9:40:03 PM] Keith Z Berman Cell: I have been funding the company for 9 months from my inheritance
[8/9/21, 9:40:05 PM] Keith Z Berman Cell: I haven't received one thank you
[8/9/21, 9:40:07 PM] Keith Z Berman Cell: So I will take my money and defend myself
[8/9/21, 9:41:19 PM] ███████████: You do what's best for Keith.
[8/9/21, 9:42:06 PM] Keith Z Berman Cell: That is a change in policy, but yes
[8/9/21, 9:43:17 PM] ███████████: Who were you looking for thank yous from? No one even knows for sure what is going on behind the scenes. I don't understand that comment.
[8/9/21, 9:43:42 PM] ███████████: Investors? ██████and I?
[8/9/21, 9:44:25 PM] ███████████: I really don't understand what is going on. ██████ and I have always supported you and the product. ██████ always wanted the product out because of how it would help people.
[8/9/21, 9:44:32 PM] Keith Z Berman Cell: It doesn't matter any more
[8/9/21, 9:45:15 PM] ███████████: Ok fine . But why attack me?
[8/9/21, 9:46:02 PM] Keith Z Berman Cell: I am not attacking anyone
[8/9/21, 9:46:35 PM] Keith Z Berman Cell: Trigs did you receive a call from my mexico distributor
[8/9/21, 9:46:43 PM] ███████████: No
[8/9/21, 9:46:47 PM] Keith Z Berman Cell: Or an email
[8/9/21, 9:46:51 PM] ███████████: No
[8/9/21, 9:46:56 PM] ███████████: Why would I
[8/9/21, 9:47:18 PM] Keith Z Berman Cell: No reason
[8/9/21, 9:47:50 PM] ███████████: Very odd questions
[8/9/21, 9:48:13 PM] Keith Z Berman Cell: But there will be changes at decn
[8/9/21, 9:48:16 PM] ███████████: Why would he call me , or contact me in any way
[8/9/21, 9:48:34 PM] Keith Z Berman Cell: I have used almost all of my inheritance
[8/9/21, 9:49:03 PM] Keith Z Berman Cell: I have one more check coming in 2 or 3 weeks
[8/9/21, 9:50:00 PM] Keith Z Berman Cell: I am not going to fund the company with the inheritance. I will use it to defend myself now that it appears I can win
[8/9/21, 9:51:09 PM] ███████████: Well if you're feel that you can win, which is a good thing, why all this negativity
[8/9/21, 9:51:11 PM] ██████ █: So that is good...no?  Are you thinking the company will now go under?
[8/9/21, 9:51:21 PM] Keith Z Berman Cell: So unfortunately the company has no money and no way to rsisebit
[8/9/21, 9:51:21 PM] Keith Z Berman Cell: Raise it

[8/9/21, 9:51:50 PM] ▮▮▮▮▮▮▮▮▮▮: I say freedom trumps the company
[8/9/21, 9:51:55 PM] ▮▮▮▮▮▮▮▮▮▮: Sell it
[8/9/21, 9:52:15 PM] ▮▮▮▮▮▮▮▮ Seems to me that the doj was determined to exhaust your funds
[8/9/21, 9:52:37 PM] Keith Z Berman Cell: Actually pedima offered an earn out today
[8/9/21, 9:53:21 PM] ▮▮▮▮▮▮▮▮: Earn out?
[8/9/21, 9:53:33 PM] ▮▮▮▮▮▮ That is great!!!
[8/9/21, 9:53:34 PM] Keith Z Berman Cell: Come in and run the company and then you make these decisions
[8/9/21, 9:54:11 PM] Keith Z Berman Cell: ▮▮▮▮ an earn out is your worst nightmare
[8/9/21, 9:54:30 PM] ▮▮▮▮▮ Oh I thought it meant that they buy it but you get some of the future earnings
[8/9/21, 9:55:38 PM] ▮▮▮▮▮▮▮▮: Do I give the idea I would like to run the company
[8/9/21, 9:55:53 PM] Keith Z Berman Cell: No it means they give you a little cash, take control of the company, and then pay from any profits from their management
[8/9/21, 9:55:53 PM] ▮▮▮▮▮▮ Selling it could be a lucrative deal for you, maybe not w Pedima
[8/9/21, 9:56:15 PM] ▮▮▮▮▮: Oh
[8/9/21, 9:56:37 PM] Keith Z Berman Cell: Shareholders of decn will never see another dollar
[8/9/21, 9:57:09 PM] Keith Z Berman Cell: I recommend you read the book barbarians at the gate
[8/9/21, 9:57:20 PM] ▮▮▮▮▮▮▮▮: I would think they've been prepared for a loss for a long time
[8/9/21, 9:58:06 PM] Keith Z Berman Cell: Remember what my friend barbara asbell says
[8/9/21, 9:58:24 PM] ▮▮▮▮▮: Just curious as to what changed in the last few days?  Your attorney wrote a great motion today.  I would think you would be happy about it
[8/9/21, 9:59:10 PM] Keith Z Berman Cell: Salesmen should sell, engineers should engineer, stock traders should trade, management should manage
[8/9/21, 9:59:36 PM] Keith Z Berman Cell: And nobody should try to be another
[8/9/21, 10:00:17 PM] Keith Z Berman Cell: I think the response was the best work they have done
[8/9/21, 10:00:29 PM] Keith Z Berman Cell: But at best it is a B-
[8/9/21, 10:00:55 PM] ▮▮▮▮▮: I thought it was really good
[8/9/21, 10:00:58 PM] Keith Z Berman Cell: And to make it an A+ would have taken 20 words
[8/9/21, 10:01:11 PM] ▮▮▮▮▮: ?
[8/9/21, 10:01:22 PM] Keith Z Berman Cell: I begged, I pleaded
[8/9/21, 10:01:41 PM] Keith Z Berman Cell: I even write the words
[8/9/21, 10:02:22 PM] ▮▮▮▮▮▮ What did u want them to write?
[8/9/21, 10:02:29 PM] ▮▮▮▮▮▮▮▮: Well , before the year is over I will wash my hands of any DECN investment , take a loss and move on with my life lesson learned. Sorry you feel that way but I can tell you  I won't speak against, I won't turn against you , I won't become a whistle blower. I wish you the best. Hope it works out for you. I'm done . ▮▮▮▮▮ I suggest to recruit another investor if you want to continue talking to Keith. That's in his best interest. Take care . Best of

luck
[8/9/21, 10:02:39 PM] Keith Z Berman Cell: All in all the government case is
falling apart but we still did not bring up the conspiracy which is so clear now
[8/9/21, 10:03:40 PM] Keith Z Berman Cell: Everyone acts the same way when things
they think are important don't work their way
[8/9/21, 10:04:48 PM] Keith Z Berman Cell: I still think ██████ that if you have such
strong opinions, come in and take over
[8/9/21, 10:05:05 PM] Keith Z Berman Cell: Corporations are democracies
[8/9/21, 10:05:46 PM] ██████ █ Keith, why do you seem angry at ██████?
[8/9/21, 10:06:07 PM] Keith Z Berman Cell: I am not angry
[8/9/21, 10:06:35 PM] Keith Z Berman Cell: But he stopped being an investor and has
become a shareholder
[8/9/21, 10:07:05 PM] ████████████: 1. I don't run company's . 2. I wouldn't
start by running one that is being destroyed by multiple factors
[8/9/21, 10:07:34 PM] ████████████: And how did I become that Keith
[8/9/21, 10:07:41 PM] Keith Z Berman Cell: Why not? It is the perfect opportunity
to be a hero
[8/9/21, 10:08:26 PM] ██████ █: I read what he wrote.  I believe he was just
supporting you.  You're goal was always to bring the product to mkt.
[8/9/21, 10:08:34 PM] Keith Z Berman Cell: Because for over 2 weeks you have been
trying to push me into doing things I do not have the resources to fo
[8/9/21, 10:08:44 PM] ████████████: I have a job. Oh, you know . The one that
exposes myself and family to serious disease. Oh , the one that's going through my
department right now
[8/9/21, 10:09:14 PM] ████████████: The disease that can be helped with the test
I'm invested in
[8/9/21, 10:09:19 PM] Keith Z Berman Cell: And my office and even my house
[8/9/21, 10:10:10 PM] Keith Z Berman Cell: The company is out of money and I am not
going to help any more
[8/9/21, 10:10:36 PM] Keith Z Berman Cell: I have invested my family's inheritance
[8/9/21, 10:10:57 PM] ██████ ██████ is why I am confused.  You have always wanted
this to come to mkt and always said that it could save so many lives!  Nothing has
changed
[8/9/21, 10:11:13 PM] ████████████: That's your choice. You have to take care of
yourself before anyone else
[8/9/21, 10:12:16 PM] ████████████: Name one thing I have tried to push you to
do?
[8/9/21, 10:14:25 PM] Keith Z Berman Cell: Spent it all and am still looking at 10
years
[8/9/21, 10:14:25 PM] Keith Z Berman Cell: At least now I do not have to draw to an
inside straight
[8/9/21, 10:14:26 PM] Keith Z Berman Cell: The government is showing it's hand
[8/9/21, 10:14:27 PM] Keith Z Berman Cell: But if the company goes under then the
bio goes under and the bio testifies against me
[8/9/21, 10:14:53 PM] Keith Z Berman Cell: Wrong
[8/9/21, 10:15:02 PM] Keith Z Berman Cell: Subtle changes
[8/9/21, 10:15:32 PM] Keith Z Berman Cell: You asked earlier why I have been quiet
[8/9/21, 10:15:37 PM] Keith Z Berman Cell: That's why
[8/9/21, 10:16:25 PM] Keith Z Berman Cell: And I will be quiet again
[8/9/21, 10:16:26 PM] Keith Z Berman Cell: Beginning now

