# Exhibit 8



UNITED STATES POSTAL INSPECTION SERVICE

# MEMORANDUM OF INTERVIEW

Case Number:             ████████████

Person Interviewed:      ████████████████

Date of Interview:       May 23, 2022

Time of Interview:       4:01 P.M. to 4:24 P.M. (EST)

Place of Interview:      Telephone-████████████

Interviewed By:          Misty Racimo, Postal Inspector
                         Heather Stachnik, FBI SA

On the above date and times, ██████████████████) was interviewed regarding her investment in Decision Diagnostics (DECN), her participation in a Facebook Group for DECN investors, and her contact with Keith Berman.

After being introduced to interviewers ████████ provided the following information:

████████ originally invested in DECN in April 2020, before the trading halt was initiated by the Security and Exchange Commission (SEC). She made her investment in DECN because she was excited about the COVID test product the company reported it planned to produce. She stated the test was supposed to test a person's blood.

████████ stated she is a Pilates instructor and she felt DECN's test would help to get things back open. She liked that DECN's COVID test could be used at home and would produce immediate test results. She recalled the company stated the results would be produced within seconds.

████████ originally heard about DECN when she was on a Yahoo message board. She stated DECN was mentioned by another poster as a good investment. She could not recall the name of the message board she was on, but she was not on the Yahoo message board for DECN when she first heard about the company.

████████ stated she reviewed DECN's February and March 2020 press releases and researched information about DECN prior to making her investment in April 2020. She stated she reviewed information regarding DECN and Johnson and Johnson during her research. She visited DECN's website during her research before she made her initial investment.

████████ stated she is a member of two Facebook groups for DECN investors, she referred to these Facebook groups as: "DECN Group" and "The Elite Group". She believes these group pages were set up before she learned about Keith Berman's (Berman) indictment.

████████ stated she is aware Berman is not supposed to have contact with investors. She recalled reading a post in one of the Facebook groups that

explained Berman could not contact investors unless there was another investor present.  She stated the post did not make sense to her when she reviewed the information.

▮▮▮ stated she received a Facebook "friend request" from Berman.  She did not accept the request and thought it was "creepy".  The request was sent to her on March 29, 2022.  She stated she has a screenshot of the request she can provide.

▮▮▮ stated Berman's Facebook profile is listed in both DECN investor Facebook groups.

▮▮▮ stated Berman was harassing group members who posted negative comments relating to Berman, DECN, or their DECN investment. She has some screenshots of the Facebook group comments that she can provide.

▮▮▮ stated one of the Facebook group moderators is ▮▮▮  She believes ▮▮▮ set up a third group where he was able to communicate with Berman separately from the original two Facebook groups.

▮▮▮ believes this third group was created after members of the two investor groups no longer wanted Berman in the group because he was harassing group members.

▮▮▮ stated Nathan initially asked the DECN group members not to post negative comments about Berman or DECN.  Nathan later posted that he had to remove Berman from the group due to Berman's contact with group members. ▮▮▮ believes Nathan's post is still available and she will provide a screenshot of his posts.

▮▮▮ is Facebook friends with ▮▮▮.  She does not believe Berman could be Nathan based on his other Facebook content.  She did have her suspicions about the profile for "▮▮▮" who could be an alias of Berman.

Misty Racimo
Postal Inspector


Attachment:
- One email from ▮▮▮) received by misty.racimo@usdoj.gov on May 24, 2022.

 

From:
Cc: <u>Racine, Misty (CRM)</u>
<u>Stachnik, Heather L. (LA) (FBI)</u>
Subject: [EXTERNAL] Screenshots DECN shareholders group
Date: Tuesday, May 24, 2022 3:54:14 PM

>
> Hi Misty,
>
> Here are the screenshots about which we discussed yesterday  I've tried to organize it to make some sense out of it  Let me know if you need any more information  I can forward you the first email of screenshots that I sent to Mr Perkins and Mr Leasure last August  I looked at that email yesterday, some of the shots are a bit fuzzy but I can resend those to you if you need them
> Further, I know this case is specifically about the blood test that he was supposedly developing etc , but I believe that he continued to try to keep the (alleged) scam going by introducing the alternate (non-existent) saliva test after the indictment to keep shareholders hanging on and his presence in the group and exploiting the administrators helped him do so  I have a lot more information regarding this issue as well
>
> Best,
>

