# Exhibit 9



UNITED STATES POSTAL INSPECTION SERVICE

# MEMORANDUM OF INTERVIEW

| | |
|---|---|
| Case Number: | ████ |
| Person Interviewed: | ████ |
| Date of Interview: | June 3, 2022 |
| Time of Interview: | 5:34 P.M. to 6:32 P.M. (EST) |
| Place of Interview: | Telephone: ████ |
| Interviewed by: | Misty Racimo, Postal Inspector<br>Shabeka Bent, Postal Inspector |

On the above date and time, ████ was interviewed regarding his investment in Decision Diagnostic Corp ("DECN"), his participation in a Facebook Group for DECN investors, and his contact with DECN CEO Keith Berman ("Berman").

After being advised of the identities of the interviewers and the purpose of the interview, ████ agreed to be interviewed and provided the following information:

████ stated one of his friends encouraged him to join the original DECN Facebook group. He later decided to start another DECN Facebook group with a friend for "die hard investors" because he felt there was a lot of people talking negatively about DECN in the original group. This group was created before Berman was indicted.

████ acknowledged when researching DECN he knew about Berman being involved in a previous lawsuit regarding "fraud". He thought it was all hearsay because Berman was never indicted or convicted in the previous case.

████ says, he truly believed in DECN but now feels "this is the worst mistake of my entire life" and he feels horrible for bringing other people into this investment.

████ asked Inspector Racimo if he needed a lawyer and was advised he was not a subject of the investigation. He was informed the interviewers could not provide him advice on legal representation. He ultimately agreed to continue the interview.

████ stated he does not want to testify in court. ████ says he's not a snitch but says he has lost $30,000 due to this investment and has nothing else to lose so he will cooperate and answer any questions. He stated he has four kids and owes Berman nothing at this point. His believes his investment is currently worth only $20 dollars.

████ stated there was a select group of people added to his new Facebook group, referred to as "The Elite Group" that was originally tied to another DECN investor Facebook group.

stated, in The Elite Group, they did not have discussions about DECN, but they discussed related investment topics. He stated they knew not to talk about anything related to DECN's stock. Berman was in both DECN Facebook groups.

stated he realized, over time, Berman was more concerned with what the group members were saying about him instead of doing work for the company.

personally vetted anyone who wanted to join The Elite Group he created. He asked anyone who wanted to join the group to send him a screenshot of their DECN shares. He reviewed each person's Facebook page and had to be listed as friend before he admitted them into The Elite Group. He made these requirements because he only want "true" investors as members of The Elite Group. He stated he created The Elite Group because he wanted discussions by members without the negativity that he experienced in the first DECN investment group.

believes Berman was in the group after being indicted in December 2020. Although Berman was in the group, he never communicated with any of the members, which said, some members found to be strange. Berman would "passively communicate" with others. said he has vetted Berman's profile and believes the profile is operated by Berman.

was told DECN investor who referred to as " ", and someone else from the group was approached by Law Enforcement regarding DECN. says left the group and was very distraught about the situation involving DECN. believes left because Berman was not doing what he said he would do. says Berman "threw under the bus" when questioned by Law Enforcement. Berman later tried to offer a job, but did not accept the offer. did not want to discuss what told him.

decided to sell his stocks last year. He decided not to tell anyone in the group as to not create additional tension. One of the group members shared some information and/or invoices related to Pedima and he decided to buy more stock. later questioned why that information was posted for everyone to see and felt it was probably used as "bait" for investors to join, which he fell for.

made " a moderator of The Elite Group because he was the only one, he trusted. created The Elite Group because he saw an opportunity to improve on something and acted. says this was his first year as an investor and the technology was new and one of kind regarding the five second COVID test using blood, then saliva.

knew others who received a GenViro! COVID test but he said no one who received the test discussed it with others. He believed since the technology was new it was kept secret and those who received the test did not want to spread misinformation about it. never asked Keith about getting a test, but he said he really wanted to receive one.

was involved in a DECN investor group that held zoom meetings regarding potential for things to come for DECN. and others looked to Shelly for a lot of

information at first. She told him she was in communication with Berman. Although she never showed her face on zoom meetings, it was a female voice.

In the Facebook group, ████ says they did not talk about investments. He says Berman would confide in him about the negative comments said about him. ████ says everyone in the group liked Berman and looked up to him. He believed having Berman as a group member boosted the group's morale.

████ says he never signed the Shareholder letter that was sent to the Securities and Exchange Commission ("SEC"). He was new to investing at that point and was not aware of the letters at the time. He continued to increase his shares and get more involved in DECN.

████ interest in the company peaked after he received information about another company who submitted, and was approved, for an Emergency Use Authorization (EUA) for their COVID test. He stated the other company's stock increased after the company's test received the EUA. He believed the same thing could happen for DECN stock, but DECN's EUA kept getting delayed.

████ was aware DECN also made diabetic products.

████ came across information on a website that showed a list of shareholders. ████ believed these shareholders could take over the company if Berman went to prison. This was the topic of the discussion in the Facebook group chat. ████ says he will try to confirm his source as to the list of shareholders.

Outside of the DECN Facebook group, ████ was included in a chat with Berman and one other. ████ says when Berman wrote to him, Berman always wrote that someone else was in the room, but ████ never knew who the other person was.

████ stated he created a 2nd Facebook Group that initially included him and Berman. He eventually added Tyler and Angel to this Facebook group he created with Berman. ████ eventually left all the groups and does not communicate with Berman.

Shabeka Bent

Shabeka Bent
Postal Inspector