# Exhibit 15

**FILED & RECORDED**
5/12/2022, 11:31:04 AM
COUNTY CLERK
QUEENS COUNTY

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

CLOUDFUND LLC,

                              Plaintiff,

-against-

PHARMTECH DIRECT CORP D/B/A PHARMA TECH SOLUTIONS, PHARMATECH SENSOR DEVELOPMENT CORP D/B/A PHARMATECH SENSOR DEVELOPMENT and KEITH BERMAN,

                              Defendants.

Index No. 703572/2022

Plaintiff's Address:
400 Rella Blvd. Suite 165-101,
Suffern, NY 10901

**JUDGMENT**

WITHIN COSTS TAXED ON NOTICE
AT $ 455.00
5/12/22
COUNTY CLERK QUEENS COUNTY

| | |
|---|---|
| Amount: | $78,952.00 |
| Interest (from 01/06/2022) at 9%: | $2,452.92 |
| Costs by Statute (CPLR 8201[1]): | $200.00 |
| Entering/Docketing Judgment (CPLR 8301[a][7], 8016[a][2]) | $45.00 |
| Filing Fee (CPLR 8018[a]): | $210.00 |
| Total Costs and Disbursements: | $455.00 |
| **Total:** | $81,859.92 |

STATE OF NEW YORK    )
                               ) ss.:                ATTORNEY'S AFFIRMATION
COUNTY OF NEW YORK  )

      The undersigned, an attorney at law of the State of New York, affirms that he is the attorney of record for the plaintiff CLOUDFUND LLC herein, and states that the disbursements above specified are correct and true and have been or will necessarily be made or incurred herein and are reasonable in amount and affirms this statement to be true under the penalties of perjury.

Dated:  New York, New York
           May 09, 2022

_____
Vadim Serebro, Esq.
55 Broadway, 3rd Floor
New York, New York 10006
Tel: (646) 517-8956

**WHEREAS** the Summons and Verified Complaint in this action having been duly served on Defendant Pharmtech Direct Corp d/b/a Pharma Tech Solutions, Defendant Pharmatech Sensor Development Corp d/b/a Pharmatech Sensor Development and Defendant Keith Berman (collectively, the "Defaulting Defendants"), and said Defaulting Defendants having failed to plead or otherwise defend in this action as Defaulting Defendants' time to Answer or otherwise move with regard thereto has expired;

**WHEREAS,** Plaintiff seeks the entry of default judgment against the Defaulting Defendants herein pursuant to C.P.L.R. 3215(a) for a sum certain;

**NOW, ON APPLICATION OF** Vadim Serebro, Esq., attorney for Plaintiff CLOUDFUND LLC, it is

**ADJUDGED**, that Plaintiff CLOUDFUND LLC having an address at 400 Rella Blvd. Suite 165-101, Suffern, NY 10901, have judgment and do recover of Defendant PHARMTECH DIRECT CORP D/B/A PHARMA TECH SOLUTIONS, having an address at 2660 TOWNSGATE ROAD 300, WESTLAKE VILLAGE, CA 91361, PHARMATECH SENSOR DEVELOPMENT CORP D/B/A PHARMATECH SENSOR DEVELOPMENT having an address at 2660 TOWNSGATE ROAD 300, WESTLAKE VILLAGE, CA 91361 and Defendant KEITH BERMAN, having an address at 1623 ELMSFORD PLACE, WESTLAKE VILLAGE, CA 91361, jointly and severally, the sum of $78,952.00 plus interest at nine percent (9%) as calculated by the Clerk in the amount of $2,452.92, plus costs and disbursements as taxed by the Clerk in the amount of $455.00, for a total sum of $81,859.92; and that

Plaintiff CLOUDFUND LLC shall have execution thereof.

Judgment entered the __12th__ day of __May__, 2022.

FILED & RECORDED
5/12/2022, 11:31:04 AM
COUNTY CLERK
QUEENS COUNTY

_____
CLERK

DOCKET

Index No.  Year  RJI No.  Hon.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

CLOUDFUND LLC,

                                     Plaintiff,

-against-

PHARMTECH DIRECT CORP D/B/A PHARMA TECH SOLUTIONS, PHARMATECH SENSOR DEVELOPMENT CORP D/B/A PHARMATECH SENSOR DEVELOPMENT and KEITH BERMAN,

                                     Defendants.

## JUDGMENT

**VADIM SEREBRO, ESQ.**
*Attorney for Plaintiff*

*Office and Post Office Address, Telephone*
**55 BROADWAY**
**3RD FLOOR**
**NEW YORK, NEW YORK 10006**
**PHONE: (646) 517-8956**
**FAX:   (646) 398-5652**

**FILED & RECORDED**
5/12/2022, 11:31:04 AM
COUNTY CLERK
QUEENS COUNTY

Service of a copy of the within          is hereby admitted.

Dated,

                                                                                  Attorney(s) for

Please take notice
☐ Notice of Entry
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within name court on
☐ Notice of settlement
that an order       of which the within is a true copy will be presented for
settlement to the HON.       one of the judges
of the within named court, at       on       at
Dated,

                                                                                  Yours, etc.

                                                                                  Attorney(s) for