# Exhibit 16

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

| | |
|---|---|
| **FOX CAPITAL GROUP, INC.**, <br><br> Plaintiff, <br><br> vs. <br><br> PHARMA TECH SOLUTIONS, INC. D/B/A PHARMATECH DIRECT CORP, PHARMATECH SENSOR DEVELOPMENT CORP, PDA SERVICES, INC., PHARMA TECH DIRECT AND KEITH M BERMAN**,** <br><br> Defendants | Index No.: 503937/2022 <br><br> **JUDGMENT** |

The summons and complaint in this action having been served upon Defendants and proofs of service thereof having been filed with the Court and additional copies of the summons and complaint having been mailed to defendants pursuant to CPLR 3215, and defendants having failed to appear, answer or raise an objection to the complaint in point of law, and the time for defendants to do so having expired,

NOW, on motion of Yonatan Klestzick, Esq., attorney for plaintiff, it is ADJUDGED that plaintiff, FOX CAPITAL GROUP, INC., located at 140 BROADWAY, 46TH FL, NEW YORK, NY 10005, have judgment and recover jointly and severally from defendant PHARMA TECH SOLUTIONS, INC. D/B/A PHARMATECH DIRECT CORP, located at 2660 TOWNSGATE RD #300, WESTLAKE VILLAGE, CA 91361; 2660 TOWNSGATE RD #300, THOUSAND OAKS, CA 91361; 1623 ELMSFORD PL, WESTLAKE VILLAGE, CA 91361 and defendant PHARMATECH SENSOR DEVELOPMENT CORP located at 2660 TOWNSGATE RD #300, WESTLAKE VILLAGE, CA 91361; 2660 TOWNSGATE RD #300, THOUSAND OAKS, CA 91361; 1623 ELMSFORD PL, WESTLAKE VILLAGE, CA 91361 and defendant PDA SERVICES, INC. located at 2660 TOWNSGATE RD #300, WESTLAKE VILLAGE, CA

91361; 2660 TOWNSGATE RD #300, THOUSAND OAKS, CA 91361; 1623 ELMSFORD PL, WESTLAKE VILLAGE, CA 91361 and defendant PHARMA TECH DIRECT located at 2660 TOWNSGATE RD #300, WESTLAKE VILLAGE, CA 91361; 2660 TOWNSGATE RD #300, THOUSAND OAKS, CA 91361; 1623 ELMSFORD PL, WESTLAKE VILLAGE, CA 91361, and defendant KEITH M BERMAN, residing at 2660 TOWNSGATE RD #300, WESTLAKE VILLAGE, CA 91361; 2660 TOWNSGATE RD #300, THOUSAND OAKS, CA 91361; 1623 ELMSFORD PL, WESTLAKE VILLAGE, CA 91361, the sum of $53,400.00, plus interest from January 6, 2022 in the amount of $1,161.45, together with $455 in costs and disbursements as taxed by the Clerk, amounting in all to the sum of $55,016.45 and that plaintiff have execution therefor.

*[signature: Nancy T. Sunshine]*

CLERK

FILED
2022 APR 04 PM 2:26
KINGS COUNTY CLERK
FEE _____

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

FOX CAPITAL GROUP, INC.,

                      Plaintiff,

vs.

PHARMA TECH SOLUTIONS, INC. D/B/A
PHARMATECH DIRECT CORP, PHARMATECH
SENSOR DEVELOPMENT CORP, PDA SERVICES, INC.,
PHARMA TECH DIRECT AND KEITH M BERMAN,

                      Defendants

Index No.: 503937/2022

BILL OF COSTS

**DISBURSEMENTS**

Fee for Index Number…………………$210
    CPLR §8018(a)

Costs by Statute………………………$200

Motion Fee……………………………$45

<u>Total…………………………………. $455</u>

                                    <u>ATTORNEY'S AFFIRMATION</u>

STATE OF NEW YORK
COUNTY OF NASSAU

      The undersigned, an attorney at law of the State of New York, affirms that he is the attorney of record for the Plaintiff FOX CAPITAL GROUP, INC. herein, and states that the disbursements above specified are correct and true and have been or will necessarily be made or incurred herein and are reasonable in amount and affirms this statement to be true under the penalties of perjury.

Dated: Nassau County, New York
       April 4, 2022

                                                         *Yonatan Klesztick*
                                                    Yonatan Klesztick, Esq.

Index No. 503937/2022

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

FOX CAPITAL GROUP, INC.,

　　　　　　　　　　　　　　　　　　　　　　　　　　　Plaintiff,

　　　　　　　　　　　　　-against-

PHARMA TECH SOLUTIONS, INC. D/B/A PHARMATECH DIRECT CORP, PHARMATECH SENSOR DEVELOPMENT CORP, PDA SERVICES, INC., PHARMA TECH DIRECT AND KEITH M BERMAN

　　　　　　　　　　　　　　　　　　　　　　　　　　　Defendants.

### JUDGMENT AND BILL OF COSTS

YONATAN KLESTZICK, ESQ.
*Attorney for Plaintiff*

*Address, Telephone*
**PO BOX 356
CEDARHURST, NEW YORK 11516
PHONE: (516) 900-6720**