# Exhibit 17

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

---

BMF ADVANCE, LLC

                        Plaintiffs,

   -against-

PHARMATECH SENSOR DEVELOPMENT CORP
and KEITH BERMAN,

                        Defendants

Index No.: 503404/2022

**JUDGMENT**

**Plaintiff's Address:**
1022 Avenue M. Brooklyn, NY 11230

---

| | |
|---|---|
| Principal: | $59,966.00 |
| Interest from complaint (from January 13, 2022) at 9%: | $1,212.46 |
| Costs and Disbursements: | |
| Cost by Statue | $200.00 |
| Service of Summons & Complaint: | $70.00 |
| Filing Fee (CPLR 8018[a]): | $210.00 |
| Entering and Docketing Judgment CPLR 8301(a)(7), 8016(a)(2) | $45.00 |
| **Judgment Total:** | $61,703.46 |

**Attorney Affirmation**

       The undersigned, an attorney admitted to practice law in the State of New York, affirms under penalty of perjury that I am the Managing Attorney at **The Law Offices of Steven Zakharyayev, PLLC**, attorneys for BMF ADVANCE, LLC, and that the disbursements specified above are true, correct, and have been or will necessarily be incurred herein and are reasonable in amount.

Dated: April 5, 2022
      New York, New York

                                       /s/ **Steven Zakharyayev, Esq.**
                                       **The Law Offices of Steven Zakharyayev, PLLC**
                                       10 W 37th Street, RM 602
                                       NEW YORK, N.Y. 10018
                                       201-716-0681

The Summons and Verified Complaint in this action having been served upon Defendants and proofs of service thereof having been filed with the Court and additional copies of the Summons and Verified Complaint having been mailed pursuant to CPLR 3215, and Defendants having failed to appear, answer, or raise an objection to the complaint in point of law, and the time for Defendants to do so having expired.

Now, on motion of Steven Zakharyayev, Esq. attorney for BMF ADVANCE, LLC, it is ADJUDGED that BMF ADVANCE, LLC, located at 1022 Avenue M. Brooklyn, NY 11230, have judgment and recover from Defendants, PHARMATECH SENSOR DEVELOPMENT CORP a business located at 1623 ELMFORD PL, WESTLAKE, CA 91361, and KEITH BERMAN who resides at 1623 ELMFORD PL, WESTLAKE, CA 91361, jointly and severally, the sum of $59,966.00, together with interest from January 13, 2022, the date of default, in the amount of $1,212.46, plus $525 in costs and disbursements as taxed by the Clerk, amounting in all to the sum of $61,703.46 and the Plaintiff have execution therefore.

_____
CLERK

Judgment entered the _____ day of _____, 2022