# Exhibit 18

MONROE COUNTY CLERK'S OFFICE        THIS IS NOT A BILL. THIS IS YOUR RECEIPT.

Receipt # 3244904

Book    Page    CIVIL

Return To:                          No. Pages: 4
JASON ADAM GANG

Instrument: NOTICE OF ENTRY

Control #:      202211040253
Index #:        E2022001620

Date: 11/04/2022

Green Grass Capital                 Time: 10:51:29 AM


Pharmatech Direct Corp D/B/A Pharma Tech Solutions
Sciences Development & Initiatives LLC
Berman, Keith Morgan


Total Fees Paid:                    $0.00

                                    Employee:


State of New York

MONROE COUNTY CLERK'S OFFICE
WARNING – THIS SHEET CONSTITUTES THE CLERKS
ENDORSEMENT, REQUIRED BY SECTION 317-a(5) &
SECTION 319 OF THE REAL PROPERTY LAW OF THE
STATE OF NEW YORK. DO NOT DETACH OR REMOVE.

JAMIE ROMEO

MONROE COUNTY CLERK

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF MONROE

Index No: E2022001620

GREEEN GRASS HOLDINGS LLC
DBA GREEN GRASS CAPITAL

                Plaintiff,

NOTICE OF ENTRY

-against-

PHARMATECH DIRECT CORP
D/B/A PHARMA TECH SOLUTIONS, SCIENCES
DEVELOPMENT & INITIATIVES LLC
and KEITH MORGAN BERMAN

                Defendants.

PLEASE TAKE NOTICE that the attached is a true copy of a(n)

____ Order

__X__ Judgment

in this matter that was entered in the office of the Clerk of the Supreme Court of Monroe County,

State of New York, on April 27, 2022.

Dated: November 4, 2022

                Yours, etc.

                _____
                Jason Gang, Esq.
                The Law Office of Jason Gang PLLC
                Attorney for Plaintiff
                1245 Hewlett Plaza, #478
                Hewlett, NY 11557
                646-389-5610

To:
Pharmatech Direct Corp D/B/A Pharma Tech Solutions, Sciences Development & Initiatives LLC,
2660 Townsgate Rd, Westlake Village, CA 91361

Keith Morgan Berman, 1623 Elmsford Pl, Westlake Village, CA 91361

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF MONROE

GREEEN GRASS HOLDINGS LLC
DBA GREEN GRASS CAPITAL

                         *Plaintiff,*

-*against*-

PHARMATECH DIRECT CORP
D/B/A PHARMA TECH SOLUTIONS, SCIENCES
DEVELOPMENT & INITIATIVES LLC
and KEITH MORGAN BERMAN

                         *Defendants.*

Index No. E2022001620

**<u>JUDGMENT</u>**

      The Plaintiff, GREEEN GRASS HOLDINGS LLC DBA GREEN GRASS CAPITAL, having commenced this action by its attorney(s), Neuhauser Law., PLLC, by filing a summons and complaint with the court on 3/8/2022. Service was effectuated upon the Defendants, PHARMATECH DIRECT CORP D/B/A PHARMA TECH SOLUTIONS, SCIENCES DEVELOPMENT & INITIATIVES LLC and KEITH MORGAN BERMAN on 3/8/2022. Plaintiff has proceeded in this action through their attorney(s), Neuhauser Law, PLLC, by Jason A. Gang, Esq. The time of the Defendants PHARMATECH DIRECT CORP D/B/A PHARMA TECH SOLUTIONS, SCIENCES DEVELOPMENT & INITIATIVES LLC and KEITH MORGAN BERMAN to appear and answer herein has expired and that said Defendants have not appeared or answered herein.

      NOW, on motion of Jason A. Gang, Esq., of counsel to Neuhauser Law, PLLC, located at 1245 Hewlett Plaza, #478, Hewlett, NY 11557, attorneys of record for the Plaintiff herein, it is ADJUDGED:

      That Plaintiff, GREEEN GRASS HOLDINGS LLC DBA GREEN GRASS CAPITAL, 1 Whitehall St, Suite 200, New York, NY 10004 shall recover of the Defendants, PHARMATECH

DIRECT CORP D/B/A PHARMA TECH SOLUTIONS, SCIENCES DEVELOPMENT & INITIATIVES LLC, residing at 2660 Townsgate Rd, Westlake Village, CA 91361, and KEITH MORGAN BERMAN, residing at 1623 Elmsford Pl, Westlake Village, CA 91361, the sum of $27,267.00, plus attorneys fees at the rate of 30.00% equaling $7,304.10, plus interest from 1/3/2022 at the rate of 9.00% equaling $971.78, plus costs and disbursements of $490.00, in all totaling $36,032.88 and that the Plaintiff have execution thereof.

Dated: Rochester, New York

_____, 2022

*Jannie Ramco/sr*

ENTERED: 4/27/22