# Exhibit 19

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------------------------------x

AVION FUNDING,                                    INDEX NO: 503555/2022

                  Plaintiff,                  **JUDGMENT**
                                                  Pursuant to CPLR § 3215(a)

   -against-

PHARMA DIRECT CORP D/B/A PHARMA DIRECT and
KEITH BERMAN,

                  Defendants.
------------------------------------------------------------------x

| | |
|---|---:|
| Amount Claimed: | $38,173.00 |
| Less Payments/Credits: | -$0.00 |
| Current Amount Owed: | $38,173.00 |
| Interest from January 12, 2022: | $583.58 |
| Total Costs and Disbursements | $565.00 |
| **TOTAL JUDGMENT** | **$39,321.58** |

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NASSAU    )

### ATTORNEY AFFIRMATION

    The undersigned, an attorney admitted to practice law in the State of New York and the attorney of record for AVION FUNDING, Plaintiff in the above-entitled action, affirms that the disbursements specified have been or will be made or incurred. Plaintiff is entitled to a Judgment pursuant to CPLR § 3215(a) based upon Defendants' default and failure to serve an answer or otherwise appear in the above-entitled action and their time to do so has lapsed. Plaintiff hereby waives its request for an award of attorneys' fees. I further affirm, under the penalties of perjury, that the above statements herein are true.

DATED:    Garden City, NY                        DAVID FOGEL P.C.
               March 15, 2022

                                                        s/ David Fogel
                                                        David Fogel, Esq.

    **JUDGMENT** entered on   Mar. 15th 2022

    **NOW,** on the motion of David Fogel P.C., attorneys for Plaintiff, it is **ADJUDGED** that Plaintiff AVION FUNDING does recover from Defendants PHARMA DIRECT CORP D/B/A PHARMA DIRECT and KEITH BERMAN, jointly and severally, the sum of $38,173.00, with interest from January 12, 2022 in the amount of $583.58 and the costs and disbursements of this action in the sum of $565.00, amounting in all to the sum of **$39,321.58**, and that Plaintiff have execution therefore.

Plaintiff's Address:        101 Chase Ave, Lakewood, NJ 08701

Plaintiff's Attorney's Address: 1225 Franklin Avenue, Suite 522, Garden City, NY 11530

Defendants' Addresses:

    PHARMA DIRECT CORP d/b/a PHARMA DIRECT
    1623 Elmsford Pl
    Westlake Vlg, CA 91361

    KEITH BERMAN
    1623 Elmsford Pl
    Westlake Vlg, CA 91361

**FILED**

2022 MAR 15 PM 1:36

**KINGS COUNTY CLERK**

FEE _____

_____
CLERK

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
---------------------------------------------------------------------------x

AVION FUNDING,                                    INDEX NO: 503555/2022

                Plaintiff,           **BILL OF COSTS**

   -against-

PHARMA DIRECT CORP D/B/A PHARMA DIRECT
and KEITH BERMAN,

                Defendants.
---------------------------------------------------------------------------x

## **COSTS**

Proceedings before Note of Issue is filed ............................................................................. $200.00
    CPLR § 8201(1)

                                                                 **SUBTOTAL COST $200.00**

## **DISBURSEMENTS**

Fee for index number ............................................................................................................. $210.00
    CPLR § 8009

Serving summons and complaint ............................................................................................ $70.00
    CPLR §§ 8301(d) and 8011(h)

Fee for default judgment ........................................................................................................ $45.00

Sheriff's fees for receiving and returning one execution ....................................................... $40.00
    CPLR §§ 8301(a)(8) and 8011(b), (c), and (d), and 8012

                                            **SUBTOTAL DISBURSEMENTS $365.00**

                                                       **TOTAL $565.00**

## Attorney's Affirmation

The undersigned, David Fogel, Esq., an attorney duly admitted to practice law in the courts of the State of New York, hereby affirms the following under penalty of perjury:

I am the attorney of record and as such, am fully familiar with the facts and circumstances of the above captioned action; that the foregoing costs are correct and have been or will be made or incurred in this action and are reasonable in amount; and that the services for which fees have been charged were actually and necessarily performed and are reasonable in amount.

DATED:   Garden City, NY
         March 15, 2022

                                              DAVID FOGEL P.C.

                                              s/ David Fogel
                                              David Fogel, Esq.
                                              1225 Franklin Avenue, Suite 522
                                              Garden City, New York 11530
                                              Tel: 516-279-1420
                                              Attorney for Plaintiff
                                              File No.: 4386

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------------------x
AVION FUNDING,

                     Plaintiff,

  -against-

PHARMA DIRECT CORP D/B/A PHARMA DIRECT
and KEITH BERMAN,

                    Defendants.
-------------------------------------------------------------------------x

INDEX NO: 503555/2022

**AFFIRMATION OF ADDITIONAL MAILING OF SUMMONS PURSUANT TO CPLR § 3215(g)**

    DAVID FOGEL, an attorney duly admitted to practice before the courts of the State of New York, affirms the truth of the following under the penalty of perjury:

    I am not a party to this action and I am over 18 years of age.

    This is an action against a natural person based upon nonpayment of a contractual obligation.

On February 07, 2022, I served an additional copy of the SUMMONS AND VERIFIED COMPLAINT with NOTICE OF ELECTRONIC FILING on the individual codefendant(s) who is a/are natural person(s) in accordance with the additional notice requirements of CPLR § 3215(g)(3) by mailing same in a sealed envelope, bearing the legend "personal and confidential" and not indicating on the outside that the communication is from an attorney or concerns an alleged debt, with postage paid wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York designated for that purpose addressed to:

TO:    KEITH BERMAN
          1623 Elmsford Pl
          Westlake Vlg CA 91361


**DATED:**    Garden City, NY
                   March 15, 2022

                                                         DAVID FOGEL P.C.

                                                         s/ David Fogel
                                                         David Fogel, Esq.
                                                         Attorney for Plaintiff
                                                         File No.: 4386

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------------------x

AVION FUNDING,

                  Plaintiff,

-against-

PHARMA DIRECT CORP D/B/A PHARMA DIRECT
and KEITH BERMAN,

                  Defendants.
-------------------------------------------------------------------------x

INDEX NO: 503555/2022

**AFFIRMATION OF
<u>NON-MILITARY SERVICE</u>**

    DAVID FOGEL, an attorney duly admitted to practice before the courts of the State of New York, affirms the truth of the following under the penalty of perjury:

    1.  I am familiar with the Soldiers and Sailors Civil Relief Act of 1940, as amended (SSCRA), and I make this affirmation pursuant thereto.

    2.  On March 15, 2022, I caused an investigation to be made with the Department of Defense, Defense Manpower Data Center ("DMDC") to ascertain whether the individual codefendant(s) herein, ("Defendant(s)") is/are currently in the military service, as defined in said Act.

    3.  Said investigation was made by providing to the DMDC the Social Security number of the individual codefendant(s) which were previously provided to and verified by Plaintiff. According to the DMDC's response attached hereto, none of the Defendants are presently in the military service of the United States or of any state of the United States.

    4.  Based on said DMDC's response, no Defendant is presently in the military of the United States or of any state of the United States, or been ordered to report for induction under the Selective Training and Service Act of 1940, as amended.

**DATED:**    Garden City, NY
                March 15, 2022

DAVID FOGEL P.C.

s/ David Fogel
_____
David Fogel, Esq.
1225 Franklin Avenue, Suite 522
Garden City, New York 11530
Tel: 516-279-1420
Attorney for Plaintiff
File No.: 4386