# Exhibit 20

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

CJA-23 (Rev 3/21)

**IN THE UNITED STATES:** ☐ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify Below)

**IN THE CASE OF:** USA v. Berman
**FOR:** 20-cr-278
**AT:** DC District

**LOCATION NUMBER:**

**PERSON REPRESENTED** (Show your full name): Keith Morgan Berman

- ☒ 1 Defendant - Adult
- ☐ 2 Defendant - Juvenile
- ☐ 3 Appellant
- ☐ 4 Probation Violator
- ☐ 5 Supervised Release Violator
- ☐ 6 Habeas Petitioner
- ☐ 7 2255 Petitioner
- ☐ 8 Material Witness
- ☐ 9 Other (Specify)

**DOCKET NUMBERS**
- Magistrate Judge:
- District Court:
- Court of Appeals:

**CHARGE/OFFENSE** (Describe if applicable & check box →): Stock fraud & false statement
- ☒ Felony
- ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### INCOME & ASSETS

**EMPLOYMENT**
- Do you have a job? ☒ Yes ☐ No
- IF YES, how much do you earn per month? $0.00
- Will you still have a job after this arrest? ☒ Yes ☐ No ☐ Unknown

**PROPERTY** — Do you own any of the following, and if so, what is it worth?

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $0.00 | I rent @ $450 per month |
| Car/Truck/Vehicle | $0.00 | I lease @ $315 per month |
| Boat | $0.00 | |
| Stocks/bonds | $1500.00 | Stock @ $0.0001 x 15 million |
| Other property | $1500.00 | 1973 Opel GT |

**CASH & BANK ACCOUNTS**
- Do you have any cash, or money in savings or checking accounts? ☒ Yes ☐ No
- IF YES, give the total approximate amount after monthly expenses $0.00

### OBLIGATIONS, EXPENSES, & DEBTS

How many people do you financially support? ___

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $450.00 | $4950.00 |
| Groceries | $400.00 | $400.00 |
| Medical expenses | $50.00 | $50.00 |
| Utilities | $0.00 | $0.00 |
| Credit cards | $2800.00 | $2800.00 |
| Car/Truck/Vehicle | $315.00 | $945.00 |
| Childcare | $0.00 | $0.00 |
| Child support | $0.00 | $0.00 |
| Insurance | $0.00 | $0.00 |
| Loans | $68000.00 | $68000.00 |
| Fines | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT (OR PERSON SEEKING REPRESENTATION): [signed]

Date: 2/8/23