UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | CRIMINAL NO. 20-CR-278-TNM |
| v. ) | |
| ) | |
| KEITH BERMAN, ) | |
| ) | |
| Defendant. ) | |

## UNOPPOSED MOTION TO CONTINUE

The Defendant Keith Berman, through his counsel, respectfully moves this Court to continue the Bond-Hearing Revocation currently scheduled for March 30, 2023 to April 11, 2023. The Parties have met and conferred and have agreed that a continuance is appropriate in order to give the Parties sufficient time to coordinate the virtual appearance of Mr. Berman and to facilitate an orderly presentation of evidence and arguments.

The United States of America consents to the relief sought in this motion.

Respectfully Submitted,

/s/ Kevin B. Collins
Kevin B. Collins (Bar ID: 445305)
Nicholas Xenakis (*pro hac vice*)
Elizabeth Ertle (*pro hac vice*)
COVINGTON & BURLING LLP
850 10th St NW
Washington, DC 20001
(202) 662-5598

Michelle Peterson (Bar ID: 438930)
Assistant Federal Public Defender
For the District of Columbia

625 Indiana Avenue, N.W.
Washington, DC 20004

*Counsel for Keith Berman*

**CERTIFICATE OF SERVICE**

      I hereby certify that I caused copies of the foregoing to be transmitted to counsel registered to receive electronic service.

Signed,

/s/ Kevin B. Collins
Kevin B. Collins (Bar ID: 445305)
COVINGTON & BURLING LLP
One CityCenter
850 10th St NW
Washington, DC 20001
(202) 662-5598

*Counsel for Keith Berman*