# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **KEITH BERMAN**, <br><br> Defendant. | Case No. 1:20-cr-278 (TNM) |

## ORDER

For the reasons stated on the record in the Court's April 25, 2023, Hearing, it is hereby

**ORDERED** that the Government's [112] Motion to Revoke Defendant's Bond is GRANTED; and it is also

**ORDERED** that Defendant's [120-1] Motion to Transfer is DENIED.

**SO ORDERED**.

Dated: April 25, 2023                             TREVOR N. McFADDEN, U.S.D.J.