UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | CRIMINAL NO. 20-CR-278-TNM |
| v. | ) | |
| | ) | |
| KEITH BERMAN, | ) | JOINT STATUS REPORT |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

The Parties, by and through their undersigned counsel, respectfully submit this Joint Status Report ahead of the status conference scheduled for June 26, 2023, at 10:00 a.m.

**A. Status Report**

On June 23, 2023, the Parties, by and through their respective counsels, met and conferred on the following topics: (1) Supplemental Pre-Trial Disclosure & Briefing Schedule; (2) a Motion *in Limine* regarding evidence of alleged victim harm; (3) Motion to Exclude Mr. Carocci's expert testimony; (5) Proposed Jury Instructions and *Voir Dire* Questions; and (6) Mr. Berman's transfer to the District of Columbia. Based on the government's representations, Mr. Berman is concerned that he will be transferred to a facility that is not easily accessible by his counsel and counsel intends to raise this concern as well as the delay of Mr. Berman's transfer with the Court at the June 26, 2023, status conference.

**B. Proposed Supplemental Pre-Trial Disclosure & Briefing Schedule**

The Parties have agreed to the Proposed Supplemental Pre-Trial Disclosure and Briefing Schedule detailed below.

| PROPOSED PRE-TRIAL DISCLOSURE & BRIEFING SCHEDULE | |
|---|---|
| Government's Expert Disclosures | September 4, 2023 |
| Defendant's Motion to Exclude Expert Witness Testimony | September 25, 2023 |
| Government's Response to Defendant's Motion to Exclude | October 10, 2023 |
| Defendant Expert Disclosures | October 16, 2023 |
| Defendant's Reply to Government's Response | October 16, 2023 |
| Government Witness List Disclosures | October 30, 2023 |
| Defendant Witness List Disclosures | October 30, 2023 |
| Government Exhibit Disclosures | November 6, 2023 |
| Defendant Exhibit Disclosures | November 6, 2023 |
| Pre-trial Conference | November 13, 2023 |
| **Trial** | **December 8, 2023** |

The Parties request that the court approve and adopt the proposed schedule.

**C.  Motion *In Limine* Regarding Evidence of Alleged Victim Harm**

During the meet and confer, Defense Counsel represented its intention to file a Motion *in Limine* to exclude evidence regarding victims' harm, as related to investment losses in Decision Diagnostics Corporation.  The Government represented that at trial it would not adduce evidence about the dollar amount of any individual victim's monetary loss or the total dollar amount of

monetary loss of the victims as a whole. Based on the Government's representation, Defense Counsel has agreed to not pursue this Motion in *Limine*.

### D. Motion to Exclude Mr. Carocci's Expert Testimony

Defense Counsel informed the Government of its intention to file a Motion to Exclude Thomas Carocci's expert testimony. The Government stated that it would not oppose Defendant's ability to file a Daubert motion, but that it would oppose the Daubert motion itself. Additionally, the Government informed Defense Counsel that it intended to supplement its expert disclosure, as related to Mr. Carocci's proposed testimony. Accordingly, the Parties agreed to a briefing schedule that is reflected in the proposed supplemental pre-trial disclosure and briefing schedule.

### E. Jury Instructions

The Government informed Defense Counsel that the Government and Mr. Berman's former counsel had worked cooperatively on the proposed jury instructions and had agreed on the final instructions save for a couple of issues. (ECF 52, 55.) As reflected in the transcript of the December 15, 2021 pre-trial conference, the Court reserved judgment on these remaining issues, namely the aiding and abetting and good faith instructions. Dec. 15, 2021 Tr. at 43-46. Similarly, the Government and Mr. Berman's former counsel had worked cooperatively on the proposed *voir dire* questions. Dec. 15, 2021 Tr. at 6-20. The Government asked Defense Counsel whether they planned to seek leave of the Court to revisit the proposed jury instructions and *voir dire* questions. Defense Counsel stated that it still needed to conduct a careful and diligent review of the instructions, and that it could not agree to accept the proposed jury instructions and *voir dire* questions at this time. Accordingly, the Parties have agreed to table the discussion of whether Defense Counsel will seek leave to revisit the proposed jury instructions

and *voir dire* questions until a later date. Specifically, the Parties agreed to meet and confer about this matter in advance of the next status conference scheduled by the Court.

### F. Mr. Berman's Transfer to the District of Columbia

Defense Counsel requested that the Government provide a status update on Mr. Berman's transportation to the District of Columbia, which the Government did based on information that had been provided to it by the U.S. Marshals Service. The Government stated that Mr. Berman had been accepted into a facility on the East Coast that is within a few states away from Washington, D.C., but that the Government had been told by the U.S. Marshals Service that, for security reasons, the Government could not disclose to Defense Counsel the actual location of the facility itself or the precise timing of the transfer. The Government stated that Mr. Berman transfer was imminent, and could occur, at the latest, in mid-July 2023. As such, Mr. Berman reserves all rights to address any issues pertaining to his constitutional rights of access to and effective assistance of counsel.

Dated: June 23, 2023                                                                 Respectfully Submitted,

| | |
|---|---|
| Christopher Fenton<br>Kate T. McCarthy<br>Matthew Reilly<br>Trial Attorneys<br><br>Fraud Section, Criminal Division<br>United States Department of Justice<br>1400 New York Avenue, NW<br>Washington, DC 20005<br>(202) 320-0539 | Kevin B. Collins (Bar ID: 445305)<br>Nicholas J. Xenakis (*pro hac vice*)<br>Elizabeth Ertle (*pro hac vice*)<br>Covington & Burling LLP<br>850 Tenth Street, NW<br>Washington, DC 20001<br>(202) 662-5598<br><br>Michelle Peterson (Bar ID: 438930)<br>Assistant Federal Public Defender<br>For the District of Columbia<br>625 Indiana Avenue, NW<br>Washington, DC 20004<br><br>*Counsel for Keith Berman* |

## CERTIFICATE OF SERVICE

I hereby certify that I caused copies of the foregoing to be transmitted to counsel registered to receive electronic service.

Signed,

| | |
|---|---|
| Christopher Fenton<br>Kate T. McCarthy<br>Matthew Reilly<br>Trial Attorneys<br><br>Fraud Section, Criminal Division<br>United States Department of Justice<br>1400 New York Avenue, NW<br>Washington, DC 20005<br>(202) 320-0539 | Kevin B. Collins (Bar ID: 445305)<br>Nicholas J. Xenakis (*pro hac vice*)<br>Elizabeth Ertle (*pro hac vice*)<br>Covington & Burling LLP<br>850 Tenth Street, NW<br>Washington, DC 20001<br>(202) 662-5598<br><br>Michelle Peterson (Bar ID: 438930)<br>Assistant Federal Public Defender<br>For the District of Columbia<br>625 Indiana Avenue, NW<br>Washington, DC 20004<br><br>*Counsel for Keith Berman* |