# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) CRIMINAL NO. 20-CR-278-TNM |
| v. | ) |
| | ) |
| KEITH BERMAN, | ) |
| | ) |
| Defendant. | ) |

## JOINT PROPOSED PRE-TRIAL SCHEDULE

Pursuant to the Court's June 26, 2023 order, the Parties, by and through their undersigned counsel, respectfully submit this Joint Proposed Pre-Trial Schedule:

| PROPOSED PRE-TRIAL DISCLOSURE & BRIEFING SCHEDULE | |
|---|---|
| Government's Expert Disclosures | September 4, 2023 |
| Defendant's Motion to Exclude Expert Witness Testimony | September 25, 2023 |
| Defendant's Expert Disclosures | September 25, 2023 |
| Government's Response to Defendant's Motion to Exclude Expert Witness Testimony | October 10, 2023 |
| Government's Motion to Exclude Expert Witness Testimony | October 16, 2023 |
| Defendant's Reply In Further Support of His Motion to Exclude Expert Testimony | October 16, 2023 |
| Defendant's Response to Government's Motion to Exclude Expert Testimony | October 30, 2023 |
| Government Witness List Disclosures | October 30, 2023 |
| Defendant Witness List Disclosures | October 30, 2023 |

| | |
|---|---|
| Government's Reply In Further Support of Its Motion to Exclude Expert Witness Testimony | November 6, 2023 |
| Government Exhibit Disclosures | November 6, 2023 |
| Defendant Exhibit Disclosures | November 6, 2023 |
| Proposed Jury Instructions and *Voir Dire* Questions | November 6, 2023 |
| Pre-trial Conference | November 13, 2023 |
| **Trial** | **December 8, 2023** |

The Parties request that the Court approve and adopt the proposed schedule.

Dated: July 5, 2023

Respectfully Submitted,

  /s/ Christopher Fenton
Christopher Fenton
Kate T. McCarthy
Matthew Reilly
Trial Attorneys

Fraud Section, Criminal Division
United States Department of Justice
1400 New York Avenue, NW
Washington, DC 20005
(202) 320-0539

  /s/ Kevin B. Collins
Kevin B. Collins (Bar ID: 445305)
Nicholas J. Xenakis (*pro hac vice*)
Elizabeth Ertle (*pro hac vice*)
Covington & Burling LLP
850 Tenth Street, NW
Washington, DC 20001
(202) 662-5598

Michelle Peterson (Bar ID: 438930)
Assistant Federal Public Defender
For the District of Columbia
625 Indiana Avenue, NW
Washington, DC 20004

*Counsel for Keith Berman*

## CERTIFICATE OF SERVICE

I hereby certify that I caused copies of the foregoing to be transmitted to counsel registered to receive electronic service.

Signed,

   /s/ Kevin B. Collins
Kevin B. Collins (Bar ID: 445305)
Nicholas J. Xenakis (*pro hac vice*)
Elizabeth Ertle (*pro hac vice*)
Covington & Burling LLP
850 Tenth Street, NW
Washington, DC 20001
(202) 662-5598

Michelle Peterson (Bar ID: 438930)
Assistant Federal Public Defender
For the District of Columbia
625 Indiana Avenue, NW
Washington, DC 20004

*Counsel for Keith Berman*