UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | CRIMINAL NO. 20-CR-278-TNM |
| v.  ) | |
| ) | |
| KEITH BERMAN, ) | |
| ) | |
| Defendant. ) | |

### DECLARATION IN SUPPORT OF ADMISSION *PRO HAC VICE* OF JOSÉ F. GIRÓN

I, José F. Girón, declare and state as follows:

(1) My full name is José Fernando Girón Arias.

(2) I am an associate at the law firm of Covington & Burling, LLP, in Washington, D.C. My office address is 850 10th St NW, Washington, DC 20268. My office telephone number is (202) 662-5331.

(3) I am a member of the Maryland Bar, and have a pending application for admission to the D.C. Bar. At all times, I am supervised by admitted principals of the firm at which I work. I have not been disciplined by any bar.

(4) I have never been admitted *pro hac vice* in this Court.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON: July 19, 2023

/s/ _____
José F. Girón

# Supreme Court of Maryland

### Annapolis, MD



## *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the twenty-eighth day of November, 2022,

### *Jose Fernando Giron Arias*

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the seventeenth day of September, 2023.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this nineteenth day of July, 2023.

*Gregory Hilton*
_____
Clerk of the Supreme Court of Maryland