NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.  Criminal Number 1:20-cr-00278-TNM

KEITH BERMAN
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA   ☐ RETAINED   ☒ PRO BONO CO-COUNSEL W/ FEDERAL PUBLIC DEFENDER

_____
*(Signature)*

PLEASE PRINT THE FOLLOWING INFORMATION:

Nicholas Xenakis (Bar ID: 90001123)
*(Attorney & Bar ID Number)*

Covington & Burling LLP
*(Firm Name)*

850 10th Street NW
*(Street Address)*

Washington, DC 20001
*(City)   (State)   (Zip)*

202-662-5846
*(Telephone Number)*