NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.

Criminal Number 1:20-cr-00278-TNM

KEITH BERMAN
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA    ☐ RETAINED    ☒ PRO BONO CO-COUNSEL W/ FEDERAL PUBLIC DEFENDER

/s/ Lori P. Taubman
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Lori P. Taubman (Bar ID 1673026)
(Attorney & Bar ID Number)

Covington & Burling LLP
(Firm Name)

850 Tenth Street, NW
(Street Address)

Washington, D.C. 20001
(City)   (State)   (Zip)

(202) 662-5256
(Telephone Number)