UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | CRIMINAL NO. 20-CR-278-TNM |
| v.            ) | |
| ) | |
| KEITH BERMAN,        ) | |
| ) | |
| Defendant.   ) | |

### MOTION FOR ADMISSION *PRO HAC VICE* OF JONAH PANIKAR

Pursuant to LCrR 44.1(d) of the Local Rules of the United States District Court for the District of Columbia, Kevin Collins, counsel for Keith Berman, respectfully moves this Court for an order admitting Jonah Panikar to the Bar of this Court, *pro hac vice*, for the purpose of representing Keith Berman in the above captioned case.  Mr. Panikar is knowledgeable regarding this proceeding, and it would be economical and efficient to allow Mr. Panikar to appear before this Court.  Mr. Panikar is a member of good standing of the District of Columbia, Maryland, and United States District Court for the District of Maryland Bars and has not been admitted *pro hac vice* to practice before this Court.  At all times, he is supervised by admitted principals of the firm.  A declaration attesting to these facts is attached.  For the foregoing reasons, undersigned counsel respectfully requests that the Court grant this Motion and enter an Order for admission of Mr. Panikar *pro hac vice* in the above captioned case.  A proposed order is attached.

Respectfully Submitted,
/s/ Kevin B. Collins
Kevin B. Collins (Bar ID: 445305)
COVINGTON & BURLING LLP
850 10th St NW
Washington, DC 20001
(202) 662-5598

*Counsel for Keith Berman*

## CERTIFICATE OF SERVICE

     I hereby certify that I caused copies of the foregoing to be transmitted to counsel registered to receive electronic service.

                Signed,

                /s/ Kevin B. Collins
                Kevin B. Collins (Bar ID: 445305)
                COVINGTON & BURLING LLP
                850 10th St NW
                Washington, DC 20001
                (202) 662-5598

                *Counsel for Keith Berman*