UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | CRIMINAL NO. 20-CR-278-TNM |
| v. | ) | |
| | ) | |
| KEITH BERMAN, | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION IN SUPPORT OF ADMISSION *PRO HAC VICE* OF JONAH PANIKAR**

I, Jonah Panikar, declare and state as follows:

(1) My full name is Jonah Panikar.

(2) I am an associate at the law firm of Covington & Burling, LLP, in Washington, DC. My office address is One CityCenter, 850 Tenth St. NW, Washington, DC 20001. My office telephone number is (202) 662-5831.

(3) I am a member of the District of Columbia, Maryland, and United States District Court for the District of Maryland Bars. At all times, I am supervised by admitted principals of the firm at which I work. I have not been disciplined by any bar.

(4) I have never been admitted *pro hac vice* in this Court.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON: September 20, 2023

*(signature)*
Jonah Panikar



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Jonah Thomas Panikar

was duly qualified and admitted on November 20, 2022 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 20, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*