# Government Exhibit 1A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br> ) | CRIMINAL NO. 20-CR-278-TNM |
| v.          )<br> ) | |
| KEITH BERMAN,      )<br> ) | |
| Defendant.   ) | |

**EXPERT DISCLOSURE OF STUART J. WILLIAMS, PHD**

Defendant Keith Berman submits this expert disclosure pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C).  Mr. Berman anticipates calling Dr. Stuart J. Williams in his case-in-chief.  Mr. Berman may choose not to attempt to elicit the testimony outlined in this notice but provides this information out of an abundance of caution in order to comply with the applicable rules.

Dr. Williams holds a Ph.D. in Mechanical Engineering from Purdue University, a Masters in Mechanical Engineering, from the University of Louisville, and a B.S. in Mechanical Engineering from the University of Louisville.  Dr. Williams is a Professor of Mechanical Engineering at the University of Louisville, J.B. Speed School of Engineering, where he holds associate appointments in Bioengineering and Electrical & Computer Engineering.  Dr. Williams joined the Louisville faculty in July 2010, and he has served as a Lecturer, Assistant Professor, Associate Professor, and most recently, a full tenured Professor.  As part of his duties, Dr. Williams teaches graduate level courses in fluid power systems, microfluidics, and experimental fluid mechanics.  Dr. Williams leverages his expertise as a leader and active participant in various mechanical engineering associations.  Specifically, Dr. Williams is a member of the American Society of Mechanical Engineers, the American Electrophoresis Society, and the

ElectroOptics Research Institute, and Nanotechnology Center. Dr. Williams' research expertise is in multidisciplinary applications of microfluidics, colloids, and multiscale systems, which includes impedance sensing. Dr. Williams is also a frequent speaker on impedance spectroscopy and electrical impedance systems. In addition, Dr. Williams has written on impedance platforms, impedance spectroscopy, and rapid detection of SARS-CoV-2 using an electrochemical impedance based-detector.

We anticipate that Dr. Williams will testify as to (a) the detection of viruses through impedance technology; (b) the scientific publications that are the basis for Decision Diagnostic Corp.'s ("DECN") COVID-19 test kits; (c) the design features of DECN's COVID-19 test kits; (d) the design feasibility of DECN's COVID-19 test kits to detect the COVID-19 virus; and (e) the testing protocols and testing data that DECN generated as it developed its COVID-19 test kits.

In particular, Dr. Williams will offer testimony regarding the feasibility of using an electrochemical impedance spectroscopy-based biosensor for the detection of pathogen viruses. Dr. Williams will offer his opinion as to whether DECN's COVID-19 test kits share fundamental designs elements, as specified, in scientific white-papers that served as the basis for DECN's test kits' design. Additionally, Dr. Williams will explain that DECN's COVID-19 blood and saliva test kits, generally, shared an identical product design. Also, Dr. Williams will opine on the feasibility of using DECN's COVID-19 testing product design to detect COVID-19. Dr. Williams will offer testimony about The Bio's criticism of using impedance technology to test for COVID-19 from a blood sample. Dr. Williams will discuss the soundness of DECN's testing protocols and testing data it employed in developing its COVID-19 test kits.

3

Dr. Williams's testimony will be based on his training, experience, and years-long study of impedance technology. Dr. Williams' curriculum vitae is attached as Exhibit A. A list of Dr. Williams' publications for the past 10 years is attached as Exhibit B. Dr. Williams has not testified as an expert at trial or by deposition in the previous four years.

Mr. Berman reserves the right to supplement this disclosure in advance of trial.

*Stuart Williams*
September 25, 2023
Stuart J. Williams, Ph.D.
Professor of Mechanical Engineering
University of Louisville

Dated:  September 25, 2023

                Kevin B. Collins (Bar ID: 445305)
                Covington & Burling LLP
                850 Tenth Street, NW
                Washington, DC 20001
                (202) 662-5598

                Michelle Peterson (Bar ID: 438930)
                Assistant Federal Public Defender
                For the District of Columbia
                625 Indiana Avenue, NW
                Washington, DC 20004

                *Counsel for Keith Berman*