Government Exhibit 12

PEUA200232
GenViro! Swift COVID-19 Test
FDA Conference Call Summary

## FDA Conference Call Summary for PEUA200232

### Conference Call Logistics
- Date: April 14, 2020
- Time: 11:30 – 12:00pm central
- FDA participants
    - Maria Ines Garcia, PhD, Assistant Director, General Viral and Hepatitis Branch, Division of Microbiology Devices
    - Laura Ulitzky, MS, Reviewer, General Viral and Hepatitis Branch, Division of Microbiology Devices
- Pharma Tech Solutions Participants
    - Keith Berman, MBA, MPA, CEO Pharma Tech Solutions
    - Matthew Musho, PhD Partner, Stony Fork Consulting
    - Leslie Musho, Partner, Stony Fork Consulting
    - Mark DuVal, JD, FRAPS, Regulatory Counsel
    - Lisa Pritchard, BSEEE Regulatory Consultant

### Minutes
**Opening Remarks**

Pharma Tech~~Mark DuVal~~ thanked FDA for their time. He stated that the GenViro! Test is not an antibody test, but is expected to become a world standard after completion of EUA testing and authorization of the EUA application. He indicated that the technology is based on diabetes monitoring devices used by over 18 million people in the US. He stated that due to the current COVID-19 crisis, it is important to make this test available with the minimum necessary testing to demonstrate the standard for an Emergency Use Authorization—that the kit ***may be effective***.

[Formatted: Font: Bold, Underline]

~~Lisa Pritchard~~ Pharma Tech stated that the purpose of the call is to discuss the testing that has been requested by FDA. She stated that before getting into the testing, it is necessary to provide a bit of background on the device and the desired indications for use.

**Device Description**
~~Lisa Pritchard~~ Pharma Tech provided an overview of the GenViro! Swift COVID-19 Test. She stated that the GenViro!™ Swift COVID-19 Test is based on technology used by over 18 million people in the United States with diabetes to complete glucose monitoring. She described the following key features and benefits of the GenViro! Swift COVID-19 Test.
- Kit for detection of SARS-CoV-2 viral particles in fingerstick blood samples

Pharma Tech Solutions, Inc.              CONFIDENTIAL              Page 1 of 5

DOJ-BERMAN_040789

DOJ-BERMAN-R_0000276268

- – *Uses impedance and phase angle* in blood sample to directly determine presence of virus. This methodology is reported for detection of other viruses, such as influenza, TMV and Baculovirus
- – *Presence of viral particles results in impedance within a specified range*
- – *Kit does not measure antibodies*
- – *Advantage over antibody tests: short sampling and missed draws with antibody tests can create erroneous results*
- – *With the GenViro! product, a short sample or bad draw (professional operator error) will create a meter error message and no erroneous outcomes, only a message that the test must be repeated*
- POC results provided in as little as 15 seconds with no need for laboratory analyzers, medical technologists or other equipment
- Complete kit contains five test strips, meter, check strip (to verify meter function prior to testing), five single-use spring-loaded lancets, and instructions for use

~~Laura Ulitzky~~FDA indicated that it would be helpful if Pharma Tech could provide a publication related to the use of impedance measurements for detecting viruses.

~~Dr. Garcia~~FDA requested clarification if multiple fingerstick samples would be required if the device is designed to repeat the test. Keith Berman clarified that only one fingerstick would be required for a test. The design is considering whether the sensor will read each sample more than one time before providing a result. ~~Dr. Garcia~~FDA asked about the variability between measurements. Matthew Musho stated that the measurements are expected to be reproducible since the device will be measuring physical characteristics of the virus rather than chemical attributes. ~~Dr. Garcia~~FDA stated that FDA will expect results to be reproducible.

**Indications for Use**
Pharma Tech ~~Lisa Pritchard~~ then stated that, based on the FDA feedback provided, Pharma Tech has evaluated the desired indications for use language. She indicated that this has been clarified to focus on the qualitative detection of SARS-CoV-2 virion in fingertip blood samples drawn by healthcare workers at the point-of-care to aid in diagnosis of SARS-CoV-2 infection. She stated that the desired Indications for Use statement will read as follows:

> The GenViro!™ Swift COVID-19 Test is an in vitro diagnostic test intended for the **qualitative detection of SARS-CoV-2 virion** in human capillary blood drawn from the **fingertips** of patients by **healthcare workers at the point-of-care**. The GenViro!™ Swift COVID-19 Test is an **aid in the diagnosis of SARS-CoV-2 infection**.
>
> A negative result reported by GenViro! should not be used as the sole basis for a diagnosis or patient management decision. The GenViro!™ Swift COVID-19 Test is only for use under the Food and Drug Administration's Emergency Use Authorization.

