# Government Exhibit 13

# HO-14029

# *Berman, Keith - Vol. I.O09.294568-HQ-21*

***10/9/2020 1:16 PM***

**Condensed Transcript**

**Prepared by:**

David Misler
HO-14029

Monday, October 26, 2020

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of: )
) File No. HO-14029-A
DECISION DIAGNOSTICS CORP. )

WITNESS: Keith Morgan Berman
PAGES: 1 through 146
PLACE: Securities and Exchange Commission
100 F Street NE
Washington, D.C.
DATE: Friday, October 9, 2020

The above-entitled matter came on for hearing, via WebEx, pursuant to notice, at 1:16 p.m.

Diversified Reporting Services, Inc.
(202) 467-9200

APPEARANCES:

On behalf of the Securities and Exchange Commission:
DAVID MISLER, ESQ.
JAMES CARLSON, ESQ.
JEFFREY LEASURE, ESQ.
ERNESTO AMPARO, ESQ.
LESLIE ATKINS, ESQ.
CARLISLE PERKINS, ESQ.
Securities and Exchange Commission
Division of Enforcement
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-2210

On behalf of the Witness:
RONALD HERZOG, ESQ.
Goldberg Segalla, LLP
50 Main Street Suite 425
White Plains, New York 10606
(914)978-5419

C O N T E N T S

| WITNESS | EXAMINATION |
|---|---|
| Keith Berman | 5 |

| EXHIBITS: | DESCRIPTION | IDENTIFIED |
|---|---|---|
| 53 | 8/20/20 letter; attachments | 14 |
| 55 | Screenshot of Products page | 58 |
| 58 | Annual report for OTC Pink | 93 |
| 59 | Picture | 113 |
| 62 | Affidavit | 74 |
| 64 | 8/28/20 Background Questionnaire | 16 |
| 94 | Screenshot of Twitter account | 55 |
| 96 | Screenshot of About Us section of Decision Diagnostic Corp website | 40 |

P R O C E E D I N G S

MR. MISLER: So let's go on the record. It is now 1:16 p.m. Eastern Standard Time.

VIDEOGRAPHER: Sorry. I need to just bring the video on and announce the time.

MR. MISLER: Great.

VIDEOGRAPHER: Good afternoon. This begins Disc No. 1. We're now on the record. The time on the video monitor is 1:17 p.m.

MR. MISLER: Good morning, Mr. Berman, and good afternoon, I believe, to everybody else. My name is David Misler. I'm a trial counsel here at the SEC. Before we get started and I ask you to take an oath to tell the truth I want to ask you, Mr. Berman, do you consent to taking an oath to swear to tell the truth remotely via Webex rather than in person?

MR. BERMAN: Yes.

MR. MISLER: Thank you, sir. And as we noted, we are on the record. It's now 1:17 p.m. Eastern Standard Time on Friday, October 9, 2020, on the SEC's Webex platform. Madam Reporter, if you could please swear in Mr. Berman.

THE REPORTER: Mr. Berman, please raise your right hand. Do you swear or affirm to tell the truth, the whole truth and nothing but the truth?

Page 89

A Well, impedance is a first cousin of electrophoresis and I myself was part of a development of a virus detecting technology that used electrophoresis. So there are -- yes, there are several virus technologies that use electrophoresis. As a matter of fact I haven't looked at --
Q I don't want to -- for the interest of time my question was related to impedance technology not electrophoresis. So let me ask you this. Would you agree with me that electrophoresis is not the same thing as impedance?
A Like a Chevy isn't the same as a Ford, but they're -- it uses the same method to get to the answer.
Q But they're not the same, they're not exactly the same; is that right?
A Correct. I'm not sure --
Q And so --
A -- and that's really splitting hairs. I'm not sure.
Q Okay. Can you explain to us what the key differences are between the two?
A Well, one is 35 years newer. And in the end it probably gets down to the developer of the technology having a certain level of understanding and competence of the technology that is used. There's another issue

Page 90

too. Those that did electrophoresis would know that virtually every hospital in the country, most clinics, every private commercial laboratory already have -- already have electrophoresis detection ability. So that in a sense could be a quicker to market.
Q But am I correct that your initial design of the COVID-19 test involved impedance technology and electrophoresis?
A That is correct.
Q And so apart from the HIV impedance test did you identify any other company that had developed a test for any type of virus using impedance technology, not electrophoresis technology?
A We did not.
Q During your initial analysis did you identify any other company that had developed a COVID-19 test that could identify COVID-19 in blood?
A Say that again.
Q Sure. During your initial analysis did you identify any other company that had developed a COVID-19 test that could identify COVID-19 in blood?
A Well, most of the PCR devices, not most, a good number of the PCR devices that don't use the nasal swab do use blood. All of the anti -- all of the antibody COVID-19 tests do use blood.

