# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Criminal No.** |
| v. | **1:20-cr-00278-TNM** |
| **KEITH BERMAN** | |
| **Defendant.** | |

## UNITED STATES' MOTION TO DISMISS COUNT FOUR OF THE FIRST SUPERSEDING INDICTMENT AGAINST DEFENDANT KEITH BERMAN

The United States moves, pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss Count Four of the First Superseding Indictment against defendant Keith Berman in this case.

Dated: November 10, 2023

Respectfully submitted,

GLENN S. LEON
CHIEF, FRAUD SECTION
Criminal Division, U.S. Department of Justice

\_\_\_\_//s//\_\_\_\_
CHRISTOPHER FENTON
KATE T. MCCARTHY
MATTHEW REILLY
Trial Attorneys

Fraud Section, Criminal Division
United States Department of Justice
1400 New York Avenue, NW
Washington, D.C. 20005
Telephone: (202) 320-0539
Fax: (202) 514-0152
Christopher.Fenton@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 10, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

                                        */s/ Kate T. McCarthy*
                                        Kate T. McCarthy
                                        Trial Attorney