# EXHIBIT A

# Keith Berman's Personal Use of Company Money
### From Business Accounts and on Credit Cards Paid for by Business Checking Accounts

|  | 2017 | 2018 | 2019 | Jan - Oct 2020 |
|---|---:|---:|---:|---:|
| *From Business Accounts:* | | | | |
| Payments to Self and Family Members | $ 8,243 | $ 6,278 | $ 5,410 | $ 4,932 |
| Retail | 4,481 | 5,179 | 7,738 | - |
| Travel | 6,338 | 1,495 | 2,512 | - |
| Western Union | - | - | 2,279 | 7,118 |
| Car Related/Gas | 923 | 2,682 | 1,299 | 2,900 |
| Life Insurance | 1,396 | 1,258 | 1,615 | 1,658 |
| Other | 2,175 | 2,137 | 324 | - |
| **Total Cash Flow from Bank Accounts** | 23,556 | 19,029 | 21,176 | 16,608 |
| | | | | |
| *Selected Charges on Credit Cards Paid for by Business Checking Accounts:* | | | | |
| Stipulated Personal Charges | - | 9,449 | 292,630 | 131,091 |
| Retail | 4,414 | 6,561 | 4,592 | 23,798 |
| Grocery/Liquor Stores | 9,146 | 10,182 | 10,170 | 8,288 |
| Restaurants/Cafes/Bars/Food Delivery | 4,296 | 8,207 | 8,495 | 4,838 |
| Travel | 4,897 | 5,398 | 3,701 | - |
| Education | 3,358 | 3,145 | 5,112 | - |
| Car Related/Gas | 196 | 1,046 | 402 | 735 |
| Medical/Veterinary | 414 | 491 | 308 | 100 |
| Other | 982 | 289 | 569 | 399 |
| **Total Selected Charges** | 27,704 | 44,769 | 325,979 | 169,250 |
| | | | | |
| **Keith Berman's Personal Use of Company Money** | **$ 51,259** | **$ 63,797** | **$ 347,155** | **$ 185,857** |
| | | | | |
| | | | **Grand Total** | **$ 648,069** |

