# Government Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | CRIMINAL NO. 20-CR-278-TNM |
| v. ) | |
| ) | |
| KEITH BERMAN, ) | |
| ) | |
| Defendant. ) | |

**SUPPLEMENTAL EXPERT DISCLOSURE OF STUART J. WILLIAMS, PHD**

Defendant Keith Berman submits this supplemental expert disclosure pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C)(IV). Mr. Berman anticipates calling Dr. Stuart J. Williams in his case-in-chief. Mr. Berman may choose not to attempt to elicit the testimony outlined in this notice but provides this information out of an abundance of caution in order to comply with the applicable rules and the Court's November 13, 2023 ruling on Dr. Williams's proposed testimony.

As explained in Mr. Berman's first expert disclosure, Dr. Williams holds a Ph.D. in Mechanical Engineering from Purdue University; a Masters in Mechanical Engineering from the University of Louisville; and a B.S. in Mechanical Engineering from the University of Louisville. Dr. Williams is a Professor of Mechanical Engineering at the University of Louisville, J.B. Speed School of Engineering, where he holds associate appointments in Bioengineering and Electrical & Computer Engineering. Dr. Williams joined the Louisville faculty in July 2010. He has served as a Lecturer, Assistant Professor, Associate Professor, and most recently, a full tenured Professor. Dr. Williams leverages his expertise as a leader and active participant in various mechanical engineering associations. Specifically, Dr. Williams is a member of the American Society of Mechanical Engineers, the American Electrophoresis Society, and the ElectroOptics Research

Institute, and Nanotechnology Center. Dr. Williams's other professional activities include serving as a member of the NASA Raw Data Record Science Review Panel for Advanced Colloids Experiment-Temperature-12. Generally speaking, Dr. Williams's research expertise is in multidisciplinary applications of microfluidics, colloids, and multiscale systems, which includes impedance sensing. Dr. Williams is also a frequent speaker on impedance spectroscopy and electrical impedance systems. In addition, Dr. Williams has written on impedance platforms, impedance spectroscopy, and Rapid detection of SARS-CoV-2 using an electrochemical impedance based-detector.

We anticipate that Dr. Williams will opine and testify that (1) viruses can be detected through the use of electrochemical impedance spectroscopy ("EIS"); (2) each of the three scientific publications that are the basis for Decision Diagnostic Corp.'s ("DECN") COVID-19 test kit provided a valid EIS technique for detecting viruses; (3) DECN logically adopted, omitted, and augmented design features detailed in the three scientific publications when developing its COVID-19 test kit; and (4) DECN's COVID-19 test kit has a logical electrode design and proper detection parameters for the EIS detection of the COVID-19 virus in a clean sample.

*First*, Dr. Williams will testify that viruses, like COVID-19, can be detected through the use of EIS. He will briefly explain the fundamentals of EIS. He will testify that EIS detects changes in the electrical properties of a system using alternating current (AC) signals and multiple electrodes, and thus EIS measurements can detect changes in the material properties and/or chemical composition of an entity.[1]

---

[1] The "impedance" of the system is measured by analyzing how the initial AC signal changes after it is routed through the system between the electrodes.

Dr. Williams will testify that an EIS system is composed of three basic elements. The first element is proper electrode material selection and geometry for enhancing surface based sensing and sensitivity in monitoring changes. Dr. Williams will testify that electrodes with greater surface area enhance surface-based sensing, and electrodes that have narrow spacing have enhanced sensitivity in monitoring changes within the gap between them. Dr. Williams will also explain that there are various methods for fabricating electrodes, but there are pros and cons to each method: two-dimensional, flat electrodes are typically used for simplicity, whereas patterning via photolithography has higher repeatability and better resolution but is more expensive. Dr. Williams will testify that a variety of electrode materials have been used (carbon, gold, etc.) for EIS systems and are selected based on their chemical stability and/or ability to be chemically modified.

The second element is the ability to isolate an intended target (*e.g.*, viruses). Dr. Williams will explain that many times this is accomplished by coating or "functionalizing" the electrodes with a capture element that selectively traps the target. However, Dr. Williams will note that, as an alternative, the target species can be isolated during sample preparation and later introduced to the EIS electrodes.

The third element of an EIS system is the detection parameters used. Dr. Williams will explain that, typically, one or more AC frequency parameters are used by an EIS system to measure disturbances and electrical properties of the system (measured in Hz, MHz, or kHz).

