| | |
|---|---|
| **From:** | Fenton, Christopher (CRM) |
| **Sent:** | Friday, December 10, 2021 12:09 AM |
| **To:** | Walter Loughlin; Herzog, Ronald S. (Ron) |
| **Cc:** | Weitz, Justin (CRM); Shanker, Vijay (CRM); Flores, Alexandra (CRM) |
| **Subject:** | U.S. v. Berman: Draft Summary Chart Exhibits |
| **Attachments:** | Summary of Bank Records.pdf; Summary of Defendant's Home and Business IP Address Use.pdf |

Pat and Ron –

Pursuant to the terms of the draft summary chart exhibit agreement, the government is making a voluntary early production of the two attached draft summary chart exhibits.

Please confirm receipt.

Thank you.


Christopher Fenton
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Bond Building
Washington, DC 20530
202.320.0539
christopher.fenton@usdoj.gov

# Summary of Bank Records Reviewed

| Ref | Account Name | Signatories/Cardholders | Bank | Account # | Open Date | From Date | To Date | Exhibit # |
|---|---|---|---|---|---|---|---|---|
| 1 | Pharma Tech Solutions Inc | NA | Bank of America | x0470 | 3/17/2008 | 01/01/2017 | 10/31/2020 | 8A |
| 2 | Pharma Tech Solutions Inc | Keith Berman | Bank of America | x0978 | 7/2/2007 | 01/01/2017 | 10/31/2020 | 8B |
| 3 | Pharmatech Direct Corp | Keith Berman | Bank of America | x0819 | 4/7/2008 | 01/01/2017 | 10/31/2020 | 8C |
| 4 | Instacare Corp | Keith Berman | Bank of America | x0954 | 7/2/2007 | 01/01/2017 | 10/31/2020 | 8D |
| 5 | PDA Services Inc | Keith Berman | Bank of America | x0973 | 7/2/2007 | 01/01/2017 | 10/31/2020 | 8E |
| 6 | CareDecision.Net DBA IT Health Net & Medicus | Keith Berman, Wendy Block, and another person | Bank of America | x2430 | 4/19/2009 | 01/01/2017 | 10/31/2020 | 8F |
| 7 | CareDecision.Net DBA IT Health Net & Medicus | NA | Bank of America | x4564 | Unknown | 01/01/2017 | 10/31/2020 | 8G |
| 8 | Decision IT Corp | Keith Berman | Bank of America | x6977 | 3/30/2009 | 01/01/2017 | 10/31/2020 | 8H |
| 9 | Pharmatech Sensor Development Corp | Keith Berman, Kimberly Binder | Bank of America | x3692 | 4/14/2016 | 01/01/2017 | 10/31/2020 | 8I |
| 10 | Keith M Berman | Keith Berman | Bank of America | x2054 | 10/12/2005 | 01/01/2017 | 10/31/2020 | 8J |
| 11 | Pharma Tech Solutions | Keith Berman | Bank of America | x7571 | 11/7/2019 | 11/08/2019 | 10/31/2020 | 8K |
| 12 | Keith Berman | Keith Berman | Bank of America | x0267 | 9/8/2006 | 01/01/2017 | 10/31/2020 | 8L |
| 13 | Keith Berman | Keith Berman | JPMorgan Chase | x2206 | 7/13/2019 | 07/13/2019 | 10/31/2020 | 8M |
| 14 | Keith Berman | Keith Berman | JPMorgan Chase | x4569 | 5/29/2018 | 01/01/2017 | 10/31/2020 | 8N |
| 15 | Keith Berman; IT Health.Net Inc | Keith Berman | JPMorgan Chase | x3060 | 9/17/2015 | 01/01/2017 | 10/31/2020 | 8O |
| 16 | Decision Diagnostics / Keith Berman | Keith Berman | American Express | x2-41003 | 12/12/2018 | 12/21/2018 | 11/14/2019 | 8P |
| 17 | Decision Diagnostics / Keith Berman | Keith Berman, Kimberly Binder | American Express | x5-11008 | 10/19/2017 | 11/15/2017 | 1/16/2020 | 8Q |
| 18 | Decision Diagnostics / Keith Berman | Keith Berman | American Express | x7-61005 | 6/7/2018 | 06/21/2018 | 10/31/2020 | 8R |
| 19 | Decision Diagnostics / Keith Berman | Keith Berman, Kimberly Binder | American Express | x7-71004 | Unknown | 01/01/2017 | 10/31/2020 | 8S |
| 20 | Keith Berman | Keith Berman | Citibank - Sears Mastercard | x4930 | Unknown | 01/01/2017 | 10/31/2020 | 8T |
| 21 | Keith Berman / Wendy Block | Keith Berman, Wendy Block | Discover Bank | x2159 | 3/16/1987 | 01/01/2017 | 10/31/2020 | 8U |

