# **EXHIBIT 1**



*Fraud Section*

*Christopher Fenton*
*Trial Attorney*
*Christopher.Fenton@usdoj.gov*

*1400 New York Ave., N.W. Bond Building, 3rd Floor Washington, D.C. 20530*

*Office: 202-514-0561*
*Cell: 202-320-0539*
*Fax: 202-514-0152*

**U.S. Department of Justice**

Criminal Division

November 17, 2023

*Via FTS*
Kevin Collins, Esq.
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956

Re:   **United States v. Keith Berman, No. 1:20-CR-00278-TNM**

Dear Counsel:

Pursuant to the protective order entered by the Court on January 22, 2021 (Dkt. No. 7), enclosed please find the electronic copy of evidence in the government's files related to the above-captioned matter. The production contains documents bates stamped DOJ-BERMAN-R_0000382332 through DOJ-BERMAN-R_0000382415. The government anticipates producing additional discovery on a rolling basis as it comes into the government's possession. As noted above, we have provided you these materials through your FTS. An index of the materials included in this production is enclosed.

As with prior productions, in this production, the government may have provided, as a courtesy, material which is not discoverable under Rule 16, the Jencks Act, *Giglio*, or *Brady*. The fact that certain non-discoverable materials are provided in no way obligates the government to provide all non-discoverable materials, and the fact that certain non-discoverable materials are provided should not be taken as a representation as to the existence or non-existence of any other non-discoverable materials.

The government reiterates the request for reciprocal discovery pursuant to Rule 16(b)(1) of the Federal Rules of Criminal Procedure that the government first made in its correspondence to Mr. Berman's former counsel dated January 26, 2021.

*Enclosed: Index for Production 32*

Upon receipt of this production, please confirm receipt and accessibility of material to Paralegal Rachel Boyer at Rachel.Boyer@usdoj.gov.

Sincerely,

Glenn S. Leon
Chief, Fraud Section
U.S. Department of Justice

By: _____

Christopher Fenton
Kate McCarthy
Matthew Reilly
Trial Attorneys

*Enclosed: Index for Production 32*