# **EXHIBIT 2**

US v Berman (20-cr-278)
Index to Production 32

| Description | Producing Party | ProdBeg | ProdEnd | Production Volume |
|---|---|---|---|---|
| 302s and agent notes for interviews of Brian Balbirnie, Shep Doniger, Jeffrey Leasure, and Matt Chad | FBI | DOJ-BERMAN-R_0000382332 | DOJ-BERMAN-R_0000382415 | 32 |