# **EXHIBIT 3**

FD-302 (Rev. 5-8-10)



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry _____11/09/2023_____

On November 7, 2023, Shep Doniger (DONIGER), previously interviewed, was interviewed virtually by DOJ Trial Attorneys Christopher Fenton, Matthew Reilly, Katherine McCarthy, DOJ paralegal Grace Souder, and FBI Special Agent Tristan Lozano. DONIGER provided the following information:

Part of DONIGER's duties for Keith Berman (BERMAN) and Decision Diagnostics (DECN) were to handle incoming interest for press releases. DONIGER worked on more than a dozen press releases for DECN. Most of the information related to DONIGER's work came from DONIGER's clients. Occassionally, additional research was needed.

DONIGER may have requested stock options from DECN because DONIGER may have reduced his billing rate. DONIGER was still working because the options do not always work out. As far as DONIGER's contacts at DECN, DONIGER infrequently spoke with a female assistant at DECN.

[DONIGER was shown April 6, 2020 Press Release, which is attached as a 1A]

DONIGER did not recall if DONIGER's name appeared on press releases. DONIGER liked to create a buffer between media and the client. If a client received interest, DONIGER could ascertain what the media was looking for and prepare DONIGER's client for the reporter.

DONIGER typically discussed quotes with a client to understand what the client wanted. Sometimes the client drafted a quote.

[DONIGER was shown April 7, 2020 Press Release, which is attached as a 1A]

DONIGER did not know if BERMAN had a publicist. DONIGER assumed DONIGER was the publicist. DONIGER introduced BERMAN to Steve Alembik (ALEMBIK), who was very active in Republican politics. ALEMBIK had since committed suicide. DONIGER was not aware of an official lobbyist, but vaguely recalled a conversation.

BERMAN drove what was newsworthy, but DONIGER might push back.

---

Investigation on _____11/07/2023_____ at _Los Angeles, California, United States (Other (Webex))_

File # _318C-LA-3307824_                                        Date drafted _11/07/2023_

by _LOZANO TRISTAN PIMENTEL_

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.                    DOJ-BERMAN-R_0000382392

318C-LA-3307824

Continuation of FD-302 of (U) Shep Doniger Interview 11.07.23 , On 11/07/2023 , Page 2 of 2

BERMAN did not specifically say let us put this out to raise the stock price and DONIGER did not have a conversation with BERMAN about that. In general, releasing press releases was one way to raise a company's profile.

Ron Herzog (HERZOG), BERMAN's attorney, scrutinized press releases for accuracy and value. HERZOG was another layer of approval. HERZOG was not in any position to represent DONIGER. DONIGER did not ask HERZOG to represent DONIGER. DONIGER did not know why HERZOG attended a previous interview of DONIGER.

DONIGER learned the approval process for DECN's Covid-19 test was going slower than they would have hoped. DONIGER may have followed up to ask where they stood or for an update. DONIGER offered a congressional contact who could help speak to the FDA for DECN.

[DONIGER was shown April 21, 2020 emails to Keith Berman with attachments, which are attached as a 1A]

DONIGER sent talking points so they could take advantage of the short amount of time BERMAN and DONIGER had in discussing with whatever elected official they were calling. If something will benefit a politician, making a call to at least see what was going on could help.

Regarding the first bullet point on page 2, DONIGER did not recall why he removed the information. Regarding the fourth bullet point, the percentages when higher but DONIGER did not know why BERMAN made the change. The efficacy numbers came from BERMAN. DONIGER did not recall where the change in the seventh bullet point came from, regarding the change from moth-balled to denied.

On the last page, the last bullet point, DONIGER did not know why the number of testing strips was changed. The change would have came from BERMAN. DONIGER did not recall if these talking points were used. They were supposed to be used. DONIGER beleived there was a phone call. DONIGER thought the congressman was on the phone for one call, and the congressman's Chief of Staff was on another call. DONIGER did not recall BERMAN raising any issues with the talking points.

