# **EXHIBIT 4**

| **From:** | Reilly, Matthew (CRM) |
|---|---|
| **To:** | Xenakis, Nicholas; Ramos, Jose |
| **Cc:** | McCarthy, Katherine (CRM); Fenton, Christopher (CRM); Souder, Grace (CRM); Shelli Peterson; Boyer, Rachel (CRM); Girón, José; Collins, Kevin |
| **Subject:** | RE: US v. Berman, 20cr278 - Government"s Witness List |
| **Date:** | Wednesday, November 29, 2023 10:26:08 AM |

[EXTERNAL]

Nick,

We also wanted to let you know that we are now unlikely to call Leslie Musho and Shep Doniger, but are keeping them on our witness list and under subpoena for the time being.

Thanks,

Matt

---

**From:** Xenakis, Nicholas <NXenakis@cov.com>
**Sent:** Friday, November 24, 2023 5:36 PM
**To:** Fenton, Christopher (CRM) <Christopher.Fenton@usdoj.gov>; Ramos, Jose <JRamos@cov.com>
**Cc:** McCarthy, Katherine (CRM) <Katherine.McCarthy@usdoj.gov>; Souder, Grace (CRM) <Grace.Souder@usdoj.gov>; Shelli Peterson <Shelli_Peterson@fd.org>; Boyer, Rachel (CRM) <Rachel.Boyer@usdoj.gov>; Girón, José <JGiron@cov.com>; Collins, Kevin <kcollins@cov.com>; Reilly, Matthew (CRM) <Matthew.Reilly2@usdoj.gov>
**Subject:** [EXTERNAL] RE: US v. Berman, 20cr278 - Government's Witness List

Counsel:  We hope you had a nice Thanksgiving as well, and we appreciate the notice about the witness substitution.  We are notifying you that based on that substitution, Mr. Berman is now adding Robert Haupt as a witness he may call at trial.

---

**From:** Fenton, Christopher (CRM) <Christopher.Fenton@usdoj.gov>
**Sent:** Friday, November 24, 2023 10:29 AM
**To:** Ramos, Jose <JRamos@cov.com>
**Cc:** McCarthy, Katherine (CRM) <Katherine.McCarthy@usdoj.gov>; Souder, Grace (CRM) <Grace.Souder@usdoj.gov>; Shelli Peterson <Shelli_Peterson@fd.org>; Boyer, Rachel (CRM) <Rachel.Boyer@usdoj.gov>; Xenakis, Nicholas <NXenakis@cov.com>; Girón, José <JGiron@cov.com>; Collins, Kevin <kcollins@cov.com>; Reilly, Matthew (CRM) <Matthew.Reilly2@usdoj.gov>
**Subject:** RE: US v. Berman, 20cr278 - Government's Witness List

[EXTERNAL]
Counsel —

We hope you had a nice Thanksgiving.  We're writing to notify you that we plan to substitute victim-investor Kristen Lilley for victim-investor Robert Haupt on our witness list.  Ms. Lilley's May 2022 MOI was previously produced to you.  We will provide any additional discoverable material related

to Ms. Lilley as we receive it, consistent with our obligations.  Thank you.

---

**From:** Fenton, Christopher (CRM)
**Sent:** Monday, October 30, 2023 4:17 PM
**To:** Ramos, Jose <JRamos@cov.com>
**Cc:** McCarthy, Katherine (CRM) <Katherine.McCarthy@usdoj.gov>; Souder, Grace (CRM) <Grace.Souder@usdoj.gov>; Shelli Peterson <Shelli_Peterson@fd.org>; Boyer, Rachel (CRM) <Rachel.Boyer@usdoj.gov>; Xenakis, Nicholas <NXenakis@cov.com>; Girón, José <JGiron@cov.com>; Collins, Kevin <kcollins@cov.com>; Reilly, Matthew (CRM) <Matthew.Reilly2@usdoj.gov>
**Subject:** US v. Berman, 20cr278 - Government's Witness List

Counsel –

Pursuant to the Court's scheduling order, attached please find the government's witness list disclosure.  Please confirm receipt. Thank you.