UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 20-CR-278-TNM |
| | ) |
| KEITH BERMAN, | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

Upon consideration of Defendant Keith Berman's Motion for Discovery of Exculpatory Evidence Relating to Advice of Counsel Defense, it is, on this _____ day of _____, 2023, hereby ORDERED that the Motion for Discovery of Exculpatory Evidence Relating to Advice of Counsel Defense is GRANTED.  The government is hereby ORDERED to disclose by _____, all material and exculpatory information in its possession that is relevant to an advice of counsel defense, including but not limited to, any evidence that the government relied upon in seeking and obtaining a warrant for the communications of Mr. Ronald Herzog.

_____
Hon. Trevor N. McFadden
United States District Court for the District of Columbia