UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEITH BERMAN<br><br>        Defendant. | Criminal No.<br>1:20-cr-00278-TNM |

### UNITED STATES' MOTION FOR LEAVE TO FILE A SUR-REPLY

Defendant Keith Berman filed a second motion to exclude evidence relating to his alleged misappropriation of company funds under Federal Rule of Evidence 404(b). (ECF 156.) In his opening brief, the defendant omitted to mention that the parties had previously litigated this issue (ECF 31, 33, 36), and that the Court found that such evidence was not extrinsic but was "intertwined with the commission of the charged crimes" (Nov. 19, 2021 Hr'g Tr. at 40:14 – 42:16) and the Court directed the parties to consider entering a sanitizing stipulation about the misappropriated funds (which had been used to pay to chat on webcams) (ECF 49). In its response to the defendant's second Rule 404(b) motion on this issue, the government discussed the fact of the stipulation at length. (ECF 158 at 4-8, 10, 11.) In his reply brief, however, the defendant acknowledged the stipulation for the first time but mischaracterized it as solely as provision of notice without acknowledging the Court's ruling on the underlying issue that prompted the parties to negotiate the stipulation. (ECF 159 n.1.) The government seeks leave to file a brief sur-reply addressing the new information set forth in the defendant's reply and to provide context and correct the record, including to explain that the Court has already found that the evidence of misappropriated funds was intrinsic to the crimes charged. (Nov. 19, 2021 Hr'g Tr. at 41:17 – 42:2.) The government's proposed sur-reply is attached hereto as Exhibit 1.

**CONCLUSION**

For the foregoing reasons, the government respectfully requests the Court grant leave to submit the sur-reply attached hereto as Exhibit 1.

Respectfully submitted,

GLENN S. LEON
CHIEF, FRAUD SECTION
Criminal Division, U.S. Department of Justice

_____//s//_____
CHRISTOPHER FENTON
KATE T. MCCARTHY
MATTHEW REILLY
Trial Attorneys


Fraud Section, Criminal Division
United States Department of Justice
1400 New York Avenue, NW
Washington, D.C. 20005
Telephone: (202) 320-0539
Fax: (202) 514-0152
Christopher.Fenton@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 4, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

                                                               */s/ Christopher Fenton*
                                                               Christopher Fenton
                                                               Trial Attorney