UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>KEITH BERMAN, )<br>)<br>         Defendant. ) | CRIMINAL NO. 20-CR-278-TNM |

**JOINT PROPOSED SCHEDULE FOR EVIDENTIARY HEARING AND SENTENCING**

In an effort to facilitate orderly and efficient proceedings in connection with the sentencing hearing and the March 20, 2024 evidentiary hearing, the Parties, by and through their undersigned counsel, respectfully submit this Joint Proposed Schedule for exchanging disclosures and court submissions:

| PROPOSED EVIDENTIARY AND SENTENCING DISCLOSURE SCHEDULE | |
|---|---|
| Witness disclosures include qualifications, conclusions, reasons and bases for those conclusions | February 20, 2024 |
| Exchange exhibit disclosures, as well as disclosure of any Jencks or Giglio material | March 8, 2024 |
| Simultaneous filings of evidentiary hearing briefs (written submissions) | March 13, 2024 |
| Evidentiary hearing | March 20, 2024 |
| Witness & exhibit disclosures consistent with Fed. R. Crim. Proc. 32(i)(2) | April 6, 2024 |
| Simultaneous filings of sentencing memorandum | April 6, 2024 |
| Sentencing hearing | April 12, 2024 |

The Parties request the Court approve and adopt the proposed schedule.

Dated: February 14, 2024                                Respectfully Submitted,

*/s/ Christopher Fenton*                                */s/ Kevin B. Collins*
Christopher Fenton                                      Kevin B. Collins (D.C. Bar No. 445305)
Kate T. McCarthy                                        Nicholas J. Xenakis (D.C. Bar No. 90001123)
Matthew Reilly                                          Jose J. Ramos (*pro hac vice*)
Trial Attorneys                                         Covington & Burling LLP
                                                        850 Tenth Street, NW
Fraud Section, Criminal Division                        Washington, DC 20001
United States Department of Justice                     (202) 662-5598
1400 New York Avenue, NW
Washington, DC 20005                                    Michelle Peterson (D.C. Bar No. 438930)
(202) 320-0539                                          Assistant Federal Public Defender
                                                        For the District of Columbia
                                                        625 Indiana Avenue, NW
                                                        Washington, DC 20004

                                                        *Counsel for Keith Berman*

The parties joint proposed schedule in this case is approved this 14th day of February 2024,

_____
Honorable Trevor N. McFadden
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that I caused copies of the foregoing to be transmitted to counsel registered to receive electronic service.

                                                Signed,

*/s/ Kevin B. Collins*
Kevin B. Collins (D.C. Bar No. 445305)
Nicholas J. Xenakis (D.C. Bar No. 90001123)
Jose J. Ramos (*pro hac vice*)
Covington & Burling LLP
850 Tenth Street, NW
Washington, DC 20001
(202) 662-5598

Michelle Peterson (D.C. Bar No. 438930)
Assistant Federal Public Defender
For the District of Columbia
625 Indiana Avenue, NW
Washington, DC 20004
(202) 208-7500 , ext. 125

*Counsel for Keith Berman*