UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | CRIMINAL NO. 20-CR-278-TNM |
| v.   ) | |
| ) | |
| KEITH BERMAN,   ) | |
| ) | |
| Defendant.   ) | |

## JOINT PROPOSED SCHEDULE FOR EVIDENTIARY HEARING AND SENTENCING

In an effort to facilitate orderly and efficient proceedings in connection with the sentencing hearing and the March 20, 2024 evidentiary hearing, the Parties, by and through their undersigned counsel, respectfully submit this Joint Proposed Schedule for exchanging disclosures and court submissions:

| PROPOSED EVIDENTIARY AND SENTENCING DISCLOSURE SCHEDULE | |
|---|---|
| Witness disclosures include qualifications, conclusions, reasons and bases for those conclusions | February 20, 2024 |
| Exchange exhibit disclosures, as well as disclosure of any Jencks or Giglio material | March 8, 2024 |
| Simultaneous filings of evidentiary hearing briefs (written submissions) | March 13, 2024 |
| Evidentiary hearing | March 20, 2024 |
| Witness & exhibit disclosures consistent with Fed. R. Crim. Proc. 32(i)(2) | April 6, 2024 |
| Simultaneous filings of sentencing memorandum | April 6, 2024 |
| Sentencing hearing | April 12, 2024 |

The Parties request the Court approve and adopt the proposed schedule.

Dated: February 14, 2024

Respectfully Submitted,

/s/ Christopher Fenton
Christopher Fenton
Kate T. McCarthy
Matthew Reilly
Trial Attorneys

Fraud Section, Criminal Division
United States Department of Justice
1400 New York Avenue, NW
Washington, DC 20005
(202) 320-0539

/s/ Kevin B. Collins
Kevin B. Collins (D.C. Bar No. 445305)
Nicholas J. Xenakis (D.C. Bar No. 90001123)
Jose J. Ramos (*pro hac vice*)
Covington & Burling LLP
850 Tenth Street, NW
Washington, DC 20001
(202) 662-5598

Michelle Peterson (D.C. Bar No. 438930)
Assistant Federal Public Defender
For the District of Columbia
625 Indiana Avenue, NW
Washington, DC 20004

*Counsel for Keith Berman*

The parties joint proposed schedule in this case is approved this 20th day of February 2024,

_____
Honorable Trevor N. McFadden
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that I caused copies of the foregoing to be transmitted to counsel registered to receive electronic service.

Signed,

*/s/ Kevin B. Collins*
Kevin B. Collins (D.C. Bar No. 445305)
Nicholas J. Xenakis (D.C. Bar No. 90001123)
Jose J. Ramos (*pro hac vice*)
Covington & Burling LLP
850 Tenth Street, NW
Washington, DC 20001
(202) 662-5598

Michelle Peterson (D.C. Bar No. 438930)
Assistant Federal Public Defender
For the District of Columbia
625 Indiana Avenue, NW
Washington, DC 20004
(202) 208-7500 , ext. 125

*Counsel for Keith Berman*

Case 1:20-cr-00278-TNM   Document 173   Filed 02/20/24   Page 4 of 4