## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | )   **CRIMINAL NO. 20-CR-278-TNM** |
| **v.** | ) |
| | ) |
| **KEITH BERMAN,** | ) |
| | ) |
| **Defendant.** | ) |

### CONSENT MOTION TO EXTEND DATE FOR EXHIBIT DISCLOSURES

Pursuant to the Court's February 20, 2024 Order, the Parties were to exchange exhibit disclosures, as well as disclosure of any Jenks or Giglio material, by March 8, 2024. Having conferred and reached an agreement with the Government, Mr. Berman, by and through undersigned counsel, respectfully submits this motion to extend this disclosure date for one business day, until March 11, 2024. The extension is requested to permit one of Defendant's witnesses time to take care of an unexpected healthcare issue for a family member.

Mr. Berman, with authorization of the Government, requests the Court approve and adopt the proposed extension.

Dated: March 7, 2024                    Respectfully Submitted:

*/s/ Kevin B. Collins*
Kevin B. Collins (D.C. Bar No. 445305)
Nicholas J. Xenakis (D.C. Bar No. 90001123)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001
(202) 662-5598

Michelle Peterson (D.C. Bar No. 438930)
Assistant Federal Public Defender
For the District of Columbia
625 Indiana Avenue, N.W.
Washington, DC 20004

*Counsel for Keith Berman*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused copies of the foregoing to be transmitted to counsel registered to receive electronic service.

*/s/ Kevin B. Collins*
Kevin B. Collins (D.C. Bar No. 445305)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001
(202) 662-5598