UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | CRIMINAL NO. 20-CR-278-TNM |
| v. ) | |
| ) | |
| KEITH BERMAN, ) | |
| ) | |
| Defendant. ) | |

### DISCLOSURE OF JAMES REILLY

Defendant Keith Berman submits this disclosure as he intends to call Mr. James Reilly at the March 20, 2024, evidentiary hearing to offer testimony regarding investor losses in accordance with federal sentencing guidelines. Mr. Berman may choose not to elicit the testimony outlined in this notice, but he offers this information in order to provide notice to the parties, and streamline the evidentiary hearing.

Mr. Reilly is an expert witness and consultant with PNA Consulting, LLC, where he provides expert testimony and consulting on financial services issues in complex litigation and arbitration. He has over 30 years of experience in securities regulation compliance and deep knowledge of federal securities laws and regulations. He served as a Managing Director and Chief Compliance Officer at TD Ameritrade, Inc., where, inter alia, he designed and reviewed all compliance and surveillance policies and procedures for the firm. Before that, he served as Chief Compliance Officer at TIAA-CREF and Managing Director of Global Equities Compliance at Goldman, Sachs & Co., where, inter alia, he created trading and email surveillance programs to comply with global regulatory obligations.

In addition, he provided regulatory compliance consulting services as the Managing Partner at Lex Sequor Consulting, and served as the Associate Director of Compliance at Paine Webber, Inc. and the Director of Capital Markets Compliance at First Union Capital Markets

Corp.  In addition, Mr. Reilly has held various compliance positions with Solomon Smith Barney/Robinson Humphrey and worked as a special investigator with the National Association of Securities Dealers, Inc.  The full breadth of Mr. Reilly's experience in securities regulation compliance is detailed in his curriculum vitae, which is attached as Exhibit A.  Mr. Reilly served as an expert in 2018 in *Thompson Research Group vs. Winnebago Industries*, No. 3:17-cv-1595 (M.D. Tenn.).

Mr. Reilly's testimony will be based on his training and experience, which includes applying his extensive knowledge of federal securities laws to trading analysis and surveillance.  As a senior-level compliance professional at multiple financial firms, Mr. Reilly has a deep-rooted understanding reviewing equity securities for possible loss, stock buying patterns, and market analysis.  As part of his duties, he helped design and implement trade surveillance to look for potential manipulation and other indicia of potential fraud at Goldman Sachs, TIAA, and TD Ameritrade.  He has also been engaged as a consultant to large trading firms to analyze potential losses from large trades in low-liquidity securities.

We anticipate that Mr. Reilly will opine and testify regarding:  (1) stock market concepts and terminology; (2) stock traders' awareness of the risks of trading penny stocks, including DECN common stock; (3) the Modified Rescissory Method ("MRM"), as provided in the Federal Sentencing Guidelines,[1] results in zero loss during the appropriate period; and (4) stock market dynamics in 2020 affected DECN trading.

*First*, Mr. Reilly will provide testimony regarding stock market concepts and terminology. He will describe the Over-the-Counter ("OTC") market and associated trading concepts.  He will describe the characteristics of companies' stock that trades on the OTC market.  This will include

---

[1] USSG §2B1.1, Application Note 3(F)(ix)

2

an explanation of the penny stock concept, how penny stocks are traded, and the riskiness of trading penny stocks relative to other publicly traded stocks.

*Second*, Mr. Reilly will describe how trading risks, including risks arising from penny stocks, are disclosed to the investing public. Mr. Reilly will testify that there were numerous publications, including by the Securities and Exchange Commission ("SEC"), directed at members of the public regarding DECN stock. Mr. Reilly will testify that the investing public was aware of the risk of investing in DECN as there were clear and conspicuous discussions of such risks beginning on April 23, 2020. As part of his testimony, Mr. Reilly will describe SEC trading suspensions, including why a company may receive a suspension and the effects of a suspension. He will also explain the concept of caveat emptor and how stock traders are warned about companies that have experienced a trading suspension.

*Third*, Mr. Reilly will describe the process he used to determine a reasonable estimate of loss. Mr. Reilly will testify regarding the process he used to evaluate stock trader loss under the MRM and will show that there was no loss to DECN stock traders during the appropriate timeframes according to the formula provided by the sentencing guidelines. As part of this testimony, Mr. Reilly will describe how he collected data regarding DECN stock, selected the appropriate time periods, and then applied the MRM to this data. Mr. Reilly's testimony and opinions will be based on his analysis of publicly available data and information, including data sourced from Bloomberg, Yahoo Finance, internet sources, and other resources. He will explain that the results of the MRM indicate there was no loss. Mr. Reilly will provide accompanying charts and an evidentiary report to support this opinion.

