[← Back to Newsroom](#)

**Mentioned in this Article**

# DECN Jumps into Screening and Testing Channel For Coronavirus (COVID19) Using Its Innovative Impedance Technology First Implemented In Its GenUltimate TBG

Tuesday, March 3, 2020 8:55 AM

Share this article now   

Topic:  Product Announcements



**Decision Diagnostics Corp.**

**new genviro<sup>tm</sup> technology anticipated to be commercial ready in summer 2020, government fast track and waivers begun, cost per screen expected to be $4.95, unique reporting method to be used**



GOVERNMENT EXHIBIT 1A
1:20-cr-00278-TNM

**LOS ANGELES, CA / ACCESSWIRE / March 3, 2020 /** Decision Diagnostics Corp. (OTC PINK:DECN) is an 18-year old, diabetes-focused bio-technology development firm, manufacturer, quality plan administrator, FDA registered medical device customer support

organization, and exclusive worldwide sales and regulatory process agent for the GenUltimate! ("Sunshine") diabetes test strip, its GenAccord! systems for the uninsured and under-insured, its GenChoice! ("Ladybug") test strip now in the later stages of FDA 510(k) prosecution, and its GenUltimate Precis products manufactured for International markets.

Today, in a break-through discussed for the first time, DECN announces in this first of three releases, expected in the next 10 days, the introduction of our new screening methodology for the Coronavirus (Covid19). Our product is timely, simple to use, cost effective and will be commercial ready in the summer of 2020.

**Keith Berman, CEO of DECN commented, "We have the technology perfected which will take months off of the development schedule. Our impedance powered diagnostic will be field tested at ground-zero in Daegu, Korea, where 700+ people have already been overcome by Coronavirus (COVID19) and where all of the clinical studies for our "Gen" products were tested. Our timing here is spot-on."**



DECN also markets its PetSure! test strip for the diabetic testing of dogs and cats, a diagnostic specifically designed to run on the market leading Zoetis Alpha Trak meter system as well as the GenUltimate! 4Pets Test strip and Avantage! meter. The company has also just introduced its GenExpidient! Universal Translator for bio-sensor devices of different manufacture. And finally the company is rolling out its GenUltimate TBG ("Dragonfly") product in International markets. The TBG Precise meter is now complete and available for US license to our strategic partner.

**Mr. Berman concluded, "I want to say straight on that we have developed a Coronavirus screening method, not a cure or a vaccine for this virus. That being said, our screening method should allow for 80% of the suspected carriers of Coronavirus to exit the quarantine systems in the places where Coronavirus is rampant. But we are not done with our GenViro development. Later product entries will be test methods for Polio, Ebola (Marburg), Bird Flu, and SARS. The cost of our test kits will be sold in a price range of $4.95 to $7.95 per use. We plan to provide our diagnostics initially for use at hospitals, doctors' offices, and clinics. Once production ramps up, we will offer testing kits and meters to patients for testing at-home.**

ABOUT DECISION DIAGNOSTICS CORP

Decision Diagnostics Corp. is the leading manufacturer and worldwide distributor of diabetic test strips engineered to operate on legacy glucose meters. DECN's products are designed to operate efficiently and less expensively on certain glucose meters already in use by almost 7.5 million diabetics worldwide. With new inspired technology diabetic test strips already in the final stages of development, DECN products compete on a worldwide scale with legacy manufacturers currently selling to 71+ percent of a $15+ billion at-home testing market. The company's GenUltimate TBG product is not yet available for sale in the United States or Puerto Rico but is for sale in select International markets since late February 2020.

**Forward-Looking Statements:**

This release contains the company's forward-looking statements which are based on management's current expectations and assumptions as of March 2, 2020, regarding the company's business and performance, its prospects, current factors, the economy, and other future conditions and forecasts of future events, circumstances, and results.

**CONTACT INFORMATION:**

Decision Diagnostics Corp.

Keith Berman (805) 446-2973

info@decisiondiagnostics.co

www.genultimate.com

www.genultimatetbg.com

www.petsureteststrips.com

www.pharmatechdirect.com

**SOURCE:** Decision Diagnostics Corp.

Back to Newsroom

# CERTIFICATION OF DOMESTIC RECORDS
# OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to Fed. R. Evidence 902(11)

The undersigned declarant hereby declares, certifies, verifies, or states the following:

1. The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2. The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as: [If this is insufficient room in which to adequately identify the items certified, complete on a separate sheet and refer to that sheet here.]

3. The records are originals or duplicate copies of domestic (United States) business records;

4. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5. The records were kept in the course of a regularly conducted business activity; and

6. The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify, or state, under penalty of perjury, that the foregoing is true and correct.*

*Brian R. Balbirnie*
Signature of Declarant

Brian R. Balbirnie
Printed Name

Chief Executive Officer
Title

Issuer Direct / ACCESSWIRE
Company Name

1 Glenwood Ave, Suite 1001 Raleigh NC 27603
Business Address

Dec. 3, 2021
Date of Declaration/Execution

DOJ-BERMAN-R_0000345818