# UNITED STATES OF AMERICA
## Before the
## SECURITIES AND EXCHANGE COMMISSION

**April 23, 2020**

|  |  |
|---|---|
| In the Matter of<br><br>Decision Diagnostics Corp.<br><br>File No. 500-1 | ORDER OF SUSPENSION OF TRADING |

It appears to the Securities and Exchange Commission that the public interest and the protection of investors require a suspension in the trading of the securities of Decision Diagnostics Corp. ("DECN" or "the Company") (CIK No. 0001144225) because of questions regarding the accuracy and adequacy of information in the marketplace since at least March 3, 2020. Those questions relate to DECN's press releases, among other things, (i) claiming to have "technology perfected" to allow it to manufacture and sell a COVID-19 test kit that would provide results "in 15 seconds, based on a small finger prick blood sample," and (ii) issuing sales forecasts that up to 525 million COVID 19 test kits would be sold in the first year of production. The Company's common stock is quoted on OTC Link (previously Pink Sheets), operated by OTC Markets Group Inc., under the symbol DECN. As of April 21, 2020, DECN's common stock has 13 market makers, and the issuer's common stock is eligible for the "piggyback" exception of Rule 15c2-11(f)(3) under the Securities Exchange Act of 1934.

The Commission is of the opinion that the public interest and the protection of investors require a suspension of trading in the securities of the above-listed company.

GOVERNMENT
EXHIBIT
**21**
1:20-cr-00278-TNM

THEREFORE, IT IS ORDERED, pursuant to Section 12(k) of the Securities Exchange Act of 1934, that trading in the securities of the above-listed company is suspended for the period from 9:30 a.m. EDT on April 24, 2020, through 11:59 p.m. EDT on May 7, 2020.

By the Commission.


Vanessa A. Countryman
Secretary

## <u>DECLARATION OF CHRISTINA Z. MILNOR</u>

I, Christina Z. Milnor, pursuant to 28 U.S.C. 1746, hereby declare that:

1.      I am the Assistant Secretary of the United States Securities and Exchange Commission ("Commission").  The Commission's Office of the Secretary maintains the records of administrative proceedings that the Commission institutes pursuant to the federal securities laws, including the Securities Act of 1933, 15 U.S.C. 77a *et seq.*, the Securities Exchange Act of 1934, 15 U.S.C. 78a *et seq.*, the Investment Company Act of 1940, 15 U.S.C. 80a-1 *et seq.*, and the Investment Advisers Act of 1940, 15 U.S.C. 80b-1 *et seq.*

2.    This declaration is based on my personal knowledge.

3.    I certify that the attached document is a correct copy of the Order of Suspension of Trading against Decision Diagnostics Corp., File No. 500-1 (Apr. 23, 2020), that is contained in the records of the Commission. This document is available through the webpage SEC.gov/litigation/suspensions as of November 1, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on November 1, 2023, in Alexandria, VA.

_____
Christina Z. Milnor
Assistant Secretary