Back to mailbox   Reply to message

Sent On: 03/01/2020 1:53:06 PM
Sent By: fuente

Lyons own experience...with being quarantined?

I guess we'll see what the reaction is. Like with CBD stocks - it's all sizzle.

In reply to

Sent On: 03/01/2020 1:31:19 PM
Sent By: plutonium

KB is writing the press release for GenViro or whatever they plan to call it. He said it will be the hardest news release he ever wrote --- and he doesn't want to go to Lyons, the news release wordman, because of Lyons own experience. I told KB that I think the test will end up being a two or three step test.... and the meter will require two slots for test strips. He told me the other Matthew told him the same thing. He said that the Koreans have a two slot meter from 2015, one slot for glucose, the other using impedance for Hematicrit. That would not work for glucose measurement (hence: TBG) but it would work for impedance measurement with a baseline test channel.

**GOVERNMENT EXHIBIT**
**29B**
1:20-cr-00278-TNM

DOJ-BERMAN-R_0000245559

Back to mailbox  Reply to message

Sent On: 03/01/2020 2:30:48 PM
Sent By: fuente

Why the hardest PR ever?

In reply to

Sent On: 03/01/2020 1:31:19 PM
Sent By: plutonium

KB is writing the press release for GenViro or whatever they plan to call it. He said it will be the hardest news release he ever wrote --- and he doesn't want to go to Lyons, the news release wordman, because of Lyons own experience. I told KB that I think the test will end up being a two or three step test.... and the meter will require two slots for test strips. He told me the other Matthew told him the same thing. He said that the Koreans have a two slot meter from 2015, one slot for glucose, the other using impedance for Hematicrit. That would not work for glucose measurement (hence: TBG) but it would work for impedance measurement with a baseline test channel.

Back to mailbox  Reply to message

Sent On: 03/01/2020 2:56:11 PM
Sent By: fuente

Who will help him?

In reply to

Sent On: 03/01/2020 2:54:28 PM
Sent By: plutonium

KB is a serial guy. It works for him. He would have problems connecting random dots that a sizzle PR would need to do.

Back to mailbox  Reply to message

Sent On: 03/01/2020 3:12:00 PM
Sent By: fuente

Timeline?

In reply to

Sent On: 03/01/2020 3:08:11 PM
Sent By: plutonium

he will probably write it and then get a pro to recast it into penny pump

DOJ-BERMAN-R_0000245562

Back to mailbox  Reply to message

Sent On: 03/01/2020 3:38:35 PM
Sent By: fuente

And I thought KB didn't like to pump?

In reply to

Sent On: 03/01/2020 3:08:11 PM
Sent By: plutonium

he will probably write it and then get a pro to recast it into penny pump

DOJ-BERMAN-R_0000245563

Back to mailbox  Reply to message

Sent On: 03/01/2020 7:08:17 PM
Sent By: fuente

Yes they do.

In reply to

Sent On: 03/01/2020 7:06:43 PM
Sent By: plutonium

Desperate times sometimes call for desperate measures.

DOJ-BERMAN-R_0000245564

Back to mailbox  Reply to message

Sent On: 03/01/2020 7:39:52 PM
Sent By: fuente

Are the Hats involved?

In reply to

Sent On: 03/01/2020 7:06:19 PM
Sent By: plutonium

All in short order. As short as possible.

DOJ-BERMAN-R_0000245565

Back to mailbox  Reply to message

Sent On: 03/01/2020 7:52:47 PM
Sent By: fuente

So then what? Stock goes up, then back down.

In reply to

Sent On: 03/01/2020 7:50:50 PM
Sent By: plutonium

The Hats would get involved after the stock starts moving....

Back to mailbox   Reply to message

Sent On: 03/01/2020 11:45:15 PM
Sent By: fuente

We'll see. Virus is going to spread that's for sure.

Timing is right. Until the public realizes it is no worse than the normal flu. That won't be for a while though.

You thinking up to what, .10 pps?

In reply to

Sent On: 03/01/2020 11:27:19 PM
Sent By: plutonium

if the pump is going to be by who I think it will be it may not go down

DOJ-BERMAN-R_0000245567

Back to mailbox  Reply to message

Sent On: 03/02/2020 10:49:42 AM
Sent By: fuente

Ben was right about the market, at least so far today.

In reply to

Sent On: 03/01/2020 11:55:15 PM
Sent By: plutonium

I don't know about share price. But I do know that this fellow I am pretty sure KB has spoken to can move millions and millions of shares

DOJ-BERMAN-R_0000245568

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, David Minnick, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by Investors Hangout, LLC and my official title is President. I am a custodian of records for Investors Hangout, LLC. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of Investors Hangout, LLC, and that I am the custodian of the attached records consisting of 200 mb (pages/CDs/kilobytes). I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

b. such records were kept in the ordinary course of a regularly conducted business activity of Investors Hangout, LLC; and

c. such records were made by Investors Hangout, LLC as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

12/13/21
Date

*[Signature]*
Signature