Back to mailbox   Reply to message

Sent On: 05/25/2020 9:51:19 PM
Sent By: fuente

The mechanics of that are simple.

What goes into the letter is a bit more complicated. We would need some talking points from you so we can keep the verbiage in the correct lane, e.g. should we include communications with KB? Do we just write as concerned investors that feel the SEC is damaging our investment? Do we play the humanity card with respect to the kit?

Point us in the right direction and we can do it no problem. I'm waiting for thevibeguy to get back to me and then I'll have him contact the three others.

In reply to

Sent On: 05/25/2020 9:46:57 PM
Sent By: plutonium

Draft a letter to the SEC, the chairman and the lawyer who is on the suspension notice.

GOVERNMENT
EXHIBIT
29C
1:20-cr-00278-TNM

DOJ-BERMAN-R_0000246547

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, David Minnick, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by Investors Hangout, LLC and my official title is President. I am a custodian of records for Investors Hangout, LLC. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of Investors Hangout, LLC, and that I am the custodian of the attached records consisting of 200 mb (pages/CDs/kilobytes). I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

    b.    such records were kept in the ordinary course of a regularly conducted business activity of Investors Hangout, LLC; and

    c.    such records were made by Investors Hangout, LLC as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

12/13/21
Date

[Signature]
Signature

DOJ-BERMAN-R_0000345820