Back to mailbox  Reply to message

Sent On: 05/31/2020 7:35:28 PM
Sent By: fuente

Ok then in the interest of time I need the specific verbiage for what to write.

In reply to

Sent On: 05/31/2020 7:33:46 PM
Sent By: plutonium

they are going to get hit 3 times, your letter, KB's letter when he turns over the FDA file later this coming week, and finally the DECN briefing in the Form 550 matter. All three will discuss the same topics, but as each is filed the rhetoric will grow.

No they won't retaliate against you or your group, they will retaliate against the company because as you know, they are bullies. They may even file a lawsuit if they thing this story is going too fast in the wrong direction for them... but I doubt that. They may initiate another suspension.

That's why you have to reserve the right to file a whistle blower complaint because that will freeze everything.

Hopefully you won't need to file a complaint because the depth of the complaints will finally reach an adult at the SEC.

KB told me today that he is going to hire a private investigator for 2-3 days to find out the identity of rawman and to investigate Fredo

**GOVERNMENT EXHIBIT**
**29E**
1:20-cr-00278-TNM

DOJ-BERMAN-R_0000246667

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, David Minnick, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by Investors Hangout, LLC and my official title is President. I am a custodian of records for Investors Hangout, LLC. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of Investors Hangout, LLC, and that I am the custodian of the attached records consisting of 200 mb (pages/CDs/kilobytes). I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

    b.    such records were kept in the ordinary course of a regularly conducted business activity of Investors Hangout, LLC; and

    c.    such records were made by Investors Hangout, LLC as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_12/13/21_  
Date

_[signature]_  
Signature