Back to mailbox   Reply to message

Sent On: 06/02/2020 12:18:36 AM
Sent By: fuente

Yes agree.

After I send them out tomorrow it's in his hands.

I done with my part.

In reply to

Sent On: 06/02/2020 12:16:29 AM
Sent By: plutonium

I will talk to KB about that.... not whether it is posted, but when

the shareholder letter should post just after the company sends its eat shit and die letter directly to Fredo

**GOVERNMENT EXHIBIT**
**29F**
1:20-cr-00278-TNM

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, David Minnick, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by Investors Hangout, LLC and my official title is President. I am a custodian of records for Investors Hangout, LLC. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of Investors Hangout, LLC, and that I am the custodian of the attached records consisting of 200 mb (pages/CDs/kilobytes). I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

    b.    such records were kept in the ordinary course of a regularly conducted business activity of Investors Hangout, LLC; and

    c.    such records were made by Investors Hangout, LLC as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

12/13/21
Date

*[signature]*
Signature