| | |
|---|---|
| **From:** | KMB <kberman@decisiondiagnostics.net> |
| **Sent:** | Tuesday, March 3, 2020 10:32 PM |
| **To:** | dykim |
| **Subject:** | Re: Problem to delivery TBG Sleeve samples |

Daniel,

The needed employees won't go anywhere.  The Bio makes good and important things.  Koreans have a sense of importance.  These people are important and are treated that way.  There is always a way to recover.  I am letting three more people go Friday.  They are all replacable except for Kristina, but she is never here anyway.

This will work out.  I did something yeaterday that worked.  I am doubling down today.  If this continues to work money will not be a problem for a long time.


Keith

You should remember that
The vendor is no able to replaceable at all, the printing and binding company.
As I explained earlier,  there are only 3 companies to work this job but only one company fit our specification of sheet.

The common employees can be replaceable but key employees such involved mixing chemical and R & D are no replaceable.


-------- 원본 이메일 --------
발신: KMB <kberman@decisiondiagnostics.net>
날짜: 20/3/3 오후 1:57 (GMT-08:00)
받은 사람: dykim <dykim@uni-care.co.kr>
제목: Re: Problem to delivery TBG Sleeve samples

Daniel,

I understand these issues.  Remember I told you I received the first, very much smaller wire. I will use money from that later today or tomorrow to pay some commission. I received the sleeves.  Thank you very much  They are very nice.

I am in the same situation as The Bio.  In fact my personal situation is perilous.  But I persist.  You wil lbe able to replace vendors and employees no matter how much it hurts to lose them.

I will get money as soon as I possibly can.  I have thought every day it will be today.

GOVERNMENT
EXHIBIT
**39**
1:20-cr-00278-TNM

DOJ-BERMAN-R_0000129874

Keith

It is almost 2 PM now.
Is it no change status of wire now?

The Bio and vendors of raw material are exchanging official letters about
outstanding balance now and it means that all productions are suspended and
might be no able to overcome relationship including employees.
It is so tough situation.

Let me know status..


BR
Daniel


-------- 원본 이메일 --------
발신: KMB <kberman@decisiondiagnostics.net>
날짜: 20/3/3 오전 10:07 (GMT-08:00)
받은 사람: dykim <dykim@uni-care.co.kr>
제목: Re: Problem to delivery TBG Sleeve samples

Daniel I will send you commission $$ today from our general account

I will let you know about the Bio's money when I figure it out today.  It is very
busy here and I have huge orders to fill with all customers, including our former
customer who we thought we had fired.

More later today


    Keith

    Would you let me know about

    - wire to The Bio
    - commission pay

    And

    Sleeve sample from USPS


    BR
    Daniel

DOJ-BERMAN-R_0000129875

-------- 원본 이메일 --------
발신: Keith <u>&lt;kberman@decisiondiagnostics.net&gt;</u>
날짜: 20/3/3 오전 5:38 (GMT-08:00)
받은 사람: dykim <u>&lt;dykim@uni-care.co.kr&gt;</u>
제목: Re: Problem to delivery TBG Sleeve samples

Thank you Daniel, I will do this.

I will also check on the $100K today.  I have been battling a bad cold and did not feel well at all ysterday.

On 3/2/2020 11:12 PM, dykim wrote:

> Keith
>
> I found out the reason why the Post Office can't deliver to you that The Bio wrote wrong your address on slip as
>
> 2260 Townsgate Road
> Instead of 2660.
>
> Can you call USPS at 1-800-275-8777 and correct your address to deliver it?
>
> BR
> Daniel
>
> -------- 원본 이메일 --------
> 발신: dykim <u>&lt;dykim@uni-care.co.kr&gt;</u>
> 날짜: 20/3/2 오후 10:29 (GMT-08:00)
> 받은 사람: Keith Berman <u>&lt;kberman@decisiondiagnostics.net&gt;</u>
> 제목: Problem to delivery TBG Sleeve samples
>
> Keith
>
> Regard to samples of sleeve,  it had been sent by EMS tracking number ES232986497KR,  but it is

3

DOJ-BERMAN-R_0000129876

not able to deliver and plan to return shopper's
address in Korea.

