| | |
|---|---|
| **From:** | KMB <kberman@decisiondiagnostics.net> |
| **Sent:** | Thursday, March 5, 2020 5:41 PM |
| **To:** | dykim |
| **Subject:** | Re: Sleeve |

Daniel,

We have a lot at stake here.  I am not just trying to raise money to pay The Bio, but we need a new story and this coronavirus through impedance is the story that will allow me to raise millions.  Please have The Bio start quiet work on that.  They will certainly have thousands of positive blood samples to use for testing.

Also, new TBG meter.  Lifescan will pay to us up-front $1.0 - $1.5 million once we deliver a commercial ready TBG product with meter and with older strip capability.  In fact, when I visit I will have to bring a doctor with me to revive the Lifescan people who faint when they first see the meter.

    Keith

    Let me know..
    The Bio is almost stopped operation until your wire coming. It is too wasteful day by day.

    BR
    Daniel

    -------- 원본 이메일 --------
    발신: KMB <kberman@decisiondiagnostics.net>
    날짜: 20/3/5 오전 9:18 (GMT-08:00)
    받은 사람: dykim <dykim@uni-care.co.kr>
    제목: Re: Sleeve

    Daniel,

    If it is possible I most certainly will.  At the moment the ACH for my Bayer product sale wire is something I plan to get today.  I will then pay more commission.

    Keith

    Is it possible to wire today?

    BR
    Daniel

GOVERNMENT
EXHIBIT
**40**
1:20-cr-00278-TNM

DOJ-BERMAN-R_0000130624

-------- 원본 이메일 --------
발신: Keith <kberman@decisiondiagnostics.net>
날짜: 20/3/5 오전 5:38 (GMT-08:00)
받은 사람: dykim <dykim@uni-care.co.kr>
제목: Re: Sleeve

Daniel,

**"You don't need TBG Precise meter that testable glucose with HCT correction t\by TBG test strip now. Is it correct?"**

No we do need the TBG Precise meter to correct for HCT. That is the meter's raison d'etre. But, since we are also selling the meter to Lifescan through license, they will want to know why the meter does not work with O/T Ultra and with Blue. So the TGB Precise meter needs to run with TBG trst strips with HCT correction, and with the older strips. And when it does, it will be the best new meter Lifescan has ever had. One meter, 4 test strips, including the most accurate and precise TGB test strip.

**It does not matter that the TGB Precise meter needs a sleeve to run the older test strips.**

On 3/5/2020 1:12 AM, dykim wrote:

> Keith,
>
> Our contract of development for the TBG Precise meter is testing
> glucose with HCT correction through TBG test strip.
> And it is planned to complete software of firmware and hardware
> of meter by ver 2.0 of firmware that is almost finished.
>
> About weeks ago, you asked to TBG Precise meter that able to test
> glucose by OT Ultra, Ultra Blue and GenUltimate test strips but no
> HCT correction through sleeve.
> As I described, it is different meter from TBG Precise meter and
> need to add multiple firmwares on this meter.
>
> The # of connector pins needed for displaying function of selection
> different type of test strip is required and need to design & make
> new LCD Display.
> Also, the PCB need to change due to different # of connetcor pins
> at LCD Display.
>
> By this reason, I need to sign additional contract for new design of
> hardware and software engineering that make me struggle for

2

additional cost of development and
making sleeve.

i paid initial money to beging engineering works by short term
bank loan and need to pay balance due to almost finished. Then I
need to pay another additional engineering
fee for requesting additional function to change hardware and
software for using
other test strips.

You don't need TBG Precise meter that testable glucose with HCT
correction t\by TBG test strip now. Is it correct?

It is so confusing ....

BR
Daniel


-------- 원본 이메일 --------
발신: Keith <kberman@decisiondiagnostics.net>
날짜: 20/3/5 오후 2:29 (GMT+09:00)
받은 사람: dykim <dykim@uni-care.co.kr>
제목: Re: Sleeve


Daniel,

We can't give Lifescan 4 different meters for testing... one meter with firmware for TBG, one for Gen, one for Ultra and one for Blue.  Lifescan wants a finished product.  In fact Lifescan wants nothing from us, their management at Platinum wants a finished product.



3/4/2020 8:32 PM, dykim wrote:

>   Keith
>
>   There are arguing for development of TBG Precise
>   and TBG glucose meter using for sleeve with
>   engineering company now.
>
>   It is different meter each other and different
>   firmwares and also PCB need to change.
>   So, it is totally two different meters each other.

3

And the TBG TBG glucose meter using for sleeves of OT Ultra, Ultra Blue and GenUltimate is required programming 3 different formulas and combined to one firmware.
So, we are arguing the costs of hardware and software.

Any way, they ordered Display LCD and need to collect tested data for formula by each test strip of OT Ultra and GenUltimate and it us going on.

