| | |
|---|---|
| **From:** | Keith <kberman@decisiondiagnostics.net> |
| **Sent:** | Saturday, March 21, 2020 6:33 PM |
| **To:** | Robert Jagunich |
| **Subject:** | Re: Covid device |

I have to keep peace in the Korean family.  I told them late last night that I wanted them to work with Matthew to accomplish the approach below, as the first mathod, but that if they wanted to continue on with their antibody antigen approach I would fund that too, but not until beginning May 1.





### Description of the Design

► **B. Device design-2**

  ► The second device consists of a pair of metal (PL) electrodes that are formed on PET and are embedded into a capillary channel.

**Configuration**

A : Linear

B : Circular

C : Interdigitated

Green hatched area represents the capillary channel in which the sample is resides.

This method will work and can be calibrated to test similar viruses, SARS, SARS2 (Corona), Bird Flu, H1N1.  The method will not be specific enough to tell anyone which of these flus has been detected, but that is of lesser importance.  It will tell them that some flu virus is present.  Since 97-98% of those tested will be negative, this method will determine the 2-3% that are positive and once positive, the patient should be tested again (same method), and if confirmed at the screening level moved up the chain to a more specific methods.

Two important things...

1.  the Koreans currently have all of the bench equipment needed to build and test this device

2. the current meter we built for GenUltimate TBG with the impedance channel

Patents will be filed

**GOVERNMENT EXHIBIT**
**51**
1:20-cr-00278-TNM

DOJ-BERMAN-R_0000215203

Daniel P. Poenar et al Electrophoresis 35 433-440 2014

Label-free Virus Identification and characterization using electrochemical impedance spectroscopy

Ryuji Hatsuki et al Frontiers in Microbiology 6 Article 940 2015

Nonlinear electrical impedance spectroscopy of viruses using very high fields created by nanogap electrodes.

On 3/21/2020 12:48 PM, Robert Jagunich wrote:

> Keith,
>
> This novel, experimental EIS-only approach to detecting CV is exciting in its generality but more theoretical than a proven, commercial method for detecting specific viruses. But none of the electrochemical approaches (e.g. EIS plus monoclonal antibody sensors) described in the literature are commercially proven. Your Korean group may want to try several methods before DECN makes a huge commitment.
>
> By the way, if you do decide to go back to EIS plus monoclonal antibodies, I found company that is already selling commercially available antibodies for CV.
>
>> On Mar 20, 2020, at 9:42 AM, KMB <kberman@decisiondiagnostics.net> wrote:
>>
>> in the contents of this message, which arise as a result of e-mail transmission.

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____Jenessa Smith_____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by  Endurance International Group, Inc.  ("PROVIDER"), and my title is ___Web Advisor Two_____.

I am a custodian of records for PROVIDER, and I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of PROVIDER. The attached records consist of:

  subscriber information, email content, and IP address logs._____

I further state that:

a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of PROVIDER, and they were made by PROVIDER as a regular practice; and

b.    such records were generated by PROVIDER's electronic process or system that produces an accurate result, to wit:

    1.    the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of PROVIDER in a manner to ensure that they are true duplicates of the original records; and

    2.    the process or system is regularly verified by PROVIDER, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

___August 18th, 2020_____            *Jenessa C. Smith*  Digitally signed by Jenessa C. Smith  Date: 2020.08.18 15:18:21 -07'00'
           Date                                                      Signature