| | |
|---|---|
| **From:** | Robert Jagunich <rgjag@me.com> |
| **Sent:** | Sunday, March 22, 2020 9:26 PM |
| **To:** | Keith Berman |
| **Subject:** | Re: Covid device |

Tell your Korean buddies that this is what has America buzzing. I heard about it on CNN, MSNBC and FOX today. Everyone is excited that its a 45 min test specifically for CV even though it requires a lab and lab equipemt:

Cepheid's Xpert® Xpress SARS-CoV-2 Test (for the Virus that causes COVID-19 & the GeneXpert® System - YouTube

Sunnyvale company wins FDA approve for 45-minute COVID-19 test

No one is going to want a general virus screening device.

> On Mar 20, 2020, at 10:10 AM, KMB <kberman@decisiondiagnostics.net> wrote:
>
> I am going to force The Bio to substitute Platinum and quartz electrodes to enhance specificity. The current design using gold electrodes can identify a virus, but probably cannot distinguish between the common types of flu. The Platinum and quartz electrodes allow for greater specificity, not to mention costs.
>
>
>
>> Exciting approach. God, I hope it works. Go team!
>>
>>
>> On Mar 20, 2020, at 9:42 AM, KMB <kberman@decisiondiagnostics.net> wrote:
>>
>> <20200320_GenViro!.pptx>
>
> --

GOVERNMENT
EXHIBIT
**52**
1:20-cr-00278-TNM

DOJ-BERMAN-R_0000181553

Keith Berman
Decision Diagnostics Corp.
Pharma Tech Solutions, Inc.
PDA Services, Inc.
Pharmtech Direct Corp.
2660 Townsgate Road #300
Westlake Village, CA 91361
(805) 446-1973
(805) 207-5900 Cell
(805) 497-4125 Home

CONFIDENTIALITY NOTICE
This message and its attachments, if any, are addressed solely to the intended recipients and may contain confidential information. If you have received this message in error, be advised that any use of the content hereof is prohibited. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. The sender does not accept any liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.

--
This email has been checked for viruses by AVG.
https://www.avg.com

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____Jenessa Smith_____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by __Endurance International Group, Inc.__ ("PROVIDER"), and my title is ___Web Advisor Two_____.

I am a custodian of records for PROVIDER, and I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of PROVIDER. The attached records consist of:

__subscriber information, email content, and IP address logs._____

I further state that:

a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of PROVIDER, and they were made by PROVIDER as a regular practice; and

b.    such records were generated by PROVIDER's electronic process or system that produces an accurate result, to wit:

    1.    the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of PROVIDER in a manner to ensure that they are true duplicates of the original records; and

    2.    the process or system is regularly verified by PROVIDER, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

__August 18th, 2020___                **Jenessa C. Smith**  Digitally signed by Jenessa C. Smith  Date: 2020.08.18 15:18:21 -07'00'
        Date                                           Signature