| | |
|---|---|
| **From:** | Matt Chad <mattchad21@yahoo.com> |
| **Sent:** | Tuesday, August 11, 2020 10:51 AM |
| **To:** | CHAIRMANOFFICE; oig@sec.gov; stebbinsr@sec.gov |
| **Cc:** | avakians@sec.gov; perkinsc@sec.gov; atkinsl@sec.gov; mislerd@sec.gov |
| **Subject:** | DECN Shareholder Letter #3 - 11AUG2020 |
| **Attachments:** | DECN SEC Letter 11Aug2020.pdf; DECN SEC Letter July 28 .pdf; DECN Final Shareholders Letter Unredacted 02JUN2020.pdf |

Dear Mr. Inspector General/Chairman,

I write to you today, again, as a concerned shareholder of Decision Diagnostics, Inc.  Attached please find a letter (DECN SEC Letter 11aug2020) addressed to you and copied to others.  We hope you will take the time to review it and discuss it internally.

I have included 2 additional documents, which are referenced in the letter, as attachments to this email.

A copy of the the letter below is also attached.

Thank You,
Matt Chad

GOVERNMENT
EXHIBIT
**88**
1:20-cr-00278-TNM

DOJ-BERMAN-R_0000078742

August 11, 2020

To:     Jay Clayton, SEC Chairman, chairmanoffice@sec.gov

         Carl Hoecker, SEC Inspector General, oig@sec.gov

         Robert Stebbins, SEC General Counsel, stebbinsr@sec.gov

CC:    Stephanie Avakian, Co-Director, Division of Enforcement, avakians@sec.gov

         Carlisle Perkins, Senior Counsel, perkinsc@sec.gov

         Leslie Atkins, General Attorney, atkinsl@sec.gov

         David Misler, Trial Counsel, mislerd@sec.gov

We represent a number of concerned and adversely impacted shareholders of Decision Diagnostics Corp., this is our third letter on these matters, and are writing to you today in response to the following items:

Release No. 34-88735, Order of Trading Suspension, dated April 23, 2020

Referring to the initial order, Vanessa A Countryman identifies the following overriding objection to the company's press releases:

- Issuing sales forecasts that up to 525 million COVID 19 test kits would be sold in the first year of production.

These forecasts are also identified in the following documents:

- May 20, 2020 Declaration of Carlisle E. Perkins, Esq.  (the "Perkins Declaration")
- Letter from Shareholders of Decision Diagnostics Corp. dated 6/2/2020 ("DECN shareholder letter")
- SEC response dated July 1, 2020 (the "July 1 Brief")

We continue to be greatly vexed by the investigational process concerning the trading suspension against Decision Diagnostics Corp. initiated on April 23, 2020 and are compelled to bring these facts to your attention, yet again, following the most current SEC response dated July 1, 2020 (the "July 1 Brief") and Decision Diagnostic Corp's Sur-rebuttal dated July 17, 2020.  Our research into these matters remains on-going and it is particularly frustrating because we appear to have been continuously ignored by the SEC, despite major malfeasance, including issues of public policy by SEC employee attorneys.

<u>SUMMARY</u>

Ms. Countryman makes reference to   the trading suspension order issued April 23, 2020 as follows (bolded for emphasis):

'It appears to the Securities and Exchange Commission that the public interest and the protection of investors require a suspension in the trading of the securities of Decision Diagnostics Corp. ("DECN" or "the Company") (CIK No. 0001144225) because of questions regarding the accuracy and adequacy of information in the marketplace since at least March 3, 2020. Those questions relate to DECN's press releases, among other things, (i) claiming to have "technology perfected" to allow it to manufacture and sell a COVID-19 test kit that would provide results "in 15 seconds, based on a small finger prick blood

Decision Diagnostics Corp. Shareholder Letter dated August 11, 2020

Page 1

DOJ-BERMAN-R_0000236057

August 11, 2020

sample," and (ii) **issuing sales forecasts that up to 525 million COVID 19 test kits would be sold in the first year of production**.'

Our own investigation shows that not only was this forecast correct at the time of its issuance, it was and continues to be woefully understated given the current testing requirements.  The continued false narrative exhibited by Mr. Perkins and Mr. Misler concerning this topic is, once again, an indication of acting in concert with bias non-shareholding entities and/or individuals.  This is a pattern that has persisted throughout this investigation, and it is no surprise that it has found its way into the most simplest of mathematical calculations.

Beginning in early March, messages referencing these forecasts began to appear on the stock message board InvestorsHub.  These posts were created by certain non-shareholding entities who are determined to destroy Mr. Berman, the CEO of Decision Diagnostics, and the company itself.  We have documented their antics in previous correspondence with your office.

These posts represent a small fraction of messages that appeared between March and August of 2020, which are designed by these posters to deliberately damage Mr. Berman and the company.  These posts are both factually inaccurate and demeaning to both Mr. Berman and his staff.

https://investorshub.advfn.com/boards/read_msg.aspx?message_id=155846475&txt2find=forecast
https://investorshub.advfn.com/boards/read_msg.aspx?message_id=155952433&txt2find=forecast
https://investorshub.advfn.com/boards/read_msg.aspx?message_id=156100338&txt2find=forecast
https://investorshub.advfn.com/boards/read_msg.aspx?message_id=156850998&txt2find=forecast
https://investorshub.advfn.com/boards/read_msg.aspx?message_id=156858296&txt2find=forecast
https://investorshub.advfn.com/boards/read_msg.aspx?message_id=156347787&txt2find=forecast
https://investorshub.advfn.com/boards/read_msg.aspx?message_id=156805169&txt2find=forecast
https://investorshub.advfn.com/boards/read_msg.aspx?message_id=157024570&txt2find=forecast
https://investorshub.advfn.com/boards/read_msg.aspx?message_id=157195321&txt2find=forecast
https://investorshub.advfn.com/boards/read_msg.aspx?message_id=157024304&txt2find=forecast
https://investorshub.advfn.com/boards/read_msg.aspx?message_id=155334269&txt2find=forecast
https://investorshub.advfn.com/boards/read_msg.aspx?message_id=155343656&txt2find=forecast
https://investorshub.advfn.com/boards/read_msg.aspx?message_id=155416339&txt2find=forecast
https://investorshub.advfn.com/boards/read_msg.aspx?message_id=155440284&txt2find=forecast
https://investorshub.advfn.com/boards/read_msg.aspx?message_id=155448442&txt2find=forecast
https://investorshub.advfn.com/boards/read_msg.aspx?message_id=155281711&txt2find=forecast
https://investorshub.advfn.com/boards/read_msg.aspx?message_id=155269408&txt2find=forecast
https://investorshub.advfn.com/boards/read_msg.aspx?message_id=155265368&txt2find=forecast
https://investorshub.advfn.com/boards/read_msg.aspx?message_id=155703695&txt2find=forecast
https://investorshub.advfn.com/boards/read_msg.aspx?message_id=155461914&txt2find=forecast
https://investorshub.advfn.com/boards/read_msg.aspx?message_id=155462484&txt2find=forecast
https://investorshub.advfn.com/boards/read_msg.aspx?message_id=155828010&txt2find=forecast
https://investorshub.advfn.com/boards/read_msg.aspx?message_id=155514227&txt2find=forecast

Decision Diagnostics Corp. Shareholder Letter dated August 11, 2020

Page 2

DOJ-BERMAN-R_0000236058

August 11, 2020

Mr. Carlisle Perkins states in the Perkins Declaration, dated May 20, 2020, Section 15 (bolded for emphasis):

'The following week, on March 11, 2020, DECN issued a press release stating that **it expected to sell 420 million COVID-19 test kits in the first year of production**, beginning September 2020. The press release included this **apparently baseless forecast chart:**'

Covid19 12-Month Forecast

| Number of Months | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | SUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year 1 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | |
| New Facility Customers | 0 | 0 | 0 | 0 | 0 | 8000 | 8000 | 8000 | 8000 | 8000 | 8000 | | |
| Retained Facilities | 0 | 0 | 0 | 0 | 0 | | 8000 | 16000 | 18000 | 18000 | 18000 | 18000 | |
| Total Facility Customers | 0 | 0 | 0 | 0 | 0 | 8000 | 16000 | 18000 | 26000 | 36000 | 36000 | 36000 | 50,000 |
| Kits Consumed | 0 | 0 | 0 | 0 | 0 | 15,000,000 | 30,000,000 | 45,000,000 | 60,000,000 | 75,000,000 | 90,000,000 | 105,000,000 | 420,000,000 |

The above text and table also appear in the July 1 Brief.

Mr. Misler states in the July 1 Brief (bolded for emphasis):

'The following day, in yet another press release DECN announced that it had **"raised our 12-month forecast to 525 million kits."** Perkins July 1 Decl. Ex. 5 (March 17, 2020 Press Release). The press release included another image of the company's purported COVID-19 test kit and an updated "forecast" chart reflecting 21 million units in sales in September 2020 alone:'

Raised Covid19 12-Month Forecast

| Number of Months | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | SUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year 1 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | |
| New Facility Customers | 0 | 0 | 0 | 0 | 0 | 6000 | 6000 | 6000 | 6000 | 6000 | 6000 | 6000 | |
| Retained Facilities | 0 | 0 | 0 | 0 | 0 | | 6000 | 12000 | 18000 | 24000 | 30000 | 36000 | |
| Total Facility Customers | 0 | 0 | 0 | 0 | 0 | 6000 | 12000 | 18000 | 24000 | 30000 | 36000 | 42000 | 169,000 |
| Kits Consumed | 0 | 0 | 0 | 0 | 0 | 21,000,000 | 36,000,000 | 54,000,000 | 72,000,000 | 90,000,000 | 108,000,000 | 126,000,000 | 525,000,000 |

It seems clear that Ms. Countryman, Mr. Perkins, Mr. Misler and SEC staff all agree that these forecasts were not based on anything except numbers picked out of the air and were only designed to artificially increase the stock price.

We stated in our DECN Shareholder Letter, dated June 2, 2020:

'Projections (forecasts) are just that – estimations of future demand. Definitions notwithstanding, it is not unreasonable to assume that if the company's test kit received … [FDA Emergency Authorization (EUA)], there would be significant worldwide demand, let alone domestic demand as there was/is no competitive test kit that can detect the virus or its absence in 15 seconds, at any price. No one can dispute that effective testing with immediate results is a critical component of any medical and economic recovery. By way of example, with all college and professional sports suspended until testing

Decision Diagnostics Corp. Shareholder Letter dated August 11, 2020

Page 3

DOJ-BERMAN-R_0000236059

August 11, 2020

can allow a return to some live activity, such test kits would have enormous demand to be used not once per person, but several times a week for the same person over a prolonged period. As stated above projections are always just that, an estimate. There are numerous examples of companies large and small, known and unknown, who publish projections and fall massively short. No SEC actions are taken against those companies, simply because projections do not materialize. In the case of Decision Diagnostics, Mr. Berman wrote that the company's test kit would not be available until the summer (of 2020). At this point nothing in any forecast that does not begin until the summer of 2020 can be inferred, yet the SEC takes a contrary position.'

We believe this position is based on bias, a lack of technical understanding on the part of SEC lawyers related to products of this nature, a lack of research into these matters by SEC lawyers.  But most importantly for the purposes of this letter, the SEC, through Mr. Perkins and Mr. Misler (and probably others) the words of rogue message board posters have unleashed the power of the Federal government on an 18-year-old small company who employs people with lifetimes of knowledge in these medical devices.  The SEC lawyers, by their own admission, have no expertise in medical device development and sales.  None.  The malcontent non-shareholders, message board posters and cyber criminals, the SEC informants, have the same expertise and experience.  None.

At the time, is was obviously clear to the company, and to us, that the projections were not only based on real world scenarios as the virus continued to spread out of control, but if anything, where <u>understated</u>.  Unfortunately, this is now the case.

As an addendum to this letter, we have included links to nearly 150 articles beginning in March 2020 through present day.  These articles, all from either the traditional or technical press, make Mr. Berman, CEO of DECN and his staff out to be visionaries. On or around May 1, 2020, during the DECN stock suspension, statements begin to appear which identify the range of the number of tests <u>per day</u> that would be required to return the US population to normalcy.  The low number within this range is 900,000.  900,000 individual tests per day would be required in the <u>US only</u>.

Which if forecasted over a 12-month period equates to 327,600,000 tests (900,000 x 7 days x 52 weeks).

