# EXHIBIT E

The Wayback Machine - https://web.archive.org/web/20200720080028/https://www.otcmarkets.com/stock/DECN/overview

OTC Markets

AboutBlogOTCIQ    IQ

Market Activity
Corporate Services
OTC Link ATS
Market Data
Learn
About
Blog

Quote

Stock Screener

| OTC MARKETS TOTALS | SECURITIES 11,200 | DOLL $1.7 |

Market Activity / Stock / DECN / Overview

# DECN
### Decision Diagnostics Corp.
Common Stock

Overview  Quote  Company Profile  Security Details  News  Financials  Disclosure  Research

**Warning!** Unsolicited Quotes Only
Investors should be aware that no firm is making a market in this stock on OTC Link. All prices reflect unsolicited customer orders and investors may have a difficult time selling this stock. Click here for more info on Unsolicited Quotes.

**Warning!** This security is traded on the Expert Market
The Expert Market is a private market to serve broker-dealer pricing and best execution needs in securities that are restricted from public quoting or trading. Restrictions can be based on issuer requirements, security attributes, investor accreditation and/or suitability risks.

OTC Markets Group Inc. ("OTC Markets") has discontinued the display of quotes on www.otcmarkets.com for this security because it has been labeled Caveat Emptor (Buyer Beware). OTC Markets Group designates certain securities as "Caveat Emptor" and places a skull and crossbones icon next to the stock symbol to inform investors that there may be reason to exercise additional caution and perform thorough due diligence before making an investment decision in that security.

The Caveat Emptor Designation may be assigned when OTC Markets becomes aware of one or more of the following:

- **Promotion** — The security is the subject of stock promotion that may be misleading or manipulative. Promotional activities may include news releases, spam email, and newsletters, whether they are

Caveat Emptor
Expert Market
Verified Profile 08/2020
Transfer Agent Verified



DAILY ADVANCERS

| QX | DVCR | 8.33 % |
| QX | CPTRF | 7.61 % |
| QX | TCLRY | 7.03 % |
| QX | BDCO | 3.60 % |
| QX | MTENY | 3.34 % |

### Subscribe to Our Newsletter
Stay up to date on the latest company news, industry trends and regulatory changes that affect our markets and learn about members of our community.

Enter your email    SIGN UP

published by the issuer or a third party. See OTC Markets Group's Policy on Stock Promotion.

- **Investigation of Fraud or Other Criminal Activities** — There is an investigation or other indication of fraudulent or other criminal activity involving the company, its securities or insiders.
- **Suspension/Halt** — A regulatory authority or an exchange has halted or suspended trading for public interest concerns (i.e. not a news or earnings halt).
- **Undisclosed Corporate Actions** — The security or company is the subject of a corporate action, such as a reverse merger, stock split, or name change, without adequate current information being publicly available.
- **Other Public Interest Concern** — OTC Markets Group may determine that there is a public interest concern regarding the security. Such concerns may include but are not limited to promotion campaigns (including third-party), unusual or unexplained trading activity, spam or disruptive corporate actions even when adequate current information is available.

OTC Markets will resume the display of this security's quotes once adequate current information is made available by the issuer pursuant to the Alternative Reporting Standard or by the SEC Reporting Standard, and until OTC Markets believes there is no longer a public interest concern. Investors are encouraged to use caution and due diligence in their investment decisions. Please read our Investor Protection page and OTC Markets Policy Regarding Caveat Emptor  for more information.

| QUOTE | SYMBOL | LAST | CHANGE | BID | ASK | VOLUME | TIME |
|---|---|---|---|---|---|---|---|
| | OTCM | 29.60 | -0.06 (-0.20%) | 29.16 | 30.00 | 5534 | 15:08 |

Contact
Careers
Market Hours
Glossary

© 2020 OTC Markets Group Inc.   Terms of Service   Linking Terms   Trademarks   Privacy Statement   Risk Warning   Supported Browsers