UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 1:20-cr-00278-TNM |
| KEITH BERMAN | |
| Defendant. | |

UNITED STATES' EVIDENTIARY SUBMISSION
GX 25

In order to confirm with the size requirements of the Court's filing system, the United States encloses a full copy of GX 25 (in six parts), referenced in its evidentiary submission for the upcoming hearing. ECF No. 177.

Dated: March 14, 2024    Respectfully submitted,

GLENN S. LEON
CHIEF, FRAUD SECTION
Criminal Division, U.S. Department of Justice

<u>/s/ Christopher Fenton</u>
CHRISTOPHER FENTON
KATE T. MCCARTHY
MATTHEW REILLY
Trial Attorneys

Fraud Section, Criminal Division
United States Department of Justice
1400 New York Avenue, NW
Washington, D.C. 20005
Telephone: (202) 320-0539
Fax: (202) 514-0152
Christopher.Fenton@usdoj.gov

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on March 14, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

                                                /s/ *Kate T. McCarthy*
                                                Kate T. McCarthy
                                                Trial Attorney