Response Document
Produced By:      InvestorsHub.com, Inc.
For:              US District Court, District of Columbia
In the matter of: Case No. 20-sc-3285
                  Search Warrant dated December 17, 2020
Date Produced:    12/27/2020 10:33:39 AM

---

Content:       Message Board Posts for User: (563718) plutoniumimplosion to Board: Decision Diagnostics Corp.
Start Date:    03/01/2020
End Date:      12/27/2020

Note: You must register and login to an InvestorsHub account in order to view the content found at the Author and Recipient links

---

Rpt Seq: 1 Board Seq: 58191    Date: 3/11/2020 7:59:27 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154289238
By: plutoniumimplosion           Status: Public
To: BostonSportsNut              In Reply To: 154289183       Board: Decision Diagnostics Corp.

**If it DOES work and is ready to go, ill load the truck, BUT if this is just opportunistic salesmanship to generate a quick buck, hope someone is checking on the veracity of this kit.**

Whether you load the truck or not is your decision. But since you asked the question, although it was really a statement with a question mark at the end, but since you asked, please call the company and find out the answer and then come back and tell us all. Thanks.

---

Rpt Seq: 2 Board Seq: 58218    Date: 3/12/2020 1:31:44 AM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154292660
By: plutoniumimplosion           Status: Public
To: cash4                        In Reply To: 154292631       Board: Decision Diagnostics Corp.

In your dreams. The future.

http://www.pharmatechsolutions.co/genviro.html

---

Rpt Seq: 3 Board Seq: 58272    Date: 3/12/2020 9:41:30 AM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154296523
By: plutoniumimplosion           Status: Public
To: loanranger                   In Reply To: 154295177       Board: Decision Diagnostics Corp.

**Anybody really believe that?**

I do. And my company has looked at this situation/opportunity and we believe that the first year worldwide demand for a screening product will be close to 3 billion kits. Eventually large pharma and copy cats will get into the market, or perhaps there are companies a little ahead of DECN. But by and large DECN is, by hook, crook or luck, is in the forefront no matter how loud the naysayers are.

But then again the 5-6 message board posters may be right and Mr. Berman will find himself in jail or prison.

---

Rpt Seq: 4 Board Seq: 58575    Date: 3/12/2020 5:53:59 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154310313
By: plutoniumimplosion           Status: Hidden
To: pescelepesce                 In Reply To: 154310116       Board: Decision Diagnostics Corp.

**Got to love this amoral scallywag. If I had status in the flim flam community, much like Papa Doc Duvalier was dictator for life of Haiti, I would nominate Berman as KING FOR LIFE of the Grifters Ball.**

Got any proof? Lots of sour grapes from former shareholders who sold and missed the run-up. But I get it. Some former shareholders believe that like a rooster who has never seen the sun sneak by, some DECN posters cannot believe they missed the good fortune, and thus is has to be some sort of big fraud. And who is the perpetrator ... well guess who....

All IMO.

---

Rpt Seq: 5 Board Seq: 58644    Date: 3/12/2020 9:10:30 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154312816
By: plutoniumimplosion           Status: Hidden
To: Johnny_C                     In Reply To: 154308739       Board: Decision Diagnostics Corp.

**That's all he has, hype.**

You have said many times in the past that he has hope. Does DECN now have less or more hope.

---

Rpt Seq: 6 Board Seq: 58647    Date: 3/12/2020 9:14:11 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154312865
By: plutoniumimplosion           Status: Public
To: Mr clean15                   In Reply To: 154312853       Board: Decision Diagnostics Corp.

I have owned shares in DECN since 2002. You?

---

Rpt Seq: 7 Board Seq: 59015    Date: 3/13/2020 6:44:34 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154333378
By: plutoniumimplosion           Status: Public
To: kingmack                     In Reply To: 154333272       Board: Decision Diagnostics Corp.

DECN just posted their presentation to the Trump Administration, made this past Tuesday. Big things going on.

GOVERNMENT
EXHIBIT
25
1:20-cr-00278-TNM

DOJ-BERMAN-R_0000308782

http://www.pharmatechsolutions.co/assets/inserts/20200313_GenViro!_PP.pdf

---

Rpt Seq: 8 Board Seq: 59030     Date: 3/13/2020 7:58:03 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154334124
By: plutoniumimplosion            Status: Public
To: Mr clean15                    In Reply To: 154334085      Board: Decision Diagnostics Corp.

http://pharmatechsolutions.co/genviro.html

---

Rpt Seq: 9 Board Seq: 59038     Date: 3/13/2020 10:46:21 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154335383
By: plutoniumimplosion           Status: Public
To: loanranger                   In Reply To: 154335314       Board: Decision Diagnostics Corp.

**How come there's only one Director listed here?**

Sounds like a perfect time for you to renew acquaintences with the company and call them and ask.

---

Rpt Seq: 10 Board Seq: 59061     Date: 3/14/2020 9:07:56 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154337304
By: plutoniumimplosion           Status: Public
To: jerzybondon                  In Reply To: 154335966       Board: Decision Diagnostics Corp.

**I don't think he meant they actually presented it to the Adminstration. More like they prepared the presentation, posted it on the website and hopefully at some point it will have a chance to be presented to the Tramp Administration. Am I wrong?**

Yes you are wrong.

---

Rpt Seq: 11 Board Seq: 59063     Date: 3/14/2020 9:11:11 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154337330
By: plutoniumimplosion           Status: Public
To: Johnny_C                     In Reply To: 154337253       Board: Decision Diagnostics Corp.

**Morning Folks, is there any evidence that this scumbag CEO Bozo Berman has submitted anything to the FDA for testing. Does anyone really think this 30 yr loser who has made a fortune off the backs of shareholders he has wiped out is really going to sell 4 billion dollars of his BS devices?**

This morning Mr. Berman will wake up as CEO of DECN and we all should be grateful that Mr. Berman is CEO and TAUG's paid consultant is not.

---

Rpt Seq: 12 Board Seq: 59065     Date: 3/14/2020 9:53:39 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154337602
By: plutoniumimplosion           Status: Public
To: Johnny_C                     In Reply To: 154337561       Board: Decision Diagnostics Corp.

**I am surprised that if it is him he would even want to associate with Bozo Berman!**

Really? Have you no shame? Before Gottleib was Trump's first FDA Commissioner, he was Berman's FDA hammer during the Obama Administration. But so what. TAUG's failed paid consultant is wrong again.

---

Rpt Seq: 13 Board Seq: 59068     Date: 3/14/2020 10:04:38 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154337669
By: plutoniumimplosion           Status: Public
To: jerzybondon                  In Reply To: 154337661       Board: Decision Diagnostics Corp.

**Ok. Please provide link to any info where it states that they did actually presented it to the Trump Administration.**

IMO it would be better if you did your own DD. Wait until Monday, call the company and ask yourself.

---

Rpt Seq: 14 Board Seq: 59078     Date: 3/14/2020 10:40:24 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154337954
By: plutoniumimplosion           Status: Public
To: Johnny_C                     In Reply To: 154337914       Board: Decision Diagnostics Corp.

LOLOL, TAUG's failed paid consultant yet again loses to the better man. You'd think he'd learn.

All IMO.

---

Rpt Seq: 15 Board Seq: 59082     Date: 3/14/2020 11:12:32 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154338241
By: plutoniumimplosion           Status: Public
To: mugsy4900                    In Reply To: 154338129       Board: Decision Diagnostics Corp.

**Down 38% yesterday,I love being right,don`t say you newbies were not warned about this SCAM!!I see BERMANS mouthpiece is back on the board.**

You sold your shares didn't you.

---

Rpt Seq: 16 Board Seq: 59085     Date: 3/14/2020 11:35:24 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154338458
By: plutoniumimplosion           Status: Public
To: Bakerco                      In Reply To: 154338283       Board: Decision Diagnostics Corp.

And again for those who missed this, here you go.

http://www.pharmatechsolutions.co/assets/inserts/20200313_GenViro!_PP.pdf

DOJ-BERMAN-R_0000308783

Rpt Seq: 17 Board Seq: 59106    Date: 3/14/2020 1:18:52 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154339553
By: plutoniumimplosion    Status: Hidden
To: jerzybondon    In Reply To: 154339409    Board: Decision Diagnostics Corp.

**Drop it jerzy the act is aging.**

---

Rpt Seq: 18 Board Seq: 59121    Date: 3/14/2020 2:33:15 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154340242
By: plutoniumimplosion    Status: Public
To: jerzybondon    In Reply To: 154340079    Board: Decision Diagnostics Corp.

**How do we know Mr. Berman already filed an emergency application to the FDA for review?**

You're losing the audience.

---

Rpt Seq: 19 Board Seq: 59155    Date: 3/14/2020 6:44:16 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154342060
By: plutoniumimplosion    Status: Public
To: Natureboy1    In Reply To: 154341539    Board: Decision Diagnostics Corp.

**What better place to test than Korea where there are already quite a few cases.**

Their factory is in Daegu, Korea which is ground zero for Corona virus in Korea. Blood has been drawn at the Catholic Missionary Hospital from 1700 infected patients. Blood samples are refrigerated and stored even if the patient died. The testing can be done on about 140-150 of these already known infected patients and about 140-150 random patients at the hospital and DECN's product becomes the most tested product of all of the products trying to get FDA waivers.

They should also get an easy EU ISO waiver and begin testing in 12 EU countries and UK.

---

Rpt Seq: 20 Board Seq: 59157    Date: 3/14/2020 6:49:50 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154342089
By: plutoniumimplosion    Status: Public
To: Natureboy1    In Reply To: 154341649    Board: Decision Diagnostics Corp.

**https://www.cnn.com/2020/03/12/asia/coronavirus-south-korea-testing-intl-hnk/index.html**

**Electrophoresis.** Old technology. Been around since the 70s. It will give you a sort of, maybe, could be answer -- a day later and be about 75% accurate.

e·lec·tro·pho·re·sis
/??lektr?f?'resis/

1. the movement of charged particles in a fluid or gel under the influence of an electric field.

---

Rpt Seq: 21 Board Seq: 59163    Date: 3/14/2020 9:41:41 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154343353
By: plutoniumimplosion    Status: Public
To: mr pancake    In Reply To: 154343250    Board: Decision Diagnostics Corp.

**There will be More than One Type of (COVID 19) Test Kit Available.**

A guess?

---

Rpt Seq: 22 Board Seq: 59169    Date: 3/14/2020 10:43:26 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154343759
By: plutoniumimplosion    Status: Public
To: kingmack    In Reply To: 154343712    Board: Decision Diagnostics Corp.

**Come Monday at 8 AM Monster News is going to drop.**

I don't think so. Companies with stories to tell do not put out news on Monday because brokers and traders start late. I think any BIG news is more likely Tuesday, the absolute best day for news.

---

Rpt Seq: 23 Board Seq: 59180    Date: 3/15/2020 9:55:43 AM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154345766
By: plutoniumimplosion    Status: Public
To: VST7    In Reply To: 154345644    Board: Decision Diagnostics Corp.

**FDA is Fast-Tracking Products that Work right now.......**

Actually, FDA is trying to fast track products that "appear" to work, or employ methods that "should" work, as well as those that are proven to work, even in small settings. Rapid tests are a high priority. Results without the need for equipment only present in a hospital or commercial are a priority.

The much talked about Roche method requires a hospital or commercial lab, a trained and licensed medical technologist, a separation of the sample and the patient for some period of time, say 6-12 hours, and a medical instrument that costs approx. $40,000. If that is all that is available you use it. But there are better methods coming.

You own stock in one of those companies.

---

Rpt Seq: 24 Board Seq: 59188    Date: 3/15/2020 11:43:20 AM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154346631
By: plutoniumimplosion    Status: Public
To: Johnny_C    In Reply To: 154346600    Board: Decision Diagnostics Corp.

