By: plutoniumimplosion        Status: Hidden
To: rawman                    In Reply To: 154933127       Board: Decision Diagnostics Corp.

**BTW..."marketing experience"????? Oh really? Only $2.3 million in annual worldwide sales would suggest DECN is probably not very good at it!**

This is why I keep posting that a message board poster needs to come in and take over DECN. I can think of 3-4 message board posters, multiple daily posters, all of whom believe that they can do a much better job than Berman. Experience and qualifications are not needed. So let's get this done.

---

Rpt Seq: 191 Board Seq: 69544  Date: 4/10/2020 2:57:32 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154937658
By: plutoniumimplosion        Status: Public
To: rawman                    In Reply To: 154937304       Board: Decision Diagnostics Corp.

**The FDA has already made it known that home self-administered test kits will not be granted a EUA authorization any time soon!**

I wasn't aware that the FDA made it a point to call finance message board posters, so, since there was no call, please guide us to an FDA guidance document or news release, or newsletter where they say self-administered kits will not be granted EUA. And while this is being done, please point us to an FDA guidance document or news release, or newsletter where they say that kits offered on Amazon require a full FDA review.

---

Rpt Seq: 192 Board Seq: 69596  Date: 4/10/2020 4:59:33 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154939058
By: plutoniumimplosion        Status: Public
To: ttottip                   In Reply To: 154938626       Board: Decision Diagnostics Corp.

**I wish this to happen, because everyone will make money here! But I have to much doubt.**

Then buy stocks that do not give you doubt. We will get by just fine here.

---

Rpt Seq: 193 Board Seq: 69673  Date: 4/11/2020 8:34:19 AM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154944156
By: plutoniumimplosion        Status: Hidden
To: rawman                    In Reply To: 154944127       Board: Decision Diagnostics Corp.

**If the kit is focused on detecting an active virus, as are the PCR tests, when in the ACTIVE infection's cycle will the DECN impedance-based test actually work? NOBODY KNOWS!**

Including message board posters who detest Mr. Berman and his company.

---

Rpt Seq: 194 Board Seq: 69720  Date: 4/11/2020 11:58:39 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154945837
By: plutoniumimplosion        Status: Hidden
To: rawman                    In Reply To: 154945766       Board: Decision Diagnostics Corp.

**Of course these sorts of "performance details" could then allow interested investors to make a rational decision related to DECN's foray into the coronavirus testing space.**

You made up your mind prior to coming to this board from the TAUG board. So my original statement stands, you detest Mr. Berman, even though you have never met him, corresponded with him, or talked to him, and are attempting to convince many others of your feelings. I have no problem with that. It is disingenuous but people do it all the time. Exhibit #1 of this type of behavior is TAUG's consultant.

My issue is that you are attempting to convince others that you are an expert in these matters. So, show your expert credentials to those who actually own DECN shares. No credentials, then just another stock trader masquerading.

---

Rpt Seq: 195 Board Seq: 69942  Date: 4/12/2020 11:30:42 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154954429
By: plutoniumimplosion        Status: Hidden
To: rawman                    In Reply To: 154952487       Board: Decision Diagnostics Corp.

**The operative two words are "WILL PROVIDE"!**

Then perhaps you come up with your own kit and get it FDA approved for emergency use.

---

Rpt Seq: 196 Board Seq: 69951  Date: 4/12/2020 12:21:57 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154955020
By: plutoniumimplosion        Status: Public
To: mr pancake                In Reply To: 154954760       Board: Decision Diagnostics Corp.

**Looks Like It's Time For DECN to Step Up To The Plate and Show What They are Made Of**

I am sorry, I didn't get it. What hasn't DECN done that you expect them to do.

---

Rpt Seq: 197 Board Seq: 69965  Date: 4/12/2020 1:24:07 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154955688
By: plutoniumimplosion        Status: Public
To: Jaded Past                In Reply To: 154955144       Board: Decision Diagnostics Corp.

**One idea is for all of us who have Twitter is to tweet Dr. Stephen Hahn (@SteveFDA) and just remind him about DECN. Here is what I**

DOJ-BERMAN-R_0000308805

wrote: Dear Mr. Hahn, can you please take a look at DECN (Decision Diagnostics) serology 15 second test result Test Kit? It is under your review now for a EUA. People are suffering needlessly. Best Regards.)

I hope you didn't send this. First of all DECN does not now currently have a serology test. And second of all, it appears that the FDA is embargoing all serology methods. One approved out of 77 applications sure sounds like an embargo to me.

Third of all, Hahn and Shuren are going to be blamed for this technology embargo. It is the very reason that Gottlieb got fed up and quit as Trump's first FDA Commissioner.

---

| | | |
|---|---|---|
| Rpt Seq: 198 Board Seq: 69971 | Date: 4/12/2020 1:37:19 PM | URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154955837 |
| By: plutoniumimplosion | Status: Public | |
| To: Jaded Past | In Reply To: 154955728 | Board: Decision Diagnostics Corp. |

Of course I sent this as well as the peeps over on Yahoo Business! I am truly soory if your confidence level is waning over DECN's ability to dominate the serology test market.

I am not a fool. It will be difficult for DECN to dominate the serology channel if their medthod is not serological. Hey, didn't I say that a few minutes ago.

---

| | | |
|---|---|---|
| Rpt Seq: 199 Board Seq: 69996 | Date: 4/12/2020 3:27:33 PM | URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154957014 |
| By: plutoniumimplosion | Status: Public | |
| To: rawman | In Reply To: 154956297 | Board: Decision Diagnostics Corp. |

Given the now proven BS in CEO Keith Berman's April 7 PR, it is now a real and legitimate question! Has DECN even been designated for PRE-EUA, let alone full EUA Authorization.

Horsefeathers. Statements, statements, statements. I am awaiting the first positive one... in fact the first neutral one.

This appears to me to be a call the company moment. Let us know what DECN tells you.

---

| | | |
|---|---|---|
| Rpt Seq: 200 Board Seq: 69999 | Date: 4/12/2020 3:33:31 PM | URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154957083 |
| By: plutoniumimplosion | Status: Public | |
| To: Jaded Past | In Reply To: 154957061 | Board: Decision Diagnostics Corp. |

I read that report from April 7th, and it looks 100% legit... Can you outline just where you noticed any "BS"? Oh... You more than likely meant that "BS" stands for "BULLS"! $DECN

You're talking to the wrong guy pal.

---

| | | |
|---|---|---|
| Rpt Seq: 201 Board Seq: 70028 | Date: 4/12/2020 6:09:21 PM | URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154958614 |
| By: plutoniumimplosion | Status: Hidden | |
| To: rawman | In Reply To: 154957836 | Board: Decision Diagnostics Corp. |

Really Rawnoc ...

"This submission has been assigned the unique document control number below. All future correspondence regarding this submission should be identified prominently with the number assigned and should be submitted to the Document Control Center at the above letterhead address. Failure to do so may result in processing delays.

Submission Number: PEUA200323
Received: 4/3/2020
Applicant: Pharma Tech Solutions, Inc.
Device: GenViro!(TM) COVID-19 Screening Kit"

It is a Serial Number "PEUA200323" for the company's device called GenVirol(TM) COVID-19 Screening Kit.

Now what do YOU think PUEA stands for? And what do YOU think the title "Device" stands for.

Give it up.

---

| | | |
|---|---|---|
| Rpt Seq: 202 Board Seq: 70037 | Date: 4/12/2020 7:09:04 PM | URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154959148 |
| By: plutoniumimplosion | Status: Public | |
| To: rawman | In Reply To: 154959134 | Board: Decision Diagnostics Corp. |

it would appear DECN has a long way to go in its quest to be granted an EUA Authorization.

In your opinion and we all know what everyone thinks of opinions.

---

| | | |
|---|---|---|
| Rpt Seq: 203 Board Seq: 70077 | Date: 4/12/2020 9:01:09 PM | URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154960151 |
| By: plutoniumimplosion | Status: Public | |
| To: rawman | In Reply To: 154960117 | Board: Decision Diagnostics Corp. |

It is my understanding DECN is developing two finger-prick serology (blood) tests. One is to be an antibody test and what the other does is basically unknown. Aside from the "unknown" part, is this wrong thinking? BTW, how about helping us out with even a minor description of the impendance-based virus detection technology?

The company has described this at great length -- too much information in my opinion.

DOJ-BERMAN-R_0000308806

Rpt Seq: 204 Board Seq: 70357   Date: 4/13/2020 3:16:16 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154978875
By: plutoniumimplosion              Status: Hidden
To: nonsequetor                     In Reply To: 154974196       Board: Decision Diagnostics Corp.

**In my opinion, it is you who should be under the SEC's microscope not DECN and Mr. Berman.**

The SEC will take TAUG's consultant's last and next complaint, do a little research on the consultant, find out about the jail time, and file the complaint in the "as resources permit" file. All IMHO.

Rpt Seq: 205 Board Seq: 70395   Date: 4/13/2020 4:55:16 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154982303
By: plutoniumimplosion              Status: Hidden
To: rawman                          In Reply To: 154982075       Board: Decision Diagnostics Corp.

**It is a simple fact that contrary to what CEO Keith Berman is touting, there are those who believe the DECN approach won't work; therefore it seems prudent for an investor to better understand both sides of the discussion.**

The key word in that nonsense is **investor**.

Rpt Seq: 206 Board Seq: 70499   Date: 4/14/2020 9:14:49 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154992830
By: plutoniumimplosion              Status: Public
To: rawman                          In Reply To: 154992726       Board: Decision Diagnostics Corp.

What is your point. I have tried to figure that out and can't.

Rpt Seq: 207 Board Seq: 70526   Date: 4/14/2020 10:01:07 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154994869
By: plutoniumimplosion              Status: Hidden
To: rawman                          In Reply To: 154993478       Board: Decision Diagnostics Corp.

**Please tell Keith Berman, "Thank you for withholding the information!"**

Tell the DECN CEO yourself. Your agenda, your call.

Rpt Seq: 208 Board Seq: 70629   Date: 4/14/2020 11:56:43 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=154999761
By: plutoniumimplosion              Status: Public
To: Johnny_C                        In Reply To: 154996727       Board: Decision Diagnostics Corp.

**Kieth Berman and Matthew Musho supposedly own the patent 50/50 When are we going to know the patent status**

So let me ask the TAUG paid consultant and management team member a question. Who would you rather own a patent, the two men who created the technology, or some guy who spent time in jail?

All patents are owned by individuals. The question from the TAUG consultant might better be, will these men, the inventors in patent talk, assign their rights to the corporation where it will add value to the corporation and indirectly to shareholders. Non-shareholders, message board posters and consultants from another company who has NO role at DECN would receive no value.

Rpt Seq: 209 Board Seq: 70674   Date: 4/14/2020 1:13:42 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155003053
By: plutoniumimplosion              Status: Public
To: Johnny_C                        In Reply To: 155000738       Board: Decision Diagnostics Corp.

**If a company employee creates a patent for a US company that patent should be automatically assigned to the Company!**

Perhaps, but this isn't TAUG and what the TAUG consultant says and thinks is of no concern here. CEO Berman is making these decisions, not TAUG's consultant.

Carry on.

Rpt Seq: 210 Board Seq: 70682   Date: 4/14/2020 1:45:27 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155004314
By: plutoniumimplosion              Status: Public
To: Johnny_C                        In Reply To: 155004157       Board: Decision Diagnostics Corp.

**While we are waiting for the patent information it would be great to know when this magical converted glucose meter is actually going to be put to trials with real COVID, non COVID and healed COVID patients..**

TAUG's consultant should just call the SEC again for all the good it will provide him. Companies do not provide non-shareholders with information that they are not entitled to.

Rpt Seq: 211 Board Seq: 70692   Date: 4/14/2020 2:15:23 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155005503
By: plutoniumimplosion              Status: Public
To: Johnny_C                        In Reply To: 155004703       Board: Decision Diagnostics Corp.

