Most DECN shareholders know exactly what TAUG's consultant means.

---

Rpt Seq: 377 Board Seq: 77885  Date: 4/29/2020 1:48:08 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155330503
By: plutoniumimplosion          Status: Public
To: pastrychf05                 In Reply To: 155330344     Board: Decision Diagnostics Corp.

**They have pre-orders, based on getting approval.**

They have lots of pre-orders, about 2 million of them. Can I ask, how many Covid-19 kit pre-orders does TAUG have?

---

Rpt Seq: 378 Board Seq: 77919  Date: 4/29/2020 3:28:12 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155334301
By: plutoniumimplosion          Status: Public
To: Johnny_C                    In Reply To: 155334038     Board: Decision Diagnostics Corp.

**Any patents paid for by the Company should be 100% assigned to the Company.**

I didn't know TAUG's consultant made policy for DECN. Good to know.

---

Rpt Seq: 379 Board Seq: 77980  Date: 4/29/2020 8:11:57 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155340440
By: plutoniumimplosion          Status: Public
To: rawman                      In Reply To: 155340340     Board: Decision Diagnostics Corp.

**As of April 23 Keith Berman specifically anticipated it taking 10 DAYS to engage a certified laboratory to do the needed efficacy testing. Then CEO Keith Berman predicted the testing could be accomplished in 7 DAYS. (FYI, predicting medical test cycles is foolhardy, but whatever!) Of course there was no "guess" in terms of how quickly the certified lab could even start the testing DECN's process, but let's just set this possibly significant gap aside.**

How in the world would you know all of this about DECN, its products, the FDA, the SEC. Where does all of this broad knowledge come from. I have spent 44 years in this industry, all in medical devices, and I don't know 10% of what you purport to know. How can I get some of this knowledge?

---

Rpt Seq: 380 Board Seq: 78021  Date: 4/29/2020 11:15:34 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155342836
By: plutoniumimplosion          Status: Public
To: Rootjim                     In Reply To: 155341843     Board: Decision Diagnostics Corp.

**Keith Berman says they are going to file SEC Petition Rule 550, so I'm still waiting for it, to find out what really happened .**

When did Mr. Berman say these things? Please show proof. By the way, if you know he is going to file the Rule 550, why is he waiting?

---

Rpt Seq: 381 Board Seq: 78030  Date: 4/30/2020 12:10:48 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155343303
By: plutoniumimplosion          Status: Public
To: pointofend                  In Reply To: 155342952     Board: Decision Diagnostics Corp.

**There is no reason to file the 550 petition as trading suspension will come off automatically in 10 days .The SEC will probably take a week to respond and there is almost no chance of suspension coming off within these 10 days.**

You file the Rule 550 to get the suspension reversed and to get the stock back of OTC Pink with a minimum of fuss. You wait until the last minute to file so there will be less chance of retaliation.

---

Rpt Seq: 382 Board Seq: 78061  Date: 4/30/2020 8:57:25 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155346317
By: plutoniumimplosion          Status: Hidden
To: Hopefull17                  In Reply To: 155346205     Board: Decision Diagnostics Corp.

**If I were you, I'd be careful what you wish for, once those wishes start coming true**

Seems to me I read that from you somewhere else and in much the same fashion.

---

Rpt Seq: 383 Board Seq: 78105  Date: 4/30/2020 11:01:16 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155351234
By: plutoniumimplosion          Status: Public
To: Rootjim                     In Reply To: 155348829     Board: Decision Diagnostics Corp.

**He's set for life and I do not believe he's worried about being in the grey market with that kind of cash in the bank. I'd have to say he'll get a slap on the wrist, for taking over 10 million dollars from investors.**

Ahhhh the penny traders "management is the root of all evil." DECN founder Barbara Asbell used to call it Penny Trader Myth #3.

Please provide proof that Mr. Berman took anything.

---

Rpt Seq: 384 Board Seq: 78144  Date: 4/30/2020 12:59:27 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155355788
By: plutoniumimplosion          Status: Public
To: Johnny_C                    In Reply To: 155355649     Board: Decision Diagnostics Corp.

**I wonder if the SEC will question DECN CO FOUNDER Barbara Asbell and Matthew Musho**

I doubt that. But I am reasonable sure that TAUG's paid consultant will have a day in court soon.

---

Rpt Seq: 385 Board Seq: 78191  Date: 4/30/2020 4:08:17 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155362830

DOJ-BERMAN-R_0000308828

By: <u>plutoniumimplosion</u>       Status: Hidden
To: <u>Hopefull17</u>       In Reply To: <u>155362544</u>       Board: <u>Decision Diagnostics Corp.</u>

**They must have been concerned about the DECN SEC suspension because they added the following paragraph regarding "FDA approval" as a condition of accepting deposits. The charitable donaton line was also new ... is penance by DECN and/or its affiliates a feeble attempt at salvation or distracton? NICE TRY but IMO, too LATE!**

I am pretty sure that the DECN distributor could care less what you say about them. He is in business to make money and he has a loyal clientel. He has no time for threats or left handed compliments.

---

Rpt Seq: 386 Board Seq: 78209  Date: 4/30/2020 5:44:11 PM   URL: <u>http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155364638</u>
By: <u>plutoniumimplosion</u>       Status: Public
To: <u>rawman</u>       In Reply To: <u>155364520</u>       Board: <u>Decision Diagnostics Corp.</u>

**As of this moment, I cannot recall the exact circumstances that led to Jarnigan's departure becoming public, but it seems like somebody accidentally stumbled across the resignation information and posted a heads-up in Mid-March.**

Allow me to refresh your memory. It was discussed in the 2019 Annual Report. Want a copy?

---

Rpt Seq: 387 Board Seq: 78220  Date: 4/30/2020 6:55:54 PM   URL: <u>http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155365845</u>
By: <u>plutoniumimplosion</u>       Status: Hidden
To: <u>rawman</u>       In Reply To: <u>155364959</u>       Board: <u>Decision Diagnostics Corp.</u>

**Also, "real companies" provide a public disclosure that includes a copy of the resignation letter, but not DECN!**

Columbo, how do you know that he resigned. Just asking.

---

Rpt Seq: 388 Board Seq: 78271  Date: 5/1/2020 9:35:09 AM   URL: <u>http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155373052</u>
By: <u>plutoniumimplosion</u>       Status: Public
To: <u>Johnny_C</u>       In Reply To: <u>155372897</u>       Board: <u>Decision Diagnostics Corp.</u>

**You think Berman is going to tool up to produce 525 million units if, by a miracle, he gets an EAU...**

Of course he will. He has another version of Genviro! coming, this one for at-home use. I can't wait for that filing with the FDA to happen.

---

Rpt Seq: 389 Board Seq: 78301  Date: 5/1/2020 10:47:24 AM   URL: <u>http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155376275</u>
By: <u>plutoniumimplosion</u>       Status: Public
To: <u>cvinvestor</u>       In Reply To: <u>155374497</u>       Board: <u>Decision Diagnostics Corp.</u>

**Foreign testing data is not accepted by FDA, but knowing what the test kits have shown, KB is confident it will pass USA testing which has to be done according to FDA protocol which it what is supposed to be being done right now and completed by mid-May or before.**

Untrue. Foreign tested data IS accepted by the FDA especially from countries that have foundations of medical device and pharmaceutical manufacturing. The FDA publishes Guidance, and as long as the Guidance is adhered to, the FDA accepts the data. Even with its terrible reputation for product quality and counterfeit products, the FDA even accepts data from China -- because they have their own version of the FDA.

---

Rpt Seq: 390 Board Seq: 78314  Date: 5/1/2020 11:28:02 AM   URL: <u>http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155377860</u>
By: <u>plutoniumimplosion</u>       Status: Public
To: <u>pumper_stumper</u>       In Reply To: <u>155376340</u>       Board: <u>Decision Diagnostics Corp.</u>

**The best is yet to come, I am SURE!**

Oh yes. True! There is only one way to spell FOIA.

---

Rpt Seq: 391 Board Seq: 78316  Date: 5/1/2020 11:34:18 AM   URL: <u>http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155378070</u>
By: <u>plutoniumimplosion</u>       Status: Hidden
To: <u>pumper_stumper</u>       In Reply To: <u>155377424</u>       Board: <u>Decision Diagnostics Corp.</u>

**As I said before. I expect to this denial of reality to continue, but eventually, when shareholders suffer enough loses, they'll suddenly blame the CEO, when the rest of us, (like you and me), saw through this bull many moons ago!**

I wonder if you can tell us all if anyone forced you to buy DECN stock?

---

Rpt Seq: 392 Board Seq: 78343  Date: 5/1/2020 12:30:23 PM   URL: <u>http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155380114</u>
By: <u>plutoniumimplosion</u>       Status: Public
To: <u>Johnny_C</u>       In Reply To: <u>155378154</u>       Board: <u>Decision Diagnostics Corp.</u>

**It doesnt matter who complained to the SEC about the press releases. LOL**

Oh I didn't know that. But what if the complainers lied, twisted and made things up when sending in complaints to the SEC?

---

Rpt Seq: 393 Board Seq: 78353  Date: 5/1/2020 12:53:49 PM   URL: <u>http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155380959</u>
By: <u>plutoniumimplosion</u>       Status: Hidden

DOJ-BERMAN-R_0000308829

To: TenKay            In Reply To: 155380404     Board: Decision Diagnostics Corp.

**They investigate and suspend based on what THEY find.**

Then they didn't "find" very much when they suspended DECN. Seems to me they found a lot more, a whole lot more crazy azz trading and shorting DECN stock than they did finding anything else. I will also say that the SEC suspension put certain faux experts in the message board posting business into overdrive.

I have one word for this — FOIA.

---

Rpt Seq: 394 Board Seq: 78366  Date: 5/1/2020 1:31:25 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155382288
By: plutoniumimplosion           Status: Hidden
To: Johnny_C             In Reply To: 155381446     Board: Decision Diagnostics Corp.

**The SEC put out notices that they were investigating COVID claims by companies, so did the AG. That is where I think you will find your answer**

Oh I think that lying, twisting and fabricating by shareholders and non-shareholders with the SEC started long before the recent Covid-19 scams. And I think everyone will be interested in finding out who these people are, you know, the people who have written on message boards that they have complained, some who have boasted of complaining on more than one occasion, in fact people who have threatened other posters and especially Mr. Berman. I, for one, cannot wait to read these complaints on the DECN Web Site when they are posted.

Sunshine is the best cleansing agent.

---

Rpt Seq: 395 Board Seq: 78368  Date: 5/1/2020 1:35:44 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155382442
By: plutoniumimplosion           Status: Public
To: Scotttrader80          In Reply To: 155382290     Board: Decision Diagnostics Corp.

**and those who took questionable profits get disgorged**

You know I was going to bring this up. I know of, which is to say I heard on several occasions, that disgorgement of profits illegally gotten and proven, end up by law, as part of the 1933 Securities Act, in the company's coffers.

I would hope that Chip tells us about this law.

---

Rpt Seq: 396 Board Seq: 78386  Date: 5/1/2020 3:06:14 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155385260
By: plutoniumimplosion           Status: Hidden
To: IPwatcher            In Reply To: 155383735     Board: Decision Diagnostics Corp.

**Some sacrifice, eh!?**

Another volunteer to be the next Chairman and CEO of DECN.

---

Rpt Seq: 397 Board Seq: 78454  Date: 5/1/2020 5:49:44 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155389723
By: plutoniumimplosion           Status: Hidden
To: rawman             In Reply To: 155389691     Board: Decision Diagnostics Corp.

**I have no idea! Not sure why the question was directed to me?**

Because you came over to this board after having been a Mod on the TAUG board. Its one of those the more things change, the more they stay the same.

---

Rpt Seq: 398 Board Seq: 78491  Date: 5/1/2020 10:29:46 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155392425
By: plutoniumimplosion           Status: Public
To: Roofus             In Reply To: 155392097     Board: Decision Diagnostics Corp.

