companies with EUA clearance have imported these kits. It's a coin toss.

---

Rpt Seq: 567 Board Seq: 82516   Date: 5/18/2020 5:37:18 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155711295
By: plutoniumimplosion                    Status: Hidden
To: pumper_stumper                         In Reply To: 155710918        Board: Decision Diagnostics Corp.

**Those that try to discount things like the SEC suspension are going to have to see increase losses due to that kind of dismissal of extremely telling facts.**

Jibberish. Provide some proof. Any proof.

---

Rpt Seq: 568 Board Seq: 82530   Date: 5/18/2020 6:45:24 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155712334
By: plutoniumimplosion                    Status: Public
To: jimbob4                                In Reply To: 155712090        Board: Decision Diagnostics Corp.

**they dont want another abbott on there hands**

Actually if the FDA cared enough and were to examine other DNA measuring methods, similar to Abbott's (almost all of the Chinese methods) they would find much the same thing. The process behind the DNA methods requires that the witches' brew cooks for awhile. Shorten the cooking time to call your test "quick" and you leave the method open for false negatives because the brew was not done cooking. IMO Abbott will be required to back off of some of its claims, and slow down its process.

---

Rpt Seq: 569 Board Seq: 82561   Date: 5/19/2020 12:49:33 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155716117
By: plutoniumimplosion                    Status: Hidden
To: goodthings                             In Reply To: 155716082        Board: Decision Diagnostics Corp.

**The SEC lawyers and FDA researchers are not fools.**

I beg to differ with you.

---

Rpt Seq: 570 Board Seq: 82586   Date: 5/19/2020 10:06:33 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155721288
By: plutoniumimplosion                    Status: Public
To: goodthings                             In Reply To: 155720912        Board: Decision Diagnostics Corp.

**I aslo don't like Berman using this situation to make money for his own good.**

Please provide proof of that statement. Certainly with all of the publicly available information on DECN you can find proof of Mr. Berman's complicity -- that is if there is any. So proof please.

---

Rpt Seq: 571 Board Seq: 82656   Date: 5/19/2020 1:55:11 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155730203
By: plutoniumimplosion                    Status: Public
To: pumper_stumper                         In Reply To: 155729499        Board: Decision Diagnostics Corp.

**Our big bellied CEO is huffing and puffing as he frantically tries to run from the SEC, arms flailing, surrounded by his lawyers. Meanwhile each door is closing on him!**

Please provide proof that:

1. Mr. Berman is running from the SEC. In fact the opposite in true.

2. Please provide proof that Mr. Berman has "arms flailing"

3. Please provide proof that Mr. Berman is surrounding himself with lawyers. I thought he has a grand total of one lawyer.

4. Please provide proof that doors are closing on DECN and Mr. Berman, in fact the opposite may be true.

---

Rpt Seq: 572 Board Seq: 82666   Date: 5/19/2020 4:44:20 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155735712
By: plutoniumimplosion                    Status: Public
To: rawman                                 In Reply To: 155733890        Board: Decision Diagnostics Corp.

**CEO Keith Berman's May 12 PR, it appears DECN is still working on the Pre-EUA process and has not even commenced a full EUA Authorization review.**

Please provide your proof. I will wait for this proof.

---

Rpt Seq: 573 Board Seq: 82689   Date: 5/19/2020 6:01:58 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155737052
By: plutoniumimplosion                    Status: Public
To: Johnny_C                               In Reply To: 155736890        Board: Decision Diagnostics Corp.

**Obviously the technology was not perfected and there is no way these kits will be sold in for home self diagnosis use.**

Please provide your "obvious" proof. I will wait.

---

Rpt Seq: 574 Board Seq: 82700   Date: 5/19/2020 6:30:03 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155737498

DOJ-BERMAN-R_0000308851

By: plutoniumimplosion            Status: Public
To: pumper_stumper            In Reply To: 155736958      Board: Decision Diagnostics Corp.

**I'd love to see some kind of description on Berman going bananas in the 2nd call/meeting, and the SEC saying, "enough", and then proceeding on the suspension.**

Please provide proof of Mr. Berman "going bananas" during an SEC call. I will wait.

---

Rpt Seq: 575 Board Seq: 82701  Date: 5/19/2020 6:34:15 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155737564
By: plutoniumimplosion            Status: Public
To: Johnny_C            In Reply To: 155737325      Board: Decision Diagnostics Corp.

**How is playing the old hack game going. Hackers hackers everywhere hackers.**

And perhaps as soon as tomorrow the identity of the hackers will become known. Let.s hope so.

---

Rpt Seq: 576 Board Seq: 82711  Date: 5/19/2020 6:52:34 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155737791
By: plutoniumimplosion            Status: Public
To: rawman            In Reply To: 155737588      Board: Decision Diagnostics Corp.

**Proof???**

Yep proof. Proof can turn opinions into facts. So far I see a lot opinions and no DECN facts. I will wait.

---

Rpt Seq: 577 Board Seq: 82755  Date: 5/20/2020 8:45:54 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155743884
By: plutoniumimplosion            Status: Public
To: Johnny_C            In Reply To: 155743143      Board: Decision Diagnostics Corp.

**For Berman or Matthew Musho to expect the SEC to go off on a tangent is as stupid as thinking the financing was non dilutive.**

Dr. Musho is a private consultant to DECN, not another toy for TAUG's consultant to smash to bits. Dr. Musho has 32 patents, TAUG's consultant zero.

---

Rpt Seq: 578 Board Seq: 82761  Date: 5/20/2020 9:57:45 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155746216
By: plutoniumimplosion            Status: Hidden
To: Johnny_C            In Reply To: 155744194      Board: Decision Diagnostics Corp.

**Did I question Matthew Musho's professional history? I don't think so. Looks like all of the patents that Matthew Musho has been attributed with were created as part of a team. Most at Bayer. So I guess he was working with some smart people that with him on those patents and those patents were paid for by Bayer.**

That is another TAUG consultant left handed compliment. Final score, Dr. Musho 32 patents, TAUG's consultant zero. Dr. Musho and Mr. Berman corona virus product 2, TAUG's consultant zero.

---

Rpt Seq: 579 Board Seq: 82762  Date: 5/20/2020 9:58:33 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155746234
By: plutoniumimplosion            Status: Hidden
To: Johnny_C            In Reply To: 155744194      Board: Decision Diagnostics Corp.

**Did I question Matthew Musho's professional history? I don't think so. Looks like all of the patents that Matthew Musho has been attributed with were created as part of a team. Most at Bayer. So I guess he was working with some smart people that with him on those patents and those patents were paid for by Bayer.**

That is another TAUG consultant left handed compliment. Final score, Dr. Musho 32 patents, TAUG's consultant zero. Dr. Musho and Mr. Berman corona virus product 2, TAUG's consultant zero.

---

Rpt Seq: 580 Board Seq: 82773  Date: 5/20/2020 10:34:25 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155747668
By: plutoniumimplosion            Status: Hidden
To: lucky.mydog            In Reply To: 155747170      Board: Decision Diagnostics Corp.

**So Berman will know what the SEC have before shareholders do?**

And before non-shareholders too. And before trouble-makers and before hackers. The company gets an exclusive shot to prepare a pleading once the SEC information is received.

---

Rpt Seq: 581 Board Seq: 82777  Date: 5/20/2020 11:11:46 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155749160
By: plutoniumimplosion            Status: Public
To: Hopefull17            In Reply To: 155747805      Board: Decision Diagnostics Corp.

**The SEC and possibly other agenies may be still looking into DECN for further actions.**

Please explain why and how that would be.

---

Rpt Seq: 582 Board Seq: 82793  Date: 5/20/2020 12:16:36 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155751569
By: plutoniumimplosion            Status: Public
To: rawman            In Reply To: 155738659      Board: Decision Diagnostics Corp.

**How many subjects were sampled and how many showed evidence of the virus in their blood? Please supply the supporting test data!**

DOJ-BERMAN-R_0000308852

I wasn't aware that you are entitled to proprietary testing information. I know I am not. I may be wrong but I thought review of EUA data and information that was the FDA's job, by law. And the FDA has determined by regulation that this information is confidential. Correct me please if I am wrong.

---

Rpt Seq: 583 Board Seq: 82797   Date: 5/20/2020 12:54:11 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155752816
By: plutoniumimplosion            Status: Public
To: pumper_stumper                In Reply To: 155752298         Board: Decision Diagnostics Corp.

**In my experience, if I have one fault about my expectations of pink sheet companies, it is that my view tends to be too optimistic! So, I am preparing for some incredibly juicy bits from the SEC in the next 24 hours!**

Just my opinion, but I doubt this information will be made public. I may be wrong. However if it is made public I believe that the two of us will be looking for different things. I cannot say what you will be looking for, but I will be looking for the SEC to provide information to the effect that the suspension was done primarily to stop the crazy azz trading that occurred in DECN stock.

The SEC already provided Berman with the names of 4-5 individuals that they suspected were shorts and/or stock manipulators. But those names date to mid-March. Lots of manipulation occurred after that and I would be interested to see how many shorters/manipulators are added to that original list of 4-5.

As for Berman being on that list, zero chance. But if I were asked to advise the company, I would advise that they engage a private investigator to tie shorters/manipulators names to certain handles.
I also would be extremely interested to see if the hackers are named by the SEC. Their fate awaits them.

---

Rpt Seq: 584 Board Seq: 82805   Date: 5/20/2020 1:39:56 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155754382
By: plutoniumimplosion            Status: Public
To: plutoniumimplosion            In Reply To: 155753606         Board: Decision Diagnostics Corp.

**Well, his/her's bubble has probably about 24 hours left until it gets burst.**

And if it doesn't get burst?

---

Rpt Seq: 585 Board Seq: 82815   Date: 5/20/2020 2:37:13 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155756307
By: plutoniumimplosion            Status: Hidden
To: rawman                        In Reply To: 155756148         Board: Decision Diagnostics Corp.

**The CDC actually disclosed the data showing the original claim was completely unfounded!**

No dancing. Show proof where the CDC says DECN's claims are wrong or unfounded. No proof then this is just another opinion.

---

Rpt Seq: 586 Board Seq: 82817   Date: 5/20/2020 3:02:55 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155757251
By: plutoniumimplosion            Status: Public
To: rawman                        In Reply To: 155756571         Board: Decision Diagnostics Corp.

**The FDA's May 4 changes did not delay 18 other companies from being granted an EUA Authorization**

How many of those 18 companies use some variant of a DNA analysis or a swab? Those companies were unaffected by the May 4 FDA guidance.

---

Rpt Seq: 587 Board Seq: 82843   Date: 5/20/2020 5:34:23 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155761890
By: plutoniumimplosion            Status: Public
To: pastrychf05                   In Reply To: 155761701         Board: Decision Diagnostics Corp.

**Obviously they paid off the right people in the FDA to get their dud kits out there in the first place!**

That's not how it works with the FDA. You can't pay them off or even try. Too many lawyers. But what big pharma does do in order to get their way is to dangle good paying jobs out there for middle level FDA professionals. And that is how the bread is buttered.

---

Rpt Seq: 588 Board Seq: 82853   Date: 5/20/2020 7:06:34 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155763311
By: plutoniumimplosion            Status: Public
To: Johnny_C                      In Reply To: 155763277         Board: Decision Diagnostics Corp.

**FOIA request just nonsense.**

Nonetheless it is being honored.

---

Rpt Seq: 589 Board Seq: 82901   Date: 5/21/2020 9:54:55 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155771841
By: plutoniumimplosion            Status: Public
To: rawman                        In Reply To: 155771178         Board: Decision Diagnostics Corp.

