Rpt Seq: 755 Board Seq: 84867 Date: 6/5/2020 9:36:49 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156073918
By: plutoniumimplosion               Status: Public
To: Johnny_C                         In Reply To: 156073749     Board: Decision Diagnostics Corp.

**_Om March 18th the Berman stated that GenViro was validated for corona virus. Was that misleading/ What was the threshold of the validation?_**

Why don't you call the SEC again and then let us know what they tell you.

---

Rpt Seq: 756 Board Seq: 84879 Date: 6/5/2020 10:30:42 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156076901
By: plutoniumimplosion               Status: Public
To: loanranger                       In Reply To: 156076795     Board: Decision Diagnostics Corp.

**_"Keith Berman is a friend of mine."_**

And he should be a friend of yours too. But....

---

Rpt Seq: 757 Board Seq: 84884 Date: 6/5/2020 11:10:09 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156078758
By: plutoniumimplosion               Status: Public
To: archilles                        In Reply To: 156078443     Board: Decision Diagnostics Corp.

**_DECN will prevail victoriously against all odds_**

And DECN's turn begins today. Those particularly interested in DECN, even obsessed, take note. All IMO.

---

Rpt Seq: 758 Board Seq: 84887 Date: 6/5/2020 11:14:14 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156078932
By: plutoniumimplosion               Status: Public
To: Dick22                           In Reply To: 156078859     Board: Decision Diagnostics Corp.

**_Seems like he was dropping PR every other day....now stagnant_**

In my humble opinion that will soon change.

---

Rpt Seq: 759 Board Seq: 84891 Date: 6/5/2020 11:26:28 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156079448
By: plutoniumimplosion               Status: Public
To: rawman                           In Reply To: 156079384     Board: Decision Diagnostics Corp.

**_More fodder for the SEC!_**

Make sure you bring it to their attention. Thank you.

---

Rpt Seq: 760 Board Seq: 84892 Date: 6/5/2020 11:29:41 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156079604
By: plutoniumimplosion               Status: Hidden
To: cvinvestor                       In Reply To: 156079296     Board: Decision Diagnostics Corp.

**_Could it possibly be that because MB posters and others write to the SEC complaining that KB is trying to manipulate the stock price and the SEC files argumentation that their Trading Suspension Order is justified because DECN's stock price went up each time KB issued a PR?_**

KB wouldn't know how to do that if his life depended on it. More likely his protagonists are projecting themselves and their tactics on to him. All IMO

---

Rpt Seq: 761 Board Seq: 84910 Date: 6/5/2020 12:28:41 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156082135
By: plutoniumimplosion               Status: Public
To: rawman                           In Reply To: 156079767     Board: Decision Diagnostics Corp.

**_I filed the Complaint, the SEC will do the investigation, and I will remain completely anonymous! Think differently? GOOD LUCK!_**

Oh. Good to know. Except I have a copy of a response from the SEC IG, sort of a summary of his charter.

---

_Thank you for contacting the U.S. Securities and Exchange Commission (SEC) Office of Inspector General (OIG). We have received your email. We will evaluate the information provided and take appropriate action. Options include opening an OIG review (audit, evaluation or investigation); referring the matter to a SEC Division or Office for review, if warranted; or taking no action (allegations that do not involve a potential violation of law, rule, regulation, or policy as well as allegations with limited specificity or merit may be closed with no further action). In this regard, please note the following:_

_· The OIG is an independent office within the SEC that primarily audits internal SEC operations and investigates alleged SEC staff misconduct. The OIG derives its authority from the Inspector General Act of 1978, as amended. In accordance with that statute, the OIG cannot perform SEC operating responsibilities, such as investigation of alleged securities law violations._

_· The OIG has no authority to direct the SEC to take action with regard to SEC operations, such as (1) change its policies, (2) commence or conclude any particular investigation or examination, (3) implement new securities rules for market participants, or (4) initiate administrative disciplinary action._

DOJ-BERMAN-R_0000308874

· Due to privacy interests we do not provide complainants with updates on, or the results of, a complaint or investigative matter.

*Respectfully,*


*The Office of Inspector General*

*U.S. Securities and Exchange Commission*

*100 F Street, NE, Washington, DC 20549-2977*

*oig@sec.gov*

*24/7 toll-free OIG Hotline: 833-732-6441*


Looks to me like you might have been better off complaining to Fredo Perkins, like other iHub posters have. Fredo is less likely to investigate and more swallow whole the words of people who detest and despise Mr. Berman. But me thinks Fredo now has big problems of his own, and to that end the much talked about DECN shareholder letter does fall into the wheelhouse of the SEC IG and is likely to draw a response especially in the area of staff misconduct. Just my opinion.

---

Rpt Seq: 762 Board Seq: 84913   Date: 6/5/2020 12:42:12 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156082667
By: plutoniumimplosion          Status: Public
To: goodthings                  In Reply To: 156082321          Board: Decision Diagnostics Corp.

***Most of the test kits that have been banned from sale this time are Chinese products, and they use finger-prick blood.***

Would you please provide proof that the banned Chinese products use finger-tip blood. I read the releases from the Chinese FDA and the Chinese Export Authorities and most of the products banned were of the molecular variety. I believe only one used blood, and it was an Antibody based product. However, the big problem with the Chinese products wasn't the site of virus extraction, it was that the kits themselves were fraudulent -- they didn't work and couldn't work.

Let us know what you find out. Janice will provide a gold star.

---

Rpt Seq: 763 Board Seq: 84915   Date: 6/5/2020 1:00:07 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156083400
By: plutoniumimplosion          Status: Public
To: pumper_stumper               In Reply To: 156082506          Board: Decision Diagnostics Corp.

***SEC misconduct? Let me guess, because Bozo-Berman knows he is going to lose, it must be the result of misconduct? As in, the pot calling the kettle black?***

In my opinion Mr. Berman's daily (multiple times a day) protagonists are in for an awakening. In trying to destroy Mr. Berman I believe the protagonists failed and instead will end the career at the SEC of Fredo Perkins. Interestingly Mr. Berman will take no joy from this.

---

Rpt Seq: 764 Board Seq: 84925   Date: 6/5/2020 1:27:18 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156084443
By: plutoniumimplosion          Status: Public
To: rawman                       In Reply To: 156084206          Board: Decision Diagnostics Corp.

***I'll assume the lawyer this time reigned in the SOB a little, so I'll go with 5,191 words.***

I don't believe anything will be filed for about a week. But hey, message board posters always know better. Good one on that IG complaint. Seems like the IG gets a lot of these type of complaints and has an extra sized round file. Just my opinion.

---

Rpt Seq: 765 Board Seq: 84926   Date: 6/5/2020 1:28:00 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156084470
By: plutoniumimplosion          Status: Public
To: Johnny_C                     In Reply To: 156084353          Board: Decision Diagnostics Corp.

***LOL. I agree. Did the lawyer already blatantly lied on the Amended Form 550?***

Knock knock day for some is closer at hand.

---

Rpt Seq: 766 Board Seq: 84934   Date: 6/5/2020 1:53:48 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156085503
By: plutoniumimplosion          Status: Public
To: pumper_stumper               In Reply To: 156085401          Board: Decision Diagnostics Corp.

***This SHOULD set off bells as whistles as to the obvious lack of really ANY useful progress information since then! Wonder why not? The answer is beyond obvious!***

Why don't you please tell us the "obvious." And also tell us your credentials and qualifications to make these open claims. Thank you.

---

Rpt Seq: 767 Board Seq: 84938   Date: 6/5/2020 2:06:07 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156085942
By: plutoniumimplosion          Status: Hidden
To: pumper_stumper               In Reply To: 156085626          Board: Decision Diagnostics Corp.

***I'll spell it all out then... I promise!***

DOJ-BERMAN-R_0000308875

Just wondering what your credentials and qualifications are to make such definitive comments on Mr. Berman, his skills, and the FDA and DECN's products. Certainly you have dealt many times with the FDA and have a technical background in this area.

---

Rpt Seq: 768 Board Seq: 84951   Date: 6/5/2020 3:11:25 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156088323
By: plutoniumimplosion   Status: Public
To: livefree_ordie   In Reply To: 156088110   Board: Decision Diagnostics Corp.

*SEC did what they normally do shutdown the little guy promoting a product that they just don't like.*

And DECN, the "little guy," told the SEC that their job is not to make value judgements based on receipt of false information, false accusation and innuendo. So we will see where this goes.

---

Rpt Seq: 769 Board Seq: 84967   Date: 6/5/2020 4:38:43 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156091742
By: plutoniumimplosion   Status: Public
To: pumper_stumper   In Reply To: 156091653   Board: Decision Diagnostics Corp.

*Ironic, eh, that our little old DECN would join the SEC fraudulent focus club.*

Old news. Must be a slow news day.

---

Rpt Seq: 770 Board Seq: 85012   Date: 6/6/2020 9:02:21 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156098546
By: plutoniumimplosion   Status: Public
To: goodthings   In Reply To: 156097399   Board: Decision Diagnostics Corp.

*IF you can't answer WHY DECN test kits made with the "solid gold technology" can't have more than 90% sensitivity,*

They are made with Platinum technology. Is that satisfactory. I certainly do not want Janice to take away that gold star technology she employs.

---

Rpt Seq: 771 Board Seq: 85014   Date: 6/6/2020 9:04:56 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156098564
By: plutoniumimplosion   Status: Public
To: Dick22   In Reply To: 156098079   Board: Decision Diagnostics Corp.

*DECN looks like a character hiding in the shadows. I am a very disappointed shareholder who believed KB s story, now...hard to say....its unfortunate and sad if this all turns out to be a company taking advantage of a situation...we shall soon see*

Call the SEC, make your complaint, and make sure you tell them that you voted earlier to put KB in jail. Then please by all means come back here and tell us how that went.

---

Rpt Seq: 772 Board Seq: 85016   Date: 6/6/2020 9:25:42 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156098695
By: plutoniumimplosion   Status: Hidden
To: mugsy4900   In Reply To: 156098600   Board: Decision Diagnostics Corp.

*No need to call the SEC,they have already been called,REMEMBER?*

Did you call them? Please inform us what you told them and what they told you. That is in the public interest.

---

Rpt Seq: 773 Board Seq: 85021   Date: 6/6/2020 10:48:41 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156099404
By: plutoniumimplosion   Status: Public
To: rawman   In Reply To: 156099274   Board: Decision Diagnostics Corp.

*INCLUDING THE BRILLIANT SCIENTISTS AT THE FDA! The FDA is still waiting for DECN's testing summary, which was first promised to be done back in mid-March in South Korea!*

Please show some proof that this statement is true. I will wait.

---

Rpt Seq: 774 Board Seq: 85023   Date: 6/6/2020 11:06:55 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156099599
By: plutoniumimplosion   Status: Hidden
To: rawman   In Reply To: 156099522   Board: Decision Diagnostics Corp.

Proof. Please provide proof, not opinion and more rhetoric. Proof!

---

Rpt Seq: 775 Board Seq: 85030   Date: 6/6/2020 11:39:45 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156099966
By: plutoniumimplosion   Status: Public
To: rawman   In Reply To: 156099700   Board: Decision Diagnostics Corp.

*Here it is!!!! Now how about trying to refute the proof?*

More opinions and now hypotheticals.