[8/9/21, 10:16:32 PM] ████ ██ ██         Understood
[8/9/21, 10:18:21 PM] ████████████: Good luck. I wish you the best I can't imagine what you're going through so I won't lash back any further. I hope your life takes a turn for the best
[8/9/21, 10:18:27 PM] Keith Z Berman Cell: Have a good night
[8/9/21, 10:18:35 PM] ████████████: Have a good life
[8/9/21, 10:18:50 PM] Keith Z Berman Cell: It is like I tell peopke
[8/9/21, 10:19:41 PM] Keith Z Berman Cell: I have a good memory and I am really good strategically even if I am not as good tactically
[8/9/21, 10:20:34 PM] Keith Z Berman Cell: The court papers and the 3vtine mention of the 6th amendment should drive the stock to 5 fents
[8/9/21, 10:21:09 PM] Keith Z Berman Cell: Cents
[8/9/21, 10:21:55 PM] Keith Z Berman Cell: But it wont
[8/9/21, 10:22:05 PM] Keith Z Berman Cell: Read the posts today
[8/9/21, 10:22:07 PM] Keith Z Berman Cell: The lawyers did a good job but
[8/9/21, 10:22:07 PM] Keith Z Berman Cell: And Mike had a hut too
[8/9/21, 10:22:08 PM] Keith Z Berman Cell: But
[8/9/21, 10:22:26 PM] ████████: A hut?
[8/9/21, 10:22:58 PM] Keith Z Berman Cell: A "but"
[8/9/21, 10:23:04 PM] Keith Z Berman Cell: Sell the product above all else
[8/9/21, 10:23:25 PM] Keith Z Berman Cell: I have a funny story to tell
[8/9/21, 10:24:00 PM] Keith Z Berman Cell: About 10 days ago I tried to leave the office at 8.30 on edt
[8/9/21, 10:24:27 PM] Keith Z Berman Cell: It was a Friday and I very much wanted sushi
[8/9/21, 10:24:49 PM] ██████████ Definitely not accurate.  You want the product on the mkt.  He was just supporting you with it.  He wants it out too because he is in healthcare.
[8/9/21, 10:24:58 PM] ██████████ I had sushi fri
[8/9/21, 10:25:02 PM] Keith Z Berman Cell: When I tried to leave I couldn't open the foor
[8/9/21, 10:25:13 PM] Keith Z Berman Cell: Me too
[8/9/21, 10:25:24 PM] Keith Z Berman Cell: But I couldn't leave
[8/9/21, 10:25:41 PM] ████████: Why couldn't u open the door
[8/9/21, 10:25:48 PM] Keith Z Berman Cell: And I didn't want to force the $1000 door open
[8/9/21, 10:26:04 PM] ████████ What did u do
[8/9/21, 10:26:51 PM] Keith Z Berman Cell: So I climbed out the window from the kitchen and walked around to the front to see what was blocking the door
[8/9/21, 10:27:11 PM] ████████ The raccoon?
[8/9/21, 10:27:46 PM] ████████ Actually the raccoon is at your house
[8/9/21, 10:27:49 PM] Keith Z Berman Cell: It turned out to be a proposal lodged in the door
[8/9/21, 10:28:01 PM] ████████: ???
[8/9/21, 10:28:02 PM] Keith Z Berman Cell: Two raccoons
[8/9/21, 10:28:08 PM] ████████ LOL
[8/9/21, 10:29:31 PM] Keith Z Berman Cell: I pulled the bound document out of the door and then saw who it was from and threw it in my desk
[8/9/21, 10:30:03 PM] ████████ Who was it from?
[8/9/21, 10:30:29 PM] Keith Z Berman Cell: As I was leaving a second time to get my

sushi I was net at the door by two guys
[8/9/21, 10:30:57 PM] Keith Z Berman Cell: They showed me pics of me climbing out the window
[8/9/21, 10:31:12 PM] ███████ : Who were they
[8/9/21, 10:31:46 PM] Keith Z Berman Cell: The proposal was from a bottom feeder acquisition firm
[8/9/21, 10:32:20 PM] Keith Z Berman Cell: While they were telling me how full of shit I was, I called 911
[8/9/21, 10:32:51 PM] ███████ : The 2 guys were talking about decn?
[8/9/21, 10:33:03 PM] Keith Z Berman Cell: I still have the proposal but haven't heard from them again
[8/9/21, 10:33:07 PM] Keith Z Berman Cell: Yes
[8/9/21, 10:33:21 PM] ███████ : Did they threaten u
[8/9/21, 10:33:30 PM] Keith Z Berman Cell: Of course
[8/9/21, 10:33:43 PM] ███████ What did the cops do
[8/9/21, 10:34:14 PM] Keith Z Berman Cell: Told them to leave and then walked out with them
[8/9/21, 10:34:24 PM] ███████ : Wow
[8/9/21, 10:34:26 PM] Keith Z Berman Cell: 2 guys from chicago
[8/9/21, 10:34:43 PM] ███████ Do u know who they were
[8/9/21, 10:34:48 PM] Keith Z Berman Cell: Flew out uninvited
[8/9/21, 10:34:52 PM] Keith Z Berman Cell: Yes
[8/9/21, 10:35:15 PM] ███████ : From the msg boards?
[8/9/21, 10:35:19 PM] Keith Z Berman Cell: They work for a company who makes syringes
[8/9/21, 10:35:28 PM] Keith Z Berman Cell: And other sharos
[8/9/21, 10:35:34 PM] ███████ : How do u know?
[8/9/21, 10:35:43 PM] Keith Z Berman Cell: Sharps
[8/9/21, 10:35:56 PM] Keith Z Berman Cell: I read the proposal
[8/9/21, 10:35:58 PM] ███████ : They told u???
[8/9/21, 10:36:08 PM] Keith Z Berman Cell: Yes
[8/9/21, 10:36:17 PM] ███████ : Oh!  I thought the proposal was separate
[8/9/21, 10:36:25 PM] Keith Z Berman Cell: Nope
[8/9/21, 10:36:53 PM] ███████ Was the proposal to buy it?
[8/9/21, 10:37:04 PM] Keith Z Berman Cell: Yes
[8/9/21, 10:37:26 PM] Keith Z Berman Cell: The stock on that day was $.005
[8/9/21, 10:37:34 PM] ███████ Why would they say you're full of shit buy yet want to buy it
[8/9/21, 10:38:16 PM] ███████ : Flying to ca from Chicago is strange too
[8/9/21, 10:38:25 PM] Keith Z Berman Cell: Shelly you work in a field where properties always sell for what they're worth
[8/9/21, 10:38:27 PM] ███████ : Oops Chicago to ca
[8/9/21, 10:39:05 PM] ███████ : What people are willing to pay
[8/9/21, 10:39:07 PM] Keith Z Berman Cell: Unfriendly takeovers do not work that way
[8/9/21, 10:39:16 PM] ███████ : Got it
[8/9/21, 10:39:45 PM] Keith Z Berman Cell: I need to pee like a racehorse.  I will be right back
[8/9/21, 10:39:51 PM] ███████ Ok
[8/9/21, 10:43:42 PM] Keith Z Berman Cell: Ahhhh much better