>
> 1 - Administrators, moderators for the group
>

---

6:46   

 **Admins and moderators**

  ⬛⬛⬛⬛⬛⬛
🛡 Admin                                    **Add Friend**

  ⬛⬛⬛⬛⬛⬛
🛡 Admin                                    **Add Friend**

  ⬛⬛⬛⬛⬛⬛
🛡 Admin
Queens, New York                           **Add Friend**

  ⬛⬛⬛⬛⬛⬛
🛡 Admin                                    **Add Friend**

  ⬛⬛⬛⬛⬛⬛
🛡 Admin                                    **Message**



Operations Manager at WFF
Facility Services



Message

✓ Moderator

Chiropractor at Houston
Regenerative Therapy

Add Friend

 Home     Watch     Marketplace     News     Notifications     Menu

>
>
>
>
> 2 - Friend requests to me and other members/communication between Berman and other members
>







> Friend request to me
>
>
>

**5:28**



 **The Elite Group**

 · Mar 27 ·

• • •

So, what's the deal with the "Keith M Berman" in our group? Is that really him? He just messaged me.

60 comments

 Like           Comment

Seen by **104 people**

**All comments**  ⌄



What did he say?

8w    Like    Reply



"excellent comment.  I write this with another investor present on my end"

8w    Haha    Reply                    2 👍😆

For what comment? I thought he wasn't allowed to contact shareholders?

8w    Like    Reply

can't contact them one on one

Write a comment...                    GIF 🙂

🏠 Home    ▶️ Watch    🏪 Marketplace    📰 News    🔔 Notifications    ☰ Menu

5:29                                   📶 📶 🔋

‹    The Elite Group                    •••
     · Mar 27 ·



This really doesn't make any sense. If KB is guilty as sin, he could have easily been put in prison by now. Think about it. I still think a Jury could find him innocent and this constant stalling delay tactics is purely out of fear that KB could be exonerated.

14h   Like   Reply                        2 👍

8w   Like   Reply                          1 👍

▮▮▮▮▮▮▮▮▮▮▮ Author
▮▮▮▮▮▮▮▮ Yes. This was the "excellent comment" that "KB" was referring to.

8w   Like   Reply

Write a reply...

▮▮▮▮▮▮▮▮▮ desperate manipulation

8w   Like   Reply                          3 👍

▮▮▮▮▮▮▮▮ did he send you a friend request?
Sent me one

8w   Like   Reply



Write a comment...

Home   Watch   Marketplace   News   Notifications   Menu

5:29

The Elite Group
Mar 27

8w   Like   Reply                    3

did he send you a friend request?
Sent me one

8w   Like   Reply

think I'm already friends with him

8w   Like   Reply



no
Edit - yes he did after you asked me lol

8w     Like     Reply

Write a reply...

at this point why would KB care who turns against him? As you have said he's either insane or as others say he's got the goods... no buying shares at this point is going to help the company in any way shape or form... it is a Caveat Emptor and

Write a comment...

Home   Watch   Marketplace   News   Notifications   Menu

5:30

**The Elite Group**

· Mar 27 ·



██████████ He also messaged me a while ago because I seem to have  opinions. Perhaps not always fully backed with all the knowledge, but I do have them. That is my right and I'll take it whenever I want.

7w   **Like**   **Reply**                                           1 👍

██████████ min ██████ yeah he doesn't like that. Lol

7w   **Haha**   **Reply**                                          3 😆👍

███████████ I (of all people on here) got a friend request from him the other day....seriously??? I'm ripping him apart nearly the most, lol

7w   Like   **Reply**                                             1 👍

███████████ have unfriend him after the message he sent to me. 😉

7w   Like   Reply



Write a comment...

Home   Watch   Marketplace   News   Notifications   Menu

5:23

‹   created a poll.

Admin · Apr 8 ·

Write a reply...

Also, you do not have my permission to post what I wrote to you in a private conversation with one other person present

6w   Haha   Reply   2 😫



> >
> >
> >
> >
> >
> 3 - Berman left the group, I believe, sometime in August 2021 and returned to the group in December 2021 - screenshots of the dates he was first admitted to the group and the  second time  A third group was also set up just for Berman  The first time he left was because too many people were being negative, the second time he was kicked out by [REDACTED] - screenshots of conversations with Berman and addressing the group
> >

AT&T   LTE          6:42 AM          77% 

< **Keith M Berman in The DECN Elite**



## Keith M Berman

 Add Friend

 Message   ...