Pharma Tech Solutions, Inc.                CONFIDENTIAL                Page 2 of 5

DOJ-BERMAN_040790

DOJ-BERMAN-R_0000276269

PEUA200232
GenViro! Swift COVID-19 Test
FDA Conference Call Summary

There were no questions regarding the proposed Indications for Use statement.

> **Commented [MIG1]:** Please note that the intended use is likely to change based on current knowledge and the results of the studies.

### Planned Testing
~~Lisa Pritchard~~ Pharma Tech then stated that the purpose of the meeting is to discuss the testing that will be required to support the desired Emergency Use Authorization. The four tests requested by FDA were briefly discussed.

### Limit of Detection/Analytical Sensitivity
~~Lisa Pritchard~~ Pharma Tech stated that the Limit of Detection/Analytical Sensitivity test will be conducted as requested by FDA, and indicated that no clarification or discussion was required for this test.

### Cross-reactivity/Analytical Specificity
~~Lisa Pritchard~~ Pharma Tech stated that three of the requested organisms would not be expected to cause a cross-reactivity with the GenViro! assay so should not apply to cross-reactivity testing. She identified these as:

- Streptococus pneumoniae
- Streptococcus pyrogenes
- Pooled human nasal wash – to represent diverse microbial flora in the human respiratory tract

~~Laura Ulitzsky~~FDA agreed that because the GenViro! would only be using a fingerstick sample, the pooled human nasal wash would not be needed. She stated that the streptococcus pneumoniae and streptococcus pyrogenes should be conducted. Keith Berman stated that these are not expected to appear in a fingerstick sample. ~~Dr. Garcia~~FDA stated that because these would not be in the sample, to provide the justification. She also stated that because this is clearly not another test like the others they have been reviewing, they will need to see data to show that it works.

### Microbial Interference
Pharma Tech ~~Lisa Pritchard~~ stated that because the mechanism of action for GenViro! is dependent upon the physical characteristics of the virus, no microbial interferent would be expected to be able to alter the physical characteristics of the target virus such that it would prevent or obscure detection. She stated that as a result, Pharma Tech does not believe that microbial interference testing should apply to the GenViro! Test.

FDA raised a question that since additional virus may be present in a sample (e.g., if someone had COVID-19 as well as influenza), testing would need to be able to show that a positive signal is specific to SARS-CoV-2 to be able to prove that the test is good. Pharma Tech ~~Matthew~~

Pharma Tech Solutions, Inc.    CONFIDENTIAL    Page 3 of 5

DOJ-BERMAN_040791

DOJ-BERMAN-R_0000276270

PEUA200232
GenViro! Swift COVID-19 Test
FDA Conference Call Summary

~~Musho~~ clarified that while a PCR test would need to be concerned about microbial interference due to reaction with a reagent, the only reagent with the GenViro! is a surfactant. FDA clarified that their concern was instead whether there could be another microorganism in the blood sample. Pharma Tech ~~Keith Berman~~ stated that they could devise a microbiology test using whole blood samples. Pharma Tech ~~Matthew Musho~~ provided clarification that even if another microorganism was in the blood sample, it would not impact the results because most, if not all microorganisms are very large in comparison to the SARS-CoV-2 virus. FDA indicated that this should be included in the justification for diverting from the recommended microbial interference test.

### Clinical Agreement Study

Pharma Tech ~~Lisa Pritchard~~ indicated that the final requested test was a clinical agreement study. She stated that the FDA feedback requested that the clinical agreement study use human specimens, preferably leftover from patient with or without SARS-CoV-2. She stated that the proposed study would use contrived venous whole blood samples for known positives, as contrived samples would be expected to yield equivalent results because the red blood cells in either case (human or spiked venous) would be lysed. FDA indicated that typically, they are requiring fresh fingerstick samples for the clinical agreement study, but because this is not an antibody test, they would need to check with the rest of the group to determine if contrived samples could be acceptable instead. FDA indicated that Pharma Tech should provide the rational for use of contrived samples by email. Pharma Tech ~~Matthew Musho~~ clarified that the matrix used doesn't have an effect when evaluating physical characteristics of the virus, like it does when evaluating antibodies. He further stated that use of contrived samples would lower the overall risk of conducting the study, but minimizing unnecessary exposure to infected individuals. Pharma Tech ~~Lisa Pritchard~~ continued by indicating that the clinical agreement study for the GenViro! Test will utilize the most challenging matrix (fingerstick is the only desired matrix) for validation, and that status of SARS-CoV-2 will be established using an EUA authorized PCR assay. She further stated that industry standard sodium EDTA or heparinized vacutainer will be used for anticoagulant during testing of the contrived samples. FDA concluded by requesting justification information be provided by email.