Page 91

Q And of the companies that rely on blood for testing for COVID-19 they all rely on testing for antibodies and not the actual virus; is that right?
A That's another one of those statements with a question mark at the end. I'm not sure that that's the case. I am sure that antibody tests require blood and in many cases a lot of blood. And that, that's a major difference because none of them are point of care tests because you have to draw at least 3 mls and probably 10 mls of blood to initiate an antibody test. But there are PCR tests that use blood too.
Q And PCR tests that use whole blood are they testing for the virus or -- COVID-19 or antibodies for COVID-19?
A They're testing for the RNA of the virus, yes, not antibodies.
Q And those PCR tests use blood or nasal swabs?
A Both.
Q And which do you --
A Although -- although nasal swabs are much more popular, much more popular.
Q Why are they much more popular?
A And I will say -- I will also say much more painful.
Q I'll agree with you there. Why are nasal

Page 92

swabs much more popular?
A When I first got into the business in the early 80's PCR came along and people thought it was like Godly that somebody could do that kind of methodology. And in those days it was all blood. They didn't use nasal swabs. It also took three days to get a result. But PCR is still today known as the gold standard. Expensive, it can be inaccurate, and the thing that matters the most are the expenses.
Q Now what was your role in the process of the development of Decision Diagnostics' COVID-19 test?
A I was the program manager. All of the -- all of the information flowed through me.
Q And as part of being the program manager were you responsible for communicating the product's design and function as well as managing upcoming commerce?
A Yes, I accepted three designs for the product, I evaluated them in great detail. We first discarded one design. It got down to a choice of two designs. We decided that -- we chose design number two. We decided that design number one would probably take too long to develop, and although it wasn't a true antibody test the FDA was coming down big time on antibody tests.
And when the FDA ever gets a hair you have to ask yourself if antibody tests were going to end up in

the dustbin, and they did. Very, very difficult if not impossible to get an approval for an antibody. And so we chose -- we chose the one method that we knew would work.

Q And when say "we" who was encompassed in the "we" who chose the design?

A It was designed by Matthew Musho and together we chose the design.

Q And apart from consulting with Dr. Musho did you consult with anybody else in choosing the design?

A Just The Bio.

Q And apart from Dr. Musho and The Bio was there anybody else you consulted with in choosing the design for the test, the COVID-19 test?

A I need to -- I need to think about this for a second and let me tell you why I'm thinking about it. Musho produced detailed drawings, not the schematic level drawings but detailed drawings, and those drawings were part of the hack of our website.

So the answer to your question is I don't know if anybody else saw it, but I certainly didn't communicate with them and I doubt he did either.

Q Sorry, I'm just dealing with a computer issue, go give me one second.

(SEC Exhibit No. 58 was marked

for identification.)

BY MR. MISLER:

Q I'm going to show you what's been marked as Division Exhibit 58. Can you see Division Exhibit 58, Mr. Berman?

A Yes.

Q And Division Exhibit 58 is a 22 page document, the first page of which is the Annual Report for OTC Pink Management Discussion and Analysis for the Year Ended December 31, 2019; is that right?

A Correct.

Q And are you familiar with this document?

A Yes.

Q And did you review this document before it was published publicly on various, you know, investor websites including OTC Markets?

A Yes.

Q And I want to direct your attention to page 3 of the document, and in the middle of the page there is a reference in bold underlined to product design 1 (chosen). And do you see that?

A I do.

Q And just a few moments ago in your testimony you referenced that there were three designs that you and Dr. Musho reviewed, and is this one of the designs

that you consulted with Dr. Musho on?

A Yes.

Q And do you know where Dr. Musho obtained this design from?

A No.