Exhibits: 8B, 8E – 8G, 8M – 8O, 8Q – 8V

GOVERNMENT EXHIBIT
371
1:20-cr-00278-TNM

# EXHIBIT B



GOVERNMENT EXHIBIT 37H 1:20-cr-00278-TNM

# EXHIBIT C

# Summary of Bank Records Reviewed

| Ref | Account Name | Signatories/Cardholders | Bank | Account # | Open Date | From Date | To Date | Exhibit # |
|---|---|---|---|---|---|---|---|---|
| 1 | Pharma Tech Solutions Inc | NA | Bank of America | x0470 | 3/17/2008 | 01/01/2017 | 10/31/2020 | 8A |
| 2 | Pharma Tech Solutions Inc | Keith Berman | Bank of America | x0978 | 7/2/2007 | 01/01/2017 | 10/31/2020 | 8B |
| 3 | Pharmatech Direct Corp | Keith Berman | Bank of America | x0819 | 4/7/2008 | 01/01/2017 | 10/31/2020 | 8C |
| 4 | Instacare Corp | Keith Berman | Bank of America | x0954 | 7/2/2007 | 01/01/2017 | 10/31/2020 | 8D |
| 5 | PDA Services Inc | Keith Berman | Bank of America | x0973 | 7/2/2007 | 01/01/2017 | 10/31/2020 | 8E |
| 6 | CareDecision.Net DBA IT Health Net & Medicus | Keith Berman, Wendy Block, and another person | Bank of America | x2430 | 4/19/2009 | 01/01/2017 | 10/31/2020 | 8F |
| 7 | CareDecision.Net DBA IT Health Net & Medicus | NA | Bank of America | x4564 | Unknown | 01/01/2017 | 10/31/2020 | 8G |
| 8 | Decision IT Corp | Keith Berman | Bank of America | x6977 | 3/30/2009 | 01/01/2017 | 10/31/2020 | 8H |
| 9 | Pharmatech Sensor Development Corp | Keith Berman, Kimberly Binder | Bank of America | x3692 | 4/14/2016 | 01/01/2017 | 10/31/2020 | 8I |
| 10 | Keith M Berman | Keith Berman | Bank of America | x2054 | 10/12/2005 | 01/01/2017 | 10/31/2020 | 8J |
| 11 | Pharma Tech Solutions | Keith Berman | Bank of America | x7571 | 11/7/2019 | 11/08/2019 | 10/31/2020 | 8K |
| 12 | Keith Berman | Keith Berman | Bank of America | x0267 | 9/8/2006 | 01/01/2017 | 10/31/2020 | 8L |
| 13 | Keith Berman | Keith Berman | JPMorgan Chase | x2206 | 7/13/2019 | 07/13/2019 | 10/31/2020 | 8M |
| 14 | Keith Berman | Keith Berman | JPMorgan Chase | x4569 | 5/29/2018 | 01/01/2017 | 10/31/2020 | 8N |
| 15 | Keith Berman; IT Health.Net Inc | Keith Berman | JPMorgan Chase | x3060 | 9/17/2015 | 01/01/2017 | 10/31/2020 | 8O |
| 16 | Decision Diagnostics / Keith Berman | Keith Berman | American Express | x2-41003 | 12/12/2018 | 12/21/2018 | 11/14/2019 | 8P |
| 17 | Decision Diagnostics / Keith Berman | Keith Berman, Kimberly Binder | American Express | x5-11008 | 10/19/2017 | 11/15/2017 | 1/16/2020 | 8Q |
| 18 | Decision Diagnostics / Keith Berman | Keith Berman | American Express | x7-61005 | 6/7/2018 | 06/21/2018 | 10/31/2020 | 8R |
| 19 | Decision Diagnostics / Keith Berman | Keith Berman, Kimberly Binder | American Express | x7-71004 | Unknown | 01/01/2017 | 10/31/2020 | 8S |
| 20 | Keith Berman | Keith Berman | Citibank - Sears Mastercard | x4930 | Unknown | 01/01/2017 | 10/31/2020 | 8T |
| 21 | Keith Berman / Wendy Block | Keith Berman, Wendy Block | Discover Bank | x2159 | 3/16/1987 | 01/01/2017 | 10/31/2020 | 8U |

**GOVERNMENT EXHIBIT**
**37A**
1:20-cr-00278-TNM







# Keith Berman Business Checking Accounts Combined Ending Balance

GOVERNMENT EXHIBIT
**37B**
1:20-cr-00278-TNM

Exhibits: 8A – 8I

Exhibits: 8A – 8G, 8V

GOVERNMENT
EXHIBIT
**37D**
1:20-cr-00278-TNM

## Cash Flow Statement - Business Checking Accounts
*March 1, 2020 - June 30, 2020*

| | | |
|---|---:|---:|
| Beginning Cash - March 1, 2020 | $ 59,025 | |
| | | |
| Inflows: | | |
|   Investors | 1,570,840 | 75.10% |
|   Product Sales | 414,708 | 19.83% |
|   All Other | 106,231 | 5.08% |
| Total Inflows | 2,091,779 | 100.00% |
| | | |
| Outflows: | | |
|   Cost of Goods Sold | (525,100) | -25.10% |
|   Legal/Consulting/Accounting | (328,535) | -15.71% |
|   Credit Cards | (149,927) | -7.17% |
|   Financing | (145,763) | -6.97% |
|   Payroll/Sales Commission | (144,588) | -6.91% |
|   All Other | (158,944) | -7.60% |
| Total Outflows | (1,452,857) | -69.46% |
| | | |
| Net Cash Flow | 638,922 | |
| | | |
| Ending Cash - June 30, 2020 | $ 697,947 | |

Exhibits: 8A – 8I, 8V

**GOVERNMENT EXHIBIT 37E**
1:20-cr-00278-TNM



# Month-End Credit Card Balances

***On Cards Keith Berman Had Access To***

Exhibits: 8J – 8U

GOVERNMENT EXHIBIT
**37F**
1:20-cr-00278-TNM

## Summary of Charges
### *Credit Cards Keith Berman Had Access To*
### *March 1, 2020 - June 30, 2020*

| | | |
|---|---:|---:|
| Stipulated Personal Expenses | $ 46,047 | 56.15% |
| Retail | 11,739 | 14.32% |
| Interest and Fees | 10,833 | 13.21% |
| All Other Charges | 13,386 | 16.32% |
| Total Charges | $ 82,006 | 100.00% |

Exhibits: 8J – 8O, 8R, 8T, 8U

GOVERNMENT EXHIBIT
37G
1:20-cr-00278-TNM