Dr. Williams will testify that each of these elements can be adopted to detect viruses, and that each EIS system has a unique approach to detection, whether it be the electrode design and/or schemes to isolate their target. Dr. Williams will explain that, in light of the elements described above, EIS technology can use controlled samples, nasal swabs, saliva, or serum as the source for

the detection of viruses. Additionally, Dr. Williams will explain that since the beginning of the COVID-19 pandemic there has been a marked increase in the use of EIS systems to detect smaller particles like viruses. Dr. Williams will testify that EIS has been used to actually detect COVID-19 viruses and antibodies.[2]

*Second*, Dr. Williams will testify that each of the three scientific publications that are the basis for DECN's COVID-19 test kit[3] provided a valid EIS technique for detecting viruses. Specifically, Dr. Williams will first opine that the technique described in *Nonlinear electrical impedance spectroscopy of viruses using very high electric fields created by nanogap electrodes* ("*Nonlinear electrical impedance spectroscopy*") is a viable method for detecting viruses if the heterogeneous nature of a more complex sample is adequately addressed. The basis for Dr. Williams's opinion is his review and assessment of this article. Dr. Williams will testify that the authors' approach is a viable technique to detect the presence and concentration of suspended nanoparticles from a controlled homogeneous sample. Dr. Williams will explain that the authors of the article used a two-electrode system that was patterned on top of a quartz substrate. The two electrodes were made of gold (and a thin titanium adhesion layer) with a narrow gap of 510 nm between them. The depth of the gap between the electrodes was approximately 530 nm, and this region was the effective measurement space; subsequent EIS measurements would be more

---

[2] V. Ong, A. Soleimani, et al., "Impedimetric sensing: An emerging tool for combating the COVID-19 pandemic," *Biosensors*, 2023, 13, 204.

[3] The three publications are: (1) R. Hatsuki, A. Honda, et al., "Nonlinear electrical impedance spectroscopy of viruses using very high electric fields created by nanogap electrodes," *Frontiers in Microbiology*, 2015, 6, 940.; (2) D.P. Poenar, C. Iliescu, et al., "Label-free virus identification and characterization using electrochemical impedance spectroscopy," *Electrophoresis*, 2014, 35, 433-440.; (3) K. Siuzdak, P. Niedzialkowski, et al., "Biomolecular detection of influenza virus based on the electrochemical impedance spectroscopy using the nanocrystalline boron-doped diamond electrodes with covalently bound antibodies," *Sensors and Actuators B – Chemical*, 2019, 280, 263-271.

sensitive to activity at this depth. Dr. Williams will further explain that the authors chose viral concentrations in which one to several viruses occupied this space. The authors prepared a controlled sample that contained one of three tested viruses of various concentrations ($10^{11}$ to $10^{14}$ viruses/mL) suspended in 1 mM KCl. Then, the authors made impedance measurements from 100 kHz to 6.3 MHz. The impedance measurement of 1 mM KCl alone was measured and subtracted from measurements containing suspended viruses. By comparing the change in impedance magnitude and phase, the authors were able to distinguish between the three viral types and their concentrations. Dr. Williams will explain that the authors' choice of electrode material, electrode geometry, impedance frequency, and spectrum analysis were effective. In particular, Dr. Williams will opine that the need for a "nanogap" was not clearly demonstrated, and the same findings could have been ascertained using electrodes with larger gaps, perhaps on the order of micrometers.

Dr. Williams will also opine that the technique described in *Label-free virus identification and characterization using electrochemical impedance spectroscopy* ("*Label-free virus identification*") is a valid technique in detecting viruses from a controlled sample; however, this technique is likely unrealistic for mass marketing because of three key challenges. The basis for Dr. Williams's opinion is his review and assessment of this article. In particular, Dr. Williams will explain that the article's authors created an EIS device out of glass and the authors purposefully avoided other materials because glass reduces noise for high frequency EIS measurements. Dr. Williams will further explain that the authors used a two-electrode approach and tested three different gold/chrome electrode geometries. Although the specific geometry of the electrodes was not mentioned, Dr. Williams will testify that he determined that the length scale of the electrode features were on the order of tens of micrometers in spacing. Dr. Williams will explain that the authors' sample consisted of either one of two purified viruses (baculovirus or

5

lentivirus) suspended in phosphate-buffered saline ("PBS"). The authors acquired impedance measurements from 50 kHz to 110 MHz and subtracted impedance from PBS-only measurements. Ultimately, Dr. Williams will testify that the authors could use these measurements to identify virus type and concentration. However, Dr. Williams will explain that this EIS system is unrealistic for mass marketing for three reasons: (1) the glass-based sensor is complex and expensive relative to traditional microfabrication techniques; (2) the authors used a controlled homogeneous sample (PBS + viruses) and did not comment on the applicability of their technique using a heterogeneous sample; and (3) most commercially available electrochemical analyzers have an upper limit of 1 MHz, well below what was used by the authors.