DRAFT







DRAFT

Exhibits: 8A – 8I

Exhibits: 8A – 8G, 8V

## Cash Flow Statement - Business Checking Accounts
*March 1, 2020 - June 30, 2020*

| | | | |
|---|---|---:|---:|
| Inflows: | | | |
|   Investors | $ | 1,570,840 | 75.10% |
|   Product Sales | | 414,708 | 19.83% |
|   All Other | | 106,231 | 5.08% |
| Total Inflows | | 2,091,779 | 100.00% |
| | | | |
| Outflows: | | | |
|   Cost of Goods Sold | | (525,100) | -25.10% |
|   Legal/Consulting/Accounting | | (329,785) | -15.77% |
|   Credit Cards | | (149,927) | -7.17% |
|   Financing | | (145,763) | -6.97% |
|   Payroll/Sales Commission | | (139,659) | -6.68% |
|   All Other | | (162,623) | -7.77% |
| Total Outflows | | (1,452,857) | -69.46% |
| | | | |
| Net Cash Flow | | 638,922 | |
|   Plus Beginning Cash | | 59,025 | |
| Ending Cash | $ | 697,947 | |

Exhibits: 8A – 8I, 8V

DRAFT



Exhibits: 8J – 8U

## Summary of Charges
*Credit Cards Keith Berman Had Access To*
*March 1, 2020 - June 30, 2020*

| | | | |
|---|---|---:|---:|
| Stipulated Personal Expenses | $ | 46,047 | 56.15% |
| Retail | | 11,739 | 14.32% |
| Interest and Fees | | 10,833 | 13.21% |
| All Other Charges | | 13,386 | 16.32% |
| Total Charges | $ | 82,006 | 100.00% |

Exhibits: 8J – 8O, 8R, 8T, 8U



**Keith Berman's Personal Use of Company Money**

From Business Accounts and on Credit Cards Paid for by Business Checking Accounts

|  | 2017 | 2018 | 2019 | Jan - Oct 2020 |
|---|---:|---:|---:|---:|
| *From Business Accounts:* | | | | |
| Retail | $ 16,584 | $ 18,649 | $ 19,266 | $ - |
| Payments to Self and Family Members | 8,243 | 6,278 | 5,410 | 4,932 |
| Travel | 6,338 | 1,495 | 2,313 | - |
| Western Union | - | - | 2,279 | 7,118 |
| Total Cash Flow from Bank Accounts | 31,164 | 26,421 | 29,268 | 12,050 |
| | | | | |
| *Selected Charges on Credit Cards Paid for by Business Checking Accounts:* | | | | |
| Stipulated Personal Charges | - | 9,449 | 292,630 | 131,091 |
| Retail | 9,733 | 13,385 | 6,526 | 24,237 |
| Grocery/Liquor Stores | 9,146 | 10,173 | 10,164 | 8,288 |
| Restaurants/Cafes/Bars/Food Delivery | 4,296 | 8,216 | 8,501 | 4,838 |
| Travel | 4,897 | 5,398 | 3,682 | - |
| Education | 3,358 | 3,145 | 5,112 | - |
| Car Related/Gas | 196 | 1,035 | 402 | 735 |
| Medical/Veterinary | 414 | 491 | 308 | 100 |
| Online Dating | 270 | 289 | 213 | - |
| Entertainment | - | - | 116 | 189 |
| Total Selected Charges | 32,310 | 51,583 | 327,654 | 169,478 |
| | | | | |
| **Keith Berman's Personal Use of Company Money** | **$ 63,475** | **$ 78,005** | **$ 356,921** | **$ 181,528** |
| | | | **Grand Total** | **$ 679,928** |

Exhibits: 8B, 8E – 8G, 8M – 8O, 8Q – 8V

DRAFT