DONIGER had not testified before. DONIGER's contract with BERMAN stated the client was responsible for the material and information.

 Back to Newsroom

**Mentioned in this Article**

# DECN Files Finalized FDA EUA Application for Its Genviro! Covid-19 Swift Kit, Receives Notification of Acceptance From FDA After-Hours on Friday 4/3/2020

Monday, April 6, 2020 10:15 AM

Share this article now         

Topic:   Company Update



Decision Diagnostics Corp.

*FDA Further Assigns Genviro COVID-19 Swift Kit Application to EUA Review Group on Saturday 4/4/2020, Pre-Uea Designation Anticipated Next*

**LOS ANGELES, CA / ACCESSWIRE / April 6, 2020 /** Decision Diagnostics Corp. (OTC PINK:DECN) manufacturers and design specifiers for the GenViro! Covid-19 Swift Kit, is an 18-year old, diabetes and now disease testing bio-technology development firm, high level manufacturer, quality plan administrator, FDA registered medical device customer support organization, and exclusive worldwide sales and regulatory process agent for its own proprietary regulated medical devices, announces today that the company has filed its

GOVERNMENT EXHIBIT
1J
1:20-cr-00278-TNM
DOJ-BERMAN-R_00003823

formal and finalized Emergency Authorization for its Professional Use Covid-19 screening kit with the Emergency Authorization review group at the U.S. FDA. The application was filed on Friday 4/3/2020 late in the afternoon, acknowledged less than three hours later, and assigned for EUA review on Saturday 4/4/2020. There have already been several contacts between the FDA EUA review group and the company's FDA counsel.

DECN had originally intended to submit its application for both of its Covid-19 Swift Kit products, the Professional version kit to be administered to by nurses, doctors, pharmacists and other professionals, and the at-home personal use kit we envision to be distributed by big box pharmacies, governmental agencies, home health agencies and directly by our own distributors. But because the FDA had yet to approve a kit designed for individual use, we decided to proceed first with the Pro version Swift kit and follow on as soon as possible with a separate EUA application for the at-home kit as a stand-alone application. We plan to use the same application with minor changes to reflect the individual use.



Keith Berman, CEO of Decision Diagnostics commented, "In February 2020, several weeks before the Covid-19 virus began to spread through Europe and then the USA, we prayed for our Korean colleagues who had the misfortune of living and working at Ground Zero for the Covid-19 virus in the city of Daegu. Watching that terrible news gave all of us the desire to open hearts, re-examine our past products and successes, and in an effort to

SDO-PERMAoffice-000382395

create a diagnostic method based our own core technology competencies even though virus detection was not in our mainstream. I have always believed that our impedance based core technology, first used as a critical part of our GenUltimate TBG product in the fall of 2019, was an adjustable crescent wrench type tool with many and varied possible applications. The first result of our hard work is the Covid-19 Swift kit that will be administered by professional health responders.

We will continue with our stated practice to sell the kits in the wholesale markets for $6.95 each, each kit containing test materials and a back-up, in case of human test administration error. Our Swift kit will take a small amount of time to administer to a patient by a professional, such as poking a patient's finger-tip to achieve a drop of blood. Results will be available in about 15 seconds.

Mr. Berman continued, "Our Korean partners, my primary consultant, who came out of retirement to create the design drawings and commentary, our FDA lawyers, and our own employees and those of our Korean partner jumped all over our efforts in what became a fundamental initiative. The application we filed with the FDA last Friday is our first fulfillment of these efforts, after weeks of internal and external discussion, planning, designing and redesigning and finally completion of the method design. If April 3 is the date where we drove our product stake into the ground, then the new product was conceived, designed and readied for FDA EUA review in approximately 45 days. Our method is unique, minimally invasive, doesn't require a painful nose swab, and true to its trade name -- Swift."