*Finally*, Mr. Reilly is also expected to provide testimony regarding the stock market dynamics in 2020 and their effect on trading. He will testify that the changes in DECN's share price during the relevant period can also be attributed to other factors, including a strong interest by

3

the trading public to invest in companies seeking to develop products aimed at addressing the onset of the Covid-19 worldwide pandemic. He will offer testimony regarding his analysis of changes in DECN's share price and how those compared to changes in the share prices of eight (8) other public companies that were also developing products to address the COVID-19 pandemic. His analysis and comparison will demonstrate a very close correspondence between DECN's share price movements and share price movements of these other companies. The eight other public companies that Mr. Reilly relies upon are similarly sized companies that were also developing products to address the COVID-19 pandemic, include

- SNANF – Sona Nanotech Inc
- TAUG – Tauriga Sciences Inc
- SRNE – Sorrento Therapeutics Inc
- NVAX – Novavax Inc
- CODX – Co-Diagnostics Inc
- VXRT – Vaxart Inc
- TOMDF – Todos Medical Ltd
- CYDY – CytoDyn Inc

Mr. Reilly has approved this disclosure. Mr. Berman reserves the right to further supplement this disclosure in advance of the evidentiary hearing.

James Reilly
Managing Partner
PNA Consulting, LLC

Dated:  February 20, 2024             /s/Kevin B. Collins

Kevin B. Collins (D.C. Bar No. 445305)
Nicholas J. Xenakis (D.C. Bar No. 90001123)
Jose J. Ramos (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001
202-662-6000

Michelle Peterson (Bar ID: 438930)
Assistant Federal Public Defender
For the District of Columbia
625 Indiana Avenue, NW
Washington, DC 20004

*Counsel for Keith Berman*

5

# Exhibit A

# Jim Reilly

jim@pnaconsulting.net

## Areas of Technical Expertise (partial list)

Securities Act of 1933 Securities and Exchange Act of 1934
Investment Company Act of 1940; Investment Advisers Act of 1940; Commodities Exchange Act of 1936;
Sarbanes-Oxley Act of 2002; Investment Company Act of 1940
FINRA and NFA Rules and Regulations; Dodd-Frank Reform Act of 2010
USA PATRIOT Act of 2001

## Professional Experience

***Expert Witness and Consultant - PNA Consulting LLC***          2018-Present

- Provide expert testimony in complex litigation and arbitration matters, as well as focused consulting assignments on areas such as surveillance, best execution and investment banking.

***Managing Director and Chief Compliance Officer - TD Ameritrade, Inc.***
2010-2016
- Led entire compliance function for one of the largest online broker/dealers, including managing 85 professionals.
- Designed and reviewed all policies, procedures, training for entire firm and all product offerings, including equities, options, futures, fixed income, margin, (including portfolio margin).
- Designed and implemented sophisticated surveillance of customer trading, e-communications and AML-related obligations.
- Engaged regularly with Regulators, Board of Directors and Senior Management to advocate for changes to legislation and policy.

***Managing Partner*** - ***Lex Sequor Consulting*** 2008-2010
- Founded firm focused on providing regulatory compliance consulting services and staffing to industry.
- Developed client base consisting of a Fortune 100 Insurance company, large regional broker dealer and multiple large hedge funds.

***Senior Vice President, Chief Compliance Officer - TIAA-CREF*** 2006-2008

- Headed compliance function of large asset manager, broker/dealer, and insurance company.
- Revitalized asset management and email surveillance programs, rewrote entity level compliance manuals and entirely overhauled compliance training program.

.

***Managing Director, Global Equities Compliance: Goldman, Sachs & Co.***
2000-2006
- Headed global team of over 100 compliance professionals.
- Managed over 3,000 regulatory inquiries, enforcement matters and civil cases across multiple jurisdictions on an annual basis.
- Created and co-sponsored Business Practices and Client Review Committees.
- Implemented state-of-the-art trading and email supervision technology platforms that enhanced our ability to comply with global regulatory obligations.
- Designed and reviewed all policies, procedures, training for Global Equities Division and all product offerings, including equities, options, futures, CFDs, securities lending, and margin

## Earlier experience

**Paine Webber, Inc.** *Associate Director of Compliance* 1999-2000

**First Union Capital Markets Corp** . *Director – Capital Markets Compliance* 1998-1999

**Salomon Smith Barney/Robinson Humphrey -** Various compliance positions, including branch examination, supervision and capital markets. 1990-1998

**National Association of Securities Dealers, Inc.** *Special Investigator 1989-1990*

## Education

**University of Maryland,** College Park; B.S. Finance 1987

## Professional Activities and Licenses

Securities Experts Roundtable 2022- present

SIFMA Chief Compliance Officer Committee 2011-2016

Series 3, 7, 8, 14, 24, 63, and 65

## Personal Activities

Humane Society of the United States – Institutional Investor Outreach 2016-2017

Farm Forward (acting CFO) 2017-2018