You need call USPS (1 800 275 8777) and find out
what is reason they couldn't delivery it to your
address.

Please see what I tracked through usps.com...


BR
Daniel

-------- 원본 이메일 --------
발신: 이호선 <hslee@uni-care.co.kr>
날짜: 20/3/2 오후 10:02 (GMT-08:00)
받은 사람: dykim <dykim@uni-care.co.kr>
제목: EMS 미배달 관련 문의드립니다.


회장님 안녕하세요.


저번주에 보낸 EMS 우편물이 주소 부정확
사유로 미배달, 회송 또는 재구분 처리 예정
이라는 문자를 받았습니다.


아래 우체국 조회내역과 USPS 조회내역
첨부하였습니다.


우체국에 확인해본결과 미국 콜센터 (+1 800 275
8777)에 전화하라는 안내를 받았습니다.


등기번호는 ES232986497KR 입니다.


확인부탁드립니다.

4

DOJ-BERMAN-R_0000129877

## ▌기본정보

| EMS(등기)번호 | 보내는분/발송날짜 | 받는분/수신날짜 |
|---|---|---|
| ES232986497KR | trebioco.ltd<br>2020-02-27 | p-armatechsolution:<br>2020-03-02 |

## ▌배송 진행상황

| 처리일시 | 처리현황 | 우체국(PostOffice) |
|---|---|---|
| 2020.02.27 17:17 | 발송 | 영남대학교우편취급국 |
| 2020.02.27 18:58 | 도착 | 대구우편집중국 |
| 2020.02.27 17:09 | 접수 | 영남대학교우편취급국 |
| 2020.02.28 07:20 | 발송준비 | 국제우편물류센터 |
| 2020.02.28 08:10 | 운송사 인계 | INCHEON |
| 2020.02.28 16:40 | 항공사 인수 | |
| 2020.02.28 14:40 | 상대국 도착 | |
| 2020.02.28 15:10 | 상대국 인계 | |
| 2020.02.28 20:40 | 항공기 출발<br>(예정,한국시간) | |
| 2020.02.29 03:49 | 교환국 도착 | USLAXA |
| 2020.03.02 11:52 | 배달 | 91361 |

5

DOJ-BERMAN-R_0000129878

## Tracking History

**March 2, 2020, 11:52 am**
Forwarded
WESTLAKE VILLAGE, CA
Your item was forwarded to a different address at 11:52 am on March 2, 2020 in WESTLAKE VILLAGE, CA. This was because instructions or because the address or ZIP Code on the label was incorrect.