Then they will download each firmware into meter by brand of test strip and mark brand of test strip on the meter for testing your side or Lifescan. They will send 3 different meters those downloaded each firmware of test strip and using sleeve to test

BR
Daniel


-------- 원본 이메일 --------
발신: Keith <kberman@decisiondiagnostics.net>
날짜: 20/3/4 오후 8:06 (GMT-08:00)
받은 사람: dykim <dykim@uni-care.co.kr>
제목: Re: Sleeve


Don't get me wrong Daniel. I love the concept of the sleeve.

As soon as the new Chinese meter screen is ready we will go to Lifescan. They call every day.




On 3/4/2020 8:02 PM, dykim wrote:
> Keith
>
> The sleeve is not completely finished that need to make housing cover.

4

DOJ-BERMAN-R_0000130627

As you understand that housing is needed die-cast mold and taking time and cost.
So, The Bio just makes sleeve for sample purposes and programming operating firmware.

Also I mentioned that the current testing result through TBG Precise meter and OT Ultra strip is NO meaning.
The current TBG Precise meter is downloaded firmware that test through TBG meter and TBG test strip with HCT correction.
But you can demonstrate functionally working sleeve and OT Ultra test strip others and showing results by ADC value.
It had been explained already before send sample of sleeve.


BR
Daniel


-------- 원본 이메일 --------
발신: Keith <kberman@decisiondiagnostics.net>
날짜: 20/3/4 오후 7:51 (GMT-08:00)
받은 사람: dykim <dykim@uni-care.co.kr>
제목: Sleeve


Hi Daniel,

Today I tested the sleeve.  Thank you for the samples.  I could go into detail but at this point several bullet points will work as well

- it is difficult to determine which side of the sleeve plugs into the meter
- it is difficult to tell which side of the test strip plugs

- into the strip slot on the sleeve
- the sleeve is brittle and needs to have a casing or be made of heavier material

the sleeve looks great.  When I figured out how to plug the sleeve into the TBG Precise meter and how to plug in the strip, the TBG meter recognized the sleeve with the GenUltimate strip and the meter turned on immediately.  I applied blood to the GenUltimate strip and got a reading of 252.  I repeated the test 5 times using GenUltimate strips, and received readings  252, 256, 248, 252, 254.  My glucose tested 104 on a O/T meter with GenUltimate.

Virus-free. www.avg.com

--

```
Keith Berman
Decision Diagnostics Corp.
Pharma Tech Solutions, Inc.
PDA Services, Inc.
Pharmtech Direct Corp.
2660 Townsgate Road #300
Westlake Village, CA 91361
(805) 446-1973
(805) 207-5900 Cell
(805) 497-4125 Home


CONFIDENTIALITY NOTICE
```

DOJ-BERMAN-R_0000130629

```
This message and its attachments, if any, are addressed solely to the
intended recipients
and may contain confidential information. If you have received this message
in error,
be advised that any use of the content hereof is prohibited. Please notify
the sender
immediately by e-mail if you have received this e-mail by mistake and delete
this e-mail
from your system. The sender does not accept any liability for any errors or
omissions
in the contents of this message, which arise as a result of e-mail
transmission.


--




Keith Berman
Decision Diagnostics Corp.
Pharma Tech Solutions, Inc.
PDA Services, Inc.
Pharmtech Direct Corp.
2660 Townsgate Road #300
Westlake Village, CA 91361
(805) 446-1973
(805) 207-5900 Cell
(805) 497-4125 Home



CONFIDENTIALITY NOTICE
This message and its attachments, if any, are addressed solely to the intended recipients
and may contain confidential information. If you have received this message in error,
be advised that any use of the content hereof is prohibited. Please notify the sender
immediately by e-mail if you have received this e-mail by mistake and delete this e-mail
from your system. The sender does not accept any liability for any errors or omissions
in the contents of this message, which arise as a result of e-mail transmission.
```

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)**

I, _____Jenessa Smith_____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by  Endurance International Group, Inc.  ("PROVIDER"), and my title is ____Web Advisor Two_____.
I am a custodian of records for PROVIDER, and I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of PROVIDER. The attached records consist of:

  subscriber information, email content, and IP address logs._____

I further state that:

a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of PROVIDER, and they were made by PROVIDER as a regular practice; and

b.    such records were generated by PROVIDER's electronic process or system that produces an accurate result, to wit:

    1.    the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of PROVIDER in a manner to ensure that they are true duplicates of the original records; and

    2.    the process or system is regularly verified by PROVIDER, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

___August 18th, 2020_____          Jenessa C. Smith   *Digitally signed by Jenessa C. Smith Date: 2020.08.18 15:18:21 -07'00'*
            Date                                  Signature