If we extend that number throughout the world, <u>which is what the forecasts were based on,</u> we get numbers, based on population:

US Population:  328 million (4.2% of the World population)
Number of tests required to open the US over a 12-month period:  327,600,000

World Population:  7.8 billion
Number of tests required to open the world over a 12-month period:  **7,790,000,000** (327,600,000 x 7,800,000 / 328,000,000)

Nearly **8 billion tests** would be required over a12-month period to return the world to normalcy.  Yet, the SEC staff repeatedly makes light of the company's forecast of **525 million test kits** over the same 12-month interval as being 'pulled out of thin air'. This is a ridiculous statement, as are other statements made by the same SEC Enforcement staff in writing. The statement was wrong on April 23, 2020 when the suspension went into effect, wrong during the suspension and continues to be wrong today.  Yet, as a result of this exercise in ignorance by SEC staff, as well as bias, DECN has had to endure the

Decision Diagnostics Corp. Shareholder Letter dated August 11, 2020

Page 4

DOJ-BERMAN-R_0000236060

August 11, 2020

suspension, the subsequent formal investigation and what now appears to be a second, separate investigation which now has included a subpoena directed to a part-time technical consultant. All because SEC Enforcement staff was duped by malcontent, non-shareholding message board posters, and rather than admit their mistakes, continued to collude with these rogue posters.

Beginning in May, it was clear that in the US alone, a minimum of nearly 328 million tests would be required over the forecasted period. Simple math would easily show the world-wide requirement would be much, much high than the company forecast of 525 million over that same period. Yet, the Perkins Declaration continues to state these figures are baseless, and the July 1 Brief continues with the same narrative. All one would need to do is to pick up a newspaper or browse online news sites to find the actual number of tests required. Mr. Perkins, Mr. Misler and SEC staff apparently did not do this as it would fit their narrative of attempting to destroy DECN, Mr. Berman, and with it their potential to end the COVID epidemic.

The tragedy here is that by hampering the efforts of DECN, by diverting the company's personnel and financial resources into a defense critical to the very future of the company, the SEC is amplifying the impact of the COVID-19 pandemic, which will result in more sickness and death. If the company fails because its product is not effective, that would be an acceptable outcome that is often associated with a new product and technology. However, this is clearly not what the SEC has planned.

It has been made clear to us, once again, that the SEC is more interested in believing the lies of rogue posters without conducting any due diligence which would quickly and conclusively have revealed the truth. This is just not right. In fact, it is so wrong that we are shocked that the SEC continues along this path. DECN is not some corrupt organization. The main people behind their GenViro! Product, and the focus of SEC ire, collectively have 80+ years of experience in the in-vitro diagnostics segment of healthcare. Two people, 80 years. This is the part of the greater healthcare industry where DECN's diabetes testing products, and soon its GenViro! products will sell into. And yet these people are treated by the SEC as if they are frauds. This is unconscionable behavior.

Decision Diagnostics Corp. Shareholder Letter dated August 11, 2020

Page 5

DOJ-BERMAN-R_0000236061

August 11, 2020

We would like to thank you for your time you have taken to read this letter.  In summary we have once again identified the very troubling issues we have uncovered during our investigation.  At a high level, the most egregious examples include:

1. Mr. Carlisle Perkins relied on the unsubstantiated statements from rogue message board posters to formulate his justification for the trading suspension <u>after the fact</u>.  Mr. Perkins included these statements in the Perkins Declaration, under penalty of perjury, and they were again included in the July 1 Brief.

2. When Mr. Carlisle's allegations were proven false by the company and/or shareholders, the SEC chose to not only ignore these issues but in at least one case continued to support them, under penalty of perjury.

3. We now have reason to believe that the SEC is targeting financial and intellectual partners of the company as part of an attempted 'end game' strategy to this entire process.

We outline each of these offenses in greater detail in our two previous shareholder letters, dated June 2 and July 28, 2020.  These letters are attached via email for your convenience.

In closing, we respectfully request the following:

- The immediate termination of the 550 Petition process as it relates to the DECN trading suspension.  This investigation has been tainted at every turn, including bias, collusion, and documented false statements under oath to cover up staff misconduct.  The SEC has at the very least exhibited an indication of impropriety and bias, both with their documented statements, several under penalty of perjury, as well as their omissions, and lack of denials.

We expect this to be our last direct correspondence with your agency.  We are shareholders and it should be us who the SEC protects. But this is not so.  In general, the investigators charged with determining wrongdoing have failed completely.  It is difficult to find one solid, logical piece of investigational work throughout the entire process.  It is our hope that you, Mr. Inspector General, can bring sanity back to the investigation, and see it for what it really is – an initial mistake made much, much worse by SEC staff who refused to admit their errors and instead tried, and continue to try to destroy Mr. Berman, DECN, and by extension its shareholders.

We trust that you or your staff has read our previous letters and used the information in a constructive manner.  If you have not read these letters, as previously noted we have attached them via email for your review.

Decision Diagnostics Corp. Shareholder Letter dated August 11, 2020

DOJ-BERMAN-R_0000236062

August 11, 2020

We request your immediate attention to these matters and we will be willing to assist you in any way if future investigations are required.

We again thank you for your time reading this letter and look forward to your first response as promptly as possible in view of the health crisis we are all facing and trying to bring under control, all apparently except SEC Enforcement and their cohorts.

Sincerely,

Matt Chad

Shareholders in support of this document:

| | | |
|---|---|---|
| Barbara Asbell | Justin Fujarski | Robert Odell |
| Casey Baker | Rocco Grosso | Thomas Odell |
| Mark Barnhart | Harry Hames | Jonathan Odell |
| Jean Beliveau | Benjamin Hesser | Adekola Olaitan |
| Jeff Betourne | David Hill | Popoola Olaoluwa |
| Susan Betourne | John Janisaitis | Matt Pan |
| Kelly Boeve | Dick Johnson | Vicki Patterson |
| Maree Brady | Rylan Johnson | Donald Pearce |
| Mark Cardillo | Ian Kennedy | Doug Presnell |
| Jesse Casillas | Richard Klass, Jr. | Dale Schwenk |
| Shawn Ceci | Dan Kubon | Keith Shanahan |
| Matt Chad | Melvin Kupka | Kenneth Siatkowski |
| Louis Checo | Michelle LeBreton | Dennis Smith |
| James Christianson | Jason Kechtenberg | Troy Stanley |
| Jesse Delany | Kevin Lethers | Matthew Steinmann |
| Brian Doorenbos | Chris Litz | Michael Triglia |
| David Draper | Patrick Lopes | Vladimir Vanchanka |
| Steve Elenbaas | Tom Maicon | Sanayan Vasuthevan |
| William Embry | Michael McMahon | Michael Vicchiarelli |
| Erick Espana | Logan Meltabarger | Anthony Walcher |
| Justin Faltot | Christopher Meurer | Blair Ward |
| Sean Faltot | Gary Miller | Dustin Ward |
| Marty Fara | Roy Monk | Kelly Warren-Green |
| Charles Follis | Meagan Moore | Phillip Warren-Green |
| Christopher Foti | Jerry Morgan | Doug Worth |
| Michael Francis | Stephen Morgan | Sebastian Wozniak |
| Bret Fransen | Bob Odell | |

Decision Diagnostics Corp. Shareholder Letter dated August 11, 2020

Page 7

DOJ-BERMAN-R_0000236063

August 11, 2020

March 1 – March 31:  Most talk about needing more tests, expansion of testing, lack of supplies, etc.  At this point the extend of the virus was not well known, so the total number of tests is not mentioned as a number, just that we 'need more'.

https://www.npr.org/sections/health-shots/2020/03/24/820157519/to-end-the-coronavirus-crisis-we-need-widespread-testing-experts-say

https://time.com/5793605/coronavirus-testing-united-states/

https://www.theverge.com/2020/3/17/21184015/coronavirus-testing-pcr-diagnostic-point-of-care-cdc-techonology

https://www.the-scientist.com/news-opinion/governments-must-ramp-up-covid-19-testing-says-who-67287

https://www.technologyreview.com/2020/03/25/950320/what-the-hell-is-going-on-with-coronavirus-testing-in-the-us/

https://www.businessinsider.com/us-coronavirus-testing-capacity-increases-case-numbers-grow-2020-3

https://www.nytimes.com/2020/03/02/health/coronavirus-testing-cdc.html

https://www.washingtonpost.com/health/expanded-coronavirus-testing-may-overwhelm-lab-capacity-say-some-experts/2020/03/04/3de454e6-5e49-11ea-9055-5fa12981bbbf_story.html

https://www.statnews.com/2020/03/31/test-makers-are-moving-fast-but-the-coronavirus-may-be-moving-faster/

https://thehill.com/homenews/administration/487701-trump-administration-pledges-to-expand-coronavirus-testing-this-week

https://wcti12.com/news/state-news/north-carolina-teste-covid-19-state-of-emergency-coronavirus

https://katu.com/news/local/oregon-wont-meet-expanded-coronavirus-testing-guidelines-because-of-demand-officials-say

https://www.santafenewmexican.com/news/coronavirus/state-labs-aim-to-boost-covid-19-testing-capacity-as-lines-grow/article_d7f8fa22-6868-11ea-9d82-fbb94a6f3e23.html

https://www.governor.ny.gov/news/novel-coronavirus-briefing-governor-cuomo-announces-state-partnering-hospitals-expand-novel

https://www.governor.ny.gov/news/novel-coronavirus-briefing-governor-cuomo-announces-state-partnering-hospitals-expand-novel

Addendum to Decision Diagnostics Corp. Shareholder Letter dated August 11, 2020

Page 8

DOJ-BERMAN-R_0000236064

August 11, 2020

https://www.inquirer.com/health/coronavirus/coronavirus-testing-commercial-labs-supplements-cdc-state-labs-20200310.html

https://www.newsobserver.com/news/coronavirus/article241203481.html

https://www.labcorp.com/coronavirus-disease-covid-19/labcorp-newsroom/labcorp-rapidly-expanding-its-covid-19-testing-capacity-expects-ability-perform-10000-tests-day-end

https://vermontbiz.com/news/2020/march/27/tenth-person-dies-covid-19-testing-be-expanded

https://www.wfla.com/community/health/coronavirus/coronavirus-response-florida-expanding-covid-19-testing-capabilities/

https://wvmetronews.com/2020/03/19/wvu-medicine-mon-health-expand-covid-19-testing-prep-for-patients/

https://www.cnbc.com/2020/03/16/who-says-some-nations-arent-running-enough-coronavirus-tests-test-every-suspected-case.html

https://www.courant.com/news/connecticut/hc-news-coronavirus-connecticut-testing-bottleneck-20200311-rnhx2eulnbddljt2xphlqm4mqm-story.html

https://www.azcentral.com/story/money/business/consumers/2020/03/17/coronavirus-testing-arizona-expand-doctors-raise-concerns/5059894002/

http://www.buckscounty.org/government/healthservices/HealthDepartment/CoronavirusInfo/2020/03/28/expanded-testing-leads-to-county-s-biggest-spike-in-covid-19-cases

https://www.desertsun.com/story/news/health/2020/03/18/coronavirus-update-riverside-county-california-officials-discuss-testing-clinics/2864079001/

https://www.vox.com/science-and-health/2020/3/6/21168087/cdc-coronavirus-test-kits-covid-19

https://www.texastribune.org/2020/03/16/texas-coronavirus-cases-will-increase-exponentially-gov-greg-abbott/

https://www.courier-tribune.com/story/news/coronavirus/2020/03/16/nc-coronavirus-testing-expanded-but-people-with-symptoms-say-they-are-denied/112332932/

https://www.mlive.com/news/kalamazoo/2020/03/expanding-coronavirus-testing-is-top-priority-for-kalamazoo-county-health-officer.html

https://health.mesacounty.us/mesa-county-covid-19-sampling-location-expands-to-serve-first-responders-health-care-workers/

https://www.technologyreview.com/2020/03/25/950320/what-the-hell-is-going-on-with-coronavirus-testing-in-the-us/

Addendum to Decision Diagnostics Corp. Shareholder Letter dated August 11, 2020

Page 8

DOJ-BERMAN-R_0000236065

August 11, 2020

April 1 – April 30:

Most talk about needing more tests, expansion of testing, lack of supplies, etc.  At this point the extend of the virus is better quantified, but still at the early stages. The number of tests is still a topic and numbers are beginning to be identified as to how many per week, month, etc. to curtail the spread.