DOJ-BERMAN-R_0000308784

Nice scam, your tests will not be accurate

And TAUG's failed paid consultant knows that DECN will fail? How? From a vast experience in engineering, chemistry, electrical impedance?

---

Rpt Seq: 25 Board Seq: 59246   Date: 3/15/2020 6:27:18 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154350520
By: plutoniumimplosion   Status: Public
To: loanranger   In Reply To: 154350354   Board: Decision Diagnostics Corp.

**One of WHAT companies? A company with a product that "appears" to work, or employs a method that "should" work, or has a product or employs a method that is proven to work? Which of those applies to DECN? What evidence is there to show that the FDA is considering a DECN product?**

Time for you to do some DD. Call DECN, do some real research not the Internet gotcha stuff. That would be a change.

---

Rpt Seq: 26 Board Seq: 59264   Date: 3/15/2020 9:59:55 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154352719
By: plutoniumimplosion   Status: Public
To: kingmack   In Reply To: 154352674   Board: Decision Diagnostics Corp.

TAUG's failed consultant has been up to his libelous best for almost four years. Yet he has not ever spoken to, met, or corresponded with the DECN CEO -- his only target.

---

Rpt Seq: 27 Board Seq: 59309   Date: 3/16/2020 9:38:06 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154357118
By: plutoniumimplosion   Status: Hidden
To: Johnny_C   In Reply To: 154356761   Board: Decision Diagnostics Corp.

**No tears for me please, this is a tiny holding. Keep it up and pump this to .20**

TAUG's failed paid consultant's hatred for the DECN CEO is going to cost TAUG. It already has. Ask TAUG CEO Seth Shaw. It appears the paid consultant has done it again.

---

Rpt Seq: 28 Board Seq: 59310   Date: 3/16/2020 9:38:10 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154357121
By: plutoniumimplosion   Status: Hidden
To: Johnny_C   In Reply To: 154356761   Board: Decision Diagnostics Corp.

**No tears for me please, this is a tiny holding. Keep it up and pump this to .20**

TAUG's failed paid consultant's hatred for the DECN CEO is going to cost TAUG. It already has. Ask TAUG CEO Seth Shaw. It appears the paid consultant has done it again.

---

Rpt Seq: 29 Board Seq: 59512   Date: 3/16/2020 5:35:27 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154369574
By: plutoniumimplosion   Status: Public
To: Johnny_C   In Reply To: 154368096   Board: Decision Diagnostics Corp.

**I am busy buying winners. If this goes to .20 I will be off faster than a prom dress**

You have stated many times that you own no shares. Have you been trading DECN?

---

Rpt Seq: 30 Board Seq: 59513   Date: 3/16/2020 5:39:06 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154369632
By: plutoniumimplosion   Status: Public
To: Johnny_C   In Reply To: 154365934   Board: Decision Diagnostics Corp.

**If DECN CEO had not committed so much financial malfeasance in the past this could be well-capitalized and trading like the other companies looking to get meters approved.**

I have asked TAUG's failed paid consultant for four years. Show us the malfeasance. Otherwise this is just more of the same character assassination.

---

Rpt Seq: 31 Board Seq: 59537   Date: 3/16/2020 11:29:52 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154373548
By: plutoniumimplosion   Status: Public
To: lakes   In Reply To: 154373303   Board: Decision Diagnostics Corp.

**She said there WILL be a blood based test out in the next week or two. If it IS DECN, in conjunction with the revised FDA rules from today, this could get very interesting!**

But Berman is a crook , a thief and is incompetent. You know this. Forget about the wonderful technology and the great opportunity. It is, after all, only about share price. So, I wouldn't expect too much.

---

Rpt Seq: 32 Board Seq: 59880   Date: 3/17/2020 3:01:15 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154387388
By: plutoniumimplosion   Status: Public
To: Johnny_C   In Reply To: 154385924   Board: Decision Diagnostics Corp.

**In fact, you didn't know this was a dark reporting company, or that Bozo Berman financial malfeasance means that no auditor will touch this company.**

TAUG's failed paid consultant frequents this message board, a beaten man, losing time and again in matches in matches of his own choosing with the DECN CEO, a man has never met, talked with or corresponded with. Today is just another example.

---

DOJ-BERMAN-R_0000308785

Rpt Seq: 33 Board Seq: 60004    Date: 3/17/2020 9:47:13 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154394261
By: plutoniumimplosion              Status: Hidden
To: Johnny_C                         In Reply To: 154392764       Board: Decision Diagnostics Corp.

**Nope, my agenda is public and fact laden**

Now that is soooo rich. You are here to trash DECN and libel its CEO and you do so multiple times every day. You present no facts or evidence to support your allegations, many of them criminal allegations. Time to visit daddy.

Rpt Seq: 34 Board Seq: 60343    Date: 3/18/2020 2:01:22 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154409434
By: plutoniumimplosion              Status: Public
To: vinovista                        In Reply To: 154408429       Board: Decision Diagnostics Corp.

**16 days ago this was 0.02.**

And 16 days ago TAUG's failed paid consultant was calling the DECN CEO a liar, a crook, a self dealer and guilty of malfeasance. The stock was at $.02. On a good day DECN stock traded 250,000 shares. Today, DECN stock is about $.18 and looks like it will trade 50 million shares, and TAUG's failed paid consultant is calling the DECN CEO a liar, a crook, a self dealer and guilty of malfeasance. I guess people interested in DECN stock don't care what TAUG's failed paid consultant says or writes. I wonder what changed the mind of thousands of investors.

Rpt Seq: 35 Board Seq: 60469    Date: 3/18/2020 4:28:58 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154414517
By: plutoniumimplosion              Status: Public
To: Johnny_C                         In Reply To: 154410230       Board: Decision Diagnostics Corp.

**Sure, whatever you say**

I know this isn't directed to me, but is it not true that TAUG's failed paid consultant owns no shares and never has? Aren't/weren't the DECN shares owned by daddy? I have read that posted here many times.

Rpt Seq: 36 Board Seq: 60535    Date: 3/18/2020 7:35:27 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154418082
By: plutoniumimplosion              Status: Public
To: diarch                           In Reply To: 154415433       Board: Decision Diagnostics Corp.

**As of early Wednesday, about 6,500 people in the U.S. had tested positive, data compiled by Johns Hopkins University show, but the Centers for Disease Control and Prevention had reported only about 32,000 tests conducted at its facilities and other public health labs.**

Is Berman responsible for the low national testing rate?

Rpt Seq: 37 Board Seq: 61142    Date: 3/19/2020 8:01:25 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154445576
By: plutoniumimplosion              Status: Public
To: Johnny_C                         In Reply To: 154444086       Board: Decision Diagnostics Corp.

**Bozo Berman is not credible, in fact he is a scumbag penny manipulator and has been for years.**

And proof from TAUG's paid consultant? No hope for ever giving us any proof. Come April 16 I will have been asking for proof for 4 years. So two choices here to get proof, no hope and Bob Hope and as the consultant is a fan of saying, Bob Hope is dead.

Rpt Seq: 38 Board Seq: 61236    Date: 3/20/2020 9:21:14 AM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154452187
By: plutoniumimplosion              Status: Hidden
To: BostonSportsNut                  In Reply To: 154452075       Board: Decision Diagnostics Corp.

**Its tiresome and a bit maudlin to watch someone struggling with their mental health. I really hope he seeks the help he needs.**

Well put.

Unfortunately, TAUG's failed paid consultant will have been at this campaign against the DECN CEO for four years (on April 16).

Whatever Mr. Berman supposedly did to TAUG's failed paid consultant must have hurt the consultant to the core.

Rpt Seq: 39 Board Seq: 61374    Date: 3/20/2020 10:37:26 AM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154455236
By: plutoniumimplosion              Status: Public
To: kubis                            In Reply To: 154454498       Board: Decision Diagnostics Corp.

Most of the conornavirus test kit stocks are getting hammered again. But not Berman's stock

Rpt Seq: 40 Board Seq: 61644    Date: 3/20/2020 3:57:15 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154466742
By: plutoniumimplosion              Status: Public
To: zalicuslicious                   In Reply To: 154463273       Board: Decision Diagnostics Corp.

**He has never been able to execute!**

But... but.... but... but... didn't TAUG write the book on that?

Rpt Seq: 41 Board Seq: 61666    Date: 3/20/2020 4:33:51 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154467736
By: plutoniumimplosion              Status: Public

DOJ-BERMAN-R_0000308786

To: Johnny_C         In Reply To: 154466940      Board: Decision Diagnostics Corp.

**They are not painting anything down, MM's brought bid up to try to draw out sellers and book profits from the sales they made at higher prices to the sheep that bought Bozo Berman's press release.**

Hmmmmm... DECN another big trading day. And what a surprise, TAUG's failed paid consultant is an expert in diabetic test strips, penny stock trading, infectious disease devices, and the DECN CEO psychology. That, in my opinion, is a full bag.

---

Rpt Seq: 42 Board Seq: 61691    Date: 3/20/2020 5:40:51 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154468921
By: plutoniumimplosion             Status: Hidden
To: Tyreek Hill             In Reply To: 154468379      Board: Decision Diagnostics Corp.

**If they would just be quiet and enjoy the ride, they'd be able to sell at profit.**

Well see, that's the problem. They don't own shares.

---

Rpt Seq: 43 Board Seq: 61700    Date: 3/20/2020 5:56:35 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154469146
By: plutoniumimplosion             Status: Hidden
To: pastrychf05             In Reply To: 154468013      Board: Decision Diagnostics Corp.

Nice! Welcome back. I was on unsupervised iHub jail time myself.

---

Rpt Seq: 44 Board Seq: 61746    Date: 3/21/2020 8:41:18 AM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154473991
By: plutoniumimplosion             Status: Hidden
To: kommisar7             In Reply To: 154473593      Board: Decision Diagnostics Corp.

**sorry but i press ignore ... you write garbage**

I would, for instance want to know if that writer sold his shares in 2005 or 2009, and carries the communicable disease BDS.

---

Rpt Seq: 45 Board Seq: 61749    Date: 3/21/2020 9:13:08 AM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154474210
By: plutoniumimplosion             Status: Hidden
To: kommisar7             In Reply To: 154474154      Board: Decision Diagnostics Corp.

**you cannot write such garbage in this situation ...**

Some of these people, not that there are many of them, have been at it for years and years.

---

Rpt Seq: 46 Board Seq: 61756    Date: 3/21/2020 10:38:40 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154474848
By: plutoniumimplosion             Status: Public
To: WALL$TREET           In Reply To: 154474439      Board: Decision Diagnostics Corp.

**They have not had to shut down.**

Yes they did. The Korean shutdowns are now in the rear view mirror.

---

Rpt Seq: 47 Board Seq: 61809    Date: 3/21/2020 3:29:46 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154478160
By: plutoniumimplosion             Status: Hidden
To: rawman             In Reply To: 154477826      Board: Decision Diagnostics Corp.

**I suggest reading the linked article.**

DECN isn't TAUG raw, and KB is not Seth Shaw.

---

Rpt Seq: 48 Board Seq: 61904    Date: 3/21/2020 6:39:08 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154480235
By: plutoniumimplosion             Status: Hidden
To: rawman             In Reply To: 154479985      Board: Decision Diagnostics Corp.

**Barring a palatable explanation, "validated in Korea" apparently means nothing. The statement appears to be a load of DECN tripe!**

Proof please. You won't find any. The method was validated three times in the last 5 years (2014, 2015, 2015) for virus detection, including the H1N1 and birdflu virus. That meets the FDA pre-EUA criteria. Four times if you count the GenUltimate TBG test strip and meter. That may not mean anything to someone coming from the TAUG message board, but it will mean a lot to the FDA. Please explain this to Johnny C. Use small words and speak slowly.