**Looks like BOZO Berman also lied to shareholders calling in about the O/S shares.**

How so John?

Rpt Seq: 212 Board Seq: 70694   Date: 4/14/2020 2:16:19 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155005530

DOJ-BERMAN-R_0000308807

By: plutoniumimplosion                    Status: Public
To: rawman                    In Reply To: 155005416        Board: Decision Diagnostics Corp.

**When the company, via its shareholders, is bearing the costs, including the development of the 3 proposed options for the GenViro tests kits, the patent legal counsel, etc., it seems obvious the company should "own" the final product, i.e. the patent! Unfortunately, all bets are off when one individual controls everything, makes the decisions, and negotiates with himself, while providing no details.**

How do you know if any of this is true? You don't.

---

Rpt Seq: 213 Board Seq: 70703  Date: 4/14/2020 2:25:59 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155005896
By: plutoniumimplosion                    Status: Public
To: Johnny_C                    In Reply To: 155005671        Board: Decision Diagnostics Corp.

How do you know that the company has issued new shares? With all of the focus by the SEC on fraudulent Covid-19 companies like TAUG and others before them, DECN has kept their powder dry and issued no new shares. Existing shareholders, particularly those who held shares for over 2 years, may have converted and taken a few dollars off the table, not unlike daddy.

---

Rpt Seq: 214 Board Seq: 70705  Date: 4/14/2020 2:27:54 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155005975
By: plutoniumimplosion                    Status: Public
To: VST7                    In Reply To: 155001774        Board: Decision Diagnostics Corp.

How do you know new shares were issued? How do you know you were lied to?

---

Rpt Seq: 215 Board Seq: 70717  Date: 4/14/2020 2:42:33 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155006550
By: plutoniumimplosion                    Status: Public
To: Johnny_C                    In Reply To: 155005980        Board: Decision Diagnostics Corp.

**Now the patent is another issue, as well as an announcement from the Company that they have to file with the SEC**

TAUG's consultant for Corporate Finance, a management position, should tend to his business over at TAUG and leave DECN business to the company and its shareholders. In the meantime TAUG desperately needs the consultant's help. He got them into their mess and only he can get them out of it. He did it because of his jealousy of DECN CEO Berman. A resignation and his divestiture of his TAUG shares would be a good start for the consultant to take. An SEC investigation of the nonsensical TAUG news release from last week and their consultant's brush with the law can't be far behind.

As for DECN Mr. Berman, he is doing just fine. He has a unique leading edge technology now in review with the FDA. He has orders, many, many demands from people wanting to sell the product worldwide and a strong stock. Berman has everything TAUG doesn't.

---

Rpt Seq: 216 Board Seq: 70732  Date: 4/14/2020 2:59:10 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155007205
By: plutoniumimplosion                    Status: Public
To: VST7                    In Reply To: 155007142        Board: Decision Diagnostics Corp.

**Cuz.I read filings and keep up with the-share.structure.......**

And please point out to me which filings show new shares being issued.

---

Rpt Seq: 217 Board Seq: 70739  Date: 4/14/2020 3:10:07 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155007686
By: plutoniumimplosion                    Status: Public
To: Johnny_C                    In Reply To: 155007227        Board: Decision Diagnostics Corp.

**CEO Berman needs to come clean on the patent status and the Company's position regarding having toe now file with the SEC!**

No he doesn't. his job is to run the company, get his wonderful product out there, make the company tons of money, perhaps take a salary, and ignore the rantings of TAUG's consultant.

---

Rpt Seq: 218 Board Seq: 70746  Date: 4/14/2020 3:16:21 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155007967
By: plutoniumimplosion                    Status: Public
To: Johnny_C                    In Reply To: 155007885        Board: Decision Diagnostics Corp.

**Bozo Berman is the CEO and only Board member of a public company and must disclose material events..**

Then come on in and take over DECN and show us all how it should be run. Oh, my bad, you cannot be an officer or director of a public company because of the jail time in the TAUG consultant's past.

---

Rpt Seq: 219 Board Seq: 70770  Date: 4/14/2020 3:56:10 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155009639
By: plutoniumimplosion                    Status: Public
To: rawman                    In Reply To: 155009344        Board: Decision Diagnostics Corp.

**IF THE ABOVE TA-VERIFIED SHARE STRUCTURE IS NOT A FACTUAL, PLEASE EXPLAIN WHY DECN'S TRANSFER AGENT HAS CHOSEN TO VERIFY MISREPRESENTING DATA!**

Call the transfer agent and ask them. Make sure your allegations are the strongest possible.

---

Rpt Seq: 220 Board Seq: 70771  Date: 4/14/2020 3:57:51 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155009734
By: plutoniumimplosion                    Status: Hidden
To: VST7                    In Reply To: 155009608        Board: Decision Diagnostics Corp.

DOJ-BERMAN-R_0000308808

**If you don't know what the share structure was in March compared to April, well I'm not doing your DD for you...**

I don't count shares. I view share counting as a form of mental illness. I am not concerned by this, you are.

---

| | | |
|---|---|---|
| Rpt Seq: 221 Board Seq: 70797 | Date: 4/14/2020 4:43:55 PM | URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155011149 |
| By: plutoniumimplosion | Status: Public | |
| To: rawman | In Reply To: 155010884 | Board: Decision Diagnostics Corp. |

**FYI, rather than doing the actual DD, a quicker reference might be my earlier post on the subject!**

Not what I asked Rawnoc. You made the allegation, so please point out to me which company filings show new shares being issued.

---

| | | |
|---|---|---|
| Rpt Seq: 222 Board Seq: 70805 | Date: 4/14/2020 5:06:44 PM | URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155011701 |
| By: plutoniumimplosion | Status: Hidden | |
| To: Jelly Bean | In Reply To: 155011540 | Board: Decision Diagnostics Corp. |

**By the way, doesn't it just make your skin crawl to know that all of these traders only care about the stock price?**

Nope, but my skin does crawl when someone who hasn't owned DECN stock for a decade trashes everything DECN, especially Mr. Berman.

---

| | | |
|---|---|---|
| Rpt Seq: 223 Board Seq: 70806 | Date: 4/14/2020 5:08:23 PM | URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155011731 |
| By: plutoniumimplosion | Status: Public | |
| To: Jelly Bean | In Reply To: 155011468 | Board: Decision Diagnostics Corp. |

**Antibody tests will be great for determining who has already had the covid. So, they will be quite useful going forward**

The FDA isn't approving antibody based tests. Is that Berman's fault too.

---

| | | |
|---|---|---|
| Rpt Seq: 224 Board Seq: 70816 | Date: 4/14/2020 5:52:04 PM | URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155012682 |
| By: plutoniumimplosion | Status: Public | |
| To: rawman | In Reply To: 155012467 | Board: Decision Diagnostics Corp. |

**FORTUNATELY, THERE IS NO NEED TO CALL THE TRANSFER AGENT!**

Exactly what I figured. Another in a series of false alarms.

---

| | | |
|---|---|---|
| Rpt Seq: 225 Board Seq: 70823 | Date: 4/14/2020 6:37:08 PM | URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155013490 |
| By: plutoniumimplosion | Status: Public | |
| To: rawman | In Reply To: 155013319 | Board: Decision Diagnostics Corp. |

**It seems the claim is intended to belittle the Cellex EUA Authorization, which is in fact a test that relies on the detection and identification of blood-borne COVID-19 antibodies. Oh well!**

Belittling people or claims is not my business model. That mantle has been seized by others. However, 81 applications filed with the FDA for EUA, some of the applications 2+ months old, and yet only one approval speaks volumes.

---

| | | |
|---|---|---|
| Rpt Seq: 226 Board Seq: 70833 | Date: 4/14/2020 7:36:46 PM | URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155014537 |
| By: plutoniumimplosion | Status: Hidden | |
| To: rawman | In Reply To: 155014176 | Board: Decision Diagnostics Corp. |

**Allow me to be frank! I absolutely trust the Transfer Agent!**

Allow me be frank. I don't believe anything I read on a message board.

So to be clear, if you feel so strongly that you have uncovered fraud, then by all means call the SEC. I could care less and I am certain they could care less as well. Like everyone that has half a brain the SEC will consider the source if it even gets that far. TAUG's consultant has complained, lied and twisted for 4 years and gotten nowhere. Actually he has gotten somewhere, but it was in the wrobg direction. From the SEC or the FBI, not even a nibble. When does a self-appointed whistle blower become a joke?

Perhaps you are a greater man than TAUG's consultant, although you tend to move your supposed frauds around the game board as if they were chess pieces. But, have at it, and let me know how it goes.

---

| | | |
|---|---|---|
| Rpt Seq: 227 Board Seq: 70839 | Date: 4/14/2020 7:57:33 PM | URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155014898 |
| By: plutoniumimplosion | Status: Public | |
| To: rawman | In Reply To: 155014714 | Board: Decision Diagnostics Corp. |

**BTW, the newly printed 53,153,249 DECN shares, which have recently been dumped into the open market, may account for a substantial portion of the higher trading volume we've seen over the last few weeks!**

And, so? So what. Where is the fraud.

---

| | | |
|---|---|---|
| Rpt Seq: 228 Board Seq: 70888 | Date: 4/15/2020 8:50:08 AM | URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155021057 |
| By: plutoniumimplosion | Status: Public | |
| To: Scotttrader80 | In Reply To: 155018097 | Board: Decision Diagnostics Corp. |

DOJ-BERMAN-R_0000308809

**Not true, FRAUD has been mention many times**

And let us not forget the many times Mr. Berman has been accused of malfeasance. Fraud and malfeasance, the perfect duo.

---

Rpt Seq: 229 Board Seq: 70927   Date: 4/15/2020 9:45:28 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155023011
By: plutoniumimplosion   Status: Public
To: Johnny_C   In Reply To: 155021170   Board: Decision Diagnostics Corp.

**Bozo Berman personally contributed to the auditor malpractice.**

I have been asking TAUG's consultant for proof of this statement. Again where is your proof. You have none, you have never had proof. These are statements meant to manipulate DECN stock.

As I have stated many times, accusing an innocent man of a crime, an allegation you know not to be true, is itself a crime.

---

Rpt Seq: 230 Board Seq: 70998   Date: 4/15/2020 11:13:39 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155027343
By: plutoniumimplosion   Status: Public
To: Johnny_C   In Reply To: 155027108   Board: Decision Diagnostics Corp.

**I will post the PR tomorrow morning, but I am surprised you do not remember it**

Ridiculous DECN trivia from TAUG's consultant from 2015, dating before the sad experience we all were involved with concerning TAUG and ths previously jailed consultant.

When you become an officer or director of a public company, all of these sue or not sue decisions can be yours. Oh, I forgot. You cannot be an officer or director of a public company. Therre is this little thing about TAUG's consultant's jail time.

---

Rpt Seq: 231 Board Seq: 71114   Date: 4/15/2020 1:05:25 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155032074
By: plutoniumimplosion   Status: Public
To: Johnny_C   In Reply To: 155031703   Board: Decision Diagnostics Corp.

**I guess Bozo berman waking up one day and wanting to pump a dead stock up anyone can draw a design on a napkin and then write**

Since TAUG's consultant has a penchant for nicknames, especially for all things DECN, a company where the consultant has a lot of jealousy, I propose the following nickname for the consultant, Jailbird Cesario owing to the consultant's brush with the law and his inability to be an officer of director of a public company.

---

Rpt Seq: 232 Board Seq: 71119   Date: 4/15/2020 1:14:30 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155032474
By: plutoniumimplosion   Status: Hidden
To: Johnny_C   In Reply To: 155032202   Board: Decision Diagnostics Corp.

**I suppose Bozo Berman and Bozo Matthew Musho saw this coming;**

Buy some Abbott stock. Let us know how that works out for you.

---

Rpt Seq: 233 Board Seq: 71123   Date: 4/15/2020 1:33:37 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155033199
By: plutoniumimplosion   Status: Hidden
To: rawman   In Reply To: 155032666   Board: Decision Diagnostics Corp.