**At least not on Argus Research dot com**

Let me guess, this is Berman's fault too.

---

Rpt Seq: 399 Board Seq: 78518  Date: 5/2/2020 10:36:09 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155395045
By: plutoniumimplosion           Status: Public
To: Lonewolf1           In Reply To: 155395022     Board: Decision Diagnostics Corp.

**Would not surprise me if they turn out to be totally fraudulent opportunists.**

That would be very hard to envision since they have been in business since 2002.

---

Rpt Seq: 400 Board Seq: 78559  Date: 5/2/2020 8:03:07 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155400097
By: plutoniumimplosion           Status: Public
To: alabama1man          In Reply To: 155399134     Board: Decision Diagnostics Corp.

**more likely that DECN will let the pps go down to like 0.01 and then take it private - before announcing anything.**

He should, for any number of reasons, but he won't because he's an honorable man.

---

Rpt Seq: 401 Board Seq: 78561  Date: 5/2/2020 8:11:00 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155400145
By: plutoniumimplosion           Status: Public

DOJ-BERMAN-R_0000308830

To: <u>pastrychf05</u>          In Reply To: <u>155400103</u>          Board: <u>Decision Diagnostics Corp.</u>

**But why would anyone want to sell shares before we hear back from the EUA ... according to my calculations could come a few days after we open up for trading - I'm thinking closer to May 15th, or so ....**

And today they received their second PEUA for the at-home GenViro! product, filed late in the evening May 1, PEUA received less than 8 hours later. The individual use kit is the BIG one.

---

Rpt Seq: 402 Board Seq: 78565   Date: 5/2/2020 9:05:27 PM   URL: <u>http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155400535</u>
By: <u>plutoniumimplosion</u>          Status: Public
To: <u>ReikoBlack</u>          In Reply To: <u>155400522</u>          Board: <u>Decision Diagnostics Corp.</u>

**Link to proof?**

Seems to me that this is a call or write to the company moment.

---

Rpt Seq: 403 Board Seq: 78569   Date: 5/2/2020 10:41:55 PM   URL: <u>http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155401131</u>
By: <u>plutoniumimplosion</u>          Status: Hidden
To: <u>loanranger</u>          In Reply To: <u>155400737</u>          Board: <u>Decision Diagnostics Corp.</u>

**How significant is that?**

If you were correct, then it would be insignificant. But you are incorrect. The event is totally significant. Chip perhaps some reading would help you out.

---

Rpt Seq: 404 Board Seq: 78570   Date: 5/2/2020 10:43:47 PM   URL: <u>http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155401141</u>
By: <u>plutoniumimplosion</u>          Status: Public
To: <u>rawman</u>          In Reply To: <u>155400892</u>          Board: <u>Decision Diagnostics Corp.</u>

**Any chance the SEC is taking a very hard look at why these shares hit the open market?**

Perhaps, but what if the company did not sell them, an investor did. So in that case the SEC would be more concerned with sellers.

---

Rpt Seq: 405 Board Seq: 78579   Date: 5/3/2020 9:30:30 AM   URL: <u>http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155403018</u>
By: <u>plutoniumimplosion</u>          Status: Hidden
To: <u>rawman</u>          In Reply To: <u>155401672</u>          Board: <u>Decision Diagnostics Corp.</u>

**Who sold them doesn't make a lot of difference in the context of the SEC investigating a 33% increase in the Outstanding Share count in the midst of a flourish of PR's related to the DECN's overzealously touted coronavirus test kit initiative.**

Call the SEC then. I am sure they would love to hear from you again just as I am sure you will tell them how to do their jobs. I doubt the SEC is investigating DECN's share issuances, but heck, have at it, I am as sure they want to hear from non-shareholders complaining about a company from a message board.

---

Rpt Seq: 406 Board Seq: 78602   Date: 5/3/2020 1:07:57 PM   URL: <u>http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155405031</u>
By: <u>plutoniumimplosion</u>          Status: Public
To: <u>rawman</u>          In Reply To: <u>155404239</u>          Board: <u>Decision Diagnostics Corp.</u>

**Not correct! OTC Markets classified DECN as "Caveat Emptor". The SEC only suspended trading in DECN, but is continuing its investigation.**

How do you know this? Show some proof please.

---

Rpt Seq: 407 Board Seq: 78605   Date: 5/3/2020 1:12:16 PM   URL: <u>http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155405077</u>
By: <u>plutoniumimplosion</u>          Status: Public
To: <u>rawman</u>          In Reply To: <u>155404533</u>          Board: <u>Decision Diagnostics Corp.</u>

**THE EUROPE HYPE SEEMS LIKE IT COULD BE MORE FODDER FOR THE SEC's INVESTIGATION OF DECN!**

Nonsense. Show us some proof.

---

Rpt Seq: 408 Board Seq: 78607   Date: 5/3/2020 1:19:52 PM   URL: <u>http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155405136</u>
By: <u>plutoniumimplosion</u>          Status: Hidden
To: <u>lucky.mydog</u>          In Reply To: <u>155404512</u>          Board: <u>Decision Diagnostics Corp.</u>

**big pharma doesn't give a rats ass about stinky pinkies**

That's nonsense too. Big pharma, especially Roche and Abbott, are scared to death that Berman will get his approval, and that another big pharma will swoop in and buy away the products. The at-home testing product is the product of the decade, a Nobel prize aspirant, no matter what is read on message boards from non-shareholders.

---

Rpt Seq: 409 Board Seq: 78608   Date: 5/3/2020 1:21:12 PM   URL: <u>http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155405144</u>
By: <u>plutoniumimplosion</u>          Status: Hidden
To: <u>rawman</u>          In Reply To: <u>155405097</u>          Board: <u>Decision Diagnostics Corp.</u>

**IT IS A SIMPLE FACT THE FINANCIAL INDUSTRY CLEARLY RECOGNIZES SHAREHOLDER DILUTION OCCURS WHEN NEW SHARES ARE SOLD INTO THE MARKET WITH IS NO COMMENSURATE EQUAL VALUE POSTED TO THE BALANCE SHEET! PERIOD!**

DOJ-BERMAN-R_0000308831

Reads to me like there is some jealousy here.

---

Rpt Seq: 410 Board Seq: 78609   Date: 5/3/2020 1:24:27 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155405170
By: plutoniumimplosion   Status: Public
To: Scotttrader80   In Reply To: 155404415   Board: Decision Diagnostics Corp.

**Could be Big Pharma has its operatives blasting DECN on the airwaves. There seems to be a lot of controversy continuing by a few players over a suspended ticker.**

During the big J&J battle several years ago, J&J admitted in open court that they hired and paid for message board vigilantes to "exercise their 1st Amendment rights."

So yes it happens. And I buy into the argument that DECN's GenViro is the Black Swan product of the decade. There are just too many uncredentialed people making technical claims against the products. JMO

---

Rpt Seq: 411 Board Seq: 78673   Date: 5/3/2020 7:10:51 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155408193
By: plutoniumimplosion   Status: Public
To: rawman   In Reply To: 155407458   Board: Decision Diagnostics Corp.

"KB and DECN have run tests" -- **NOT TRUE! Please provide proof to back up that definitive statement about testing.**

"...the initial testing kit is nearing the timeline for approval" -- **NOT TRUE! Please provide proof, supplied by the FDA, the source of any schedule, concerning DECN's GenViro! approval schedule.**

"...it only takes 15 seconds" -- **NOT TRUE! Please provide proof that the GenViro! tests takes shorter or longer than 15 seconds.**

---

Rpt Seq: 412 Board Seq: 78736   Date: 5/4/2020 9:58:22 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155415074
By: plutoniumimplosion   Status: Public
To: Mugwumps88   In Reply To: 155414956   Board: Decision Diagnostics Corp.

**But if it IS legit, it will make a come back. But the grey sheets is really gonna throw a wet rag on the fire. It will not be a rocket ship no matter how good the technology ends up being until it gets off the greys.**

I view it a little different. I view the revenues the kit will generate as the come back. Isn't that what companies are in business for? Successful products and large revenue streams? Perhaps I am wrong.

---

Rpt Seq: 413 Board Seq: 78743   Date: 5/4/2020 10:22:46 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155416044
By: plutoniumimplosion   Status: Public
To: rawman   In Reply To: 155415838   Board: Decision Diagnostics Corp.

**If the cited finding proves accurate, it represents VERY BAD NEWS for DECN!**

Funny how the only news DECN receives here is bad news.

---

Rpt Seq: 414 Board Seq: 78764   Date: 5/4/2020 11:48:59 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155419059
By: plutoniumimplosion   Status: Public
To: HFM2   In Reply To: 155419024   Board: Decision Diagnostics Corp.

**Based on your learned opinion, what type of test is DECN submitting for FDA emergency use authorization?**

Yes! I would love to hear from a true expert.

---

Rpt Seq: 415 Board Seq: 78796   Date: 5/4/2020 1:21:22 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155422109
By: plutoniumimplosion   Status: Public
To: cvinvestor   In Reply To: 155421626   Board: Decision Diagnostics Corp.

**The second test strip kit DECN designed was for anti-body testing as a home testing kit, but once again, that will use a different technology from the other tests and so we will have to see how accurate it proves to be.**

Nope. The third test strip that DECN designed tested for antibodies. The second test is the individual use test that was submitted last Friday and received a serial number on Saturday, May 2.

---

Rpt Seq: 416 Board Seq: 78836   Date: 5/4/2020 3:32:10 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155425850
By: plutoniumimplosion   Status: Public
To: rawman   In Reply To: 155424658   Board: Decision Diagnostics Corp.

So the FDA, bless their hearts, basically killed all Antibody based tests for Covid-19 detection today. No more EUAs. Those methods already approved have 10 days to prove or reprove that they meet FDA standards. This is good for Mr. Berman's product.

*"The F.D.A. says companies selling antibody tests must prove accuracy within 10 days. (there are 6 of these companies)*

*The Food and Drug Administration announced on Monday that companies selling coronavirus antibody tests must submit data proving accuracy within the next 10 days or face removal from the market."*

DOJ-BERMAN-R_0000308832

If you need me to explain this in greater detail I will be happy to. Or just call Mr. Berman, I am sure he can do a better job of explaining this event. I do not have the time to count posts, but there are hundreds of posts on this board touting the wonderfulness of Antibody detection. And now FDA says they are at best a crap shoot.

---

Rpt Seq: 417 Board Seq: 78839   Date: 5/4/2020 3:46:36 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155426291
By: plutoniumimplosion   Status: Public
To: lucky.mydog   In Reply To: 155426168   Board: Decision Diagnostics Corp.

That's the kiss of death. FDA begs for these products to be completed in record time. They receive 1st generation Antibody products, as would be expected, and after two months of nothing they are kicked to the ground, and Dr. Birx gets the middle finger. DECN has a 2nd generation product. Compared to the Antibody methods, the DECN kit is elegant. The meter is elegant. And the FDA after today, that leaves them with about 40 35-year old DNA methods, not enough kit capacity, 3-5 day turn-around time, a saliva method, that in my opinion is next to be kicked to the ground, and Mr. Berman's method that is loved by all except for a few stock traders. When is DECN ever going to get treated like a biotech?

---

Rpt Seq: 418 Board Seq: 78848   Date: 5/4/2020 4:03:58 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155426912
By: plutoniumimplosion   Status: Public
To: pumper_stumper   In Reply To: 155426595   Board: Decision Diagnostics Corp.

**I don't give a hoot about "elegant"! Does the damn thing work? Show the proof, not some CEO idiot's PR, show me the test results!**

I will pass this on to Mr. Berman. Hopefully he will have a reply for you. LOLOLOLOL

---

Rpt Seq: 419 Board Seq: 78849   Date: 5/4/2020 4:05:57 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155426983
By: plutoniumimplosion   Status: Public
To: rverboatgambler   In Reply To: 155426866   Board: Decision Diagnostics Corp.