**The DECN kit seems to be in the FDA Pre-EUA process and could be, although unlikely, granted an EUA Authorization to distribute the GenViro Swift kits. Such an Authorization would be subject to the FDA caveats, including labeling to say, "This test result may not be accurate"!**

Show your proof please.

---

Rpt Seq: 590 Board Seq: 82928   Date: 5/21/2020 10:50:13 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155774311
By: plutoniumimplosion            Status: Public

DOJ-BERMAN-R_0000308853

To: rawman                In Reply To: 155773992        Board: Decision Diagnostics Corp.

**So the test data is super secret, unless of course an interested party calls DECN to get a password! So the data is not public and will not be communicated to all investors, but will magically be available to those going through the effort to call the Company. CEO Keith Berman is now thumbing his nose at Reg FD!**

Why don't you call the company to receive your password. I think you'll have to answer several questions. Let us know.

---

Rpt Seq: 591 Board Seq: 82944   Date: 5/21/2020 11:07:35 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155775057
By: plutoniumimplosion           Status: Public
To: rawman                        In Reply To: 155774889        Board: Decision Diagnostics Corp.

**The BS setup is an UNQUESTIONABLE VIOLATION OF SEC REG FD, so the SEC is better equipped to make the call. Rest assured, I plan to make sure the SEC does it!**

Just wondering, is that a threat?

---

Rpt Seq: 592 Board Seq: 83095   Date: 5/21/2020 5:09:00 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155787125
By: plutoniumimplosion           Status: Public
To: tourdefrance13                In Reply To: 155786961        Board: Decision Diagnostics Corp.

**It is surprising Berman has never been indicted for fraud, for he operates and cons investors over and over again.**

I guess so. Do you know the DECN CEO well?

---

Rpt Seq: 593 Board Seq: 83116   Date: 5/21/2020 7:30:48 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155789159
By: plutoniumimplosion           Status: Public
To: loanranger                    In Reply To: 155789135        Board: Decision Diagnostics Corp.

**The Division of Enforcement made their submission in a similar case on the day it was due and the issuers attorney received the submission electronically the same day. I suspect the same was true here.**

Appears to me to be a call the company moment. Ask them, I suspect they will be helpful.

---

Rpt Seq: 594 Board Seq: 83133   Date: 5/21/2020 9:16:18 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155790381
By: plutoniumimplosion           Status: Public
To: pumper_stumper                In Reply To: 155789483        Board: Decision Diagnostics Corp.

**Interesting. Perhaps Keith Berman from DECN is their webmaster (still not using https, getting hacked, etc)!**

I doubt it, but TAUG's consultant is the TAUG webmaster and is known as an expert hacker.

---

Rpt Seq: 595 Board Seq: 83137   Date: 5/21/2020 9:37:07 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155790598
By: plutoniumimplosion           Status: Hidden
To: loanranger                    In Reply To: 155790368        Board: Decision Diagnostics Corp.

**Some things are worth waiting for and I'll bet this is one of those things.**

I don't go through life hoping bad things happen to people. I guess I am out of touch.

---

Rpt Seq: 596 Board Seq: 83145   Date: 5/21/2020 10:43:02 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155791229
By: plutoniumimplosion           Status: Hidden
To: loanranger                    In Reply To: 155791191        Board: Decision Diagnostics Corp.

**Any day now you're going to find out just what this CEO has really done. Telling the public that he expected to secure between $400 and $700 million in damages from JNJ is just one example.**

So you're back to DECN CEO Berman is a crook.

---

Rpt Seq: 597 Board Seq: 83181   Date: 5/22/2020 9:05:41 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155794707
By: plutoniumimplosion           Status: Public
To: Johnny_C                      In Reply To: 155794021        Board: Decision Diagnostics Corp.

**Hard to believe anyone believes this hacking nonsense.**

Apparently both the SEC and FBI do.

---

Rpt Seq: 598 Board Seq: 83192   Date: 5/22/2020 9:24:46 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155795190
By: plutoniumimplosion           Status: Public
To: rawman                        In Reply To: 155794928        Board: Decision Diagnostics Corp.

**BOOM!!!!!!! IT DOESN'T WORK!!!!!!!**

DOJ-BERMAN-R_0000308854

Please provide your proof that the DECN method doesn't work. IMO this is information many of us would enjoy reviewing. Thank you.

---

Rpt Seq: 599 Board Seq: 83235  Date: 5/22/2020 11:34:41 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155800487
By: plutoniumimplosion          Status: Public
To: rawman                      In Reply To: 155799655   Board: Decision Diagnostics Corp.

**Please provide evidence of the actual specificity and accuracy of the DECN COVID-19 impedance-based virus test kit! Until proof is provided, one must assume...**

Unless otherwise stated by the FDA, one must assume that the method works.

---

Rpt Seq: 600 Board Seq: 83266  Date: 5/22/2020 1:45:46 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155804767
By: plutoniumimplosion          Status: Hidden
To: rawman                      In Reply To: 155802383   Board: Decision Diagnostics Corp.

**Working or not working has nothing to do with the FDA!**

And this is certain because you have shepherded how many IVD through the FDA in your career?

---

Rpt Seq: 601 Board Seq: 83268  Date: 5/22/2020 1:52:31 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155804986
By: plutoniumimplosion          Status: Public
To: goodthings                  In Reply To: 155804686   Board: Decision Diagnostics Corp.

**DECN: You should listen to this DECN shareholder.**

Great. my advice, call the company and tell them.

---

Rpt Seq: 602 Board Seq: 83271  Date: 5/22/2020 1:54:59 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155805063
By: plutoniumimplosion          Status: Public
To: RealPainkiller              In Reply To: 155803141   Board: Decision Diagnostics Corp.

4 more molecular methods. Easy FDA decision. Doesn't add a bit to the testing foundation in the USA. This is no surprise and this listing has no effect on DECN since they do not make a 35 year old molecular method, unless you think they do, in which case please provide proof.

---

Rpt Seq: 603 Board Seq: 83280  Date: 5/22/2020 3:06:39 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155807332
By: plutoniumimplosion          Status: Public
To: Jelly Bean                  In Reply To: 155807234   Board: Decision Diagnostics Corp.

**Must be old glucose test data left in the electronic file. Its the berman way.....**

It must be? Have any proof of this "must be?"

---

Rpt Seq: 604 Board Seq: 83283  Date: 5/22/2020 3:29:29 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155808140
By: plutoniumimplosion          Status: Public
To: goodthings                  In Reply To: 155807329   Board: Decision Diagnostics Corp.

**What did the SEC lawyers think after reading the news release
saying that the DECN company will update some of the recent data
on the COVID-19 test kits on the two websites in a few days??**

Two things.

1. call the SEC lawyers and ask them and please let us all know what they tell you.

2. edification here, are you saying that DECN did not post data on the web sites?

---

Rpt Seq: 605 Board Seq: 83287  Date: 5/22/2020 3:41:13 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155808549
By: plutoniumimplosion          Status: Hidden
To: rawman                      In Reply To: 155808347   Board: Decision Diagnostics Corp.

**BOOM!!! THE DECN KIT DOES NOT PROVIDE A CONSISTENTLY ACCURATE VIEW OF AN ACTIVE COVID-19 VIRUS INFECTION!**

Stop shouting please there is no need. Also, where is your proof that the DECN kit does not provide a consistently accurate view. No proof then it is just another shouted opinion.

---

Rpt Seq: 606 Board Seq: 83288  Date: 5/22/2020 3:42:16 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155808588
By: plutoniumimplosion          Status: Public
To: Jelly Bean                  In Reply To: 155808517   Board: Decision Diagnostics Corp.

**How about you prove it isnt?**

Doesn't work that way. I made no declaratory statements. It's not my proof.

---

Rpt Seq: 607 Board Seq: 83332  Date: 5/22/2020 11:26:45 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155814282
By: plutoniumimplosion          Status: Public

DOJ-BERMAN-R_0000308855

To: Zman20     In Reply To: 155813617     Board: Decision Diagnostics Corp.

**due to the fact that the virus doesn't show up in the blood until a person is severely sick, the sensitivity for the GenViro will be very very low and will probably be rejected as a test. If all those biotech companies, 29 of them can't make it, scary to think DECN somehow has the secret sauce without that much experience developing tests for virus detection.**

Do you have any proof, evidence, white papers --- anything? Are you credentialed to make such statements? If not, as I suspect, these are just opinions.

---

Rpt Seq: 608 Board Seq: 83333   Date: 5/22/2020 11:29:44 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155814301
By: plutoniumimplosion     Status: Public
To: Zman20     In Reply To: 155814002     Board: Decision Diagnostics Corp.

"company is too slimy and avoids making conclusive factual statements on the effectiveness of the device. That test result isn't even for public viewing for a reason, it's not an official public statement and perhaps cannot be used against DECN because they didn't jump into conclusions ... "

Any proof? Anything?

---

Rpt Seq: 609 Board Seq: 83345   Date: 5/23/2020 9:04:17 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155815997
By: plutoniumimplosion     Status: Public
To: pumper_stumper     In Reply To: 155815929     Board: Decision Diagnostics Corp.

**Another way of knowing it isnt a DECN corporate image, is the lack of a raving ranting lunatic CEO in the photo.**

Is there any proof that Mr. Berman is a raving ranting lunatic? Anything? A picture, a video. A quote from elsewhere from someone who has actually met him and/or knows him. Anything?

---

Rpt Seq: 610 Board Seq: 83355   Date: 5/23/2020 10:03:04 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155816411
By: plutoniumimplosion     Status: Public
To: rawman     In Reply To: 155816310     Board: Decision Diagnostics Corp.

**BTW...DECN APPARENTLY HAS NOT POSTED A "SUMMARY OF THE ASSAYS PERFORMANCE"! PLUS, THE INFORMATION IS NOT PUBLICLY AVAILABLE, AS PER THE FDA'S RECOMMENDATION!**

Call or write the FDA and report the company. In fact call or write the FDA numerous times. Thank you.

---

Rpt Seq: 611 Board Seq: 83357   Date: 5/23/2020 10:07:38 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155816443
By: plutoniumimplosion     Status: Hidden
To: loanranger     In Reply To: 155816328     Board: Decision Diagnostics Corp.

**Apparently the "say the secret word" info doesn't satisfy the recommendation so far. If it did, one of the loyalist viewers would surely have told us.**

Perhaps this is another opportunity to call or write the company, this time telling them they again do not meet your standards.

---

Rpt Seq: 612 Board Seq: 83358   Date: 5/23/2020 10:09:07 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155816455
By: plutoniumimplosion     Status: Public
To: pumper_stumper     In Reply To: 155816439     Board: Decision Diagnostics Corp.

I must be dense. Please explain how this makes Mr. Berman out to be a raving, raging lunatic?

---

Rpt Seq: 613 Board Seq: 83361   Date: 5/23/2020 10:18:28 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155816532
By: plutoniumimplosion     Status: Public
To: rawman     In Reply To: 155816503     Board: Decision Diagnostics Corp.

Of course

---

Rpt Seq: 614 Board Seq: 83363   Date: 5/23/2020 10:40:15 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155816717
By: plutoniumimplosion     Status: Public
To: pumper_stumper     In Reply To: 155816662     Board: Decision Diagnostics Corp.

Corporations are semi-democracies. If shareholders want to remove Mr. Berman, they can and knowing him as I do, he might actually welcome it. But, and here's the deal, only shareholders have the right to take corporate actions. Faux anger and constant name calling here isn't going to accomplish much of anything. So tomorrow when we all awake, Mr. Berman will still be CEO and the loop will begin again.