---

Rpt Seq: 776 Board Seq: 85038   Date: 6/6/2020 1:26:47 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156101203
By: plutoniumimplosion   Status: Hidden
To: rawman   In Reply To: 156100338   Board: Decision Diagnostics Corp.

*MY LOGIC IS A HELL OF LOT MORE DEFENDABLE THAN CEO KEITH BERMAN'S UNSUPPORTED CONTRIVED SUPPOSITION, REGARDING THE NEED FOR SELF-ADMINISTERED COVID-19 HOME TESTING! UNTIL PROVEN OTHERWISE, BERMAN'S TRIPE ABOUT HOME TESTING IS UNADULATERATED BULLSHIT!*

DOJ-BERMAN-R_0000308876

Well correct me again. I certainly didn't expect the next facts I will request are facts about credentials and experience. So please provide them. Thank you.

---

Rpt Seq: 777 Board Seq: 85056   Date: 6/6/2020 9:16:38 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156105300
By: plutoniumimplosion          Status: Public
To: Raffis                      In Reply To: 156103634         Board: Decision Diagnostics Corp.

Great find, but it uses a nose swab as a sample source.

---

Rpt Seq: 778 Board Seq: 85090   Date: 6/7/2020 12:24:59 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156109444
By: plutoniumimplosion          Status: Hidden
To: rawman                      In Reply To: 156108937         Board: Decision Diagnostics Corp.

*Notice how Berman just publishes tripe without any sort of validating or supporting evidence?*

Do some work yourself and let us know what you find.

---

Rpt Seq: 779 Board Seq: 85094   Date: 6/7/2020 12:44:17 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156109624
By: plutoniumimplosion          Status: Hidden
To: RealPainkiller              In Reply To: 156109453         Board: Decision Diagnostics Corp.

*This SCAM is toast*

Please provide some proof, any proof that DECN is a scam. I will wait.

Thank you.

---

Rpt Seq: 780 Board Seq: 85097   Date: 6/7/2020 12:51:53 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156109692
By: plutoniumimplosion          Status: Public
To: RealPainkiller              In Reply To: 156109660         Board: Decision Diagnostics Corp.

*It's been proven 100 times over.The SEC certainly thinks so..*

I have yet to see it proven once and that's why I asked again for proof. I will ask again now. And the SEC has not said anything of a/the kind. If the SEC thought this was a scam, like 3-4 posters do, they would have shut DECN down. Have they?

---

Rpt Seq: 781 Board Seq: 85106   Date: 6/7/2020 2:12:20 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156110557
By: plutoniumimplosion         Status: Public
To: RealPainkiller             In Reply To: 156109765         Board: Decision Diagnostics Corp.

*There's certainly a lot more evidence proving otherwise.*

Well, I read this board religiously and I have never seen any evidence that DECN is a scam. Nothing ever posted. Never. A lot of opinions but never, not once, any evidence.

---

Rpt Seq: 782 Board Seq: 85116   Date: 6/7/2020 3:30:59 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156111359
By: plutoniumimplosion         Status: Hidden
To: Dick22                     In Reply To: 156111341         Board: Decision Diagnostics Corp.

*Did they submit for EAU approval or not...we have not been "formally" notified*

What kind of question is that? You don't believe the April and May news release, then call the company and ask. JMO.

---

Rpt Seq: 783 Board Seq: 85117   Date: 6/7/2020 3:32:13 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156111369
By: plutoniumimplosion         Status: Hidden
To: Dick22                     In Reply To: 156111341         Board: Decision Diagnostics Corp.

*we have not been "formally" notified*

Of course you have. Perhaps you would rather believe otherwise.

---

Rpt Seq: 784 Board Seq: 85132   Date: 6/7/2020 5:05:56 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156112355
By: plutoniumimplosion         Status: Public
To: Raffis                     In Reply To: 156112276         Board: Decision Diagnostics Corp.

*LOOK AT TOP OF PAGE. SAYS, THE BIO AND THEY ARE FDA REGISTERED IN FULL CONTROL.*

He's got you. The Bio co. is in control of nothing when it comes to GenViro. They work for DECN.

---

Rpt Seq: 785 Board Seq: 85160   Date: 6/7/2020 9:46:54 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156114930
By: plutoniumimplosion         Status: Public
To: RealPainkiller             In Reply To: 156114842         Board: Decision Diagnostics Corp.

*It may not be trading at all the way things are going.*

Is that your opinion or do you have proof? If you have proof, please show it. I will wait.

---

DOJ-BERMAN-R_0000308877

Rpt Seq: 786 Board Seq: 85184   Date: 6/8/2020 8:44:29 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156118703
By: plutoniumimplosion   Status: Public
To: Dick22   In Reply To: 156118531   Board: Decision Diagnostics Corp.

**Would be nice to hear something today with regards to solid actual progess.....**

I would venture that the best chance of that will be right here. Nothing the company says, nothing Mr. Berman says has a shred of truth. Just ask.

---

Rpt Seq: 787 Board Seq: 85189   Date: 6/8/2020 9:08:52 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156119367
By: plutoniumimplosion   Status: Hidden
To: goodthings   In Reply To: 156119057   Board: Decision Diagnostics Corp.

**DECN CEO is certified liar.**

Please provide proof. Proof would be third party articles, court documents, public, non message board statements. I will wait.

---

Rpt Seq: 788 Board Seq: 85193   Date: 6/8/2020 9:21:05 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156119796
By: plutoniumimplosion   Status: Hidden
To: pumper_stumper   In Reply To: 156119721   Board: Decision Diagnostics Corp.

**I agree! I've seen MORE than enough proof of that!**

I have yet to see any proof. Perhaps we are reading different message boards. So show some proof.

---

Rpt Seq: 789 Board Seq: 85195   Date: 6/8/2020 9:22:31 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156119851
By: plutoniumimplosion   Status: Public
To: RealPainkiller   In Reply To: 156119551   Board: Decision Diagnostics Corp.

**$DECN Keith Berman and 3 other defendants were ordered to pay 7.35M dollars as resolution for stock manipulation of Healthnet.**

Nobody was ordered to pay anything. The case was *settled* 21 years ago. Berman was dismissed from the case 2 years before its end. Berman didn't pay a dime.

---

Rpt Seq: 790 Board Seq: 85198   Date: 6/8/2020 9:32:29 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156120198
By: plutoniumimplosion   Status: Hidden
To: goodthings   In Reply To: 156120089   Board: Decision Diagnostics Corp.

**"YOU" read the recent SEC Proceeding File.**

This is still America the last time I checked, although I have my doubts, but in America there is room for 2-sides of the story. Obviously not in other places.

Please show proof. I will wait.

---

Rpt Seq: 791 Board Seq: 85202   Date: 6/8/2020 10:14:12 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156122257
By: plutoniumimplosion   Status: Hidden
To: zalicuslicious   In Reply To: 156122144   Board: Decision Diagnostics Corp.

The rumor du jour is that DECN is going to post the DECN Shareholder letter to the SEC. I understand names are named. The letter is long, complete and terrifying if you're certain people. It should make good reading. I will comment on this letter after I have a chance to review it in detail.

---

Rpt Seq: 792 Board Seq: 85206   Date: 6/8/2020 10:25:32 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156122787
By: plutoniumimplosion   Status: Public
To: rawman   In Reply To: 156122541   Board: Decision Diagnostics Corp.

**Please copy and post the PROOF of this supposed statement from last week!**

I am actually more interested in discussing your complaints with the SEC.

---

Rpt Seq: 793 Board Seq: 85235   Date: 6/8/2020 3:15:59 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156133530
By: plutoniumimplosion   Status: Public
To: IPwatcher   In Reply To: 156131984   Board: Decision Diagnostics Corp.

**What are my chances here do you think?**

Zero.

---

Rpt Seq: 794 Board Seq: 85236   Date: 6/8/2020 3:26:33 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156133880
By: plutoniumimplosion   Status: Hidden
To: pumper_stumper   In Reply To: 156133226   Board: Decision Diagnostics Corp.

**It's scary how much of the pink sheet CEO thought process you have in you, posting that scenario! Maybe you can apply for a pink sheet CEO position!**

As a latecomer to the CEO application race, there are too many people here ahead of him. I have been in the IVD business for almost 44 years and I have never seen a larger group of geniuses in one place. DECN is soooo lucky.

DOJ-BERMAN-R_0000308878

Rpt Seq: 795 Board Seq: 85245   Date: 6/8/2020 5:57:54 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156137769
By: plutoniumimplosion                Status: Public
To: Johnny_C                          In Reply To: 156137340      Board: Decision Diagnostics Corp.

**_Does anyone think Berman is a certifiable nutcase?_**

Berman had nothing to do with the letter. But I did, and so did almost 60 other shareholders. Knock knock day gets closer.

Rpt Seq: 796 Board Seq: 85255   Date: 6/8/2020 7:00:19 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156138726
By: plutoniumimplosion                Status: Hidden
To: Johnny_C                          In Reply To: 156138452      Board: Decision Diagnostics Corp.

**_Of course Berman is involved, looks like there is non public information in that moronic letter to the SEC._**

Then by all means complain to the SEC again. Tell them Berman wrote the letter. Tell them its all a hoax. Tell them whatever you want. Knock knock day is coming to a Connecticut.

Rpt Seq: 797 Board Seq: 85256   Date: 6/8/2020 7:05:45 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156138799
By: plutoniumimplosion                Status: Hidden
To: loanranger                        In Reply To: 156138713      Board: Decision Diagnostics Corp.

**_I'm sure he wants the SEC to think that. His fingerprints are all over it._**

You would be surprised whose fingerprints are all over that letter. But perhaps you won't be, especially when a free shot at Berman can be taken.

Rpt Seq: 798 Board Seq: 85258   Date: 6/8/2020 7:16:51 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156138954
By: plutoniumimplosion                Status: Public
To: Johnny_C                          In Reply To: 156138890      Board: Decision Diagnostics Corp.

Speaking of letters and fingerprints, there is another letter. Knock knock day is closer. It is very close. All IMO. Take care.

Rpt Seq: 799 Board Seq: 85267   Date: 6/8/2020 7:48:02 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156139394
By: plutoniumimplosion                Status: Public
To: Johnny_C                          In Reply To: 156139351      Board: Decision Diagnostics Corp.

**_One thing I know for sure, is you are definitely involved in this hoax._**

I am involved in the Shareholder letter.

Rpt Seq: 800 Board Seq: 85271   Date: 6/8/2020 7:56:00 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156139522
By: plutoniumimplosion                Status: Hidden
To: Johnny_C                          In Reply To: 156139452      Board: Decision Diagnostics Corp.

**_Right sure, you have claimed to be the co owner of the Nobel Prize potential patent._**

Provide your proof where I said or wrote that. I will wait.

Rpt Seq: 801 Board Seq: 85311   Date: 6/8/2020 10:32:02 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156141675
By: plutoniumimplosion                Status: Public
To: Johnny_C                          In Reply To: 156141039      Board: Decision Diagnostics Corp.

**_This scumbag has been accusing me all over the internet of being responsible for the suspension by contacting the SEC._**

OK, show us all this proof.