[8/9/21, 10:43:50 PM] ███████: Lol
[8/9/21, 10:44:35 PM] ███████ Did you plead?
[8/9/21, 10:44:44 PM] Keith Z Berman Cell: Ask your husband what happened to grit westernd
[8/9/21, 10:44:56 PM] ███████: He is sleeping
[8/9/21, 10:45:06 PM] Keith Z Berman Cell: No I am not going to pkead
[8/9/21, 10:45:25 PM] Keith Z Berman Cell: Plead.  I can win this
[8/9/21, 10:46:00 PM] ███████: We had a long week.  My sister and her family were in town and stayed w us.  It was awesome but tiring.
[8/9/21, 10:46:10 PM] Keith Z Berman Cell: It would have been easier if the judge were led by his nose
[8/9/21, 10:46:30 PM] Keith Z Berman Cell: But unfortunately
[8/9/21, 10:46:32 PM] ███████ I'm still surprised that you didn't win the last motion
[8/9/21, 10:47:00 PM] ███████ It was so great...I thought you would win!
[8/9/21, 10:47:38 PM] ███████: Are you stuck with that judge?
[8/9/21, 10:47:54 PM] ███████: I don't like him
[8/9/21, 10:47:55 PM] Keith Z Berman Cell: Unless you bring to the judge attention that there is a conspiracy and violation of the bill of rights, he will always side with the doh
[8/9/21, 10:47:59 PM] Keith Z Berman Cell: Doj
[8/9/21, 10:48:14 PM] Keith Z Berman Cell: He worked for 12vyears at the doj
[8/9/21, 10:48:24 PM] ███████ It seemed like there were a lot of violations
[8/9/21, 10:48:31 PM] Keith Z Berman Cell: Yes
[8/9/21, 10:48:53 PM] ███████ That is why I thought you'd win
[8/9/21, 10:49:05 PM] Keith Z Berman Cell: But the doj with a lot of help from the sec gas made this judge gate me
[8/9/21, 10:49:19 PM] Keith Z Berman Cell: Hate
[8/9/21, 10:49:56 PM] ███████ There isn't a way to request a judge that didn't work with the doj before
[8/9/21, 10:50:15 PM] ███████: Doesn't seem fair
[8/9/21, 10:50:20 PM] Keith Z Berman Cell: We will see where this goes
[8/9/21, 10:50:29 PM] ███████ good luck
[8/9/21, 10:50:38 PM] Keith Z Berman Cell: Thankbyou
[8/9/21, 10:51:19 PM] Keith Z Berman Cell: I am going to make a sandwich and finish up for the night
[8/9/21, 10:51:40 PM] ███████ Ok. I'm going to bed.  Really tired
[8/9/21, 10:51:54 PM] ███████: Have a good night
[8/9/21, 10:52:05 PM] Keith Z Berman Cell: Good night
[8/11/21, 4:00:01 PM] Keith Z Berman Cell: ███████
[8/11/21, 4:00:33 PM] Keith Z Berman Cell: My son told me that there are excessive heat warnings in nyc
[8/11/21, 4:02:54 PM] ███████ Yes!  Right now it's 90 with a real feel temp of 100
[8/11/21, 4:03:35 PM] Keith Z Berman Cell: He said that humidity is like the tropics
[8/11/21, 4:04:29 PM] Keith Z Berman Cell: I told him that's why people in nyc all go to the jersey shore in august
[8/11/21, 4:09:37 PM] ███████ It's horrible BUT not a big deal given I'm in air conditioning.  Fri it will be more of the same.  I will be in the city. :(

[8/11/21, 4:10:46 PM] Keith Z Berman Cell: My son is at Columbia pres doing brain operations
[8/11/21, 4:11:30 PM] Keith Z Berman Cell: He said they had to bring in stand up air conditioners to the operating room
[8/11/21, 4:11:42 PM] ██████████ : Wow!!!
[8/11/21, 7:36:13 PM] Keith Z Berman Cell: Big deal coming imo
[8/11/21, 7:39:57 PM] ██████████ : ?
[8/11/21, 7:45:52 PM] Keith Z Berman Cell: Wait and see
[8/11/21, 7:59:14 PM] ██████████ : Is that good or bad?
[8/11/21, 8:13:42 PM] Keith Z Berman Cell: Good
[8/11/21, 8:13:45 PM] Keith Z Berman Cell: I think
[8/11/21, 8:14:34 PM] Keith Z Berman Cell: It will shock some people
[8/11/21, 8:15:17 PM] ██████████ : ☺hmmm...but you're not sure if it's good?  OR you don't want to say if it's good
[8/11/21, 8:18:44 PM] Keith Z Berman Cell: No it's good
[8/11/21, 8:18:55 PM] ██████████ Good!
[8/11/21, 8:26:18 PM] ██████████ : So when will we see this shocking news
[8/11/21, 8:41:32 PM] Keith Z Berman Cell: Perhaps tomorrow but certainly friday
[8/13/21, 5:42:21 PM] Keith Z Berman Cell: It was filed
[8/13/21, 6:08:30 PM] ██████████ : ???
[8/13/21, 6:23:35 PM] Keith Z Berman Cell: Our mother of all motions with the court
[8/13/21, 6:24:14 PM] ██████████ : I will take a look when I get home
[8/13/21, 6:25:09 PM] Keith Z Berman Cell: Ok
[8/17/21, 5:33:33 PM] ██████████ Crazy that it will be a year since we entered Genviro in xprize and still don't have it in production
[8/17/21, 5:34:31 PM] ██████████ : It really is.  Any additional info from Shep?
[8/17/21, 5:35:08 PM] Keith Z Berman Cell: What makes you believe it isn't in production?
[8/17/21, 5:35:23 PM] Keith Z Berman Cell: You know what, never mind.
[8/17/21, 5:35:52 PM] Keith Z Berman Cell: I know you called shep and I received the same nonsense from him
[8/17/21, 5:36:07 PM] ██████████ I hope it is!  How would we know.  You said we were waiting on chips
[8/17/21, 5:36:08 PM] Keith Z Berman Cell: I told him what I tell you
[8/17/21, 5:36:10 PM] ██████████ : I do talk to him
[8/17/21, 5:36:24 PM] ██████████ : But not just about Genviro
[8/17/21, 5:36:43 PM] Keith Z Berman Cell: Good and perhaps one or both of you can do a better job
[8/17/21, 5:37:02 PM] ██████████ ???
[8/17/21, 5:37:20 PM] Keith Z Berman Cell: We discussed this last week
[8/17/21, 5:37:59 PM] Keith Z Berman Cell: If you do not like what I am doing then perhaps you can do a better job
[8/17/21, 5:38:06 PM] ██████████ : The point I was making before you instantly go on the defense is .. there's been countless obstacles
[8/17/21, 5:39:14 PM] Keith Z Berman Cell: After you spoke to shep last week mike, he started a campaign to find people to replace me because I am not doing what either of you want
[8/17/21, 5:39:32 PM] ██████████ : And what I meant is that it's not being put to use yet
[8/17/21, 5:39:53 PM] Keith Z Berman Cell: Cone on in and change things