 Member of **The DECN Elite** since March 2, 2021

## Group Posts







# Keith M Berman

  

Member of **The Elite Group** since December 13, 2021

## Group Posts





> >
> >
> >
> >
> >

5:22 

 ▇▇▇▇▇▇ created a poll.
**Admin** Apr 8 · 🖼️

 ▇▇▇▇▇▇

Is this the DECN Elite messenger? or separate group then this one?

6w   Like   Reply

 ▇▇▇▇▇▇min
a group we created for Berman

6w   Like   Reply

 ▇▇▇▇▇ Admin

I assure you if he wanted to say something to the group he had more then enough opportunity to do so. Instead he would rant to us about it.

6w   Like   Reply        1 

 ▇▇▇▇▇

In understand, but I also simply want him to read this all. I don't care then what he thinks about it

or not.

6w   Like   Reply

min
what will that do.

6w   Like   Reply

Write a comment...   GIF   ☺

🏠 Home   ▶ Watch 9+   🏪 Marketplace   📰 News   🔔 Notifications   ☰ Menu

> > > > > >

5:19 ✈

📶 📶 🔋

‹   created a poll.
Admin  Apr 8 · 📷   •••

conto.

6w   Like   Reply

Admin
I'm gonna show u an old message from
Berman which started to make me see
what he was about.

6w   Like   Reply   1 👍

  Admin



6w   Like   Reply                                    1 

  Admin



Write a comment...                      

     

Home   Watch   Marketplace   News   Notifications   Menu

> >
> >
> >
> >

3:51  Keith

AUG 6, 2021 AT 12:23 PM

The posts this morning are a prime example of what I talked about yesterday. There are posters who attribute everything in the negative. The judge in the criminal case sets a new court date in 5+ months and it is viewed as negative. The only thing that was said in the Minute Order that means anything is the judge acknowledging that the case is complex. He is giving DOJ 4 extra months to make a case out of their so far very dangerous nonsense. It has not been lost on the judge that DOJ has changed lead lawyers 3 times. You have 3-4 of these posters… people who are more like Yahoo type posters. I brought in another shareholder into this conversation although I am writing in my own name. Thank you.

AUG 6, 2021 AT 2:53 PM

I understand how their post could be viewed as negative. I think their concern comes from the long silence, now a even potentially longer delay and silence. I know some of these members in here who have over 100 thousand dollars invested. At least that's what I've heard anyways. With that being said I think the concern is slightly valid at the same time it should be kept to themselves. Small seeds of negativity can breed a forest of bashers from what I've



seen. So I will address it to the group. But I assure if they are in this group, they are loyal. But even the most loyal INVESTOR tends to sway every now and again when they don't know anything about what's going on with their money. Ima be honest I've literally had to forget about this investment and chuck it up as loss mentally at this point. That's why I haven't been mo itoring this room lately. I've left that up to Angel. But I won't tell them that. I will continue to support you and the company in the presence of others. After I get off work I will talk to



Keith

SEP 22, 2021 AT 3:17 PM

I am writing this with another shareholder present, as I have to do.

I have a request. Please remove me from your Elite group. I would do it myself but I do not know how. Your group has become a microcosm of the Yahoo board in my opinion.

Thank you.



SEP 22, 2021 AT 3:42 PM

Are u sure

SEP 22, 2021 AT 4:12 PM

███████ I think you are a great guy, and your heart is in the right place, and you built a board to disemminate information, but your board now has 5-6 people, who I believe are all stock traders (I think) who have become little microcosms of the Yahoo board. Today's discussion about lies and frauds on stock traders sealed my fate. In my humble opinion another bad day with the stock and they will want to become SEC and DOJ informants.

So I am gone. I wasn't posting anyway. And by the way you have already lost some very valuable people

SEP 22, 2021 AT 8:27 PM

thank you

SEP 23, 2021 AT 3:22 PM

I feel less pressure alre...

Aa





anything. Despite how annoying and upsetting these people are, I think we should give them the benefit of the doubt. I cant stand people like that more then anybody, hence the purpose of the room. I vetted the people in this room over and over and nobody can get in without my permission. But I realized something along the way though. No matter how loyal people are, they are invested for one reason. Some way more then others. To make money. This room used to be active as hell, and now it's only the people who's frustration is just now showing. People are losing what little faith they have left oh whether they say it or not. If people could have sold for not so



3:53   70%

Keith

Nobody knows what's going on. All we have is rumors, speculation and court documents. That's all we we've had for quiet some time. That would drive anybody to doubt and question.. I'm on your side, but we have to see it for what it is. We are all holding on tho till the end.