> **Commented [MIG2]:** As a post meeting note, contrived samples alone will not be acceptable for obtaining a fingerstick claim. Please test fingerstick samples from infected individuals.

### Summary
- GenViro! evaluates physical characteristics of virion to determine presence or absence of virus; it is not an antibody test
- Desired indication for use includes qualitative detection of SARS-CoV-2 virion in fingerstick blood samples by healthcare workers at the point-of-care to aid in the diagnosis of SARS-CoV-2 infection. Negative results should not be used as a sole basis for diagnosis or patient management decision.
- Pharma Tech will design and conduct Limit of Detection/Analytical Sensitivity testing are requested in FDA feedback.

Pharma Tech Solutions, Inc.   CONFIDENTIAL   Page 4 of 5

DOJ-BERMAN_040792

DOJ-BERMAN-R_0000276271

PEUA200232
GenViro! Swift COVID-19 Test
FDA Conference Call Summary

- Cross-Reactivity / Analytical Sensitivity testing will be conducted on all requested microorganisms except strep pneumo, strep pyro, and pooled human nasal wash as these would not be expected in the fingerstick samples; justification will be provided by Pharma Tech.
- Pharma Tech will provide justification for why microbial interference testing is not applicable and consider completing a microbiology evaluation.
- Pharma Tech will provide justification for why clinical agreement study would be appropriately completed using contrived venous whole blood samples rather than fingerstick samples.

**Next Steps**
- Pharma Tech to provide available publication(s) of use of impedance measurements to detect virus to FDA
- Pharma Tech to provide rationale for discussed modifications to the requested cross-reactivity/analytical sensitivity, microbial interference, and clinical agreement study to FDA

Pharma Tech Solutions, Inc.                CONFIDENTIAL                     Page 5 of 5

DOJ-BERMAN_040793

DOJ-BERMAN-R_0000276272

PEUA200232/A001
GenViro! Swift COVID-19 Test
Follow-Up to 14APR2020 Conference Call

## Follow-up Information for PEUA200232

In follow-up to the teleconference discussion held with FDA on April 14, 2020 to discuss the testing required for the Emergency Use Authorization of the GenViro! Swift COVID-19 Test, clarification is provided of the GenViro! Test, the modified proposed Indications for Use, and the tests requested by FDA. Results of the tests to be conducted will be used with labeling appropriate to reflect Emergency Use Authorization status to ensure that the known benefits outweigh the known risks of use of this test kit to help address the COVID-19 pandemic. This test kit has the potential to revolutionize the testing to assist in diagnosis of SARS-CoV-2 as a simple to use test providing rapid results without the need for access to additional specialized laboratory equipment.

### Device Overview

The GenViro!™ Swift COVID-19 Test is based on technology used by over 18 million people in the United States with diabetes to complete glucose monitoring. Following are key features and benefits of the GenViro! Swift COVID-19 Test.

- Kit for detection of SARS-CoV-2 viral particles in fingerstick blood samples
  - ***Uses electrochemical impedance measurements*** in capillary whole blood samples to determine presence of virus. This methodology is reported for detection of other viruses, including influenza, TMV and Baculovirus (see Attachment 1)
  - ***Kit does not measure antibodies***
  - ***Advantage over antibody tests: short sampling and missed draws with antibody tests can create erroneous results***
  - ***In our test, a short sample or bad draw will create a meter error message and test must be repeated***
- POC results provided in as little as 15 seconds with no need for laboratory equipment
- Complete kit contains five test strips, meter, check strip (to verify function), five single-use spring-loaded lancets, and instructions for use

### Indications for Use

The GenViro!™ Swift COVID-19 Test is an in vitro diagnostic test intended for the ***qualitative detection of SARS-CoV-2 virion*** in human capillary blood drawn from the ***fingertips*** of patients by ***healthcare workers at the point-of-care***. The GenViro!™ Swift COVID-19 Test is an ***aid in the diagnosis of SARS-CoV-2 infection***.

**Commented [MIG1]:** Please note that this will change based on the data submitted.

A negative result reported by GenViro! should not be used as the sole basis for a diagnosis or patient management decision. The GenViro!™ Swift COVID-19 Test is only for use under the Food and Drug Administration's Emergency Use Authorization.

Pharma Tech Solutions, Inc.           CONFIDENTIAL           Page 1 of 4

DOJ-BERMAN_040794

DOJ-BERMAN-R_0000276273

PEUA200232/A001
GenViro! Swift COVID-19 Test
Follow-Up to 14APR2020 Conference Call

### Planned Testing

Four tests are considered for demonstration that the GenViro! Swift COVID-18 Test may be effective when used as an aid in the diagnosis of SARS-CoV-2 infection. Results of the tests will be used with labeling appropriate to reflect Emergency Use Authorization status to ensure that the known benefits outweigh the known risks of use of this test kit to help address the COVID-19 pandemic.