Q Do you know if Dr. Musho developed this design himself?

A I do not. But it's a great representation of the product.

Q Did you -- I'm sorry, what was that?

A I said it is certainly a great representation of the product.

Q And when you say it are you -- which of the three different I'll call them pictures are you referring to on Exhibit 58, page 3?

A The two, the two colorful -- the two colorful pictures, images on the left.

Q Can you explain to us what is being demonstrated in product design 1 that is shown Exhibit 58, page 3?

A Yeah. Just look at the front of the -- look at the front of the image on the far left, platinum carbon electrode. And on number 2, platinum carbon electrode.

Q And what is this diagram supposed to be

demonstrating?

A It's supposed to demonstrating how ultimately the product will work.

Q And can you explain how ultimately the product would work?

A Sure. What's in these diagrams is put into a test strip using platinum carbon electrodes opposed to one another. Therefore you've got a positive and a negative, the ability to change between positive and negative. Then that electrode is plugged into a meter and it's impregnated with blood and you get a reading.

Q And is that how this would work?

A It's how it would work.

Q And why was platinum carbon chose as opposed to some other material?

A Well, a lot of it is because when I did the colio design at Boehringer Mannheim we chose platinum glass electrodes and the only difference being instead of being encased in carbon it was -- the electrodes were encased in glass. It worked the first time we ever tried it and as a result of that it made better sense to me to use platinum, which I had seen work, than to use gold which was -- which was the fallback.

And then it, then it -- and then it turned out that Dr. Musho wanted to use laser ablation, and

# HO-14029

# *Berman, Keith - Vol. II.O16.295476-HQ-21*

***10/16/2020 1:05 PM***

**Condensed Transcript**

**Prepared by:**

David Misler
HO-14029

Monday, October 26, 2020

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of: )
)
DECISION DIAGNOSTICS ) File No. HO-14029-A
CORPORATION )

WITNESS: Keith Morgan Berman
PAGES: 147 through 348
PLACE: Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549
DATE: Friday, October 16, 2020

The above-entitled matter came on for hearing, via WebEx, pursuant to notice, at 1:05 p.m.

Diversified Reporting Services, Inc.
(202) 467-9200

APPEARANCES:

On behalf of the Securities and Exchange Commission:
JAMES CARLSON, ESQ.
DAVID MISLER, ESQ.
ERNESTO AMPARO, ESQ.
CARLISLE PERKINS, ESQ.
LESLIE ATKINS
Division of Enforcement
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549

On behalf of the Witness:
RONALD HERZOG, ESQ.
Goldberg Segalla, LLP
50 Main Street, Suite 425
White Plains, NY 10606
(914) 978-5419

Also Present:
Ashley Carr, Intern

C O N T E N T S

| WITNESS | EXAMINATION |
|---|---|
| Keith Morgan Berman | 152 |

| EXHIBITS: | DESCRIPTION | IDENTIFIED |
|---|---|---|
| 65 | DECN Press Release 3/3/2020 | 153 |
| 66 | DECN Press Release 3/4/2020 | 185 |
| 67 | Email String | 224 |
| 68 | Email 3/2/2020 | 242 |
| 69 | Email | 246 |
| 70 | Email Chain 3/2/2020 | 251 |
| 71 | White Paper | 256 |
| 72 | DECN Press Release 3/16/2020 | 259 |
| 73 | DECN Press Release 3/17/2020 | 267 |
| 74 | DECN Press Release 3/18/2020 | 281 |
| 75 | DECN Press Release 3/20/2020 | 289 |
| 77 | Email 3/18/2020 | 296 |
| 78 | Series of Emails 3/22/2020 | 302 |
| 80 | Comments on GenViro! from The Bio | 309 |
| 83 | DECN Press Release 4/6/2020 | 325 |
| 84 | Email: Berman and Pritchard | 329 |
| 86 | DECN Press Release 4/7/2020 | 334 |
| 89 | DECN Press Release 4/23/2020 | 339 |

P R O C E E D I N G S

VIDEOGRAPHER: We are now on the record. The time is 1:05 p.m.

You may proceed, Counsel.

MR. CARLSON: Thank you --

MR. HERZOG: Mr. Carlson, before we start, like the last time, I would ask that you identify everybody who is in attendance, whether they're reflected on the screen or not, and also anyone who might not be associated with the SEC who is attending, other than the court reporter and the videographer.