Dr. Williams will further opine that the technique described in *Biomolecular detection of influenza virus based on the electrochemical impedance spectroscopy using the nanocrystalline boron-doped diamond electrodes with covalently bound antibodies* ("*Biomolecular detection of influenza virus*") is a valid EIS technique for detecting viruses. Specifically, Dr. Williams will explain that the article's authors used boron-doped diamond as an electrode which has high stability, low background noise, biocompatibility, chemical inertness, and fast response time. He will explain that the authors functionalized the electrode with an antibody that would target the M1 protein of the Influenza A virus and that EIS measurements were acquired across a frequency range of 1 Hz to 20 kHz at 10 mV for various M1 concentrations. Based on changes in impedance magnitude and phase, the authors were able to detect the concentration of the M1 protein. Dr. Williams will explain that while boron doped diamond thin films have been used for EIS detection of COVID-19,[4] one is not restricted to using boron-doped diamond when leveraging this

---

[4] S. Witt, A. Rogien, et al., "Boron doped diamond thin films for the electrochemical detection of SARS-CoV-2 S1 protein," *Diamond and Related Materials*, 2021, 118, 108542.

technique, but rather alternative electrode materials could be used. Dr. Williams will note that *Biomolecular detection of influenza virus* used a functionalized antibody coating on the electrodes to aid in targeting the virus in a complex liquid sample. Dr. Williams will explain that functionalizing an electrode for detection requires multi-step preparation and is typically restricted to laboratory wet-bench applications. For this reason, Dr. Williams will testify that there are challenges in adapting such coatings for self-stable products and/or reliable at-home testing.

*Third*, Dr. Williams will testify that DECN logically adopted, omitted, and augmented design features detailed in the three scientific publications when developing its COVID-19 test kit. The basis for Dr. Williams's opinion is his review of DECN's design specifications and comparing those specifications to the three techniques described in the previously discussed articles.

To start, Dr. Williams will describe the electrode design utilized by DECN's COVID-19 test kit. Dr. Williams will testify that DECN's COVID-19 test kit includes two pairs of platinum electrodes—sensing electrodes and "hematocrit correction electrodes." He will testify that the sensing electrodes have a 5 micrometer gap and the "hematocrit correction electrodes" are spaced 1.84 millimeters apart (or 368 times greater than the 5 micrometer gap of the sensing electrodes). Dr. Williams will state that these electrodes are patterned on top of a silicon wafer, and portions of the electrodes are insulated with a dielectric layer in order to expose only the sensing regions of the metal electrode layer. Dr. Williams will then testify that the sensing gap of 5 micrometers is about ten times larger than the 'nanogap' of 510 nm used from *Nonlinear electrical impedance spectroscopy*. Despite this difference, Dr. Williams will testify that DECN's electrode micrometer gap is sufficient for EIS based on larger geometries used in *Label-free virus identification* and in many other EIS studies. As such, Dr. Williams will opine that the choice of platinum is sufficient based on its inertness and biocompatible properties.

Further, Dr. Williams will testify that patterned platinum electrodes on silicon is a better design choice for the EIS electrode than screen printed electrodes, which was initially considered by DECN. Based upon his personal knowledge, Dr. Williams will explain that screen printed electrodes can be inconsistent between devices and have additional surface roughness relative to lithography patterned metal electrodes. Dr. Williams will further explain that the inconsistent surface area of screen printed electrodes introduces greater variability in EIS measurements and could be less precise. Therefore, DECN's decision to use photolithography patterned platinum electrodes was better than screen printed electrodes.

Next, Dr. Williams will testify that the EIS measurements across the hematocrit correction electrodes are aimed at extracting additional information about the sample. Dr. Williams will explain that these "correction electrodes" can be used like "reference electrodes" in order to make more accurate measurements. Dr. Williams will base this opinion on his reading of "*Accuracy improvement of electrochemical whole blood ketone sensor based on HCT compensation algorithm*,"[5] which used a similar set of electrodes to measure sample hematocrit levels in order to improve the sensitivity of the blood ketone sensor.