The company plans additional releases for a further description of this FDA filing and review event, the first upcoming release to notify all interested parties when our EUA application is deemed Pre-UEA by the FDA, that seminal second step. We also plan a lay description of some of the unique properties of our method, to be described in detail to the USPTO in our upcoming patent applications, but in layman's terms for our interested parties which now include a number of foreign governments and/or their agents.

Mr. Berman concluded, "Work began in late March to incorporate the Covid-19 Pro kit into our overall QA Plan and the parallel QA plan of our partner in Korea. Work has begun lining up and ordering critical components needed for the methodology, such as the platinum

DOJ-BERMAN-R_0000382396

glass electrodes. Given the Covid-19 crisis we find ourselves in, the flux in the rare earth and precious metals markets, delivery times for components have become much more important than price. Oh, and one last thing I am reminded of. The recent literature on the development of these tests, by us and other parties, has recently discussed President Trump's desire to have numerous "parking lot, drive up" testing centers in large retail, even church parking lots. The written accounts claim that these parking lot, drive up" testing centers have not materialized. In my humble opinion, while our Swift kits will have numerous uses in professionally administered settings, there is no better use for our Covid-19 Swift kit than these drive up centers, which we believe will quickly materialize."

ABOUT DECISION DIAGNOSTICS CORP

Decision Diagnostics Corp. is the leading manufacturer and worldwide distributor of diabetic test strips engineered to operate on legacy glucose meters. DECN's products are designed to operate efficiently and less expensively on certain glucose meters already in use by almost 7.5 million diabetics worldwide. With new inspired technology diabetic test strips already in the final stages of development, DECN products compete on a worldwide scale with legacy manufacturers currently selling to 71+ percent of a $15+ billion at-home testing market. The company's new GenViro!$^{TM}$ product designed to test for the

Coronavirus Covid-19, is not yet available in the United States or Puerto Rico but Emergency Waivers are in process. Now that we are a part of FDA review, and the product concept which had been presented to officials in Washington, DC is now part of the review and approval process.

**Forward-Looking Statements:**

This release contains the company's forward-looking statements which are based on management's current expectations and assumptions as of April 4, 2020, regarding the company's business and performance, its prospects, current factors, the economy, and other future conditions and forecasts of future events, circumstances, and results.

<u>**CONTACT INFORMATION:**</u>

Decision Diagnostics Corp.

DOJ-BERMAN-R_0000382397

Keith Berman (805) 446-2973

[info@decisiondiagnostics.co](mailto:info@decisiondiagnostics.co)

[www.genultimate.com](http://www.genultimate.com)

[www.genultimatetbg.com](http://www.genultimatetbg.com)

[www.pharmatechdirect.com](http://www.pharmatechdirect.com)

**SOURCE:** Decision Diagnostics Corp.

 Back to Newsroom

DOJ-BERMAN-R_0000382398

**CERTIFICATION OF DOMESTIC RECORDS
OF REGULARLY CONDUCTED ACTIVITY
Pursuant to Fed. R. Evidence 902(11)**

The undersigned declarant hereby declares, certifies, verifies, or states the following:

1.   The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2.   The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as: [If this is insufficient room in which to adequately identify the items certified, complete on a separate sheet and refer to that sheet here.]

3.   The records are originals or duplicate copies of domestic (United States) business records;

4.   The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5.   The records were kept in the course of a regularly conducted business activity; and

6.   The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify, or state, under penalty of perjury, that the foregoing is true and correct.*

*Brian R. Balbirnie*
Signature of Declarant

Brian R. Balbirnie
Printed Name

Chief Executive Officer
Title

Issuer Direct / ACCESSWIRE
Company Name

1 Glenwood Ave, Suite 1001 Raleigh NC 27603
Business Address

Dec. 3, 2021
Date of Declaration/Execution

DOJ-BERMAN-R_0000382399

 Back to Newsroom

**Mentioned in this Article**

# DECN Receives Pre-EUA Acknowledgement Letter And Product Serial Number From U.S. FDA For GenViro!(TM) Covid-19 Screening Kit For Professional Use

Tuesday, April 7, 2020 10:15 AM

Share this article now   

Topic:  Company Update



Decision Diagnostics Corp.