**March 2, 2020, 10:01 am**
Forwarded
WESTLAKE VILLAGE, CA

**March 2, 2020, 8:33 am**
Out for Delivery
WESTLAKE VILLAGE, CA 91361

**March 2, 2020, 8:22 am**
Arrived at Post Office
THOUSAND OAKS, CA 91362

**February 29, 2020, 10:14 pm**
Arrived at USPS Regional Destination Facility
SANTA CLARITA CA DISTRIBUTION CENTER

**February 29, 2020, 6:06 pm**
Departed USPS Regional Facility
LOS ANGELES CA INTERNATIONAL DISTRIBUTION CENTER

**February 29, 2020, 6:06 pm**
Inbound Out of Customs

**February 29, 2020, 6:05 pm**
Arrived at USPS Regional Facility
LOS ANGELES CA INTERNATIONAL DISTRIBUTION CENTER

Inbound Into Customs

**February 29, 2020, 9:49 am**
Processed Through Facility
ISC LOS ANGELES CA (USPS)

Origin Post is Preparing Shipment

**February 28, 2020, 7:28 am**
Processed Through Facility
SEOUL INTERNATIONAL POST OFFICE, KOREA REPUBLIC OF

**February 27, 2020, 6:09 pm**
Acceptance
KOREA REPUBLIC OF

DOJ-BERMAN-R_0000129879

Virus-free. www.avg.com

--

```
Keith Berman
Decision Diagnostics Corp.
Pharma Tech Solutions, Inc.
PDA Services, Inc.
Pharmtech Direct Corp.
2660 Townsgate Road #300
Westlake Village, CA 91361
(805) 446-1973
(805) 207-5900 Cell
(805) 497-4125 Home


CONFIDENTIALITY NOTICE
This message and its attachments, if any, are addressed solely to
the intended recipients
and may contain confidential information. If you have received
this message in error,
be advised that any use of the content hereof is prohibited.
Please notify the sender
immediately by e-mail if you have received this e-mail by mistake
and delete this e-mail
from your system. The sender does not accept any liability for
any errors or omissions
in the contents of this message, which arise as a result of e-
mail transmission.
```

7

DOJ-BERMAN-R_0000129880

--



Keith Berman
Decision Diagnostics Corp.
Pharma Tech Solutions, Inc.
PDA Services, Inc.
Pharmtech Direct Corp.
2660 Townsgate Road #300
Westlake Village, CA 91361
(805) 446-1973
(805) 207-5900 Cell
(805) 497-4125 Home


CONFIDENTIALITY NOTICE
This message and its attachments, if any, are addressed solely to the
intended recipients
and may contain confidential information. If you have received this message
in error,
be advised that any use of the content hereof is prohibited. Please notify
the sender
immediately by e-mail if you have received this e-mail by mistake and delete
this e-mail
from your system. The sender does not accept any liability for any errors or
omissions
in the contents of this message, which arise as a result of e-mail
transmission.


--



Keith Berman
Decision Diagnostics Corp.
Pharma Tech Solutions, Inc.
PDA Services, Inc.
Pharmtech Direct Corp.
2660 Townsgate Road #300
Westlake Village, CA 91361
(805) 446-1973
(805) 207-5900 Cell
(805) 497-4125 Home


CONFIDENTIALITY NOTICE
This message and its attachments, if any, are addressed solely to the intended recipients
and may contain confidential information. If you have received this message in error,
be advised that any use of the content hereof is prohibited. Please notify the sender
immediately by e-mail if you have received this e-mail by mistake and delete this e-mail

8

DOJ-BERMAN-R_0000129881

from your system. The sender does not accept any liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.

9

DOJ-BERMAN-R_0000129882

### CERTIFICATE OF AUTHENTICITY OF DOMESTIC
### RECORDS PURSUANT TO FEDERAL RULES OF
### EVIDENCE 902(11) AND 902(13)

I, _____Jenessa Smith_____, attest, under penalties of perjury by the laws of the
United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this
certification is true and correct. I am employed by _Endurance International Group, Inc._____
("PROVIDER"), and my title is ____Web Advisor Two_____.
I am a custodian of records for PROVIDER, and I am qualified to authenticate the records attached
hereto because I am familiar with how the records were created, managed, stored, and retrieved. I
state that the records attached hereto are true duplicates of the original records in the custody of
PROVIDER. The attached records consist of:

_subscriber information, email content, and IP address logs._____

I further state that:

a.      all records attached to this certificate were made at or near the time of the occurrence of
the matter set forth by, or from information transmitted by, a person with knowledge of those
matters, they were kept in the ordinary course of the regularly conducted business activity of
PROVIDER, and they were made by PROVIDER as a regular practice; and

b.      such records were generated by PROVIDER's electronic process or system that produces
an accurate result, to wit:

   1.      the records were copied from electronic device(s), storage medium(s), or file(s) in
the custody of PROVIDER in a manner to ensure that they are true duplicates of the original
records; and

   2.      the process or system is regularly verified by PROVIDER, and at all times pertinent
to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal
Rules of Evidence.

# Jenessa C. Smith

Digitally signed by
Jenessa C. Smith
Date: 2020.08.18 15:18:21
-07'00'

___August 18th, 2020_____                    _____
Date                                               Signature

DOJ-BERMAN-R_0000345819