https://www.ama-assn.org/about/leadership/we-must-expand-covid-19-testing-capacity-restarting-economy

https://www.nytimes.com/interactive/2020/04/17/us/coronavirus-testing-states.html

https://www.countynewscenter.com/4-new-covid-19-deaths-reported-testing-expanded/

https://www.politico.com/news/2020/04/14/coronavirus-testing-delays-186883

https://www.wsbtv.com/news/local/testing-expanded-essential-workers-across-georgia-without-symptoms-covid-19/RMOLMCH24NHTBAP2F77GPRTBVU/

https://www.npr.org/sections/coronavirus-live-updates/2020/04/25/844989720/new-york-to-expand-testing-criteria-for-coronavirus-increase-antibody-testing

https://www.azcentral.com/story/news/local/arizona-health/2020/04/27/arizona-testing-blitz-expand-covid-19-testing-statewide-coronavirus/3036082001/

https://wamu.org/story/20/04/08/with-expanded-testing-maryland-sees-jump-in-covid-19-cases/

https://www.click2houston.com/health/2020/04/14/houston-harris-county-announced-expanded-coronavirus-testing-what-that-means-for-you/

https://cvshealth.com/news-and-insights/press-releases/cvs-health-to-significantly-expand-covid-19-testing-capabilities

https://www.nbcmiami.com/news/local/state-officials-expand-covid-19-testing-to-people-of-all-ages-at-hard-rock-stadium-site/2218992/

https://www.news8000.com/expanded-testing-key-to-uncover-more-accurate-covid-19-numbers-in-la-crosse-county/

https://www.nbcnews.com/health/health-news/america-needs-universal-covid-19-testing-here-s-how-we-n1192146

https://www.coloradoan.com/story/news/2020/04/29/colorado-coronavirus-covid-19-testing-safer-at-home/3049706001/

https://abc7ny.com/coronavirus-nyc-update-corona-virus-cases/6134407/

https://www.northjersey.com/story/news/coronavirus/2020/04/23/nj-coronavirus-testing-expanding-state-announce-plan-next-week/3005200001/

Addendum to Decision Diagnostics Corp. Shareholder Letter dated August 11, 2020

Page 8

DOJ-BERMAN-R_0000236066

August 11, 2020

http://chirblog.org/expanded-coverage-for-covid-19-testing/

https://www.civilbeat.org/2020/04/hawaii-officials-announces-expanded-covid-19-testing/

https://ccf.georgetown.edu/2020/04/06/expanded-coverage-for-covid-19-testing-is-an-important-step-but-loopholes-expose-all-of-us-to-greater-risk/

https://www.ky3.com/content/news/Missouri-could-test-50000-a-week-for-COVID-19-testing-criteria-expanded-569956801.html

https://www.news4jax.com/news/local/2020/04/15/georgia-department-of-public-health-expanding-covid-19-testing/

https://whatsupnewp.com/2020/04/covid-19-daily-update-april-1-covid-19-testing-expanded-to-all-symptomatic-rhode-islanders-657-positive-cases-now-in-r-i/

https://www.nj.com/coronavirus/2020/04/nj-is-still-woefully-behind-on-coronavirus-testing-and-murphy-wont-give-specifics-on-fixing-it.html

https://www.seattletimes.com/seattle-news/will-washington-be-able-to-attain-the-widescale-testing-inslee-is-calling-for/

https://www.medtechdive.com/news/labcorp-quest-expand-covid-19-antibody-testing-nationwide/576884/

https://www.rockefellerfoundation.org/national-covid-19-testing-action-plan/

https://khn.org/news/n-y-leads-the-nation-in-covid-19-tests-but-the-effort-still-lags-behind-demand/

https://www.latimes.com/california/story/2020-04-08/california-has-made-progress-on-testing-but-still-lags-most-states

https://www.vox.com/recode/2020/4/24/21229774/coronavirus-covid-19-testing-social-distancing

https://www.amny.com/coronavirus/testing-expanding-for-both-covid-19-and-antibody-tests-in-new-york-city/

https://www.wsj.com/articles/coronavirus-testing-hampered-by-disarray-shortages-backlogs-11587328441

https://www.mercurynews.com/2020/04/21/how-many-coronavirus-tests-does-california-need-to-re-open-gov-newsom-may-have-answer-wednesday/

https://www.denverpost.com/2020/04/16/coronavirus-colorado-covid-testing-stay-at-home-order/

https://www.wenatcheeworld.com/news/coronavirus/expanded-testing-planned-after-remarkable-rate-of-cases-in-agriculture-housing/article_8f1809a2-84f5-11ea-be6a-dbdd2a598250.html

Addendum to Decision Diagnostics Corp. Shareholder Letter dated August 11, 2020

Page 8

DOJ-BERMAN-R_0000236067

August 11, 2020

May 1 – August 6:

As the virus expands, the numbers of tests per day are now identified almost exclusively at minimum of 900K, with some up to 2.5 million per day to re-open the US only.  There are hundreds of articles within this period that state the minimum of 900K.

https://www.factcheck.org/2020/05/how-many-covid-19-tests-are-needed-to-reopen/

https://www.vox.com/2020/5/14/21257264/coronavirus-testing-positive-rate-covid-reopen-usa

https://www.washingtonpost.com/health/as-coronavirus-testing-expands-a-new-problem-arises-not-enough-people-to-test/2020/05/17/3f3297de-8bcd-11ea-8ac1-bfb250876b7a_story.html

https://www.theatlantic.com/science/archive/2020/05/theres-only-one-way-out-of-this-mess/611431/

https://www.boston.com/news/coronavirus/2020/05/12/harvard-global-health-institute-state-testing-targets-massachusetts

https://www.newyorker.com/news/news-desk/how-much-coronavirus-testing-does-the-united-states-need-to-reopen

https://www.cnn.com/2020/05/12/health/us-coronavirus-testing-per-capita/index.html

https://whyy.org/articles/us-faces-truly-daunting-challenges-on-needed-covid-tests/

https://www.axios.com/coronavirus-testing-us-recommended-level-e15eec3c-44ec-420d-813e-3904b2476616.html

https://www.upi.com/Top_News/US/2020/05/07/900000-daily-COVID-19-tests-needed-to-contain-US-outbreak-Harvard-experts-say/1521588869822/

https://www.cnn.com/us/live-news/us-coronavirus-update-05-07-20/h_961f143973069e9a7e003f01f9f71a38

https://www.sciencemag.org/news/2020/05/coronavirus-antigen-tests-quick-and-cheap-too-often-wrong

https://medicalxpress.com/news/2020-05-health-experts-house-coronavirus-committee.html

https://www.axios.com/coronavirus-testing-states-still-behind-629973cb-d8ad-4f36-a6fa-d59959fe84a3.html

https://www.medpagetoday.com/infectiousdisease/covid19/86444

https://www.washingtonpost.com/news/powerpost/paloma/the-health-202/2020/05/12/the-health-202-trump-s-coronavirus-testing-goal-is-on-the-low-side-of-what-public-health-experts-recommend/5eb9978d602ff11bb117a197/

Addendum to Decision Diagnostics Corp. Shareholder Letter dated August 11, 2020

Page 8

DOJ-BERMAN-R_0000236068

August 11, 2020

https://www.nytimes.com/2020/05/25/health/coronavirus-testing-trump.html

https://thehill.com/policy/healthcare/496588-harvard-study-says-only-nine-states-ready-to-safely-reopen

https://www.beckershospitalreview.com/public-health/9-states-performing-enough-covid-19-tests-to-reopen-safely-harvard-researchers-say.html

https://abcnews.go.com/Business/wireStory/us-states-fall-short-recommended-testing-levels-70713539

https://news.cgtn.com/news/2020-05-13/Graphics-The-delays-in-U-S-coronavirus-testing-QrnvFeZ8jK/index.html

https://www.politico.com/news/2020/05/07/senate-reopen-coronavirus-243536

https://www.seattletimes.com/nation-world/coronavirus-testing-expands-but-not-everyone-can-be-screened/

https://www.adn.com/nation-world/2020/05/08/trump-says-testing-isnt-necessary-as-us-falls-short-of-benchmarks/

https://www.businessinsider.com/states-arent-doing-enough-tests-to-reopen-harvard-researchers-say-2020-5

https://www.labpulse.com/index.aspx?sec=sup&sub=mic&pag=dis&ItemID=801243

https://www.tennessean.com/story/news/2020/05/09/harvard-tennessee-coronavirus-testing-levels-among-best-us/3099987001/

https://www.bbc.com/news/world-us-canada-52626770

https://www.planetizen.com/news/2020/05/109302-unlikely-state-emerges-nations-premier-contact-tracer

https://www.trussvilletribune.com/2020/05/07/alabama-falls-well-short-of-harvard-global-health-institutes-minimum-testing-recommendations/

https://www.virginiamercury.com/2020/05/13/more-testing-is-needed-before-virginia-nation-reopen/

https://www.hsph.harvard.edu/news/hsph-in-the-news/coronavirus-news-may-2020/

https://khn.org/morning-breakout/trump-takes-victory-lap-on-testing-despite-the-fact-that-america-still-lags-behind-many-countries/

https://www.webmd.com/lung/news/20200514/states-not-hitting-testing-goals-feds-promise-aid

https://www.cidrap.umn.edu/news-perspective/2020/05/report-cdc-covid-19-reopening-guidelines-shelved

Addendum to Decision Diagnostics Corp. Shareholder Letter dated August 11, 2020

Page 8

DOJ-BERMAN-R_0000236069

August 11, 2020

https://www.npr.org/sections/coronavirus-live-updates/2020/06/01/867431135/white-house-coronavirus-testing-czar-to-stand-down

https://uspirg.org/blogs/covid-19/usp/we-still-need-expanded-covid-19-testing-including-protesters

https://www.medpagetoday.com/infectiousdisease/covid19/87223

https://evanstonroundtable.com/Content/COVID-19/RT-Articles/Article/Progress-as-of-June-16-in-Meeting-the-Criteria-to-Move-to-Phase-4-of-the-Restore-Illinois-Plan/41/237/18135

https://www.help.senate.gov/ranking/newsroom/press/murray-urges-trump-administration-not-to-eliminate-position-tasked-with-leading-covid-19-testing-efforts-

https://www.randolphcollege.edu/news/2020/06/president-batemans-message-to-faculty-and-staff-on-covid-19-testing/

https://www.nbcnews.com/politics/congress/fauci-says-u-s-will-expand-testing-not-slow-it-n1231877

https://khn.org/morning-briefing/tuesday-june-2-2020/

https://www.procurementiq.com/blog/companies-offering-covid-19-testing-kits/

https://apnews.com/a36ac8c2b3edf7f9c41f850e945c32e8

https://www.statnews.com/2020/06/26/pool-testing-covid-19/

https://www.fox6now.com/news/nih-details-plan-to-increase-number-of-daily-covid-19-tests-in-us-to-6-million-by-december

https://www.nejm.org/doi/full/10.1056/NEJMsr2022263

https://globalhealth.harvard.edu/the-cdc-is-conflating-viral-and-antibody-tests-heres-what-you-need-to-know/

https://science4performance.com/2020/07/15/efficient-covid-testing-on-a-hypercube/

https://www.vox.com/future-perfect/2020/7/10/21317860/coronavirus-testing-problems-delays-shortages-covid

https://www.nytimes.com/interactive/2020/us/coronavirus-testing.html

https://www.npr.org/2020/07/15/891313467/u-s-wants-to-ramp-up-covid-19-testing-to-100-million-a-month-by-september

https://www.nih.gov/news-events/news-releases/nih-delivering-new-covid-19-testing-technologies-meet-us-demand

https://www.washingtonpost.com/nation/2020/07/31/coronavirus-covid-live-updates-us/