The company's Electrochemical Impedance Sprectroscopy solution will be patented and since all of the needed bench equipment is already at the company's Korean facility, kits will be available in weeks, not months.

---

Rpt Seq: 49 Board Seq: 61913    Date: 3/21/2020 6:54:39 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154480386
By: plutoniumimplosion             Status: Public
To: Johnny_C         In Reply To: 154480351      Board: Decision Diagnostics Corp.

**Actually, he asked some very good questions that the DECN people can't or won't seem to answer.**

You had no trouble answering.

---

Rpt Seq: 50 Board Seq: 61917    Date: 3/21/2020 7:14:08 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154480530
By: plutoniumimplosion             Status: Public

DOJ-BERMAN-R_0000308787

To: Johnny_C          In Reply To: 154480433          Board: Decision Diagnostics Corp.

**Bud, looks like AYTU has a product about to get FDA approval also, that they licensed, same with BRNA.**

Seems like a great stocks for you to invest in.

---

Rpt Seq: 51 Board Seq: 61932   Date: 3/21/2020 8:24:03 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154481077
By: plutoniumimplosion          Status: Public
To: Johnny_C          In Reply To: 154481003          Board: Decision Diagnostics Corp.

**Wow I am stupified at some of the opinions.**

It is time to shut down DECN and throw Berman in jail. So why hasn't this happened? This has been TAUG's failed paid consultant's mantra for 4 years. 4 years and the same tripe. So why isn't Berman in jail?

---

Rpt Seq: 52 Board Seq: 61934   Date: 3/21/2020 8:27:06 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154481101
By: plutoniumimplosion          Status: Hidden
To: metslinger61          In Reply To: 154481095          Board: Decision Diagnostics Corp.

wrong guy

---

Rpt Seq: 53 Board Seq: 61938   Date: 3/21/2020 8:34:12 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154481161
By: plutoniumimplosion          Status: Hidden
To: metslinger61          In Reply To: 154481150          Board: Decision Diagnostics Corp.

oh geez... I forgot about the newbies.

---

Rpt Seq: 54 Board Seq: 61969   Date: 3/21/2020 10:42:04 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154482227
By: plutoniumimplosion          Status: Hidden
To: mugsy4900          In Reply To: 154482199          Board: Decision Diagnostics Corp.

More living proof.

---

Rpt Seq: 55 Board Seq: 62030   Date: 3/22/2020 9:36:59 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154484375
By: plutoniumimplosion          Status: Public
To: rawman          In Reply To: 154484212          Board: Decision Diagnostics Corp.

**IMO...A VERY HIGH INVESTMENT RISK FOR WHAT MAY PROVE TO BE A VERY LIMITED LONG-TERM OPPORTUNITY! EVEN LOOKING AT THE MOST PESSIMISTIC VACCINE DEVELOPMENT FORECASTS, THERE SHOULD BE LITTLE TO NO NEED FOR THE DECN COVID-19 TEST KITS BY THE END OF 2021!**

Hmmmmm, opinion or fact?

---

Rpt Seq: 56 Board Seq: 62033   Date: 3/22/2020 9:41:18 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154484403
By: plutoniumimplosion          Status: Public
To: Johnny_C          In Reply To: 154483902          Board: Decision Diagnostics Corp.

**If the meter works, or at least works a high percentage of the time, I could see the FDA approving this. They will not approve it based on validation by 2 drunks. If the Bozo Berman has clinical data he should post it, just like all legitimate firms do**

Please show us proof of other companies posting clinical data.

---

Rpt Seq: 57 Board Seq: 62039   Date: 3/22/2020 9:50:27 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154484470
By: plutoniumimplosion          Status: Public
To: Johnny_C          In Reply To: 154483750          Board: Decision Diagnostics Corp.

**Why are they buying a contractor, that will purportedly produce a device that has not been tested equipment?**

Could you clarify this?

---

Rpt Seq: 58 Board Seq: 62045   Date: 3/22/2020 9:54:03 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154484492
By: plutoniumimplosion          Status: Hidden
To: StaleyCornell          In Reply To: 154484393          Board: Decision Diagnostics Corp.

**I've never seen so many shorts here at the same time.**

Some of the DECN detractors that post here have been detractors for 15 years, long after their shares were sold, others for 10 years, and one for 4 years. I am sure there are some shorts, aren't there always?

---

Rpt Seq: 59 Board Seq: 62047   Date: 3/22/2020 9:58:36 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154484519
By: plutoniumimplosion          Status: Public
To: Johnny_C          In Reply To: 154483693          Board: Decision Diagnostics Corp.

**Why would Bozo right about ground zero South Korea when this device has not helped any South Americans? Probably because 525 million units are, enough to provide every man, woman and child in the US, Canada and Mexico, a unit are needed elsewhere at a future date on a future planet Pluto (or non planet)**

DOJ-BERMAN-R_0000308788

If I am looking for scientific consultation I go to a scientist or engineer. I would not go, for example to a consultant who touts CBD gum or ice cream.

---

Rpt Seq: 60 Board Seq: 62123   Date: 3/22/2020 12:11:18 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154485946
By: plutoniumimplosion   Status: Public
To: rawman   In Reply To: 154485476   Board: Decision Diagnostics Corp.

**Testing already infected stored blood in Korea, which DECN announced as the backbone of its test plan, is not exactly a legitimate protocol!**

Please share with me why you think that DECN's corona virus test plan, which is not a part of the pre-EUA, is illegitimate? Thanks. Adding in some qualifications to this discussion would be helpful and add to credibility.

---

Rpt Seq: 61 Board Seq: 62132   Date: 3/22/2020 12:24:11 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154486079
By: plutoniumimplosion   Status: Public
To: mugsy4900   In Reply To: 154486046   Board: Decision Diagnostics Corp.

**lies,decn can`t even get their diabetic test strips on any store shelves for the past 5 years,let alone producing 250,000 test kits by may**

I want to ask a simple question. If you were to come down with flu-like symptoms, would you rather DECN had a test kit or did not have a test kit? Or out of anger would you not allow a DECN test kit be administered?

---

Rpt Seq: 62 Board Seq: 62294   Date: 3/22/2020 7:53:33 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154491330
By: plutoniumimplosion   Status: Hidden
To: rawman   In Reply To: 154490855   Board: Decision Diagnostics Corp.

**Are the investors and perspective investors best served by throwing the DECN PR's in the trash, then walking away from the DECN investment opportunity?**

Or are DECN investors and potential investors better off if they do not pay attention to the incessant ramblings of non-shareholders who appear to have an agenda.

---

Rpt Seq: 63 Board Seq: 62333   Date: 3/22/2020 9:02:30 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154492121
By: plutoniumimplosion   Status: Public
To: rawman   In Reply To: 154492039   Board: Decision Diagnostics Corp.

**DECN employs an impedance process, which is not a currently allowable technology in terms of the FDA fast track process.**

Please show this proof for the statement you made above that the DECN product is not allowable. If you cannot then please retract the statement.

---

Rpt Seq: 64 Board Seq: 62370   Date: 3/22/2020 10:22:14 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154492990
By: plutoniumimplosion   Status: Hidden
To: rawman   In Reply To: 154492679   Board: Decision Diagnostics Corp.

**LOL!!!! IT IS IMPOSSIBLE TO POST SOMETHING THAT DOESN'T EXIST! THE FDA DOCUMENT DOES NOT INCLUDE A LIST OF EXCLUSIONS! IT'S MORE POSITIVE! IT ADDRESSES THOSE PROCESSES THAT ARE ACCEPTABLE!**

So you don't know.

---

Rpt Seq: 65 Board Seq: 62434   Date: 3/23/2020 8:16:33 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154495837
By: plutoniumimplosion   Status: Public
To: Jelly Bean   In Reply To: 154495703   Board: Decision Diagnostics Corp.

Part of the 2005, Ron Kelly/Bob Cox era of DECN shareholders.

---

Rpt Seq: 66 Board Seq: 62439   Date: 3/23/2020 8:23:05 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154495954
By: plutoniumimplosion   Status: Hidden
To: StaleyCornell   In Reply To: 154495913   Board: Decision Diagnostics Corp.

**Hold a grudge = short**

IMO not in this case. Some of these people are penny traders from an earlier era who at one time owned stock in DECN.

---

Rpt Seq: 67 Board Seq: 62453   Date: 3/23/2020 8:36:23 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154496234
By: plutoniumimplosion   Status: Hidden
To: StaleyCornell   In Reply To: 154496011   Board: Decision Diagnostics Corp.

**But why come back months later to trash it?**

In some cases its a decade and a half later.

---

Rpt Seq: 68 Board Seq: 62456   Date: 3/23/2020 8:41:12 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154496358
By: plutoniumimplosion   Status: Public
To: Johnny_C   In Reply To: 154496151   Board: Decision Diagnostics Corp.

**Why is it still just a concept?**

DOJ-BERMAN-R_0000308789

Because a handful of people think that DECN needs an enlightened CEO. Someone like TAUG's failed paid consultant. Or better yet, TAUG's CEO.

---

Rpt Seq: 69 Board Seq: 62461    Date: 3/23/2020 8:44:12 AM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154496414
By: plutoniumimplosion        Status: Public
To: Johnny_C        In Reply To: 154496062        Board: Decision Diagnostics Corp.

**The SEC is going to throw the book at him**

Show proof please that this is going to happen to DECN's CEO.

---

Rpt Seq: 70 Board Seq: 62981    Date: 3/23/2020 8:05:56 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154516761
By: plutoniumimplosion        Status: Public
To: Hercules1        In Reply To: 154516526        Board: Decision Diagnostics Corp.

**our company has even retained a FDA counsel to obtain the emergency FDA approval**

The counsel is DuVal & Associates, the same FDA counsel DECN has retained since 2011.

---

Rpt Seq: 71 Board Seq: 63020    Date: 3/23/2020 9:09:26 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154517667
By: plutoniumimplosion        Status: Public
To: rawman        In Reply To: 154517520        Board: Decision Diagnostics Corp.

**FACT! WE CAN ALL UNDERSTAND THE URGENCY OF ADDRESSING THE GLOBAL PANDEMIC; HOWEVER, CONTRARY TO MANY CLAIMS, DECN CAN DO NOTHING TO ADDRESS THE CURRENT SHORTAGE OF TESTING!**

You have proof that DECN will not provide testing products?

---

Rpt Seq: 72 Board Seq: 63044    Date: 3/23/2020 9:59:18 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154518341
By: plutoniumimplosion        Status: Public
To: rawman        In Reply To: 154518328        Board: Decision Diagnostics Corp.

Ahhhhh, expert DECN analysis. Thank you.

---

Rpt Seq: 73 Board Seq: 63255    Date: 3/24/2020 12:01:44 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154530000
By: plutoniumimplosion        Status: Public
To: Johnny_C        In Reply To: 154529203        Board: Decision Diagnostics Corp.

**How do you know these kits will work? They are cheap, why aren't they being tested in the US right now under medical supervision.**

When TAUG's failed paid consultant comes in and runs DECN, in the same manner that he runs TAUG, he can order his staff to get the DECN kit evaluated by medical personnel, or anyone else he chooses. In the meantime, the FDA does not require this and I think DECN is better off taking their lead from the FDA, CDC and the Pence Task Force, than taking more advice from TAUG's failed paid consultant.

Just my opinion.

---

Rpt Seq: 74 Board Seq: 63270    Date: 3/24/2020 12:47:20 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154531765
By: plutoniumimplosion        Status: Public
To: oilywankanobe        In Reply To: 154530326        Board: Decision Diagnostics Corp.

I think the company will gladly provide a list of government people who have reached out. I doubt these people believe that DECN is the sad sack piece of skat company many stock traders do, and I doubt that these government officials believe Mr. Berman, the CEO of DECN, is the crook, self dealer, lying piece of skat that several posters here do.