**Rutgers IS NOT DECN! An Israeli company...based on genetics IS NOT DECN! A Syracuse company with a saliva test IS NOT DECN! A California company using a diabetes monitor with a digitized electron microscope IS NOT DECN!**

And you are neither an expert, nor are you Mr. Berman or an equivalent. JMO

---

Rpt Seq: 234 Board Seq: 71125   Date: 4/15/2020 1:34:47 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155033260
By: plutoniumimplosion   Status: Public
To: rawman   In Reply To: 155033046   Board: Decision Diagnostics Corp.

**Does the DECN Test Kit Use An Electron Microscope?**

Actually in an indirect but very visible way, it does. Why didn't you know that.

---

Rpt Seq: 235 Board Seq: 71194   Date: 4/15/2020 4:14:05 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155039361
By: plutoniumimplosion   Status: Public
To: Jelly Bean   In Reply To: 155038448   Board: Decision Diagnostics Corp.

wanna bet?

---

Rpt Seq: 236 Board Seq: 71205   Date: 4/15/2020 4:50:13 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155040341
By: plutoniumimplosion   Status: Public
To: sb12546   In Reply To: 155039837   Board: Decision Diagnostics Corp.

It's starting.

https://newyork.cbslocal.com/2020/04/14/max-minute-coronavirus-tests-in-development/amp/?__twitter_impression=true

---

DOJ-BERMAN-R_0000308810

Rpt Seq: 237 Board Seq: 71206  Date: 4/15/2020 4:53:01 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155040397
By: plutoniumimplosion                       Status: Hidden
To: rawman                                   In Reply To: 155040234        Board: Decision Diagnostics Corp.

**Sorry to beat a dead horse, but DECN HAS RECEIVED NO EUA APPROVAL FOR ITS COVID-19 TEST KIT AT ANY TIME, LET ALONE APRIL 3.**

Oh go ahead and beat that dead horse. People stopped paying attention to you last week.

---

Rpt Seq: 238 Board Seq: 71207  Date: 4/15/2020 4:55:06 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155040449
By: plutoniumimplosion                       Status: Public
To: unceunceunce                             In Reply To: 155040049        Board: Decision Diagnostics Corp.

**Not sure that this is us as the "digitized electron microscopic picture" doesn't fit how Berman describes GenViro**

He never described the back end of the GenViro! test. Too many bad guys in the stock to waste the Nobel Prize opportunity. Now I think he plans on talking about it.

---

Rpt Seq: 239 Board Seq: 71209  Date: 4/15/2020 4:58:09 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155040505
By: plutoniumimplosion                       Status: Public
To: rawman                                   In Reply To: 155040234        Board: Decision Diagnostics Corp.

**DECN has received an "Acknowledgement Letter", indicating the FDA has received DECN's application to be designated to participate in the FDA Pre-EUA process. Contrary to CEO Keith Berman's bogus claim of receiving a "device serial number" from the FDA, DECN simply received a Document Control Number (DCN), which every applicant receives, and must included on all correspondence sent to the FDA. That's it! It appears DECN has not yet even received an FDA Notification that it has been accepted as a Pre-EUA Designee.**

Wrong, wrong and nonsense.

---

Rpt Seq: 240 Board Seq: 71254  Date: 4/15/2020 7:37:56 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155043728
By: plutoniumimplosion                       Status: Public
To: pastrychf05                              In Reply To: 155043670        Board: Decision Diagnostics Corp.

pastry, hold those shares tightly. When the back end of GenViro is revealed, and it isn't necessary in the FDA application, people are going to be shocked.

---

Rpt Seq: 241 Board Seq: 71260  Date: 4/15/2020 7:54:35 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155043998
By: plutoniumimplosion                       Status: Public
To: pastrychf05                              In Reply To: 155043803        Board: Decision Diagnostics Corp.

Image 3 pastry. Sear that image into your brain. It will be important. Remember and do not share.

https://www.sciencealert.com/this-is-what-the-covid-19-virus-looks-like-under-electron-microscopes

---

Rpt Seq: 242 Board Seq: 71289  Date: 4/15/2020 8:41:33 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155044752
By: plutoniumimplosion                       Status: Public
To: rawman                                   In Reply To: 155044137        Board: Decision Diagnostics Corp.

**Did you see the electron microscope? Basically, it looks like the diabetes monitor is transferring blood sample images to the electron microscope, where the samples are then viewed by a technician to determine a tests outcome. It does not seem too likely DECN's Precis meter fits into this apparent diagnostic process. JMO!**

Wrong, wrong, couldn't be more wrong.

---

Rpt Seq: 243 Board Seq: 71291  Date: 4/15/2020 8:44:19 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155044803
By: plutoniumimplosion                       Status: Public
To: Pennymoney19                             In Reply To: 155044416        Board: Decision Diagnostics Corp.

**459 shareholders in May of 2019.**

459 shareholders of record. The remaining shareholders are what are commonly called NOBO. These shares are held in street name. There are probably, I think, 12,500 of these holders.

---

Rpt Seq: 244 Board Seq: 71293  Date: 4/15/2020 8:46:19 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155044841
By: plutoniumimplosion                       Status: Public
To: rawman                                   In Reply To: 155044390        Board: Decision Diagnostics Corp.

**Berman's claimed "device serial number" has already proven to be a load of crap**

Is Berman a liar, a crook, a self-dealer, did he threaten children and do jail time?

---

Rpt Seq: 245 Board Seq: 71319  Date: 4/15/2020 10:41:13 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155046235
By: plutoniumimplosion                       Status: Hidden

DOJ-BERMAN-R_0000308811

To: rawman          In Reply To: 155045372      Board: Decision Diagnostics Corp.

**It is very instructive to note CEO Berman is hell bent on keeping the full body of the FDA acknowledgement letter concealed! Where's the FDA's Pre-EUA notification, which would actually confirm the DECN COVID-19 kit is part of the FDA's Pre-EUA product development process. Candidly, I firmly believe CEO Keith Berman is misrepresenting DECN's status as it relates to the FDA**

What you firmly believe is of no concern. Your beliefs can be bought.

---

Rpt Seq: 246 Board Seq: 71320  Date: 4/15/2020 10:43:32 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155046260
By: plutoniumimplosion       Status: Public
To: rawman                   In Reply To: 155046194      Board: Decision Diagnostics Corp.

**BTW, there have been several posts citing examples of EUA Authorizations that were granted in 8 to 10 days.**

Then those companies must be great, in fact better than great. Great find. Good places to invest your money. GLTY

---

Rpt Seq: 247 Board Seq: 71495  Date: 4/16/2020 12:37:38 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155059977
By: plutoniumimplosion       Status: Public
To: Johnny_C                 In Reply To: 155059895      Board: Decision Diagnostics Corp.

**Why wasn't Berman's relationship with the sole contractor in Korea disclosed?**

Perhaps because there isn't one. Berman does not deal in conflicts like TAUG managers, directors and consultants.

---

Rpt Seq: 248 Board Seq: 71520  Date: 4/16/2020 1:02:51 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155061016
By: plutoniumimplosion       Status: Public
To: livefree_ordie           In Reply To: 155060694      Board: Decision Diagnostics Corp.

**Abbots too costly for home use in other words.**

And way too difficult for someone like TAUG's consultant to use.

---

Rpt Seq: 249 Board Seq: 71564  Date: 4/16/2020 1:45:25 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155062757
By: plutoniumimplosion       Status: Public
To: Johnny_C                 In Reply To: 155062565      Board: Decision Diagnostics Corp.

**This Berman guy is a joke.**

Berman has a product, and TAUG's consultant doesn't. Berman has an application in front of the FDA, and TAUG doesn't

---

Rpt Seq: 250 Board Seq: 71852  Date: 4/16/2020 5:38:39 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155071545
By: plutoniumimplosion       Status: Public
To: Johnny_C                 In Reply To: 155071469      Board: Decision Diagnostics Corp.

**I have always stated you can make money on the pump, just don't get caught when the music stops unless you want to transfer your money to Bozo berman and Company**

Tell that to the SEC John.

---

Rpt Seq: 251 Board Seq: 71926  Date: 4/16/2020 10:41:24 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155077199
By: plutoniumimplosion       Status: Public
To: Johnny_C                 In Reply To: 155077086      Board: Decision Diagnostics Corp.

None of it is hype Mr. TAUG consultant. You just hate the guy because he keeps winning when it comes to you.

---

Rpt Seq: 252 Board Seq: 72220  Date: 4/17/2020 2:46:09 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155096439
By: plutoniumimplosion       Status: Public
To: haelar101               In Reply To: 155096120      Board: Decision Diagnostics Corp.

**Premier Biotech of Minneapolis and Aytu Bioscience of Colorado — have been distributing the tests from unapproved Chinese manufacturers, according to health officials, FDA filings and a spokesman for one of the Chinese manufacturers. Many of the unapproved tests appear to have been shipped to the U.S. after the FDA relaxed its guidelines for tests in mid-March and before the Chinese government banned their export just over two weeks later. Think it could help DECN ?**

I think this is exactly the same situation that happened 2-3 weeks ago in Europe and Russia. These unapproved kits were pulled from the markets there. I speculated what would happen in the U.S. and Canada. This is the biggest type of fraud the FDA gets involved in. There will eventually (2-3 weeks) be a worldwide safety notice sent out, which will be set out for the next 2 years, and the companies that have been selling the kits will be accused of counterfeiting because the kits were not labeled correctly. This is a big fat mess.

Will it help DECN? Overall, yes. But stock traders will panic when the safety notice goes out and take a little of the luster out of the sector. These things always happen. Not only was the FDA duped, but so was the SEC, and so were 100,000 stock traders.

By the way, one of the things that the Chinese FDA said about these kits, was that flipping a coin would provide more accurate results. I thought that was tragically funny. And to think AYTU raised $49 million on this kit. They lied to the FDA, they lied to the SEC, and they should have put out an 8-K three weeks ago when it first became known.

DOJ-BERMAN-R_0000308812

Also, the Chinese FDA ended exports of these kits two weeks ago. So not only does AYTU have big bad issues with kits already sold, but they cannot import new kits either.

---

| | | |
|---|---|---|
| Rpt Seq: 253 Board Seq: 72231 | Date: 4/17/2020 3:02:40 PM | URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155097043 |
| By: plutoniumimplosion | Status: Hidden | |
| To: Mjinvestor2 | In Reply To: 155096777 | Board: Decision Diagnostics Corp. |

What are you talking about flip?

---

| | | |
|---|---|---|
| Rpt Seq: 254 Board Seq: 72238 | Date: 4/17/2020 3:11:06 PM | URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155097363 |
| By: plutoniumimplosion | Status: Hidden | |
| To: oilywankanobe | In Reply To: 155097265 | Board: Decision Diagnostics Corp. |

And I see Frank you have switched sides again. Seen that movie many times all the way back to 2005.

---

| | | |
|---|---|---|
| Rpt Seq: 255 Board Seq: 72243 | Date: 4/17/2020 3:20:15 PM | URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155097721 |
| By: plutoniumimplosion | Status: Hidden | |
| To: Johnny_C | In Reply To: 155097129 | Board: Decision Diagnostics Corp. |

How many shares of AYTU do you own?

---

| | | |
|---|---|---|
| Rpt Seq: 256 Board Seq: 72261 | Date: 4/17/2020 3:36:38 PM | URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155098347 |
| By: plutoniumimplosion | Status: Hidden | |
| To: oilywankanobe | In Reply To: 155098264 | Board: Decision Diagnostics Corp. |

Geez, someone told me that you worked for the company and then did no work and duped the company out of shares for an average down. Sounds very sketchy to me.