Antibody = Buggy Whip.

In about two years the Antibody methods will reach Gen 2 and they will do just fine. In the meantime, DECN's methods just received rocket fuel.

---

Rpt Seq: 420 Board Seq: 78855   Date: 5/4/2020 4:16:44 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155427246
By: plutoniumimplosion   Status: Public
To: Johnny_C   In Reply To: 155427093   Board: Decision Diagnostics Corp.

**That is just an absurd way to think if you are an investor. I guess if you want to do a quick day trade it wouldn't matter. But in DECN you have no idea how many shares are about to have the restriction taken off and become tradeable. I have bought restricted shares and haven't had them deposited for a month or two, but the shares are issued.**

Seems to me that TAUG's consultant is running out of things to twist.

---

Rpt Seq: 421 Board Seq: 78894   Date: 5/4/2020 5:36:54 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155428731
By: plutoniumimplosion   Status: Public
To: Johnny_C   In Reply To: 155428667   Board: Decision Diagnostics Corp.

**Many times the suspension and being sent to the greys is punishment enough. But that is not always the case. I am pretty sure the microcap division at the SEC has its hands full with investigations. I read somewhere where the SEC wanted Berman to admit guilt, and he wouldn't.**

This is more nonsense from TAUG's paid consultant. How would anyone know, much less a consultant for another company, what the SEC asked of Berman. They may have asked for nothing.

By the way, guilt of what? As far as I can see, especially after today, KB seems to be only guilty of having a Black Swan product.

---

Rpt Seq: 422 Board Seq: 78908   Date: 5/4/2020 7:07:54 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155429959
By: plutoniumimplosion   Status: Hidden
To: livefree_ordie   In Reply To: 155429837   Board: Decision Diagnostics Corp.

**If he Berman feels as if he was in fact treated unfairly by the SEC then he should seek a judgement claim against them and also chase PPP funds from SBA as the SEC is attempting to stop a business that is attempting to help with CV testing product.**

The SEC is funded by the U.S. Government. Are message board posters going to pay the company's lawyers should the company bring a suit that perhaps 4-5 message board posters are requesting?

---

Rpt Seq: 423 Board Seq: 78912   Date: 5/4/2020 7:15:26 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155430022
By: plutoniumimplosion   Status: Public
To: rawman   In Reply To: 155429982   Board: Decision Diagnostics Corp.

**I suggest telling CEO Keith Berman the spigot of granted EUA Authorizations will continue to flow, but it appears DECN will not be a part of the flood!!!!**

Forgive me for questioning the above statement, but how the hell would you know? Are you the FDA? Are you DECN or Mr. Berman? Are you credentialed and an industry insider?

---

Rpt Seq: 424 Board Seq: 78913   Date: 5/4/2020 7:20:52 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155430073
By: plutoniumimplosion   Status: Hidden

DOJ-BERMAN-R_0000308833

To: rawman                        In Reply To: 155430020        Board: Decision Diagnostics Corp.

**Methinks this might be CEO Keith Berman's personal ego gone viral!**

Of two men, Mr. Berman is certainly not the man with the never ending ego.

---

Rpt Seq: 425 Board Seq: 78917   Date: 5/4/2020 7:41:54 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155430268
By: plutoniumimplosion            Status: Public
To: rawman                        In Reply To: 155430241        Board: Decision Diagnostics Corp.

**SOUNDS LIKE DECN'S TEST KIT FUTURE IS LOOKING BLEAK!**

Show us the proof.

---

Rpt Seq: 426 Board Seq: 78921   Date: 5/4/2020 7:47:57 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155430329
By: plutoniumimplosion            Status: Public
To: Johnny_C                      In Reply To: 155430271        Board: Decision Diagnostics Corp.

**Since money is not an issue, and with about 4 billion dollars in sales in the next 12 months I can't help but wonder if he isn't scared crap at what the SEC will find.**

Why don't you pass that advice on to CEO Berman. But I think his mind is pretty much made up. If message board posters want a suit filed against the SEC, they should foot the bill. Or perhaps TAUG's paid consultant should. It will only cost about $300K. That's chump change.

By the way I think Berman's case is pretty strong. The two factors used by the SEC for the suspension are very weak since both have been proven wrong. Both of these factors have been discussed at length here.

The only thing the SEC can rely on is that some scum bags and opportunists manipulated the stock, and any Form 550 filed should demand disgorgement of profits under the 1933 Act. Berman didn't sell shares, the company did not make an offering. Perhaps TAUG's consultant sold shares.

Do you know where the disgorgement of profits accrues to? Directly to the company. Don't you love it when the SEC becomes a collection agent.

---

Rpt Seq: 427 Board Seq: 78924   Date: 5/4/2020 7:55:53 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155430431
By: plutoniumimplosion            Status: Hidden
To: rawman                        In Reply To: 155430360        Board: Decision Diagnostics Corp.

**A guilty finding can be done based on a "preponderence of evidence". A criminal action against anyone affiliated with DECN would in fact require "proving beyond a reasonable doubt"!**

Are you taking this case counselor?

---

Rpt Seq: 428 Board Seq: 78931   Date: 5/4/2020 8:49:31 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155430894
By: plutoniumimplosion            Status: Public
To: rawman                        In Reply To: 155430801        Board: Decision Diagnostics Corp.

**The shareholders would love it, but I am guessing DECN's case might be a lot weaker than implied.**

Show the proof.

---

Rpt Seq: 429 Board Seq: 78980   Date: 5/5/2020 8:49:36 AM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155435500
By: plutoniumimplosion            Status: Public
To: kommisar7                     In Reply To: 155434942        Board: Decision Diagnostics Corp.

**"that the blood test is absolutely worthless or not really working is hard to believe ...."**

But since people read it on the Internet, people believe it.

---

Rpt Seq: 430 Board Seq: 78981   Date: 5/5/2020 8:55:25 AM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155435655
By: plutoniumimplosion            Status: Public
To: loanranger                    In Reply To: 155435132        Board: Decision Diagnostics Corp.

**"I can think of no other reason."**

Consider this. The third report that the company files every quarter is called Supplemental Information. That report is fashioned after what was known as a 15c2-11, a report brokers need to file to go on the box. Perhaps Mr. Berman is handing these brokers (marketmakers) the most current information available a day or two prior to the stock opening for trades. I only wrote this so you can tell me I am wrong.

---

Rpt Seq: 431 Board Seq: 78985   Date: 5/5/2020 9:11:26 AM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155436094
By: plutoniumimplosion            Status: Public
To: pumper_stumper                In Reply To: 155435676        Board: Decision Diagnostics Corp.

**PR and post claims, with no tests results published, no published scientific articles... in other words, typical pink sheet... oh, excuse me, pink sheet is putting them on a pedestal... gray sheet! Not one single person testifying to the DECN version of test, in the entire**

DOJ-BERMAN-R_0000308834

world, except Mr Dilution himself, big belly Berman!

When you get a moment, please post the Abbott and Roche testing results. They should be easiest to find and then post. I can't find them, but you speak as if everyone does it and since DECN doesn't it makes them well.... liars and criminal. So please set us straight, post those statistics please.

---

Rpt Seq: 432 Board Seq: 78987   Date: 5/5/2020 9:15:06 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155436217
By: plutoniumimplosion                Status: Public
To: Johnny_C                           In Reply To: 155435753        Board: Decision Diagnostics Corp.

Contract manufacturing of CBD gum is a very different business than designing and manufacturing a Covid-19 test kit. TAUG's consultant should stick with the products his company sells because he is not an expert, or even informed about Covid-19 testing.

---

Rpt Seq: 433 Board Seq: 78997   Date: 5/5/2020 9:34:15 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155436899
By: plutoniumimplosion                Status: Public
To: pumper_stumper                     In Reply To: 155436638        Board: Decision Diagnostics Corp.

**"Trying to change the topic to "well others companies don't post tests" etc, is just that. Attempting to change the topic. It does not deflect from how the bullish case in DECN tests suffers from the same issue that you sought to point out."**

So you don't have any data on any company. S'what I thought.

---

Rpt Seq: 434 Board Seq: 79026   Date: 5/5/2020 11:34:00 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155441507
By: plutoniumimplosion                Status: Public
To: Johnny_C                           In Reply To: 155440284        Board: Decision Diagnostics Corp.

Please stay on-topic

---

Rpt Seq: 435 Board Seq: 79029   Date: 5/5/2020 11:45:12 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155441892
By: plutoniumimplosion                Status: Public
To: loanranger                         In Reply To: 155440051        Board: Decision Diagnostics Corp.

**But for the sake of argument let's say that Berman has been able to get some broker to consider it. Apart from considering it internally, which would require the participation and agreement of the broker's topmost level of executives with the proper authorization, there is a fair amount of material in the form of documentation that must be gathered prior to the Form 211 filing. The most recent Supplemental Report would provide the vast majority of that information. But it's not that simple.**

That is an opinion.

---

Rpt Seq: 436 Board Seq: 79030   Date: 5/5/2020 11:47:17 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155441958
By: plutoniumimplosion                Status: Public
To: Johnny_C                           In Reply To: 155441673        Board: Decision Diagnostics Corp.

**THE CHANCE IS ZERO ---**

That is an opinion.

---

Rpt Seq: 437 Board Seq: 79050   Date: 5/5/2020 12:56:28 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155443991
By: plutoniumimplosion                Status: Public
To: Johnny_C                           In Reply To: 155442050        Board: Decision Diagnostics Corp.

**That is a FACT, and I can't wait to prove it. LOL**

There is always a first for everything.

---

Rpt Seq: 438 Board Seq: 79051   Date: 5/5/2020 12:58:13 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155444069
By: plutoniumimplosion                Status: Public
To: goldie222                          In Reply To: 155443824        Board: Decision Diagnostics Corp.

**He has been posting some good intel and is at least giving some pause before they plow money into the stock.**

Johnny knows very little about Mr. Berman. He has never met him, spoken to him, or corresponded with him. He does, however, yield a message board axe.

---

Rpt Seq: 439 Board Seq: 79067   Date: 5/5/2020 2:02:51 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155446109
By: plutoniumimplosion                Status: Hidden
To: goldie222                          In Reply To: 155445952        Board: Decision Diagnostics Corp.

**Years ago, we were led to believe we'd all be making tons of money....all those PR's I do recall.**

So here we are on the precipice of greatness and complain and complain. Find something good to say. TAUG's paid consultant joined iHub in April 2016 and has made up stories about Mr. Berman since that time.

---

Rpt Seq: 440 Board Seq: 79069   Date: 5/5/2020 2:06:08 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155446196
By: plutoniumimplosion                Status: Public
To: Johnny_C                           In Reply To: 155444942        Board: Decision Diagnostics Corp.

DOJ-BERMAN-R_0000308835

**He is not a nice guy, but you know that, right**

What I do know is that Mr. Berman has never been a bankrupt, and has never been to jail. TAUG's paid consultant cannot say the same. So a nice guy compared to the consultant, yes he is.

---

Rpt Seq: 441 Board Seq: 79081   Date: 5/5/2020 3:14:19 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155448317
By: plutoniumimplosion            Status: Hidden
To: rawman                        In Reply To: 155447916       Board: Decision Diagnostics Corp.

**WHERE IS ANYTHING EVEN CLOSE TO SIMILAR DATA FROM DECN?**

Sounds like Roche is a perfect company for you. GLTY

---

Rpt Seq: 442 Board Seq: 79106   Date: 5/5/2020 4:25:01 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155450412
By: plutoniumimplosion            Status: Public
To: Johnny_C                      In Reply To: 155449991       Board: Decision Diagnostics Corp.

**Like I stated, The SEC has it, but everyone is entitled to their opinions.**

And if the SEC received it from TAUG's paid consultant, then very soon the company will find out from its FOIA request. And boy oh boy Daddy is going to be angry.