---

Rpt Seq: 615 Board Seq: 83364   Date: 5/23/2020 10:57:17 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155816852
By: plutoniumimplosion     Status: Public
To: rawman     In Reply To: 155816503     Board: Decision Diagnostics Corp.

*Quote:Call or write the FDA and report the company.*


*Not needed! The interested regulators and possibly law enforcment are now well-positioned to address CEO Keith Berman's intentional lack of transparency, obfuscation of the facts, possible Reg FD violations, and potentially fraudulent public claims designed to pump the DECN share price.*

DOJ-BERMAN-R_0000308856

If true, then of course its needed. If this is true and DECN is a criminal enterprise then they have to be stopped. Don't hold back, please report them, and then report them again, and don't stop reporting them.

And here I thought DECN was desperately trying to bring a Covid-19 test kit to a market very much in need of test kits. Who woulda thunk that DECN is nothing more than a stock pump scheme criminal enterprise?

But there are still three parts of this criminal enterprise that are missing or still need 'splaining. Who is behind the enterprise and who is benefiting and if this is as clearly understood as you say to not require reporting to the authorities, why is the stock still trading? Please explain this to us all.

---

Rpt Seq: 616 Board Seq: 83368  Date: 5/23/2020 11:46:59 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155817285
By: plutoniumimplosion          Status: Hidden
To: rawman                      In Reply To: 155817226        Board: Decision Diagnostics Corp.

*BTW, these folks also have the power to subpeona, so no need for me to get further involved! Those with real regulatory and/or legal clout will handle your questions!*

So you don't know. These things are just your opinions meant to sway sentiment and create anger.

---

Rpt Seq: 617 Board Seq: 83369  Date: 5/23/2020 11:51:41 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155817323
By: plutoniumimplosion          Status: Public
To: Dick22                      In Reply To: 155817111        Board: Decision Diagnostics Corp.

*Welcome being removed or the fight that would occur between radicals and he?*

Of course you do. But if he is removed, who will take his spot, or will it be like a story line here from several months ago "a trained monkey can do a better job." I know to a lot of people this is only and all about share price, but DECN, IMO, is not in the share price business, they are in the glucose monitoring and Covid-19 kit business, and companies, believe it or not have to provide a corporate business mission statement to their state of domicile SoS, and claiming to be in the share price management business doesn't cut it. But, hey let's replace Mr. Berman so a lot of things will be found out by his replacement --- and quickly.

---

Rpt Seq: 618 Board Seq: 83374  Date: 5/23/2020 12:39:53 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155817759
By: plutoniumimplosion          Status: Hidden
To: Dick22                      In Reply To: 155817739        Board: Decision Diagnostics Corp.

**u stated "welcome being removed" I took that literally as in, he really doesn t want to be CEO....**

of course you did

---

Rpt Seq: 619 Board Seq: 83377  Date: 5/23/2020 1:00:49 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155817941
By: plutoniumimplosion          Status: Public
To: pumper_stumper               In Reply To: 155817797        Board: Decision Diagnostics Corp.

*Given that, tell us how shareholders can remove the maniac at large, who has led the company into an SEC actions against it.*

The mechanics are easy. Success is not guaranteed however. If there is no success, be reminded that reverse shareholder class action suits are gaining in popularity.

Virtually nobody is going to believe Mr. Berman is a maniac. The people you will need to carry out a coup are shareholders. They have a vested interest and they are the only voters in corporate actions. Almost nobody is going to believe Mr. Berman is a crook. Those will be empty accusations just like they have been for 15 years, even when Mr. Berman was not CEO. So like the old saying goes, if you are going to try to kill the king, better make sure you succeed.

And then there will be this little issue of running the company. Better be competent. Shareholders bought shares for share price appreciation, but the company still has a business that needs to be managed. Berman is the only one with that plan.

---

Rpt Seq: 620 Board Seq: 83387  Date: 5/23/2020 2:23:26 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155818704
By: plutoniumimplosion          Status: Public
To: loanranger                  In Reply To: 155818418        Board: Decision Diagnostics Corp.

*Can you explain them?*

Nope, I was hoping a more literate person with superior Internet search skills would do the 'splaining.

---

Rpt Seq: 621 Board Seq: 83400  Date: 5/23/2020 7:04:24 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155820905
By: plutoniumimplosion          Status: Public
To: rsconcept                   In Reply To: 155820207        Board: Decision Diagnostics Corp.

*You make a lot of money, but please accept the fact:*
*The DECN test kits cannot get the EUA because the kits*
*cannot meet the FDA's standard -- accuracy of 90% sensitivity.*

Please post your proof. Proof about money, proof about kit sensitivity. Anything. Obviously you have seen proof. Let us all know.

---

Rpt Seq: 622 Board Seq: 83402  Date: 5/23/2020 7:22:51 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155821006
By: plutoniumimplosion          Status: Hidden
To: rsconcept                   In Reply To: 155820256        Board: Decision Diagnostics Corp.

DOJ-BERMAN-R_0000308857

*Quote*
*Call or write the FDA and report the company.*

*Not needed! The interested regulators and possibly law enforcement are now well-positioned to address CEO Keith Berman's intentional lack of transparency, obfuscation of the facts, possible Reg FD violations, and potentially fraudulent public claims designed to pump the DECN share price.*

Or it could be something else. It could be just some rambling as a result of hate, jealousy and anger. I don't know which but it could be all three.

Just to make sure, could you list the criminal activity that is referred to now that "law enforcement are now well-positioned." I can't wait to see the charges being made.

---

Rpt Seq: 623  Board Seq: 83416  Date: 5/23/2020 10:33:43 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155822171
By: plutoniumimplosion          Status: Hidden
To: rawman          In Reply To: 155822097          Board: Decision Diagnostics Corp.

*Right now DECN is my focus!*

Sure they are.

---

Rpt Seq: 624  Board Seq: 83446  Date: 5/24/2020 11:39:37 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155824948
By: plutoniumimplosion          Status: Public
To: IPwatcher          In Reply To: 155823777          Board: Decision Diagnostics Corp.

*SARS COV2 virus is NOT detectable or present in the BLOOD of between ~80%-99% of Covid19 infected persons... (and where it is found, this is only among the already very sickest!) It is a mucosal virus, not a blood borne virus, and it is found and detected in the mucosa.*

Please provide your proof. Any proof to back up those statements. Otherwise they are opinions.

---

Rpt Seq: 625  Board Seq: 83447  Date: 5/24/2020 11:41:01 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155824962
By: plutoniumimplosion          Status: Public
To: pastrychf05          In Reply To: 155824278          Board: Decision Diagnostics Corp.

*Lots of interest in a company that many have deemed as having nothing!*

Not many, a few who say the same things many times.

---

Rpt Seq: 626  Board Seq: 83448  Date: 5/24/2020 11:45:00 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155824990
By: plutoniumimplosion          Status: Public
To: jimbob4          In Reply To: 155824128          Board: Decision Diagnostics Corp.

*Who cares if test works or may not work, this has paid out 5 to 6 times in past few weeks.*

That is a bad way to look at things IMO. This is a product designed to help with the Covid-19 pandemic, not to line an individual's pockets.

---

Rpt Seq: 627  Board Seq: 83450  Date: 5/24/2020 11:47:57 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155825019
By: plutoniumimplosion          Status: Public
To: rsconcept          In Reply To: 155820226          Board: Decision Diagnostics Corp.

*tired on waiting, !DECN*

The markets open first thing next Tuesday morning.

---

Rpt Seq: 628  Board Seq: 83467  Date: 5/24/2020 2:11:37 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155826192
By: plutoniumimplosion          Status: Hidden
To: IPwatcher          In Reply To: 155825463          Board: Decision Diagnostics Corp.

*Now go look up 'hierarchy of evidence'. Then come back and lecture me some more on how to do Science.*

I am still waiting for the first science. Please provide scientific proof of your "science based opinions." I don't think it is asking too much for some proof.

---

Rpt Seq: 629  Board Seq: 83468  Date: 5/24/2020 2:13:21 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155826209
By: plutoniumimplosion          Status: Public
To: Dick22          In Reply To: 155825845          Board: Decision Diagnostics Corp.

*20 would be a 5 billion mc....no way*

Let's get back to the original premise and that is you would like to see DECN CEO Mr. Berman replaced and if possible be sent to jail.

---

Rpt Seq: 630  Board Seq: 83489  Date: 5/24/2020 3:23:28 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155826777
By: plutoniumimplosion          Status: Hidden
To: rawman          In Reply To: 155826617          Board: Decision Diagnostics Corp.

*It seems patently obvious! Based on the mountain of posted scientific data, there is NO CHANCE DECN's GenViro Swift kit will ever be granted an FDA EUA Authorization to be used to diagnose an active COVID-19 virus infection!*

DOJ-BERMAN-R_0000308858

Still in the opinion business. Show your proof that it is "patently obvious" that the FDA will not authorize through EUA the DECN method. Got proof of this? Anything? I would even accept the opinion of the FDA receptionist or the FDA person who schedules meetings. If you got it, show it.

---

Rpt Seq: 631 Board Seq: 83504   Date: 5/24/2020 5:55:05 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155827764
By: plutoniumimplosion           Status: Public
To: pastrychf05                  In Reply To: 155827636       Board: Decision Diagnostics Corp.

**Approval and EUA are two different things.**

I heard this the other day from a representative of MDMA, the trade group for medical devices.

**At the FDA:**

Drugs are *Approved*
Medical Devices are *Cleared*
Emergency Use waivers are an *Authorization*

Most lay people, especially people with bad intentions, do not know this, which explains the bogus forged document hacked and changed from the DECN web site, posing as a Powerpoint, that was given to the SEC as incriminating evidence.

If an FDA Establishment like DECN got this particular description wrong the FDA would cite them -- they are that touchy about it. That's how Mr. Berman and the company knew from the outset when certain claims were made on May 5, that this was an amateur hack.

---

Rpt Seq: 632 Board Seq: 83505   Date: 5/24/2020 5:59:48 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155827795
By: plutoniumimplosion           Status: Hidden
To: Dick22                       In Reply To: 155827739       Board: Decision Diagnostics Corp.

sure you didn't

---

Rpt Seq: 633 Board Seq: 83538   Date: 5/25/2020 9:30:40 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155831150
By: plutoniumimplosion           Status: Public
To: RealPainkiller               In Reply To: 155831067       Board: Decision Diagnostics Corp.

*Plenty of companies are already in the field giving tests while KB is still stalling everybody eating at McDonalds.*

First of all please provide proof that Mr. Berman is stalling anyone. Provide anything.

Second of all, the vast majority of authorizations from the FDA have been "me-too" molecular methods, clones of each other. That is low hanging fruit for the FDA, no risk there. Also no breakthrough technology that everyone wants and needs.

Finally, the FDA has laid waste to the Antibody methods that they were begging for less than 60 days ago. The FDA, Dr. Birx, the CDC, the Governor of NY, all begged for these methods. They were needed soon, or even faster. And when they came they were all 1st generation kits, without error notification, requiring the semi-professional administrator of the kit to mix things, add things. They were nice neat little packages, but like almost all 1st generation products, they were closer to witche's brews than a Covid-19 kit. Then the Chinese got involved and the skullduggery began. So the FDA crushed the methods, came up with impossible demands, and those methods that they haven't crushed still sit in a pile gathering dust.

So, provide some proof. Any proof. And yes, going fishing sounds like great advice.

---

Rpt Seq: 634 Board Seq: 83554   Date: 5/25/2020 12:00:59 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155832312
By: plutoniumimplosion           Status: Public
To: rawman                       In Reply To: 155832176       Board: Decision Diagnostics Corp.