Rpt Seq: 802 Board Seq: 85312   Date: 6/8/2020 10:33:30 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156141689
By: plutoniumimplosion                Status: Public
To: loanranger                        In Reply To: 156141469      Board: Decision Diagnostics Corp.

**_What do you mean by "Berman had nothing to do with the letter"?_**

Shareholders sent the letter last week. Berman had nothing to do with the letter, but I did, and so did almost 60 other shareholders, most important word here, shareholders.

Rpt Seq: 803 Board Seq: 85335   Date: 6/9/2020 2:11:20 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156143025
By: plutoniumimplosion                Status: Public
To: RealPainkiller                    In Reply To: 156142961      Board: Decision Diagnostics Corp.

State your allegations.

Rpt Seq: 804 Board Seq: 85354   Date: 6/9/2020 9:03:48 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156145974
By: plutoniumimplosion                Status: Hidden
To: Dick22                            In Reply To: 156143460      Board: Decision Diagnostics Corp.

DOJ-BERMAN-R_0000308879

.embarrassing owning this equity...

You have options available. Let us know what you decide to do, I for one will miss you.

---

Rpt Seq: 805 Board Seq: 85358  Date: 6/9/2020 9:23:29 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156146604
By: plutoniumimplosion  Status: Hidden
To: Dick22  In Reply To: 156146319  Board: Decision Diagnostics Corp.

*You have to admit this has turned into a real shitshow...*

I have received many PMs about this. There is nothing I can do about it. When DECN's total failure and Mr. Berman's incarceration (you voted for that) and perhaps death (yes, that has been posted here too) are the main topics, there is very little bandwidth left for shareholders to get information or the truth. Good luck to you.

---

Rpt Seq: 806 Board Seq: 85402  Date: 6/9/2020 1:08:56 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156156256
By: plutoniumimplosion  Status: Public
To: goodthings  In Reply To: 156155284  Board: Decision Diagnostics Corp.

*The DECN test kit's sensitivity performance is very very poor. --- much worse than the 3 companies below in terms of the accuracy of sensitivity.*

And you know this how? Please post your proof.

---

Rpt Seq: 807 Board Seq: 85427  Date: 6/9/2020 4:21:37 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156162783
By: plutoniumimplosion  Status: Hidden
To: archilles  In Reply To: 156162443  Board: Decision Diagnostics Corp.

*The SEC complainant must be held responsible for his action*

In my humble opinion there were at least three of these posters who complained. Then it became sport and 7-8 others jumped on, and if yesterday is a guide, they continue to do it. And it goes deeper than just anger and hatred for the DECN CEO. The game also includes maligning the product, faux expert role playing. This is about as bad as I have ever seen it get. Shareholders have a right to be upset because this game is being played by people who do not own shares. Again IMO.

---

Rpt Seq: 808 Board Seq: 85464  Date: 6/10/2020 1:35:11 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156169554
By: plutoniumimplosion  Status: Public
To: goodthings  In Reply To: 156169526  Board: Decision Diagnostics Corp.

*I was right from the very beginning .*

Please show your proof. I am still waiting.

---

Rpt Seq: 809 Board Seq: 85493  Date: 6/10/2020 9:39:14 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156174502
By: plutoniumimplosion  Status: Public
To: pumper_stumper  In Reply To: 156173662  Board: Decision Diagnostics Corp.

*This is not a whistle-blower type document with confidential information, it is a letter to a public agency.*

Uhhhh. no. It is a 5-alarm dumpster fire whistle blower letter. Just what IGs love. Full of both meat and low hanging fruit. JMO.

---

Rpt Seq: 810 Board Seq: 85511  Date: 6/10/2020 10:43:51 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156177842
By: plutoniumimplosion  Status: Public
To: pumper_stumper  In Reply To: 156174993  Board: Decision Diagnostics Corp.

Just my opinion, but why change the DECN subject. IMO conspiracies are much more interesting.

---

Rpt Seq: 811 Board Seq: 85512  Date: 6/10/2020 10:45:02 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156177896
By: plutoniumimplosion  Status: Public
To: Johnny_C  In Reply To: 156177827  Board: Decision Diagnostics Corp.

If there is nothing to defend, why is this DECN conspiracy being defended so much?

---

Rpt Seq: 812 Board Seq: 85516  Date: 6/10/2020 10:51:13 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156178163
By: plutoniumimplosion  Status: Hidden
To: archilles  In Reply To: 156175596  Board: Decision Diagnostics Corp.

*The SEC complainant must be held responsible for his action*

And I saw fear today. But perhaps that's just me.

---

Rpt Seq: 813 Board Seq: 85521  Date: 6/10/2020 11:02:15 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156178636
By: plutoniumimplosion  Status: Public
To: Johnny_C  In Reply To: 156173752  Board: Decision Diagnostics Corp.

*The hypocrisy is that idiot shareholders believed the hacked story floated by Berman and his Attorney!*

DOJ-BERMAN-R_0000308880

Those idiot shareholders couldn't wait to contribute. Every one of them believes that a cabal is stealing their legacies.

---

Rpt Seq: 814 Board Seq: 85526  Date: 6/10/2020 11:11:30 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156179052
By: plutoniumimplosion    Status: Hidden
To: Hopefull17    In Reply To: 156178709    Board: Decision Diagnostics Corp.

**KNOCK! KNOCK!**

That's your Long Island door. Better answer it.

---

Rpt Seq: 815 Board Seq: 85532  Date: 6/10/2020 11:28:58 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156179809
By: plutoniumimplosion    Status: Public
To: Hopefull17    In Reply To: 156179133    Board: Decision Diagnostics Corp.

Idiot is not my word. I consider these shareholders as patriots.

---

Rpt Seq: 816 Board Seq: 85545  Date: 6/10/2020 12:35:22 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156182621
By: plutoniumimplosion    Status: Public
To: Johnny_C    In Reply To: 156180582    Board: Decision Diagnostics Corp.

Well that settles it then. As usual you are right and Mr. Berman is a criminal. I wonder why the person yelling crook is the one who spent time in jail.

---

Rpt Seq: 817 Board Seq: 85560  Date: 6/10/2020 2:02:24 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156185904
By: plutoniumimplosion    Status: Hidden
To: lucky,mydog    In Reply To: 156185428    Board: Decision Diagnostics Corp.

This is run of the mill Medicare fraud by an officer or director of a public company that doesn't concern DECN is the least. Keep trying.

---

Rpt Seq: 818 Board Seq: 85563  Date: 6/10/2020 2:22:47 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156186672
By: plutoniumimplosion    Status: Public
To: rawman    In Reply To: 156185752    Board: Decision Diagnostics Corp.

**BTW, it is worth mentioning, CEO Keith Berman could post the DECN SEC Brief on OTC Markets. Problem solved!**

That is an administrative proceedings document. It carries the weight of a court pleading document. Mr. Berman has respect for the process which is more than can be said for others. But, I have a better idea. Why not buy space in the Washington Post and publish it. Perhaps that will make the cabal happy.

---

Rpt Seq: 819 Board Seq: 85568  Date: 6/10/2020 2:43:30 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156187452
By: plutoniumimplosion    Status: Public
To: Johnny_C    In Reply To: 156187118    Board: Decision Diagnostics Corp.

Spending way to much time on this and now in revisionist history mode.This is not looking good. In fact it is looking desperate.

---

Rpt Seq: 820 Board Seq: 85569  Date: 6/10/2020 2:45:17 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156187518
By: plutoniumimplosion    Status: Hidden
To: lucky,mydog    In Reply To: 156187397    Board: Decision Diagnostics Corp.

**a ihub user was named by the sec for pumping a covid scam. decn shareholders might find it interesting.**

That could describe any number of people here, charter members of the cabal.

---

Rpt Seq: 821 Board Seq: 85591  Date: 6/10/2020 4:32:23 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156191536
By: plutoniumimplosion    Status: Public
To: RealPainkiller    In Reply To: 156191374    Board: Decision Diagnostics Corp.

**This stock reminds me of the Titanic..**

Hmmmm, I had no idea that the Titanic or its crew were in the Covid kit business.

---

Rpt Seq: 822 Board Seq: 85613  Date: 6/10/2020 8:55:27 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156195716
By: plutoniumimplosion    Status: Public
To: RealPainkiller    In Reply To: 156194835    Board: Decision Diagnostics Corp.

**They are they lowest human garbage on the earth**

Hmmmm, and I thought serial killers and looters were worse. But what do I know.

---

Rpt Seq: 823 Board Seq: 85618  Date: 6/10/2020 9:59:40 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156196445
By: plutoniumimplosion    Status: Hidden
To: cloudsky9    In Reply To: 156195725    Board: Decision Diagnostics Corp.

Signed up today. First and only post. Calls for a hanging. Good job.

---

Rpt Seq: 824 Board Seq: 85620  Date: 6/10/2020 10:03:08 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156196485

DOJ-BERMAN-R_0000308881

By: plutoniumimplosion          Status: Public
To: zeroalias                   In Reply To: 156196397        Board: Decision Diagnostics Corp.

**The Gig is up.**

Let's see some proof please.

---

Rpt Seq: 825 Board Seq: 85625  Date: 6/10/2020 11:18:14 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156197229
By: plutoniumimplosion          Status: Public
To: Zman20                      In Reply To: 156196641        Board: Decision Diagnostics Corp.

**Were they told to piss off? They didn't get anyone to look at DECN Gen Viro?**

Show your proof if you have any.

---

Rpt Seq: 826 Board Seq: 85626  Date: 6/10/2020 11:19:17 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156197239
By: plutoniumimplosion          Status: Hidden
To: Zman20                      In Reply To: 156197228        Board: Decision Diagnostics Corp.

**I can't remember the last good publicly traded and legit biotech company that hid phase testing results for example until FDA approval. None of them have ever done that even if they hate some folks who don't believe in their company.**

DECN is not in the drug business. They owe non-shareholders nothing. Wishing is not receiving. And common sense isn't within 1000 miles of 85264.

---

Rpt Seq: 827 Board Seq: 85628  Date: 6/10/2020 11:24:03 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156197294
By: plutoniumimplosion          Status: Public
To: Zman20                      In Reply To: 156197270        Board: Decision Diagnostics Corp.

**Maybe you can show us proof that they truly hired lobbyists to influence politicians or it was a lie.**

I would say this is a call the company moment.

---

Rpt Seq: 828 Board Seq: 85631  Date: 6/10/2020 11:29:28 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156197339
By: plutoniumimplosion          Status: Hidden
To: Zman20                      In Reply To: 156197304        Board: Decision Diagnostics Corp.

**So there's endless and relentless defense of CEO**

We must be reading different message boards. What I see is endless and relentless trashing of Mr. Berman and endless and relentless torturing of messages.

---

Rpt Seq: 829 Board Seq: 85643  Date: 6/11/2020 8:51:56 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156201103
By: plutoniumimplosion          Status: Public
To: AlleggsoneBasketcase        In Reply To: 156199428        Board: Decision Diagnostics Corp.