[8/17/21, 5:40:01 PM] Keith Z Berman Cell: Raise the money
[8/17/21, 5:40:16 PM] Keith Z Berman Cell: Change pedima terns
[8/17/21, 5:41:04 PM] Keith Z Berman Cell: Pay me back the 900kbi have put into the
company all but 130k since december 2019
[8/17/21, 5:41:18 PM] Keith Z Berman Cell: And work it yourself
[8/17/21, 5:41:31 PM] Keith Z Berman Cell: You would be a hero
[8/17/21, 6:03:41 PM] ███████ █ This is all news to me.  I thought you and shep
are supposed to figure out next steps on fri
[8/17/21, 6:04:15 PM] ████████████████: I think you have done a great job. I
certainly can't run it
[8/17/21, 6:05:28 PM] ████████ █ Keith-Did Shep actually say he was looking to
replace you?
[8/17/21, 6:06:08 PM] ████████ █ : 👍
[8/17/21, 6:36:24 PM] Keith Z Berman Cell: Yes he did
[8/17/21, 6:36:59 PM] Keith Z Berman Cell: Then he backed off and said he was
looking for influential people to help me
[8/17/21, 6:37:10 PM] Keith Z Berman Cell: I didn't believe him
[8/17/21, 6:37:33 PM] Keith Z Berman Cell: So I asked him who authorized him to do
this
[8/17/21, 6:38:07 PM] Keith Z Berman Cell: He said he talked with ████ and ████ had
ideas
[8/17/21, 6:38:21 PM] Keith Z Berman Cell: So shep called the lawyer
[8/17/21, 6:39:24 PM] Keith Z Berman Cell: You know, everyone who comes into
contact with this company thinks their answer, whatever it is becomes the right
answer
[8/17/21, 6:40:32 PM] Keith Z Berman Cell: There was a guy yesterday on the elite
Facebook board who said bullshit u need to get my priorities correct, I have to
learn what is important
[8/17/21, 6:41:02 PM] Keith Z Berman Cell: And today your ████████ posted really bad
stuff on ihub
[8/17/21, 6:49:38 PM] ████████████████ : I only look for ideas because he Kerr's
saying you're closing the doors
[8/17/21, 6:50:46 PM] ████████████████ : And I respond" why would he do that without
trying to sell"
[8/17/21, 6:50:58 PM] Keith Z Berman Cell: When the money is gone I have no choice
[8/17/21, 6:51:55 PM] Keith Z Berman Cell: I will not sell. The entire company is
worth 3.5 million.
[8/17/21, 6:52:57 PM] Keith Z Berman Cell: We owe more than 3.5 million
[8/17/21, 6:53:19 PM] Keith Z Berman Cell: It is almost 7pm in nyc
[8/17/21, 6:53:37 PM] Keith Z Berman Cell: I could sell the company by 7.15
[8/17/21, 7:01:59 PM] ████████ █ Are you trying to say you could sell it easily but
you don't want to?
[8/17/21, 7:02:52 PM] Keith Z Berman Cell: ██████ told me he had written off his
investment. He said everyone had
[8/17/21, 7:03:05 PM] Keith Z Berman Cell: Well I have not
[8/17/21, 7:03:31 PM] Keith Z Berman Cell: But like I say, public companies are
democracies
[8/17/21, 7:03:46 PM] ████████ █ : I have never sold
[8/17/21, 7:04:12 PM] Keith Z Berman Cell: If someone knows better they should come
in and run the place

[8/17/21, 7:05:27 PM] ███████ ██ Most people are not sure what will happen so rather than get optimistic they write it off in their heads BUT hope the company is successful!

[8/17/21, 7:05:57 PM] Keith Z Berman Cell: Me too

[8/17/21, 7:07:10 PM] Keith Z Berman Cell: But most investors don't organize palace coups with a company service provider who has never taken enough time to learn about the product or market

[8/17/21, 7:07:23 PM] ███████ ██████ is always in your corner.  Even though he is not depending on success, he hopes for success.  For him it's about the lives that can be saved, and if he makes money that would be great

[8/17/21, 7:12:02 PM] ███████ ██ What is meant by a palace coup w a company provider

[8/17/21, 7:14:34 PM] Keith Z Berman Cell: Shep was prepared to bring someone in

[8/17/21, 7:15:05 PM] Keith Z Berman Cell: I think it is kind of funny because he wouldn't know where to look

[8/17/21, 7:15:19 PM] Keith Z Berman Cell: Nonetheless

[8/17/21, 7:17:44 PM] ██████████████: Still optimistic. Never sold and always said I wouldn't

[8/17/21, 7:18:45 PM] Keith Z Berman Cell: The message boards are very bad

[8/17/21, 7:21:34 PM] Keith Z Berman Cell: This usually happens when the miscreants think the doj or sec are not acting enough like nazis

[8/17/21, 7:26:13 PM] ██████ ██: Same here

[8/17/21, 7:26:56 PM] ██████████: They are filthy animals and I don't know why you bother yourself with them

[8/17/21, 7:27:45 PM] Keith Z Berman Cell: Go read the last few posts on ihub

[8/19/21, 4:28:22 PM] Keith Z Berman Cell: What time should I post the quarterly report

[8/19/21, 4:34:29 PM] ██████████████: Make them wait

[8/19/21, 4:35:22 PM] Keith Z Berman Cell: Ok I will do it before I sleep tonight

[8/19/21, 4:35:42 PM] ██████████: 👍

[8/19/21, 8:34:59 PM] Keith Z Berman Cell: I have it all queued up to go. If I push a button it can be posted in 10 minutes

[8/19/21, 8:42:55 PM] Keith Z Berman Cell: You will sleep sweetheart

[8/19/21, 8:44:19 PM] ██████ ██ With all due respect, I can't imagine that the financials are good.  I hope they are but how can they be?

[8/19/21, 8:45:16 PM] ██████████B: I don't mean that in a mean way.  I am referring to the many obstacles AND the DOJ

[8/19/21, 8:45:45 PM] Keith Z Berman Cell: I think they are good

[8/19/21, 8:46:12 PM] ██████ ██ That's surprising but good to hear

[8/19/21, 8:51:33 PM] Keith Z Berman Cell: I said I think they are good

[8/19/21, 8:52:02 PM] ██████ ██ I'm happy to hear that

[8/19/21, 8:52:16 PM] Keith Z Berman Cell: Stock traders and badgers may not

[8/19/21, 8:53:06 PM] ██████ ██ It is what it is.  I wouldn't concern myself with that

[8/19/21, 9:00:19 PM] Keith Z Berman Cell: All posted

[8/19/21, 9:15:23 PM] ██████████████ That's great if it's good. The better it is the more you stick it to them. I'm all for that

[8/19/21, 9:15:44 PM] ██████ ██ I'm looking at them now

[8/19/21, 9:16:11 PM] Keith Z Berman Cell: The chip shortage is easing

[8/19/21, 9:17:11 PM] Keith Z Berman Cell: We will take on formula one and the

first race is October 1, race after that is October 24
[8/19/21, 9:33:45 PM]          WELL DONE!!!!!!
[8/19/21, 9:33:58 PM]          Looks very good!
[8/19/21, 9:34:48 PM]          Looks awesome Keith
[8/19/21, 9:35:35 PM] Keith Z Berman Cell: Any nasty comments on the Facebook board
[8/19/21, 9:36:01 PM]          Nope!  Just looked.  Overall, they are happy
[8/19/21, 9:36:15 PM]          They should be
[8/19/21, 9:36:21 PM]          ☺
[8/19/21, 9:36:59 PM] Keith Z Berman Cell: It looked like we lost some of them
before the report
[8/19/21, 9:37:22 PM]          Not sure.  Barely on fb
[8/19/21, 9:38:10 PM] Keith Z Berman Cell: They are typical. . Understand stocks
but not how companies operate
[8/19/21, 9:38:33 PM] Keith Z Berman Cell: But I have distributors who are the same
way
[8/19/21, 9:39:51 PM]          I think they only care about general positive
movement.  The report fills that need
[8/19/21, 9:40:39 PM] Keith Z Berman Cell: Operating loss way down
[8/19/21, 9:41:19 PM]          great!!!
[8/19/21, 9:41:20 PM] Keith Z Berman Cell: That is because we do not have genviro
development cost
[8/19/21, 9:41:39 PM]          Overall it looked really good.
[8/19/21, 9:43:18 PM] Keith Z Berman Cell: The report was completed last week. The
financials were completed only about 4 hours ago
[8/19/21, 9:43:30 PM] Keith Z Berman Cell: That is so frustrating
[8/19/21, 9:44:24 PM]          At least it's done.  Even better is that they look
pretty good
[8/19/21, 9:45:46 PM] Keith Z Berman Cell: Now we use this report to try to get
back on otc pink
[8/19/21, 9:47:53 PM] Keith Z Berman Cell: My gut tells me that the usual suspects
will contact sec and doj and try to conjure up crimes from the report
[8/19/21, 9:48:43 PM]          They always do.  It's almost predictable
[8/19/21, 9:50:05 PM] Keith Z Berman Cell: But no matter how many times they prove
to be frauds and liars, they are still believed
[8/19/21, 9:50:40 PM]          Believed or used by the Doj???
[8/19/21, 9:51:55 PM] Keith Z Berman Cell: Good point
[8/19/21, 9:52:05 PM] Keith Z Berman Cell: Means to an end
[8/19/21, 9:52:05 PM]          Yep
[8/20/21, 9:48:18 AM] Keith Z Berman Cell: You know I spend a lot of time
discussing the company's working capital needs. A part of the report is all about
that. That part has grown from 1.5 to 8 paragraphs. It isn't even needed but I put
it in the report to explain.  That part is crystal clear. And what happens? A stock
trader takes the crystal clear explanation and cones up with exactly what the
report says we will NOT do and he posts it.