Seen

The first GenVec! Covid-19 tests will go to Pedima in Germany!

Pedima was the first company in the world to secure the production of over 5 million tests.

Yes, agree. We need to keep each other positive in these days.



Both companies agreed on the first deliveries starting at the end of May. We pride ourselves on 1 $47M Purchase Order.

In addition, GenVirol now officially included on the BfArM list under the number 47921/21

https://antigentest.bfarm.de/ords/f?p=110:100:9560071843694::::&tz=2:00

Pedima proudly presents 10 seconds!
GenVirol Covid-19 rapid test!      I still believe in Pedima co and we will find out more from Q3 report!

ANTIGENTEST.BFARM.DE
antigentest.bfarm.de

People still have faith KB. It's just frustration and worry is all.

SEP 23, 2021 AT 4:04 PM

my troubles were/are caused by message board posters

I have seen this happen

I understand

the Yahoo board are migrants from the iHub board because anyone not part of the bad guys has left

and now they are on your board

and making things up

very sad

SEP 24, 2021 AT 3:46 PM

Aa

5:27

 **The Elite Group**
███████████ · Apr 3 · 

 ██████████████████
███████████ he messages you about negative comments? yikes. too much time here rather than working for the shareholders.

6w   Like   Reply

 ████████████████████ exactly. I say the exact same thing all the time. I felt as though that was all he cared about. He would rather talk about what people are saying in the room rather then what was actually going on with the stock. But that's my opinion.

6w   Like   Reply

 ████████████████



████ that's why I am glad more people are waking up to the truth. I have never felt so stupid in my life for emotionally investing and supporting the company. And to think of it, he shouldn't be contacting you one on one. The guy has no boundaries.

6w   Like   Reply                    2 👍

Write a comment...              GIF  ☺

🏠 Home   ▶ Watch   🏪 Marketplace   📰 News   🔔 Notifications   ☰ Menu

6:49                                    

< April 4
5:11 PM                          Edit

████ • 1d • 

It's ok that KB left the group. It was also quite strange that he read all these messages. Let's first see what the report will provide en of the week of next Monday.

You can run but you can't hide! 😉

7h   **Like**   **Reply**



██████████ **Admin**

He didn't leave, I kicked him out. If he wants to come back, ██████████ can bring him. All he does is look for people talking negative about him or the stock. Then message me about it. I entertained his request to come to the room against my better judgement. He isn't supposed to be in here. But if u guys want him back I'll bring him back. It's up to yall. But I've separated myself from him.

1m   **Like**   **Reply**                                1 



██████████ **Admin**
No, I won't bring him back. You made the right move!

Just now   Like   Reply



██████████ thank you!

Just now   Like   Reply



   

**5:30**

< **The Elite Group**  · Mar 27 · 👥 •••



 Admin

Yeah he doesn't like it when people speak their minds especially their opinions about what's going on. He honestly thinks that with everything that has happened and as long as its been going on, we should be even more understanding and patient. Me personally I feel like the biggest idiot on the planet. I've never felt embarrassed in my efforts then I have with this stock. There was a point where I would have went to war for this man and I don't even know him. It's been disappointment after disappointment for almost 3 years now. And with everything

Trig told me at one point. I didn't want to believe it at first but now it all makes sense.

Tbh there was time that I actually sold because something just didn't feel right. And I wanted to tell everybody but I didn't know how and I wasnt sure. I figure I'd let u make your own choices. But

 Write a comment...   

 Home    Watch    Marketplace    News    Notifications    Menu

5:30    

  **The Elite Group**
· Mar 27 ·   •••

Tbh there was time that I actually sold because something just didn't feel right. And I wanted to tell everybody but I didn't know how and I wasnt sure. I figure I'd

let u make your own choices. But after a few weeks and another bland PR, I jumped back in with even more money then i did the last time like a dumb ass. I was really ashamed that I sold after supporting DECN so strongly to everybody else and i promised myself I would not have another weak moment like that again. But now I know what it really was. It wasn't weakness. It was my GOD given intuition telling me to get the hell out while I could. Shame on me for not listening. Life lesson for your ass. Me and hindsight seem to be best friends lately.

7w   **Like**   **Reply**                4 

 wow he's really sick

7w   Like   Reply

   Write a comment...          

                



>
>
>
>
>
>