### Limit of Detection/Analytical Sensitivity

Serial dilutions of viral stocks with the GenViro! Swift COVID-19 Test will be tested until the lowest concentration at which 19/20 replicates test positive for the desired matrix (fingerstick sample) using venous whole blood samples.

### Cross-reactivity/Analytical Specificity

Contrived specimens using the desired matrix (fingerstick sample) will be tested using 5 replicates of the following microorganisms:

- Human coronavirus 229E
- Adenovirus (e.g. C1 Ad. 71)
- Human coronavirus OC43
- Human Metapneumovirus (hMPV)
- Parainfluenza virus 1-3
- Human Coronavirus NL63
- Influenza A
- Influenza B
- Enterovirus
- Respiratory syncytial virus
- Rhinovirus
- Haemophilus influenzae

*The following additional specimens requested by FDA do not apply* to the GenViro! Test as they are not expected within the only desired matrix (fingerstick blood samples) ***so will not be included in cross-reactivity/Analytical Specificity testing***:

- Streptococus pneumoniae
- Streptococcus pyogenes
- Pooled human nasal wash – to represent diverse microbial flora in the human respiratory tract

### Microbial Interference

The GenViro! mechanism of action relies upon evaluation of the physical characteristics of the virus. Microbial interferent (e.g., influenza A, Respiratory syncytial virus, streptococcus pyogenes, rhinovirus, streptococcus pneumoniae, haemophilus influenzae, or Moraxella catarrhalis) would not be expected to be found in a whole blood sample. Prior to running the test the subject should

> **Commented [MIG2]:** This study may be performed in venous whole blood. It does not need to be performed with fingerstick samples.
>
> **Commented [MIG3]:** Show us the data to support the claim that no interference is expected to be found.

Pharma Tech Solutions, Inc.        CONFIDENTIAL                Page 2 of 4

DOJ-BERMAN_040795

DOJ-BERMAN-R_0000276274

PEUA200232/A001
GenViro! Swift COVID-19 Test
Follow-Up to 14APR2020 Conference Call

wash thoroughly their hands with soap and water or an alcohol towelette to minimize inadvertent contamination of the sample as it sits on the fingertip.

**Clinical Agreement Study**
The desired matrix for the GenViro! Test is a capillary whole blood sample. The GenViro! Test evaluates the physical characteristics of the virus present in the blood sample and not antibodies which may be present. The proposal to use venous whole blood in lieu of capillary whole blood is based on two premises: first, there is little or no difference in the viral loading between capillary and venous bloods and second, the red blood cells will be lysed to produce equivalent hemolyzed bloods. Therefore, the clinical agreement study for the GenViro! Test will be planned using contrived venous whole blood samples using industry standard sodium EDTA or heparinized vacutainer for anticoagulant during testing. Establishing the status of the SARS-CoV-2 virus will be evaluated using an EUA authorized PCR assay.

> **Commented [MIG4]:** Please note that if the study is only performed with venous whole blood, you will not be able to obtain a fingerstick claim. This study will need to be performed with fingerstick (not contrived) in order to receive a claim for fingerstick.
>
> **Commented [MIG5]:** Please provide the peer reviewed literature to support this claim.
>
> **Commented [MIG6]:** Please provide evidence to support that the amount of red blood cells in venous whole blood is equivalent to fingerstick whole blood.
>
> **Commented [MIG7]:** Specify/provide a study description for how the samples will be contrived and to what level of virus.

Pharma Tech Solutions, Inc.        CONFIDENTIAL        Page 3 of 4

DOJ-BERMAN_040796

DOJ-BERMAN-R_0000276275

PEUA200232/A001<br>GenViro! Swift COVID-19 Test<br>Follow-Up to 14APR2020 Conference Call

ATTACHMENT 1: Impedance Spectroscopy References

1. Hatsuki R, et al. Nonlinear electrical impedance spectroscopy of viruses using very high electric fields created by nanogap electrodes. *Frontiers in Microbiology*. September 2015; 6(Article 940) 1-7.
2. Poenar DP, et al. Label-free virus identification and characterization using electrochemical impedance spectroscopy. *Electrophoresis*. 2014 Feb; 35(2-3):433-440.
3. Poenar DP, et al. Glass-based microfluidic device fabricated by parylene wafer-to-wafer bonding for impedance spectroscopy. Sensors and Actuators A. 2007; 139: 162-171.

| Pharma Tech Solutions, Inc. | CONFIDENTIAL | Page 4 of 4 |
|---|---|---|

DOJ-BERMAN_040797

DOJ-BERMAN-R_0000276276