MR. CARLSON: Sure. So in appearance from the SEC is myself, James Carlson; David Misler, who is appearing; Ernesto Amparo; Jeff Leasure; Leslie Atkins. Those are the folks that have logged on.

Are there other SEC folks that are on this line?

MR. PERKINS: Carlisle Perkins.

MR. CARLSON: Anybody else?

MR. HERZOG: That --

MS. CARR: Hi, I'm --

MR. CARLSON: I'm sorry, can you repeat that?

MS. CARR: -- Ashley. I'm an intern with the SEC, and I'm listening in.

MR. HERZOG: I didn't get the last name.

design originate from?
A The concept of the design originated from the 2015 white paper by the Japanese researchers.
Q Okay, and --
A And that paper was then -- since it was a benchtop application, Dr. Musho turned it into a point-of-care application following their formula.
Q And in that Japanese paper you're referring to, was that design concept based on testing for the H5N1 virus?
A That's one of them that they tested. They tested several. They tested the swine flu. They tested many of them.
Q Now I'll direct your attention back to the product design that's labeled as the chosen one in SEC Exhibit No. 58, the --
A Yes.
Q -- discussion and analysis.
A Correct.
Q So that diagram --
A Correct.
Q -- that's represented there, is that item -- was -- is placed into the sleeves that are shown in SEC Exhibit No. 66, in the picture?
A No. Those -- sleeves are sleeves. They're

interface devices. That has nothing to do with the testing for COVID. I explained in great detail --
Q Okay, so --
A -- before the break --
Q Let me ask a follow-up question --
A -- exactly -- well, let me answer the question, even if you don't like the answer.
Q Go ahead and give me your answer.
A I told you that the sleeve served a very special purpose for the COVID test.
Q Are you done with your answer, Mr. Berman?
A Yeah, yeah.
Q Okay. So in which of the components of your - - DECN's COVID-19 test kit does the design that's shown in SEC Exhibit No. 58 appear in? Where did that end up?
A The test strip.
Q Okay. And so the product design that was chosen indicates that it relies upon a capture antibody and an immobilization antibody. Is that right?
A No, that's -- read beneath it. It tells you beneath it exactly what it does.
Q That wasn't my question. The -- my question was the design shown here reflects that it is comprised of a capture antibody and an immobilization antibody. Is that right?

MR. HERZOG: Are you reading from there, or --
THE WITNESS: And I --
MR. HERZOG: -- the question?
THE WITNESS: I told you I don't know where that design came from. What I referred to is beneath it, the description of the product itself.
BY MR. MISLER:
Q Okay, so does --
A To wit --
Q -- COVID-19 test kits -- well, I'm moving on to another question, Mr. Berman. Does DECN's COVID-19 test kit utilize any type of capture antibody?
A No.
Q Does DECN's COVID-19 test kit utilize any immobilization antibodies?
A No.
MR. MISLER: Okay, thank you.
Mr. Carlson, I'm done with those questions.
MR. CARLSON: Great, thanks, Mr. Berman. Also, I think we're still having the same issue with your camera, Mr. Berman. If you could, just drop it down a little bit so you're back in the frame.
(Pause.)
MR. CARLSON: Perfect. I know we're all struggling with that.

BY MR. CARLSON:
Q So, all right, going back to SEC Exhibit No. 66, which we were previously looking at, there is a -- in the second -- well, it's the third paragraph that starts, "Keith Berman, CEO of DECN commented," do you see that paragraph?
A Yes.
Q And it says that you commented, "GenViro! for the coronavirus, COVID-19, began as an outgrowth of our GenUltimate! TBG product line. What makes the testing for the coronavirus possible, and the GenUltimate! TBG special, is the company's impedance measurement technology." Do you see that?
A Well, you cut out, but I did have an opportunity to read the paragraph. And everything in that paragraph is absolutely correct.
Q Okay, and I just --
A And oh, by the way, beneath it is a link to the article, the white paper that we covered.
Q Fair enough. And I wanted -- so that link there does link to the white paper that you were just discussing?
A Yes.
Q Okay. The paragraph that we just noted to you that begins, "Ken (sic) Berman, CEO of DECN," you --