Lastly, Dr. Williams will testify that DECN's frequency range selection is logical. Specifically, Dr. Williams will explain that DECN's design specification sought to use an AC voltage of 500 mV$_{pp}$ at frequencies 100 kHz to 10 MHz and a test time of less than 15 seconds. Dr. Williams will further explain that, as mentioned in *Nonlinear electrical impedance spectroscopy*, 100 kHz and larger frequencies are used to avoid background effects from liquid-

---

[5] Y. Zhao, H Gu, et al., "Accuracy improvement of electrochemical whole blood ketone sensor based on HCT compensation algorithm," *Electrophoresis*, 41, 2020, 1446-1449.

8

electrode reactions. Therefore, Dr. Williams will testify that DECN's rationale in selecting a frequency range of frequencies 100 kHz to 10 MHz was justified.

*Fourth*, Dr. Williams will testify that DECN's COVID-19 test kit has a logical electrode design and proper detection parameters for the EIS detection of COVID-19 virus in a clean sample. He will explain that the only element typical of traditional EIS systems that was not shown in DECN's design was the isolation and/or targeting of the virus itself. Many EIS systems use functionalized electrodes in order to bind the intended target to the surface of the sensing electrode. Dr. Williams will testify that if surface functionalization was used, the AC frequency range would typically be less than 100 kHz in order to capture electrode surface reactions. However, Dr. Williams will note that there are challenges in incorporating such coatings with enough integrity for a mass manufactured at-home test.

That being said, Dr. Williams will explain that DECN's choice of using inert electrodes with precise geometry, hematocrit correction electrodes, and larger frequencies (> 100 kHz) are characteristics aligned with designing an EIS system to detect suspended particles. Dr. Williams will note careful consideration is needed when using this approach to evaluate a heterogeneous sample because the publications listed above that did not use functionalized electrodes (*Nonlinear electrical impedance spectroscopy* and *Label-free virus identification*) instead used controlled samples for the detection of virus type and concentration. As a result, Dr. Williams will testify that, based on its design, DECN's COVID-19 test kit would be able to detect COVID-19 viruses from a controlled virus sample similar to those prepared in *Nonlinear electrical impedance spectroscopy* and *Label-free virus identification*, but if a complex biological fluid was used in DECN's COVID-19 test kit, the sample would need to be properly processed before being introduced to the sensing electrodes in order to prevent potential measurement error.

Dr. Williams testimony is based upon the following documents, all but three have been previously produced. Attached to this supplemental disclosure are the three scholarly articles:

1. V. Ong, A. Soleimani, et al., "Impedimetric sensing: An emerging tool for combating the COVID-19 pandemic," *Biosensors*, 2023, 204.

2. "Development of a Biosensor for virus detection", L.W. Young, The Bio Company Limited.

3. "20200320_GenViro!.pptx".

4. R. Hatsuki, A. Honda, et al., "Nonlinear electrical impedance spectroscopy of viruses using very high electric fields created by nanogap electrodes," *Frontiers in Microbiology*, 2015, 940.

5. D.P. Poenar, C. Iliescu, et al., "Label-free virus identification and characterization using electrochemical impedance spectroscopy," *Electrophoresis*, 2014, 433-440.

6. K. Siuzdak, P. Niedzialkowski, et al., "Biomolecular detection of influenza virus based on the electrochemical impedance spectroscopy using the nanocrystalline boron-doped diamond electrodes with covalently bound antibodies," *Sensors and Actuators B – Chemical*, 2019, 263-271.

7. S. Witt, A. Rogien, et al., "Boron doped diamond thin films for the electrochemical detection of SARS-CoV-2 S1 protein," *Diamond and Related Materials*, 2021, 108542.

8. "GenViro Development Summary_2020.03.25.pptx".

9. "GenViro New Request for Proposal.pdf", The Bio Company Limited.

10. Y. Zhao, H Gu, et al., "Accuracy improvement of electrochemical whole blood ketone sensor based on HCT compensation algorithm," *Electrophoresis*, 2020, 1446-1449.

11. "Priority Review – 2020.03.22 Bio Response.pdf".

Mr. Berman reserves the right to supplement this disclosure in advance of trial.

Dated:  November 19, 2023              */s/ Kevin B. Collins*

                                       Kevin B. Collins (D.C. Bar No. 445305)
                                       Nicholas J. Xenakis (*pro hac vice*)
                                       Jose J. Ramos (*pro hac vice*)
                                       COVINGTON & BURLING LLP

One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001

Michelle Peterson (D.C. Bar No. 438930)
Assistant Federal Public Defender
For the District of Columbia
625 Indiana Avenue, N.W.
Washington, D.C. 20004

*Counsel for Keith Berman*

11