***COMPANY BEGINS SCALE PURCHASES OF GENVIRO!™ COMPONENTS, CREATING PACKAGING USING FDA EUA LABELING GUIDANCE, APPLICATION IN PROCESS FOR GENVIRO!™ AT-HOME SCREENING KIT***

**LOS ANGELES, CA / ACCESSWIRE / April 7, 2020 /** Decision Diagnostics Corp. (OTC PINK:DECN) through its subsidiary Pharma Tech Solutions, Inc. the manufacturers and design specifiers for the GenViro! Covid-19 Swift Kit, is an 18-year old, diabetes and now disease testing bio-technology development firm, high-level manufacturer, quality plan administrator, FDA registered medical device customer support organization, and exclusive

worldwide sales and regulatory process agent for its own proprietary regulated medical devices, announces today that the company has received the Pre-EUA Acknowledgement letter from the U.S. FDA for device (serial number) PEUA200232, GenViro Covid-19 Screening Kit. This grant by the FDA is a major milestone in our GenViro!™ Covid-19 test kit development, now beginning its 7th week since we became aware that our manufacturer and R&D professionals were living and working at Ground Zero of the Korean Covid-19 epidemic.

DECN received the Pre-EUA Acknowledgement and device serial number on Saturday, April 4, 2020. Later on this same day FDA counsel had several exchanges with FDA EUA staff. In one of those exchanges, the FDA provided Guidance for our final product testing.



Keith Berman, CEO of Decision Diagnostics commented, "We filed our final application with the FDA for EUA approval on April 3, 2020, taking out all reference to our at-home use Covid-19 kit. We submitted the application late in the afternoon EDT, and incredibly we received our Pre-EUA Acknowledgement the morning of April 4, 2020, less than 24 hours later, and on the weekend. We were so stunned by the rapid acknowledgment that we waited almost two days to inquire whether the acknowledgment was what we have come to know as the "Pre-EUA." We were assured that this letter from the FDA and the device serial number assigned are exactly what we had been hoping for."

As early as Saturday April 4, it was clear that the FDA review staff was aware that our methodology was different than those slower and older methods that had received FDA EUAs, or were in review. Although the testing requested will be rigorous, it appears that testing will require 30 known Covid-19 positive samples and 30 known Covid-19 negative

DOJ-BERMAN-R_000382461

samples, all samples based on venous blood. The company is now looking to contract with a hospital or commercial laboratory to complete this testing.

Mr. Berman continued, "Upon receipt of these acknowledgments from the FDA, we contacted our partners in Korea, and provided specifications for all of the major components required for the GenViro!™ kit that are not used or a part of our GenUltimate! TBG product. Today our partners began ordering these components to begin build, assembly and bench testing for the post-prototype version of GenViro!™, Point of Care kit. These activities will become part of the completion of our Design Specifications file and Design History file for Genviro!™, and are necessary components of all FDA cleared medical devices. "

The company plans to discuss in the coming days how we intend to identify the various coronaviruses through GenViro!™. Reading that discussion will be a unique opportunity. The method the company intends to use will be based upon earlier products shepherded by Messrs. Berman and Musho. We expect industry people will be surprised.

## ABOUT DECISION DIAGNOSTICS CORP

Decision Diagnostics Corp. is the leading manufacturer and worldwide distributor of diabetic test strips engineered to operate on legacy glucose meters. DECN's products, the GenUltimate! ("Sunshine") diabetes test strip, its GenAccord! Enhance ("Caterpillar") strip and meter systems for the uninsured and under-insured, its GenChoice! ("Ladybug") test strip now in the later stages of FDA 510(k) prosecution, and its GenUltimate! Precis products manufactured for International markets are designed to operate efficiently and less expensively on certain glucose meters already in use by almost 7.5 million diabetics worldwide. With new inspired technology diabetic test strips already in the final stages of development, DECN products compete on a worldwide scale with legacy manufacturers currently selling to 71+ percent of a $15+ billion at-home testing market. The company's new GenViro!™ product designed to test for the Coronavirus Covid-19, is not yet available in the United States or Puerto Rico but Emergency Waivers are in process. Now that we are a part of FDA review, and the product concept which had been presented to officials in

DOJ-BERMAN-R_0000382402

Washington, DC is now part of the review and approval process.