Addendum to Decision Diagnostics Corp. Shareholder Letter dated August 11, 2020

Page 8

DOJ-BERMAN-R_0000236070

August 11, 2020

https://www.wsws.org/en/articles/2020/07/08/usco-j08.html

https://news.bloomberglaw.com/pharma-and-life-sciences/what-does-a-coronavirus-test-cost-it-depends-on-where-you-go

https://www.calculatedriskblog.com/2020/07/july-2-covid-19-test-results.html

https://edition.cnn.com/world/live-news/coronavirus-pandemic-07-21-20-intl/h_2af8d50d84e444dd5361ff3b37b4a917

https://www.wtsp.com/article/entertainment/television/brightside/beyond-the-headline/coronavirus-self-swab-tests/67-a2eebdd8-6f0f-48e6-a9ca-9cad9e1822b6

https://www.kevinmd.com/blog/2020/07/complacency-fuels-the-slow-burn-of-covid-19.html

https://www.washingtonpost.com/coronavirus/house-hearing-underscores-us-failure-to-stop-spread-of-coronavirus/2020/07/31/53fce306-d365-11ea-af07-1d058ca137ae_story.html

https://www.physiciansweekly.com/covid-19-for-testing-francis-s-collins-has-a-plan/

https://www.testing.com/what-is-covid-19-pool-testing/

https://directorsblog.nih.gov/tag/shark-tank/

https://www.dailyhindnews.com/trump-gets-multiple-coronavirus-tests-a-day-white-house-says/

https://astrixinc.com/national-institutes-of-health-nih-research-updates-july-2020/

https://fivethirtyeight.com/features/america-is-testing-for-covid-19-more-than-ever-and-it-still-isnt-enough/

https://www.nbcnews.com/health/health-news/covid-19-tests-there-s-insurmountable-backlog-virus-tests-rapid-n1234622

https://www.nih.gov/news-events/news-releases/nih-leadership-details-unprecedented-initiative-ramp-testing-technologies-covid-19

https://www.cidrap.umn.edu/news-perspective/2020/07/us-hits-4-million-covid-cases-again-logs-1000-new-deaths

https://www.wsj.com/articles/nih-preparing-instant-result-corinavirus-test-for-students-athletes-11593710503

https://edition.cnn.com/world/live-news/coronavirus-pandemic-07-21-20-intl/h_0bff291a9f33effc154ddac88f3220f9

https://www.theverge.com/2020/1/23/21078457/coronavirus-outbreak-china-wuhan-quarantine-who-sars-cdc-symptoms-risk

Addendum to Decision Diagnostics Corp. Shareholder Letter dated August 11, 2020

Page 8

DOJ-BERMAN-R_0000236071

July 28, 2020

To:     Jay Clayton, SEC Chairman, chairmanoffice@sec.gov
           Carl Hoecker, SEC Inspector General, oig@sec.gov

CC:     Stephanie Avakian, Co-Director, Division of Enforcement, avakians@sec.gov
           Carlisle Perkins, Senior Council, perkinsc@SEC.gov
           Leslie Atkins, General Attorney, atkinsl@sec.gov
           David Misler, Trial Council, mislerd@sec.gov

We represent a number of concerned and adversely impacted shareholders of Decision Diagnostics Corp., and are writing to you today in response to the following items:

- Administrative Proceeding File No. 3-19788 under SEC Form 550, Division of Enforcement's Answering Brief in Opposition to Decision Diagnostics Corp.'s Petition to Terminate Trading Suspension, dated July 1, 2020.

We continue to be greatly troubled by the investigational process concerning the trading suspension against Decision Diagnostics Corp. initiated on April 23, 2020 and are compelled to bring these facts to your attention, yet again, following the most current SEC response dated July 1, 2020 (the "July 1 Brief") and Decision Diagnostic Corp's Sur-rebuttal dated July 17, 2020.


<u>SUMMARY</u>

Beginning as early as March 2020, Mr. Carlisle Perkins, Senior Council and SEC staff have been on a mission to destroy DECN, a legitimate company that is trying to finalize development of a revolutionary COVID-19 test kit. Collusion between the SEC staff, attorneys no less, and non-shareholding entities determined to destroy the company is real, and it continues today. The justification, if you can call it that, to suspend trading of DECN stock has been modified now twice <u>after the fact</u>. Shareholders have been investigating the actions of the SEC (our June 2, 2020 letter attached via email), most particularly the actions of Mr. Perkins. The SEC's version of the events, a stranger than fiction series of Briefs and Declarations under oath, has changed based on the tactics employed by the Enforcement staff. If nothing else they have been consistent, consistently ethics-challenged. Below we outline a series of our findings concerning the SEC's witch hunt against DECN:

1. SEC obtained non-verified information from rogue malcontents otherwise identified as malicious, misguided posters from various message boards. These people are not informants, they are a group on a mission. Their patterns are consistent in that a particular allegation first appears on message boards, usually many times over a day or two, and then appears using essentially the same vernacular in SEC Briefs and/or staff Declarations.

2. SEC included these third-party allegations, which were never provided to the company for comment, despite the Staff having contacted Mr. Berman for an interview, in SEC documentation, filings and Declarations under oath. It is clear that SEC staff and Mr. Perkins are hoping these allegations made by malcontents, some of whom double as cyber criminals, contain some small semblance of truth and/or proof so that they will not be challenged.


Decision Diagnostics Corp. Shareholder Letter dated July 28, 2020

Page 1

DOJ-BERMAN-R_0000236072

July 28, 2020

3.  When these allegations have been repeatedly proven false by the company and/or shareholders, the SEC has chosen to ignore these issues while in at least one case continuing (the Perkins July 1, 2020 Declaration under oath) to support them, under penalty of perjury.

4.  The SEC then creates a new set of allegations which again stem from non-verified information obtained from rogue malcontents who actually boast that they control the SEC. And what does the SEC do? They again accept what they are being told in the hope the malcontents are either correct and/or their allegations will not be challenged.

It now appears that the SEC is attempting to cover up this misguided and biased investigation by targeting partners of the company, attempting to destroy DECN rather than admit wrongdoing, an attempted 'end game' strategy to this entire process.

It seems apparent to us that this investigation is no longer, and may never have been, based on an objective review of the facts.   Instead it is built on a foundation of faulty, if not malicious, assumptions provided by others, who have misled and manipulated SEC staff coupled with unmitigated bias initiated by the very individuals charged with upholding a fair process for the public shareholders of <u>all</u> companies, regardless of their wealth or size.  The breach of ethics associated with this investigation has been both consistent and deeply disconcerting.

_____

In our June 2 correspondence to your office, we identified numerous issues and inconsistencies associated with the May 20, 2020 Declaration of Carlisle E. Perkins, Esq.  (the "Perkins Declaration"). Upon review of the July 1, 2020 SEC Brief authored by Mr. David Misler, Trial Council, we are extremely disappointed that even after our June 2, 2020 letter and DECN's filings in the Form 550 matter, these issues have not been denied or even addressed, but remain as a basis for the SEC investigation which led to the trading suspension initiated on April 23.

It is our continued belief that prior to the trading suspension SEC staff was provided information by non-shareholding individuals determined to damage the company, and that without verifying this information it was identified to support the case for the trading suspension <u>after the fact</u>.  When this information was made public in our June 2 correspondence, as well as in the Petitioner's Brief in Support of Petition to Terminate Trading Suspension, dated June 17, 2020 (the "June 17 Petition"), SEC staff suddenly changed their tune, ignored almost all of the claims  brought up in that petition, and attempted to steer  this 'investigation' in a new direction, which is made clear in part by statements made in the July 1 Brief. This is unconscionable behavior; professionals, particularly government employees, should admit to their mistakes, including being manipulated. But not in this case.

It appears SEC staff put minimal effort into the July 1 submission, assuming shareholders would not dig deeper into what we believe is the unethical attempted takedown of a publicly-traded, American company that appears to be on the forefront a COVID-19 testing breakthrough.  We find these actions fundamentally inconsistent with the actions of a governmental agency whose overriding purpose is to protect public investors.

Decision Diagnostics Corp. Shareholder Letter dated July 28, 2020

Page 2

DOJ-BERMAN-R_0000236073

July 28, 2020

Based on our review, it has become clear to us that at all times Mr. Perkins and others at the SEC have acted in bad faith during this investigation and both the May 20, 2020 and July 1 declarations contain false statements made under penalties of perjury.

These egregious actions by the SEC have damaged DECN financially and have caused delays in certain timelines associated with their GenViro! technology.  The statements in the Commission's July 1, 2020 brief lay this out perfectly.  The SEC maintains that DECN is undercapitalized and low on cash and therefore cannot sustain a prolonged battle to protect their reputation.    Is this suddenly an unexplained (and unwarranted) basis for a trading suspension and further investigation? A company's market capitalization should not control whether or not it should be investigated by the SEC.

In the sections below, we will demonstrate that DECN and its CEO, Mr. Keith Berman, have been unfairly and unjustly targeted by Mr. Perkins and several of his colleagues.  They conspired with and continue to conspire with rogue message board posters, some of whom also appear to be cyber criminals.  Their collective aim is to destroy Decision Diagnostics Corp. and its shareholders, and in doing so the chance to possibly contain the spread of COVID-19 and return normalcy to all Americans.

<u>BACKGROUND INFORMATION</u>

Evidence of bias first appear in the May 20, 2020 Declaration of Carlisle E. Perkins, Esq.   Mr. Perkins writes (Item 6):

'Berman was the CEO of a company called Access HealthNet until 1995 when he was fired amid reports of unexpected losses and an infusion of cash from directors and others.

Berman, who was described in the twenty plus year old complaint as "cavalier about everything," was a named defendant in a class action securities fraud case brought on behalf of investors, which appears to have settled in 1999. Allegations in the complaint included misleading information in the company's financial statements as well as false press releases which Berman had overseen. (See Kalmus, et al. v. Wertz et al. No. SACV-96-1250-GLT).'

Mr. Perkins conveniently fails to include the documented fact that Mr. Berman was dismissed as a defendant some two years before that suit settled in 1999, without any payment or other form of consideration by him or on his behalf.  Mr. Perkins undoubtedly was in possession of this fact at the time of his writing since he had interviewed Mr. Berman twice for a total of three hours.  In addition, the critical information concerning Mr. Berman's dismissal was undoubtedly part of the SEC's database but was conveniently omitted from its initial submission.  When Mr. Berman raised it to at least make this (irrelevant) reference complete, the SEC did not dispute what he stated.

Although this is an attempt out of left field to damage Mr. Berman's character, we believe it serves as the beginning of Mr. Perkins' quest to destroy Mr. Berman and the company at virtually any cost.

Decision Diagnostics Corp. Shareholder Letter dated July 28, 2020

Page 3

DOJ-BERMAN-R_0000236074

July 28, 2020

STATEMENTS WITHIN THE PERKINS DECLARATION THAT COULD NOT HAVE BEEN KNOWN AT THE TIME
OF THE TRADING SUSPENSION INITIATED ON APRIL 23, YET ARE SWORN TO NONETHELESS

Item 24 of the Perkins Declaration states (italics added):

'The press releases were also published on the company's website, which included a banner advertising
COVID-19 kits on the home page. In the "About Us" section of DECN's website, it states:

'Through our subsidiary, PharmaTech Solutions, Inc., we provide blood glucose home testing test strips
and exciting new concepts for blood testing monitors! All of our products are FDA cleared and have
entered the market as an economical alternative for patients and healthcare providers.

*The COVID-19 test kit is elsewhere listed as one of the subsidiary's products. While the banner for its
COVID-19 test kits state that the product is still in development, the statements on the website give the
misleading impression that the COVID-19 kit is ready or near-ready for purchase.'*

**DECN's website, www.decisiondiagnostics.co, does not contain, and never did contain, any such
information in a web site banner, or anywhere else on the DECN web site.**

In the July 1 Brief, Mr. Perkins again states in his Declaration (Item 3):

Prior to the trading suspension, Division staff visited *DECN*'s website on a number of occasions. The
website address used by Division staff was www.decisiondiagnostics.com. On the webpages viewed by
the Division staff, we observed the misleading and conflicting representations regarding Food and Drug
Administration approval. I copied and pasted language directly from the DECN website from its "Home"
tab, "About Us" tab, and "Investor Information" tab and shared that information with other members of
the staff as part of our review of DECN.

Both statements above were made under penalty of perjury by Mr. Perkins and both are untrue.

Mr. Berman states in his 'Affidavit in Support of Petition to Terminate Trading Suspension, Dated June
17, 2020' (the "Berman Affidavit") in Item 10:

DECN monitors who and when its website and the website of its wholly owned subsidiary Pharma Tech
Solutions are accessed.  DECN's records reflect that the SEC first visited Pharma Tech's website on May
11, 2020.  This visit occurred approximately 2-1/2 weeks *after* the issuance of the Trading Suspension
Order.  There is no record of the Commission ever visiting Pharma Tech's website prior to May 11, 2020,
several days after the trading suspension regarding DECN stock came to term. The sworn statement that
information contained on Pharma Tech's website was known to the SEC not later than April 23, 2020 is
demonstrably false, since no one from the SEC including from the Division of Enforcement had visited the
Pharma Tech website by that date.