---

Rpt Seq: 75 Board Seq: 63320    Date: 3/24/2020 1:47:35 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154534154
By: plutoniumimplosion        Status: Public
To: oilywankanobe        In Reply To: 154532381        Board: Decision Diagnostics Corp.

**Do You Believe the Company could receive a PO# from the Government?**

I believe they are quietly holding a P.O., but that's just MO.

---

Rpt Seq: 76 Board Seq: 63363    Date: 3/24/2020 2:46:58 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154536609
By: plutoniumimplosion        Status: Public
To: rawman        In Reply To: 154535992        Board: Decision Diagnostics Corp.

**How about telling the FDA "it's not a stretch!" I am not a scientist, but I am thinking the FDA would most please to know that testing for coronavirus is pretty much the same as a glucose test!**

Actually it can be and is. I am most happy you wanted to know this.

---

Rpt Seq: 77 Board Seq: 63448    Date: 3/24/2020 7:23:41 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154544318
By: plutoniumimplosion        Status: Public
To: rawman        In Reply To: 154542696        Board: Decision Diagnostics Corp.

**DECN investors will NEVER be blessed to see any of the details**

DOJ-BERMAN-R_0000308790

And neither will DECN non-shareholders

| Rpt Seq: 78 Board Seq: 63701 | Date: 3/25/2020 1:03:03 PM | URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154560516 |
|---|---|---|
| By: plutoniumimplosion | Status: Public | |
| To: zalicuslicious | In Reply To: 154559429 | Board: Decision Diagnostics Corp. |

**Did you know the author of that first post is KB?**

Why don't you tell us how you know that the CEO of DECN posts here. Please provide proof.

| Rpt Seq: 79 Board Seq: 63703 | Date: 3/25/2020 1:05:47 PM | URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154560621 |
|---|---|---|
| By: plutoniumimplosion | Status: Public | |
| To: rawman | In Reply To: 154559823 | Board: Decision Diagnostics Corp. |

**the FDA will not approve in home pin-prick testing protocol, using DECN's impedance technology, any time in the foreseeable future.**

Please provide documentary proof that this is true.

| Rpt Seq: 80 Board Seq: 63969 | Date: 3/25/2020 7:46:49 PM | URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154572104 |
|---|---|---|
| By: plutoniumimplosion | Status: Hidden | |
| To: rawman | In Reply To: 154571871 | Board: Decision Diagnostics Corp. |

**CEO KEITH BERMAN IS FULL OF CRAP!**

Really? What about people who have no dog in the hunt who post 50-60 times a day about the DECN CEO, a man who is a total stranger to the poster?

| Rpt Seq: 81 Board Seq: 63970 | Date: 3/25/2020 7:49:46 PM | URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154572140 |
|---|---|---|
| By: plutoniumimplosion | Status: Public | |
| To: Zman20 | In Reply To: 154572029 | Board: Decision Diagnostics Corp. |

**There are lots of skeptic shareholders right now as far as their belief in DECN.**

I am sorry, but what do these skeptical shareholders expect -- other than a higher share price?

| Rpt Seq: 82 Board Seq: 63974 | Date: 3/25/2020 7:54:55 PM | URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154572208 |
|---|---|---|
| By: plutoniumimplosion | Status: Public | |
| To: rawman | In Reply To: 154571871 | Board: Decision Diagnostics Corp. |

**THE DECN DIAGNOSTIC PROCESS WOULD NOT HAVE INCLUDED A SOON-TO-BE-BANNED CHEMICAL!**

First of all the chemical has not been banned. Secondly, components can be replaced. It might draw a comment from FDA staff, but it won't kill the application anywhere other than a message board.

| Rpt Seq: 83 Board Seq: 63976 | Date: 3/25/2020 7:58:13 PM | URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154572260 |
|---|---|---|
| By: plutoniumimplosion | Status: Hidden | |
| To: rawman | In Reply To: 154572174 | Board: Decision Diagnostics Corp. |

**COMMERCIAL UNITS WILL BE AVAILABLE IN SEPTEMBER 2020.**

Not if my company manufactures them. We have excess factory capacity in Korea and Japan. And by the way, DECN CEO Berman knows us well and we do not at all think of him like posters from the TAUG board are trying to make us all believe. We know CEO Berman well and we have reviewed the product specifications and find them to be game changing. No swabs, no laboratories, no expensive instrumentation needed. All in all if I were giving Berman advice I would have his staff writing the meter manual and the test strip package insert in multiple languages. They are going to be needed sooner than people think. And my advice would also include telling him not to pay attention to posters from the TAUG board.

| Rpt Seq: 84 Board Seq: 64390 | Date: 3/26/2020 5:37:27 PM | URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154597537 |
|---|---|---|
| By: plutoniumimplosion | Status: Hidden | |
| To: rawman | In Reply To: 154596107 | Board: Decision Diagnostics Corp. |

**Unfortunately, DECN does not use a pre-approved diagnostic protocol, which definitely suggests DECN, in-home or otherwise, will not see any sort of FDA approval anytime in the foreseeable future.**

Really. Are you sure?

First of all please post Section D. I am sure that everyone wants to know. Second of all please make sure that the Section D that you do post is from the March 16, 2020 guidance.

I have it sitting in front of me.

| Rpt Seq: 85 Board Seq: 64391 | Date: 3/26/2020 5:37:28 PM | URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154597539 |
|---|---|---|
| By: plutoniumimplosion | Status: Hidden | |
| To: rawman | In Reply To: 154596107 | Board: Decision Diagnostics Corp. |

**Unfortunately, DECN does not use a pre-approved diagnostic protocol, which definitely suggests DECN, in-home or otherwise, will not see any sort of FDA approval anytime in the foreseeable future.**

DOJ-BERMAN-R_0000308791

Really. Are you sure?

First of all please post Section D. I am sure that everyone wants to know. Second of all please make sure that the Section D that you do post is from the March 16, 2020 guidance.

I have it sitting in front of me.

---

Rpt Seq: 86  Board Seq: 64392    Date: 3/26/2020 5:40:46 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154597604
By: plutoniumimplosion                Status: Public
To: Johnny_C                          In Reply To: 154597396      Board: Decision Diagnostics Corp.

**IF BOZO BERMAN is so bright, why is there a 2 minute blood prick test by an 8 billion dollar company already approved for sale by the FDA.**

Certainly this blood finger prick test has a name, a company name, and a picture.

---

Rpt Seq: 87  Board Seq: 64424    Date: 3/26/2020 7:55:41 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154599989
By: plutoniumimplosion                Status: Public
To: Inspector121                      In Reply To: 154599884      Board: Decision Diagnostics Corp.

**These are needed now but not available from DECN at this time. That is a problem.**

If it were true about DECN. It's not. All IMO

---

Rpt Seq: 88  Board Seq: 64433    Date: 3/26/2020 9:25:52 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154601235
By: plutoniumimplosion                Status: Public
To: Johnny_C                          In Reply To: 154600570      Board: Decision Diagnostics Corp.

**The real big money is going to be investing in the right labs once the test kit craziness dies down.**

Thank you for your views on how the coronavirus test market will shake out. I guess there is no room for DECN.

---

Rpt Seq: 89  Board Seq: 64684    Date: 3/27/2020 6:20:30 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154625044
By: plutoniumimplosion                Status: Public
To: JEM165                            In Reply To: 154624552      Board: Decision Diagnostics Corp.

The FDA **approves** drugs and **clears** devices.

---

Rpt Seq: 90  Board Seq: 64700    Date: 3/27/2020 6:51:36 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154625469
By: plutoniumimplosion                Status: Public
To: rawman                            In Reply To: 154625430      Board: Decision Diagnostics Corp.

**If Gen Viro kit is on Amazon, CEO Keith Berman better fire up his private jet and get out of the country.**

Probably time to call the SEC, DOJ and FBI.

---

Rpt Seq: 91  Board Seq: 64704    Date: 3/27/2020 7:12:27 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154625690
By: plutoniumimplosion                Status: Public
To: nonsequetor                       In Reply To: 154625606      Board: Decision Diagnostics Corp.

**Does CEO KEITH BERMAN Really HAVE A JET?**

Berman is just a bad guy. He needs to be removed and replaced by a message board poster or former shareholder.

---

Rpt Seq: 92  Board Seq: 64710    Date: 3/27/2020 7:57:44 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154626179
By: plutoniumimplosion                Status: Hidden
To: mugsy4900                         In Reply To: 154625758      Board: Decision Diagnostics Corp.

**The only thing BERMAN flies is a broomstick.**

Let's see. Berman is the devil incarnate. If he were to leave, as several posters want, the stock would drop to sub-penny in two trading sessions. But you know, the stock price isn't everything even though most who post here believe. The company services 8,000+ diabetics. No Berman, no business, no test strips. Covid-19 is running rampant around the world. Berman figured out a way to take some of the company's diabetes technology and adapt it to make a Covid-19 test kit. No Berman, no test kit, no alternative business.

Be careful what you wish for. He agreed to meet you and would have let you call him names to his face in Pennsylvania. He was stood up. That was very brave.

---

Rpt Seq: 93  Board Seq: 64711    Date: 3/27/2020 7:59:55 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154626208
By: plutoniumimplosion                Status: Public
To: Johnny_C                          In Reply To: 154626171      Board: Decision Diagnostics Corp.

**Might be worth a spec play cause I bet there are alot of people that will buy this up in Bozo Berman's fluff n nutter press releases**

Which TAUG's failed paid consultant complained about to the SEC how many times? Was it 15 or 20 over the past 4 years?

---

DOJ-BERMAN-R_0000308792

Rpt Seq: 94 Board Seq: 64716   Date: 3/27/2020 8:27:53 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154626511
By: plutoniumimplosion          Status: Public
To: Johnny_C                    In Reply To: 154626256        Board: Decision Diagnostics Corp.

**You know it, I know it and the SEC knows it.**

The SEC knows it because you told them, told them what you told them, and then told them again.

Rpt Seq: 95 Board Seq: 64797   Date: 3/28/2020 11:40:11 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154631333
By: plutoniumimplosion          Status: Public
To: Johnny_C                    In Reply To: 154626637        Board: Decision Diagnostics Corp.

**yesireeee wouldn't that just have Bozo Berman running to the bank cashing checks, he might even be able to buy that jet**

DECN's CEO already owns 2 jets, just in case one is in the shop for repairs, a summer home, a winter home, a 68' yacht, a palace and a country club. The consultant would be shocked to see what a normal life DECN's CEO lives. The CEO takes no salary, never did, and plows every penny the business brings in back into the business, and for four years he has been painted as some sort of self-dealing crook, primarily by the consultant.

By the way I heard the consultant sold half of the family position in DECN at $0.17, went into over drive to push the stock down, and then bought it back at $0.08. That, IMO is stock manipulation, old fashioned but effective, so I and a few of my friends reported that Friday to the SEC.

Rpt Seq: 96 Board Seq: 64863   Date: 3/28/2020 2:35:01 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154633448
By: plutoniumimplosion          Status: Public
To: Johnny_C                    In Reply To: 154632554        Board: Decision Diagnostics Corp.

**I will correct you though, try something like half at .17 and half at about 23.5 pennies.. To be honest, we thought that DECN would just be a tax loss to write off against gains. Like I told the other chap, thank Keith next time you see him. Oh, as for buying back at .08, I think I stated this may be a good buy as a trade, not as a long term investment. me thinks Bozo Berman has a couple more pumps in him.**

Like I said, stock manipulation, old fashioned but effective -- and highly illegal. It's been reported. Monday it will be reported again with the post as evidence of admission of guilt.