---

| | | |
|---|---|---|
| Rpt Seq: 257 Board Seq: 72317 | Date: 4/17/2020 4:23:55 PM | URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155100279 |
| By: plutoniumimplosion | Status: Hidden | |
| To: archilles | In Reply To: 155100205 | Board: Decision Diagnostics Corp. |

You are showing deeper science to TAUG's paid consultant. LOLOLOLOL

---

| | | |
|---|---|---|
| Rpt Seq: 258 Board Seq: 72321 | Date: 4/17/2020 4:28:42 PM | URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155100415 |
| By: plutoniumimplosion | Status: Public | |
| To: oilywankanobe | In Reply To: 155100288 | Board: Decision Diagnostics Corp. |

So you bought 2500 shares yesterday at .28 and the stock went down today, and its now Mr. Berman's fault.

---

| | | |
|---|---|---|
| Rpt Seq: 259 Board Seq: 72328 | Date: 4/17/2020 4:37:56 PM | URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155100646 |
| By: plutoniumimplosion | Status: Hidden | |
| To: oilywankanobe | In Reply To: 155100587 | Board: Decision Diagnostics Corp. |

**My wife would divorce me if she knew I was buying this fecal matter! Where is the beef? When? Show us all Padawan!**

She probably has 20 other reasons to divorce you. People here need to know that you have been trashing Mr. Berman since 2006. He has a much better case against you. You committed securities fraud.

---

| | | |
|---|---|---|
| Rpt Seq: 260 Board Seq: 72334 | Date: 4/17/2020 4:55:27 PM | URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155100960 |
| By: plutoniumimplosion | Status: Hidden | |
| To: oilywankanobe | In Reply To: 155100726 | Board: Decision Diagnostics Corp. |

https://www.amazon.com/s?k=genultimate&ref=nb_sb_noss_1

Here they are bucko. Millions of them.

---

| | | |
|---|---|---|
| Rpt Seq: 261 Board Seq: 72340 | Date: 4/17/2020 5:10:36 PM | URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155101284 |
| By: plutoniumimplosion | Status: Public | |
| To: RealPainkiller | In Reply To: 155101248 | Board: Decision Diagnostics Corp. |

I thought there would be a drip, drip of approvals. Mostly big companies.

---

| | | |
|---|---|---|
| Rpt Seq: 262 Board Seq: 72353 | Date: 4/17/2020 5:43:15 PM | URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155101858 |
| By: plutoniumimplosion | Status: Public | |
| To: oilywankanobe | In Reply To: 155101652 | Board: Decision Diagnostics Corp. |

**Lost count of the lies the CEO told me personally, sorry this is starting to stink of Berman.**

Rather I think it stinks of rice. Berman wasn't CEO 15+ years ago.

---

| | | |
|---|---|---|
| Rpt Seq: 263 Board Seq: 72439 | Date: 4/17/2020 9:49:47 PM | URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155105017 |
| By: plutoniumimplosion | Status: Public | |
| To: rawman | In Reply To: 155103956 | Board: Decision Diagnostics Corp. |

**It appears "coming days" is something more than 10 days to CEO Keith Berman! It's now the 17th and Monday will be the 20th.**

DOJ-BERMAN-R_0000308813

Well, you're on the job now, and you tell people everything they need to know. So Mr. Berman will just rely on you, I guess.

---

Rpt Seq: 264 Board Seq: 72457  Date: 4/17/2020 11:34:58 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155105844
By: plutoniumimplosion                  Status: Hidden
To: Doublebogie459                       In Reply To: 155105592          Board: Decision Diagnostics Corp.

**It is sad, especially when this company could possibly be saving lives and people let their hatred for the CEO blind them.**

And not a single one of these people have ever met Mr. Berman. And if they did meet him, not a single one would ask him about the product, they would only care about the share price.

---

Rpt Seq: 265 Board Seq: 72606  Date: 4/18/2020 8:52:41 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155114384
By: plutoniumimplosion                  Status: Hidden
To: Johnny_C                             In Reply To: 155113762          Board: Decision Diagnostics Corp.

**It is a Pre Authorization for an EAU. The FDA is not checking anything yet.**

Wanna bet Hoss?

---

Rpt Seq: 266 Board Seq: 72625  Date: 4/18/2020 9:58:38 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155114826
By: plutoniumimplosion                  Status: Public
To: Scotttrader80                        In Reply To: 155114494          Board: Decision Diagnostics Corp.

**I dont care what he's done in the past, we all have learned by our mistakes.**

He's never been to jail like TAUG's consultant and prolific poster on the DECN board.

---

Rpt Seq: 267 Board Seq: 72656  Date: 4/19/2020 9:41:14 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155117336
By: plutoniumimplosion                  Status: Public
To: Johnny_C                             In Reply To: 155116970          Board: Decision Diagnostics Corp.

**Do you think the FDA will allow professionals to use a new technology on 30 positive and 30 negative trials. I don't.**

Those are the FDA guidelines John. Call them and tell the FDA that TAUG's consultant thinks they are full of skat.

---

Rpt Seq: 268 Board Seq: 72660  Date: 4/19/2020 9:53:02 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155117417
By: plutoniumimplosion                  Status: Public
To: Johnny_C                             In Reply To: 155117390          Board: Decision Diagnostics Corp.

**Don't you wish that Berman would publish the Pre -application on the website?**

No sweetheart. The Mr. Berman I know does not have a suicide pact. By the way, what has the SEC done with the complaints from TAUG's paid consultant? Laughed at them? Have they found that as a non-shareholder you have suffered no damage and therefore have no standing -- just an angry guy who has been bested by the DECN CEO? Or all of the above?

---

Rpt Seq: 269 Board Seq: 72724  Date: 4/19/2020 1:05:39 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155119238
By: plutoniumimplosion                  Status: Hidden
To: Johnny_C                             In Reply To: 155119038          Board: Decision Diagnostics Corp.

**Dude, besides me posting that I think there is a good chance the DECN getting suspended for the COVID baloney. I can't really comment on this.. But I bet I know what office it will come from**

Tell us john. Proof, facts, not your sick wishful thinking.

---

Rpt Seq: 270 Board Seq: 72736  Date: 4/19/2020 2:04:47 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155119729
By: plutoniumimplosion                  Status: Public
To: Johnny_C                             In Reply To: 155119411          Board: Decision Diagnostics Corp.

**None of these tests are properly vetted. These tests waivers are only for as long as the FDA sees a crisis. Meaning they could be pulled before some of these companies getting waivers even get to manufacturing.**

I hope you do not need to be tested. I would be first in line to send the previous post to TAUG's consultant's hospital.

---

Rpt Seq: 271 Board Seq: 72746  Date: 4/19/2020 2:39:13 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155120011
By: plutoniumimplosion                  Status: Public
To: Johnny_C                             In Reply To: 155119886          Board: Decision Diagnostics Corp.

**The filings also state Pharmatech is suing C0-Diagnostice for undermining the lawsuit against J&J while Mattew Musho was President. This is the same Mattew musho in the filings that worked with Berman on this device. It is right in the annual report!**

And what's the point. You've been to jail over contacting (threatening) someone elses children, and TAUG still made you their paid consultant for financings.

DOJ-BERMAN-R_0000308814

**Stocks are being halted by the SEC based on making false claims regarding COVID 19**

Has DECN's stock been halted? How many times have you called the SEC? By the way, as I have said, claiming someone is guilty of a crime when they are not is itself a crime. Govern yourself accordingly. Unfortunately for us all, you know what the inside of a jail cell looks like and it doesn't seem to bother you.

---

Rpt Seq: 272 Board Seq: 72747  Date: 4/19/2020 2:41:43 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155120032
By: plutoniumimplosion              Status: Public
To: Johnny_C                         In Reply To: 155119993      Board: Decision Diagnostics Corp.

**That may change if the "curve" continues to flatten the curve the testing will be tougher.**

It has always been very tough for the antibody methodologies. Some under review have gathered dust since the first week in February. Do you need a refresher course in virology?

---

Rpt Seq: 273 Board Seq: 72772  Date: 4/19/2020 4:29:57 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155120992
By: plutoniumimplosion              Status: Hidden
To: Johnny_C                         In Reply To: 155120892      Board: Decision Diagnostics Corp.

**No that is not true, he did a deal with Shasta.**

A company that TAUG's consultant claimed for three years was the mastermind behind Genstrip. Is there anything that the consultant doesn't know about that he won't make up to lie about?

There is another poster in DECN who has stated that he wants DECN's CEO to die and to burn in hell. How does that stuff stay posted?

---

Rpt Seq: 274 Board Seq: 72777  Date: 4/19/2020 4:53:42 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155121196
By: plutoniumimplosion              Status: Public
To: timetravelerdos                  In Reply To: 155121098      Board: Decision Diagnostics Corp.

The Chinese scandal kit has rocked the industry, and especially the FDA. There are no high level scientists or engineers in the FDA EUA group. They specifically left out the FDA respiratory group -- a terrible decision.

The way the FDA reacted to the demand for more test kits was to basically rubber stamp all of one type of method for determining Covid-19. They also have come close to black-balling a second, even more promising methodology -- antibodies because the EUA group has some issues with the accuracy of these methods -- and yes there is a little truth in that, but not enough truth to crush those companies.

So the people that gave us Covid-19 in the first place are now undermining our response with bad and counterfeit kits. There will be an FDA over-reaction to this too. This is an instance when the FDA, with its Obama hating of small business and entrepreneurial culture still instilled, chooses winners and losers, almost always before the EUA application is filed.

It is a tribute to Mr. Berman that he recognizes this and was prepared to be told NO by some low level bureaucrat, and then take that NO and use it against the FDA. There is no bargaining with these bureaucrats, you either fight them to the death, or you accept them. Berman has no intention of accepting them or his detractors on the message boards. By the way, Mr. Berman is on the phone on a Sunday with 4 U.S. Congressmen. This will get done.

As for TAUG's consultant, he has nothing in the Covid-19 battle. No money, no product, no management, no customers for his (supposed) product. But here he is, almost 24/7 trashing the better man's product and company. And by the way, it is true in this instance that the market has spoken about the TAUG Covid-19 myth. Actually the market puked.

---

Rpt Seq: 275 Board Seq: 72792  Date: 4/19/2020 6:02:49 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155121773
By: plutoniumimplosion              Status: Public
To: Jelly Bean                       In Reply To: 155121332      Board: Decision Diagnostics Corp.

**There it is....The uphill battle has been established in the scheme. David will have to fight Goliath again. Berman will use this to distract from his inability to produce anything of value regarding this devi**

That's how the world works Jelly and if you had done something with your life since 2006 when you first began to kiss bob Cox butt and trash Mr. Berman, you would know this. Winning is hard, hard work. Nothing like buying and selling stocks.

---

Rpt Seq: 276 Board Seq: 72845  Date: 4/19/2020 8:06:26 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155122941
By: plutoniumimplosion              Status: Public
To: Johnny_C                         In Reply To: 155122801      Board: Decision Diagnostics Corp.

**Berman is trying to do it with impedance tests by reworking a $2.50 cent blood glucose meter. The paper he cites is a 4.5 yr old research paper from Japan. As SARS and MERS affected primarily Eastern countries it is surprising that more testing was not done in this area.**

Mr. Berman at least knows what he is doing. What does TAUG and their paid consultant know about Covid 19. Zero, zip effis.

A lot of anger and a lot of hate for Mr. Berman by the consultant, backed up by exactly nothing.

---

Rpt Seq: 277 Board Seq: 72846  Date: 4/19/2020 8:08:38 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155122971
By: plutoniumimplosion              Status: Public
To: diarch                           In Reply To: 155122875      Board: Decision Diagnostics Corp.

**Here's to all that scratch boomeranging for ya a decade later!**

DOJ-BERMAN-R_0000308815

So here you are again to warn us and to set us all straight. Thank you for the public service.

---

Rpt Seq: 278 Board Seq: 72847   Date: 4/19/2020 8:10:53 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155122990
By: plutoniumimplosion           Status: Public
To: Johnny_C                     In Reply To: 155122846       Board: Decision Diagnostics Corp.

**If you own DECN, you have to ask why Bozo berman is trying to compete with PCR lab tests. Seems to me the easier test would be the antibody test because there is more room for error and they do not need to be as accurate as PCR tests.**

Exctly why the antibody tests are not being widely approved. The FDA doesn't trust them. I'll bet TAUG's consultant doesn't know why. So tell us Mr. consultant.