---

Rpt Seq: 443 Board Seq: 79123   Date: 5/5/2020 5:33:50 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155451598
By: plutoniumimplosion            Status: Public
To: Roofus                        In Reply To: 155451513       Board: Decision Diagnostics Corp.

**BOMBSHELL 'CBS' Article (Link) on DECN**

You mean those frauds don't you?

---

Rpt Seq: 444 Board Seq: 79124   Date: 5/5/2020 5:35:37 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155451628
By: plutoniumimplosion            Status: Public
To: Roofus                        In Reply To: 155451372       Board: Decision Diagnostics Corp.

Then perhaps this not the right stock for you.

---

Rpt Seq: 445 Board Seq: 79130   Date: 5/5/2020 5:40:41 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155451704
By: plutoniumimplosion            Status: Public
To: Roofus                        In Reply To: 155451664       Board: Decision Diagnostics Corp.

**I own stock in DECN**

Why would any owner of stock call the company a fraud? Seems counter intuitive.

---

Rpt Seq: 446 Board Seq: 79181   Date: 5/5/2020 7:39:43 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155453256
By: plutoniumimplosion            Status: Public
To: ysung                         In Reply To: 155453246       Board: Decision Diagnostics Corp.

Still waiting for a point to be made.

---

Rpt Seq: 447 Board Seq: 79217   Date: 5/5/2020 8:56:14 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155454227
By: plutoniumimplosion            Status: Public
To: rawman                        In Reply To: 155453970       Board: Decision Diagnostics Corp.

**There is no way CBS-NY wants to be perceived as thumbing its nose at the SEC! Keep in mind where the financial center of the world is located!**

LMFAO.

---

Rpt Seq: 448 Board Seq: 79227   Date: 5/5/2020 9:12:23 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155454407
By: plutoniumimplosion            Status: Public
To: Mugwumps88                    In Reply To: 155454267       Board: Decision Diagnostics Corp.

**There was no REAL meat in that report.**

The report was over 2 minutes. It had a nice lead-in. It was about a meaty as could be for television. The program was called Dr. Gomez Minute. It lasted twice as long. The report was filed by a 35 year veteran of CBS, who by the way is a medical doctor. Mr. Berman didn't call Dr. Gomez, Gomez called Berman.

I was taught in B-school that there is no such thing as bad publicity.

**It was basically Berman said it works and Berman said he expects they will be approved next week. Nothing more.**

Neither Berman nor Gomez said the product would be approved next week YOU said that.

DOJ-BERMAN-R_0000308836

So I have a quandry. Do I believe Dr. Gomez and his report, or do I believe a message board poster? Easy decision.

---

Rpt Seq: 449  Board Seq: 79259  Date: 5/5/2020 10:37:49 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155455207
By: plutoniumimplosion  Status: Public
To: Mugwumps88  In Reply To: 155454917  Board: Decision Diagnostics Corp.

**He just states that a ceo says his product works.**

There is no such thing as bad publicity.

---

Rpt Seq: 450  Board Seq: 79261  Date: 5/5/2020 10:38:43 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155455220
By: plutoniumimplosion  Status: Public
To: loanranger  In Reply To: 155455179  Board: Decision Diagnostics Corp.

**The suspension order was justified at the time of its issuance. In the unlikely event that a kit is approved and sold there would be no repercussions for the SEC.**

We'll see.

---

Rpt Seq: 451  Board Seq: 79326  Date: 5/6/2020 9:32:17 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155459981
By: plutoniumimplosion  Status: Hidden
To: rawman  In Reply To: 155459797  Board: Decision Diagnostics Corp.

**Even those who "love" DECN are now agreeing the company that purportedly placed the 2 million unit order, Universal Response LLC, is probably a not a real company.**

Any proof that there is sentiment that Universal Response in not a real company? I read the posts yesterday and found nothing of the kind. Just speculation from the usual suspects but no agreement.

---

Rpt Seq: 452  Board Seq: 79433  Date: 5/6/2020 3:34:07 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155472576
By: plutoniumimplosion  Status: Public
To: Johnny_C  In Reply To: 155468419  Board: Decision Diagnostics Corp.

**Berman controls the Company like it is a private Company, he is the Board.**

Yep, and he is the CEO and that has gnawed at TAUG's consultant for over 4 years.

---

Rpt Seq: 453  Board Seq: 79438  Date: 5/6/2020 3:55:26 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155473326
By: plutoniumimplosion  Status: Public
To: airmikeyy  In Reply To: 155472960  Board: Decision Diagnostics Corp.

**- CBS report states 30-45 seconds instead of 15 seconds, which is interesting to note and may relate to SEC's having a problem with 15 seconds as well, but is not substantial difference to impact sale of product if it works**

I talked to KB about this. He said that the CBS reporter was a little confused. He said he told the reporter that the test itself takes just 15 seconds. The pre-test set-up (taking strip from the kit box and inserting it into the meter) and post-test disposal each take 15 seconds.

---

Rpt Seq: 454  Board Seq: 79528  Date: 5/6/2020 10:28:53 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155479179
By: plutoniumimplosion  Status: Public
To: rawman  In Reply To: 155478532  Board: Decision Diagnostics Corp.

**All of Universal Response's listed products show "NO MINIMUM ORDER QUANTITY", meaning a single unit is just fine!**

I would think that a distributor is free to run his business any way he wishes. After all it is his business.

---

Rpt Seq: 455  Board Seq: 79531  Date: 5/6/2020 10:37:24 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155479265
By: plutoniumimplosion  Status: Public
To: Jaded Past  In Reply To: 155479226  Board: Decision Diagnostics Corp.

**But yet, it continues! LOL! Why! Well, none of us will know the bid or ask price, none of the longs are going to give any shares away (we all know too much), and none of us are in a big rush to sell because we have had to wait 2 weeks already...**

I think there will be another story that catches your eye. And it will be a doozie.

---

Rpt Seq: 456  Board Seq: 79549  Date: 5/7/2020 12:35:22 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155480088
By: plutoniumimplosion  Status: Hidden
To: UP Trend  In Reply To: 155479657  Board: Decision Diagnostics Corp.

**we have had people working day and night trying hard to scare people out of their shares**

Oh, I am afraid that it is much worse than that.

---

Rpt Seq: 457  Board Seq: 79753  Date: 5/7/2020 4:51:08 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155498981
By: plutoniumimplosion  Status: Public
To: lucky.mydog  In Reply To: 155498915  Board: Decision Diagnostics Corp.

DOJ-BERMAN-R_0000308837

you are about to find out that it is about the suspension and grey market and not the product. every suspended company thinks "the product" will prevail

Thanks for the information, but I think I will wait to see for myself.

---

Rpt Seq: 458 Board Seq: 80307  Date: 5/8/2020 2:26:06 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155519474
By: plutoniumimplosion        Status: Public
To: Johnny_C              In Reply To: 155517469       Board: Decision Diagnostics Corp.

**This did not have to happen, but Berman has been getting away with it for years. If the SEC wants, it can go back and rip many of his press releases to shreds.**

And that statement gave TAUG's consultant away. More about this later.

---

Rpt Seq: 459 Board Seq: 80310  Date: 5/8/2020 2:29:58 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155519596
By: plutoniumimplosion        Status: Public
To: Johnny_C              In Reply To: 155518664       Board: Decision Diagnostics Corp.

**Does this have anything to do with the employee that sued the Company which the company settled the claim?**

A poor diversion. DECN is on top of this and already has names.

---

Rpt Seq: 460 Board Seq: 80324  Date: 5/8/2020 2:59:02 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155520458
By: plutoniumimplosion        Status: Public
To: Johnny_C              In Reply To: 155519765       Board: Decision Diagnostics Corp.

**LOL Call Sherlock Holmes...**

Not needed, but thank you for the advice.

---

Rpt Seq: 461 Board Seq: 80328  Date: 5/8/2020 3:02:41 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155520584
By: plutoniumimplosion        Status: Public
To: Johnny_C              In Reply To: 155520266       Board: Decision Diagnostics Corp.

**If that happened to me I would report it the local police, as it was most likely a worker, or the FBI cyber crime division.**

Again, thanks for the advice. But sincerely, it isn't needed.

---

Rpt Seq: 462 Board Seq: 80330  Date: 5/8/2020 3:06:34 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155520713
By: plutoniumimplosion        Status: Public
To: Johnny_C              In Reply To: 155520181       Board: Decision Diagnostics Corp.

**I think if this were a movie I would buy a ticket**

Personal opinion, TAUG's consultant is a star of this show.

---

Rpt Seq: 463 Board Seq: 80351  Date: 5/8/2020 4:08:52 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155522986
By: plutoniumimplosion        Status: Public
To: HFM2                In Reply To: 155521450       Board: Decision Diagnostics Corp.

**Maybe you won't have to.**

How true, how true. LOLOLOLOL

---

Rpt Seq: 464 Board Seq: 80402  Date: 5/8/2020 7:12:49 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155526280
By: plutoniumimplosion        Status: Public
To: no_ur_stox            In Reply To: 155526250       Board: Decision Diagnostics Corp.

**please post this verifiable information for the MB**

Show me one Pre-Market example of someone who did this. Nobody does it. When none is posted, you'll come back and say, see-see-see they don't have any. LOLOLOLOL

---

Rpt Seq: 465 Board Seq: 80406  Date: 5/8/2020 7:15:05 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155526303
By: plutoniumimplosion        Status: Hidden
To: okwife              In Reply To: 155526269       Board: Decision Diagnostics Corp.

**DECN GOING TO .0001 IMO. BAD MGT!!**

No shortage here of message board posters campaigning for the job.

---

Rpt Seq: 466 Board Seq: 80439  Date: 5/8/2020 10:00:06 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155527848
By: plutoniumimplosion        Status: Hidden
To: Scotttrader80           In Reply To: 155527790       Board: Decision Diagnostics Corp.

**Berman will definately have the last laugh here, who ever it was and their cohorts, even if they apologize to Berman, the Federal prosecutors WONT let it go.**

DOJ-BERMAN-R_0000308838

And Berman knows who the perps are. They all posted the same forged documents on this board Tuesday evening.

---

Rpt Seq: 467 Board Seq: 80509   Date: 5/9/2020 10:40:52 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155530799
By: plutoniumimplosion                Status: Public
To: loanranger                         In Reply To: 155530730        Board: Decision Diagnostics Corp.

Please provide us with a list of illegalities on the part of DECN.

Thank you.

---

Rpt Seq: 468 Board Seq: 80512   Date: 5/9/2020 11:03:50 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155531047
By: plutoniumimplosion                Status: Hidden
To: rawman                             In Reply To: 155530927        Board: Decision Diagnostics Corp.

**I would have NEVER done a clearly orchestrated series of 15 forward-looking tripe-loaded share price pumping PR's in a mere six weeks, particularly in light of the SEC's very obvious warnings associated with questionable coronavirus business claims!**

I know you are not the CEO of DECN, but are you the CEO of any other Covid-19 company? Or a doctor, or technician? I am just wondering because it is clear that you believe Mr. Berman is a loser and corrupt.

---

Rpt Seq: 469 Board Seq: 80517   Date: 5/9/2020 11:16:39 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155531164
By: plutoniumimplosion                Status: Public
To: loanranger                         In Reply To: 155531086        Board: Decision Diagnostics Corp.

Thank you for all of your opinions. I did however ask for your expertise.

---

Rpt Seq: 470 Board Seq: 80539   Date: 5/9/2020 12:55:05 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155532023
By: plutoniumimplosion                Status: Public
To: rawman                             In Reply To: 155531880        Board: Decision Diagnostics Corp.

**Here is a quick lesson in Corporate Governance 101!**

**THE INVESTORS ARE THE OWNERS OF DECN!!!!**

This is an opinion. Please show facts where it says that "investors" are the owners. First of all the people that are your audience are for the most part NOBO shareholders and perhaps personal investors (investing for their own portfolio), but an equal number or more are speculators.