*Of course the SEC has access to the technical wherewithal to crush Berman's claim about being "hacked"! CEO Keith Berman is rightly squirming! Keep in mind Berman has likely already reviewed the file of information the SEC had in hand, when the suspension was issued, which was provided on time, i.e. by May 20, 2020.*

More bold claims with no proof. Provide proof please, otherwise these are just opinions.

---

Rpt Seq: 635 Board Seq: 83559   Date: 5/25/2020 12:12:05 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155832406
By: plutoniumimplosion           Status: Hidden
To: Jaded Past                   In Reply To: 155832333       Board: Decision Diagnostics Corp.

*And DECN would have never used "CLEARED" as the FDA approval designation... LOLOLOLI*

Actually Tail nobody that knows anything about the market or the FDA would use the word "Approved" like the hackers did. That is the word used. Drugs are "Approved". The shocking thing here is not what the hackers did, because there are a lot of bad people in the world, but that the SEC bought the ruse/dupe/punck with no DD. They apparently did not realize that cyber crime is a lolol crime. And that will make the coming backlash soooo sweet.

All IMO.

---

Rpt Seq: 636 Board Seq: 83565   Date: 5/25/2020 1:42:23 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155833194
By: plutoniumimplosion           Status: Public

DOJ-BERMAN-R_0000308859

To: Jaded Past                 In Reply To: 155832939           Board: Decision Diagnostics Corp.

**We all know who KB is and that he is the CEO.**

Not necessarily true. Many of the most vociferous and the prolific have never met him, spoken to him, or corresponded with him.

---

Rpt Seq: 637 Board Seq: 83593   Date: 5/25/2020 7:39:33 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155836056
By: plutoniumimplosion              Status: Public
To: Johnny_C                   In Reply To: 155835691           Board: Decision Diagnostics Corp.

of course you don't need to talk with him

---

Rpt Seq: 638 Board Seq: 83600   Date: 5/25/2020 9:26:06 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155836798
By: plutoniumimplosion              Status: Public
To: ReikoBlack                 In Reply To: 155836646           Board: Decision Diagnostics Corp.

**A California lab just announced they've come up with a Vaccine for CV19. Its being hailed as Novel I-cell CV19 Vaccine**

Great, before this lab in California is hailed as the savior of humanity, where is their proof? And, this question is posed for all potential makers of a vaccine, how does anyone know if it works?

---

Rpt Seq: 639 Board Seq: 83602   Date: 5/25/2020 9:39:50 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155836885
By: plutoniumimplosion              Status: Public
To: Johnny_C                   In Reply To: 155836869           Board: Decision Diagnostics Corp.

**You think one misleading powerpoint presentation that wasn't even mentioned in the suspension order is a big deal?**

I do. The biggest deal. But hey don't take my word for it. All of those May 5 thru May 8 posts are going to play a big part in this.

---

Rpt Seq: 640 Board Seq: 83604   Date: 5/25/2020 9:44:18 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155836904
By: plutoniumimplosion              Status: Public
To: Johnny_C                   In Reply To: 155836887           Board: Decision Diagnostics Corp.

**It sure lined DECN's pockets with cash, not to mention DECN's financier's pockets.. Millions and Millions of dollars went into those pockets**

Show the proof of the illegality. In fact I now of someone close to TAUG's paid consultant that made money too. Perhaps he will get a call.

---

Rpt Seq: 641 Board Seq: 83607   Date: 5/25/2020 10:54:00 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155837315
By: plutoniumimplosion              Status: Public
To: Johnny_C                   In Reply To: 155836959           Board: Decision Diagnostics Corp.

**As far as the NON Dilutive press release, that was completely misleading. I suppose that was the result of a faux hack as well...LOL**

Show the proof. The next proof shown will be the first proof.

---

Rpt Seq: 642 Board Seq: 83641   Date: 5/26/2020 9:02:24 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155840401
By: plutoniumimplosion              Status: Public
To: Johnny_C                   In Reply To: 155839962           Board: Decision Diagnostics Corp.

**4. Press release stated no shares were issued. The payoff of the loan and new loan were obviously related transactions.**

That is not what the news release said. Revisionist history is very frustrating. Every quarter the company is required to publish a document titled Supplemental Information. It details all of this. Or is easy to do DD not part of the agenda for TAUG's paid consultant?

---

Rpt Seq: 643 Board Seq: 83652   Date: 5/26/2020 9:44:04 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155841870
By: plutoniumimplosion              Status: Public
To: Tmwoodley                  In Reply To: 155841780           Board: Decision Diagnostics Corp.

**I feel bad for all those that sold their shares for .12-.14......**

What about people that angrily sold at $.08 and are now livid? What about those who do not own shares and watch the action every day.

---

Rpt Seq: 644 Board Seq: 83654   Date: 5/26/2020 9:45:26 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155841934
By: plutoniumimplosion              Status: Public
To: Johnny_C                   In Reply To: 155841831           Board: Decision Diagnostics Corp.

**These debt conversions were happening at the exact same time Berman was putting out a non dilutive financing press release to gin the PPS.**

So call the SEC and FBI.

---

Rpt Seq: 645 Board Seq: 83661   Date: 5/26/2020 10:25:43 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155842992
By: plutoniumimplosion              Status: Public
To: HFM2                       In Reply To: 155842505           Board: Decision Diagnostics Corp.

**Waiting on more online posters to provide data?**

DOJ-BERMAN-R_0000308860

Fake data.

---

Rpt Seq: 646 Board Seq: 83685   Date: 5/26/2020 12:37:27 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155847966
By: plutoniumimplosion   Status: Public
To: Johnny_C   In Reply To: 155847892   Board: Decision Diagnostics Corp.

*You left out the SEC potentially filing an injunction against berman!*

But certainly you let us all know -- again.

---

Rpt Seq: 647 Board Seq: 83690   Date: 5/26/2020 12:46:03 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155848238
By: plutoniumimplosion   Status: Hidden
To: Hopefull17   In Reply To: 155848056   Board: Decision Diagnostics Corp.

*What does a publicist or lobbyist do?*

Certainly someone campaigning to be the next CEO and Chairman of DECN knows the role of a lobbyist and a publicist. And certainly a person who is campaigning to be the next CEO and Chairman of DECN knows the difference between a lobbyist and publicist and a stock tout, although you have recommended that DECN make use of a stock tout many times, and even volunteered for that job. I am wondering, isn't wholesale touting of a stock illegal?

---

Rpt Seq: 648 Board Seq: 83755   Date: 5/26/2020 2:00:24 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155850499
By: plutoniumimplosion   Status: Public
To: Dick22   In Reply To: 155849923   Board: Decision Diagnostics Corp.

*Sec statements contradicts yours....interesting to say the least*

Really, how so?

---

Rpt Seq: 649 Board Seq: 83789   Date: 5/26/2020 3:15:09 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155852855
By: plutoniumimplosion   Status: Public
To: cvinvestor   In Reply To: 155852611   Board: Decision Diagnostics Corp.

*If the SEC files the documents on time, we should see the response in less than 2 weeks and possibly other news as well. The game is not over yet.*

And in my humble opinion that will break 7-8 hearts.

---

Rpt Seq: 650 Board Seq: 83831   Date: 5/26/2020 4:06:27 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155854637
By: plutoniumimplosion   Status: Public
To: Rawbot   In Reply To: 155853852   Board: Decision Diagnostics Corp.

*This company is dead unless it gets FDA authorization which is looking pretty slim at the moment.*

Is there any proof of this "looking slim?" Anything?

---

Rpt Seq: 651 Board Seq: 83843   Date: 5/26/2020 4:19:22 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155854987
By: plutoniumimplosion   Status: Public
To: cvinvestor   In Reply To: 155854522   Board: Decision Diagnostics Corp.

*Otherwise, we are in a shoot first and ask questions later mode vis-a-vis the current situation just because DECN has been working on a COVID-19 related product.*

And the situation became too tantalizing for a small group that operates using fear and hate. It appears the SEC relied on relied on stolen and altered documents and informants who were not vetted. And that will be the first answers provided by the upcoming process. The next answers will come from the outcome of the stolen documents because that is a cyber crime.

---

Rpt Seq: 652 Board Seq: 83845   Date: 5/26/2020 4:29:02 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155855198
By: plutoniumimplosion   Status: Public
To: pumper_stumper   In Reply To: 155855076   Board: Decision Diagnostics Corp.

*It appears where? Show us links proving this, please!*

Of course, I am certain DECN will provide the stolen documents, provided to them by the thieves themselves, as well as the numerous message board posts from a particular point in time. These posts were like an organization taking credit for a terror hit.

So here's the big question. Why did these people do this when it was not possible for them to have been damaged by the so-called criminal acts of Mr. Berman. I expect a judge to eventually ask those same questions.

---

Rpt Seq: 653 Board Seq: 83847   Date: 5/26/2020 4:34:03 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155855297
By: plutoniumimplosion   Status: Hidden
To: pumper_stumper   In Reply To: 155855244   Board: Decision Diagnostics Corp.

DOJ-BERMAN-R_0000308861

*Okay, then, there is no proof of this! You being "certain" does not qualify as "proof".*

In my humble opinion you will get your proof in DECN's upcoming response. You can thank me then. Lots of shareholders are pushing for Mr. Berman even if some others aren't.

---

Rpt Seq: 654 Board Seq: 83881   Date: 5/26/2020 7:46:17 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155858000
By: plutoniumimplosion          Status: Public
To: rawman                      In Reply To: 155854115          Board: Decision Diagnostics Corp.

*I suspicion CEO Keith Berman could no longer easily rationalize his predicament, thus decided a more "serious" Form 550 redo was necessary.*

I cannot wait to see the latest analysis and see the spin put on it. By the way the revision was done at the request of company shareholders while the SEC took advice and counsel from people who could not possibly have been damaged by all of the many times written horribleness of Berman. This process will be very interesting.

---

Rpt Seq: 655 Board Seq: 83883   Date: 5/26/2020 7:53:21 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155858103
By: plutoniumimplosion          Status: Public
To: goodthings                  In Reply To: 155857842          Board: Decision Diagnostics Corp.

*All tests for COVID-19 require "high accuracy" in both 90% sensitivity and 95% specificity to obtain the EUA.*

Since May 4, 2020 that is correct. Before then please tell us what the percentage numbers were. The SEC is out of their league when the subject is science. And it appears that the SEC counsel out of his league when it comes to walking, chewing gum and breathing air.

---

Rpt Seq: 656 Board Seq: 83888   Date: 5/26/2020 8:50:51 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155858772
By: plutoniumimplosion          Status: Public
To: Dick22                      In Reply To: 155858606          Board: Decision Diagnostics Corp.

*After the briefs are filed...what happens?*

Let me guess. After DECN files their brief everything will be described as a damm lie. When the SEC files their brief, it will be described as gospel.

---

Rpt Seq: 657 Board Seq: 83890   Date: 5/26/2020 8:56:52 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155858855
By: plutoniumimplosion          Status: Public
To: goodthings                  In Reply To: 155858836          Board: Decision Diagnostics Corp.

*These companies and the DECN company differ in quality.*

What quality is that? Got proof? Show it.

---

Rpt Seq: 658 Board Seq: 83901   Date: 5/26/2020 11:12:47 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155860211
By: plutoniumimplosion          Status: Public
To: cvinvestor                  In Reply To: 155859470          Board: Decision Diagnostics Corp.

*I guess the SEC is always free to pursue other investigations or file other charges in the future.*

The SEC Senior Attorney will be a pile of goo by then.