**So they probably won't care if I read their mail. It wasn't hard for me to see what was inside, so it kinda everyone else's fault that I read their mail....**

It wasn't just that the DECN "mail" was read, but this "mail" was also weaponized against its owner and its CEO, when it was given time and again to the SEC with commentary. The mail owner and its CEO at DECN, who had not yet sealed the envelope or added a postage stamp, was accused of illegalities. Justification for the taking of this "mail" was that the mail owner was breaking laws and at least initially, the SEC, bought the argument. But the argument presented by the people who appropriated the "mail" was not strong enough to stand on it own. Additional commentary was added, and this too was bought by an SEC lawyer. As a result all DECN shareholders have been damaged by people who do not own shares. A very sad commentary because the public justification has been that the "mail" appropriators did so because they hate the DECN CEO.

This is all IMO, at least until DECN gets its chance to respond, and that will be worth paying movie theater prices for the popcorn.

---

Rpt Seq: 830 Board Seq: 85653  Date: 6/11/2020 9:52:35 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156203498
By: plutoniumimplosion          Status: Public
To: RealPainkiller              In Reply To: 156203123        Board: Decision Diagnostics Corp.

**I wouldn't take free shares from this worthless piece of Garbage**

Who is offering free shares? In my humble opinion, nobody.

---

Rpt Seq: 831 Board Seq: 85673  Date: 6/11/2020 10:57:14 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156206818
By: plutoniumimplosion          Status: Public
To: loanranger                  In Reply To: 156206270        Board: Decision Diagnostics Corp.

**You know him very well. Why hasn't he responded?**

A perfect call the company moment IMO.

---

Rpt Seq: 832 Board Seq: 85683  Date: 6/11/2020 11:54:29 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156209297
By: plutoniumimplosion          Status: Public
To: RealPainkiller              In Reply To: 156207922        Board: Decision Diagnostics Corp.

DOJ-BERMAN-R_0000308882

*The only thing he cares about is scamming Shareholders out of their money*

There has never been one iota of proof that Mr. Berman personally benefited from this purported scam. Provide some proof and perhaps there will finally be credibility to what for 18 years, or is it more, have been empty and mostly angry accusations.

---

Rpt Seq: 833 Board Seq: 85686   Date: 6/11/2020 12:08:24 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156209842
By: plutoniumimplosion           Status: Hidden
To: Johnny_C                     In Reply To: 156209752          Board: Decision Diagnostics Corp.

*Berman's DECN was broke, once the press releases started pumping the price Berman's financier made millions within weeks based on Berman giving them 34.6 million shares at under .02. In return, the finance Company loaned Berman over $1 mil.*

Only on a message board are loans (Promissory Notes) and stock equated. You know this. The lender is betting on a successful Covid kit. So are shareholders. Others, not so much.

---

Rpt Seq: 834 Board Seq: 85699   Date: 6/11/2020 12:37:40 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156210997
By: plutoniumimplosion           Status: Hidden
To: Johnny_C                     In Reply To: 156210638          Board: Decision Diagnostics Corp.

*How would you know what the lender is depending on, or if they dumped shares at .30 to .50 cents?*

I have run companies and know a lot about lenders. And if the lender also owned stock, or sold stock, well at least they are or were a shareholder.

*How does Berman live and pay personal bills if he has not taken a salary for years?*

For all I know he might have won the lottery, or he might have an inheritance. But I don't know and neither do you, but it really bothers you. Mr. Berman's money is none of my business, nor is it yours.

---

Rpt Seq: 835 Board Seq: 85711   Date: 6/11/2020 1:57:33 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156214225
By: plutoniumimplosion           Status: Public
To: Dick22                       In Reply To: 156213059          Board: Decision Diagnostics Corp.

*And they just sit and watch it sink*

Just kinda wondering, who is the "they."

---

Rpt Seq: 836 Board Seq: 85727   Date: 6/11/2020 3:14:05 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156217250
By: plutoniumimplosion           Status: Public
To: Dick22                       In Reply To: 156217143          Board: Decision Diagnostics Corp.

I see the evolution here.

---

Rpt Seq: 837 Board Seq: 85743   Date: 6/11/2020 5:15:04 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156221357
By: plutoniumimplosion           Status: Hidden
To: goodthings                   In Reply To: 156219886          Board: Decision Diagnostics Corp.

*No company has developed a test kit with such poor technology for COVID-19 because it can't detect people infected with COVID-19.*

Show some proof please or Janice is going to take the gold star away.

---

Rpt Seq: 838 Board Seq: 85744   Date: 6/11/2020 5:18:38 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156221443
By: plutoniumimplosion           Status: Public
To: pumper_stumper               In Reply To: 156218823          Board: Decision Diagnostics Corp.

*The market is now flooded with tests!*

And what is it, 85% of the tests are the same kind. 2-3 day turn around and lesser quality.

---

Rpt Seq: 839 Board Seq: 85759   Date: 6/11/2020 7:21:48 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156223356
By: plutoniumimplosion           Status: Hidden
To: pumper_stumper               In Reply To: 156221887          Board: Decision Diagnostics Corp.

*And 100% of them were cleared by the FDA... and yours??????*

Some of the RNA based products are sold by public companies. I think with everything you find wrong with DECN, and it is everything, perhaps one of those other companies could be your cup of tea. GLTY

---

Rpt Seq: 840 Board Seq: 85761   Date: 6/11/2020 7:39:30 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156223589
By: plutoniumimplosion           Status: Hidden
To: rawman                       In Reply To: 156223377          Board: Decision Diagnostics Corp.

DOJ-BERMAN-R_0000308883

*I can lie to the SEC forever and never be prosecuted for anything! Disgruntled shareholders do it all the time.*

And apparently you did.

---

Rpt Seq: 841 Board Seq: 85767  Date: 6/11/2020 8:12:46 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156224008
By: plutoniumimplosion          Status: Public
To: goodthings                  In Reply To: 156223845        Board: Decision Diagnostics Corp.

*DECN shareholders, you can probably expect the DECN test kit products in June, but Never look forward to an EUA.*

I think they have a deal with the FDA and should memorialize it soon.

No gold star. All my opinion.

---

Rpt Seq: 842 Board Seq: 85830  Date: 6/12/2020 12:42:54 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156239861
By: plutoniumimplosion          Status: Public
To: rawman                      In Reply To: 156239222        Board: Decision Diagnostics Corp.

*This is a perfect summary of CEO Keith Berman's entire narrative related to DECN's COVID-19 test kit's commercialization process! And the SEC is not pleased about it!*

The SEC is NOT in the business of product commercialization no matter how many message board posters tell them otherwise.

---

Rpt Seq: 843 Board Seq: 85831  Date: 6/12/2020 12:45:08 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156239936
By: plutoniumimplosion          Status: Public
To: Winsor1                     In Reply To: 156239712        Board: Decision Diagnostics Corp.

*A lot of times amendments have to do with things like wording on labels and instructions...*

GenUltimate had 7 amendments. Bayer Contour Next had 8 amendments. Both made it through the FDA

---

Rpt Seq: 844 Board Seq: 85864  Date: 6/12/2020 5:07:03 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156249536
By: plutoniumimplosion          Status: Public
To: pumper_stumper               In Reply To: 156248181        Board: Decision Diagnostics Corp.

*It RESETS THE FDA CLOCK IN THEIR MINDS!*

No it resets that FDA clock for real. It is their rules.

---

Rpt Seq: 845 Board Seq: 85891  Date: 6/12/2020 7:47:49 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156251805
By: plutoniumimplosion          Status: Public
To: IPwatcher                   In Reply To: 156251158        Board: Decision Diagnostics Corp.

*Don't take my word for it. The Scientific journals are full of evidence that asserts this as fact. If you can't be bothered to look for yourself, my earlier posts will do most of the legwork for you!*

If the scientific journals are full of evidence then this evidence will be easy to find, and then post. Won't you do that for us?

---

Rpt Seq: 846 Board Seq: 85896  Date: 6/12/2020 8:54:58 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156252469
By: plutoniumimplosion          Status: Public
To: Bobinsd                     In Reply To: 156252328        Board: Decision Diagnostics Corp.

*And dont say antigens because they arent there.*

I didn't know you were an expert. Well this board needs some of that.

---

Rpt Seq: 847 Board Seq: 85906  Date: 6/12/2020 11:28:52 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156253615
By: plutoniumimplosion          Status: Hidden
To: goodthings                  In Reply To: 156253581        Board: Decision Diagnostics Corp.

*Can you name even ONE company that uses such sloppy technology for COVID-19 like this DECN company ???*

You wouldn't mind showing some proof that the DECN technology is "sloppy technology." I didn't know you were a technology expert but I am glad to know you are. So please show us or that gold star will be gone for good.

---

Rpt Seq: 848 Board Seq: 85909  Date: 6/13/2020 12:02:06 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156253780
By: plutoniumimplosion          Status: Hidden
To: goodthings                  In Reply To: 156253741        Board: Decision Diagnostics Corp.

*"Good luck to you 'AAA'. Now stop writing me. I will block your email."*

I think Mr. Berman might have corresponded with you when you still had Janice's gold star. I don't know about now that she took it away.

---

Rpt Seq: 849 Board Seq: 85934  Date: 6/13/2020 9:49:17 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156255560
By: plutoniumimplosion          Status: Hidden
To: RealPainkiller              In Reply To: 156255369        Board: Decision Diagnostics Corp.

DOJ-BERMAN-R_0000308884

*You'll see it soon possibly in court.*

Really, in court for what? The only people who talk about law suits, court FBI, jail etc. are non-shareholders. Some talk about it to sound like big shots, some talk about this because they are being paid. Which people here are the biggest posters and carry on so? Certainly not shareholders, so how where these posters damaged?

---

Rpt Seq: 850 Board Seq: 85936   Date: 6/13/2020 9:53:25 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156255584
By: plutoniumimplosion   Status: Public
To: rawman   In Reply To: 156255564   Board: Decision Diagnostics Corp.

*IMO, THE PUMP AND DUMP WILL CONTINUE, UNTIL SEC SHUTS CEO KEITH BERMAN DOWN!*

Just wondering, what was the response from the SEC IG?

---

Rpt Seq: 851 Board Seq: 85943   Date: 6/13/2020 11:10:55 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156256274
By: plutoniumimplosion   Status: Public
To: rawman   In Reply To: 156255709   Board: Decision Diagnostics Corp.

*The investigation of DECN and CEO Keith Berman is now in the capable hands of the SEC (and possibly law enforcement)!*

Of course it is.

---

Rpt Seq: 852 Board Seq: 85945   Date: 6/13/2020 11:45:22 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156256589
By: plutoniumimplosion   Status: Hidden
To: pumper_stumper   In Reply To: 156256451   Board: Decision Diagnostics Corp.

*Three tries for a company who "knows how to work with the FDA", while over 100 competitor tests are approved? This shows just maybe, that ain't true!*

Perhaps you are correct, but I doubt it. Until you've been through the FDA authorization review process you just don't know or it just could be a situation not too different from a broken watch which is correct twice every day.

---

Rpt Seq: 853 Board Seq: 85947   Date: 6/13/2020 12:12:39 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156256849
By: plutoniumimplosion   Status: Hidden
To: RealPainkiller   In Reply To: 156256811   Board: Decision Diagnostics Corp.

*Please provide proof of your statement*

You're right, I do not own a broken watch so I cannot say for sure that a broken watch is right twice every day.

---

Rpt Seq: 854 Board Seq: 85975   Date: 6/13/2020 8:49:25 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156261125
By: plutoniumimplosion   Status: Hidden
To: Dick22   In Reply To: 156259958   Board: Decision Diagnostics Corp.