That is bad enough. But after he posts 5 others chime in including angel
[8/20/21, 5:46:07 PM] Keith Z Berman Cell: So abbott killed it's #1 selling rapid
antigen test and fired 2000 people and destroyed it's inventory.  This is why we
were contacted by formula one
[8/20/21, 5:46:24 PM] Keith Z Berman Cell: The shakeout has begun

[8/20/21, 5:56:19 PM] ████████████ Why have they done that
[8/20/21, 5:58:26 PM] Keith Z Berman Cell: Because it had major performance problems, perhaps upcoming fda and bfarm action and it took 15 minutes and cost too much
[8/20/21, 5:59:13 PM] ████████████ And it got the green light extremely fast because it's Abbott
[8/20/21, 6:09:14 PM] ████████ Sad but true!
[8/20/21, 6:45:32 PM] Keith Z Berman Cell: Abbott owned 78% of the fast antigen market and that one product became a $250 million product in 7 months and now it's gone and not a single person on the elite board picked up on this shattering news
[8/20/21, 6:46:07 PM] Keith Z Berman Cell: This was the product that pulled out of formula one
[8/20/21, 6:46:15 PM] Keith Z Berman Cell: And the nfl
[8/20/21, 6:46:35 PM] ████████ Abbott wasn't mentioned that I saw
[8/20/21, 6:46:59 PM] Keith Z Berman Cell: Not one person said this was monumental for us
[8/20/21, 6:47:13 PM] Keith Z Berman Cell: Yes it is the abbott product
[8/20/21, 6:47:56 PM] Keith Z Berman Cell: In fact because it wasn't immediately translated into share price or volume it was ignored
[8/20/21, 6:48:45 PM] ████████ Was Abbott mentioned in the report?
[8/20/21, 6:49:35 PM] Keith Z Berman Cell: Yes they are the entire article
[8/20/21, 6:49:41 PM] ████████ When Genviro is being used at formula one in October it won't be ignored. But until then these bashers control that narrative
[8/20/21, 6:50:17 PM] ████████ ABSOLUTELY
[8/20/21, 6:50:31 PM] Keith Z Berman Cell: We did not have badgers on the Facebook board until recently
[8/20/21, 6:50:59 PM] Keith Z Berman Cell: Now we have 3 or 4 and they feed off of each other
[8/20/21, 6:51:01 PM] ████████ They always eventually make their way in
[8/20/21, 6:51:40 PM] Keith Z Berman Cell: Peter Feliciano is a dick as well as being dead wrong
[8/20/21, 6:52:14 PM] Keith Z Berman Cell: Stock traders believe the quarterly reports are long news releases
[8/20/21, 6:53:27 PM] ████████ When this hits the market and everyone knows it, all that nonsense disappears over night instantly. Instantly.
[8/20/21, 6:54:09 PM] Keith Z Berman Cell: Did you read that article
[8/20/21, 6:54:27 PM] ████████ I didn't. Can't you send it
[8/20/21, 6:54:33 PM] Keith Z Berman Cell: I think abbott just got ahead of a major fda action
[8/20/21, 6:54:44 PM] Keith Z Berman Cell: I sent the link
[8/20/21, 6:54:53 PM] ████████ Thanks
[8/20/21, 6:56:18 PM] Keith Z Berman Cell: It is a ny times article
[8/20/21, 6:56:27 PM] Keith Z Berman Cell: Made the big time
[8/24/21, 11:25:46 AM] ████████ https://www.genomeweb.com/molecular-diagnostics/qiagen-gets-600k-us-dod-ramp-covid-19-test-kit-reagent-manufacturing
[8/24/21, 11:38:04 AM] Keith Z Berman Cell: I would take that
[8/24/21, 11:38:21 AM] Keith Z Berman Cell: But all I really need is 100k
[8/24/21, 11:38:32 AM] Keith Z Berman Cell: I have the rest covered
[8/24/21, 11:39:38 AM] Keith Z Berman Cell: Wasn't this company an xprize winner

[8/24/21, 11:55:20 AM] ███████████ Hmm not sure. I'd like to know
[8/25/21, 7:22:27 PM] Keith Z Berman Cell: Did you see the legal filing today
[8/25/21, 8:29:15 PM] ███████████ I did not
[8/29/21, 2:02:30 PM] Keith Z Berman Cell: What is Ian's last name
[8/29/21, 2:03:40 PM] ██████ Kennedy
[8/29/21, 2:05:26 PM] Keith Z Berman Cell: Thank you. He has really lost it posting actionable things on ihub as it watcher and "S" on yahoo
[8/29/21, 2:05:42 PM] Keith Z Berman Cell: Bad guy or just crazy
[8/29/21, 2:05:53 PM] ███████████ Maybe both
[8/29/21, 2:19:15 PM] ███████████ Both
[8/29/21, 2:35:15 PM] Keith Z Berman Cell: He is taking chances by calling the German government and writing them using his real name
[8/30/21, 4:46:50 PM] ███████████: , covid is everywhere. All the neighbors are getting and getting sick
[8/30/21, 4:47:05 PM] ███████████: My father-in-law is in the emergency room in Ohio . Can't breath. Can hardly talk
[8/30/21, 4:47:23 PM] ███████████: All were vaccinated
[8/30/21, 4:47:40 PM] ████████: WOW!!!! 🙏🙏🙏🙏
[8/30/21, 4:48:00 PM] ████████: Is he on a ventilator???
[8/30/21, 4:48:53 PM] ███████████ There are a large number of vaccinated in the hospital but most survive from what I read
[8/30/21, 4:57:04 PM] ███████████ He is sitting in the emergency, admitted but no bed so sitting on the er in a wheelchair with no oxygen
[8/30/21, 4:58:05 PM] ████████ Praying that he will be ok!
[8/30/21, 4:59:07 PM] ███████████ All the neighborhood kids are getting sick
[8/30/21, 4:59:21 PM] ████████ So sad!!!
[8/30/21, 4:59:53 PM] ███████████ I wish Genviro could get out there . It's the best test made and I believe would make a huge difference
[8/30/21, 5:00:17 PM] ████████ It will! Have faith
[8/30/21, 5:02:19 PM] Keith Z Berman Cell: This is so saf
[8/30/21, 5:03:09 PM] ███████████ Saf?
[8/30/21, 5:03:15 PM] ███████████ Oh , sad
[8/30/21, 5:03:18 PM] ████████ Yes
[8/30/21, 5:03:45 PM] ███████████ My father-in-law called from the er. He sounded so bad
[8/30/21, 5:04:02 PM] Keith Z Berman Cell: I didn't want to tell anyone but I have it myself
[8/30/21, 5:04:37 PM] ███████ So sad.  The odds of full recovery are in his favor.
[8/30/21, 6:50:46 PM] ███████████ Jeez
[8/30/21, 7:30:51 PM] ████████ Wow!  Are you ok?
[8/30/21, 7:31:28 PM] Keith Z Berman Cell: Bad couch, shortness of breath, 2 weeks
[8/30/21, 7:31:34 PM] Keith Z Berman Cell: Otherwise ok
[8/30/21, 7:31:41 PM] Keith Z Berman Cell: Cough
[8/30/21, 7:33:21 PM] ███████ Gosh! Hope you feel better.  Vitamin d3 and vitamin C are recommended, along with sips of warm water.
[8/30/21, 7:33:46 PM] Keith Z Berman Cell: Thank you
[8/30/21, 7:34:04 PM] ███████████ Feel better!
[8/30/21, 8:14:51 PM] ███████████ Feel better Keith. It's been 2 weeks so you should be through the woods