**Forward-Looking Statements:**

This release contains the company's forward-looking statements which are based on management's current expectations and assumptions as of April 6, 2020, regarding the company's business and performance, its prospects, current factors, the economy, and other future conditions and forecasts of future events, circumstances, and results.

**CONTACT INFORMATION:**

Decision Diagnostics Corp.

Keith Berman (805) 446-2973

info@decisiondiagnostics.co

www.genultimate.com

www.genultimatetbg.com

www.pharmatechdirect.com

**SOURCE:** Decision Diagnostics Corp.

 Back to Newsroom

DOJ-BERMAN-R_0000382403

## CERTIFICATION OF DOMESTIC RECORDS
## OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to Fed. R. Evidence 902(11)

The undersigned declarant hereby declares, certifies, verifies, or states the following:

1.   The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2.   The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as: [If this is insufficient room in which to adequately identify the items certified, complete on a separate sheet and refer to that sheet here.]

3.   The records are originals or duplicate copies of domestic (United States) business records;

4.   The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5.   The records were kept in the course of a regularly conducted business activity; and

6.   The records were made by the regularly conducted business activity as a regular practice.

***I hereby declare, certify, verify, or state, under penalty of perjury, that the foregoing is true and correct.***

*Brian R. Balbirnie*
Signature of Declarant

Brian R. Balbirnie
Printed Name

Chief Executive Officer
Title

Issuer Direct / ACCESSWIRE
Company Name

1 Glenwood Ave, Suite 1001 Raleigh NC 27603
Business Address

Dec. 3, 2021
Date of Declaration/Execution

DOJ-BERMAN-R_0000382404

**To:**        Shepard Doniger[sdoniger@bdcginc.com]
**From:**    KMB[kberman@decisiondiagnostics.net]
**Sent:**     Tue 4/21/2020 7:31:11 PM (UTC)
**Subject:**  Re: One pager DRAFT
DD one pager v1 kb changes.docx

here you go




Keith,
I am on two other calls but didn't want to slow the process.

Please find attached a slightly more than one page bulleted presentation of who we are, what we do and what
we are asking of the members who are helping. It's a quick take DRAFT but should supply a good start. As
you know, we have to be really brief and provide the short Talking Points our supporters will need to make
the case for us. I am available to continue to make edits and for review if need be.

Regards,

Shep



Shep Doniger
President & CEO
561-637-5750
sdoniger@bdcginc.com




--




Keith Berman
Decision Diagnostics Corp.
Pharma Tech Solutions, Inc.
PDA Services, Inc.
Pharmtech Direct Corp.
2660 Townsgate Road #300
Westlake Village, CA 91361
(805) 446-1973
(805) 207-5900 Cell
(805) 497-4125 Home


CONFIDENTIALITY NOTICE
This message and its attachments, if any, are addressed solely to the intended recipients
and may contain confidential information. If you have received this message in error,
be advised that any use of the content hereof is prohibited. Please notify the sender
immediately by e-mail if you have received this e-mail by mistake and delete this e-mail
from your system. The sender does not accept any liability for any errors or omissions
in the contents of this message, which arise as a result of e-mail transmission.

GOVERNMENT
EXHIBIT
**72**
1:20-cr-00278-TNM

DOJ-BERMAN-R_0000382405

**PharmaTech Solutions, Inc.**
*Seeking FDA approval for rapid Covid-19 professional and home testing*

➢ With testing the key to opening the country, the two challenges are identifying those who currently have the Covid-19 virus and identifying those who have already had it who have built up antibodies to it.  There are still more than a few questions about those tests that count antibodies.