The above visitation date is supported by Exhibit A within the June 17 Petition.  This documented fact was
simply ignored by the SEC in the July 1st Brief.

Decision Diagnostics Corp. Shareholder Letter dated July 28, 2020

Page 4

DOJ-BERMAN-R_0000236075

July 28, 2020

As documented in our June 2 correspondence to your office, we continue to believe that information used by Mr. Perkins originated with rogue message board posters and was accepted as fact without adequate vetting by Mr. Perkins or his staff.

We wonder if it ever occurred to the SEC why during the closing days of the DECN suspension these malcontents and cyber criminals all just showed up?  The SEC was duped and now that they finally figured out that they were manipulated into believing that DECN is a total fraud as was GenViro! (without an ounce of proof), they have embarked on a cover-up.  When this information was made public, both by the Berman Affidavit and our June 2 correspondence to your office, not only was the accusation ignored in the July 1 Brief, but within that filing <u>Mr. Perkins again contradicts himself in his Declaration</u>.

We find this entire process not only damaging to DECN shareholders but to the integrity of the market.  It has become very clear that Mr. Perkins misspoke under penalty of perjury more than once with respect to the origination of information he used, in large part, as the supposed basis for the trading suspension initiated on April 23.


STATEMENTS CONCERNING THE ORIGIN OF THE TRADING SUSPENSION INITIATED ON APRIL 23, WHICH <u>APPEAR FOR THE FIRST TIME IN THE JULY 1 BRIEF</u>

In the July 1 Brief, the statement below appears for the first time, as an 'additional factor' for the justification of the trading suspension initiated on April 23, 2020.

Mr. Misler writes, *On March 18, 2020, the Financial Industry Regulatory Authority ("FINRA") referred Petitioner to the Division because it found the press releases issued between March 3, 2020 and March 18, 2020 to be suspicious and possible indications of an attempt to manipulate DECN's stock price.*

As further stated by Mr. Misler, *FINRA routinely evaluates statements made in press releases, especially when combined with dramatic changes in trading volume and prices, to determine whether there is evidence that an individual or company has violated or may be violating the federal securities laws. . FINRA's referral of DECN was an additional factor justifying the Commission's trading suspension to protect to the public*

We find it very suspect that this was raised for the first time in the July 1 Brief, some 75 days after the suspension commenced, and over 100 days after the SEC first interviewed Mr. Berman.  At no time before the July 1 Brief did Mr. Perkins or Mr. Misler include this information in any public SEC document.

Additionally, as stated in Petitioner's Reply Brief in Further Support of Petition to Terminate Trading Suspension, dated July 15, 2020, Mr. Berman was contacted directly by FINRA only once, on March 20, two days after this supposed referral by FINRA to the SEC.  In another suspension of disbelief moment, it seems unlikely that FINRA, an agency that the SEC claims to hold in such high regard, would first make a referral for a suspension, and then two days later begin their own investigation through a direct contact with DECN.


Decision Diagnostics Corp. Shareholder Letter dated July 28, 2020

DOJ-BERMAN-R_0000236076

July 28, 2020

### MR. PERKINS' CONTINUED COLLUSION WITH NON-SHAREHOLDING ENTITIES

Information contained in our Shareholders' letter of June 2, 2020, as well as the June 17, 2020 Petitioner's sur-rebuttal, outline a troubling pattern of collusion between the SEC staff and certain non-shareholding entities who are determined to destroy Mr. Berman and the company.

We have submitted two additional documents (attached via email) for your review:

1.  A list of links to posts by these rogue persons (who, as would be expected, attempt to conceal their identities) made on the stock message board InvestorsHub.  These posts represent a small fraction of data collected over many months, which is designed by these posters to deliberately damage Mr. Berman and the company.  These are the people who not only admit to having contacted the SEC but actually boasted about having done so.  These same posters also claim to have contacted the DOJ, FINRA, FBI, FDA and IRS.  It is all there in those postings.

2.  Post history for one specific rogue poster made on the Yahoo! stock message board, gathered over many months, containing over 400 pages of lies and libel against Mr. Berman and the company.  The SEC, FBI, FINRA and DOJ are mentioned prominently in these postings.

Ordinarily, message board posters such as these are nothing more than a distraction, created to stoke shareholder fear and hesitation (or in some cases, action).  However, when they are used as an integral basis for the continued investigation into the company by one or more government agencies, without any proper vetting, they become evidence of wrongdoing.

We believe the SEC knows the identities of these people and has chosen to believe their lies, without conducting any due diligence which would quickly and conclusively have revealed the truth.  This is just not right.  In fact, it is so wrong that we are shocked that the SEC continues along this path.  DECN is not some corrupt organization.  The main people behind their GenViro! product collectively have 80+ years of experience in the in-vitro diagnostics segment of healthcare.  This is the part of the greater healthcare industry where DECN's diabetes testing products, and soon its GenViro! products will sell into.  And yet these people are treated by the SEC as if they are frauds. This is despicable behavior.

In closing, we would like to thank you for your time you have taken to read this admittedly lengthy letter.  In closing, we request the following:

1.  The immediate investigation of the rogue posters associated with the misconduct described above.  We have resources and will assist in this investigation if asked.

2.  The immediate removal of Mr. Carlisle Perkins, Senior Counsel, Securities & Exchange Commission, Division of Enforcement, and Mr. David Misler, Trial Counsel, Securities & Exchange Commission, Division of Enforcement from this matter and all future litigation associated with it.  Mr. Perkins and Mr. Misler have at the very least exhibited an indication of impropriety and bias, both with their documented statements, several under penalty of perjury, as well as their omissions, and lack of denials.

Decision Diagnostics Corp. Shareholder Letter dated July 28, 2020

Page 6

DOJ-BERMAN-R_0000236077

July 28, 2020

3.      Specifically, Mr. Perkins cannot continue as the "point man" or in any capacity as part of an investigation where it is now clear that he and others at the SEC were duped, is beyond our understanding.

4.      The immediate removal of SEC staff and attorneys that Mr. Perkins and Mr. Misler have shared their Enforcement responsibilities with.  All of these people have been tarnished by Mr. Perkins' ethical issues and cannot continue to run or assist in a fair and honest investigation.  We have shown that Mr. Perkins lied, and Mr. Misler swore to it.

The tactics employed by the SEC in this matter are troubling, particularly in the current climate.  In these trying times, the enhanced enforcement against rogue companies who make unsubstantiated claims concerning their COVID-19 products is not only warranted but applauded.  However, it has become clear to us over the past months that Decision Diagnostics Corp.'s actions did not warrant the trading suspension which was issued on April 23, or the removal of the stock from the OTC Pink market, which complicated its inability to raise funds to bring its novel technology to market.

Further, we would hope that the SEC would not fall into the further trap of also 'investigating' others involved with the company, such as key contributors and/or financial partners.  Following the rogue posters' trail, this information or 'ask' of the SEC exists within these hundreds of message board posts to do just that.  These requests further reinforce that the goal of these rogue posters is to destroy DECN by any direct or indirect means possible.

We have no issue with a proper, fact-based investigation conducted in good faith.  However, when an investigation is launched based on tainted information and/or as an attempt to conceal a flawed investigation, that is another matter entirely and represents an entirely different level of corruption and unethical behaviour within the Commission.

It has become obvious to us that the SEC does not treat all companies equally and when mistakes are uncovered, especially involving a smaller company such as Decision Diagnostics, the Commission circles their wagons, covers up their mistakes or bad deeds, and then employs a 'scorched earth' policy to force companies to never again question the SEC.

The irony here is that by hampering the efforts of DECN, by diverting the company's personnel and financial resource the SEC is amplifying the impact of the COVID-19 pandemic, which will result in more sickness and death.  If the company fails because its product is not effective, that would be an acceptable outcome that is often associated with a new product and technology.  However, this is clearly not what the SEC has planned.

As stated in the July 1 Brief, the SEC has requested and received from the company all FDA and GenViro! product documentation, much of it confidential.  What would the SEC do with such information?  It has become apparent that the staff know very little about this technology, the company, and the FDA process in general.  This is yet another attempt by Mr. Perkins, Mr. Misler and SEC staff to destroy Mr. Berman and the company.

Decision Diagnostics Corp. Shareholder Letter dated July 28, 2020

Page 7

DOJ-BERMAN-R_0000236078

July 28, 2020

Regardless of the success or failure of the company's COVID-19 products, the story of this investigational process - from the suspension order on April 23 to the Perkins Declaration and the July 1 Brief, to the unmasking of all the rogue posters and players, the collusion, etc. – will make a for a very interesting story when told to the American public through the press and possibly through the courts.

We request your full and immediate attention to these matters and we will be willing to assist you in any way if future investigations are required.

We thank you for your time reading this letter and look forward to your response as promptly as possible in view of the health crisis we are all facing.


Sincerely,


Matt Chad


Shareholders in support of this document:

| | | |
|---|---|---|
| Logan Alderman | David Draper | Harry Hames |
| Barbara Asbell | Naser Elbalalesy | Kris Harrington |
| Casey Baker | Steve Elenbaas | Brandon Haskell |
| Mark Barnhart | William Embry | Judd Hatch |
| Jean Beliveau | Jeffery Epro | Michael Haverty |
| Nicholas Benegar | Erick Espana | Joshua Haynes |
| Jeff Betourne | Justin Faltot | Benjamin Hesser |
| Susan Betourne | Sean Faltot | David Hill |
| John Bluhm | Marty Fara | Erin Hilleary |
| Joseph Borelli | Adeyinka Farinu | Michael Hitchon |
| Maree Brady | Charles Fellingham | Armin Hoffmann |
| Debra Browell | Charles Follis | Lars Hoffmann |
| Jesse Casillas | Christopher Foti | John Janisaitis |
| Paul Catano | Michael Francis | Dick Johnson |
| Matt Chad | Joachim Frost | Rylan Johnson |
| Louis Checo | Justin Fujarski | Richard Klass, Jr. |
| James Christianson | Andy Gagne | Terry Konstas |
| Jesse Delaney | Rocco Grosso | Dan Kubon |
| Toby Domino | Raymond Gwin | Steve Kubon |
| Brian Doorenbos | Vindent Gwin | Melvin Kupka |

Decision Diagnostics Corp. Shareholder Letter dated July 28, 2020

Page 8

DOJ-BERMAN-R_0000236079

July 28, 2020

Shareholders in support of this document:

| | | |
|---|---|---|
| Michelle LeBreton | Jonathan Newton | Troy Stanley |
| Jason Lechtenberg | Maria Ochoa | Alexander Stein |
| Kevin Lethers | Lenny O'Connor | Matthew Steinmann |
| Todd Lipton | Adekola Olaitan | Jeremiah Thom |
| Chris Litz | Popoola Olaoluwa | Michael Triglia |
| Thomas Loehr | Daniel Orozco | Sanayan Vasuthevan |
| Walter Loehr | Matt Pan | Michael Vicchiarelli |
| Patrick Lopes | Vicki Patterson | Anthony Walcher |
| Tom Maicon | Donald Pearce | Clemens Walschus |
| Raymond Martin | Ron Pirone | Olaf Walschus |
| Michael McMahon | Benno Pohl | Blair Ward |
| Logan Meltabarger | Doug Presnell | Dustin Ward |
| Curt Merlina | Neil Quisenberry | Kelly Warren-Green |
| Debbie Meyer | Tarun Ramnani | Phillip Warren-Green |
| Gary Miller | Carlo Reina | Tim West |
| Roy Monk | Don Schultz | Doug Worth |
| Meagan Moore | Dale Schwenk | Sebastian Wozniak |
| Jerry Morgan | Keith Shanahan | Mark Cardillo |
| Stephen Morgan | Don Schultz | Vladimir Vanchanka |
| Ronald Moschioni | Kenneth Siatkowski | |
| Robert Mosher | Mark Sills | |
| Ralf Namiwotzki | Dennis Smith | |

Decision Diagnostics Corp. Shareholder Letter dated July 28, 2020

Page 9

DOJ-BERMAN-R_0000236080

June 2, 2020

To:    Jay Clayton, SEC Chairman
       Carl Hoecker, SEC Inspector General
       Stephanie Avakian, SEC Co-Director, Division of Enforcement
       Vanessa Countryman, Office of the Secretary

We represent a number of concerned shareholders of Decision Diagnostics Corp., and are writing to you today in response to the following items:

I.    Release No. 34-88735, Order of Trading Suspension, dated April 23, 2020
II.   Actions associated with the potential theft of company property and its use against Decision Diagnostics Corp. in early May 2020.
III.  Administrative Proceeding File No. 3-19788, Information Before the Commission at the time of the Trading Suspension, dated May 20, 2020.