Rpt Seq: 97 Board Seq: 64912   Date: 3/28/2020 5:48:57 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154635829
By: plutoniumimplosion          Status: Public
To: rawman                      In Reply To: 154634672        Board: Decision Diagnostics Corp.

**There is NO CHANCE this completely ridiculous testing regimen will ever come to pass!**

Your opinion, or do you have proof.

Rpt Seq: 98 Board Seq: 64938   Date: 3/28/2020 7:26:06 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154636933
By: plutoniumimplosion          Status: Public
To: Johnny_C                    In Reply To: 154636121        Board: Decision Diagnostics Corp.

**Do you really think the FDA will clear this newest Johnny Come Lately opportunist Bozo Berman device without human trials? Especially after what just happened in Spain and Czech with faulty testing devices?**

I do. You?

Rpt Seq: 99 Board Seq: 64941   Date: 3/28/2020 7:32:55 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154637008
By: plutoniumimplosion          Status: Hidden
To: Johnny_C                    In Reply To: 154636944        Board: Decision Diagnostics Corp.

***The FDA letting some of the biggest Pharma's in the world that have scientists with hundreds of years of experience in infectious diseases and vaccines roll all 3 phases of a trial into 1 trial does not validate Bozo berman's device. Bozo Berman is a glucose device Company with ZERO experience in infectious diseases.***

so if you were made CEO of DECN, even after trading the stock, sort of counter-intuitive actions, put down the CEO 100 times a day in a public forum, put down the company and its technology, but trade the stock -- you would what -- kill the product?

Rpt Seq: 100 Board Seq: 64955   Date: 3/28/2020 8:27:54 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154637571
By: plutoniumimplosion          Status: Hidden
To: Johnny_C                    In Reply To: 154637046        Board: Decision Diagnostics Corp.

**Dude, I hope Bozo succeeds. Who stated I trade the stock? And who cares if I do it is none of your business.**

Just wondering, as are many here, why a fellow who puts down the company and its CEO sometimes 100 times a day would trade DECN stock. You already admitted yesterday to selling and to buying. so a little late to deny. And I believe it is our business as shareholders being manipulated and it certainly is the SEC's stock manipulation investigation business. All IMO.

Rpt Seq: 101 Board Seq: 64957   Date: 3/28/2020 8:31:44 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154637602
By: plutoniumimplosion          Status: Public
To: rawman                      In Reply To: 154637580        Board: Decision Diagnostics Corp.

**NOPE, NONE OF THE FDA APPROVED SPAR-CoV2 TESTS ARE A BLOOD TEST!**

DOJ-BERMAN-R_0000308793

That does not stop Dr. Birx from going on TV every day and begging for such a test, and nobody here knows, especially a message board poster, and other than DECN, how many blood tests are under FDA consideration.

---

Rpt Seq: 102 Board Seq: 64966 Date: 3/28/2020 9:12:55 PM URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154637960
By: plutoniumimplosion       Status: Hidden
To: Johnny_C                 In Reply To: 154637656       Board: Decision Diagnostics Corp.

**As far as 100 posts a day, that only happened with the quarantine and Bozo Bermans ridiculous press releases and most of the posts were in response to posts directed at me.**

Walking back your original boasts about your buying and selling DECN stock. Par for your course. Actually you post like a 10,000 share guy with a penchant for identity attacks of DECN CEO Berman just about to start their 5th year.

---

Rpt Seq: 103 Board Seq: 64987 Date: 3/28/2020 10:43:12 PM URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154638663
By: plutoniumimplosion       Status: Hidden
To: rawman                   In Reply To: 154638029       Board: Decision Diagnostics Corp.

**The U.S. is not the only country in the world that has a great concern and responsibility to watch out for the health and welfare of its citizens. There are in fact countries in the world, which generally "go with" FDA approval, allowing the product to be distributed in their respective countries. Despite Berman's implication, it is likely the DECN coronavirus test kits cannot currently be distributed in Japan, South Korea, China, India, Canada, Singapore, Australia, the U.S., Canada, South Africa, Switzerland, the U.K., and any of the 27 countries that are members of the European Union (EU). There are probably several others, but this is a good start of where the product cannot currently be sold.**

Then its hopeless I guess.

---

Rpt Seq: 104 Board Seq: 64988 Date: 3/28/2020 10:44:28 PM URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154638672
By: plutoniumimplosion       Status: Hidden
To: rawman                   In Reply To: 154638405       Board: Decision Diagnostics Corp.

**It should be noted there is not even the slightest attempt to actually refute the logic of my thesis!**

It is not worth the time. IMO.

By the way what do you think of CEO Berman. Is he a crook, a self-dealer, incompetent?

---

Rpt Seq: 105 Board Seq: 65030 Date: 3/29/2020 9:45:25 AM URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154641001
By: plutoniumimplosion       Status: Public
To: Johnny_C                 In Reply To: 154640310       Board: Decision Diagnostics Corp.

**Do you really think the FDA will clear this newest Johnny Come Lately opportunist Bozo Berman device without human trials? Especially after what just happened in Spain and Czech with faulty testing devices?**

I actually saw that report referred to as fake news on this message board. And donor studies, according to the new FDA guidance, are not needed to secure Pre-UEA approval and with it the approval to build the testing device.

Can I ask, how many testing devices have you designed and tried to bring to market?

---

Rpt Seq: 106 Board Seq: 65031 Date: 3/29/2020 9:53:48 AM URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154641090
By: plutoniumimplosion       Status: Public
To: Johnny_C                 In Reply To: 154640712       Board: Decision Diagnostics Corp.

**This stock will never have mutual funds or 99% of big money buy because those vehicles have by laws that prohibit investing in NON SEC NON AUDITED Companies.**

The stock, oh my mistake, DECN, will never get that far. Pre-UEA, proprietary methodology, a methodology that can be used for the next pandemic and the one after and the one after, and DECN will be gone, scooped up and gone like a cool breeze in July.

All IMO but I have been doing this for almost 44 years.

---

Rpt Seq: 107 Board Seq: 65036 Date: 3/29/2020 10:08:24 AM URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154641225
By: plutoniumimplosion       Status: Public
To: Johnny_C                 In Reply To: 154641125       Board: Decision Diagnostics Corp.

**I bet there are 100's of companies at the PRE APPROVAL stage.**

You would lose that bet.

---

Rpt Seq: 108 Board Seq: 65037 Date: 3/29/2020 10:13:38 AM URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154641266
By: plutoniumimplosion       Status: Public
To: Johnny_C                 In Reply To: 154641159       Board: Decision Diagnostics Corp.

**Well, stay safe my friend, you are in the risk category. And if DECN is scooped up by a big pharma what you take a wild guess a**

DOJ-BERMAN-R_0000308794

transaction like that would be worth.

The CEO of the company you consult to showed me your pic last year. You are in the same category.

I am not in the business of guessing. But I will say this, Pre-UEA is a huge upcoming event. So I will leave it to you, as a master stock trader to tell me what you think the GenViro! product is worth.

---

Rpt Seq: 109 Board Seq: 65038   Date: 3/29/2020 10:16:15 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154641290
By: plutoniumimplosion          Status: Public
To: Johnny_C                    In Reply To: 154641211          Board: Decision Diagnostics Corp.

**I suppose the Company that you work for, which was different from the company that you retired from, is interested in buying DECN. Why not they, have all that manufacturing capacity.**

Yes, our capacity is in two countries and we are taking a hard look, and by the way, not listening to or caring about what a few message board posters say.

---

Rpt Seq: 110 Board Seq: 65043   Date: 3/29/2020 10:32:18 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154641472
By: plutoniumimplosion          Status: Public
To: Johnny_C                    In Reply To: 154641307          Board: Decision Diagnostics Corp.

**Nor does that excuse Bozo Berman's past BS**

I wrote this earlier. I know paraphrase.

The world was shaken twice by FDA guidance changes on February 27 and again on March 16. It no longer matters what certain message board posters tell the FDA. They now report to a higher authority than a small band of message board posters and former DECN stock holders. DECN CEO Berman, right now, is much, much much more important than you are, and not just to most DECN shareholders.

Like I said, when Berman's product works, and it will be his product, the patent will say so as will the news it will generate, the press will interview him, not you, and under different times and circumstances, Berman and his close team might be up for a Nobel prize. And most people trying to do good for humanity are not, never and ever, treated like KB is.

---

Rpt Seq: 111 Board Seq: 65045   Date: 3/29/2020 10:34:54 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154641502
By: plutoniumimplosion          Status: Public
To: rawman                      In Reply To: 154641322          Board: Decision Diagnostics Corp.

**BTW, "manufacturing equipment" is not frequently an "off-the-shelf" item! It is custom-built or fabricated, according to detailed manufacturing specifications, which for the DECN product, are also just now being finalized.**

And you know this -- how?

---

Rpt Seq: 112 Board Seq: 65046   Date: 3/29/2020 10:36:46 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154641516
By: plutoniumimplosion          Status: Public
To: rawman                      In Reply To: 154641477          Board: Decision Diagnostics Corp.

**I doubt that a Big Pharma, the FDA or 90 percent of stock traders make decisions based on postings. Once and a while a golden gem might appear though.**

Wanna bet? For centuries and centuries, the big lie has always worked.

---

Rpt Seq: 113 Board Seq: 65099   Date: 3/29/2020 1:18:18 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154643586
By: plutoniumimplosion          Status: Public
To: rawman                      In Reply To: 154642174          Board: Decision Diagnostics Corp.

**Commercial production is purportedly scheduled to deliver 21 million units for shipment in SEPTEMBER 2020. Also, the 250,000 units that are purportedly to be delivered to the U.S., Canadian, and European medical service providers some time in MAY 2020 is, IMO, is no where near a given. Again, we shall see!**

I guess then DECN should just give up?

---

Rpt Seq: 114 Board Seq: 65182   Date: 3/29/2020 9:05:03 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154649052
By: plutoniumimplosion          Status: Public
To: rawman                      In Reply To: 154648268          Board: Decision Diagnostics Corp.

**If this is in fact the case the 1.5 million tests per month is probably vastly understated! If one Abbott test device can examine 20 samples per day, this equates to 30 million tests per month!**

And DECN should just throw in the towel, they have no chance.

---

Rpt Seq: 115 Board Seq: 65184   Date: 3/29/2020 9:05:48 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154649058
By: plutoniumimplosion          Status: Public

DOJ-BERMAN-R_0000308795

To: IPwatcher                    In Reply To: 154649041      Board: Decision Diagnostics Corp.

**DECN Don't. And they are lying.**

Proof please.

---

Rpt Seq: 116 Board Seq: 65222  Date: 3/30/2020 3:05:31 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154651366
By: plutoniumimplosion            Status: Public
To: rawman                        In Reply To: 154650935      Board: Decision Diagnostics Corp.

**More importantly, what purpose would a virus test accomplish? If the virus test shows negative, there is no guarantee the same test would not be positive tomorrow! Unless done daily, such testing would be a waste of time and money!**

I thought DECN was incapable of making its Covid-19 virus or anything else for that matter work, and its hopeless.

---

Rpt Seq: 117 Board Seq: 65234  Date: 3/30/2020 8:49:37 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154653244
By: plutoniumimplosion            Status: Public
To: rawman                        In Reply To: 154652897      Board: Decision Diagnostics Corp.

**1. Who owns the IP/patents DECN is using for it's diabetes test kits and the COVID-19 test kits? Do the patents belong to CEO Keith Berman or the DECN shareholders?**

now that is a new one. I have looked at many patents in my time, and every one I have looked at have names of individuals on them. I have never seen a patent in the name of shareholders. Please provide evidence of patents naming shareholders.

---

Rpt Seq: 118 Board Seq: 65249  Date: 3/30/2020 9:34:13 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154654488
By: plutoniumimplosion            Status: Public
To: Johnny_C                      In Reply To: 154654210      Board: Decision Diagnostics Corp.