---

Rpt Seq: 279 Board Seq: 72850   Date: 4/19/2020 8:13:05 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155123016
By: plutoniumimplosion           Status: Public
To: Scotttrader80                In Reply To: 155122868       Board: Decision Diagnostics Corp.

**I dont know him at all, its just a trade.**

Johnny doesn't know him either. He has never met, spoken to or corresponded with Mr. Berman. With this consultant is is all vengeful anger. Anger for what I have no clue. The consultant owns no shares.

---

Rpt Seq: 280 Board Seq: 72854   Date: 4/19/2020 8:16:49 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155123056
By: plutoniumimplosion           Status: Public
To: Johnny_C                     In Reply To: 155123027       Board: Decision Diagnostics Corp.

This is all just revisionist history and crap.

---

Rpt Seq: 281 Board Seq: 72858   Date: 4/19/2020 8:21:12 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155123087
By: plutoniumimplosion           Status: Public
To: Johnny_C                     In Reply To: 155123055       Board: Decision Diagnostics Corp.

**Furthermore, if you test positive on an antibody test you are directed to take a PCR test.**

Ahhhh, the expert. And here I thought that TAUG was in the CBD gum business.

---

Rpt Seq: 282 Board Seq: 72859   Date: 4/19/2020 8:22:50 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155123108
By: plutoniumimplosion           Status: Public
To: Jaded Past                   In Reply To: 155123066       Board: Decision Diagnostics Corp.

**I guess it is hard to make some people happy...**

It is difficult to make an insanely jealous wise guy happy.

---

Rpt Seq: 283 Board Seq: 72860   Date: 4/19/2020 8:24:27 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155123122
By: plutoniumimplosion           Status: Public
To: Johnny_C                     In Reply To: 155123064       Board: Decision Diagnostics Corp.

**It is all documented, as all the press releases and filings are.**

Did you make sure you gave it to SEC Enforcement? And since 2016 when Mr. Berman resigned TAUG's board for their malfeasance, the SEC has done what?

---

Rpt Seq: 284 Board Seq: 72864   Date: 4/19/2020 8:30:22 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155123191
By: plutoniumimplosion           Status: Public
To: Johnny_C                     In Reply To: 155123161       Board: Decision Diagnostics Corp.

**I thought you knew, we are looking at making a multi million dollar investment in a California private biotech that has a superior technology to the outdated Abbott technology you rail about.**

I could care less who daddy invests in.

---

Rpt Seq: 285 Board Seq: 72865   Date: 4/19/2020 8:32:17 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155123214
By: plutoniumimplosion           Status: Public
To: Jaded Past                   In Reply To: 155123189       Board: Decision Diagnostics Corp.

**There's one reason some people can't be happy for others: Because they can't be happy for themselves.**

It is hard to be happy for yourself when you've done jail time, and as a result was passed over to be CEO of daddy's grocery store empire. That has to hurt bad. But it was good for customers, just bad for TAUG's consultant.

---

Rpt Seq: 286 Board Seq: 72919   Date: 4/20/2020 8:52:07 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155127483
By: plutoniumimplosion           Status: Public
To: mikar                        In Reply To: 155126074       Board: Decision Diagnostics Corp.

DOJ-BERMAN-R_0000308816

**Employers are not going to let employees back unless they've been tested.**

You watch too much progressive TV. Companies are choking and starving. They will take people back the moment any lockout is over. And why not, the government is paying these people for 90 days.

The progressives, particularly the progressive politicians want the crisis to continue becuase they think it will give them a chance to take over the entire country come November. It does not matter to them if it ia a starved or choked country.

---

Rpt Seq: 287 Board Seq: 72921  Date: 4/20/2020 8:53:55 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155127530
By: plutoniumimplosion          Status: Public
To: loanranger                  In Reply To: 155127311        Board: Decision Diagnostics Corp.

**"Osang Health, a Korean company, got FDA approval for their Corvid test kit last Friday 4/18; someone please reply with the FDA website. I read somewhere that it took 3 weeks for Osang Health to get FDA approval after they got pre-EUA Acknowledgement."**

Another DNA based method. I wonder what took them so long.

---

Rpt Seq: 288 Board Seq: 72926  Date: 4/20/2020 9:11:26 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155127959
By: plutoniumimplosion          Status: Public
To: Johnny_C                    In Reply To: 155127644        Board: Decision Diagnostics Corp.

**I doubt anyone will trust a brand new impedance test over PCR testing.**

What TAUG's consultant thinks is of no concern to me and should be of no concern to any DECN shareholder.

---

Rpt Seq: 289 Board Seq: 73047  Date: 4/20/2020 12:25:00 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155135180
By: plutoniumimplosion          Status: Public
To: pastrychf05                 In Reply To: 155135002        Board: Decision Diagnostics Corp.

**Someone had posted that when they called they were told 2 weeks to a month ... not sure who to believe ....**

Called who?

---

Rpt Seq: 290 Board Seq: 73337  Date: 4/21/2020 9:48:53 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155153043
By: plutoniumimplosion          Status: Hidden
To: VST7                        In Reply To: 155152186        Board: Decision Diagnostics Corp.

**I Don't trust CEO anymore after he lied to me about Dilution, he told me that DECN was not issuing anymore new stock**

I doubt Mr. Berman told you anything of a kind. He would have spotted you for what you are almost immediately, perhaps even before his phone rang. Penny stock traders, message board posters and share counters do not at all mix with company management. I doubt KB at all cares about your loss of trust. He has a company changing / world changing product to bring to market.

---

Rpt Seq: 291 Board Seq: 73346  Date: 4/21/2020 9:54:50 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155153267
By: plutoniumimplosion          Status: Public
To: LINK Oracle                 In Reply To: 155153141        Board: Decision Diagnostics Corp.

**I own and love DECN, just saying a PR to announce a PR is a fluff PR. Love the 30% pump, but comes across a slimy pink CEO. I know he is not, just looks bad on us IMO**

Or flip, it could be that Mr. Berman was waiting on some piece of information that he won't receive until later this week and was tired of the flips and penny traders gumming up his emails and burning up the company phone lines with self-serving statements about what a bad guy KB is for not giving the flips and traders their PR narcotics.

---

Rpt Seq: 292 Board Seq: 73386  Date: 4/21/2020 10:39:06 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155155150
By: plutoniumimplosion          Status: Public
To: Scotttrader80               In Reply To: 155154682        Board: Decision Diagnostics Corp.

**Just think of the apologies Berman will receive in fruit baskets**

Nah. The people who should apologize to the DECN CEO think once again he withheld potential trading information from them, and if they had it they could have made more money selling. Berman is a bum. No apology necessary.

---

Rpt Seq: 293 Board Seq: 73528  Date: 4/21/2020 2:13:15 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155162386
By: plutoniumimplosion          Status: Public
To: UP Trend                    In Reply To: 155161095        Board: Decision Diagnostics Corp.

**Classic example of how negativity can consume people's lives for the worst.**

can and has

---

Rpt Seq: 294 Board Seq: 73529  Date: 4/21/2020 2:15:17 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155162453
By: plutoniumimplosion          Status: Public
To: frankyahoo                  In Reply To: 155162262        Board: Decision Diagnostics Corp.

By the way guys, this isn't an at-home test kit. It is an at-home snot collection kit.

https://twitter.com/Breaking911/status/1252656806251442177

DOJ-BERMAN-R_0000308817

Rpt Seq: 295 Board Seq: 73535 Date: 4/21/2020 2:18:34 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155162570
By: plutoniumimplosion                        Status: Hidden
To: magnix2k                         In Reply To: 155162365       Board: Decision Diagnostics Corp.

**Wow, look at all the comments refusing to buy test kits at home.**

So, you wanna go back to work, although I'll bet most of the posters here did not have a job even before Covid-19 quarantines, but if you want to go back to work then you are going to have to test, then test and then test again. And all of those tests will be administered outside of the office front door. And who will make these kits for a walk up test?

Rpt Seq: 296 Board Seq: 73547 Date: 4/21/2020 2:36:53 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155163179
By: plutoniumimplosion                        Status: Public
To: UP Trend                         In Reply To: 155162518       Board: Decision Diagnostics Corp.

**15 second prick test at home will change that sentiment in a heart beat.**

Everywhere but the message boards. IMO

Rpt Seq: 297 Board Seq: 73583 Date: 4/21/2020 3:38:50 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155165064
By: plutoniumimplosion                        Status: Public
To: airmikeyy                        In Reply To: 155163440       Board: Decision Diagnostics Corp.

**Yeah I believe those that are in the know crowd, knows whats coming Thurs.**

A message board myth. The company pays little attention to small shareholders looking for a trading edge, to get into the stock, or the right time to get out. In fact it spots them from 1,000 miles away. Nobody knows nothing in advance.

Rpt Seq: 298 Board Seq: 73588 Date: 4/21/2020 3:48:05 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155165325
By: plutoniumimplosion                        Status: Public
To: Johnny_C                         In Reply To: 155163937       Board: Decision Diagnostics Corp.

**DECN may be though**

Show your suspension proof. Show anything.

Rpt Seq: 299 Board Seq: 73664 Date: 4/21/2020 8:06:25 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155169801
By: plutoniumimplosion                        Status: Public
To: rawman                         In Reply To: 155169352       Board: Decision Diagnostics Corp.

**IMO, your observations are exactly right on! I would personally like to do an antibody assay, but just once to see if there are antibodies already providing some level of immunity. It is a personal aspiration that could probably be addressed by a self-administered home test. However, as mentioned earlier, there would probably always be a concern that the test was not properly administered (by me), thus the result might not be correct.**

The concern of the FDA with the antibody tests has little to do with the blood draw, and a lot to do with the multi-step mixing of the reagents and diluent after the blood is drawn. All of the current kits I have seen are first generation, no built in error detection such as short sample or mis-sample. All will provide a result (or some sort) whether there is enough blood in the well, no blood in the well, or a bad mix of the reagents and or diluent. This is especially true of the IGM test.

So, in about 3 years they will work out the kinks and finish these products and instead of 80 of them there will be more like 12 or 15.

But hey, you know much more than I do.

Rpt Seq: 300 Board Seq: 73684 Date: 4/21/2020 9:15:05 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155170628
By: plutoniumimplosion                        Status: Public
To: Natureboy1                         In Reply To: 155170510       Board: Decision Diagnostics Corp.

**That is the universal challenge for any types of biosensing methods, and also the future work to put this method into practical use**

And who better to put this special diagnostic method into practical use, an angry Berman hating message board poster or a PhD clinical chemist that owns 32 patents, all of them in methods using biosensors, and who also knows the authors of all three abstracts relied on by the company. The answer is a no-brainer no matter what the self-claimed stock trader cum Covid-19 methods experts write.

So here is the question of the night. If the Berman haters really know more than just about everyone, why are these people trading penny stocks and not working in industries where high level scientists and engineers make mid-6 figures anually -- or more.

Rpt Seq: 301 Board Seq: 73802 Date: 4/22/2020 10:20:00 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155178069
By: plutoniumimplosion                        Status: Hidden
To: rawman                         In Reply To: 155177921       Board: Decision Diagnostics Corp.

**Hey Keith, "Where's the next dart throw gonna land?"**

I'll take that one... perhaps between your eyes.

Rpt Seq: 302 Board Seq: 73812 Date: 4/22/2020 10:38:00 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155178827
By: plutoniumimplosion                        Status: Hidden
To: Johnny_C                         In Reply To: 155178629       Board: Decision Diagnostics Corp.

DOJ-BERMAN-R_0000308818

**DECN TIC TOK TIC TOK DECN TIC TOK TIC TOK BERMAN TIC TOK!!!!!**

I know TAUG's consultant is going to find this hard to believe, but I doubt tomorrow's DECN update is meant for non-shareholding message board posters like the consultant. JMO, but it appears that the consultant would be better off helping shareholders overcome the latest TAUG failure.