I always thought, but perhaps my MBA from ND was all a fraud, but I was told that shareholders were shareholders and have very limited rights individually. Perhaps Nevada where DECN is incorporated is different. I suggest a quick read of Nevada Corporate law. Then let us know what is found.

Thank you.

---

Rpt Seq: 471 Board Seq: 80550   Date: 5/9/2020 2:01:52 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155532706
By: plutoniumimplosion                Status: Hidden
To: IPwatcher                          In Reply To: 155532256        Board: Decision Diagnostics Corp.

**Maybe you could remind your confidante Keith Berman of that. His MBA was from Indiana, not ND. So I'm thinking maybe they missed that bit off the curriculum, there!?**

Perhaps you can remind him yourself. Is there anything wrong with your keyboard?

---

Rpt Seq: 472 Board Seq: 80557   Date: 5/9/2020 2:21:41 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155532956
By: plutoniumimplosion                Status: Public
To: sroks5                             In Reply To: 155532778        Board: Decision Diagnostics Corp.

**1st quarter filing said they are on day 36 of 8 week schedule for product development.**

Yes and if this follows most product development timelines, week 5 is the beginning of testing, which will run for the total (in this case the remainder) of week 5 and all of week 6. Weeks 7 and 8 determine product tweaks, such as adjusting impedance wavelength or making final determination of best distance between the opposable electrodes, 5, 10, 25 microns.

So it appears that DECN is in the middle of the first week of FDA defined testing.

By the way, despite the obvious attempt to confuse, the DECN products were unaffected by the May 4 FDA Guidance partial update. GenViro! is still governeed by the March 16 Guidance. GenViro! is not an Antibody method, it is a direct measurement of the antigen virus Covid-19.

---

Rpt Seq: 473 Board Seq: 80560   Date: 5/9/2020 2:27:00 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155533014
By: plutoniumimplosion                Status: Public
To: Hopefull17                         In Reply To: 155532974        Board: Decision Diagnostics Corp.

**Such inspection by a shareholder or holder of a voting trust certificate may be made in person or by agent or attorney, and the right of inspection includes the right to copy and make extracts. The right of the shareholders to inspect the corporate records may not be limited by the articles or bylaws.**

But it is limited by the fact that DECN is not a California corporation. It isn't a Long Island corporation either. DECN is a foreign corporation in

---

DOJ-BERMAN-R_0000308839

California and still governed by the Corporate laws of Nevada. I could post for you Chapter 78 of Nevada corporate law, but here is the link.

http://nevadalaw.info/nevada-revised-statutes-chapter-78-private-corporations/

---

Rpt Seq: 474 Board Seq: 80566  Date: 5/9/2020 2:37:17 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155533126
By: plutoniumimplosion        Status: Public
To: Hopefull17                In Reply To: 155533081     Board: Decision Diagnostics Corp.

Nope, shareholders tried this gambit in 2011. They were turned away. Regardless, when can the company expect to see you? By the way, don't you need to be a shareholder and provide proof. Don't you need to provide evidence that you own or control 20% of the vote totals?

---

Rpt Seq: 475 Board Seq: 80573  Date: 5/9/2020 2:54:40 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155533301
By: plutoniumimplosion        Status: Public
To: Johnny_C                  In Reply To: 155533263     Board: Decision Diagnostics Corp.

**Seems like you agree that that PDF was uploaded to the website.. Interesting.**

Except it isn't a .pdf and the web site identified isn't DECN's web site. How could TAUG's consultant make such blatant errors.

---

Rpt Seq: 476 Board Seq: 80582  Date: 5/9/2020 3:07:18 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155533414
By: plutoniumimplosion        Status: Public
To: Johnny_C                  In Reply To: 155533372     Board: Decision Diagnostics Corp.

**Did it ever occur to you that Berman made the Powerpoint or Presentation if that suits you and he changed it once he was called out on it.**

Berman does the products and runs the company. Neither of which TAUG's consultant shows any respect for. That's why the consultant claims to own no shares. But I can tell you this, Berman certainly does not do Powerpoints, even stolen Powerpoints. He is color blind. That is a bad thing to have if you are in graphic design.

---

Rpt Seq: 477 Board Seq: 80586  Date: 5/9/2020 3:17:00 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155533477
By: plutoniumimplosion        Status: Public
To: Johnny_C                  In Reply To: 155533455     Board: Decision Diagnostics Corp.

**By the way, did you ever meet Matthew Musho at ND**

I don't recall, did you? I didn't know TAUG's paid consultant went to ND. Whellp, I guess the admissions committee sometimes makes mistakes.

I met Dr. Musho when we both worked for the same company -- for many years. When did you meet Dr. Musho?

---

Rpt Seq: 478 Board Seq: 80620  Date: 5/9/2020 7:35:45 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155535652
By: plutoniumimplosion        Status: Public
To: Scotttrader80              In Reply To: 155535546     Board: Decision Diagnostics Corp.

**The Feds will figure out who did what then the real games begin**

And they will get a lot of help from real DECN shareholders and people that do not carry a grudge against Mr. Berman and will try and do everything and anything to bring him down.

---

Rpt Seq: 479 Board Seq: 80622  Date: 5/9/2020 7:39:16 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155535673
By: plutoniumimplosion        Status: Public
To: Johnny_C                  In Reply To: 155535526     Board: Decision Diagnostics Corp.

**I doubt the SEC needs to see much more**

Yep, as my younger brother says all the time, "what goes around, comes around." There will be many many complaints lodged by damaged parties to various state and federal cyber-crimes agencies.

---

Rpt Seq: 480 Board Seq: 80627  Date: 5/9/2020 7:56:46 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155535813
By: plutoniumimplosion        Status: Public
To: rawman                    In Reply To: 155128800     Board: Decision Diagnostics Corp.

**NOBODY ON EARTH, aside from CEO Keith Berman and possibly Matthew Mushu, has the foggiest idea where DECN's COVID-19 test kit stands with the FDA!**

DECN's lawyers do. Message Board posters absolutely do not despite thoughts otherwise.

---

Rpt Seq: 481 Board Seq: 80630  Date: 5/9/2020 8:02:40 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155535859
By: plutoniumimplosion        Status: Hidden
To: Johnny_C                  In Reply To: 155535832     Board: Decision Diagnostics Corp.

**Berman did this to himself? And whats up with the $450k bad debt due to Covid. That is absurd**

That is your opinion. But it is also a feeble attempt to change the DECN subject.

DOJ-BERMAN-R_0000308840

We shall see.

---

Rpt Seq: 482 Board Seq: 80650   Date: 5/9/2020 9:11:09 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155536431
By: plutoniumimplosion   Status: Public
To: ReikoBlack   In Reply To: 155536398   Board: Decision Diagnostics Corp.

**Other people made comments about it as well.**

That was the plan. And for a few days it worked and fooled a few people. But now it has taken on a whole new meaning. It will not end pretty. All IMO.

---

Rpt Seq: 483 Board Seq: 80652   Date: 5/9/2020 9:14:11 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155536457
By: plutoniumimplosion   Status: Hidden
To: Jaded Past   In Reply To: 155536432   Board: Decision Diagnostics Corp.

**So we are back to KB just giving a few minor clarifications to the SEC...**

Nope Ticker that will not be the ending. It will suck in more than a few. Some influential people who post here have the Feds involved. Some people will scatter. The really dumb ones will deny, continue to incriminate themselves and try to change the subject. They are already trying.

---

Rpt Seq: 484 Board Seq: 80653   Date: 5/9/2020 9:16:47 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155536472
By: plutoniumimplosion   Status: Public
To: ReikoBlack   In Reply To: 155536398   Board: Decision Diagnostics Corp.

**The links were working on March 30 when Newflow posted about the GenViro test kit being "FDA cleared". I saw it for myself, as we**

Show us.

---

Rpt Seq: 485 Board Seq: 80681   Date: 5/10/2020 9:12:31 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155539075
By: plutoniumimplosion   Status: Hidden
To: Hopefull17   In Reply To: 155538608   Board: Decision Diagnostics Corp.

You're on the list now too. What took so long?

---

Rpt Seq: 486 Board Seq: 80695   Date: 5/10/2020 10:30:13 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155539662
By: plutoniumimplosion   Status: Public
To: Johnny_C   In Reply To: 155539538   Board: Decision Diagnostics Corp.

**How bout this; did a hacker add images of the powerpoint to the 3/23 press release also**

did you?

---

Rpt Seq: 487 Board Seq: 80713   Date: 5/10/2020 11:51:37 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155540325
By: plutoniumimplosion   Status: Public
To: Johnny_C   In Reply To: 155540316   Board: Decision Diagnostics Corp.

Sure you didn't.

---

Rpt Seq: 488 Board Seq: 80732   Date: 5/10/2020 1:09:13 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155541036
By: plutoniumimplosion   Status: Hidden
To: Mugwumps88   In Reply To: 155540986   Board: Decision Diagnostics Corp.

**I will gladly believe the SEC is conspiring against Berman the minute I see evidence of it.**

Sure you will.

---

Rpt Seq: 489 Board Seq: 80772   Date: 5/10/2020 3:23:59 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155542179
By: plutoniumimplosion   Status: Hidden
To: lucky,mydog   In Reply To: 155542062   Board: Decision Diagnostics Corp.

**you do realize that ihub will not release any information without a court order, right. what court is this in?**

I wouldn't treat this so cavalierly. Just thinking. Lots of admonitions here these last 2 days.

---

Rpt Seq: 490 Board Seq: 80775   Date: 5/10/2020 3:37:27 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155542315
By: plutoniumimplosion   Status: Hidden
To: lucky,mydog   In Reply To: 155542228   Board: Decision Diagnostics Corp.

**you mean i shouldn't treat this as the bad joke scam that it is?**

If you were part of it I would be very concerned. A group of non-shareholders contacting the SEC and providing false documents and a false narrative. All of this designed for two reasons, IMO. First because it was decided that DECN and Berman weren't treated by the SEC harshly enough the first time, and second the cabal decided to make sure only death and jail should happen this time. Here's the key word "non-shareholders" = people who would not and could not be damaged.

---

Rpt Seq: 491 Board Seq: 80789   Date: 5/10/2020 4:04:26 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155542581

DOJ-BERMAN-R_0000308841

By: plutoniumimplosion        Status: Hidden
To: igotthemojo        In Reply To: 155542547        Board: Decision Diagnostics Corp.

**if anyone wants to file a law suit as a results of a release of info, ihub will be shielded due to the fact that they merely complied with a lawful order from the court that they did not have the option of refusing...**

Yes, all true. But....

---

Rpt Seq: 492 Board Seq: 80809   Date: 5/10/2020 6:14:02 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155543510
By: plutoniumimplosion        Status: Public
To: Johnny_C        In Reply To: 155543332        Board: Decision Diagnostics Corp.

**Downloaded from website...**

Sure it was.

---

Rpt Seq: 493 Board Seq: 80810   Date: 5/10/2020 6:15:07 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155543519
By: plutoniumimplosion        Status: Hidden
To: Johnny_C        In Reply To: 155542978        Board: Decision Diagnostics Corp.

**Anyone reading that slide, would certainly think that GenViro was FDA cleared**

Sure they would. And I can name all 5 of them.

---

Rpt Seq: 494 Board Seq: 80818   Date: 5/10/2020 7:35:24 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155544194
By: plutoniumimplosion        Status: Public
To: Johnny_C        In Reply To: 155543840        Board: Decision Diagnostics Corp.

Well John now that you have given yourself away, here's a news flash. The FDA doesn't "clear" EUA products. They grant you emergency use authorization. When the EUA runs its course, then the EUA application will become subsumed (you know that word, don't you) into a 510(k) application. FDA "clears" 510(k) applications. That day will come about 2 years from now. And that's how everybody with half a brain knows that the so-called Powerpoint was stolen and then in a fit of rage and jealousy, because your cabal didn't think Berman and DECN shareholders were punished enough, given to the SEC, along with lies and innuendo, to act on. There is only one word for that -- criminal. Not only that, but the SEC person you duped, and his/her colleagues will probably lose their jobs. Too bad. We will see what happens but I do not think Berman will be the one who goes to jail.