---

Rpt Seq: 659 Board Seq: 83902   Date: 5/26/2020 11:14:40 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155860221
By: plutoniumimplosion          Status: Public
To: goodthings                  In Reply To: 155859819          Board: Decision Diagnostics Corp.

*Why?? Because Berman can't prove the "high" accuracy of sensitivity in the finger prick blood with the DECN's test kits.*

You sure of that? Show the proof.

---

Rpt Seq: 660 Board Seq: 83903   Date: 5/26/2020 11:15:49 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155860231
By: plutoniumimplosion          Status: Hidden
To: loanranger                  In Reply To: 155860061          Board: Decision Diagnostics Corp.

*If it did I'll bet Berman would shout it from the rooftops. Instead he's busy whining about some hackers who (assuming they actually exist) didn't do anything to change the fact that there is no kit.*

Yeah, yeah yeah.

---

Rpt Seq: 661 Board Seq: 83916   Date: 5/27/2020 8:27:18 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155862876
By: plutoniumimplosion          Status: Hidden
To: Johnny_C                    In Reply To: 155862465          Board: Decision Diagnostics Corp.

**All that the SEC has shown so far is the information available before the suspension. No posters, no cabal, no stolen documents, no SEC collusion with short sellers, no hackin**

DOJ-BERMAN-R_0000308862

Me thinks you protest too much

---

Rpt Seq: 662 Board Seq: 83920   Date: 5/27/2020 8:53:48 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155863446
By: plutoniumimplosion          Status: Hidden
To: Johnny_C                    In Reply To: 155863362      Board: Decision Diagnostics Corp.

*Me thinks you are making accusations on public forums that are bold faced lies! Typical!*

List these lies.

---

Rpt Seq: 663 Board Seq: 83933   Date: 5/27/2020 9:20:45 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155864167
By: plutoniumimplosion          Status: Public
To: Johnny_C                    In Reply To: 155863475      Board: Decision Diagnostics Corp.

John, people admitted as such on this message board, a big cabal pat on the back.

---

Rpt Seq: 664 Board Seq: 83936   Date: 5/27/2020 9:32:05 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155864567
By: plutoniumimplosion          Status: Public
To: Johnny_C                    In Reply To: 155864383      Board: Decision Diagnostics Corp.

*That is nonsense and everyone knows it. I see insults being hurled at SEC lawyers now. You would have thought Berman and his cronies would have learned that might not be a good idea.*

I would take what the company is doing and what a large group of shareholders are doing with the SEC and the SEC Inspector General as serious as a heart attack.

---

Rpt Seq: 665 Board Seq: 83943   Date: 5/27/2020 10:02:58 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155865979
By: plutoniumimplosion          Status: Public
To: pumper_stumper               In Reply To: 155865808      Board: Decision Diagnostics Corp.

*" the forecasts included in DECN's press releases came from spreadsheets that Berman's assistant maintained that estimated segments of the population, such as religious institutions, that could in theory buy test kits. "*

That is exactly how forecasts are made. How else would you make a forecast if you didn't estimate the size of the market. The SEC lawyer will be crushed by his own statement. All IMO

---

Rpt Seq: 666 Board Seq: 83952   Date: 5/27/2020 10:56:58 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155868328
By: plutoniumimplosion          Status: Public
To: rawman                       In Reply To: 155868258      Board: Decision Diagnostics Corp.

*It would seem likely that CEO Keith Berman would be "a pile of goo" long before the Federal Government closes its investigation!*

And your proof? Any proof?

---

Rpt Seq: 667 Board Seq: 83953   Date: 5/27/2020 10:58:23 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155868375
By: plutoniumimplosion          Status: Hidden
To: zalicuslicious               In Reply To: 155868087      Board: Decision Diagnostics Corp.

*Now you're starting to think just like KB....*

Nope. I just understand the motivations of 5-7 people. Experience is a great teacher.

---

Rpt Seq: 668 Board Seq: 83961   Date: 5/27/2020 11:34:10 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155869767
By: plutoniumimplosion          Status: Public
To: rawman                       In Reply To: 155869412      Board: Decision Diagnostics Corp.

*The SEC will eat Berman's lunch on this one!*

Show your facts. Any facts. Any SEC past rulings you relied on. Anything?

Oh by the way, the SEC Inspector General is very interested in this cabal that supposedly doesn't exist. Like I posted, the SEC Senior Counsel is going to shortly be a pile of goo. IMO.

---

Rpt Seq: 669 Board Seq: 83965   Date: 5/27/2020 11:55:38 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155870511
By: plutoniumimplosion          Status: Public
To: Johnny_C                    In Reply To: 155870313      Board: Decision Diagnostics Corp.

*If anything, the SEC IG might ask for a more thorough investigation into Berman and his years of BS press releases.*

Uh no. Berman doesn't work for the SEC and his contact with the SEC was formal. The IG is totally interested in ex-parte communication with the SEC senior counsel and his supervisor by the cabal, none of whom owned stock and could not possibly have been damaged by anything Berman is accused of doing. I also think the IG will be interested in how an officer of the court and SEC counsel can claim to have used all of this information in making the decision to suspend trading on April 22, when the information wasn't provided to this Senior Counsel until May 3. Pile of goo.

---

Rpt Seq: 670 Board Seq: 83978   Date: 5/27/2020 12:36:41 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155872123

DOJ-BERMAN-R_0000308863

By: plutoniumimplosion          Status: Public
To: Johnny_C                    In Reply To: 155870482          Board: Decision Diagnostics Corp.

*Any idea how much R&D was spent on GenViro in March? Any at all?*

Sounds like a perfect call the company moment. Let us know what they tell you.

---

Rpt Seq: 671 Board Seq: 83984  Date: 5/27/2020 1:06:24 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155873313
By: plutoniumimplosion          Status: Public
To: Johnny_C                    In Reply To: 155870783          Board: Decision Diagnostics Corp.

*Are you serious, ex parte communication. That is laughable. If someone contacts the SEC it is not considered ex parte.*

Wanna bet.

---

Rpt Seq: 672 Board Seq: 83993  Date: 5/27/2020 2:03:57 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155875329
By: plutoniumimplosion          Status: Public
To: Jelly Bean                  In Reply To: 155875023          Board: Decision Diagnostics Corp.

*The SEC makes no mention of any of the issues you raised in this post in their suspension document.*

Yes and that's why the IG now has an interest. Thanks for pointing this out.

---

Rpt Seq: 673 Board Seq: 83996  Date: 5/27/2020 2:16:52 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155875793
By: plutoniumimplosion          Status: Public
To: Johnny_C                    In Reply To: 155875671          Board: Decision Diagnostics Corp.

*The SEC IG is most likely belly laughing at Berman, just like the FBI Cyber Crimes is doing, just like the J&J lawyers did and just like all Berman's competitors in the diabetic monitoring device business is doing!*

Just keep thinking that until you hear a knock at the door.

---

Rpt Seq: 674 Board Seq: 84010  Date: 5/27/2020 3:09:53 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155877454
By: plutoniumimplosion          Status: Public
To: Johnny_C                    In Reply To: 155876987          Board: Decision Diagnostics Corp.

Knock, knock.

---

Rpt Seq: 675 Board Seq: 84011  Date: 5/27/2020 3:12:07 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155877548
By: plutoniumimplosion          Status: Public
To: goodthings                  In Reply To: 155877028          Board: Decision Diagnostics Corp.

*Um, I do NOT trust the CEO Berman like the SEC lawyers.*

And what are the SEC lawyers going to do for you?

---

Rpt Seq: 676 Board Seq: 84012  Date: 5/27/2020 3:14:28 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155877624
By: plutoniumimplosion          Status: Public
To: Johnny_C                    In Reply To: 155876987          Board: Decision Diagnostics Corp.

*Well, now I am belly laughing at the amended Form 550! I am so glad I saw this...Are you going to be in for a surprise. That powerpoint was downloaded right from the Pharmatech website and states the same thing your Texas Distributor stated on his website that has now been changed.*

Knock, knock.

---

Rpt Seq: 677 Board Seq: 84018  Date: 5/27/2020 3:44:27 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155878676
By: plutoniumimplosion          Status: Hidden
To: loanranger                  In Reply To: 155878505          Board: Decision Diagnostics Corp.

*You really do believe everything this CEO tells you, don't you.*

It wasn't KB who told me. I know how hard it is to operate with blinders, but there is a major backlash, in fact two of them going on among shareholders. And both groups have lawyer-shareholders working on this. It may turn into something, it may not. Here's some advice. It will be better to be on the side of these shareholders than the others.

---

Rpt Seq: 678 Board Seq: 84058  Date: 5/27/2020 7:35:33 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155883415
By: plutoniumimplosion          Status: Public
To: Johnny_C                    In Reply To: 155883132          Board: Decision Diagnostics Corp.

*The only knock I expect is to be a witness against Bozo Berman and Matthew Musho. This was a stock scam. after watching Co-Diagnostics price rise it seems DECN pumped the stock with hyped up press releases to raise money!*

Your proof please. The next proof you provide will be the first proof ever provided.

DOJ-BERMAN-R_0000308864

Rpt Seq: 679 Board Seq: 84093  Date: 5/28/2020 8:58:32 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155889748
By: plutoniumimplosion          Status: Public
To: pumper_stumper              In Reply To: 155888097      Board: Decision Diagnostics Corp.

**Since the 5/20 SEC document specifically is only to discuss what the SEC knew at the time they made the suspension announcement**

As you are aware, the suspension went into force on 4/22. Two staff lawyers at the SEC do not have the authority to issue suspensions on their own authority. This is something that has to be pushed up the line. So if the suspension began on April 23 just prior to the markets opening in the USA, with the filing of the SEC written order, which directly mentioned two issues and alluded to the third issue -- well the timeline for this order dates to April 20 or April 21 because staff lawyers like Carlisle Perkins had to seek approval from the higher ups at the SEC a day or two prior to that. Since we are all friends here lets say that Carlisle sought this approval on April 21. His report would then be dated April 21 or a day earlier.

The SEC order was weak, in fact the weakest of the 23 orders I have read that were issued to the other Covid-19 companies, many who deserved what they received.

The 5/20 SEC filing lists pages of things. Some of these things are not related to the order of the suspension. That is a problem for the SEC even if this entire 5/20 document was true -- and it isn't. Some issues in the 5/20 document to put it charitably are just made up. The content of 5/20 in many places read like several hundred message board posts I have read since January 1, 2020. Some of these 5/20 issues are long running themes here. Other things are issues that some enterprising people had to have brought to Mr. Perkin's attention beginning May 3, another very special date. Everything in the 5/20 document that Perkins received from informants (volunteers) will be thrown out because this informing came after April 21.

Mr. Perkins is going to have to have some 'splaining to do and do it from the witness stand in front of a hearing officer (judge). When he will be put on the stand he will be required to identify those individuals who contacted him during the suspension, what he was told or given because the 5/20 document only pays lip service to the April 22 order and that is the only document, the SEC stake in the ground that should be challenged and defended. And Perkins testimony will not be pretty for him or for those who contacted him. All IMO.

---

Rpt Seq: 680 Board Seq: 84108  Date: 5/28/2020 9:25:57 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155890670
By: plutoniumimplosion          Status: Public
To: Johnny_C                    In Reply To: 155890368      Board: Decision Diagnostics Corp.

**LOL.. I can show you some intimidation tactics by the Berman crew going way back.**

I will take you up on that offer. Show us. Thank you.