*Now instead of "by" summer it will be mid or end of summer...wtf...*

That is not very subtle.

---

Rpt Seq: 855 Board Seq: 85976   Date: 6/13/2020 8:50:52 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156261138
By: plutoniumimplosion   Status: Public
To: RealPainkiller   In Reply To: 156260127   Board: Decision Diagnostics Corp.

*You certainly wouldn't tell then to stop emailing you and would call the police if you came to the office..And yes I could post it here if you'd like. Unlike scammers I have nothing to hide*

Post it then please.

---

Rpt Seq: 856 Board Seq: 85981   Date: 6/13/2020 9:15:46 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156261311
By: plutoniumimplosion   Status: Hidden
To: IPwatcher   In Reply To: 156261268   Board: Decision Diagnostics Corp.

*I am adequately remunerated for a professional senior scientific role in a capacity that has absolutely nothing whatsoever to do with my ihub DECN postings.*

Oh really, what field? I always like to meet another person of science.

---

Rpt Seq: 857 Board Seq: 85999   Date: 6/13/2020 11:54:15 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156262407
By: plutoniumimplosion   Status: Public
To: IPwatcher   In Reply To: 156261507   Board: Decision Diagnostics Corp.

*I mean if a shareholder letter with no legal weight (lies, hyperbole) warranted such publication, you would think that the companies own time mandated response (sworn statements etc.) is something that they might share with the wider market audience?*

You would be surprised how much weight that Shareholder Letter has carried. And I believe there will be another one that takes the May 20, 2020 Fredo Perkins fantasy/hit job piece and brings Shareholder concerns up to the moment. I will consider it an honor to work on this 2nd Shareholder letter.

DOJ-BERMAN-R_0000308885

DECN's brief will be posted by the SEC. In my humble opinion you will not have to wait very long, none of us will. I suspect when others read the DECN brief there will be more than a few OMGs. I will wait.

---

Rpt Seq: 858 Board Seq: 86029  Date: 6/14/2020 11:38:39 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156265767
By: plutoniumimplosion             Status: Hidden
To: Johnny_C                       In Reply To: 156264585       Board: Decision Diagnostics Corp.

**_Given that a press release was put out immediately after you leaked this which stated GenViro was validated it looks like GenViro was ready for sale._**

Nope, this tells me who manipulated the SEC and told them lies and innuendos. I am done with this topic.

---

Rpt Seq: 859 Board Seq: 86037  Date: 6/14/2020 12:17:20 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156266144
By: plutoniumimplosion             Status: Hidden
To: rawman                         In Reply To: 156266110       Board: Decision Diagnostics Corp.

**_More importantly, the SEC has been long done with the "hacker" topic, but continues to be most interested in pursuing CEO Keith Berman's misleading share price pumping garbage!_**

If you don't mind, spare the faux anger and show some proof please.

---

Rpt Seq: 860 Board Seq: 86039  Date: 6/14/2020 12:25:49 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156266234
By: plutoniumimplosion             Status: Hidden
To: Johnny_C                       In Reply To: 156266173       Board: Decision Diagnostics Corp.

**_The videos will show the proof, as well as your postings and replies._**

Post those videos please. And by the way I remember reading posts over a number of days where you claimed not to have contacted the SEC and how surprised I will be. And then I remember many posts from 2017 where you claimed that you had not only contacted the SEC but also the FBI, so which is it?

---

Rpt Seq: 861 Board Seq: 86140  Date: 6/15/2020 10:33:09 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156280206
By: plutoniumimplosion             Status: Hidden
To: Johnny_C                       In Reply To: 156278718       Board: Decision Diagnostics Corp.

Sounds like a great place for you to make an investment and end out 4+ year sojourn. Let us know how it goes. Thanks

---

Rpt Seq: 862 Board Seq: 86170  Date: 6/15/2020 2:26:22 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156288830
By: plutoniumimplosion             Status: Public
To: Jelly Bean                     In Reply To: 156288569       Board: Decision Diagnostics Corp.

**_I cant believe anyone from that crowd thinks it would be a good idea to belittle the SEC and its specific staff who bascially have unlimited resources to pound DECN into the dirt._**

Sometimes you gotta call a toad a toad.

---

Rpt Seq: 863 Board Seq: 86184  Date: 6/15/2020 5:51:45 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156294739
By: plutoniumimplosion             Status: Hidden
To: rawman                         In Reply To: 156293014       Board: Decision Diagnostics Corp.

**_For starters Berman's lack of transparency shows a blatant disrespect for DECN's owners, the shareholders!_**

Isn't this a speak for yourself moment. I was unaware you were a shareholder.

---

Rpt Seq: 864 Board Seq: 86208  Date: 6/16/2020 8:46:05 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156302678
By: plutoniumimplosion             Status: Hidden
To: loanranger                     In Reply To: 156302372       Board: Decision Diagnostics Corp.

**_"There are testing results & a video on the company's website."_**

**_plexense.com How it's done._**

Appears to be the perfect company to invest in. Let us know how well you do there. Thanks.

---

Rpt Seq: 865 Board Seq: 86213  Date: 6/16/2020 8:57:07 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156302914
By: plutoniumimplosion             Status: Public
To: Johnny_C                       In Reply To: 156301631       Board: Decision Diagnostics Corp.

**_Interesting how the shareholder count is under 500 but the date is nearly a year ago. It has been touted on here that DECN has over 12,000 shareholders._**

And about 11,600 of those shareholders have shares held in street name with the DTC. They are NOBO shareholders. But you know all of that. These 11,600 (approximate) shareholders are counted as one single shareholder whether there are 11,600, 2,600, 55, or 20,000 NOBOs. NOBO/DTC shareholders are all collectively counted as one. I am sure TAUG CEO Seth Shaw has explained this to you many times.

So, as you know the company's shareholder count is correct. But hey, complain to the SEC anyway.

DOJ-BERMAN-R_0000308886

Oh, and I am waiting for a new puppet web site. When Seth Shaw told KB that you were doing work for TAUG with their web site, I realized then that you were missing your true calling. KB and I had a big laugh about that one. So did the leader of the DECN Shareholder group that wrote that letter to the SEC. All of this admiration.

---

Rpt Seq: 866 Board Seq: 86215   Date: 6/16/2020 9:46:03 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156304779
By: plutoniumimplosion                Status: Hidden
To: Johnny_C                          In Reply To: 156303591      Board: Decision Diagnostics Corp.

**Amazing, that the shareholder count has not changed at all in nearly over a year.**

I am wondering why a fellow with such awesome knowledge of the medical device marketplace hasn't contacted dECN to be a distributor of GenViro. Seems to me you would be a natural.

---

Rpt Seq: 867 Board Seq: 86222   Date: 6/16/2020 11:06:19 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156308530
By: plutoniumimplosion                Status: Public
To: Johnny_C                          In Reply To: 156307118      Board: Decision Diagnostics Corp.

**Funny though, I didn't see a 40 yr friend of Berman that is an engineer. Go figure**

Wanna bet.

---

Rpt Seq: 868 Board Seq: 86277   Date: 6/16/2020 7:57:19 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156324566
By: plutoniumimplosion                Status: Public
To: RealPainkiller                    In Reply To: 156323574      Board: Decision Diagnostics Corp.

**That Scam isn't working..As a matter of fact none of it is working..**

OMG that hurts.

---

Rpt Seq: 869 Board Seq: 86307   Date: 6/17/2020 10:33:27 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156334969
By: plutoniumimplosion                Status: Public
To: Raffis                            In Reply To: 156334847      Board: Decision Diagnostics Corp.

and.... closes international deal

---

Rpt Seq: 870 Board Seq: 86334   Date: 6/17/2020 12:44:11 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156340500
By: plutoniumimplosion                Status: Public
To: pumper_stumper                    In Reply To: 156339057      Board: Decision Diagnostics Corp.

*will you see boasting about "amendments" to an FDA application as a positive.*

And you are an expert in this how? I have dealt with the FDA for 43 years and this is how it works. FDA has a comment, you either accept or reject the comment, and if you accept it you amend the application.

Not everything can be dismissed just because of anger.

---

Rpt Seq: 871 Board Seq: 86336   Date: 6/17/2020 1:24:47 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156342040
By: plutoniumimplosion                Status: Public
To: IPwatcher                         In Reply To: 156341658      Board: Decision Diagnostics Corp.

**Those FDA 'Comments' are called deficiencies.**

If this were a 510(k) or a PMA your opinion might be closer to correct. But this is an EUA for a totally new technology. FDA is under huge pressure to approve test kits that aren't me-too and same-ole. So helping out an applicant with a very promising technology can be seen as a good thing. And by adding into a device a primary technology to replace a chemical process I also see as a good thing.

By the way, as an expert in all things chemistry and IP and patents and virus detection, don't you think that HCT interference plagues all devices where blood is the source of the sample? In a blood glucose reading high end HCT greater than 50% can skew a result by 20+%. What about a blood based Antibody method?

---

Rpt Seq: 872 Board Seq: 86342   Date: 6/17/2020 2:14:14 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156343938
By: plutoniumimplosion                Status: Public
To: IPwatcher                         In Reply To: 156343793      Board: Decision Diagnostics Corp.

Just keep thinking this. Boy will you be surprised.

---

Rpt Seq: 873 Board Seq: 86351   Date: 6/17/2020 3:26:43 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156346767
By: plutoniumimplosion                Status: Hidden
To: cvinvestor                        In Reply To: 156345076      Board: Decision Diagnostics Corp.

*Today's PR, while positive on its face, also reveals however, that previous testing and their results were not satisfactory or providing accurate results and so the company is introducing a design change that it hopes will correct/improve the test results. Sounds great. Nevertheless, this means the company has been withholding the test results from us for a period of time that were previously promised to be revealed and the main comment in the PR is that the results will be faster.*

The results will be faster. The Tween process took 10 seconds. You could see that in the data posted. The lysing done by the Tween chemical accomplishes the same goal as the TBG HCT correction, one eliminates all red cells (TWEEN) so there is no red cell interference, the other counts the red cells and mathematically corrects for them. Both papers relied on by the company used lysing. It makes sense for DECN to have

DOJ-BERMAN-R_0000308887

followed this same path -- at least until something better came along.

The HCT correction method is a 1-2 second process. So the new version of the product is 10.5 seconds vs. 15. iStat started this method in 2007 and has 4-5 cleared 510(k)s. Roche came along in 2014 for its Aviva test strips, and DECN joined this small club in early 2018. J&J tried and failed. The end result is the same and the company indicated that the development schedule has not changed. So what would you rather have? Chemicals or electronics working for you?

Sorry this doesn't meet your trading strategy.

I have posted several times that DECN and the SEC jointly agreed to a 2-week delay. DECN's brief is due today. I called and asked. I have no idea when the SEC will post it, or if they will. I read somewhere that SEC sometimes does not post things that are hyper critical of SEC staff, particularly previously unnamed staff. This may be the case. The DECN Shareholder letter was critical of the SEC and of certain message board posters. Perhaps DECN's response will be too, only if it is DECN will be even more critical because legal proceedings allow a party to be politically incorrect. So I guess we will see.

Good luck to you with your next investment and your next company.