[8/30/21, 9:04:45 PM] Keith Z Berman Cell: Thank you, I thought I was and then the cough returned
[8/30/21, 9:05:56 PM] ███████████████ Very unpredictable virus
[8/30/21, 9:08:26 PM] Keith Z Berman Cell: Yep
[8/31/21, 8:54:21 AM] ████████ Happy Birthday Keith!
[8/31/21, 9:49:29 AM] ████████ Happy Birthday
[8/31/21, 10:06:24 AM] Keith Z Berman Cell: Thank you and thank you
[8/31/21, 10:10:38 AM] ███ ██ 😊
[8/31/21, 10:14:53 AM] Keith Z Berman Cell: 🐘
[8/31/21, 10:37:09 AM] ████████ Keith did you test yourself with the Genviro that detects delta?
[8/31/21, 10:37:56 AM] ███████████████ I know you said the updated meter would be able to detect that variant
[8/31/21, 10:38:44 AM] Keith Z Berman Cell: Yes three times and all solidly positive
[8/31/21, 10:39:50 AM] ██████████████ Great... not great, but great
[8/31/21, 10:39:58 AM] ██████████████ 👍🏿👌🏿
[8/31/21, 10:40:14 AM] Keith Z Berman Cell: Yes the product works
[8/31/21, 10:41:14 AM] ████████████ I'm getting slammed here today. Between covid patients and epidurals.
[8/31/21, 10:43:01 AM] Keith Z Berman Cell: Ohhhh
[9/2/21, 7:32:14 AM] ███████████████ Is formula 1 the first appearance of Genviro or is there anything before that? Are you selling those directly to formula 1 or is pedima the middle man?
[9/2/21, 9:53:06 AM] █████████ 🦊 🦊
[9/2/21, 2:15:03 PM] Keith Z Berman Cell: The head of formula one racing was killed in a ffm love triangle shooting suicide where the man was the estranged husband and the two women were the estranged wife and and her lover
[9/2/21, 2:18:52 PM] █████████ Wwwwwhat choo talkin bout Willis
[9/2/21, 2:19:21 PM] Keith Z Berman Cell: Take a look at the Facebook board
[9/2/21, 2:21:23 PM] █████████ I am not a member, thank god
[9/2/21, 2:24:02 PM] Keith Z Berman Cell: That is a pretty good board
[9/7/21, 10:55:28 AM] ██████████ Keith how are you feeling
[9/7/21, 10:55:33 AM] ██████████ Any better?
[9/7/21, 10:56:10 AM] Keith Z Berman Cell: I have to tell you, I feel like crap
[9/7/21, 10:56:20 AM] Keith Z Berman Cell: Thanks for asking
[9/7/21, 10:57:46 AM] Keith Z Berman Cell: I am sitting in my office. I have a lounge chair that I bought so that if I flew home late at night I would crash at the office
[9/7/21, 10:57:54 AM] Keith Z Berman Cell: So here I sit
[9/7/21, 10:57:58 AM] ████ █ Hope you feel better
[9/7/21, 10:58:07 AM] Keith Z Berman Cell: T y
[9/7/21, 10:59:22 AM] ██████████ Ah man sorry
[9/7/21, 11:03:43 AM] ██████████ Are you still testing positive
[9/7/21, 11:03:54 AM] Keith Z Berman Cell: Yes
[9/7/21, 11:05:48 AM] ██████████ You got it real good
[9/7/21, 7:15:49 PM] Keith Z Berman Cell: ██████ do you have a little time
[9/7/21, 7:16:07 PM] ████ Yes
[9/7/21, 7:16:21 PM] ████ █ What's up
[9/7/21, 7:17:50 PM] Keith Z Berman Cell: Do you know who that guy chinaisgreat guy

is on facebook
[9/7/21, 7:18:32 PM] ███ ██ No.  I've seen him in fb but don't know anything
about him.  Why?
[9/7/21, 7:19:35 PM] Keith Z Berman Cell: Because he made posts today taking the
government's side and I was wondering if he was a criminal lawyer
[9/7/21, 7:20:03 PM] ███ I wasn't on.  I will have to ck
[9/7/21, 7:20:57 PM] Keith Z Berman Cell: He ends his posts by saying he wants to
read my lawyers court response to the government
[9/7/21, 7:22:09 PM] ███ I haven't been on at all.  I am looking now
[9/7/21, 7:22:18 PM] Keith Z Berman Cell: I was wondering if you could put a quick
post beneath his posts asking him what he thinks of my criminal lawyer laughlin
[9/7/21, 7:23:00 PM] ███ Kind of hard for me to do that.  I don't post
anything on fb other than happy birthday
[9/7/21, 7:23:13 PM] Keith Z Berman Cell: Oh, ok
[9/7/21, 7:24:05 PM] Keith Z Berman Cell: Could you ask █████
[9/7/21, 7:25:02 PM] ███ Another awkward move.  I don't talk to him at all.
Nothing against him but it wouldn't make any sense for me to ask him
[9/7/21, 7:25:14 PM] Keith Z Berman Cell: Ok
[9/7/21, 7:25:48 PM] Keith Z Berman Cell: What about ████
[9/7/21, 7:26:32 PM] Keith Z Berman Cell: I have this sooooo bad. Everything hurts
and now it hurts to cough
[9/7/21, 7:27:02 PM] ███ I don't think you understand that I don't talk to
anyone on elite, not even ███
[9/7/21, 7:27:15 PM] █████████ What vaccine did you get
[9/7/21, 7:27:25 PM] Keith Z Berman Cell: Jnj
[9/7/21, 7:27:51 PM] Keith Z Berman Cell: But Wendy has it too and she took pfizer
[9/7/21, 7:28:36 PM] Keith Z Berman Cell: ████ I didn't know you are divorced
from facebook
[9/7/21, 7:28:59 PM] █████ Yes ever since the DOJ nonsense
[9/7/21, 7:29:12 PM] █████ I rarely go on
[9/7/21, 7:29:37 PM] Keith Z Berman Cell: I read it once a day
[9/7/21, 7:30:17 PM] ███ ██ Definitely more than I do.  Before the DOJ stuff, I
was on pretty regularly.
[9/7/21, 7:30:19 PM] Keith Z Berman Cell: Always amazed how posters always take one
side or another... Rarely in the middle
[9/7/21, 7:30:45 PM] Keith Z Berman Cell: How are your zoom meetings these days
[9/7/21, 7:30:56 PM] ███ ██ I just read China guy's stuff.  Don't know what to
make of it.
[9/7/21, 7:31:56 PM] Keith Z Berman Cell: I received an email today that said the
government position doesn't at all address our motion points
[9/7/21, 7:32:38 PM] █████ Aren't they obligated to?
[9/7/21, 7:39:55 PM] Keith Z Berman Cell: Yes but this makes 2 motions now where
they argued something different
[9/7/21, 7:40:25 PM] ███ ██ ??,
[9/7/21, 7:41:09 PM] Keith Z Berman Cell: The government is obligated to answer our
motions
[9/7/21, 7:41:41 PM] █████ So what happens when they don't?
[9/7/21, 7:41:45 PM] Keith Z Berman Cell: But the last two times they argued
different points than what I raised
[9/7/21, 7:42:22 PM] Keith Z Berman Cell: We have to point out that the government