➢ PharmaTech Solutions, Inc., a diabetes testing leader, has reworked their testing unit/device and the testing strips used to provide a glucose reading, to detect the presence of the Covid-19 virus active in an individual's blood.

➢ With a single prick of the finger producing a droplet of blood to be used by inserting an active and ready test strip into the company's re-engineered testing strips into the company's hand held reader unit that will read the strip and provide a positive or negative reading within :13 to :15 seconds.

➢ As the testing is based on the diabetes testing model using altered technologies specific to virus detection, the expectation is that accuracy should be the same as that of diabetes, approximately 97-98% sensitivity with mid 90s percent for specificity.

➢ This handheld device is designed to be used by both professionals as well as individuals at home or work. It can also be used by businesses large and small to test workers.

➢ The original submission to the FDA was for both a professional and personal device and was soon after altered for only professional use believing that the FDA would not approve the individual use device. The devices will be exactly the same with the only difference being the instructions for use. Otherwise they are the same.

➢ Originally moth-balled upon submission, the company took swift action to reach out to the administration seeking their help for an emergency authorization which it was able to secure. That was on April 3rd and despite a series of calls and written follow-up there has been no additional movement.

➢ With no further response or action from the FDA, the application appears stuck in limbo pending approval of the use of compromised blood for testing (as opposed to traveling the globe to test in person X number of infected and X number of non-infected live patients), guidance that the FDA had authored on March 16th and used for many other purposes but not for PharmaTech. The company strongly believes that its technology solution will receive swift approvals in the EU, Russia, India and other locations around the globe when submissions have been made.

DOJ-BERMAN-R_0000382406

➢ Upon approval, the company believes it can conclude successful testing within a two week period.

➢ **The specific ask is to cut through the red tape and bureaucracy that is holding up this likely solution to the active virus identification need.**

➢ **First, the company seeks the opportunity to conduct its testing with compromised blood (blood spiked with the virus) to validate its efficacy of the test kit.**

➢ **Second, the company also wants to receive EUA approval in advance pending a date certain for completion of the testing. Several companies have received this type of approval, one as recently as last week.**

➢ The importance of these requests cannot be ignored because based upon conversations with the FDA it is clear that the company's application has not been (fully) reviewed for efficacy, even after 17 days.  Without  a date certain grant of the EUA the company believes that its application, even after completion of the efficacy tests will take several more months  -- perhaps into the Fall when we would then have to face the expected question  -- where is the emergency.

➢ However, the company does believe that upon successful testing and approval, it will be able to produce approximately 250,000 testing units per week with accompanying strips beginning as early as the third week in May for the US and global markets.

DOJ-BERMAN-R_0000382407

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____Jenessa Smith_____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by __Endurance International Group, Inc.____ ("PROVIDER"), and my title is _____Web Advisor Two_____.

I am a custodian of records for PROVIDER, and I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of PROVIDER. The attached records consist of:

__subscriber information, email content, and IP address logs._____

I further state that:

a.      all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of PROVIDER, and they were made by PROVIDER as a regular practice; and

b.      such records were generated by PROVIDER's electronic process or system that produces an accurate result, to wit:

   1.      the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of PROVIDER in a manner to ensure that they are true duplicates of the original records; and

   2.      the process or system is regularly verified by PROVIDER, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

# Jenessa C. Smith

Digitally signed by Jenessa C. Smith
Date: 2020.08.18 15:18:21 -07'00'

___August 18th, 2020_____          _____
Date                                     Signature

DOJ-BERMAN-R_0000348499

**To:**       Keith Berman[kberman@decisiondiagnostics.net]
**From:**     Shepard Doniger[sdoniger@bdcginc.com]
**Sent:**     Tue 4/21/2020 6:50:21 PM (UTC)
**Subject:**  One pager DRAFT
DD one pager v1.docx
Untitled attachment 23323.htm
ShepDoniger-small.tif
Untitled attachment 23326.htm

Keith,
I am on two other calls but didn't want to slow the process.