In the sections below, we outline what we believe to be numerous inconsistencies between the two documents filed by the SEC (those dated April 23 and May 20, 2020), as well as many other issues with the investigators' purported findings and how they used these findings to institute enforcement actions against the company. We believe much of the information provided may have been submitted and presented by third parties in a twisted and misleading way. We believe it is apparent that these individuals seek to do the company harm, as we have seen them attempt over many years without any fear of being held accountable.

We also outline our opinion of claims of bias and possibly collusion between the SEC investigators and rogue message board posters many who are also perhaps cyber criminals, who aim to destroy Decision Diagnostics Corp., and with that the chance to possibly curtail the spread of COVID-19 and return normalcy to all Americans.

In these trying times, the enhanced enforcement against rogue companies who make unsubstantiated claims concerning their COVID-19 products is not only warranted but applauded. However, it has become clear to us over the past weeks that Decision Diagnostics Corp.'s actions did not warrant the trading suspension which was issued on April 23.

This action has negatively impacted the company, its shareholders, and its CEO Keith Berman. Most of all, these activities are damaging to humanity with respect to the creation, development and, we hope (as should you and every American), emergency use authorization of the GenViro! products to assist in the detection of the deadly Coronavirus.

Decision Diagnostics Corp. Shareholder Letter dated 6/2/2020

Page 1

DOJ-BERMAN-R_0000236081

June 2, 2020

We will outline our points in the sections below.  The information presented by the shareholder group has been obtained through research of information in public domain.  <u>This letter represents our thoughts and opinions based on the events that have transpired, as well as the public documents associated with them.</u>  We present this to you in hopes of a positive future outcome with respect to the company and their novel GenViro! products.

Addition information is included in an addendum to this document, containing additional inconsistencies associated with the SEC investigation.

I.       <u>Release No. 34-88735, Order of Trading Suspension, dated April 23, 2020</u>

Referring to the initial order, Vanessa A Countryman identifies two overriding objections to the company's press releases:

(i)      claiming to have "technology perfected" to allow it to manufacture and sell a COVID-19 test kit
         that would provide results "in 15 seconds, based on a small finger prick blood sample," and

(ii)     issuing sales forecasts that up to 525 million COVID 19 test kits would be sold in the first year of
         production.

With respect to (i) above, it appears Ms. Countryman is assuming that the claim of 'technology perfected' is false and/or misleading.   "Technology perfected" is not the same as saying 'perfect technology'.  A simple reference to <u>dictionary.com</u> reveals:

**Perfect**

**verb (used with object)**

18. to bring to completion; finish.
19. to bring to <u>perfection</u>; make flawless or faultless:
    *He has succeeded in perfecting his recipe for chicken Kiev.*
20. to bring nearer to perfection; improve; make better:
    *She works hard to perfect her writing.*
21. to make fully skilled.

Please note in the above dictionary entry, that the first (more common) entry for the meaning perfect as a verb (technology perfected – uses the past participle verb form) is to bring to completion or finish, as is also reflected in the word's origin stated above.

Decision Diagnostics Corp. Shareholder Letter dated 6/2/2020

Page 2

DOJ-BERMAN-R_0000236082

June 2, 2020

Therefore "technology perfected" means the technology is completed or finished to be able to render the desired result, here an impedance-based test that would give the desired accurate result without any delay. As such, this is not a false or misleading statement unless the SEC had in its possession proof that the test kit and technology to be built by the company would not or could not work, something to our knowledge the SEC has not provided or indicated that it had, either in the Suspension Order or subsequent filings.

The term "technology perfected" does not mean that the company's technology was a perfect technology in the sense of being impossible to being improved upon, something the term 'perfect technology' might imply.  In fact, the context and full sentence in the March 3, 2020 PR states, **"We have the technology perfected which will take months off of the development schedule."**

The company was consistent in stating in the PRs released during the SEC's referenced timeframe, that the test kit was in development.  In its Supplemental Documents filed with the SEC on March 30th, the company gives an extensive explanation of the development and potential timeframe needed to bring the test kits to market.

With respect to (ii) above, Ms. Countryman states that the sales forecasts by the company are somehow false and/or misleading.

Projections (forecasts) are just that – estimations of future demand.  Definitions notwithstanding, it is not unreasonable to assume that if the company's test kit received EUA approval, there would be significant worldwide demand, let alone domestic demand as there was/is no competitive test kit that can detect the virus or its absence in 15 seconds, at any price.   No one can dispute that effective testing with immediate results is a critical component of any medical and economic recovery.

By way of example, with all college and professional sports suspended until testing can allow a return to some live activity, such test kits would have enormous demand to be used not once per person, but several times a week for the same person over a prolonged period.  As stated above projections are always just that, an estimate.  There are numerous examples of companies large and small, known and unknown, who publish projections and fall massively short.  No SEC actions are taken against those companies, simply because projections do not materialize.

In the case of Decision Diagnostics, Mr. Berman wrote that the company's test kit would not be available until the summer (of 2020).  At this point nothing in any forecast that does not begin until the summer of 2020 can be inferred, yet the SEC takes a contrary position.

Decision Diagnostics Corp. Shareholder Letter dated 6/2/2020

Page 3

DOJ-BERMAN-R_0000236083

June 2, 2020

Taking everything into account (above mentioned sports teams, employee testing, public services/agencies, etc), and the massive need for rapid, portable testing of the COVID-19 virus, the projection may be, in the absence of any competitive product, _understated_.

II.      Actions associated with the potential theft of company property and it's use against Decision Diagnostics Corp. in early May 2020

Based on our own research, and information gathered from the Amended Petition for Termination of Suspension of Trading in the Securities of Decision Diagnostics Corp, Release No. 88735, dated May 15, 2020, it seems apparent the same rogue message board posters were involved in the following:

1.  Removal of non-public information from the PharmaTech Solutions, Inc website, trading this purloined information among themselves, and

2.  Submission of that information to various governmental agencies under false pretenses.

Item 1 - Removal of Non-Public Information from the PharmaTech Solutions, Inc Website

On or around May 5, various posters on IHUB claimed to be possession of a slide deck identifying GenViro! as 'FDA cleared'.  IHUB posts that appeared publicly on or around May 5 stated:

**Re:** None

**Post #** 65344  of 80663   Go

PAGE 12 FDA CLEARED
http://www.pharmatechsolutions.co/assets/inserts/20200318_GenViro!_PP.pdf
Product: GenViro! COVID-19 Screen
? PharmaTech Solutions sensors for screening the Coronavirus
? **FDA cleared for use with GenViro! Precision Meter**
? PharmaTech Solutions is a wholly owned subsidiary of Decision Diagnostics Corp. (OTCBB:DECN)
? Types of Products: Home diagnostic and testing supplies
? Primary Customer: People concerned about the Coronavirus and consumers who have GenViro! Precision Meters.
? Typical Usage: 1 test to screen for COVID-19
P

Decision Diagnostics Corp. Shareholder Letter dated 6/2/2020

Page 4

DOJ-BERMAN-R_0000236084

June 2, 2020

For background, http://www.pharmatechsolutions.co/assets/ is the url to the backend database that was 'hacked'. There is no possible way any webmaster would allow that folder to exist in the UI (User Interface - what the public can see) because it doesn't 'link' to anything - it's basically just a file folder structure meant for the company's developer to generate links which eventually appear on the company homepage.

In short, there would be no way for anyone to access this file unless they hacked into it, and if these "hackers" traded the information among themselves and then provided it to an enforcement agency of the Federal government, that would these acts cybercrimes. The "hackers" to our understanding had no ties to the company.

The link below shows the correct product page for GenViro! with the correct slide.

http://www.pharmatechsolutions.co/genviro.html

The screengrab of that slide that was then posted to an anonymous Amazon Web Services account, was as follows:

https://s3.amazonaws.com/bbemail/PROD/ulib/3d0u1e/img/gVFDA_approved.png

Numerous posts and rogue posters attempt to correlate this slide, from the non-public side of the Pharmatech Solutions, Inc. webpage, to the actual 'live' slide thru the 'front end' user interface.

Many of these posts brag about how they have submitted this in process slide, obtained illegally and posted to an anonymous Amazon Web Services account, to various government agencies, including the SEC:

https://investorshub.advfn.com/boards/read_msg.aspx?message_id=155536304

https://investorshub.advfn.com/boards/read_msg.aspx?message_id=155533755

https://investorshub.advfn.com/boards/read_msg.aspx?message_id=155542978

https://investorshub.advfn.com/boards/read_msg.aspx?message_id=155533324

https://investorshub.advfn.com/boards/read_msg.aspx?message_id=155533585

https://investorshub.advfn.com/boards/read_msg.aspx?message_id=155449981

https://investorshub.advfn.com/boards/read_msg.aspx?message_id=155447677

https://investorshub.advfn.com/boards/read_msg.aspx?message_id=155540798

https://investorshub.advfn.com/boards/read_msg.aspx?message_id=155544020

Decision Diagnostics Corp. Shareholder Letter dated 6/2/2020

Page 5

DOJ-BERMAN-R_0000236085

June 2, 2020

While we are not privy to internal discussions between the SEC and the company, it seems likely, based on our assumption, that Mr. Perkins and/or SEC staff took the screenshot from the Amazon Web Services Account and used it, in part, as a reference point in his May 20 letter as we specify below.

More than one of these posts erroneously identifies GenViro! as being FDA 'approved'.  The title of the AWS file contains the word 'approved' (rather than 'cleared for use', which appears on the stolen slide). In his May 20 certification, Mr. Perkins, in Items 19, 21, 22 and 23, and possible others, erroneously continues to make statements concerning the alleged 'approved' status of GenViro!, including a dissertation about the FDA 'approval' process and how it appears Decision Diagnostics Corp. is promoting this 'approved' classification for GenViro!.

It is clear from numerous posts that the stolen slide with the location titled 'approved', as well as more than one rogue poster who uses this term (instead of 'cleared', the proper term) while at the same time claiming they had contacted the SEC, are intertwined. As a point of information, FDA nomenclature describes drugs as "approved." Medical devices as "cleared," and completed Emergency Waivers (EUA's) as "authorized."  The stolen slide cannot be relied upon and Mr. Perkins is negligent or worse for not investigating this.

The commonalities in verbiage between these rogue posts, the title of the stolen file, and Mr. Perkins language in Items 19, 21, 22 and 23 all logically deduce, in our opinion, that they are directly related.  It is our opinion that it is more than plausible that Mr. Perkins used this stolen slide as a basis in the above sections after it was provided by at least one of the rogue posters identified in the posts above.  It is also our strong belief that Mr. Perkins obtained this information <u>after</u> April 23, as the identified posts do not mention this issue prior to May 5.

If this information was obtained <u>after</u> the suspension date of April 23, Mr. Perkins would have made a false statement under penalty of perjury.

> 'Pursuant to the Commission's Order Requesting Additional Written Submissions ("the Order"), the Division of Enforcement ("Division") has attached the Declaration of Carlisle E. Perkins dated May 20, 2020, **setting forth the substantive facts before the Commission at the time it issued an order** suspending trading in the securities of Decision Diagnostics Corp. on April 23, 2020.

III.   <u>Administrative Proceeding File No. 3-19788, Information Before the Commission at the time of the Trading Suspension, dated May 20, 2020</u>

We will now identify numerous key inconsistencies, observed bias and in our opinion, obviously dubious claims made in the above-mentioned document certified to by Carlisle Perkins, Senior Counsel, SEC Division of Enforcement.

Additional inconsistencies can be found in the addendum to this document.

All items are identified by their section number as they appear in Mr. Perkins declaration.

Decision Diagnostics Corp. Shareholder Letter dated 6/2/2020

DOJ-BERMAN-R_0000236086

June 2, 2020

Item 22

Mr. Perkins writes 'In a press release dated April 7, 2020, DECN announced that it received a "Pre EUA-Acknowledgment and device serial number," touting this as a huge development akin to FDA approval of the test kits.  The release included the following statement from Berman:

 'We submitted the application late in the afternoon EDT, and incredibly we received our Pre-EUA Acknowledgement the morning of April 4, 2020, less than 24 hours later, and on the weekend. We were so stunned by the rapid acknowledgment that we waited almost two days to inquire whether the acknowledgment was what we have come to know as the 'Pre-EUA.' We were assured that this letter from the FDA and the device serial number assigned are exactly what we had been hoping for'.