**Do you even know who owns the patent, if this is valuable. Because his friend seemed to indicate that the public company doesn't own the patent.**

**"A patent is an exclusive right granted to an inventor by the government—specifically, the U.S. Patent and Trademark Office—that permits the inventor to prevent other companies or individuals from selling or using the invention for a period of time."**

I have never seen an instance where shareholders are listed as inventors. Ever. But then again if it is possible to list a shareholder(s) as an inventor, that would be better than a non-shareholder. All IMO.

---

Rpt Seq: 119 Board Seq: 65325  Date: 3/30/2020 1:05:30 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154662445
By: plutoniumimplosion            Status: Public
To: Khaveli3                      In Reply To: 154661762      Board: Decision Diagnostics Corp.

**They couldn't tell me anything else (legally) but tomorrow I believe a super PR is coming.**

I don't think so. The Annual Report is due later today and companies usually do not put out news a few days prior to or a few days after an Annual Report. If any news I believe Thursday this week, but more likely next week.

---

Rpt Seq: 120 Board Seq: 65328  Date: 3/30/2020 1:15:01 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154662753
By: plutoniumimplosion            Status: Public
To: Johnny_C                      In Reply To: 154662679      Board: Decision Diagnostics Corp.

**Looks like Abbott beat most of the market to the punch with a test that appears very very accurate...**

If the Abbott product is as good as you say it is, then Abbott stock should be a bargain.

---

Rpt Seq: 121 Board Seq: 65361  Date: 3/30/2020 2:06:52 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154664517
By: plutoniumimplosion            Status: Public
To: Johnny_C                      In Reply To: 154662933      Board: Decision Diagnostics Corp.

**Should the Abbot guys be up against Berman in the Nobel Prize race.**

IMO nope if the Nobel committee reviews it. Abbott's methodology is 40 years old and because it is so old, no lab analyzer can run the assay -- so Abbott had to make a test reader ... we used to call table-top analyzers like that boat anchors.

But hey as a paid consultant in the CBD space I am sure you can take that experience and apply it in the Covid-19 space. Just make sure that every product review that is done places DECN and their Nobel worthy invention, dead effing last and the dECN CEO called out as a crook, self-dealer and thief. I look forward to these reviews.

---

Rpt Seq: 122 Board Seq: 65380  Date: 3/30/2020 2:35:29 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154665525
By: plutoniumimplosion            Status: Public
To: Johnny_C                      In Reply To: 154663510      Board: Decision Diagnostics Corp.

**Any word on how the patent bouncing ball goes. An update on that would be great. Until then DECN is just a big hot mess right. Will Bozo Berman post the license agreement, is it exclusive....LMFAO We know Bozo Berman hates the DECN shareholders and some type of u[date on that should be made public**

DOJ-BERMAN-R_0000308796

Actually I believe the DECN CEO dislikes some shareholders, and some non-shareholders, and IMO they have earned it. The patent situation is going extremely well I think. But you know how it goes.

---

Rpt Seq: 123 Board Seq: 65388  Date: 3/30/2020 2:43:42 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154665827
By: plutoniumimplosion          Status: Public
To: crosis                       In Reply To: 154665660          Board: Decision Diagnostics Corp.

**What are you afraid of? lol**

Me? I am fearless. I have also been a DECN shareholder since 2002.

---

Rpt Seq: 124 Board Seq: 65396  Date: 3/30/2020 3:18:54 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154667219
By: plutoniumimplosion          Status: Public
To: zalicuslicious              In Reply To: 154666462          Board: Decision Diagnostics Corp.

**Question....Is it legal for a CEO to publicly state when they believe a PR might be issued?**

Please enlighten us.

---

Rpt Seq: 125 Board Seq: 65409  Date: 3/30/2020 3:48:28 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154668284
By: plutoniumimplosion          Status: Hidden
To: vegasopc                     In Reply To: 154665244          Board: Decision Diagnostics Corp.

**First Dr. Birx and just a few minutes ago on Fox Dr. Manny Alvarez said that the only test that will truly end this is the antibody test!**

She has her favorite test methodology. She is as parochial as the next guy.

The FDA believes that there are several types of tests that will get the job done, including DECN's. And DECN's test is cheaper to the system and should work just as well, and DECN's test can be used either point of care or at home.

That is a lot to walk away from. So far the only constant detractors are a single product CBD paid consultant and a message board poster.

---

Rpt Seq: 126 Board Seq: 65424  Date: 3/30/2020 4:16:24 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154669450
By: plutoniumimplosion          Status: Public
To: rawman                       In Reply To: 154669334          Board: Decision Diagnostics Corp.

**CEO Keith Berman has got to be really proud of the intentionally confusing and misleading BS he is choosing to communicate!!!**

Astute statement. There is deliberate confusion going on, but CEO Berman is not the confuser.

---

Rpt Seq: 127 Board Seq: 65503  Date: 3/30/2020 9:13:09 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154675670
By: plutoniumimplosion          Status: Public
To: IPwatcher                    In Reply To: 154675188          Board: Decision Diagnostics Corp.

**And this IS a scam.**

Call the SEC, the FBI and the DoJ.

Oh by the way, show some proof please.

---

Rpt Seq: 128 Board Seq: 65507  Date: 3/30/2020 9:20:13 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154675756
By: plutoniumimplosion          Status: Public
To: IPwatcher                    In Reply To: 154675141          Board: Decision Diagnostics Corp.

**But after this... I am afraid I would spit in his face!**

I can't wait to hear about this. I would say, bring some cash. Bail in Ventura County ain't cheap.

---

Rpt Seq: 129 Board Seq: 65509  Date: 3/30/2020 9:21:39 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154675781
By: plutoniumimplosion          Status: Hidden
To: IPwatcher                    In Reply To: 154675730          Board: Decision Diagnostics Corp.

**hang tight! :)**

Don't need to.

---

Rpt Seq: 130 Board Seq: 65511  Date: 3/30/2020 9:23:48 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154675809
By: plutoniumimplosion          Status: Public
To: rawman                       In Reply To: 154675693          Board: Decision Diagnostics Corp.

**FACT! The FDA has NEVER approved a virus home test kit!**

That would be fake news.

---

Rpt Seq: 131 Board Seq: 65517  Date: 3/30/2020 9:43:36 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154676135

DOJ-BERMAN-R_0000308797

By: plutoniumimplosion        Status: Hidden
To: IPwatcher              In Reply To: 154676055        Board: Decision Diagnostics Corp.

**I'll just explain I was aiming my saliva sample towards one of his magic Covid 19 test strips.**

Cujo.

---

Rpt Seq: 132 Board Seq: 65522  Date: 3/30/2020 9:48:05 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154676200
By: plutoniumimplosion        Status: Public
To: GASTON3              In Reply To: 154676145        Board: Decision Diagnostics Corp.

**I talk to the CEO today he said shorts are going to burn**

He would never say that. He might say that about message board posters, but he has no contact with stock shorts or traders.

---

Rpt Seq: 133 Board Seq: 65526  Date: 3/30/2020 9:49:26 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154676223
By: plutoniumimplosion        Status: Public
To: GASTON3              In Reply To: 154676166        Board: Decision Diagnostics Corp.

**Plus this product doesn't have to sell in the US at all this is a world pandemic**

GenViro! will be sold in huge quantities in the USA. IMO

---

Rpt Seq: 134 Board Seq: 65538  Date: 3/30/2020 10:31:10 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154676801
By: plutoniumimplosion        Status: Hidden
To: rawman              In Reply To: 154676712        Board: Decision Diagnostics Corp.

**FUNNIEST THING! THE FDA WILL ASK THE SAME QUESTIONS!**

Howwould you know? Have you defended an application in front of the FDA?

---

Rpt Seq: 135 Board Seq: 65539  Date: 3/30/2020 10:35:36 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154676867
By: plutoniumimplosion        Status: Hidden
To: pastrychf05           In Reply To: 154676794        Board: Decision Diagnostics Corp.

**https://backend.otcmarkets.com/otcapi/company/financial-report/242799/content**

Pages 2, 3 and 4


**vendetta against the CEO for some reason!**

A majority of these Cujo posters do not own shares in DECN, have never met, spoken to or corresponded with CEO Berman.

---

Rpt Seq: 136 Board Seq: 65577  Date: 3/31/2020 9:02:07 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154681362
By: plutoniumimplosion        Status: Public
To: IPwatcher            In Reply To: 154679530        Board: Decision Diagnostics Corp.

Where was this copied from?

---

Rpt Seq: 137 Board Seq: 65588  Date: 3/31/2020 9:26:07 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154682130
By: plutoniumimplosion        Status: Public
To: Johnny_C            In Reply To: 154681905        Board: Decision Diagnostics Corp.

**If Bozo berman had something of value, really something of value, do you think he would would give control of that to a 1/2 billion share diluted penny stock company....LMFAO**

First of all DECN does not have 1/2 billion shares outstanding. Second of all, Mr. Berman and Dr. Musho retain the right to assign their invention to anyone they wish without the approval of a CBD chewing gum consultant. It is still America.


---

Rpt Seq: 138 Board Seq: 65669  Date: 3/31/2020 12:00:05 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154688898
By: plutoniumimplosion        Status: Public
To: rawman              In Reply To: 154688255        Board: Decision Diagnostics Corp.

**Simple question! Does the first DECN COVID-19 test kit actually identify the virus' blood-borne antibodies? This is the test all of the doctors, including Dr. Birx, scientists, and statisticians want to see!**

Of course they don't. You have said so many times and I defer to you.

---

Rpt Seq: 139 Board Seq: 65783  Date: 3/31/2020 7:07:49 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154701504
By: plutoniumimplosion        Status: Public
To: suny66              In Reply To: 154701401        Board: Decision Diagnostics Corp.

DOJ-BERMAN-R_0000308798

**Dr. Birx just now mentioned the need for antibody testing!**

Take a look at the diagram on the DECN GenViro! 3rd page of their Managements Discussion and Analysis. Then come back and tell us what it says. I would post the diagram but iHub won't display it.

https://backend.otcmarkets.com/otcapi/company/financial-report/242799/content

---

Rpt Seq: 140 Board Seq: 65825   Date: 3/31/2020 8:58:55 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154703088
By: plutoniumimplosion                Status: Public
To: IPwatcher                         In Reply To: 154702929       Board: Decision Diagnostics Corp.

**Why select the arcane and esoteric 'carrier pigeon' option of impedance transduction when a simple colour change dye that is visible to the naked eye works just as well and is readily available already?**

Sounds like you found your favorite corona testing methodology. There are 4-5 companies available for your investment while Mr. Berman, as stated, will burn in hell.

---

Rpt Seq: 141 Board Seq: 65837   Date: 3/31/2020 9:31:52 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154703567
By: plutoniumimplosion                Status: Public
To: rawman                            In Reply To: 154703541       Board: Decision Diagnostics Corp.

**GOOD LUCK! No night club in the large democracies of the world would assume the liabilities associated with administering a blood test! Plus, the blood test would not deliver a positive result, even if the guest has had an ACTIVE COVID-19 infection for 3 or 4 days. A non-invasive thermometer would probably be better screener!**

So I will ask again,is it time for DECN to just give up?

---

Rpt Seq: 142 Board Seq: 65838   Date: 3/31/2020 9:33:19 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154703591
By: plutoniumimplosion                Status: Hidden
To: IPwatcher                         In Reply To: 154703550       Board: Decision Diagnostics Corp.

**There are 4-500 on the heels of those 4-5. DECN are noise. If that.**

Would you please enlighten us on your education and credentials?