---

Rpt Seq: 303  Board Seq: 74432  Date: 4/23/2020 8:14:35 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155198547
By: plutoniumimplosion  Status: Public
To: Johnny_C  In Reply To: 155198206  Board: Decision Diagnostics Corp.

**If anyone thinks that a DECN is going to be given an EAU to diagnose a highly contagious, extremely viral virus they should...well I can't say.**

That's the first true anything TAUG's consultant has posted.

---

Rpt Seq: 304  Board Seq: 74441  Date: 4/23/2020 8:25:42 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155198770
By: plutoniumimplosion  Status: Public
To: mugsy4900  In Reply To: 155198646  Board: Decision Diagnostics Corp.

**It goes down faster then the Titantic!**

You sold your shares way back at $0.05 didn't you.

---

Rpt Seq: 305  Board Seq: 74455  Date: 4/23/2020 8:48:54 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155199243
By: plutoniumimplosion  Status: Public
To: Oger  In Reply To: 155199106  Board: Decision Diagnostics Corp.

**Yes, Labcorp was approved by FDA for in home test.**

No, they were approved for an at-home collection device.. So LabCorp has made it possible for patients to stick a long Q-Tip up their noses, put the snot filled Q-Tip in a container and send it to a LabCorp lab for assay. That is at-home snot collection, not an at-home test.

---

Rpt Seq: 306  Board Seq: 74456  Date: 4/23/2020 8:51:43 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155199294
By: plutoniumimplosion  Status: Public
To: Johnny_C  In Reply To: 155199113  Board: Decision Diagnostics Corp.

**So you are stating the FDA is giving an EAU to a new method of testing for SARS2/CV19 based on 30 positive samples...NEVER HAPPENING....**

No the FDA is saying this. But I guess, TAUG's consultant knows better -- as usual. As never.

---

Rpt Seq: 307  Board Seq: 74462  Date: 4/23/2020 8:55:27 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155199362
By: plutoniumimplosion  Status: Hidden
To: jazz710  In Reply To: 155199198  Board: Decision Diagnostics Corp.

**Read something you Luddite.**

He isn't a Luddite, and he wouldn't understand that word anyway. What TAUG's consultant, is a man who detests DECN's CEO to the point of losing touch with reality. And he shows this every day.

---

Rpt Seq: 308  Board Seq: 74519  Date: 4/23/2020 9:33:28 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155200566
By: plutoniumimplosion  Status: Public
To: Johnny_C  In Reply To: 155199781  Board: Decision Diagnostics Corp.

**Argumedo, if there is that big of a short position traders must not think to much of Berman**

Stock traders are like TAUG's consultant. They have never met, spoken to or corresponded with Mr. Berman for anything other than trying to get inside information to trade of off.

---

Rpt Seq: 309  Board Seq: 74523  Date: 4/23/2020 9:34:46 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155200637
By: plutoniumimplosion  Status: Hidden
To: Johnny_C  In Reply To: 155199324  Board: Decision Diagnostics Corp.

**Where are the purported patents? Why are we not seeing press releases 8K'd**

Jusy my opinion, but people who own no stock are not part of the "we."

---

Rpt Seq: 310  Board Seq: 74555  Date: 4/23/2020 9:49:15 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155201391
By: plutoniumimplosion  Status: Public
To: Johnny_C  In Reply To: 155200957  Board: Decision Diagnostics Corp.

**Not likely, but here are the 2 stocks halted... Bozo berman should be very worried**

Mr. Berman should not be worried at all. He has TAUG's consultant as his main detractor. By the way, TAUG headed to $0.03. Yeah, no problem there.

Oh and one other thing. Mr. Berman had to change his daily CC with his brain trust because he is closing a testing deal with MLB.

DOJ-BERMAN-R_0000308819

You know MLB, right John.

---

Rpt Seq: 311 Board Seq: 74595   Date: 4/23/2020 10:02:07 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155202054
By: plutoniumimplosion   Status: Public
To: zalicuslicious   In Reply To: 155201733   Board: Decision Diagnostics Corp.

**WHY WAIT for update...because BOZO is playing this like a fiddle.**

He's not but he could. Your boy Seth -- incapable, as usual.

---

Rpt Seq: 312 Board Seq: 74603   Date: 4/23/2020 10:06:15 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155202258
By: plutoniumimplosion   Status: Public
To: solidgold   In Reply To: 155201903   Board: Decision Diagnostics Corp.

**When DECN presentation is going to be?**

What presentation. Even the thought of a "presentation" or conference call is a message board myth, designed to hurt the company. So the myth makers can post that DECN did not even show up at their own presentation.

---

Rpt Seq: 313 Board Seq: 74661   Date: 4/23/2020 10:29:49 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155203405
By: plutoniumimplosion   Status: Public
To: jazz710   In Reply To: 155203285   Board: Decision Diagnostics Corp.

**A bit disconcerting that testing is only just now starting...sure would have been nice to see some data.**

Have you seen any data from anyone else? There are still privacy laws in effect even for stock traders.

---

Rpt Seq: 314 Board Seq: 74718   Date: 4/23/2020 10:41:01 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155203987
By: plutoniumimplosion   Status: Public
To: UP Trend   In Reply To: 155203890   Board: Decision Diagnostics Corp.

**This time next week we should have FDA thumbs up with government, large corporations, sports all ready for this... the news was huge! Sell off was unwarranted.**

How many noobs would want to be in on Mr. Berman's discussions with sports leagues? Answer = None. They take their cues from the market and decided its time to sell despite great news. Bye bye.

---

Rpt Seq: 315 Board Seq: 74784   Date: 4/23/2020 10:57:40 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155204653
By: plutoniumimplosion   Status: Public
To: Johnny_C   In Reply To: 155204397   Board: Decision Diagnostics Corp.

**Desperate aren't we. All of this negativity blew up in your face.**

---

Rpt Seq: 316 Board Seq: 74888   Date: 4/23/2020 11:45:31 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155206774
By: plutoniumimplosion   Status: Hidden
To: Triumphrider7   In Reply To: 155205248   Board: Decision Diagnostics Corp.

**Can't trust any company related to COVID-19 unless it's on the Nasdaq. Anything else is just trying to hype and scam on the trend**

So you believe DECN is a scam. If you believe that then you probably own no shares. If you own no shares then why are you here?

---

Rpt Seq: 317 Board Seq: 75190   Date: 4/23/2020 4:59:51 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155217592
By: plutoniumimplosion   Status: Public
To: rawman   In Reply To: 155216341   Board: Decision Diagnostics Corp.

**The DECN impedance-based kit will not even be a player in getting America back to work, so it's nonsense to talk about 15 seconds or 15 microseconds.**

I'll take the words of the Fortune 500 company and the Fortune 50 company over the words of a faux expert. I'll take the words of two sports leagues.

---

Rpt Seq: 318 Board Seq: 75198   Date: 4/23/2020 5:29:32 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155218146
By: plutoniumimplosion   Status: Public
To: JMMatthews   In Reply To: 155214975   Board: Decision Diagnostics Corp.

**They've been aware of DECN since early March imo with its massive volume and PRs. Dozens of other companies have been suspended in that time with nowhere near the dollar volume nor the level of excitement in the PRs which lends credibility to the theory that the SEC would have stepped in by now if they had reason to**

TAUG's consultant doesn't agree with you. He believes that the SEC is going to stop trading in DECN and ban Mr. Berman for life because he, the consultant, has purchase with the SEC and they will do whatever he asks.

---

Rpt Seq: 319 Board Seq: 75278   Date: 4/23/2020 8:57:43 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155221197
By: plutoniumimplosion   Status: Hidden
To: Going_4_It   In Reply To: 155221112   Board: Decision Diagnostics Corp.

**Well, don't bet the farm on that argument.**

DOJ-BERMAN-R_0000308820

He has no farm to bet. He owns no shares.

---

Rpt Seq: 320 Board Seq: 75302   Date: 4/23/2020 10:36:32 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155222139
By: plutoniumimplosion          Status: Public
To: rawman                      In Reply To: 155221571          Board: Decision Diagnostics Corp.


**MAYBE THE DECN KIT DOESN'T WORK IN 15 SECONDS OR EVEN IF IT HAS 15 DAYS TO DELIVER A RESULT!**

Here's another idea. Show us where in your background where you know what you are talking about. For example while you think DECN is a fraud, and said so 53 times today, the FDA knows the truth. I don't trust that dysfunctional agency, but they have not rejected the DECN application, and in fact have seen and believe the most important part of the DECN application -- 15 seconds. Why don't you? Is it because you hate Mr. Berman?

---

Rpt Seq: 321 Board Seq: 75318   Date: 4/24/2020 12:26:56 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155223010
By: plutoniumimplosion          Status: Hidden
To: Zman20                      In Reply To: 155222956          Board: Decision Diagnostics Corp.

**This is interesting. So why didn't DECN use that south Korean result? Don't they already have that Or was it rejected? Begs the question**

Why don't you call DECN and ask them. They just love non-shareholders.

---

Rpt Seq: 322 Board Seq: 75371   Date: 4/24/2020 8:38:51 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155225550
By: plutoniumimplosion          Status: Public
To: Domestickat                 In Reply To: 155223756          Board: Decision Diagnostics Corp.

**A legit company like AYTU actually got FDA approval for their hematology test kit, ill post the link and you input Aytu,**

Legit company? LOLOL

AYTU imports a Chinese DNA kit. They have no product of their own.

---

Rpt Seq: 323 Board Seq: 75377   Date: 4/24/2020 8:54:01 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155225878
By: plutoniumimplosion          Status: Public
To: Mjinvestor2                 In Reply To: 155224195          Board: Decision Diagnostics Corp.

For someone who claims to do research and who shares his DD with everyone on the message board, I see no DD having been done. I see opinions, a left hnded swipe at DECN shareholders, and a hit job on DECN's CEO. Perhaps your DD was inadvertantly left out. Post it please.

---

Rpt Seq: 324 Board Seq: 76298   Date: 4/25/2020 10:02:52 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155250801
By: plutoniumimplosion          Status: Public
To: Johnny_C                    In Reply To: 155250576          Board: Decision Diagnostics Corp.

**Gray Sheets, call broker for quotes, trade by appointment...MORE COMING BOZO's WAY**

You better be right, because if you are not you know the old saying, what goes around comes around. People are going to ask TAUG's consultant why he is making all of these accusations, calling the SEC and FBI etc. and in doing so damaging DECN investors when he himself owns no shares. That is a very good question.

---

Rpt Seq: 325 Board Seq: 76308   Date: 4/25/2020 10:16:55 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155250913
By: plutoniumimplosion          Status: Public
To: Johnny_C                    In Reply To: 155250807          Board: Decision Diagnostics Corp.

**There is no way the FDA grants an EAU to determine whether a person has CV19 using berman';s glucose monitor and impedance technology. At least not now, maybe in 10 or 20 years**

And you know this how? Are you now an expert in the EUA process, or is this just more anger directed at Mr. Berman, CEO of DECN, not because you are damaged by the suspension of trading, but because you hate him -- for no other reason.

**There is no way the FDA will allow people to do at home tests, assuming an EAU was issued which is a joke. The govt will never trust people to self test for infectious disease, there are too many idiots out there and they would not be able to accumulate accurate statistics ( not that they do now anyway)**

The same can be said for you by 12,000 DECN shareholders. Nobody who owns stock will trust a man who complains constantly to the authorities just because he hates another man, not because he has been damaged.

And the FDA will approve DECN's test. Why? For one reason, it does not come from China.

---

Rpt Seq: 326 Board Seq: 76316   Date: 4/25/2020 10:27:01 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155250992
By: plutoniumimplosion          Status: Public
To: cspratt15139                In Reply To: 155250923          Board: Decision Diagnostics Corp.

It does not require audited financials. This is just more myth.