---

Rpt Seq: 495 Board Seq: 80819   Date: 5/10/2020 7:41:01 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155544219
By: plutoniumimplosion        Status: Public
To: Johnny_C        In Reply To: 155544171        Board: Decision Diagnostics Corp.

**This whole topic is silly. Berman knows this powerpoint was promoted. In the whole scheme of things it is small potatoes.**

'Fraid not. You can't put the smoke or the Genie back into the bottle. It's like Chief Dan George says in the Outlaw Josey Wales, "Hell is coming for breakfast."

---

Rpt Seq: 496 Board Seq: 80820   Date: 5/10/2020 7:41:47 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155544228
By: plutoniumimplosion        Status: Public
To: Johnny_C        In Reply To: 155543664        Board: Decision Diagnostics Corp.

Changing the subject won't help you with your issues.

---

Rpt Seq: 497 Board Seq: 80841   Date: 5/11/2020 1:11:31 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155546239
By: plutoniumimplosion        Status: Public
To: Gotmilk97        In Reply To: 155546194        Board: Decision Diagnostics Corp.

**No point in having the product with no trading.**

LOLOLOLOL. That's funny.

---

Rpt Seq: 498 Board Seq: 80898   Date: 5/11/2020 10:01:36 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155550405
By: plutoniumimplosion        Status: Hidden
To: Johnny_C        In Reply To: 155550306        Board: Decision Diagnostics Corp.

This is slip sliding away from the cabal.

---

Rpt Seq: 499 Board Seq: 80937   Date: 5/11/2020 10:52:29 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155552299
By: plutoniumimplosion        Status: Public
To: Johnny_C        In Reply To: 155550306        Board: Decision Diagnostics Corp.

I am sorry to be the bringer of bad news, but this is what the company says on its web site about GenViro.

***"This product is currently still in development and not available for sale"***

***"*Not available yet for sale in the U.S.A. or Puerto Rico. Emergency application in progress."***

Pretty clear huh?

---

Rpt Seq: 500 Board Seq: 80981   Date: 5/11/2020 12:07:56 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155554968

DOJ-BERMAN-R_0000308842

By: plutoniumimplosion          Status: Hidden
To: Johnny_C                    In Reply To: 155552718          Board: Decision Diagnostics Corp.

**Anyway, if it was a mistake by the creator then simply state it. I would hate for anyone's head to explode over this.**

Sure you do now that thousands of fingers as well as those in Washington DC are pointed.

---

Rpt Seq: 501 Board Seq: 80993   Date: 5/11/2020 12:24:38 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155555572
By: plutoniumimplosion          Status: Public
To: HFM2                        In Reply To: 155555508          Board: Decision Diagnostics Corp.

**Why would the annual report need to spell out exactly how a manufacturer engages sub-contractors?**

It is just more noise.

---

Rpt Seq: 502 Board Seq: 80998   Date: 5/11/2020 12:34:12 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155555903
By: plutoniumimplosion          Status: Hidden
To: oilywankanobe               In Reply To: 155555610          Board: Decision Diagnostics Corp.

**You either make a profit trading this SCAM or hold and losel jmo**

So what should Berman do? Close the doors? Quit? Die? Elect you Chairman and CEO?

---

Rpt Seq: 503 Board Seq: 81006   Date: 5/11/2020 12:39:34 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155556059
By: plutoniumimplosion          Status: Public
To: Hopefull17                  In Reply To: 155556024          Board: Decision Diagnostics Corp.

**The SEC will "typically withhold records during an active investigation under FOIA Exemption 5 U.S.C. § 552(b)(7)(A). This exemption protects from disclosure records compiled for law enforcement purposes, the release of which could reasonably be expected to interfere with enforcement activities. Further, once the matter is closed, we would continue to protect the personal privacy information (PII) under 5 U.S.C. § 552(b)(6), since its release would constitute a clearly unwarranted invasion of personal privacy."**

That's a defense.

---

Rpt Seq: 504 Board Seq: 81133   Date: 5/11/2020 4:38:39 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155563782
By: plutoniumimplosion          Status: Public
To: pumper_stumper              In Reply To: 155563631          Board: Decision Diagnostics Corp.

**One of my long term sayings is, NO ONE, thinks less of pink or grey sheet shareholder than the CEOs themselves! I would NEVER think they could get away with this crap without the shareholders noticing, and knocking down the CEO's door for justice. But, the CEO is always right. He is right to dilute the hell out of his company, cash out what he can. Pink/grey sheet shareholders never seem to care (yes, a few do, but they are small in number and in voice).**

Justice? Please share what justice a single shareholder is entitled to and also what justice non-shareholders are entitled to.

---

Rpt Seq: 505 Board Seq: 81152   Date: 5/11/2020 7:06:56 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155566368
By: plutoniumimplosion          Status: Hidden
To: Zman20                      In Reply To: 155566323          Board: Decision Diagnostics Corp.

**CEO got blindsided or intentionally mis-characterized the financing too. That is a material thing to hide and he did. He should have updated shareholders that debt was paid with share conversion at the time that it happened. He never would've released such information if the SEC didn't get on him, that's the part that should worry people and make them angry.**

Why would a non-shareholder worry so much about this?

---

Rpt Seq: 506 Board Seq: 81476   Date: 5/12/2020 3:53:33 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155587976
By: plutoniumimplosion          Status: Public
To: Johnny_C                    In Reply To: 155587447          Board: Decision Diagnostics Corp.

**The next release will hopefully validate Covid 19, and be done at a CLIA lab pursuant to the FDA protocol for testing. Not H5N1, or a general corona virus, but for Covid 19**

With TAUG a bid mover and shaker in Covid-19 testing, I am a little surprised that TAUG's consultant does not know that Covid-19 tests are CLIA waived.

---

Rpt Seq: 507 Board Seq: 81496   Date: 5/12/2020 4:22:44 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155588938
By: plutoniumimplosion          Status: Public
To: Johnny_C                    In Reply To: 155588629          Board: Decision Diagnostics Corp.

**Berman had to submit the home test, because he stated he would in a press release. I can't see home tests being cleared, especially with self-diagnosis and having to sterilize the device after using it.**

Not true. Berman is so into the head of the TAUG consultant.

---

Rpt Seq: 508 Board Seq: 81503   Date: 5/12/2020 4:29:28 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155589108
By: plutoniumimplosion          Status: Hidden
To: lvald13                     In Reply To: 155589045          Board: Decision Diagnostics Corp.

DOJ-BERMAN-R_0000308843

**Having to sterilize the device after using it?**

Say it anyway. I am sure you do not know the facts.

---

Rpt Seq: 509 Board Seq: 81718 Date: 5/13/2020 3:47:16 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155613417
By: plutoniumimplosion   Status: Public
To: goodthings   In Reply To: 155613236   Board: Decision Diagnostics Corp.

**Then I bet DECN's test kits will show less than 30% Sensitivity.**
**The DECN company will not get the EUA.**

You can flip a coin and get 50% Sensitivity. I would love to take credit for that line, but it comes from the China FDA when they were speaking about flipping coins and the AYTU kits. Credentials and qualifications are needed to make such statements.

---

Rpt Seq: 510 Board Seq: 81736 Date: 5/13/2020 4:22:29 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155614607
By: plutoniumimplosion   Status: Hidden
To: Johnny_C   In Reply To: 155614188   Board: Decision Diagnostics Corp.

**What is amazing isn't that Berman would think of something as absurd as this. What is amazing is anyone would believe it**

Except they did, and its my belief that everyone will find out soon enough. At that point TAUG's paid consultant may choose to misbelieve his lying eyes, but there will be, what's the new title, exculpatory facts that will overwhelm TAUG's paid consultant's story.

---

Rpt Seq: 511 Board Seq: 81740 Date: 5/13/2020 4:27:15 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155614741
By: plutoniumimplosion   Status: Public
To: Johnny_C   In Reply To: 155614674   Board: Decision Diagnostics Corp.

**As of now CV19 appears to be cellular virus, blood donors are not screened. Have to see what the validation data states.**

I am shocked. You are making DECN's case for them.

---

Rpt Seq: 512 Board Seq: 81814 Date: 5/13/2020 8:49:01 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155618759
By: plutoniumimplosion   Status: Public
To: Johnny_C   In Reply To: 155617021   Board: Decision Diagnostics Corp.

Oh I found that quote again, this time from the Australian government, dated today.

*Testing at the Doherty Institute this week have found the tests, designed to tell if a person has already been infected by and recovered from coronavirus, are about as accurate at picking up COVID-19 antibodies as flipping a coin.*

---

Rpt Seq: 513 Board Seq: 81880 Date: 5/14/2020 10:19:09 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155626853
By: plutoniumimplosion   Status: Public
To: Johnny_C   In Reply To: 155626519   Board: Decision Diagnostics Corp.

**Or was Berman talking about a different corona virus in a deliberate attempt to mislead investors?**

Who deliberately misleads traders? The CEO of TAUG told KB that this is YOUR job.

---

Rpt Seq: 514 Board Seq: 81887 Date: 5/14/2020 10:35:28 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155627564
By: plutoniumimplosion   Status: Public
To: Johnny_C   In Reply To: 155627253   Board: Decision Diagnostics Corp.

**I do remember that Berman put out a press release making BS statements regarding TAUG including that Berman's retained his lawyer to look at the lawsuit and then Berman put a ridiculous number in the press release even though the lawyer never discussed the case with anyone. I guess he just pulled the number out of a hat the way Berman does with his sales projections.**

Tables turn my friend. They always do.

---

Rpt Seq: 515 Board Seq: 81904 Date: 5/14/2020 11:40:39 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155630306
By: plutoniumimplosion   Status: Public
To: RealPainkiller   In Reply To: 155629820   Board: Decision Diagnostics Corp.

**ORDER REQUESTING ADDITIONAL WRITTEN SUBMISSIONS**

This is a good thing. It works both ways and adds some fairness to an unfair process. GLTY

---

Rpt Seq: 516 Board Seq: 81948 Date: 5/14/2020 3:20:56 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155638482
By: plutoniumimplosion   Status: Public
To: Johnny_C   In Reply To: 155636444   Board: Decision Diagnostics Corp.

**The results were in her electronic medical file within a few hours.**

DOJ-BERMAN-R_0000308844

I might believe the wife if she wrote that.

---

Rpt Seq: 517 Board Seq: 81950  Date: 5/14/2020 3:26:36 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155638693
By: plutoniumimplosion  Status: Public
To: Johnny_C  In Reply To: 155637679  Board: Decision Diagnostics Corp.

**Time to look at Matthew Musho, the person DECN retained to help with the patents. He has been a friend of berman's for over 30 years. He, or someone claiming to be him, has been spreading many lies on the internet for over 4 years, about me and others. Time for a good peek at him.**

Show the proof. Show proof of the lies that were told about you.

---

Rpt Seq: 518 Board Seq: 81954  Date: 5/14/2020 3:37:59 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155639169
By: plutoniumimplosion  Status: Public
To: Jaded Past  In Reply To: 155638863  Board: Decision Diagnostics Corp.

**https://www.facebook.com/john.cesario7**

No schools to show. Probably means no college, and yet the man with 32 patents is condemned by TAUG's paid consultant because he may be jealous.

---

Rpt Seq: 519 Board Seq: 81960  Date: 5/14/2020 3:54:14 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155639897
By: plutoniumimplosion  Status: Public
To: Johnny_C  In Reply To: 155639723  Board: Decision Diagnostics Corp.