---

Rpt Seq: 681 Board Seq: 84110  Date: 5/28/2020 9:26:49 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155890698
By: plutoniumimplosion          Status: Public
To: Dick22                      In Reply To: 155890497      Board: Decision Diagnostics Corp.

**As a shareholder, I just want to see a functionable device**

Really?

---

Rpt Seq: 682 Board Seq: 84114  Date: 5/28/2020 9:29:00 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155890780
By: plutoniumimplosion          Status: Public
To: loanranger                  In Reply To: 155890696      Board: Decision Diagnostics Corp.

**Are you saying that the Information as of the Suspension date includes some information learned AFTER the Suspension date? If so, what information would that be?**

That will be, or at least it should be, in DECN's legal brief due June 3.

---

Rpt Seq: 683 Board Seq: 84122  Date: 5/28/2020 9:51:12 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155891949
By: plutoniumimplosion          Status: Public
To: Johnny_C                    In Reply To: 155891037      Board: Decision Diagnostics Corp.

**There is nothing in the SEC filing of information that was subsequent to the suspension. And the SEC filing was not a complaint or evidence, just some info that the SEC had prior to the suspension.**

Wanna bet? By the way in these legal matters if only one allegation made proves to be outside of the window of April 21, the entire document becomes fruit of the poisoned tree. The pleading was sworn to by Mr. Perkins. DECN has the goods as do a group of shareholders looking into the matter and the people who are involved. Knock, knock moments coming up sometime in July.

---

Rpt Seq: 684 Board Seq: 84132  Date: 5/28/2020 10:25:12 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155893772
By: plutoniumimplosion          Status: Hidden
To: Dick22                      In Reply To: 155893371      Board: Decision Diagnostics Corp.

**Omg....do we have a device or not....simple fluckin question that deserves an answer by kb... if he cant answer it, well....figure it out**

Ahhh, so you know the CEO well enough to call him by his nickname. OK then. If you are so close to the CEO then it will be simple to call him and ask him. Let us know what he says.

---

Rpt Seq: 685 Board Seq: 84134  Date: 5/28/2020 10:28:08 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155893914
By: plutoniumimplosion          Status: Public
To: magnix2k                    In Reply To: 155893545      Board: Decision Diagnostics Corp.

**What is taking so long for FDA to finish this!? Im running out of patience here.**

DOJ-BERMAN-R_0000308865

Why not call the FDA and ask them. And then let us all know what they told you. Thanks.

---

Rpt Seq: 686 Board Seq: 84137  Date: 5/28/2020 10:37:30 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155894400
By: plutoniumimplosion        Status: Public
To: Dick22                    In Reply To: 155894332        Board: Decision Diagnostics Corp.

*I would assume its KB s job to keep the shareholders updated with concrete, solid and current information and not my job to go chasing and deciphering truism from fantasy.*

Yes, your assumption is correct. This current information is called a quarterly or annual report.

---

Rpt Seq: 687 Board Seq: 84138  Date: 5/28/2020 10:38:44 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155894465
By: plutoniumimplosion        Status: Public
To: Jelly Bean                In Reply To: 155893857        Board: Decision Diagnostics Corp.

*That is legalese wishfull thinking. Besides, its simply not true. One can read the SEC document and tie all of it to PR's and dates on or prior to suspension.*

Sure you can.

---

Rpt Seq: 688 Board Seq: 84143  Date: 5/28/2020 10:56:43 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155895279
By: plutoniumimplosion        Status: Public
To: loanranger                In Reply To: 155895098        Board: Decision Diagnostics Corp.

*Is Berman goofy enough to try to argue that a piece (or pieces) of publicly available information was provided to or learned by the Staff AFTER the Suspension date and improperly included in the information submission and on that basis the whole thing should be tossed (as your fruit of the tree statement suggests)?*

I think Mr. Berman knows who gave Fredo Perkins false information that he used in his 5/20 attestation, and this false information came after April 21.

---

Rpt Seq: 689 Board Seq: 84144  Date: 5/28/2020 10:57:31 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155895315
By: plutoniumimplosion        Status: Hidden
To: Dick22                    In Reply To: 155894724        Board: Decision Diagnostics Corp.

*I get it now....dummy me*

you said that, not me.

---

Rpt Seq: 690 Board Seq: 84151  Date: 5/28/2020 11:13:48 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155895984
By: plutoniumimplosion        Status: Hidden
To: Dick22                    In Reply To: 155895833        Board: Decision Diagnostics Corp.

*I have a very strange feeling that I am speaking to KB here....maybe wrong but I think I am.*

This is another message board myth. If you want to talk to KB, then call him. I cannot opine on the reception you will get, but by all means you feel you are entitled.

---

Rpt Seq: 691 Board Seq: 84152  Date: 5/28/2020 11:15:53 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155896076
By: plutoniumimplosion        Status: Public
To: Johnny_C                  In Reply To: 155895793        Board: Decision Diagnostics Corp.

*Not exactly... Berman gave the lender 34.6 million shares at under .02 when the stock was trading as high as .19..*

Please provide this proof. Berman gives nobody nothing and selfish people hate him for this, and this is also why he quit the BOD of TAUG. But if you have proof otherwise, then show the proof.

---

Rpt Seq: 692 Board Seq: 84155  Date: 5/28/2020 11:34:18 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155896848
By: plutoniumimplosion        Status: Public
To: pumper_stumper             In Reply To: 155896350       Board: Decision Diagnostics Corp.

*Just like everything else with this POS, we'll hear how he has a great case, and the SEC will lose, of course, until the SEC prevails.*

The SEC always prevails. It is a stacked deck. Find one company or individual that prevailed against the SEC. Berman's goal is to show Fredo Perkins and the cabal of posters for what they are. Unfortunately after the briefs are generated, the Fredo hearing held and DECN makes its last briefing based on the first, Berman will know everything. The SEC 5/20 attestation of Fredo, which already reads like 200 other message board posts, all opinion, character assassination, void of facts, then there will be some knock knock moments.

---

Rpt Seq: 693 Board Seq: 84160  Date: 5/28/2020 11:37:48 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155897003
By: plutoniumimplosion        Status: Public
To: Johnny_C                  In Reply To: 155896803        Board: Decision Diagnostics Corp.

*Not exactly... Berman gave the lender 34.6 million shares at under .02 when the stock was trading as high as .19..*

Berman gives nobody nothing. That is why many former shareholders hate him. Berman is not at all like TAUG CEO Shaw. That is why he resigned from the TAUG BOD.

---

DOJ-BERMAN-R_0000308866

Rpt Seq: 694 Board Seq: 84164  Date: 5/28/2020 11:42:53 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155897248
By: plutoniumimplosion  Status: Public
To: lucky.mydog  In Reply To: 155896974  Board: Decision Diagnostics Corp.

**it appears that cnsp and mbrx may have. the sec has not responded to their 550 petitions to terminate suspension and both stocks resumed trading on nasdaq today.**

When you get proof please provide it. I am sure DECN would love to see the SEC's ruling on these two petitions. Just a little editorializing here, Fredo Perkins will rue the day, and pay the price, for dealing with a group of angry former DECN shareholders who manipulated him into writing a sworn statement that reads like a pile of message board posts.

Rpt Seq: 695 Board Seq: 84165  Date: 5/28/2020 11:46:09 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155897399
By: plutoniumimplosion  Status: Public
To: pumper_stumper  In Reply To: 155897026  Board: Decision Diagnostics Corp.

**Consider maybe that the SEC wins because they are objective,**

Most here miss the point and Berman's plan. He had his counsel file the Form 550 and make the arguments that this filing did a few hours before the expiration of the suspension. He knew the odds when he filed, but he didn't care. He was after a bigger prize, and he apparently has found it.

Rpt Seq: 696 Board Seq: 84190  Date: 5/28/2020 1:24:25 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155901316
By: plutoniumimplosion  Status: Public
To: archilles  In Reply To: 155897726  Board: Decision Diagnostics Corp.

**It sounded so much like the SEC was contacted by some key posters on this MB based on the items of investigations. it appeared that the SEC did a very poor job in this matter, They listened to the complainant without having an understanding of the type of products including the DECN Diabetic meters. The SEC got played by the complainants. No wonder the complainants have been making fun of this whole thing. The complainant further have been implying that they will be making threat of further complaining of the company. This is to confirm that the SEC has been played to harm DECN company without a just cause. I say this is so wrong of SEC and the complainant and hopefully the Justice will be served soon.**

IMO this post should be stickied.

Rpt Seq: 697 Board Seq: 84198  Date: 5/28/2020 1:55:27 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155902447
By: plutoniumimplosion  Status: Public
To: Jelly Bean  In Reply To: 155902400  Board: Decision Diagnostics Corp.

**Then they spoke to berman and he informed the SEC investigators he didn't have any kits, had never seen one, didn't know where he could get parts to build one, had no idea how many he could make and they realized this is a scam and a suspension should be served.**

And you believe that?

Rpt Seq: 698 Board Seq: 84215  Date: 5/28/2020 3:26:05 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155906318
By: plutoniumimplosion  Status: Public
To: Johnny_C  In Reply To: 155905861  Board: Decision Diagnostics Corp.

**IT IS A DISTINCTION WITHOUT A DIFFERENCE!**

Wanna bet.

Rpt Seq: 699 Board Seq: 84293  Date: 5/29/2020 12:20:18 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155926424
By: plutoniumimplosion  Status: Public
To: pumper_stumper  In Reply To: 155924997  Board: Decision Diagnostics Corp.

**Yes they did! They stuck a sock is his big mouth, as he knows any more of his misleading PRs will be met with SEC actions.**

That's a pretty definitive statement. Got any proof?

Rpt Seq: 700 Board Seq: 84294  Date: 5/29/2020 12:21:16 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155926458
By: plutoniumimplosion  Status: Public
To: Dick22  In Reply To: 155918826  Board: Decision Diagnostics Corp.

**Lol...SEC has silenced KB s media blitz...no need for press when your not having to dump shares....btw anyone call KB to determine if he actually has a confirmed device....good luck**

Could you make that call and let us all know?

Rpt Seq: 701 Board Seq: 84295  Date: 5/29/2020 12:22:49 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155926524
By: plutoniumimplosion  Status: Public
To: Dick22  In Reply To: 155924862  Board: Decision Diagnostics Corp.

**The mighty SEC shut him down**

DOJ-BERMAN-R_0000308867

The SEC is an arm of the government. Everything the government does is in the public domain. Therefore you can certainly provide for us proof that the government shut down DECN.

---

Rpt Seq: 702 Board Seq: 84302  Date: 5/29/2020 1:06:31 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155928066
By: plutoniumimplosion                 Status: Public
To: Dick22                             In Reply To: 155926799        Board: Decision Diagnostics Corp.

**Sstock price down 60 percent/PR blitz over...I would say SEC shut the big guy down**

Yuh, I have read you saying this several times. Where is your proof. Certainly you can provide proof of SEC shut downs.

---

Rpt Seq: 703 Board Seq: 84322  Date: 5/29/2020 2:45:55 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155931381
By: plutoniumimplosion                 Status: Public
To: rawman                             In Reply To: 155929124        Board: Decision Diagnostics Corp.

***It looks like the Yahoo post was contrived tout, not backed any DD to support the bogus "short squeeze" claim!***

In my humble opinion that is the poster's opinion about DECN stock. Except for the topic, this definitive opinion is not very much different than the definitive opinions posted all the time.

---

Rpt Seq: 704 Board Seq: 84328  Date: 5/29/2020 3:30:43 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155933181
By: plutoniumimplosion                 Status: Hidden
To: rawman                             In Reply To: 155932849        Board: Decision Diagnostics Corp.