---

Rpt Seq: 874  Board Seq: 86414  Date: 6/18/2020 10:22:08 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156361742
By: plutoniumimplosion              Status: Public
To: pumper_stumper              In Reply To: 156360516              Board: Decision Diagnostics Corp.
   *Let's hope the SEC has a nice present for DECN posted in the next few days!*

   As I understand, DECN delivered its package to the SEC yesterday. Let's see how long it takes for the SEC to post DECN's package. I am sure when that happens the responses here will be most interesting to read.

---

Rpt Seq: 875  Board Seq: 86498  Date: 6/18/2020 3:16:59 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156373591
By: plutoniumimplosion              Status: Hidden
To: rawman              In Reply To: 156372863              Board: Decision Diagnostics Corp.
   *And now it appears "perjury" is definitely on the table!*

   I was not aware you spoke for the SEC but nothing would surprise me.

---

Rpt Seq: 876  Board Seq: 86544  Date: 6/18/2020 9:01:50 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156380849
By: plutoniumimplosion              Status: Public
To: IPwatcher              In Reply To: 156380523              Board: Decision Diagnostics Corp.
   *And Berman has shown himself up publicly to be a complete idiot by claiming to not know that.*

   Please show us where Mr. Berman claimed anything. And one other thing if you please, let us know how your calls to the SEC, FBI, CIA go.

   Thank you.

---

Rpt Seq: 877  Board Seq: 86548  Date: 6/18/2020 9:13:44 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156381003
By: plutoniumimplosion              Status: Public
To: Johnny_C              In Reply To: 156380949              Board: Decision Diagnostics Corp.
   *So are you sure Mattew Musho hasn't been spreading information on the internet in multiple places claiming to be Berman's best bud. Not only is he in the Annual report but he is also listed in the DECN SEC filing.*

   Your point please, I don't get it.

---

Rpt Seq: 878  Board Seq: 86576  Date: 6/19/2020 9:01:04 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156386192
By: plutoniumimplosion              Status: Hidden
To: Hopefull17              In Reply To: 156385786              Board: Decision Diagnostics Corp.

   *Why hasn't "Berman's Friend" been investigated/charged for posting a link that contained on page 12, "FDA cleared for use with GenUltimate! Avantage! Meter" multiple times on the IHUB and other message boards?*

   Are you writing about me? Go ahead and report me if it makes you feel better.

---

Rpt Seq: 879  Board Seq: 86610  Date: 6/19/2020 2:38:40 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156398781
By: plutoniumimplosion              Status: Public
To: vinovista              In Reply To: 156398257              Board: Decision Diagnostics Corp.
   *Does anyone know if you are allowed to use the internet or be a member of a message board if you are in prison?*

   That is a very good question. Do prisoners maintain their 1st Amendment rights to disparage DECN while in prison? I know they cannot vote.

---

Rpt Seq: 880  Board Seq: 86620  Date: 6/19/2020 3:14:04 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156400140
By: plutoniumimplosion              Status: Public

DOJ-BERMAN-R_0000308888

To: Johnny_C              In Reply To: 156399228       Board: Decision Diagnostics Corp.

*Lets all root for DECN and Berman to make alot of money, because I doubt a million dollar house will cover the tab.*

I see a much different outcome for DECN involving the Federal Courts.

---

Rpt Seq: 881 Board Seq: 86641   Date: 6/19/2020 5:10:56 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156404453
By: plutoniumimplosion          Status: Public
To: Johnny_C                    In Reply To: 156404346       Board: Decision Diagnostics Corp.

There are faux conspiracies everywhere.

Have a great weekend all.

---

Rpt Seq: 882 Board Seq: 86656   Date: 6/19/2020 6:52:21 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156405887
By: plutoniumimplosion          Status: Public
To: Johnny_C                    In Reply To: 156405425       Board: Decision Diagnostics Corp.

Really. Directly from the Pharma Tech Solutions Web Page. Now please apologize to them about that middle man comment.

**_Distributors:_**

Adelphia Diabetic Supply

Diabetic Plus USA

Full Circle Diabetes LLC

GenStrip Direct

H&H Wholesale

M&M Consultants, Inc.

Maple Dealz

Novex America, Inc.

Payless Wholesale

---

Rpt Seq: 883 Board Seq: 86686   Date: 6/20/2020 8:46:40 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156409757
By: plutoniumimplosion          Status: Public
To: Johnny_C                    In Reply To: 156409266       Board: Decision Diagnostics Corp.

*https://ca.finance.yahoo.com/news/decision-diagnostics-ends-plans-communications-132000410.html*

Smartest move Berman ever made.

---

Rpt Seq: 884 Board Seq: 86700   Date: 6/20/2020 9:35:49 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156410090
By: plutoniumimplosion          Status: Public
To: Johnny_C                    In Reply To: 156410062       Board: Decision Diagnostics Corp.

*Hey, can you ask your pal Berman if he is paying for this Ad by Google Search.*

Seems like a perfect call the company moment. Let us know what you were told.

---

Rpt Seq: 885 Board Seq: 86717   Date: 6/20/2020 1:36:36 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156412683
By: plutoniumimplosion          Status: Hidden
To: Bobinsd                     In Reply To: 156412574       Board: Decision Diagnostics Corp.

*There has been no such application preferred.*

Please just keep writing that.

---

Rpt Seq: 886 Board Seq: 86722   Date: 6/20/2020 3:30:31 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156413869
By: plutoniumimplosion          Status: Public
To: Bobinsd                     In Reply To: 156412574       Board: Decision Diagnostics Corp.

*In order to GET approval you have to APPLY for approval. There has been no such application preferred.*

Please provide some proof that this statement is true. There is plenty of evidence to the contrary.

---

Rpt Seq: 887 Board Seq: 86733   Date: 6/20/2020 7:23:05 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156416086
By: plutoniumimplosion          Status: Public

DOJ-BERMAN-R_0000308889

To: Anvil                    In Reply To: 156415421      Board: Decision Diagnostics Corp.

*It's obvious by the avatar the relationship between longs and the CEO Berman*

Please explain this further please and provide some proof, any proof.

---

Rpt Seq: 888 Board Seq: 86752   Date: 6/21/2020 1:22:31 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156421622
By: plutoniumimplosion           Status: Public
To: rawman                       In Reply To: 156419638      Board: Decision Diagnostics Corp.

*So now it has been officially confirmed and PROVEN, contrary to CEO Keith Berman's contrived BS, Berman has NEVER actually overseen a full FDA product approval review!*

Would you mind showing the proof for the statement above? The guy has been a Program Manager for Medical Devices and in-vitro diagnostic products for over 40 years. Is the statement above claiming that in 40+ years Mr. Berman has never ever succeeded in achieving FDA clearance for any product(s)? So I think that "now it has been officially confirmed and PROVEN," please show these official statements and the PROOF. Thank you.

---

Rpt Seq: 889 Board Seq: 86754   Date: 6/21/2020 1:34:07 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156421744
By: plutoniumimplosion           Status: Public
To: pumper_stumper               In Reply To: 156421679      Board: Decision Diagnostics Corp.

*Can you link me to info on how one achieves this title?*

Sure, at most medical device companies (Abbott is one that I know doesn't), it is a title conveyed on someone who is GOOD at what he does, by a BOD or CEO of a company. I, for example, have been a program manager several times in my career. I wonder who here has also been a Program Manager? It is a position that typically transcends corporate hierarchy.

---

Rpt Seq: 890 Board Seq: 86775   Date: 6/21/2020 4:01:22 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156422800
By: plutoniumimplosion           Status: Public
To: rawman                       In Reply To: 156422267      Board: Decision Diagnostics Corp.

*OH WOW! I never realized how important I was as a Global Program Manager for a Dow 30 corporation!*

Me neither.

---

Rpt Seq: 891 Board Seq: 86779   Date: 6/21/2020 6:25:15 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156423983
By: plutoniumimplosion           Status: Public
To: pumper_stumper               In Reply To: 156423002      Board: Decision Diagnostics Corp.

*Folks, when you address him, give him the respect a multi-year award winning employee deserves!*

Don't embarrass yourself. DECN and Mr. Berman will shortly be big heroes.

---

Rpt Seq: 892 Board Seq: 86788   Date: 6/21/2020 9:04:10 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156425325
By: plutoniumimplosion           Status: Public
To: rawman                       In Reply To: 156425149      Board: Decision Diagnostics Corp.

Read the DECN response to the SEC. It sure debunks a lot of message board myths.

---

Rpt Seq: 893 Board Seq: 86790   Date: 6/21/2020 9:18:44 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156425441
By: plutoniumimplosion           Status: Hidden
To: RealPainkiller                In Reply To: 156425350      Board: Decision Diagnostics Corp.

*Why would we read that it's just more BS..*

Ok, don't read it. But if you have a moment read the attachments to the DECN response. Then come back and please tell us "oh" or tell us they're forgeries. I cannot wait to hear.

---

Rpt Seq: 894 Board Seq: 86854   Date: 6/22/2020 12:38:59 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156438310
By: plutoniumimplosion           Status: Public
To: magnix2k                     In Reply To: 156437650      Board: Decision Diagnostics Corp.

https://thehill.com/opinion/healthcare/503865-get-the-f-out-of-the-fda

---

Rpt Seq: 895 Board Seq: 86859   Date: 6/22/2020 2:59:46 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156443152
By: plutoniumimplosion           Status: Public
To: Johnny_C                     In Reply To: 156442173      Board: Decision Diagnostics Corp.

We're next. The key word will be SWIFT.

FDA Issues its First Emergency Use Authorization for an Antigen-based Diagnostic as Top IVD Manufacturers Race to Supply Medical Laboratories with COVID-19 Tests

Jun 22, 2020 | Laboratory News, Laboratory Pathology, Laboratory Testing, Management & Operations

DOJ-BERMAN-R_0000308890

Though experts say an antigen test is not as accurate as PCR tests, its low cost, ease of use, and widespread availability make it a boon for clinical labs performing COVID-19 testing

While COVID-19 exploded around the world, the US Food and Drug Administration (FDA) unleashed the nation's in vitro diagnostics developers by issuing dozens of Emergency Use Authorizations for new coronavirus laboratory-developed tests (LDTs). Most of these EUAs are for Reverse Transcription-Polymerase Chain Reaction (RT-PCR) tests that detect the presence of SARS-CoV-2, the coronavirus that causes the COVID-19 illness, and for Enzyme-linked Immunosorbent Assay (ELISA) serological tests that detect antibodies present in the blood of people who have become infected with the coronavirus.

However, one LDT that received a lot of media attention was the Sofia 2 SARS Antigen FIA from Quidel (NASDAQ:QDEL), which received an EUA on May 8. The assay is designed to run on the company's Sofia 2 Fluorescent Immunoassay Analyzer and is the first antigen test for which the FDA has issued an EUA.

As former FDA commissioner Scott Gottlieb, MD, explained on Face the Nation, "this kind of technology is a real game changer … it's a very rapid test that could be used in a doctor's office. Doctors now have about forty thousand of these Sofia machines already installed in their offices … you do a simple nasal swab and the test itself scans for the antigens that the virus produces.