answered different questions
[9/7/21, 7:42:54 PM] ███████ ██ So strange!
[9/7/21, 7:43:26 PM] Keith Z Berman Cell: I think china is great is bubba on yahoo
[9/7/21, 7:44:05 PM] ███████ ██ I never heard of bubba.  Is he a basher?
[9/7/21, 7:52:02 PM] Keith Z Berman Cell: A almost know it all basher formerly known as pumper dumper
[9/7/21, 7:53:43 PM] ███████ ██ It's really not good to be on yahoo.  It must be really hard to be on there and not be able to post.  Sometimes it's better to be in the "not knowing" group.
[9/7/21, 7:57:34 PM] Keith Z Berman Cell: Yep
[9/9/21, 5:22:25 PM] Keith Z Berman Cell: You guys there
[9/9/21, 5:23:08 PM] ███████ ██ I'm working
[9/9/21, 5:23:42 PM] ███████ ██ What happening
[9/9/21, 5:25:22 PM] Keith Z Berman Cell: When you get free let me know
[9/9/21, 5:27:02 PM] ████████████ I'm free the rest of the evening. ██████ give a shout when you free up
[9/9/21, 5:27:15 PM] ███████ ██ Ok
[9/9/21, 5:27:43 PM] Keith Z Berman Cell: Great
[9/9/21, 5:31:44 PM] ████████████ We coded a 26 year old girl today. Covid. Not vaccinated
[9/9/21, 6:01:38 PM] ███████ ██ :(  did she have underlying conditions?
[9/9/21, 6:03:10 PM] ███████ ██ Just heavy
[9/9/21, 6:03:44 PM] Keith Z Berman Cell: Sorry to hear this
[9/9/21, 6:03:48 PM] ███████ ██ Isn't that considered underlying condition?
[9/9/21, 6:05:00 PM] ███████ ██ I yes
[9/9/21, 6:05:14 PM] ███████ ██ Morbid obesity
[9/9/21, 6:05:21 PM] ███████ ██ 44 bmi
[9/9/21, 6:05:31 PM] ███████ WOW
[9/9/21, 6:05:55 PM] ████████ Keith, you feeling any better?
[9/9/21, 6:14:56 PM] ███████ █ Not sure what is going on with the phone.  I tried calling back.  Neither of you answered
[9/9/21, 6:15:07 PM] ███████ ██ Going to try again
[9/9/21, 6:23:25 PM] Keith Z Berman Cell: ██████ we will pick this up again
[9/9/21, 6:25:46 PM] ███████ ██ I will be free in 15 min if you guys are free
[9/9/21, 6:26:13 PM] Keith Z Berman Cell: I will be
[9/9/21, 6:26:39 PM] ███████ ██ Ok
[9/9/21, 6:51:21 PM] ████████ Family time right at the moment
[9/9/21, 6:51:29 PM] ████████ Ok
[9/10/21, 3:56:29 PM] Keith Z Berman Cell: My favorite cat died in my lap as I was driving him to the emergency hospital
[9/10/21, 3:56:57 PM] ███████ ██ Oh no!  I'm so sorry
[9/10/21, 3:57:09 PM] Keith Z Berman Cell: Me too
[9/10/21, 3:57:49 PM] Keith Z Berman Cell: I was going to take him to the hospital at 2.30 but he didn't make it
[9/10/21, 3:58:04 PM] Keith Z Berman Cell: He was such a mess at death
[9/10/21, 3:58:48 PM] Keith Z Berman Cell: I was holding his paw, he took it away from me, took 2 breaths and died
[9/10/21, 3:58:54 PM] Keith Z Berman Cell: Poor neff
[9/10/21, 4:13:21 PM] ██████████████ Awe sorry
[9/10/21, 5:11:42 PM] ███████ ██ ☹

[9/12/21, 7:53:47 PM] ████████████████    image omitted
[9/12/21, 8:44:35 PM] Keith Z Berman Cell: These people will lie about everything and anything
[9/12/21, 8:44:51 PM] Keith Z Berman Cell: Formula 1 received 6 demo kits
[9/12/21, 8:45:27 PM] ██████████████    Yes they fabricate
[9/14/21, 3:40:32 PM] ██████████████    So is Shelly informed about what we all talked about by phone
[9/14/21, 3:41:04 PM] █████████ ???    I doubt it
[9/14/21, 3:41:55 PM] ██████████████    Three question marks. That's serious
[9/14/21, 3:49:15 PM] Keith Z Berman Cell: I dunno
[9/14/21, 3:49:41 PM] ██████ █    Yes.  Don't know what conversation.
[9/14/21, 3:49:48 PM] Keith Z Berman Cell: Lolol
[9/14/21, 3:50:58 PM] Keith Z Berman Cell: Just for our discussion, pedima is close to signing with a major euro airline
[9/14/21, 3:51:49 PM] ██████    WOW!!!!!!!!!  THAT'S AWESOME!!!!!
[9/14/21, 3:52:59 PM] Keith Z Berman Cell: Get this one then you get all th airportse
[9/14/21, 3:53:23 PM] █████████    Surely!!!!  That's fantastic!!!
[9/14/21, 4:52:37 PM] ██████████████    😊
[9/15/21, 8:11:34 AM] ██████████████    Why at-home COVID tests are so expensive in the U.S. - Apple News Today
https://apple.news/nowPlaying/AN-NM6oQ2T0vS_74ftyNb6w
[9/16/21, 6:52:32 PM] ██████████████    Any word on when you will need us
[9/16/21, 7:05:19 PM] Keith Z Berman Cell: Early october
[9/16/21, 7:05:32 PM] Keith Z Berman Cell: After I get the money raised
[9/16/21, 7:29:59 PM] ██████ █    Us?
[9/16/21, 7:30:56 PM] Keith Z Berman Cell: Yes both of you to join a focus group via zoom
[9/17/21, 9:12:58 AM] Keith Z Berman Cell: I don't want to speak too soon but I have the money
[9/17/21, 9:16:48 AM] ██████████████    That's great news
[9/17/21, 9:17:14 AM] ██████████████    What exactly will it go to
[9/17/21, 9:17:20 AM] Keith Z Berman Cell: The best
[9/17/21, 9:17:36 AM] Keith Z Berman Cell: Working capital
[9/17/21, 9:17:51 AM] ██████████████    Perfect
[9/17/21, 9:19:24 AM] Keith Z Berman Cell: Hire people
[9/17/21, 9:19:40 AM] Keith Z Berman Cell: Negotiate product cost
[9/17/21, 9:24:35 AM] ██████████████    Enough to get launched?
[9/17/21, 12:57:17 PM] ██████████████    How did you manage to get more funding. If you don't mind me asking
[9/17/21, 1:48:18 PM] Keith Z Berman Cell: I have a friend, or rather I had a friend that asked me to manage his money
[9/17/21, 1:50:30 PM] ██████████████    Interesting. Would I have heard of this man name over the past couple years during development ?
[9/17/21, 1:54:23 PM] Keith Z Berman Cell: No I don't think so
[9/17/21, 1:54:49 PM] Keith Z Berman Cell: I met him at a wedding 33 years ago
[9/17/21, 1:55:00 PM] Keith Z Berman Cell: We stayed in contact
[9/17/21, 1:55:34 PM] ██████████████    Ah
[9/21/21, 9:18:21 AM] ██████████████    So did end up getting the money? Did it work out?

[9/21/21, 10:13:05 AM] Keith Z Berman Cell: Looks like it will work
[9/21/21, 10:35:01 AM] ████████████████    👍
[9/21/21, 10:35:09 AM] ████████████████    : Cool deal
[9/21/21, 10:35:13 AM] ████████████████    Congrats
[9/21/21, 10:39:20 AM] ████████ ██ ████    ☺
[9/22/21, 10:14:37 AM] ████████████████    It makes me highly irritated at times that these assholes on the message boards can keep taking trash. I wish you would do something to shut them the fuck up!
[9/22/21, 10:15:52 AM] ████████████████    Are you looking at yahoo?
[9/22/21, 10:25:58 AM] ████████████████    Yes
[9/22/21, 10:30:45 AM] Keith Z Berman Cell: The only way to end the nonsense on yahoo is to call out people by name
[9/22/21, 10:31:29 AM] ████████████████    Or, have significant sales.
[9/22/21, 10:31:45 AM] Keith Z Berman Cell: ██████████████████from long island, ██████████from rhode island, ██████████from new vrunswick
[9/22/21, 10:32:23 AM] Keith Z Berman Cell: You know ████████ they will just ignore that as they always have
[9/22/21, 10:33:16 AM] Keith Z Berman Cell: The ihub board had moved to the Yahoo board because nobody owns stock on ihub
[9/22/21, 10:33:58 AM] ████████████████    They can't ignore sales and neither would the stock price, the value of your company and the community who need the test
[9/22/21, 10:34:08 AM] Keith Z Berman Cell: In fact the ihub people became toxic to build a case for their lying to the sec to try to win bounties
[9/22/21, 10:34:24 AM] Keith Z Berman Cell: ████████ they own no stock
[9/22/21, 10:34:33 AM] Keith Z Berman Cell: They have no benefit
[9/22/21, 10:34:59 AM] Keith Z Berman Cell: The only way to deal with them is to unmask them
[9/22/21, 10:35:11 AM] Keith Z Berman Cell: They will never ever go away
[9/22/21, 10:35:37 AM] Keith Z Berman Cell: It is you who wants sales, not them
[9/22/21, 10:36:37 AM] ████████████████    I hate them. Legit
[9/22/21, 10:38:40 AM] Keith Z Berman Cell: In 2016 the Yahoo board got out of control even more than now
[9/22/21, 10:39:19 AM] ████████████████    Horrible people
[9/22/21, 10:39:34 AM] Keith Z Berman Cell: Barbara asbell and I filed a lawsuit and had all of the Yahoo boards shut down
[9/22/21, 10:39:59 AM] Keith Z Berman Cell: Where is now the Yahoo board is a tame version
[9/22/21, 10:40:45 AM] Keith Z Berman Cell: All of the really bad guys on yahoo are from ihub
[9/22/21, 10:41:40 AM] ████████████████    What is their occupation
[9/22/21, 10:42:10 AM] Keith Z Berman Cell: ██████████ has no occupation
[9/22/21, 10:42:35 AM] Keith Z Berman Cell: ████████ you have chatted with as buck
[9/22/21, 10:43:17 AM] Keith Z Berman Cell: And ████████ is a trust fund big shot
[9/22/21, 10:43:46 AM] Keith Z Berman Cell: I will probably subpoena him as a hostile witness to my trial
[9/23/21, 7:07:38 PM] ████████████████    When is the first race they will use genviro?
[9/23/21, 7:15:05 PM] Keith Z Berman Cell: They told me london
[9/23/21, 7:23:37 PM] ████████████████    That's mid October I think
[9/27/21, 9:52:54 PM] ████████████████    Hey I don't see an event for formula 1 in