Please find attached a slightly more than one page bulleted presentation of who we are, what we do and what we are asking of the members who are helping. It's a quick take DRAFT but should supply a good start. As you know, we have to be really brief and provide the short Talking Points our supporters will need to make the case for us. I am available to continue to make edits and for review if need be.

Regards,

Shep

**GOVERNMENT EXHIBIT 71**
1:20-cr-00278-TNM

DECN-END0000121100
DOJ-BERMAN-R_0000382409

**PharmaTech Solutions, Inc.**
*Seeking FDA approval for rapid Covid-19 professional and home testing*

➢ With testing the key to opening the country, the two challenges are identifying those who currently have the Covid-19 virus and identifying those who have already had it who have built up antibodies.

➢ PharmaTech Solutions, Inc., a diabetes testing leader, has reworked their testing unit/device and the testing strips used to provide a glucose reading, to detect the presence of the Covid-19 virus active in their blood.

➢ With a single prick of the finger producing a droplet of blood to be used on one of the company's re-engineered testing strips, the blood sample will be inserted into the reader unit that will read the strip and provide a positive or negative reading within :13 to :15 seconds.

➢ As the testing is based on the diabetes testing model using altered technologies specific to virus detection, the expectation is that accuracy should be the same as that of diabetes, approximately 98-99% sensitivity with mid to upper 90% for specificity.

➢ This handheld device is designed to be used by both professionals as well as individuals at home or work. It can also be used by businesses large and small to test workers.

➢ The original submission to the FDA was for both a professional and personal device and was soon after altered for only professional use believing that the FDA would not approve the individual use device. The devices will be exactly the same with the only difference being the instructions for use. Otherwise they are the same.

➢ Originally denied upon submission, the company took swift action to reach out to the administration seeking their help for an emergency authorization which it was able to secure. That was on April 3rd and despite a series of calls, there has been no additional movement.

➢ With no further response or action from the FDA, the application appears stuck in limbo pending approval of the use of compromised blood for testing ( as opposed to traveling the globe to find X number if infected and X number of non-infected live patients), guidance that the FDA had authored on March 16th and used for many other purposes but not for PharmaTech. The company strongly believes that its technology solution will receive swift approvals in the EU, Russia, India and other locations around the globe when submissions have been made.

DOJ-BERMAN-R_0000382410

➢ Upon approval, the company believes it can conclude successful testing within a two week period once approved.

➢ **The specific ask is to cut through the red tape and bureaucracy that is holding up this likely solution to the active virus identification need. The company seeks the opportunity to conduct its testing with compromised blood to validate its efficacy and will agree to do so by a specific date.**

➢ The company believe upon successful testing and approval, it will be able to produce approximately 400,000 testing units and accompanying strips per week by mid-May for the US and global markets.

DOJ-BERMAN-R_0000382411

Shep Doniger
  President & CEO
  561-637-5750
  sdoniger@bdcginc.com

DECN-END0000022282
DOJ-BERMAN-R_0000382412

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____Jenessa Smith_____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by _Endurance International Group, Inc._____ ("PROVIDER"), and my title is ____Web Advisor Two_____.

I am a custodian of records for PROVIDER, and I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of PROVIDER. The attached records consist of:

__subscriber information, email content, and IP address logs._____

I further state that:

a.      all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of PROVIDER, and they were made by PROVIDER as a regular practice; and

b.      such records were generated by PROVIDER's electronic process or system that produces an accurate result, to wit:

        1.      the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of PROVIDER in a manner to ensure that they are true duplicates of the original records; and

        2.      the process or system is regularly verified by PROVIDER, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

# Jenessa C. Smith

Digitally signed by Jenessa C. Smith
Date: 2020.08.18 15:18:21 -07'00'

___August 18th, 2020_____       _____
Date                                    Signature

DOJ-BERMAN-R_0000348419