The press release further claimed that 'it was clear that the FDA review staff was aware that our methodology was different than those slower and older methods that had received FDA EUAs or were in review.'

Firstly, the statement, ...'touting this as a huge development akin to FDA approval of the test kits' we believe is not only false, but disingenuous.  Mr. Perkins, 1) is erroneously and with bias, accusing Mr. Berman of inferring that 'Pre EUA-Acknowledgement' and 'FDA approval' are synonymous, and 2) shows Mr. Perkins complete lack of understanding with regards to FDA processes.  The company is not and has not applied for FDA' approval.  They, like numerous other companies engaged in the life and death struggle against COVID-19, have applied for an EUA, which is an emergency waiver to sell their test kits in lieu of FDA clearance, using an FDA EUA Authorization, when granted.

Item 24

Mr. Perkins writes, 'The press releases were also published on the company's website, which included a banner advertising COVID-19 kits on the home page. In the "About Us" section of DECN's website, it states:

'Through our subsidiary, PharmaTech Solutions, Inc., we provide blood glucose home testing test strips and exciting new concepts for blood testing monitors! All of our products are FDA cleared and have entered the market as an economical alternative for patients and healthcare providers.

The COVID-19 test kit is elsewhere listed as one of the subsidiary's products. While the banner for its COVID-19 test kits state that the product is still in development, the statements on the website give the misleading impression that the COVID-19 kit is ready or near-ready for purchase.'

The last paragraph (directly above) we believe shows the continued bias of Mr. Perkins.  No rational person would or could jump to the conclusion that a product 'still in development 'is ready or near-ready for use'.  Many other products on the PharmaTech Solutions, Inc. webpage are also 'in development', however the only one that Mr. Perkins has identified is GenViro!.

Decision Diagnostics Corp. Shareholder Letter dated 6/2/2020

Page 7

DOJ-BERMAN-R_0000236087

June 2, 2020

Additionally, it would be interesting to know if and on what date Mr. Perkins or any SEC investigator actually visited the PharmaTech Solutions, Inc webpage to verify the information above. This is conspicuous in its absence from the certification but should be easy enough to find, providing the PharmaTech Solutions, Inc site tracks IP addresses. If Mr. Perkins or any SEC investigator did not verify this information prior to the April 23 suspension order, he would have made a false statement under penalty of perjury.

How and when the information identified from the PharmaTech Solutions, Inc. website in Item 24 was obtained is of obvious significance. We would urge you to make this determination by contacting counsel for Decision Diagnostics to determine if IP addresses were tracked. Almost all companies do this tracking. If the 'verification' of this information (it's erroneous at best) was completed after the April 23 suspension letter, Mr. Perkins certification would be demonstrably false:

Item 28

Mr. Perkins writes, 'DECN's share price and volume spiked again following its April 7 press release announcing the receipt of its "Pre EUA-Acknowledgement and device serial number" raising concerns that the market misunderstood the news to believe it to mean that a device had been approved by the FDA'

He then cherry-picks a list of statements, without context, to support his conclusion.

Significantly, the SEC fails to identify any of the other challenged press releases which had an impact on the market.

Mr. Perkins's tactics here appear to be similar to those outlined in Item 24 above (and elsewhere), where the assumption is made that shareholders cannot read plain English in order to understand that GenViro! has not been granted an EUA waiver but has merely applied for one.

It is our belief that several, if not most, of Mr. Perkins's statements can be directly linked to various unsavoury message board posters from the website www.investorshub.com (IHUB). Certain posters there have boasted about communicating with the SEC (among other agencies) in an apparent attempt to destroy the company and Mr. Berman. These posters (some of whom will be identified by screenname in the next section of this document) appear to have an unknown vendetta against the company, and specifically Mr. Berman himself.

Decision Diagnostics Corp. Shareholder Letter dated 6/2/2020

Page 8

DOJ-BERMAN-R_0000236088

June 2, 2020

In our opinion, it appears one of two things has happened or continues to happen with respect to the May 20 submission, and both cannot be true.

1.  Mr. Perkins and his investigators have been taking information from select IHUB posters at face value, and have not done their own investigations prior to using them in SEC documentation, or,

2.  Mr. Perkins and his investigators came to the conclusions on their own, which in our opinion demonstrates a callous disregard of the facts.

The fact that there may be, and presumably are unscrupulous individuals attempting to profit from the misery caused from the Coronavirus does not mean that anyone who is working on a workable solution should be cast in the same light.

In conclusion to this section, we believe that it is quite apparent that information used by Mr. Perkins originated with rogue message board posters and is being accepted and in fact relied on without adequate vetting by Mr. Perkins or his staff.

We are very aware that the current environment may have played a role in Decision Diagnostics Corp. being swept up in the group of 30+ apparently unscrupulous and fraudulent companies touting their COVID-19 products.  However, that does not in any way condone Mr. Perkins and all other SEC staff from responsibility for, in our opinion, this incomplete and bias investigation.  The suspension that resulted from this slipshod investigation dealt a crushing blow to both the company and honest shareholders, not to mention any business entity looking to do business with Decision Diagnostics Corp. in the future, including those who may have been expected to partner with GenViro!

Shareholders are and should be adamant that the SEC revisit this topic with a clear, unbiased direction.

We remain terribly troubled by the words and actions of Mr. Carlisle Perkins, Senior Counsel, Securities & Exchange Commission, Division of Enforcement.  As discussed in sections II and III in this document, it appears to us and to those who have advised us, that Mr. Perkins may have carried on a biased investigation of Decision Diagnostics Corp. replete with ex-parte discussions with person(s) who may be cyber criminals.

These individuals may have removed documents from a hidden directory on the company's server and forwarded these documents to Mr. Perkins and perhaps others at the SEC for use in the investigation. This is exactly what the rogue message board posters have done for many, many years.

Decision Diagnostics Corp. Shareholder Letter dated 6/2/2020

Page 9

DOJ-BERMAN-R_0000236089

June 2, 2020

This is unfair to the company and its shareholders.  We are even more troubled by the May 20, 2020 document that Mr. Perkins completed under penalty of perjury, a document now in the public domain. The May 20 filing had a stated official SEC purpose but in our opinion appears to have instead been used to pile on and to demean the Mr. Berman, and to add allegations to the SEC April 23 ruling.

It is our opinion that at least some of these allegations could not have been known to Mr. Perkins as of April 23.  Thus, we ask the SEC to appoint an investigator to look into Mr. Perkins' words and actions associated with the May 20 filing.  If it is found that Mr. Perkins abused his authority or any of the other issues we bring to your attention herein, then we will follow up with the SEC at a later date.  In summary, we feel this entire "investigation" is very troubling and demands a thorough review.

As shareholders we are fully aware of the assertions contained in this letter.  We are also fully aware the powers of the SEC to unilaterally impose such restrictions upon public companies, and the potential consequences of those restrictions.

We do not join this fight lightly.  We are very aware what is stake, both for each of us personally, but more importantly for humanity as a whole.  Lumping Decision Diagnostics Corp., Mr. Berman, and their revolutionary test kit GenViro! into the same bucket as fraudulent COVID-19 companies is not only wrong but could have deadly consequences.

Imagine a scenario where this kit is proven to be effective against the most widespread pandemic since the 1918 Spanish Flu.  And the product cannot be made available due to the crushing blow your office has laid upon the very company who was up to the task.

The SEC is supposed to protect investors.  Based on the information we have provided in this letter, we feel the opposite has occurred and is occurring in the case of Decision Diagnostics Corp.  And because they are developing a novel product which may just be able to rescue the planet, the attention given to this issue will be, regardless of the outcome, very public and very lasting.  The burden of proof associated with wrongdoing in the marketplace lies with the SEC.  Thus far is appears, and we do believe will appear to the general public, that Mr. Perkins, with the support of the SEC, assumed the company and Mr. Berman to be guilty and demanded they 'prove' their innocence, while at the same time viewing the company through a biased lens.

Decision Diagnostics Corp. Shareholder Letter dated 6/2/2020

DOJ-BERMAN-R_0000236090

June 2, 2020

This is not how the American justice system is supposed to work.

For that reason, we request your full and immediate attention to these matters and we will be willing to assist you in any way if future investigations are required.

We thank you for your time reading this letter and look forward to your response as promptly as possible in view of the health crisis we are all facing.

Sincerely,

Matt Chad

Shareholders in support of this document:

| | | |
|---|---|---|
| Fahim Arianus | Benjamin Hesser | Vicki Patterson |
| Barbara Asbell | Karen Hudson | Amy Phillips |
| David Barron | Ian Kennedy | George Presto |
| Kenneth Bass | Dan Kubon | Derek Punch |
| Maylin Bates | Melvin Kupka | Vincent Gwin |
| Jeff Betourne | Jason Lechtenberg | Amber Rogers |
| Susan Betourne | Todd Lipton | Jason Skrzypk |
| Joseph Borrelli | Martin Lipton | Dennis Smith |
| David Britton | Randal Lipton | Darrick Smith |
| Shawn Ceci | Tom Maicon | Troy Stanley |
| Matt Chad | Thomas Maldonado | Matthew Steinmann |
| David Colodner | Logan Meltabarger | Harris Tran |
| Brian Doorenbos | Curt Merlina | Dustin Ward |
| Chrarles Follis | Gary Miller | Blair Ward |
| Justin Fujarski | Roy Monk | Phillip Warren-Green |
| Bob Gerhard | Jerry Morgan | Kelly Warren-Green |
| Rocco Grosso | Rob Mosher | Keith Williams |
| Raymond Gwin | Bruce B. Myers | Travis Woodley |
| | | Doug Worth |
| | | Sebastian Wozniak |

Decision Diagnostics Corp. Shareholder Letter dated 6/2/2020

DOJ-BERMAN-R_0000236091

June 2, 2020

Addendum to Decision Diagnostics Corp. Shareholder Letter, dated 6/2/2020

<u>Administrative Proceeding File No. 3-19788, Information Before the Commission at the time of the Trading Suspension, dated May 20, 2020</u>

<u>Item 6</u>

Mr. Perkins writes, 'Berman was the CEO of a company called Access HealthNet until 1995 when he was fired amid reports of unexpected losses and an infusion of cash from directors and others.

Berman, who was described in the complaint as "cavalier about everything," was a named defendant in a class action securities fraud case brought on behalf of investors, which appears to have settled in 1999. Allegations in the complaint included misleading information in the company's financial statements as well as false press releases which Berman had overseen. (See Kalmus, et al. v. Wertz et al. No. SACV-96-1250-GLT).'

We believe this categorization of Mr. Berman is not only outrageously out of context, it has no relationship to his current role as CEO of Decision Diagnostics Corp.  Furthermore, it is highly prejudiced in nature, has no probative value as its only reference is to an <u>allegation in a complaint</u> and appears to exist only to trash the reputation of Mr. Berman.

We would request that Mr. Perkins disclose the origin of this information, that is nearly a quarter of a century old; e.g. directly from message board posters or through his own investigation.  Also, the purpose of including this allegation, **as it is not identified in the April 23 letter.**

If this information was obtained <u>after </u>the suspension date of April 23, Mr. Perkins would have made a false statement under penalty of perjury.

This twenty-five (25) year old allegation was not identified in the suspension letter and it is our opinion it was included in the May 20th certification only in an attempt to embarrass Mr. Berman.  It was not utilized to obtain the suspension as it is not identified in that document. It appears to us that Mr. Perkins took it upon himself, or acquired information from other sources, to include this information for the sole purpose of publicly shaming Mr. Berman.

Addendum to Decision Diagnostics Corp. Shareholder Letter

DOJ-BERMAN-R_0000236092

June 2, 2020

Item 11

Concluding sentence of the paragraph, Mr. Perkins writes:

'…. The company's annual report for 2019, as well as prior quarterly reports, includes a going concern statement questioning whether it could continue as a financially solvent company.'

As you and investors well know, this is common language included pursuant to the requirements of the Statement of Auditing Standards regarding most if not all developmental companies, among others.  Mr. Perkins, again, attempts to devalue Decision Diagnostics Corp. as well as Mr. Berman with this statement, which we believe shows bias, since as the Commission acknowledges, a going concern qualification was contained in 'prior quarterly reports.  Therefore,  we feel its inclusion in the 2019 annual report could not justify or even be pertinent to the trading suspension.