---

Rpt Seq: 143 Board Seq: 65897   Date: 4/1/2020 10:17:21 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154711817
By: plutoniumimplosion                Status: Public
To: rawman                            In Reply To: 154706097       Board: Decision Diagnostics Corp.

**OK! Let's take a very simplistic view of the COVID-19 virus test point-of-service market space in the U.S. Here are the major point-of-service providers in the U.S.: hospitals, emergency clinics, retail clinics, and nursing homes.**

You left out 14,000 pharmacies (the same guys that provide your so far useless flu shots) and about 60% of the 28,000 private commercial laboratory blood drawing stations. Also the government stated Monday that the so-called drive up parking lot locations have not materialized.

---

Rpt Seq: 144 Board Seq: 65909   Date: 4/1/2020 10:35:13 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154712689
By: plutoniumimplosion                Status: Public
To: Johnny_C                          In Reply To: 154712140       Board: Decision Diagnostics Corp.

**Thinking of investing in one and they will not be using GenViro LOL**

He who laughs last, and laughs based on solid scientific evidence and data, laughs best. Condemning the DECN product just because you detest Mr. Berman, CEO of DECN, is not particularly inspiring.

---

Rpt Seq: 145 Board Seq: 65921   Date: 4/1/2020 10:58:44 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154713777
By: plutoniumimplosion                Status: Public
To: Johnny_C                          In Reply To: 154713325       Board: Decision Diagnostics Corp.

**That MAKES BOZO BERMAN ONE BIG FAT SCUMBAG**

That is an opinion, and IMO this opinion is deliberately meant to damage the DECN CEO.

---

Rpt Seq: 146 Board Seq: 66076   Date: 4/1/2020 8:01:25 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154730540
By: plutoniumimplosion                Status: Public
To: moolamoola                        In Reply To: 154728573       Board: Decision Diagnostics Corp.

**IM AS COOL AS A CUCUMBER, $13 MIL FOR NEARLY 0% RATE**

And now the Small Business Administration is providing up to $5 million working capital loans, that can be later turned into Grants, at 0.5% interest. DECN's subsidiary Pharma Tech qualifies.

Next time the government calls and says they are here to help, they just might be.

---

Rpt Seq: 147 Board Seq: 66083   Date: 4/1/2020 9:39:41 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154732031
By: plutoniumimplosion                Status: Public
To: rawman                            In Reply To: 154731977       Board: Decision Diagnostics Corp.

DOJ-BERMAN-R_0000308799

**AGAIN, VERY CONTRARY TO THE POSTED MISREPRESENTATION, a PRE-EUA DOES NOT EVEN COME CLOSE TO APPROVING THE DISTRIBUTION OF A PRODUCT!!!!**

**MOSTLY WRONG**

---

Rpt Seq: 148 Board Seq: 66104   Date: 4/2/2020 9:02:36 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154736653
By: plutoniumimplosion   Status: Public
To: Hopefull17   In Reply To: 154735177   Board: Decision Diagnostics Corp.

**I am a long that is here ONLY because of high entry SP. IMO, this has always been a company based on hype, exaggeration, non-execution, excuses, betrayal of public trust and worse!**

What about the almost three year campaign to become the next Chairman and CEO?

---

Rpt Seq: 149 Board Seq: 66118   Date: 4/2/2020 10:07:47 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154739302
By: plutoniumimplosion   Status: Public
To: Johnny_C   In Reply To: 154738378   Board: Decision Diagnostics Corp.

**Hey RAW, The Jag resignation is just another SEC violation. I recently informed Bozo Berman's colleague that I couldn't wait to do discovery on Jag a Jerk and Bozo Berman's finances when he sues me.**

Just more nonsense.

---

Rpt Seq: 150 Board Seq: 66198   Date: 4/2/2020 12:47:38 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154746290
By: plutoniumimplosion   Status: Public
To: JMMatthews   In Reply To: 154745318   Board: Decision Diagnostics Corp.

**FDA has been extremely proactive and supportive of test development by all comers—laboratories**

This is not entirely true. The FDA seems to be assigning priority to older, decades old approved test methodologies. DECN's method will, when approved, be the first method not of the older, slower, laboratory bound modalities.

**and large and small commercial manufacturers—offering our expertise and support to speed development and to quickly authorize tests that the science supports**

Let's hope they do what they say. Perhaps there are no new methods under review except for DECN. If you ask Dr. Birx she would say antibody test similar to a pregnancy test. 30 seconds. That is such nonsense. Pregnancy tests look for a specific hormone present or absent in urine. Males do not have this hormone and not pregnant women do not make this hormone. A test for virus requires the method be able to at least distinguish between all of the spherical viruses, many like Covid-19 and SARS are very very similar under an electron microscope.

---

Rpt Seq: 151 Board Seq: 66207   Date: 4/2/2020 1:10:52 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154747283
By: plutoniumimplosion   Status: Public
To: Johnny_C   In Reply To: 154746802   Board: Decision Diagnostics Corp.

**There are other blood prick companies that are in line before DECN**

I will make it easy. Name 3. That should be an easy task and good for the reading audience here. And provide a little proof from the companies named. Thank you.

---

Rpt Seq: 152 Board Seq: 66212   Date: 4/2/2020 1:16:42 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154747526
By: plutoniumimplosion   Status: Public
To: Johnny_C   In Reply To: 154747361   Board: Decision Diagnostics Corp.

**Kind of looking like AYTU has clearance, and relabeled boxes.**

ATYU, which I read here is your favorite Covid play, is importing the same Chinese method that the Europeans and the Russians threw out. It doesn't compare in the least to the DECN product. And yes it does use blood plasma (serum) but the blood is drawn into a vacutainer by a phlebotomist not the top of someones finger or palm.

---

Rpt Seq: 153 Board Seq: 66281   Date: 4/2/2020 3:50:27 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154753878
By: plutoniumimplosion   Status: Public
To: rawman   In Reply To: 154751685   Board: Decision Diagnostics Corp.

**NOT EVEN CLOSE TO CORRECT!!! Detecting blood-borne antibodies has been around forever, certainly longer than DNA testing!**

No, about the same amount of time, early to mid 80s.

---

Rpt Seq: 154 Board Seq: 66282   Date: 4/2/2020 3:52:19 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154753967
By: plutoniumimplosion   Status: Public
To: Johnny_C   In Reply To: 154753333   Board: Decision Diagnostics Corp.

**In theory, Bozo Berman had a good idea, but as usual, he scammed shareholders with BS claims. According to the annual report he claims he will get 97% success.**

Opinions and not a single fact, and an incorrect reference (so what else is new) to what Berman wrote in the Annual Report.

---

Rpt Seq: 155 Board Seq: 66330   Date: 4/2/2020 11:33:55 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154761987

DOJ-BERMAN-R_0000308800

By: plutoniumimplosion         Status: Public
To: sage4                      In Reply To: 154761511         Board: Decision Diagnostics Corp.

**Do you think other countries do not have their own FDA and Decision Diagn can sell product freely?**

If it is the governments of these other countries doing the buying then of course DECN can sell to those countries. But hey, someone on a message board said they can't and that MUST be true.

---

Rpt Seq: 156 Board Seq: 66332   Date: 4/2/2020 11:37:05 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154762017
By: plutoniumimplosion         Status: Public
To: Jelly Bean                 In Reply To: 154760539         Board: Decision Diagnostics Corp.

**The pump is over and everyone is leaving**

Including people who sold DECN stock and left years and years and years ago.

---

Rpt Seq: 157 Board Seq: 66345   Date: 4/3/2020 12:31:10 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154762454
By: plutoniumimplosion         Status: Public
To: VST7                       In Reply To: 154762321         Board: Decision Diagnostics Corp.

**Other countries don't care about the US-FDA, all they care about is if the test works.......**

They don't even care about whether the method works, or they would not have purchased all of those Chinese kits.

---

Rpt Seq: 158 Board Seq: 66376   Date: 4/3/2020 9:59:58 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154768170
By: plutoniumimplosion         Status: Hidden
To: Hopefull17                 In Reply To: 154766305         Board: Decision Diagnostics Corp.

**IMO, to this experience with MF Berman and the IR, esp the IR! I have had personal contact with MF Berman early on my association with tis investment and he is NOT a nice person, IMO.**

Why? Because you woke up one morning and decided you wanted to be on the DECN Board of Directors and Mr. Berman rightly told you that you did not have the experience or requisite skills and education to add to the Board?

---

Rpt Seq: 159 Board Seq: 66537   Date: 4/4/2020 12:03:46 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154791543
By: plutoniumimplosion         Status: Hidden
To: IPwatcher                  In Reply To: 154789286         Board: Decision Diagnostics Corp.

**DECN and Berman don't detect 'virus'. They ARE a virus!**

Is the FDA filing a lie? Are you saying that DECN's product will never be approved? Does it even work? Do we need a new man in charge? You for example?

---

Rpt Seq: 160 Board Seq: 66671   Date: 4/5/2020 10:38:16 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154806857
By: plutoniumimplosion         Status: Public
To: rawman                     In Reply To: 154802210         Board: Decision Diagnostics Corp.

**Keep in mind, DECN is developing an entirely new technology, which has NEVER been tested and proven to be effective in detecting the existence of any sort of virus infection. The FDA's application review is not going to be "cake wake" and could cause approval delays beyond MAY!**

A guess, an opinion, or you are connected to the FDA and Dr. Birx and Dr. Fauci and know these things?

---

Rpt Seq: 161 Board Seq: 66679   Date: 4/5/2020 10:46:11 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154806948
By: plutoniumimplosion         Status: Public
To: rawman                     In Reply To: 154805838         Board: Decision Diagnostics Corp.

Just more opinion with a little tortured bits of information taken out of context.

You do realize people are dying but attacks on the DECN CEO continue unabated.

---

Rpt Seq: 162 Board Seq: 66686   Date: 4/5/2020 11:59:27 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154808107
By: plutoniumimplosion         Status: Public
To: rawman                     In Reply To: 154807891         Board: Decision Diagnostics Corp.

If message board posters, almost all non-shareholders, desire to dig Mr. Berman's grave, they are going to have to do better.

By the way, some of penny stock traders favorite companies, one in particular who imports and re-labels a very troubled Chinese Covid-19 diagnostic, will be (not) pleased to know that the Chinese FDA has frozen exports of 3-4 types of these kits indefinitely. The kits do not work and there is ample evidence showing that a flip of a coin provided better results than these kits. Dum dee dum dum

---

Rpt Seq: 163 Board Seq: 66704   Date: 4/5/2020 3:09:38 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154810735
By: plutoniumimplosion         Status: Public
To: rawman                     In Reply To: 154810636         Board: Decision Diagnostics Corp.

**BTW, what does the suspension of 3 or 4 Chinese test kits have to with DECN? Less competition? Tell that to Abbott and Roche among many 25 others, which already have EUA approvals!**

DOJ-BERMAN-R_0000308801

Nope, we're talking about the American companies that import, one in particular, that recently raised $50 million that gets a lot of play on iHub and even on this board.

One thing usually leads to another and I expect the FDA to put out a worldwide health alert on these kits.

---

Rpt Seq: 164  Board Seq: 66712   Date: 4/5/2020 4:26:13 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154811704
By: plutoniumimplosion            Status: Hidden
To: rawman                        In Reply To: 154811605      Board: Decision Diagnostics Corp.

**HERE'S A NOVEL IDEA! TAKE THE DIGITAL THERMOMETER OUT OF THE MEDICINE CABINET AND MEASURE THE PATIENT'S TEMPERATURE! IF THE PATIENT HAS A TEMPERATURE, SKIP 5 DAYS OF HASSLE, TEST KIT EXPENDITURES, AND INCORRECT RESULTS, BY TAKING THE PATIENT TO A CLINIC FOR AN EXAMINATION! IF THE CLINIC RECOMMENDS A DIAGNOSTIC TEST, IT WILL BE THE PCR TEST, NOT AN ANTIBODY TEST!**

Thank you doctor.