---

DOJ-BERMAN-R_0000308821

Rpt Seq: 327 Board Seq: 76347  Date: 4/25/2020 10:58:49 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155251327
By: plutoniumimplosion       Status: Public
To: Johnny_C              In Reply To: 155251214      Board: Decision Diagnostics Corp.

**And yes, more is coming.**

Every time things like this are written in public forums, you submit TAUG and their entire management to unlimited liability.

---

Rpt Seq: 328 Board Seq: 76619  Date: 4/25/2020 9:49:41 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155257700
By: plutoniumimplosion       Status: Public
To: MGarden              In Reply To: 155257576      Board: Decision Diagnostics Corp.

**Now what Keith Berman needs to do is "Prove it". Prove that the statements in his PR's are real and not fiction.**

That is nonsense. You have no standing to demand that the company do anything other than provide 4 reports each year.

---

Rpt Seq: 329 Board Seq: 76645  Date: 4/25/2020 11:26:24 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155258335
By: plutoniumimplosion       Status: Public
To: stoprun              In Reply To: 155258212      Board: Decision Diagnostics Corp.

**Beside that they received FDA approval on October 8th to become a registered Importer of Medical Devices as long as they are purchased from a FDA registered manufacturer. Yes, the stock opened back up with a sharp decline, but was up over 38% on Friday, alone.**

DECN has been an FDA registered importer since 2005.

---

Rpt Seq: 330 Board Seq: 76675  Date: 4/26/2020 9:13:00 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155260089
By: plutoniumimplosion       Status: Hidden
To: diarch              In Reply To: 155260047      Board: Decision Diagnostics Corp.

**It would be wholesale deception writ large to make a claim of test results in 15 seconds with 97-98% accuracy of results by means of a specious underlying scientific basis.**

Hmmmm. I have learned something new. And here I thought that your DECN expertise on this message board was based solely on your 6 years of self-appointed critique of their TV commercials. I never knew you were a scientist capable of accusing other scientists of fostering a deception. Well, I am impressed.

---

Rpt Seq: 331 Board Seq: 76700  Date: 4/26/2020 10:14:22 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155260472
By: plutoniumimplosion       Status: Public
To: Johnny_C              In Reply To: 155260239      Board: Decision Diagnostics Corp.

**I think Berman and one of his financiers mentioned in the annual have been on Finra radar for awhile.**

FINRA doesn't regulate companies, only brokers and brokerages. But, more importantly, where is TAUG's consultant's proof.

---

Rpt Seq: 332 Board Seq: 76718  Date: 4/26/2020 11:14:28 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155261002
By: plutoniumimplosion       Status: Public
To: Johnny_C              In Reply To: 155260920      Board: Decision Diagnostics Corp.

**The SEC would open itself up to all kinds of lawsuits if there was not some due process involved and they were wrong.**

Hmmmm. If I were the company, who are the only appointed protector of shareholders (which does not include TAUG's consultant), anyway, if I were the company even before I would attack the SEC, I would file for an emergency FOIA request to get the names of those non-shareholders who continuously complained to the SEC over the past 3-4 years, and even more importantly, a list of those stock traders (frauds) who traded the stock like drunken sailors, buying, selling, shorting, covering... breaking all kinds of securities laws. If there are similarities between the two lists, then there is going to be big trouble -- the growing in popularity reverse class action suit.

TAUG's consultant should be lying low instead of building his record.

Just my opinion.

---

Rpt Seq: 333 Board Seq: 76724  Date: 4/26/2020 11:31:01 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155261185
By: plutoniumimplosion       Status: Public
To: HFM2               In Reply To: 155261075      Board: Decision Diagnostics Corp.

They're not going to do a conference call. Why should they. And if I were them I wouldn't either.

---

Rpt Seq: 334 Board Seq: 76726  Date: 4/26/2020 11:34:05 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155261220
By: plutoniumimplosion       Status: Public
To: Jelly Bean            In Reply To: 155261172      Board: Decision Diagnostics Corp.

**If this is bermans defense he should just plead guilty and be done with it. This sounds desperate.**

First of all Berman has been charged with nothing, except by a few non-shareholders on a message board. Nope it is a winning defense even if he loses. He will force the SEC to examine their own actions. And the part of the SEC who implemented the suspension will not be the ones that evaluate its right or wrongness.

DOJ-BERMAN-R_0000308822

Berman is looking way past the SEC action. All he cares about is GenViro!, FDA and FDA. He should also be concerned that perhaps some stock traders ruined this for all of us.

I will leak one thing. Berman was given a list of stock traders who the SEC is looking to formally sanction and asked to comment. I wonder who is on that list.

---

Rpt Seq: 335 Board Seq: 76755   Date: 4/26/2020 12:33:39 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155261838
By: plutoniumimplosion                 Status: Public
To: Doublebogie459                     In Reply To: 155261814          Board: Decision Diagnostics Corp.

**Johnny messaged me last week and told me that he use to work for a Market Maker. Hmmm...**

A pathological liar is someone who lies compulsively. While there appears to be many possible causes for pathological lying, it's not yet entirely understood why someone would lie this way.

---

Rpt Seq: 336 Board Seq: 76780   Date: 4/26/2020 1:01:31 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155262149
By: plutoniumimplosion                 Status: Public
To: pastrychf05                        In Reply To: 155262017          Board: Decision Diagnostics Corp.

**I look forward to what the company has to say today ....**

I think late tonight.

---

Rpt Seq: 337 Board Seq: 76784   Date: 4/26/2020 1:04:17 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155262179
By: plutoniumimplosion                 Status: Hidden
To: Jelly Bean                         In Reply To: 155262129          Board: Decision Diagnostics Corp.

**I warned them that this company is a scam and should not be invested in at all. Problem is people will rationalize to the point of destruction even after an event like this. Amazing isn't it!**

Oh yes that is amazing. Sold your shares in 2005 or 2006 and the only connection to the company is a 15 year relationship through a series of message boards. What a prophet among the rest of us who are in this for profit.

---

Rpt Seq: 338 Board Seq: 76799   Date: 4/26/2020 1:48:05 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155262670
By: plutoniumimplosion                 Status: Public
To: Rootjim                            In Reply To: 155262448          Board: Decision Diagnostics Corp.

**I would guess, DECN would NOT, petition the SEC.. It would expose them, to a lot of shareholder lawsuits.**

It would inoculate them from shareholder suite.

---

Rpt Seq: 339 Board Seq: 76800   Date: 4/26/2020 1:49:55 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155262693
By: plutoniumimplosion                 Status: Hidden
To: Jelly Bean                         In Reply To: 155262440          Board: Decision Diagnostics Corp.

**It was probably berman.**

Only in your dreams. He is not in the habit of destroying his own work. That is a job you have taken on yourself.

---

Rpt Seq: 340 Board Seq: 76871   Date: 4/26/2020 4:52:48 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155264446
By: plutoniumimplosion                 Status: Public
To: Scotttrader80                      In Reply To: 155263088          Board: Decision Diagnostics Corp.

**Just thinking out loud here. Could the financial community screen a said mortgage applicant determining if they have the virus. Maybe realtors could screen applicants.**

Everyone who owns a business or a corporation is going to want to screen employees.

---

Rpt Seq: 341 Board Seq: 76872   Date: 4/26/2020 4:53:37 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155264458
By: plutoniumimplosion                 Status: Public
To: Rootjim                            In Reply To: 155262917          Board: Decision Diagnostics Corp.

**DECN most likely, will NOT file a 550 with the SEC, because the truth would be to painful.**

Wanna bet?

---

Rpt Seq: 342 Board Seq: 76874   Date: 4/26/2020 4:56:19 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155264482
By: plutoniumimplosion                 Status: Public
To: Johnny_C                           In Reply To: 155262809          Board: Decision Diagnostics Corp.

**The huge drop in the price was because the stock ran up to .50 on an absurd press release stating they there would be a press release 2 days. The press release was not EPIC, it was a DUD.**

TAUG's consultant knows that the most recent lies he is telling about DECN and Mr. Berman have nothing to do with the suspension. And if he thinks he is right, he needs to provide proof.

DOJ-BERMAN-R_0000308823

Rpt Seq: 343 Board Seq: 76880  Date: 4/26/2020 5:03:29 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155264575
By: plutoniumimplosion  Status: Public
To: Anvil  In Reply To: 155264539  Board: Decision Diagnostics Corp.

**I have a $100 they won't**

Don't waste your money. There is a very detailed pleading being looked at by the company's lawyers and other professionals.

Rpt Seq: 344 Board Seq: 76888  Date: 4/26/2020 5:22:54 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155264813
By: plutoniumimplosion  Status: Public
To: rawman  In Reply To: 155264734  Board: Decision Diagnostics Corp.

**The SEC didn't need Mr. Sharp to point out DECN. CEO Keith Berman handled it all by himself!**

And that is one of two massive weaknesses in the SEC case. They waited 51 days to seek an emergency order. And that will doom them, because they cannot blame the suspension on Berman from something that may or may not have happened 51 days previously, and at the same time come out a month later and say the suspension was the result of people manipulating the stock. Oh, and one other thing, is Mr. Berman mentioned in the order? And if he is, what is said about him. Does the order accuse Berman of manipulating the stock, does it say that the company sold stock, or that insiders sold? nope, nope and nope.

Rpt Seq: 345 Board Seq: 76941  Date: 4/26/2020 8:39:16 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155266777
By: plutoniumimplosion  Status: Public
To: pastrychf05  In Reply To: 155266714  Board: Decision Diagnostics Corp.

**There was definitely something not right with the take down of the share price on April 23rd - definitely was coordinated!! I hope the sec looks at all the trades that day and the large chunks of 6M shares traded!!**

Good thing DECN has the money to challenge this although I am thinking to myself, who are they spending the money for — a bunch of big shots on a message board and another smaller bunch who own no shares but wish the company and its CEO nothing but bad.

Rpt Seq: 346 Board Seq: 76948  Date: 4/26/2020 9:08:37 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155267096
By: plutoniumimplosion  Status: Hidden
To: Mugwumps88  In Reply To: 155267039  Board: Decision Diagnostics Corp.

Get lost Mug

Rpt Seq: 347 Board Seq: 76968  Date: 4/26/2020 10:41:05 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155267862
By: plutoniumimplosion  Status: Hidden
To: 1manband  In Reply To: 155267606  Board: Decision Diagnostics Corp.

**FINRA is the primary regulatory for the OTC Market, including conducting market surveillance and market integrity for OTC traded companies.**

Why don't you give them a call Columbo. Ask them for a job.

Rpt Seq: 348 Board Seq: 76985  Date: 4/26/2020 11:18:50 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155268109
By: plutoniumimplosion  Status: Hidden
To: longtrailer  In Reply To: 155267881  Board: Decision Diagnostics Corp.

**The company has planned a series of updates, over a wide range of topics, for the investment community and followers of our progress. Discussions of the J&J litigation, the impact of the most recent Federal Circuit ruling, business implications of the court rulings, progress we have made with our Korean partner, The Bio, and new products in our pipeline will be present. We plan for a series of topical announcements beginning in the next few days. Please refer to your electronic news services.**

They provided them. Move on.

Rpt Seq: 349 Board Seq: 76994  Date: 4/27/2020 12:19:20 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155268477
By: plutoniumimplosion  Status: Public
To: Moose Cat  In Reply To: 155268429  Board: Decision Diagnostics Corp.

**I Contacted his cell phone and asked him if he will release a PR today or tomorrow and he said "we intend to".**

I just spoke to KB and he said he put out the release about 10 minutes ago and it should cross the wires in about 10-15 more minutes. IMO perfect timing.

Rpt Seq: 350 Board Seq: 76997  Date: 4/27/2020 12:39:01 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155268615
By: plutoniumimplosion  Status: Public
To: pastrychf05  In Reply To: 155268483  Board: Decision Diagnostics Corp.

https://finance.yahoo.com/news/decn-strongly-questions-sec-unilateral-043000328.html

https://www.otcmarkets.com/stock/DECN/news/DECN-Strongly-Questions-SECs-Unilateral-Imposition-Of-10-Day-Trading-Suspension----Company-Is-Undaunted-And-Still-Seeks-?id=260143

Rpt Seq: 351 Board Seq: 77000  Date: 4/27/2020 12:41:34 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155268630
By: plutoniumimplosion  Status: Hidden

DOJ-BERMAN-R_0000308824

To: RealPainkiller     In Reply To: 155268622     Board: Decision Diagnostics Corp.