**My interest is if the person who states he is Musho is actually Musho.**

Uhhhh no. IMO the goal is to start another DECN conspiracy that reflects on whomever is the target du jour, something we have all dealt with for over 4 years.

---

Rpt Seq: 520 Board Seq: 81961  Date: 5/14/2020 3:56:00 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155639954
By: plutoniumimplosion  Status: Public
To: suny66  In Reply To: 155639856  Board: Decision Diagnostics Corp.

**That is for their Glucose monitor**

That is for DECN's glucose test strips.

---

Rpt Seq: 521 Board Seq: 81963  Date: 5/14/2020 4:01:58 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155640194
By: plutoniumimplosion  Status: Public
To: Johnny_C  In Reply To: 155639987  Board: Decision Diagnostics Corp.

**And, if it is him, well..I guess there is not a conspiracy.**

But TAUG's paid consultant is involved in an invasion of Dr. Musho's privacy.

---

Rpt Seq: 522 Board Seq: 81973  Date: 5/14/2020 5:50:00 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155642653
By: plutoniumimplosion  Status: Public
To: Johnny_C  In Reply To: 155642164  Board: Decision Diagnostics Corp.

of course you don't

---

Rpt Seq: 523 Board Seq: 81978  Date: 5/14/2020 7:11:12 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155643759
By: plutoniumimplosion  Status: Public
To: Johnny_C  In Reply To: 155643634  Board: Decision Diagnostics Corp.

Later tonight I will go over how many times TAUG's consultant posts the same thing over and over. And no it isn't a suitable topic the 10th time because you do not want an answer you want to bludgeon positive company people with it.

---

Rpt Seq: 524 Board Seq: 81981  Date: 5/14/2020 7:31:24 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155644025
By: plutoniumimplosion  Status: Public
To: Johnny_C  In Reply To: 155643951  Board: Decision Diagnostics Corp.

**I wonder if Matthew and Leslie Musho bought some DECN shares prior to the runup, or any of the people he works with at IWei.**

Would that be any of the business of TAUG's paid consultant?

---

Rpt Seq: 525 Board Seq: 81990  Date: 5/14/2020 8:01:12 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155644421
By: plutoniumimplosion  Status: Hidden
To: Johnny_C  In Reply To: 155644108  Board: Decision Diagnostics Corp.

**PETITIONER DECISION DIAGNOSTICS CORP.'S VERIFIED PETITION FOR TERMINATION OF SUSPENSION OF TRADING OF SECURITIES**

Smart move IMHO. They serve the suspension and then appeal it. They continue to trade, they can move back to the Pinks, and as a result of

DOJ-BERMAN-R_0000308845

the petition they get the names of every whiner, complainer, liar, and thief from the SEC. Even if they lose the petition the sentence has been served, the SEC is legally obligated to cooperate, and there will be no retaliation. They will even get the names of the stock manipulators. Shazaaam.

Oh, let's take a survey. How many here think the name of TAUG's consultant and/or his IP addresses are part of the documents the SEC has in their possession. How many think that other message board kings names and IP addresses will be turned over to DECN? It won't be long now. Then the rats will be trapped and will turn on each other. There is always a ringleader in the bunch, and there is always an insider who accepted lies and stolen documents and did no DD. Boy, oh boy, oh boy.

---

Rpt Seq: 526 Board Seq: 81995   Date: 5/14/2020 8:54:21 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155645040
By: plutoniumimplosion        Status: Public
To: Johnny_C                  In Reply To: 155644108        Board: Decision Diagnostics Corp.

**PETITIONER DECISION DIAGNOSTICS CORP.'S VERIFIED PETITION FOR TERMINATION OF SUSPENSION OF TRADING OF SECURITIES**

Smart move IMHO. They serve the suspension and then appeal it minutes before the suspension expired. They continue to trade, they can move back to the Pinks, and as a result of the petition they get the names of every DECN shareholder and non-shareholder that complained to the SEC. Even if they lose the petition the sentence has been served, the SEC is legally obligated to cooperate, and there can be no retaliation. They will even get the names of the stock manipulators from the SEC. Perhaps there is a familiar name or two. Shazaaam.

---

Rpt Seq: 527 Board Seq: 82004   Date: 5/14/2020 9:24:44 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155645419
By: plutoniumimplosion        Status: Public
To: Jelly Bean                In Reply To: 155645314        Board: Decision Diagnostics Corp.

**So what?**

Reverse class action suits are a big deal these days. Purveying stolen and altered documents is a Cyber crime.

---

Rpt Seq: 528 Board Seq: 82010   Date: 5/14/2020 9:40:56 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155645647
By: plutoniumimplosion        Status: Public
To: lucky,mydog               In Reply To: 155645547        Board: Decision Diagnostics Corp.

**if they prevail, there is no roadblock to getting off the greys. that would be the only benefit.**

There are other benefits. I believe you have responded to their posts previously. It'll be a little different in a few weeks.

---

Rpt Seq: 529 Board Seq: 82022   Date: 5/14/2020 11:44:00 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155647006
By: plutoniumimplosion        Status: Public
To: Zman20                    In Reply To: 155646971        Board: Decision Diagnostics Corp.

**I highly doubt your BS claim about names being revealed**

Then I will get up tomorrow morning and demand that the SEC retract their statement that they would turn over everything that led to the suspension. I guess they lied.

---

Rpt Seq: 530 Board Seq: 82026   Date: 5/14/2020 11:50:07 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155647057
By: plutoniumimplosion        Status: Public
To: Zman20                    In Reply To: 155647038        Board: Decision Diagnostics Corp.

**They can turn over stuff but not identities people who complained to them unless it becomes public record. DECN should have right to records request of their investigation but their is always confidential stuff that will never be released to DECN because that is property of SEC, that includes complaints**

I know that things have changed in America, where rule of law has been replaced by message boards and social media, but it is still America and Mr. Berman has a right to cross examine his accusers, especially when they lie with impunity about him.

---

Rpt Seq: 531 Board Seq: 82050   Date: 5/15/2020 8:41:19 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155649979
By: plutoniumimplosion        Status: Public
To: Johnny_C                  In Reply To: 155649077        Board: Decision Diagnostics Corp.

**And FINRA does not have to accept it, but DOOR # 2 has Berman taking an offer he cannot refuse, so it is a moot point!**

Are we now looking at a non-shareholder complaint campaign directed at FINRA?

---

Rpt Seq: 532 Board Seq: 82056   Date: 5/15/2020 9:27:51 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155651387
By: plutoniumimplosion        Status: Public
To: pastrychf05               In Reply To: 155650945        Board: Decision Diagnostics Corp.

Perhaps DECN will post some of the testing.

---

Rpt Seq: 533 Board Seq: 82062   Date: 5/15/2020 9:41:36 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155652037
By: plutoniumimplosion        Status: Hidden
To: cvinvestor                In Reply To: 155651842        Board: Decision Diagnostics Corp.

**Well, since it is commonly held that being on the Grey Markets is akin to a death sentence, being released from prison and off death row is a pretty significant benefit.**

DOJ-BERMAN-R_0000308846

The non-shareholders mantra of this morning is, if they somehow manage to escape the clutches of the SEC, we have the FINRA card and other cards to play.

---

Rpt Seq: 534 Board Seq: 82067   Date: 5/15/2020 10:04:00 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155653104
By: plutoniumimplosion               Status: Public
To: IPwatcher                        In Reply To: 155648826          Board: Decision Diagnostics Corp.

**The virus itself is found in the mucosa, so looking for the virus itself (as opposed to the antibodies) in blood - which is what DECN are claiming to do - IS A FOOL'S ERRAND!**

**Although in this case the real fools are those who believe that DECN actually have any sort of working Covid 19 test!**

And if you're wrong?

---

Rpt Seq: 535 Board Seq: 82084   Date: 5/15/2020 11:47:47 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155657318
By: plutoniumimplosion               Status: Public
To: rawman                           In Reply To: 155655136          Board: Decision Diagnostics Corp.

**AND THAT'S A FACT!!!**

Uhhhh no, it's an opinion.

---

Rpt Seq: 536 Board Seq: 82086   Date: 5/15/2020 12:00:14 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155657779
By: plutoniumimplosion               Status: Public
To: mugsy4900                        In Reply To: 155657169          Board: Decision Diagnostics Corp.

**NOW WHO BELIEVES HE CAN GET A COVID 19 TEST KIT TO MARKET ANY TIME SOON??????????**

I can tell you who doesn't.

---

Rpt Seq: 537 Board Seq: 82107   Date: 5/15/2020 1:48:25 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155661693
By: plutoniumimplosion               Status: Public
To: Hopefull17                       In Reply To: 155660193          Board: Decision Diagnostics Corp.

**See 15 U.S.C. § 78l(k)(5). The Division need not disclose privileged legal analysis or sensitive information about the staff's investigative methods.**

That falls into the category of you better count on it.

---

Rpt Seq: 538 Board Seq: 82117   Date: 5/15/2020 2:09:02 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155662411
By: plutoniumimplosion               Status: Hidden
To: pumper_stumper                   In Reply To: 155661433          Board: Decision Diagnostics Corp.

**The whacko's corona test noise is a perfect distraction from the ongoing disaster, while Berman stuffs his fat face, on the company's dime!**

If I had to guess, I would say that the only reason Mr. Berman stays and puts up with this libel-fest is because he actually cares about shareholders and his employees. IMO he should not care about non-shareholders and this appears to have ignited the ignored 5-7 people.

---

Rpt Seq: 539 Board Seq: 82119   Date: 5/15/2020 2:15:16 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155662630
By: plutoniumimplosion               Status: Public
To: Johnny_C                         In Reply To: 155662530          Board: Decision Diagnostics Corp.

**Did I miss your comments on the;**

Why would you want my comments? Your comments are encyclopedic if not almost always wrong, but I understand why. TAUG's consultant's expertise is in CBD gum and ice cream, and not in-vitro diagnostics test kits. In fact the consultant's other foray into biotech, VTGN, isn't doing very well. I have only known of one near perfect man, and I ask him for guidance every day.

---

Rpt Seq: 540 Board Seq: 82145   Date: 5/15/2020 7:21:39 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155670597
By: plutoniumimplosion               Status: Hidden
To: newflow                          In Reply To: 155669925          Board: Decision Diagnostics Corp.

**Great read and based on this DECN should have already been done with testing.**

That's an opinion. And message board posters claim impedance will never work. So who are you to believe, a scientist, making that Russian at least the sixth scientist to say so, or a handful of message board posters who are not scientists.

---

Rpt Seq: 541 Board Seq: 82183   Date: 5/16/2020 11:00:58 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155675666
By: plutoniumimplosion               Status: Hidden
To: Dick22                           In Reply To: 155675454          Board: Decision Diagnostics Corp.

**KB has been unusually quiet since Sec....**

No he hasn't, its just that his voice is now being heard by the authorities. Here, where apparently you are focused, his voice is just drowned out

DOJ-BERMAN-R_0000308847

by people calling him names, bragging of hacking the DECN web site, making outrageous claims about him stealing money from the company and its shareholders, reporting him to the SEC and FBI. A treasure trove of recent posts (from May 1 - May 11) have been turned over to the authorities. And sadly some of these posters mock this. But KB told me late last week that he is encouraged by shareholder response and by shareholders who themselves have written to the SEC and FBI.

The other sad thing is that these activities damage real shareholders -- and only real shareholders. Non-shareholders are not damaged by their own activities. Also KB takes no salary so it would be real easy for him to throw his arms up in the air and leave DECN to the message board posters, you know ... the people who tell all of us that the product is a myth and even if it isn't it cannot work. All of this said by non-engineers, non-chemists, just message board posters. And many, many here buy this krap.

---

Rpt Seq: 542 Board Seq: 82188  Date: 5/16/2020 1:06:52 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155676855
By: plutoniumimplosion        Status: Hidden
To: Dick22                    In Reply To: 155675454      Board: Decision Diagnostics Corp.