***Apparently it was missed, but there is a maximum of only 45,768 potentially shorted shares, compared to 267,000,000 Outstanding!***

I didn't miss it. It was said, now it is said again, and again with the multi-colors and the bold.

---

Rpt Seq: 705 Board Seq: 84330  Date: 5/29/2020 3:41:39 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155933674
By: plutoniumimplosion                 Status: Public
To: Johnny_C                           In Reply To: 155933361        Board: Decision Diagnostics Corp.

***Just a thought, what do ya think?***

I think Mr. Berman accepts advice from persons he hires and from shareholders.

---

Rpt Seq: 706 Board Seq: 84345  Date: 5/29/2020 7:02:39 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155938646
By: plutoniumimplosion                 Status: Public
To: Jelly Bean                         In Reply To: 155938357        Board: Decision Diagnostics Corp.

**Then you dont know berman. His arrogance and a slice of plausible deniability is all he thinks he needs to keep this sham going.**

I would bet that most of his detractors here don't know him, have never met him, talked to him or corresponded with him and yet act like he always has his hand in their pockets. Show us that proof.

---

Rpt Seq: 707 Board Seq: 84368  Date: 5/30/2020 12:37:25 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155944525
By: plutoniumimplosion                 Status: Public
To: rawman                             In Reply To: 155944417        Board: Decision Diagnostics Corp.

I think Mr. Berman and the Canadian radio station chose the venue carefully -- people who were interested in a testing method close to market ready, not an audience of gadflies looking to put everything down. Berman's intuition looks spot on. I hope there will be many more of these interviews.

But if sensibilities are offended, by all means call the Vancouver station and tell the show host what you think. Perhaps after the host is called a lamebrain he will invite Mr. Berman back because so far the host has received kodos in the DECN community. DECN needs all of the good publicity it can get.

---

Rpt Seq: 708 Board Seq: 84371  Date: 5/30/2020 12:40:39 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155944566
By: plutoniumimplosion                 Status: Hidden
To: IPwatcher                          In Reply To: 155939480        Board: Decision Diagnostics Corp.

I was not aware you worked for the FDA or consulted to them on issues of Covid-EUA devices. Oh well. I learn every day.

---

Rpt Seq: 709 Board Seq: 84372  Date: 5/30/2020 12:42:12 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155944580
By: plutoniumimplosion                 Status: Public
To: IPwatcher                          In Reply To: 155939480        Board: Decision Diagnostics Corp.

***But I can say most assuredly DECN is a SCAM!***

And other than the daily doses of opinion, do you have any proof that DECN is a scam. Proof. Anything?

---

Rpt Seq: 710 Board Seq: 84384  Date: 5/30/2020 9:02:12 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155949013
By: plutoniumimplosion                 Status: Hidden
To: goodthings                         In Reply To: 155948942        Board: Decision Diagnostics Corp.

***EUROIMMUN US Inc. received EUA for Serology IgG on May 4.***

DOJ-BERMAN-R_0000308868

And your point professor?

---

Rpt Seq: 711 Board Seq: 84399   Date: 5/31/2020 9:28:38 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155951747
By: plutoniumimplosion             Status: Public
To: Johnny_C                       In Reply To: 155951675    Board: Decision Diagnostics Corp.

**_Hard to believe a lawyer would write nonsense like that in a filing!_**

Oh I don't know about that. What if, for example, some people have already come forward?

---

Rpt Seq: 712 Board Seq: 84400   Date: 5/31/2020 9:30:14 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155951756
By: plutoniumimplosion             Status: Public
To: rawman                         In Reply To: 155951684    Board: Decision Diagnostics Corp.

**_TEN TESTS DOESN'T MAKE A VERY BIG DENT IN THE NEEDED 60 TEST CASES!!!!_**

Just keep saying that and the other things. Very helpful. Thank you.

---

Rpt Seq: 713 Board Seq: 84413   Date: 5/31/2020 5:55:04 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155956167
By: plutoniumimplosion             Status: Public
To: rawman                         In Reply To: 155956056    Board: Decision Diagnostics Corp.

**_Contrary to the claim, CEO Keith Berman has uttered a multiplicity of misstatements and untruths over the last 3 months!_**

I am sure you can provide a list of these mis-statements. That would constitute proof and not more opinions. Please provide this proof Mister. Thank you.

---

Rpt Seq: 714 Board Seq: 84417   Date: 5/31/2020 7:26:40 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155957058
By: plutoniumimplosion             Status: Public
To: rawman                         In Reply To: 155956524    Board: Decision Diagnostics Corp.

**_The number of Berman falsehoods and misrepresentations are too numerous to even try reproducing! Want the proof? I suggest reviewing the supporting posting history of this IHUB Board._**

'Swhat I figured. There is no proof, only opinions and message board posts.

---

Rpt Seq: 715 Board Seq: 84420   Date: 5/31/2020 7:48:14 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155957230
By: plutoniumimplosion             Status: Hidden
To: Johnny_C                       In Reply To: 155957155    Board: Decision Diagnostics Corp.

Call the SEC again. What will it be, the 10th or is it the 20th time.

---

Rpt Seq: 716 Board Seq: 84424   Date: 5/31/2020 8:08:38 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155957369
By: plutoniumimplosion             Status: Hidden
To: rawman                         In Reply To: 155957356    Board: Decision Diagnostics Corp.

**_I will continue to post the evidence to show CEO Keith Berman is completely full of crap, letting the SEC and/or law enforcement decide! IMO, Berman is on "big fire"!_**

The next "evidence" you post will be your first.

---

Rpt Seq: 717 Board Seq: 84426   Date: 5/31/2020 8:32:59 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155957588
By: plutoniumimplosion             Status: Public
To: rawman                         In Reply To: 155957356    Board: Decision Diagnostics Corp.

**_I will continue to post the evidence to show CEO Keith Berman is completely full of crap, letting the SEC and/or law enforcement decide! IMO, Berman is on "big fire"!_**

I have yet to see ANY evidence. None. Zero. Just opinions.

---

Rpt Seq: 718 Board Seq: 84429   Date: 5/31/2020 10:39:02 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155958927
By: plutoniumimplosion             Status: Hidden
To: goodthings                     In Reply To: 155958809    Board: Decision Diagnostics Corp.

**_You, JonnyC, IPwatcher and some truth tellers have been telling the truth based on the DECN "Press Releases", "stupid Interviews/Advertising," etc._**

Truth tellers huh? I see it so rarely I wouldn't recognize it.

---

Rpt Seq: 719 Board Seq: 84439   Date: 6/1/2020 8:48:10 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155961909
By: plutoniumimplosion             Status: Public
To: Dick22                         In Reply To: 155961119    Board: Decision Diagnostics Corp.

DOJ-BERMAN-R_0000308869

*Would be nice if KB did a formal shareholder town hall addressing all issues related to this new kit.*

Sounds to me like a perfect call the company moment. Let us know what they tell you. I would love to hear a CC.

---

Rpt Seq: 720 Board Seq: 84454   Date: 6/1/2020 9:59:39 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155964574
By: plutoniumimplosion    Status: Public
To: rawman    In Reply To: 155962754    Board: Decision Diagnostics Corp.

*We have NEVER been blessed with any proof that CEO Keith Berman has even submitted an FDA EUA Application. The Pre-EUA Application was submitted, but my pet goldfish could file a Pre-EUA Application and receive an Pre-EUA Acknowledgement Letter.*

This sounds like something from Fredo Perkins of the SEC. I wonder where he got it.

---

Rpt Seq: 721 Board Seq: 84457   Date: 6/1/2020 10:22:15 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155965652
By: plutoniumimplosion    Status: Hidden
To: rawman    In Reply To: 155964926    Board: Decision Diagnostics Corp.

*Probably by parsing a couple of CEO Keith Berman's garbage-laden PR's or by reading the posts on this IHUB Board!*

I think the latter part of that statement is correct only in my humble opinion Fredo would be laughed out of the SEC if he cut and pasted message board posts. Uhhhh, nope I am thinking he was given message board posts. What do you think.

---

Rpt Seq: 722 Board Seq: 84485   Date: 6/1/2020 1:58:55 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155974316
By: plutoniumimplosion    Status: Public
To: rawman    In Reply To: 155972185    Board: Decision Diagnostics Corp.

*Probably by parsing a few of CEO Keith Berman's garbage-laden PR's!*

Fredo is going to find out that many if not more of his informants are not DECN shareholders. All IMO. Knock, knock.

---

Rpt Seq: 723 Board Seq: 84488   Date: 6/1/2020 2:21:14 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155974977
By: plutoniumimplosion    Status: Public
To: rawman    In Reply To: 155974739    Board: Decision Diagnostics Corp.

*FYI, there is no regulatory requirement that an official "whistle blower" be a shareholder. If the "whistle blower" is found to be incorrect in his/her filing, its over.*

So far there is no formal whistle blower. Fredo Perkins doesn't handle whistle blower complaints. But soon there will be whistle blower complaints lodged by legitimate parties. Knock, knock.

---

Rpt Seq: 724 Board Seq: 84493   Date: 6/1/2020 2:44:16 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155975709
By: plutoniumimplosion    Status: Public
To: Johnny_C    In Reply To: 155975416    Board: Decision Diagnostics Corp.

*So Berman is planning a whistleblower complaint regarding people that complained about him? And the reason this crybaby is doing it is that he thinks nonshareholders complained about him? Sounds productive. How is that fake PowerPoint cybercrime thing going?*

Show me proof that it is Mr. Berman filing such a complaint.

---

Rpt Seq: 725 Board Seq: 84495   Date: 6/1/2020 2:46:35 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155975799
By: plutoniumimplosion    Status: Public
To: rawman    In Reply To: 155974739    Board: Decision Diagnostics Corp.

*FYI, THERE IS GOING TO BE NO "KNOCK KNOCK" AT MY DOOR!*

I wouldn't take that to the bank.

---

Rpt Seq: 726 Board Seq: 84509   Date: 6/1/2020 9:11:56 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155983645
By: plutoniumimplosion    Status: Public
To: Johnny_C    In Reply To: 155982135    Board: Decision Diagnostics Corp.

*A group of shareholders, some represented by lawyers, have come together into a group and are demanding certain things from the SEC. If any here are interested in joining this group please post your interest as a response to this post and someone will contact you.*

Many here joined the shareholder group. I was told over 50 people did. Shareholders all. Go DECN.

---

Rpt Seq: 727 Board Seq: 84520   Date: 6/2/2020 9:54:17 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155990700
By: plutoniumimplosion    Status: Public
To: Johnny_C    In Reply To: 155989191    Board: Decision Diagnostics Corp.

*Do you think the SEC believes Berman that someone hacked a document that was not even the genesis for the cause of the suspension?*

Well, actually yes. All but one dupe errr dope at the SEC and he may believe it now too. You want to know why they believe it? Because with all of the documentation provided it is true and it was pointed out in this great detail by shareholders. Mr. Berman's chance is now coming up. There is a signpost up ahead. It reads knock knock. All IMO.

DOJ-BERMAN-R_0000308870

Rpt Seq: 728 Board Seq: 84522  Date: 6/2/2020 10:16:16 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155991742
By: plutoniumimplosion            Status: Public
To: Johnny_C                      In Reply To: 155991311      Board: Decision Diagnostics Corp.

*Now all that is needed is an EUA, get back listed on the OTC, get an auditor and Berman will be a legend.*

Uhhhh perhaps. More likely the kit is completed, EUA is granted, the kit then will immediately be sold internationally to great acclaim for a month
or two, and then I think an offer. That is how things work in healthcare. And if I were KB I would accept that offer. Then perhaps DECN will go
into the CBD gum business. Just MO.