"The test is about 85% sensitive. So, let's say a hundred people come into a doctor's office who have COVID-19, eighty-five of them are going to be able to be tested positive with this test very quickly. It's a cheap test. It'll probably be about five dollars a test and you can get a result within five minutes … you're getting a very fast result and you can start to take action immediately.

"The company itself said that they're going to be able to produce about two hundred thousand of these tests starting right away. But in several weeks, they'll be able to produce up to 1.5 million a week. So, this dramatically expands our testing capacity as long as doctors are able to run these tests in their offices."

---

Rpt Seq: 896 Board Seq: 86865  Date: 6/22/2020 3:26:01 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156444148
By: plutoniumimplosion            Status: Public
To: Johnny_C                      In Reply To: 156443780     Board: Decision Diagnostics Corp.

*My question was about the $600k in bad debts, which companies did Bozo supply that became bad debt?*

A perfect time to call DECN and ask.


*BTW, I think lower cost and quicker PCR tests are on the way with virtually no false negatives.*

Of course.


*Since you state Quidel is a gamechanger or your pal Scott did, are they on track to sell 525 million tests, if so I missed that press release.*

I never said such a thing, you and Scott Gottlieb did. The most important thing coming out of that announcement is that FDA still accepts politically acceptable methods at less that 90% sensitivity. And they authorized the first ever EUA for an antigen method.

---

Rpt Seq: 897 Board Seq: 86875  Date: 6/22/2020 4:05:01 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156445772
By: plutoniumimplosion            Status: Public
To: Johnny_C                      In Reply To: 156444549     Board: Decision Diagnostics Corp.

*Also, you did leave out that while this is an antigen test, and novel, it requires a traditional swab.*

And works at 85% sensitivity. The next one will not use a swab and will work in the mid-90s. JMO.

---

Rpt Seq: 898 Board Seq: 86881  Date: 6/22/2020 4:29:29 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156446490
By: plutoniumimplosion            Status: Public
To: Johnny_C                      In Reply To: 156445907     Board: Decision Diagnostics Corp.


*PCR tests can be incredibly accurate, but running the tests and analyzing the results can take time. One of the main advantages of an antigen test is the speed of the test, which can provide results in minutes. However, antigen tests may not detect all active infections, as they do not work the same way as a PCR test. Antigen tests are very specific for the virus, but are not as sensitive as molecular PCR tests. This means that positive results from antigen tests are highly accurate, but there is a higher chance of false negatives, so negative results do not rule out infection. With this in mind, negative results from an antigen test may need to be confirmed with a PCR test prior to making treatment decisions or to prevent the possible spread of the virus due to a false negative.*

I hope so but those statements are TAUG propaganda. You approve those news releases.

---

Rpt Seq: 899 Board Seq: 86895  Date: 6/22/2020 6:57:50 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156449114
By: plutoniumimplosion            Status: Hidden
To: RealPainkiller                In Reply To: 156448686     Board: Decision Diagnostics Corp.

*I wouldn't buy this SCAM pos if I was a Billionaire and had money to spare*

DECN has thousands of investors who are mature adults and probably a smattering of mature teens.

---

Rpt Seq: 900 Board Seq: 86918  Date: 6/22/2020 8:38:55 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156450409

DOJ-BERMAN-R_0000308891

By: plutoniumimplosion          Status: Public
To: pumper_stumper              In Reply To: 156449798          Board: Decision Diagnostics Corp.

*What DECN and other companies have done is much more serious! THIS is exactly why the SEC stepped in!*

Show some proof. We all want to see it.

---

Rpt Seq: 901 Board Seq: 86919   Date: 6/22/2020 8:43:42 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156450476
By: plutoniumimplosion          Status: Public
To: Johnny_C                    In Reply To: 156450055          Board: Decision Diagnostics Corp.

So now we're going back to 2014.

No matter what you want. No matter what you try to do, tomorrow morning and every morning thereafter Mr. Berman, your arch enemy, will still be CEO. Think about that.

---

Rpt Seq: 902 Board Seq: 86957   Date: 6/23/2020 8:49:33 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156455433
By: plutoniumimplosion          Status: Public
To: Johnny_C                    In Reply To: 156454767          Board: Decision Diagnostics Corp.

*In reality, Bozo Berman had hired Gotlieb for something prior to his becoming FDA head.*

Since you have never met, spoken with or corresponded with Mr. Berman, how would you know this?

---

Rpt Seq: 903 Board Seq: 87024   Date: 6/23/2020 7:13:21 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156476814
By: plutoniumimplosion          Status: Public
To: pumper_stumper              In Reply To: 156476518          Board: Decision Diagnostics Corp.

*but of course, in the end, t would end up in his pocket, not the shareholders!*

Show the proof pal. Any proof.

---

Rpt Seq: 904 Board Seq: 87038   Date: 6/23/2020 9:06:21 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156478044
By: plutoniumimplosion          Status: Public
To: rawman                      In Reply To: 156477940          Board: Decision Diagnostics Corp.

*The Roche test works as advertised, which is substantially higher than the FDA guidelines!*

What are the specific FDA guidelines and what are Roche claims? Thanks.

---

Rpt Seq: 905 Board Seq: 87060   Date: 6/24/2020 8:59:49 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156482916
By: plutoniumimplosion          Status: Public
To: rawman                      In Reply To: 156482821          Board: Decision Diagnostics Corp.

*Who knows! By then DECN might even have a working SARS virus test kit!*

That is called a straw man. Throwing something known to be false out there just for the purpose of debunking it.

---

Rpt Seq: 906 Board Seq: 87065   Date: 6/24/2020 9:23:56 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156483641
By: plutoniumimplosion          Status: Public
To: rawman                      In Reply To: 156483388          Board: Decision Diagnostics Corp.

Sounds like the most perfect application made by man or woman. Why doesn't Roche have 99.8% of the testing market?

---

Rpt Seq: 907 Board Seq: 87106   Date: 6/24/2020 11:49:03 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156490076
By: plutoniumimplosion          Status: Hidden
To: IPwatcher                   In Reply To: 156488242          Board: Decision Diagnostics Corp.

*I think you have outlined valuable background information along with a plausible explanation of how this DECN con is being worked.*

Can you present any facts. The new guy didn't.

---

Rpt Seq: 908 Board Seq: 87134   Date: 6/24/2020 2:51:22 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156497168
By: plutoniumimplosion          Status: Public
To: zalicuslicious              In Reply To: 156494901          Board: Decision Diagnostics Corp.

*I'd like to see some justice, though.*

And please tell us what kind of justice non-shareholders and TAUG followers are looking for to be brought against DECN and the shareholders of DECN?

---

Rpt Seq: 909 Board Seq: 87168   Date: 6/25/2020 9:05:27 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156510337
By: plutoniumimplosion          Status: Hidden
To: newflow                     In Reply To: 156507007          Board: Decision Diagnostics Corp.

*I think yes.EIS is evolving technology which can detect A1c in blood, viruses,TB..among others.*

DOJ-BERMAN-R_0000308892

Just keep thinking those good thoughts about DECN's technology. Who are you going to believe, a scientist who owns or is part of 32 patents, soon to be 34 (or more), who has spent a lengthy career making things work with specific electrode technology, or someone with no skin in the game who writes like the Shadow -- to cloud mens' minds.

---

Rpt Seq: 910 Board Seq: 87202   Date: 6/25/2020 11:28:53 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156517080
By: plutoniumimplosion       Status: Public
To: rawman                    In Reply To: 156516200        Board: Decision Diagnostics Corp.

**We know for a FACT, the COVID-19 virus is found in less than 20% of all active infected human blood samples and when found, the COVID-19 virus is only in subjects with advanced and severe cases of the infection!**

I don't know that for a fact. Proof please.

---

Rpt Seq: 911 Board Seq: 87273   Date: 6/25/2020 5:38:57 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156529580
By: plutoniumimplosion       Status: Public
To: rawman                    In Reply To: 156528620        Board: Decision Diagnostics Corp.

**The link proves NOTHING, other than the COVID-19 virus is found in SOME blood samples and SOME stool samples and SOME oral swab samples.**

It means more than one man's opinion or even 5 men. It is actual proof.

---

Rpt Seq: 912 Board Seq: 87325   Date: 6/26/2020 9:22:24 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156538214
By: plutoniumimplosion       Status: Public
To: Johnny_C                  In Reply To: 156537583        Board: Decision Diagnostics Corp.

**Wow, do you really think a con job letter to the SEC IG, a nasty letter from DECN and a scorched earth response by Berman helped the SEC figure things out? They figured out the shareholder letter was a con job. So was Berman's letter.**

If I, for example, were the target of the DECN shareholder letter, I too would attempt to deflect. I certainly hope there is a second shareholder letter that will further identify the faux informants. JMO

---

Rpt Seq: 913 Board Seq: 87356   Date: 6/26/2020 5:01:21 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156555954
By: plutoniumimplosion       Status: Public
To: pumper_stumper            In Reply To: 156555358        Board: Decision Diagnostics Corp.

**Yet another example of how DECN's FDA authorization would have come already if it was going to be approved, and what this also means is this is another fact that shareholders should and will avoid facing!**

Another molecular method was authorized. One employee companies can get a molecular method authorized. So what. Big deal.

---

Rpt Seq: 914 Board Seq: 87359   Date: 6/26/2020 5:15:44 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156556206
By: plutoniumimplosion       Status: Public
To: RealPainKiller            In Reply To: 156556150        Board: Decision Diagnostics Corp.

**We have real stocks to trade for that not OTC Grey sheet garbage scams preying off a virus that is killing people.**

There are some bad companies and bad people on the gray market. DECN is not one of them.

---

Rpt Seq: 915 Board Seq: 87362   Date: 6/26/2020 5:20:16 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156556294
By: plutoniumimplosion       Status: Public
To: RealPainKiller            In Reply To: 156556260        Board: Decision Diagnostics Corp.

**From your book..Please provide proof that DECN is not one of them.**

I heard this the other day. You can't prove a negative opinion.

---

Rpt Seq: 916 Board Seq: 87389   Date: 6/27/2020 9:37:23 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156562955
By: plutoniumimplosion       Status: Public
To: pumper_stumper            In Reply To: 156562867        Board: Decision Diagnostics Corp.

**While you're at it, show us the lowest P-EAU number that you've found for any test that the FDA authorized in June, ANY type, and ANY size company!**

As I have stated previously, it is not possible to prove a negative to a single poster or a group of posters.

---

Rpt Seq: 917 Board Seq: 87416   Date: 6/27/2020 7:57:31 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156568950
By: plutoniumimplosion       Status: Public
To: RealPainKiller            In Reply To: 156568527        Board: Decision Diagnostics Corp.

**According to your DD it's the greatest thing in the world.**

DECN never wrote that. The "Never DECNers" have, and then attributed it to the company for the sole purpose of putting DECN down.

---

Rpt Seq: 918 Board Seq: 87447   Date: 6/28/2020 3:03:15 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156575965

DOJ-BERMAN-R_0000308893

By: plutoniumimplosion      Status: Hidden
To: archilles      In Reply To: 156574985      Board: Decision Diagnostics Corp.

***I know everyone is here for one reason. Everyone is here because DECN is gold***

I disagree with the first statement. Not everyone is here to see DECN succeed. In fact there are those that cannot wait for DECN to fail and pray every night for DECN to be shut down and Mr. Berman to be put in jail, outnumber the group that want DECN to succeed. All IMO.