London. There was one in July but nothing coming
[9/27/21, 10:26:32 PM] Keith Z Berman Cell: Formula 1 is coming to the office
tomorrow
[9/27/21, 10:26:38 PM] Keith Z Berman Cell: I will adk
[9/27/21, 10:26:43 PM] Keith Z Berman Cell: Ask
[9/28/21, 7:08:03 AM]               Perfect!
[9/28/21, 8:17:33 AM]
https://www.accesswire.com/665867/RushNet-Inc-RSHN-its-Subsidiaries-heliosDX-and-Gr
andeza-Healthcare-Announce-Major-Roadmap-Spanning-15-Months
[9/28/21, 8:17:57 AM]          Oops
[9/28/21, 9:17:53 AM] Keith Z Berman Cell: What is this
[9/28/21, 9:19:40 AM]             I think she sent it to us unintentionally
[9/28/21, 9:20:28 AM] Keith Z Berman Cell: I can't read it. My phone does not work
well in the house
[9/28/21, 10:52:57 AM]          I meant to send to my zoom friend.  Sorry
[9/28/21, 10:56:19 AM] Keith Z Berman Cell: Np
[9/29/21, 9:32:26 AM]            How did your meeting with formula 1 hi?
[9/29/21, 9:32:29 AM]            Go
[9/29/21, 11:44:46 AM] Keith Z Berman Cell: Good, informative and a lot of gossip
about the love triangle murder suicide
[9/29/21, 11:53:40 AM]          Lol wow
[9/29/21, 3:49:33 PM] Keith Z Berman Cell: I called OTC markets today to discuss
our current reporting status and to see if they will kick the stock up a notch
[9/29/21, 3:50:17 PM]         Hi.  Kick up how?
[9/29/21, 3:50:49 PM] Keith Z Berman Cell: It is a new sec rule that we meet
[9/29/21, 3:51:29 PM]          Great. What did they say
[9/29/21, 3:51:38 PM]          What's the new rule?
[9/29/21, 3:52:46 PM] Keith Z Berman Cell: It is a change to the 15c2-11 rules and
it was placed by the sec to eliminate companies that do not report, but it actually
helps us
[9/29/21, 3:53:53 PM]          Oh good!
[9/30/21, 8:37:20 AM]            Keith you never said what transpired with
otc. Is it an application that has to be reviewed? Did they agree with your
inquiry. I mean , jeez, you have been on caveat emptor for almost 2 years. You
would think that's long enough
[9/30/21, 8:37:38 AM]
[9/30/21, 1:55:47 PM] Keith Z Berman Cell: 1 year
[9/30/21, 1:56:14 PM] Keith Z Berman Cell: They said they would call me vack
[9/30/21, 1:56:16 PM] Keith Z Berman Cell: sticker omitted
[9/30/21, 1:56:17 PM] Keith Z Berman Cell: Back
[9/30/21, 2:30:53 PM]             Lol
[9/30/21, 2:30:57 PM]             Nice
[9/30/21, 3:46:43 PM]             sticker omitted
[9/30/21, 3:49:39 PM]             GIF omitted
[9/30/21, 3:50:23 PM] Keith Z Berman Cell: Nope
[9/30/21, 3:50:35 PM] Keith Z Berman Cell: No tabby cats in my house
[10/5/21, 1:36:26 PM]            Did they give you a date when they will
start Genviro during your meeting
[10/6/21, 7:43:08 AM] Keith Z Berman Cell: I wanted to tell you that I had a long
conversation with OTC markets yesterday

[10/6/21, 7:44:11 PM] ██████████████     Really? Hopefully it went well
[10/6/21, 7:45:12 PM] Keith Z Berman Cell: They are still in the process of reviewing 10,000 companies for 15c2-11 sec conpliance
[10/6/21, 7:45:59 PM] ██████████████     Holy moly. What's the turn around? Two years?
[10/6/21, 7:46:20 PM] Keith Z Berman Cell: By the end of next week they will be able to tell me when they can review caveat emptied companies
[10/6/21, 7:47:50 PM] Keith Z Berman Cell: They told me that some or many OTC pink companies will be downgraded a notch and some or many caveat emptied companies will be upgraded a notch
[10/6/21, 7:48:12 PM] Keith Z Berman Cell: We fall into the latter category
[10/6/21, 7:49:08 PM] ██████████████     Not horrible news. Just a waiting game
[10/13/21, 8:29:47 AM] ██████████████     How's it go everybody?
[10/13/21, 8:30:27 AM] ████████████     Good morning.  All is well here.  How are you guys doing?
[10/13/21, 8:31:00 AM] ██████████████     Doing well. Surge is on the downslope
[10/13/21, 8:31:31 AM] ████████ ██   What surge?
[10/13/21, 8:38:55 AM] ████████████: I don't know. Never heard of it
[10/13/21, 9:06:48 AM] Keith Z Berman Cell: Doing well thank you
[10/13/21, 9:07:18 AM] ████████████: Completely recovered?
[10/13/21, 9:08:34 AM] Keith Z Berman Cell: I still have a cough and now Kimberly my assistant has it
[10/13/21, 9:20:54 AM] ██████████████: Jees
[10/13/21, 9:36:43 AM] ████████ █: 😐
[10/13/21, 9:40:06 AM] Keith Z Berman Cell: Ventura county went through the first part unscathed. Golf courses opened April 2020, we had fall league season, restaurants opened in July 2020
[10/13/21, 9:40:07 AM] Keith Z Berman Cell: Now it is worse than the first time
[10/14/21, 12:48:29 PM] ████████████: Covid Testing, Turnaround Times Are Still Uneven This Far Into Pandemic - Kaiser Health News https://apple.news/AGDZKH8DsRvKFrHJDf8WjwQ
[10/14/21, 1:13:08 PM] Keith Z Berman Cell: Yes
[10/14/21, 1:14:03 PM] Keith Z Berman Cell: By the way we are making a video this weekend showing the kit in use beginning to end
[10/14/21, 1:15:29 PM] ██████████████: That's probably the best news you've ever had
[10/14/21, 1:16:00 PM] ████████ █: Great!
[10/14/21, 1:31:21 PM] Keith Z Berman Cell: I think we might also film a re-testing of the patient as well
[10/14/21, 2:47:05 PM] ██████████████: 👍
[10/15/21, 8:18:58 AM] ██████████████: Is this a Korean video or German?
[10/15/21, 10:47:43 AM] Keith Z Berman Cell: Usa from hollywood
[10/15/21, 10:48:01 AM] ██████████████: Oh ok
[10/15/21, 12:02:23 PM] Keith Z Berman Cell: Yeah