Item 15

Mr. Perkins writes, 'The following week, on March 11, 2020, DECN issued a press release stating that it expected to sell 420 million COVID-19 test kits in the first year of production, beginning September 2020.  The press release included this apparently baseless forecast chart:

| Number of Months | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year 1 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | |
| New Facility Customers | 0 | 0 | 0 | 0 | 0 | 1000 | 2000 | 3000 | 4000 | 5000 | 6000 | 7000 | |
| Returned Facilities | 0 | 0 | 0 | 0 | 1000 | 1000 | 2000 | 2000 | 2000 | 2000 | 2000 | | |
| Total Facility Customers | 0 | 0 | 0 | 0 | 1000 | 2000 | 4000 | 7000 | 11000 | 16000 | 22000 | 29000 | |
| Kits Consumed | 0 | 0 | 0 | 0 | 15,000,000 | 30,000,000 | 45,000,000 | 60,000,000 | 75,000,000 | 90,000,000 | 105,000,000 | 420,000,000 | |

Forecasts/projections are <u>estimates of future sales</u>, which are, by nature, 'estimated'.  The verbiage 'apparently baseless' we believe is unjustified and shows bias toward the company.  By their very nature, estimates or forecasts are not 100% accurate.  We do not believe Mr. Perkins had any logical basis to identify these forecasts/projections as he did.

Item 16

Mr. Perkins writes 'Berman asserted, without providing supporting evidence, that DECN's COVID19 test kits should "allow 80% of the suspected carriers of Coronavirus to exit the quarantine system in places where Coronavirus is rampant.'  The press release included a picture of DECN's purported COVID-19 test kit.  The pictured kit for the purported COVID-19 test looks identical to the company's diabetes glucose test kit – marketed "4Pets" listed on its website.

Addendum to Decision Diagnostics Corp. Shareholder Letter

DOJ-BERMAN-R_0000236093

June 2, 2020

Addressing the first statement, it is unclear how this was interpreted by Mr. Perkins.  However, people who were suspected of having COVID-19 simply because of fever or other potential symptoms, were being placed in quarantine until their PCR test results came back from the specialty labs.  This at times involved days or weeks waiting for a test result.  At that time, an estimated 80% of people with symptoms were testing negative for COVID-19.   The PR and statement by Mr. Berman, simply suggests that a 15 second test kit applied to people with potential symptoms for COVID-19 would provide the same negative result for 80% of the people and thus immediately free them from quarantine or having to go into quarantine, rather than force them to encounter a lengthy delay before receiving laboratory results.

It is our opinion that this statement relies on previously establish test results and cannot be deemed in any way to be misleading.

With respect to the second claim, we are of the opinion that Mr. Perkins inexplicitly finds a negative due to the fact that all the company's meters look the same.  Minimal research would have uncovered the fact that all the company's meters look the same because they utilize the same impedance technology.

In fact, in various PRs and Supplemental Disclosure filings, Mr. Berman expressly stated that the Genviro! test strips would have to work with the existing currently, utilized meter formulated for the product development to go forward.  This is something that the SEC should surely have known since the company indicated this in its second PR regarding COVID-19 testing development on March 4, 2020 (emphasis added):

> '…The company will have available samples of the blood of those previously infected available for testing as the company **quickly converts its GenUltimate! TBG methods and Precise meter, into a precise infectious disease testing device** for the screening for Coronavirus.'

A week later, the next PR referred to the same (emphasis added):

> 'Keith Berman, CEO of DECN commented, **"Because we perfected the Impedance technology in 2019 for our GenUltimate! TBG glucose test strip and meter, we have shaved months off of the development time for the GenViro! device.** Our GenViro! impedance powered diagnostic will be field tested at ground-zero in Daegu, Korea, the location of our factory and the hospital-based testing site,… "'

Addendum to Decision Diagnostics Corp. Shareholder Letter

Page 3

DOJ-BERMAN-R_0000236094

June 2, 2020

DECN's March 25 PR, explicitly states in the 2nd paragraph that they will use one of their existing meters for the COVID-19 test strips (emphasis added):

'…Today, DECN announces that the company, through its advanced development team in Korea, has arrived at a second Covid-19 test methodology, a modified Serology method, that at the completion of documentation, be put through the FDA Emergency Waiver (EUA) process. This second kit will begin assembly for internal testing on April 1, with availability in late summer 2020. **The method will again use a Biosensor (test strip-like device) and the company's Precise meter.**'

The company's 3/30/2020 filing of Supplemental Information for the period ending 12/31/2019, on page 16, as part of its extensive overview of how it decided to pursue COVID-19 testing, states the following (emphasis added):

The company then set to work, along with Matthew Musho, PhD ("Musho"), to evaluate the designs, keeping in mind the desired specifications of the DECN CEO and product Program Director, which included availability of components without wait time, time to market (assuming FDA EUA), whether the chosen method was applicable to use in point of care and at-home environments, time of assay from commencement of test and until result, size of the blood sample, and finally cost to produce. Given the company's experience in working with biosensors and with electrode technology, the design review process took less time than originally expected. The entire process took 13 days. The last of these days used to determine which of the two Musho specifications was to be chosen. **The design provided by The Bio was discarded because it could not be read on the existing company meter technology, and therefore would require additional development.** At the end of this process, the company chose to produce the product shown in the illustrations, the second of the two Musho alternative versions, but shortly thereafter to begin work on the other Musho specification, to be used as a confirmation tool. Product Design 1 (chosen) The design above is in many regards similar to the direct antibody antigen approaches favored by some of the competitive companies in the Covid-19 testing field. But the major difference (magic) is that the approach used by the company in its GenViro! product allows for swift (15 seconds or less) results using a minimum of blood from a finger prick. As of this writing, work has commenced on the product specification above with components such as the platinum electrodes, platinum carbon paste, industrial films (several types) to make the biosensor, **and perhaps a new impedance chip for the meter.** The company is operating on an 8-week development schedule and is some 10 days into this schedule. The current development cycle is considered advanced development. For FDA EUA filing and the granting of a Pre-EUA by the FDA, the company is preparing its final working concept filing, to be completed within days of this writing.

A review of the company's website at http://www.decisiondiagnostics.co/products.html reveals that the Precise meter for GenUltimate! for people and the meter for GenUltimate! 4Pets is either the same meter or looks the same.  This is in no way is deceptive, contains no false statements and is easily verifiable from the company's public records, filings and PRs. See image below.

Addendum to Decision Diagnostics Corp. Shareholder Letter

Page 4

DOJ-BERMAN-R_0000236095

June 2, 2020



*Not for Sale in the USA or Puerto Rico

GenUltimate! TBG High Precision Test Strips & Meter

Available Soon



PetSure! Test Strips for Canines and Felines

Buy Now



GenUltimate! 4Pets Test Strips & Meter for Canines
and Felines

Addendum to Decision Diagnostics Corp. Shareholder Letter

Page 5

DOJ-BERMAN-R_0000236096

June 2, 2020



*Not yet available for sale in U.S.A. or Puerto Rico

The above information was easily accessible, and subsequently verifiable.  Because certainly these 'issues' are referred to in the May 20 filing, it is our opinion that Mr. Perkins believes these to be false and or misleading.

<u>Item 20</u>

Mr. Perkins writes, 'At the time of the March 3, 2020, press release – when DECN claimed that its "product" would be "commercial [sic] ready in the summer of 2020" – DECN had not applied for authorization from the FDA to sell or distribute its COVID-19 test kit.  In addition, as of April 13, 2020, Berman, who alone drafted the press releases on behalf of DECN, stated or suggested in interviews with staff that he:

•      knew that the company had no COVID-19 test kits;

•      had not seen any of DECN's prototype COVID-19 test kits;

•      had no idea how many test kits DECN could produce;

Addendum to Decision Diagnostics Corp. Shareholder Letter

Page 6

DOJ-BERMAN-R_0000236097

June 2, 2020

- knew that the COVID-19 test kits would require component parts that were different from DECN's current diabetes products, which the company did not yet have and would need before any sales could be made;

- was looking for sources that could provide the component parts but had no idea how much the component parts would cost and the time it would take for the company to obtain the parts in the midst of the pandemic; and

- knew that no COVID-19 test kits could be sold without FDA approval, which the company did not have.

Taking each bullet point individually, and assuming for the purposes of this letter the accuracy of Mr. Perkins' assertions taken from the interviews Mr. Berman voluntarily agreed to reveals the following:

Knew that the company had no COVID-19 test kits.

Because the product was clearly still under development, as stated in numerous company PR's, also required FDA approval, why would Mr. Perkins (or anyone) believe that the company would be in possession of said test kits?  This is standard practice for all product development, in any sector.  The word 'development' should have resolved this.

Had not seen any of DECN's prototype COVID-19 test kits

As the opening sentences of this section reads, '…Berman, who alone drafted the press releases on behalf of DECN, stated or suggested in interviews with staff…'.  We believe confirms that much of what is contained here, was, to be polite, embellished by Mr. Perkins based on what he chose to hear.

To us, it would seem unbelievable that Mr. Berman, who oversaw the design of the prototype test kit, and included images of the pre-prototype kits in company press releases, who state to SEC investigators that he had never seen these test kits.

Had no idea how many test kits DECN could produce

Not privy to the EUA application process, how was this known at the time by Mr. Perkins? Did he complete a thorough review of said application to verify the absence of this information?

It would be interesting to learn if Mr. Perkins interviewed Mr. Berman to come to this conclusion, or simply assumed this to be the case.  If the latter is true, it fits Mr. Perkins investigational pattern.

Knew that the COVID-19 test kits would require component parts that were different from DECN's current diabetes products, which the company did not yet have and would need before any sales could be made

It is unclear why Mr. Perkins or SEC investigators would believe this claimed statement to be false and/or misleading for a product which was in the developmental state.  This could be concluded from the press releases discussion the modification of the GenUltimate! meter.

Addendum to Decision Diagnostics Corp. Shareholder Letter

Page 7

DOJ-BERMAN-R_0000236098

June 2, 2020

<u>Was looking for sources that could provide the component parts but had no idea how much the component parts would cost and the time it would take for the company to obtain the parts in the midst of the pandemic</u>

Even if this information came directly from Mr. Berman it would be expected for a developmental stage product. We would question whether Mr. Perkins or the SEC investigators verify this information was accurate, and if so, why would it be considered false and/or misleading with respect to a developmental stage product?

<u>Knew that no COVID-19 test kits could be sold without FDA approval, which the company did not have</u>

It appears Mr. Perkins and the SEC investigators include this as if it is 1) a revelation to shareholders, and 2) Mr. Berman has not been upfront about this fact, and/or has claimed the opposite.

The company has not applied for FDA approval. Instead it has applied for EUA, which is a waiver to sell their test kits, on an exigent basis, in lieu of FDA Approval (Approval is the incorrect term as well, as the company's products are identified as medical devices, which are 'cleared' for FDA use').

<u>Item 25</u>

Mr. Perkins writes, 'As of April 23, 2020, Division staff were unable to identify any FDA-approved medical devices relating to COVID-19 in the FDA's publicly available databases under the name of DECN, Berman, or its subsidiaries.

We feel there is no point to this statement. Mr. Berman at no time has claimed that GenViro! is available for commercial sale, in fact a disclaimer makes it clear that the product is currently not available for sale in the United States or Puerto Rico.

The lack of understanding is surprising, coming from an investigational staff tasked with weeding out fraud in the COVID-19 space.

Addendum to Decision Diagnostics Corp. Shareholder Letter

DOJ-BERMAN-R_0000236099

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC
## RECORDS PURSUANT TO FEDERAL RULES OF
## EVIDENCE 902(11) AND 902(13)

I, _____Jenessa Smith_____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by __Endurance International Group, Inc.____ ("PROVIDER"), and my title is ____Web Advisor Two_____.

I am a custodian of records for PROVIDER, and I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of PROVIDER. The attached records consist of:

__subscriber information, email content, and IP address logs._____

I further state that:

a.      all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of PROVIDER, and they were made by PROVIDER as a regular practice; and

b.      such records were generated by PROVIDER's electronic process or system that produces an accurate result, to wit:

    1.      the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of PROVIDER in a manner to ensure that they are true duplicates of the original records; and

    2.      the process or system is regularly verified by PROVIDER, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

Jenessa C. Smith

Digitally signed by Jenessa C. Smith
Date: 2020.08.18 15:18:21 -07'00'

__August 18th, 2020_____
Date

_____
Signature

DOJ-BERMAN-R_0000345819