---

Rpt Seq: 165  Board Seq: 66740   Date: 4/5/2020 11:08:59 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154816882
By: plutoniumimplosion            Status: Public
To: mr pancake                    In Reply To: 154816745      Board: Decision Diagnostics Corp.

You never know, it may be closer than the message board CEOs think.

---

Rpt Seq: 166  Board Seq: 67186   Date: 4/6/2020 4:12:58 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154837876
By: plutoniumimplosion            Status: Public
To: rawnoc                        In Reply To: 154837691      Board: Decision Diagnostics Corp.

**Yep! It was Berman's statement, not mine! I was motivated to sort through CEO Keith Berman's intentionally misleading tripe and found the poorly "buried" TRUTH!**

rawnoc please inform us what was misleading in that PR. I thought it was very straight forward although it debunked a lot of message board myths.

---

Rpt Seq: 167  Board Seq: 67280   Date: 4/6/2020 9:38:33 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154843401
By: plutoniumimplosion            Status: Hidden
To: rawman                        In Reply To: 154843300      Board: Decision Diagnostics Corp.

**BTW, THE HIGHLY EFFECTIVE PCR TESTS WILL REMAIN THE PREFERRED AND RECOMMENDED METHODOLOGY FOR DIAGNOSING ACTIVE CORONAVIRUS INFECTIONS FOR THE FORESEEABLE FUTURE!**

So Dr. Rawnoc, everyone else is better,everyone else is further ahead, DECN is nothing but a bunch of schlocks and Berman is a crook. Berman's expert, a man who owns 32 patents, is a horrible person. So say several of the company's strongest supporters. There is no hope for DECN.

---

Rpt Seq: 168  Board Seq: 67287   Date: 4/6/2020 9:56:54 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154843665
By: plutoniumimplosion            Status: Public
To: elkonig                       In Reply To: 154843514      Board: Decision Diagnostics Corp.

**What a load of crap being spewed by the management of DECN. This share selling scam garbage ticker has always been suspect.**

Then don't wait another minute. Call the SEC, FBI, DoJ.

---

Rpt Seq: 169  Board Seq: 67950   Date: 4/7/2020 2:06:22 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154861885
By: plutoniumimplosion            Status: Hidden
To: rawman                        In Reply To: 154861720      Board: Decision Diagnostics Corp.

**There are for too many other "ready for market" options in the FDA's EUA approval queue!**

And they're pretty much all of the same type, until now. But thank you Dr. Rawnoc for the advice. I appreciate it.

---

Rpt Seq: 170  Board Seq: 68064   Date: 4/7/2020 3:42:52 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154865866
By: plutoniumimplosion            Status: Public
To: pastrychf05                   In Reply To: 154864072      Board: Decision Diagnostics Corp.

**I have a feeling that KB ain't just a pretty face and he is on to something!**

He may be and he may not be. Longs will know soon enough. Penny traders, flips, the generational malcontents, and those playing experts on message boards will never be satisfied and many made up their minds ages ago. All IMO

---

Rpt Seq: 171  Board Seq: 68118   Date: 4/7/2020 4:29:48 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154867552
By: plutoniumimplosion            Status: Public
To: archilles                     In Reply To: 154866005      Board: Decision Diagnostics Corp.

Only one problem archilles, DECN's method does not employ antibodies.

---

Rpt Seq: 172  Board Seq: 68179   Date: 4/7/2020 5:42:06 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154869156
By: plutoniumimplosion            Status: Public

DOJ-BERMAN-R_0000308802

To: rawman                    In Reply To: 154868737    Board: Decision Diagnostics Corp.

**Thanks of asking! Here's a good place to start, "...the FDA HAS worked with more than 270 developers..."**

I am interested, were you one or more of the developers? You try to convince us that you know a lot about a lot.

---

Rpt Seq: 173 Board Seq: 68435  Date: 4/8/2020 9:41:43 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154880035
By: plutoniumimplosion               Status: Hidden
To: VST7                      In Reply To: 154878409    Board: Decision Diagnostics Corp.

**The number I called was 888-463-6332 (pressed #1) and spoke to a woman who transferred me to the Dept that is in charge of new testing devices for the Covid-19 virus...**

Why would you lie about this? This isn't how the FDA works.

---

Rpt Seq: 174 Board Seq: 68810  Date: 4/8/2020 3:58:34 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154896811
By: plutoniumimplosion               Status: Public
To: pastrychf05                In Reply To: 154894954    Board: Decision Diagnostics Corp.

They approved the first finger prick antibody test about a week ago.

---

Rpt Seq: 175 Board Seq: 68883  Date: 4/8/2020 7:31:10 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154901465
By: plutoniumimplosion               Status: Public
To: Mjinvestor2                In Reply To: 154901317    Board: Decision Diagnostics Corp.

**AYTU has a better product and they.are still waiting.**

Would you tell us all why the AYTU product is better? What are the similarities and differences and how did AYTU get it right and DECN didn't. Let us all know. Thanks.

---

Rpt Seq: 176 Board Seq: 68924  Date: 4/8/2020 8:58:28 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154902684
By: plutoniumimplosion               Status: Public
To: Mjinvestor2                In Reply To: 154901755    Board: Decision Diagnostics Corp.

**stocks were up now back to earth with many holding the bag.**

But not you?

I asked earlier why you think the AYTU product is better. Certainly you can tell us.

---

Rpt Seq: 177 Board Seq: 68933  Date: 4/8/2020 9:39:40 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154903235
By: plutoniumimplosion               Status: Public
To: pastrychf05                In Reply To: 154902700    Board: Decision Diagnostics Corp.

Rothschild wrote KB hate mail today.

---

Rpt Seq: 178 Board Seq: 68944  Date: 4/8/2020 10:34:15 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154903908
By: plutoniumimplosion               Status: Public
To: Jelly Bean                 In Reply To: 154903575    Board: Decision Diagnostics Corp.

**Didn't I see some PR by berman saying he was going to run a trial using 30 known positive samples and 30 known negative samples to submit to the FDA? That's it? I also remember there being some statement about how challenging and rigorous the trial would be.**

30/30 is FDA Guidance. Do you want me to send a copy to you? Do you know better?

**Yes, I am sure it will take him a whole day to run 60 samples.**

He isn't going to run any of the samples. A licensed specialty laboratory will.

---

Rpt Seq: 179 Board Seq: 69080  Date: 4/9/2020 10:32:22 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154911714
By: plutoniumimplosion               Status: Hidden
To: pastrychf05                In Reply To: 154904046    Board: Decision Diagnostics Corp.

**But, apparently many of the traders in this stock have become scientists and FDA employees over the past week.**

That is the part about penny stock traders I will never understand. Making themselves, and only by themselves, into faux experts and then putting down company management, even inventors, all of whom have great credentials. If these people were experts beyond compare, they wouldn't be spending time on message boards because they wouldn't have time.

---

Rpt Seq: 180 Board Seq: 69101  Date: 4/9/2020 10:51:36 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154912639
By: plutoniumimplosion               Status: Hidden
To: oilywankanobe                In Reply To: 154912385    Board: Decision Diagnostics Corp.

**TIME FOR KB TO PROVE SOMETHING other than fodder for day traders!**

I am glad you think so. His job is very easy you know. Many message board posters think they can do a better job, and say so daily.

---

DOJ-BERMAN-R_0000308803

Rpt Seq: 181 Board Seq: 69194  Date: 4/9/2020 1:53:19 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154919833
By: plutoniumimplosion            Status: Public
To: Hercules1                     In Reply To: 154918343      Board: Decision Diagnostics Corp.

**company is eying NASDAQ.**

No they are not. They are eyeing getting full FDA approval and making millions of test kits. If you want a NASDAQ stock there are plenty you can buy. Today, stay focused. They should not let penny traders rumor up an agenda.

---

Rpt Seq: 182 Board Seq: 69195  Date: 4/9/2020 1:58:19 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154920045
By: plutoniumimplosion            Status: Public
To: Johnny_C                      In Reply To: 154919296      Board: Decision Diagnostics Corp.

**If Bozo Berman and Bozo Musho have not started trials yet, and are just working on a prototype, what news do you think will propel the stock..**

Ahhhhh an appearance by TAUG's paid consultant just recently put in charge of TAUG's new Covid-19 test kit. That is itself a venture run by stock promoters. How fitting.

By the way has TAUG started trials yet or are they just working on a prototype, or is the TAUG initiative just words to propel TAUG stock?

---

Rpt Seq: 183 Board Seq: 69200  Date: 4/9/2020 2:06:12 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154920372
By: plutoniumimplosion            Status: Public
To: rsconcept                     In Reply To: 154920172      Board: Decision Diagnostics Corp.

**PEOPLE ARE LEAVING THE SHIP BEFORE IT TANKS DOWN TO 0.08. SMART**

sorry to pop your bubble, but I see major accumulation and at this level of volume this means institutions. Sorry, but I do not think you'll see $.08.

---

Rpt Seq: 184 Board Seq: 69257  Date: 4/9/2020 3:13:16 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154922969
By: plutoniumimplosion            Status: Hidden
To: zalicuslicious                In Reply To: 154920561      Board: Decision Diagnostics Corp.

More libel of the DECN CEO, from a TAUG board Moderator.

---

Rpt Seq: 185 Board Seq: 69275  Date: 4/9/2020 3:24:48 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154923495
By: plutoniumimplosion            Status: Public
To: Garden Rose                   In Reply To: 154921257      Board: Decision Diagnostics Corp.

**Johnny, I'm new here and just started DD, what is the malfeasance you are talking about.**

This is fake news. Johnny is supremely jealous of the DECN CEO and will say or do anything. And he has for 4 years -- without success.

---

Rpt Seq: 186 Board Seq: 69279  Date: 4/9/2020 3:27:09 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154923622
By: plutoniumimplosion            Status: Public
To: Jack_of_All_Trades            In Reply To: 154923562      Board: Decision Diagnostics Corp.

**Sounds like someone has way too much time on their hands!**

The same was true last month, a year ago, two years ago and four years ago. It never ends. He acts like a jilted lover.

---

Rpt Seq: 187 Board Seq: 69378  Date: 4/9/2020 7:02:43 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154928624
By: plutoniumimplosion            Status: Hidden
To: rawman                        In Reply To: 154925146      Board: Decision Diagnostics Corp.

So I will ask for a fourth time. Should DECN take your implied advice and just give up. You spend 18 hours a day trying to make that case.

Berman is an idiot and a fool and a crook. His main PhD technical guy with 32 patents doesn't meet your standards. So why should DECN continue when a message board poster tells them to give up. Nobody at DECN has an ounce of credibility and positive shareholders are even worse.

---

Rpt Seq: 188 Board Seq: 69380  Date: 4/9/2020 7:18:42 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154928876
By: plutoniumimplosion            Status: Public
To: rawman                        In Reply To: 154928349      Board: Decision Diagnostics Corp.

**The product spec will be finalized in MID-MAY and this finalized spec will dictate the specific details regarding manufacturing parts and equipment.**

Rawnoc the product spec was finalized prior to April 3, when the EUA was filed with the FDA. The EUA application contains full engineering diagrams. But then again the spec was designed and provided by the PhD with 32 patents to his name. A man you find lacking.

---

Rpt Seq: 189 Board Seq: 69398  Date: 4/9/2020 8:28:44 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154929726
By: plutoniumimplosion            Status: Hidden
To: rawman                        In Reply To: 154929539      Board: Decision Diagnostics Corp.

Now you're being ridiculous and you know it Rawnoc.

---

Rpt Seq: 190 Board Seq: 69437  Date: 4/10/2020 9:14:31 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154933376

DOJ-BERMAN-R_0000308804