**Pretty crappy PR.**

Pretty crappy post. Void of any information a shareholder can use.

---

Rpt Seq: 352 Board Seq: 77007  Date: 4/27/2020 1:05:48 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155268748
By: plutoniumimplosion     Status: Hidden
To: RAlbert     In Reply To: 155268716     Board: Decision Diagnostics Corp.

**Not a good sign of confidence...**

That's because as a stock trader you view yourself as the center of the world. Berman could care less about stock traders because the stock isn't trading. He has a plan and this is step one. Righteous indignation is always a good start.

Berman didn't do this, scum bag traders and shorts did.

---

Rpt Seq: 353 Board Seq: 77052  Date: 4/27/2020 8:53:53 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155271003
By: plutoniumimplosion     Status: Public
To: lucky,mydog     In Reply To: 155269976     Board: Decision Diagnostics Corp.

**nonsense. finra participated in the sec investigation to suspend.**

And please explain how you know this.

---

Rpt Seq: 354 Board Seq: 77053  Date: 4/27/2020 8:55:33 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155271041
By: plutoniumimplosion     Status: Public
To: kommisar7     In Reply To: 155269486     Board: Decision Diagnostics Corp.

**The SEC's Unilateral Action Is Counter-Intuitive In The Face Of The COVID-19 Pandemic**

Pretty good line.

---

Rpt Seq: 355 Board Seq: 77061  Date: 4/27/2020 9:14:17 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155271521
By: plutoniumimplosion     Status: Hidden
To: Doublebogie459     In Reply To: 155271400     Board: Decision Diagnostics Corp.

**The real truth is we have a lot of shady characters on this board that could be wearing a orange jumpsuit soon.**

And I know at least one prolific poster who has worn an orange jumpsuit in the past. He calls DECN CEO Berman a crook sometimes 20 times each day. Perhaps a look in the mirror is in order, although I am not sure there will be a reflection.

---

Rpt Seq: 356 Board Seq: 77076  Date: 4/27/2020 10:04:03 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155273384
By: plutoniumimplosion     Status: Public
To: sroks5     In Reply To: 155273098     Board: Decision Diagnostics Corp.

**Just making sure I know what to expect from a trading standpoint once the suspension is lifted.**

The NBDR case is similar and also different. I doubt Berman will argue that officers and directors are the main victims of their SEC action like in NBDR. Berman will argue that shareholders were victims of stock manipulators as well as non-shareholders with grudges.

There is also a name on the NBDR list of bad guys, a three time SEC loser, that KB has been introduced to, and ran away from. IMO most 3 time SEC losers, people banned from penny stocks for life. These guys flee the country. Regardless the DECN list of manipulators is going to be interesting to review. But the biggest list to review will be the list of people that complained to the SEC. I hope these people have indemnification agreements with the SEC, and they better have been accurate when they listed their allegations.

---

Rpt Seq: 357 Board Seq: 77089  Date: 4/27/2020 10:22:42 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155274181
By: plutoniumimplosion     Status: Hidden
To: PickPen     In Reply To: 155274101     Board: Decision Diagnostics Corp.

**Sorry to say a fishy situation is going on here.**

Personally I hate to read the word "sorry," because it is rarely if ever true.

---

Rpt Seq: 358 Board Seq: 77145  Date: 4/27/2020 11:42:14 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155277164
By: plutoniumimplosion     Status: Public
To: Jaded Past     In Reply To: 155276468     Board: Decision Diagnostics Corp.

**Does DECN want to risk exposing itself to whatever the SEC might reveal by filing a similar petition? ...it was about what the SEC might reveal to the public about their investigation into DECN.**

I would say you can count on it.

---

Rpt Seq: 359 Board Seq: 77152  Date: 4/27/2020 12:05:46 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155277946
By: plutoniumimplosion     Status: Hidden
To: loanranger     In Reply To: 155277515     Board: Decision Diagnostics Corp.

DOJ-BERMAN-R_0000308825

Sure. I am usually not a betting man, not even in the weekly foot ball pool. But because its you -- of course I will wager $1.00

---

Rpt Seq: 360 Board Seq: 77186   Date: 4/27/2020 1:29:02 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155280576
By: plutoniumimplosion          Status: Public
To: loanranger                  In Reply To: 155278482        Board: Decision Diagnostics Corp.

**Deal....now we need to find somebody to hold the money :o)**

I cannot tell you who could hold it, but I can tell you who cannot hold the money.

**:~)**

---

Rpt Seq: 361 Board Seq: 77214   Date: 4/27/2020 1:57:47 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155281657
By: plutoniumimplosion          Status: Public
To: rawman                      In Reply To: 155278201        Board: Decision Diagnostics Corp.

**FYI, the so-called "informants" are protected by the SEC's confidentiality stipulations**

I have never quite found a guy who knows so much about, well, everything. Just stay tuned. It is never too late to learn.

---

Rpt Seq: 362 Board Seq: 77261   Date: 4/27/2020 2:43:20 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155283059
By: plutoniumimplosion          Status: Public
To: pumper_stumper              In Reply To: 155281711        Board: Decision Diagnostics Corp.

**Well, I hope while they are at it, the SEC looks at the screwball CEO's other "forecasts" (diabetes, etc) too!**

Give the SEC a call. Can't hurt. They hear from non-shareholders all the time and never, ever wonder what the motivation of the caller is.

---

Rpt Seq: 363 Board Seq: 77321   Date: 4/27/2020 4:17:44 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155285981
By: plutoniumimplosion          Status: Public
To: rawman                      In Reply To: 155282992        Board: Decision Diagnostics Corp.

**Due to the fact the SEC investigation is completely confidential, the SEC has concluded something done by DECN can be deemed as FRAUDULENT! Nobody posting to this Board can read the "SEC's mind"!**

So you have information that the SEC has concluded there is fradulent activity. Please show your proof.

---

Rpt Seq: 364 Board Seq: 77338   Date: 4/27/2020 4:45:55 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155286567
By: plutoniumimplosion          Status: Hidden
To: lucky,mydog                 In Reply To: 155286353        Board: Decision Diagnostics Corp.

**they would not have suspended if they didn't suspect fraud.**

We'll all find out soon enough. Let me ask a simple question. If you are wrong and if all of this was caused by stock traders who manipulated the stock for profit at our loss, will you apologize to the company for inferring that they are all frauds?

No, I didn't think so.

---

Rpt Seq: 365 Board Seq: 77407   Date: 4/27/2020 8:14:26 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155289752
By: plutoniumimplosion          Status: Hidden
To: lucky,mydog                 In Reply To: 155286353        Board: Decision Diagnostics Corp.

**they don't issue suspensions as timeouts. ever.**

So you have no proof. What I suspected.

---

Rpt Seq: 366 Board Seq: 77441   Date: 4/28/2020 9:01:28 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155294872
By: plutoniumimplosion          Status: Public
To: Mjinvestor2                 In Reply To: 155293870        Board: Decision Diagnostics Corp.

**Berman is now counting and spending your money. Sad**

Proof? Do you have any?

---

Rpt Seq: 367 Board Seq: 77458   Date: 4/28/2020 9:47:42 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155296302
By: plutoniumimplosion          Status: Hidden
To: Johnny_C                    In Reply To: 155296166        Board: Decision Diagnostics Corp.

**Later I will post why Berman will do nothing with the SEC, and is afraid IMO civil and criminal charges...**

DECN shareholders do not much care what TAUG thinks.

Wanna bet?

---

Rpt Seq: 368 Board Seq: 77540   Date: 4/28/2020 12:05:13 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155301659
By: plutoniumimplosion          Status: Hidden

DOJ-BERMAN-R_0000308826

To: Johnny_C          In Reply To: 155301299          Board: Decision Diagnostics Corp.

**Why hasn't Matthew Musho come out with a statement on this test or the patents?**

If I had to guess, I would say because Matthew knows all about your MO.

---

Rpt Seq: 369  Board Seq: 77702  Date: 4/28/2020 8:01:06 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155313326
By: plutoniumimplosion          Status: Public
To: timetravelerdos          In Reply To: 155312797          Board: Decision Diagnostics Corp.

**Would like the SEC get sued. It's close to impossible but they screwed Long investors.**

I think it is fair to say that SEC did not protect longs. This isn't about Mr. Berman's releases, it is about illegal, immoral and uncontrolled trading in DECN stock. And non-shareholders telling you different are wrong.

---

Rpt Seq: 370  Board Seq: 77727  Date: 4/28/2020 11:11:47 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155315693
By: plutoniumimplosion          Status: Public
To: Jaded Past          In Reply To: 155315118          Board: Decision Diagnostics Corp.

**Now add that to the fact that the SEC had contacted him with some concerns (as they also did for at least 19 other test kit providers) and the recipe was there for disaster!**

When DECN goes on the offensive, and they will, they should allege two things:

1. if the company warranted suspension on March 2, why did it take the SEC 51 days to file an order.

2. If after 3 hours of "interview," if this is all the SEC can come up with, Berman can make a prima facie case for entrapment. They interviewed him, tried to get him to admit to wrong doing, he didn't -- read the press releases... so the SEC retaliated against a Covid-19 company who actually has something.

I hope Berman goes after them. This whole escapade is the result of the SEC being asleep at the switch. Why didn't SEC allege wrong-doing by the naked shorts and stock manipulators? Ahhhh collusion is another story all together.

---

Rpt Seq: 371  Board Seq: 77773  Date: 4/29/2020 9:47:09 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155320617
By: plutoniumimplosion          Status: Public
To: rawman          In Reply To: 155320423          Board: Decision Diagnostics Corp.

**The above would be absolutely the perfect response for a narcissist like CEO Keith Berman! Once again, we see evidence of the ego-driven "god-complex"! If CEO Keith Berman actually believes this fantasy, he's gotta be on some very quality stuff!**

Berman has an ego driven complex? What about someone who posts 50 times a day on a company who's stock that is not trading?

---

Rpt Seq: 372  Board Seq: 77801  Date: 4/29/2020 10:38:16 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155322929
By: plutoniumimplosion          Status: Public
To: kommisar7          In Reply To: 155322608          Board: Decision Diagnostics Corp.

**I hope that berman didn't lie about our tests and that they work as he says .....**

Left handed compliment. Please say what you mean and mean what you say. If you think he lied, say so.

---

Rpt Seq: 373  Board Seq: 77802  Date: 4/29/2020 10:40:57 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155323039
By: plutoniumimplosion          Status: Public
To: rawman          In Reply To: 155322797          Board: Decision Diagnostics Corp.

The rainbow colors aside, all of these are just opinions, and not a single fact.

---

Rpt Seq: 374  Board Seq: 77826  Date: 4/29/2020 11:33:23 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155325258
By: plutoniumimplosion          Status: Public
To: kommisar7          In Reply To: 155323718          Board: Decision Diagnostics Corp.

sure sure

---

Rpt Seq: 375  Board Seq: 77831  Date: 4/29/2020 11:37:12 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155325400
By: plutoniumimplosion          Status: Public
To: Jaded Past          In Reply To: 155324470          Board: Decision Diagnostics Corp.

**The correct way to address them is: Mr. Musho and Mr. Berman**

It is Dr. Musho and KB. Not bozo, not a-hole, not criminal. Just KB. Dr. Musho deserves everyone respect. KB's father was Mr. Berman.

---

Rpt Seq: 376  Board Seq: 77879  Date: 4/29/2020 1:38:49 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155330134
By: plutoniumimplosion          Status: Public
To: Johnny_C          In Reply To: 155329940          Board: Decision Diagnostics Corp.

**Luckily I think most people knew what I meant.**

DOJ-BERMAN-R_0000308827