**KB has been unusually quiet since Sec....**

No he hasn't, its just that his voice is now being directed at the authorities. Here, where apparently you are focused, his voice is just drowned out by people calling him names, bragging of hacking the DECN web site, making outrageous claims about Mr. Berman stealing money from the company and its shareholders without offering proof, reporting Berman to the SEC and FBI. A treasure trove of recent posts (from May 1 - May 11) have been turned over to the company to the authorities. And sadly some here mock this. But KB told me late last week that he is encouraged by shareholder response and by shareholders who themselves have written to the SEC and FBI.

The other sad thing is that these activities damage real shareholders -- and only real shareholders. Also KB takes no salary so it would be real easy for him to throw his arms up in the air and leave and by doing this the people who tell all of us that the product is a myth and even if it isn't, it won't work ----- they could run the company. All of this nonsense written by non-engineers, non-chemists, just message board posters. And many, many here buy this krap.

---

Rpt Seq: 543 Board Seq: 82197  Date: 5/16/2020 2:06:02 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155677357
By: plutoniumimplosion        Status: Public
To: Chuck C                   In Reply To: 155677214      Board: Decision Diagnostics Corp.

**CNN JUST ANNOUNCED FIRST FDA APPROVED AT HOME NASAL SWAB COV19 TEST KIT.**

It's not a test kit. It's a snot collection kit.

---

Rpt Seq: 544 Board Seq: 82198  Date: 5/16/2020 2:07:54 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155677379
By: plutoniumimplosion        Status: Public
To: Hopefull17                In Reply To: 155677155      Board: Decision Diagnostics Corp.

Then Call or write the SEC. IMO it wouldn't be the first time.

---

Rpt Seq: 545 Board Seq: 82207  Date: 5/16/2020 3:11:52 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155677872
By: plutoniumimplosion        Status: Public
To: rawman                    In Reply To: 155677852      Board: Decision Diagnostics Corp.

**there is a very high probability that FDA will NEVER grant an EUA Authorization for full self-administered home test kit, so that part of DECN plan ain't gonna happen in the U.S. Actually, to-date, there does not seem to be any logical rationale to support self-administereed COVID-19 home testing.**

That's an opinion. Please show facts.

---

Rpt Seq: 546 Board Seq: 82231  Date: 5/16/2020 7:26:50 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155679879
By: plutoniumimplosion        Status: Public
To: RickieK                   In Reply To: 155679848      Board: Decision Diagnostics Corp.

**Well the FDA just passed the LabCorp self covid home test.**

It is not a test kit, it is a snot collection kit. You could get that same type of kit passed yourself if you put your mind to it. That kit tests nothing.

---

Rpt Seq: 547 Board Seq: 82234  Date: 5/16/2020 8:35:42 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155680351
By: plutoniumimplosion        Status: Public
To: IPwatcher                 In Reply To: 155679850      Board: Decision Diagnostics Corp.

**DECN is a scam**

And your proof of this? Please provide your evidence that DECN is a scam, and not just another opinion. Thank you.

---

Rpt Seq: 548 Board Seq: 82235  Date: 5/16/2020 8:37:34 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155680365
By: plutoniumimplosion        Status: Public
To: IPwatcher                 In Reply To: 155680280      Board: Decision Diagnostics Corp.

**Let's just say that the level and quality of objective evidence available to show that DECN Genviro is actually legit, and the level and quality of evidence available to show that the moon landings were faked, is roughly comparable.**

Please provide proof that DECN is a scam and GenViro is a fake. Otherwise these are just more of the same opinions. Thank you.

---

Rpt Seq: 549 Board Seq: 82275  Date: 5/17/2020 9:23:35 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155683201

DOJ-BERMAN-R_0000308848

By: plutoniumimplosion        Status: Public
To: pumper_stumper        In Reply To: 155683122        Board: Decision Diagnostics Corp.

**I have a problem with any sleazebag pink sheet CEO, like the one here, that destroys value and deceives pink sheet shareholders for their own personal gain.**

So let's talk about this OTC Pink CEO. At DECN where do you think any value comes from? The air? Divine intervention? It is pretty easy to see. The value comes from the GenViro! product. And who is responsible for that?

---

Rpt Seq: 550 Board Seq: 82280   Date: 5/17/2020 10:22:55 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155683680
By: plutoniumimplosion        Status: Hidden
To: Johnny_C        In Reply To: 155683650        Board: Decision Diagnostics Corp.

**"Even the chance" there is no chance.**

Please post your credentials that give you the gravitas to post these things. No credentials, then its just another opinion and we all know what is said about opinions.

---

Rpt Seq: 551 Board Seq: 82282   Date: 5/17/2020 10:43:18 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155683894
By: plutoniumimplosion        Status: Public
To: rawman        In Reply To: 155683804        Board: Decision Diagnostics Corp.

**Although showing a couple of U.S. addresses, based on some of the photos, it appears Universal Response is based in Ukraine.**

Is Texas in the Ukraine? I didn't know.

---

Rpt Seq: 552 Board Seq: 82315   Date: 5/17/2020 2:07:38 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155685981
By: plutoniumimplosion        Status: Public
To: pumper_stumper        In Reply To: 155685397        Board: Decision Diagnostics Corp.

**ANY time you prick the skin, you create additional health risks. Of course, DECNs big bellied CEO would never mention that, would he?**

Nasal swabs are not DECN's core competency. Perhaps the next CEO can scrap everything Mr. Berman has done and maybe create a snot collection kit, call it a win and satisfy the unsatisfied.

---

Rpt Seq: 553 Board Seq: 82318   Date: 5/17/2020 2:13:52 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155686038
By: plutoniumimplosion        Status: Public
To: goodthings        In Reply To: 155685988        Board: Decision Diagnostics Corp.

**It is likely that the SEC will "first" hear the FDA's end result; the DECN is currently "under investigation by the SEC**

Tell us please how you know this, or is it your opinion about DECN and its CEO? By the way, DECN served its penalty from the SEC and is now smartly appealing it.

---

Rpt Seq: 554 Board Seq: 82320   Date: 5/17/2020 2:22:57 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155686131
By: plutoniumimplosion        Status: Hidden
To: goodthings        In Reply To: 155685988        Board: Decision Diagnostics Corp.

**If I had developed such proud test kits for COVID-19, I would have already turned in the Testing Data in April and received the EUA.**

LOL. Interesting statements. Do you have the credentials and the experience to have developed a Covid-19 test kit? If so please call DECN and apply for a senior position there. Obviously Berman is clueless.

---

Rpt Seq: 555 Board Seq: 82346   Date: 5/17/2020 6:04:29 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155688191
By: plutoniumimplosion        Status: Hidden
To: Hopefull17        In Reply To: 155687518        Board: Decision Diagnostics Corp.

This list certainly does not describe Mr. Berman, but it does describe several others that we know.

---

Rpt Seq: 556 Board Seq: 82380   Date: 5/18/2020 9:10:51 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155694422
By: plutoniumimplosion        Status: Public
To: Johnny_C        In Reply To: 155693811        Board: Decision Diagnostics Corp.

**But the DECN insiders stated that the only change in the FDA testing protocol was for antibody testing. That is not what GenViro so the testing requirements are the same as they have always been.**

Untrue.

---

Rpt Seq: 557 Board Seq: 82383   Date: 5/18/2020 9:20:41 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155694720
By: plutoniumimplosion        Status: Public
To: pumper_stumper        In Reply To: 155694437        Board: Decision Diagnostics Corp.

**A big bellied CEO's boasts and rants!**

As a long time and current shareholder, I would love to see proof of these boasts and rants by the DECN CEO. Please help us out here.

---

DOJ-BERMAN-R_0000308849

Rpt Seq: 558 Board Seq: 82384  Date: 5/18/2020 9:20:44 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155694724
By: plutoniumimplosion  Status: Hidden
To: pumper_stumper  In Reply To: 155694437  Board: Decision Diagnostics Corp.

**A big bellied CEO's boasts and rants!**

As a long time and current shareholder, I would love to see proof of these boasts and rants by the DECN CEO. Please help us out here.

---

Rpt Seq: 559 Board Seq: 82385  Date: 5/18/2020 9:23:13 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155694790
By: plutoniumimplosion  Status: Hidden
To: Johnny_C  In Reply To: 155694694  Board: Decision Diagnostics Corp.

**Well, if that is untrue someone, Mattew Musho or a Matthew Musho imposter had written that. Do you know anything about that?**

Attacking private citizens in a public forum doesn't help matters. We all know, because we have read message boards for the last 4+ years, that TAUG's paid consultant hates DECN's CEO Berman. IMO the much better man.

---

Rpt Seq: 560 Board Seq: 82468  Date: 5/18/2020 3:19:16 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155707656
By: plutoniumimplosion  Status: Public
To: pastrychf05  In Reply To: 155705495  Board: Decision Diagnostics Corp.

**Maybe they are still going through testing .... Who knows??**

Just wondering, since many people think DECN is a total fraud, what if they decided to post some of the testing data? I would ask them about this. Or would it not matter because Berman is a thief, a liar and a crook?

---

Rpt Seq: 561 Board Seq: 82470  Date: 5/18/2020 3:23:16 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155707814
By: plutoniumimplosion  Status: Public
To: rverboatgambler  In Reply To: 155705230  Board: Decision Diagnostics Corp.

**Its not like we shareholders don't deserve some kinda update.**

Actually shareholders are not due any updates until August 15. If CEO Berman wants to update shareholders that will be voluntary, but at the moment he is more concerned with the cyber crime hacking of the DECN web site.

---

Rpt Seq: 562 Board Seq: 82473  Date: 5/18/2020 3:33:13 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155708175
By: plutoniumimplosion  Status: Public
To: pastrychf05  In Reply To: 155707912  Board: Decision Diagnostics Corp.

**I HONESTLY COULD CARE LESS ANY MORE!**

Sorry to hear that. Most people I know who have investments care about their investments.

---

Rpt Seq: 563 Board Seq: 82474  Date: 5/18/2020 3:34:59 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155708249
By: plutoniumimplosion  Status: Public
To: Hopefull17  In Reply To: 155707966  Board: Decision Diagnostics Corp.

**A patent cannot be obtained upon a mere idea or suggestion. The patent is granted upon the new machine, manufacture, etc., as has been said, and not upon the idea or suggestion of the new machine. A complete description of the actual machine or other subject matter for which a patent is sought is required.**

When are you going to become the next CEO and Chairman of DECN? Just what the company needs, a patent expert. Dr. Musho is chopped liver holding his 32 patents.

---

Rpt Seq: 564 Board Seq: 82479  Date: 5/18/2020 3:45:26 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155708639
By: plutoniumimplosion  Status: Hidden
To: pumper_stumper  In Reply To: 155707723  Board: Decision Diagnostics Corp.

**Let the Bozo CEO cherry pick some cases that look good for people to see?**

I will ask the company to invite you in for 2 days (that's how long it will take) and allow you to see all of the data. Then choose what YOU think is important, and if you want to choose only bad data, I am sure they will let that happen. Nothing like misrepresenting the product of the decade.

---

Rpt Seq: 565 Board Seq: 82506  Date: 5/18/2020 4:54:35 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155710513
By: plutoniumimplosion  Status: Public
To: IPwatcher  In Reply To: 155709577  Board: Decision Diagnostics Corp.

**I could flip a penny and get a patient's Covid-19 "test" results correct a percentage of the time**

Give credit where credit is due. I ripped off a variant of that quote from the Chinese FDA and then the same quote was used by the Australian government.

---

Rpt Seq: 566 Board Seq: 82509  Date: 5/18/2020 5:06:40 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155710742
By: plutoniumimplosion  Status: Public
To: pastrychf05  In Reply To: 155710688  Board: Decision Diagnostics Corp.

Nope we weren't. This quote had to do with test kits imported from China that have caused major problems in many countries. Several US

DOJ-BERMAN-R_0000308850