---

Rpt Seq: 729 Board Seq: 84540  Date: 6/2/2020 11:45:14 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=155995807
By: plutoniumimplosion            Status: Hidden
To: pumper_stumper                In Reply To: 155995476      Board: Decision Diagnostics Corp.

*Obviously, there is no backup to the statement about hundreds of tests being ahead of them. Simply, that is NOT TRUE!*

Wanna bet?

---

Rpt Seq: 730 Board Seq: 84548  Date: 6/2/2020 1:48:35 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156000584
By: plutoniumimplosion            Status: Public
To: goodthings                    In Reply To: 155998878      Board: Decision Diagnostics Corp.

*I assure you thst DECN test kits doesn't meet and cannot the FDA's standards like the Chinese test kits that can no longer be sold
in the U.S. market.*

Please provide the data and proof that DECN kits don't meet and cannot the FDA standards.

---

Rpt Seq: 731 Board Seq: 84556  Date: 6/2/2020 3:33:49 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156004575
By: plutoniumimplosion            Status: Hidden
To: IPwatcher                     In Reply To: 156001854      Board: Decision Diagnostics Corp.

Still no proof. Just conjecture and opinion. I will wait for proof.

---

Rpt Seq: 732 Board Seq: 84597  Date: 6/3/2020 9:19:49 AM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156016342
By: plutoniumimplosion            Status: Public
To: rawman                        In Reply To: 156015986      Board: Decision Diagnostics Corp.

*IT IS RATHER DIFFICULT TO RECEIVE AN "AUTHORIZATION", WHEN AN APPLICATION HAS NEVER BEEN FILED!!!*

Ahhhh, a new story today. A claim that DECN did not file any EUA applications. Great rumor to start when nothing is working. JMO

---

Rpt Seq: 733 Board Seq: 84600  Date: 6/3/2020 9:23:53 AM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156016497
By: plutoniumimplosion            Status: Public
To: rawman                        In Reply To: 156016388      Board: Decision Diagnostics Corp.

*Or it could indirectly kill people by delivering FALSE NEGATIVES!*

You just wrote that DECN did not file an application for EUA. How then could DECN kill people by reporting false negatives with something that
is claimed not to exist? Can't have it both ways.

---

Rpt Seq: 734 Board Seq: 84606  Date: 6/3/2020 9:51:49 AM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156017812
By: plutoniumimplosion            Status: Public
To: rawman                        In Reply To: 156017009      Board: Decision Diagnostics Corp.

*A non-response to the question would seem to be quite telling! It is interesting to note there is nothing in the post that might suggest
DECN has forwarded an actual EUA Application for its COVID-19 test kits. Without any proof, i.e. an FDA Acknowledgement Letter, I
think not!*

Please keep posting this. Thank you.

---

Rpt Seq: 735 Board Seq: 84613  Date: 6/3/2020 10:29:33 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156019909
By: plutoniumimplosion            Status: Hidden
To: rawman                        In Reply To: 156019461      Board: Decision Diagnostics Corp.

*NO PROBLEM! Might even post it multiple times per day, until the clown running the Company finally understands his fiduciary
obligation to be forthright with the DECN owners, the shareholders!*

Are you included in this breach of fiduciary responsibility? Just wondering. A disclosure in that regard would be helpful. Thank you.

---

Rpt Seq: 736 Board Seq: 84614  Date: 6/3/2020 10:32:08 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156020046
By: plutoniumimplosion            Status: Hidden
To: Johnny_C                      In Reply To: 156019836      Board: Decision Diagnostics Corp.

*One would guess that if an applicant is filing an EUA they have validation of the product from an FDA approved lab.*

Perhaps it would be helpful if you researched the FDA March 16 and May 4 Guidance and come back and truly inform us. Sometimes opinions
can be misleading. Just saying.

DOJ-BERMAN-R_0000308871

Rpt Seq: 737 Board Seq: 84619   Date: 6/3/2020 11:08:07 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156021677
By: plutoniumimplosion                 Status: Hidden
To: rawman                             In Reply To: 156020813        Board: Decision Diagnostics Corp.

*NOPE! Because I am not burning through other people's money like DECN's CEO Keith Berman!*

Yes, the true and correct answer. Could you please explain why Mr. Berman's fiduciary obligation, this morning's topic du jour, doesn't include you. Thanks.

Rpt Seq: 738 Board Seq: 84638   Date: 6/3/2020 3:03:51 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156030885
By: plutoniumimplosion                 Status: Public
To: rawman                             In Reply To: 156028291        Board: Decision Diagnostics Corp.

*ASIDE FROM DECN'S MOVE TO THE GREY MARKET, NOTHING HAS CHANGED IN THE TWO MONTHS SINCE DECN RECEIVED ITS HEAVILY PROMOTED FDA PRE-EUA ACKNOWLEDGEMENT LETTER!*

Earlier today it was stated that the Acknowledgement letter did not exist. Can't have it both ways.

Rpt Seq: 739 Board Seq: 84651   Date: 6/3/2020 4:41:19 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156034181
By: plutoniumimplosion                 Status: Public
To: Johnny_C                           In Reply To: 156032176        Board: Decision Diagnostics Corp.

I would recommend that you go back and read the statements made twice this morning.

Rpt Seq: 740 Board Seq: 84665   Date: 6/3/2020 5:43:59 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156035290
By: plutoniumimplosion                 Status: Public
To: rawman                             In Reply To: 156034332        Board: Decision Diagnostics Corp.

A little goal post moving?

Rpt Seq: 741 Board Seq: 84698   Date: 6/3/2020 11:57:30 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156039928
By: plutoniumimplosion                 Status: Public
To: Someguy-007                        In Reply To: 156039880        Board: Decision Diagnostics Corp.

Makes total sense to me. Call the SEC. Do you need their phone number?

Rpt Seq: 742 Board Seq: 84726   Date: 6/4/2020 8:40:26 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156043001
By: plutoniumimplosion                 Status: Hidden
To: goodthings                         In Reply To: 156040859        Board: Decision Diagnostics Corp.

*No. They are truth tellers who tell the truth based on the facts*

Would you kindly point out these truth tellers to me? I cannot seem to find any.

Rpt Seq: 743 Board Seq: 84730   Date: 6/4/2020 8:58:12 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156043512
By: plutoniumimplosion                 Status: Public
To: loanranger                         In Reply To: 156043445        Board: Decision Diagnostics Corp.

*" I cannot seem to find any. "*

Like I said. I can't seem to find any truth. Show me some.

Rpt Seq: 744 Board Seq: 84748   Date: 6/4/2020 10:14:03 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156046941
By: plutoniumimplosion                 Status: Public
To: rawman                             In Reply To: 156046697        Board: Decision Diagnostics Corp.

Perhaps you should read the new FDA template for serology and serology-like tests. I have.

Also, please point out where Mr. Berman, to steal a quote from the SEC's Fredo Perkins, "inferred" that DECN's GenViro! was a serology test. Seems to me to be more disinformation.

Rpt Seq: 745 Board Seq: 84753   Date: 6/4/2020 10:19:46 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156047240
By: plutoniumimplosion                 Status: Public
To: RealPainkiller                     In Reply To: 156047006        Board: Decision Diagnostics Corp.

*DECN..they don't even have an application in to get approved.*

I would like to see proof of this. Please provide proof that DECN does not have an application in front of the FDA. By the way, this story has morphed since May 15. It used to be that DECN filed an application but was making too much of it. You can't have it both ways.

Rpt Seq: 746 Board Seq: 84768   Date: 6/4/2020 11:06:45 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156049642
By: plutoniumimplosion                 Status: Public
To: rawman                             In Reply To: 156048848        Board: Decision Diagnostics Corp.

*THIS MAY COME AS SHOCK, BUT A DECN FDA EUA APPLICATION DOES NOT EXIST, UNTIL CEO KEITH BERMAN PROVES IT EXISTS!*

DOJ-BERMAN-R_0000308872

Prove to who? The FDA or message board posters?

---

Rpt Seq: 747 Board Seq: 84779   Date: 6/4/2020 11:41:57 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156051168
By: plutoniumimplosion   Status: Public
To: loanranger   In Reply To: 156050751   Board: Decision Diagnostics Corp.

**How could the new EUA Template for serology and serology-type tests make the company's submission of data perhaps less onerous and certainly more germane to the DECN product if the DECN test wasn't itself a serology test?**

Call the company time.

---

Rpt Seq: 748 Board Seq: 84781   Date: 6/4/2020 11:45:25 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156051325
By: plutoniumimplosion   Status: Hidden
To: Johnny_C   In Reply To: 156050042   Board: Decision Diagnostics Corp.

**Well, the press release appears to state the product is still being worked on. Most people would assume if the product is still being worked on it is not ready for an EUA approval.**

Oh, are you most people? All commercial products are constantly worked on. They are always changed to reflect new regulations, new "templates" or even changes in the development team. In a message board world that is often treated as a capital crime, but in the real world that is healthy.

---

Rpt Seq: 749 Board Seq: 84783   Date: 6/4/2020 11:46:48 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156051368
By: plutoniumimplosion   Status: Public
To: rawman   In Reply To: 156050198   Board: Decision Diagnostics Corp.

**The DECN shareholders have a RIGHT to know if an FDA EUA Application has been transmitted!**

Of course. Owners do. DECN went a step further, they notified everyone. Perhaps you missed this notification.

---

Rpt Seq: 750 Board Seq: 84806   Date: 6/4/2020 1:28:21 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156055638
By: plutoniumimplosion   Status: Public
To: rawman   In Reply To: 156054749   Board: Decision Diagnostics Corp.

**DECN does NOT use a serological test protocol to diagnose an active virus infection! CEO Keith Berman has verified this claim multiple times!**

I recommend that you read the FDA new platform for testing of Covid products. Please read it and then come back with a report for all of us. You will see how wrong you are.

---

Rpt Seq: 751 Board Seq: 84826   Date: 6/4/2020 3:11:19 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156059564
By: plutoniumimplosion   Status: Hidden
To: goodthings   In Reply To: 156058767   Board: Decision Diagnostics Corp.

**Berman is again deceiving people as usual.**

Hmmmm. All I see in that post is a lot of your opinions and not Mr. Berman's opinions. So I doubt Mr. Berman is deceiving anything or anybody.

---

Rpt Seq: 752 Board Seq: 84829   Date: 6/4/2020 3:42:02 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156060889
By: plutoniumimplosion   Status: Public
To: rawman   In Reply To: 156059618   Board: Decision Diagnostics Corp.

**Berman and Paradigm have been joined at the hip for years!**

Proof please.

---

Rpt Seq: 753 Board Seq: 84861   Date: 6/5/2020 9:23:16 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156073342
By: plutoniumimplosion   Status: Public
To: davidsan   In Reply To: 156073184   Board: Decision Diagnostics Corp.

**Have they changed since learning theirs perhaps cannot come close to achieving the 90% threshold, and now claim it simply tests for the virus? Or have they ever only claimed it did and would only be testing for the virus not the anti-bodies?**

The only people who make claims about the GenViro! threshold are message board posters. The company has not.

---

Rpt Seq: 754 Board Seq: 84865   Date: 6/5/2020 9:35:26 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156073859
By: plutoniumimplosion   Status: Public
To: davidsan   In Reply To: 156073520   Board: Decision Diagnostics Corp.

**I asked specifically if they ever made claims about their test(s) being for antibodies. And if so, specifically when and where/how, a link if possible.**

Sounds like a perfect call the company moment.

---

DOJ-BERMAN-R_0000308873