---

Rpt Seq: 919 Board Seq: 87448  Date: 6/28/2020 3:05:49 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156575985
By: plutoniumimplosion      Status: Public
To: RealPainkiller      In Reply To: 156574881      Board: Decision Diagnostics Corp.

***When there is overwhelming positivity, do your DD, because, you most likely have a tremendous SCAM.***

What about when there is overwhelming negativity, but no proof?

---

Rpt Seq: 920 Board Seq: 87450  Date: 6/28/2020 3:46:13 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156576369
By: plutoniumimplosion      Status: Public
To: Hopefull17      In Reply To: 156576274      Board: Decision Diagnostics Corp.

***Berman and his merry cast of characters, IMO, have taken advantage of innocent investors in many ways and now a regulatory body, supported by many, has taken notice***

For our edification, any idea how many?

---

Rpt Seq: 921 Board Seq: 87459  Date: 6/28/2020 8:51:56 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156579318
By: plutoniumimplosion      Status: Public
To: lucky.mydog      In Reply To: 156578969      Board: Decision Diagnostics Corp.

***this company will NOT be the one.***

And you know this how?

---

Rpt Seq: 922 Board Seq: 87461  Date: 6/28/2020 8:54:26 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156579347
By: plutoniumimplosion      Status: Public
To: Hopefull17      In Reply To: 156576274      Board: Decision Diagnostics Corp.

Just wondering. Did you call the SEC, DoJ and FBI on the 100 companies that manufactured faulty Antibody kits. After watching 60 Minutes, I think a morally superior guy would have to report all of these companies. Or is this just about Mr. Berman, who obviously is the better man?

---

Rpt Seq: 923 Board Seq: 87466  Date: 6/28/2020 9:45:52 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156579921
By: plutoniumimplosion      Status: Public
To: RealPainkiller      In Reply To: 156579712      Board: Decision Diagnostics Corp.

***I'd bet on Dog crap over Berman***

of course

---

Rpt Seq: 924 Board Seq: 87487  Date: 6/29/2020 11:00:13 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156589168
By: plutoniumimplosion      Status: Public
To: pumper_stumper      In Reply To: 156587805      Board: Decision Diagnostics Corp.

***Can anyone guess why not? wink***

Tell all of us please. Be complete and succinct. And please provide proof. Conversations with the FDA or correspondence will suffice. Thank you.

---

Rpt Seq: 925 Board Seq: 87520  Date: 6/29/2020 4:47:51 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156601150
By: plutoniumimplosion      Status: Hidden
To: pumper_stumper      In Reply To: 156599137      Board: Decision Diagnostics Corp.

***We are a company, run by a raving lunatic,***

Show some proof of this, any proof. The first proof.

---

Rpt Seq: 926 Board Seq: 87523  Date: 6/29/2020 5:48:50 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156602310
By: plutoniumimplosion      Status: Public
To: RealPainkiller      In Reply To: 156601444      Board: Decision Diagnostics Corp.

S'what I thought. No proof. None whatsoever.

---

Rpt Seq: 927 Board Seq: 87534  Date: 6/29/2020 7:35:37 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156603795
By: plutoniumimplosion      Status: Hidden
To: pumper_stumper      In Reply To: 156603747      Board: Decision Diagnostics Corp.

***No amount of pink sheet logic is going to change that!***

DOJ-BERMAN-R_0000308894

So your recommendation, the recommendation of a person with no skin in the game, is to give up? Or is it to change captains?

---

Rpt Seq: 928 Board Seq: 87536   Date: 6/29/2020 8:55:11 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156604813
By: plutoniumimplosion   Status: Public
To: RealPainkiller   In Reply To: 156603548   Board: Decision Diagnostics Corp.

**Berman is just about Busted..LMAO**

Show some proof, any proof. The first proof. Thank you.

---

Rpt Seq: 929 Board Seq: 87563   Date: 6/30/2020 11:41:20 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156617520
By: plutoniumimplosion   Status: Public
To: RealPainkiller   In Reply To: 156616689   Board: Decision Diagnostics Corp.

**FINRA will shut this SCAM down IMO.**

Please provide proof that FINRA, a regulator of brokers, has the authority to shut down anything or anyone that isn't a broker or brokerage. Thank you.

---

Rpt Seq: 930 Board Seq: 87575   Date: 6/30/2020 12:52:08 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156620211
By: plutoniumimplosion   Status: Public
To: lucky.mydog   In Reply To: 156617590   Board: Decision Diagnostics Corp.

**finra deletes tickers regularly.**

Yes, post-merger, symbol change, lack of any type of filings.

---

Rpt Seq: 931 Board Seq: 87820   Date: 7/3/2020 10:39:04 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156689539
By: plutoniumimplosion   Status: Public
To: goodthings   In Reply To: 156689484   Board: Decision Diagnostics Corp.

**No EUA to DECN Test kits because of the stupid technology for COVID-19.**

Truth? No opinions and conjecture. Please provide facts. Any fact.

---

Rpt Seq: 932 Board Seq: 87830   Date: 7/3/2020 2:20:48 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156691666
By: plutoniumimplosion   Status: Public
To: rawman   In Reply To: 156690993   Board: Decision Diagnostics Corp.

**DECN is doing nothing on behalf of "humanity"! CEO Keith Berman is solely focused on selling DECN shares and pumping the share price!**

Please provide proof, any proof that details Berman's intent.

---

Rpt Seq: 933 Board Seq: 87836   Date: 7/3/2020 4:36:21 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156692832
By: plutoniumimplosion   Status: Public
To: RealPainkiller   In Reply To: 156692367   Board: Decision Diagnostics Corp.

**The SEC and FBI are all over that one.**

And your proof? Any proof?

---

Rpt Seq: 934 Board Seq: 87837   Date: 7/3/2020 4:36:55 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156692839
By: plutoniumimplosion   Status: Public
To: Jelly Bean   In Reply To: 156692272   Board: Decision Diagnostics Corp.

of course

---

Rpt Seq: 935 Board Seq: 87879   Date: 7/5/2020 9:33:03 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156702894
By: plutoniumimplosion   Status: Hidden
To: IPwatcher   In Reply To: 156702701   Board: Decision Diagnostics Corp.

**- blood samples are routinely taken from Covid patients. Healthcare workers in PPE do this all the time. Its their job. This obstacle is far from insurmountable. I would go so far as to say it is 'routine'. DECN does not have to 'hire' anyone. They partner with a treatment centre. Who take the necessary precautions.**

And you know this for a fact? And you know that FDA will accept data if done in the manner you claim. And you know this because perhaps you were on company CCs with the FDA or the company's clinical trials organization that is currently working on three Covid projects and is in constant contact with the FDA? Please provide proof. Any proof. I will wait.

---

Rpt Seq: 936 Board Seq: 87886   Date: 7/5/2020 10:08:09 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156703069
By: plutoniumimplosion   Status: Public
To: pumper_stumper   In Reply To: 156702995   Board: Decision Diagnostics Corp.

**There are about 8 of us here with pretty much the same opinion.**

And there are thousands who think differently.

---

DOJ-BERMAN-R_0000308895

Rpt Seq: 937 Board Seq: 87941  Date: 7/5/2020 9:29:53 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156707777
By: plutoniumimplosion            Status: Public
To: mugsy4900                     In Reply To: 156707452     Board: Decision Diagnostics Corp.

**Hey Berman your bagholders would like an update or anything about what`s happening!!**

Seems like a perfect call the company time for you. Let us know what they tell you.

---

Rpt Seq: 938 Board Seq: 88014  Date: 7/6/2020 6:33:17 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156727819
By: plutoniumimplosion            Status: Public
To: pumper_stumper                In Reply To: 156727680     Board: Decision Diagnostics Corp.

**America needs a non working, not tested, non developed DECN Covid-19 test as much as Berman needs another ham sandwich...**

And yet, tomorrow Mr. Berman will awaken and still be the only CEO of DECN working on behalf of shareholders.

---

Rpt Seq: 939 Board Seq: 88016  Date: 7/6/2020 6:45:25 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156728017
By: plutoniumimplosion            Status: Hidden
To: Johnny_C                      In Reply To: 156727982     Board: Decision Diagnostics Corp.

And all that explains why you aren't a DECN shareholder, but there are thousands and thousands of others who are.

---

Rpt Seq: 940 Board Seq: 88074  Date: 7/7/2020 6:19:32 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156752859
By: plutoniumimplosion            Status: Public
To: lucky.mydog                   In Reply To: 156752827     Board: Decision Diagnostics Corp.

A big nothing burger, and even if you take a bite you realize it is fake meat.

---

Rpt Seq: 941 Board Seq: 88080  Date: 7/7/2020 6:31:01 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156753040
By: plutoniumimplosion            Status: Public
To: lucky.mydog                   In Reply To: 156752978     Board: Decision Diagnostics Corp.

**the suspension will stand.**

Is that an opinion or a fact? DECN has one more crack at this, and there is much more low hanging fruit now that the SEC has chosen to ignore in total its own opening brief.

---

Rpt Seq: 942 Board Seq: 88091  Date: 7/7/2020 7:37:40 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156753933
By: plutoniumimplosion            Status: Public
To: Johnny_C                      In Reply To: 156753379     Board: Decision Diagnostics Corp.

**This is the best, no outsiders communicated with the SEC prior to the suspension. LMFAO I was right again. A FINRA referral!**

And DECN has a right to see that referral. Also, DECN never said there was a conspiracy prior to April 23.

Was wasn't Perkin's opening argument Declaration of May 20 not mentioned. Not once, not even a reference.

Seems to me that those who think this is the end of the line for DECN are wrong again.

---

Rpt Seq: 943 Board Seq: 88092  Date: 7/7/2020 7:40:23 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156753959
By: plutoniumimplosion            Status: Public
To: Johnny_C                      In Reply To: 156753379     Board: Decision Diagnostics Corp.

**_CONCLUSION_**

**As discussed above, the Commission's opinion that the public interest and the protection of investors required suspension of trading in DECN's securities was the right decision and remains the right decision. Accordingly, the Petition should be denied.**

Pretty weak huh?

---

Rpt Seq: 944 Board Seq: 88151  Date: 7/8/2020 10:42:52 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156763689
By: plutoniumimplosion            Status: Public
To: rawman                        In Reply To: 156763326     Board: Decision Diagnostics Corp.

**WHAT A JOKE! DECN has NO MONEY to fund kit production and finished inventory! Even if the $10,000,000 line-of-credit were real, it would only fund maybe 3 million kits. What happens when the $10 million is gone and DECN is waiting for its purported distributor(s) to pay the invoices? DECN's current receivables turn is almost 180 DAYS, i.e. 1/2 of a year!**

Why would this matter if the FDA will never authorize the product, the SEC will shut the company down, Berman is going to be lead off cuffed and is going to jail.

In my humble opinion the SEC filing was a big letdown.

---

Rpt Seq: 945 Board Seq: 88204  Date: 7/8/2020 1:18:23 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156770055
By: plutoniumimplosion            Status: Public
To: cvinvestor                    In Reply To: 156767284     Board: Decision Diagnostics Corp.

DOJ-BERMAN-R_0000308896