*One last interesting note for today. The SEC filing states that the SEC did not have any of the third party information before them (slides, msg board posters etc.) at the time of the suspension, yet many posted about being in contact or writing to the SEC against DECN, so someone isn't telling the truth in that regard.*

A play on words. The SEC attempting to change the subject. The Perkins May 20, 2020 opening arguments Declaration under oath (already in the record and as everyone knows, in a legal matter, documents always speak for themselves), claimed all sorts of Berman and DECN conspiracies, which DECN rightly refuted in their June 17, 2020 brief, and in the Shareholder Letter #1, that Perkins could not have known about prior to April 23, the date of the suspension. That brief baked into this cake a big fat SEC conspiracy.

The SEC author of the July 1 brief, Attorney Misler, is attempting (and IMO will not succeed) to extricate the SEC from a conspiracy of their own making brought on by the ridiculous claims Perkins made on May 20 in the SEC opening brief. If it is true that the SEC acted solely on the referral from FINRA dated March 18, and by taking this referral, that's all they needed, as Misler claims, then why did they then take 3 hours of testimony from Berman some weeks later, any why did they wait over a month to suspend DECN, and why did Perkins write a 30+ point Opening Argument on May 30.

IMO, the SEC cannot put the genie back in the bottle.

---

Rpt Seq: 946 Board Seq: 88215   Date: 7/8/2020 1:44:46 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156770998
By: plutoniumimplosion       Status: Public
To: rawman                   In Reply To: 156770350       Board: Decision Diagnostics Corp.

In over 30 years the SEC has never lost a Form 550 appeal. But I am betting that this time they are confronted with issues that they may not have dealt with previously.

---

Rpt Seq: 947 Board Seq: 88223   Date: 7/8/2020 2:21:28 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156772327
By: plutoniumimplosion       Status: Public
To: Jelly Bean               In Reply To: 156771476       Board: Decision Diagnostics Corp.

*Show some proof. berman hasnt presented one good argument yet. He looked stupid in his response.*

I believe the SEC took Berman's allegations as serous as a heart attack.

---

Rpt Seq: 948 Board Seq: 88244   Date: 7/8/2020 4:54:22 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156777554
By: plutoniumimplosion       Status: Public
To: rawman                   In Reply To: 156777301       Board: Decision Diagnostics Corp.

*The SEC is dealing with a narcissistic CEO, who is an arrogant charlatan suffering from an other worldly god-complex! In can guarantee the SEC doesn't deal with this circumstance every day!*

Oh, how well do you know Mr. Berman.

---

Rpt Seq: 949 Board Seq: 88259   Date: 7/8/2020 8:45:39 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156781034
By: plutoniumimplosion       Status: Public
To: pumper_stumper           In Reply To: 156780868       Board: Decision Diagnostics Corp.

*This is beyond pathetic, that 2-3 months later since we was talking about submitting tests to the FDA, he is still EXPECTING to come to an agreement on testing...based on "Newly revised protocols" and that is from early May.*

Nope from July 1.

---

Rpt Seq: 950 Board Seq: 88273   Date: 7/9/2020 8:50:25 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156786084
By: plutoniumimplosion       Status: Public
To: Johnny_C                 In Reply To: 156784328       Board: Decision Diagnostics Corp.

*Maybe it was deemed "perfected" by the same crew of characters that purportedly validated the GenViro device that did not exist at the time for corona virus. I have always thought at the time Berman validated GenViro by a couple drunks in a Korean bar to hang upside down in a tree while smoking weed.*

Show some proof, any proof.

---

Rpt Seq: 951 Board Seq: 88308   Date: 7/9/2020 6:10:10 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156805392
By: plutoniumimplosion       Status: Public
To: Jelly Bean               In Reply To: 156804653       Board: Decision Diagnostics Corp.


*berman and his cronies were able to dump 2 mil more stock on the open market at .29 (580K).*

Proof? Any proof.

---

Rpt Seq: 952 Board Seq: 88319   Date: 7/9/2020 8:33:00 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156807346
By: plutoniumimplosion       Status: Public
To: Johnny_C                 In Reply To: 156807114       Board: Decision Diagnostics Corp.

Let's not forget

---

Rpt Seq: 953 Board Seq: 88400   Date: 7/10/2020 1:54:05 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156824602
By: plutoniumimplosion       Status: Hidden

DOJ-BERMAN-R_0000308897

To: rawman                    In Reply To: 156823604      Board: Decision Diagnostics Corp.

**given Berman's pivot to sampling saliva before a blood test has even been subjected to a suitable testing protocol.**

That's written into the news release. Perhaps reading past the titles would help.

---

Rpt Seq: 954 Board Seq: 88425  Date: 7/10/2020 5:06:02 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156831896
By: plutoniumimplosion        Status: Public
To: rawman                    In Reply To: 156831396      Board: Decision Diagnostics Corp.

**IMO, CEO Keith Berman is a far less than credible scumbag, who seems to have made a living by preying off of unsuspecting naive investors for at least 25 years!**

Proof please. Any proof.

---

Rpt Seq: 955 Board Seq: 88460  Date: 7/11/2020 9:36:53 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156838350
By: plutoniumimplosion        Status: Hidden
To: timetravelerdos           In Reply To: 156838306      Board: Decision Diagnostics Corp.

**WE can ALL Really agree Nobody is pulling for failure when it comes to saving a Life. Enjoy !**

I am not sure everyone agrees with that. I wish they did though. As my mother used to say, "you can't change human nature."

---

Rpt Seq: 956 Board Seq: 88481  Date: 7/11/2020 8:31:31 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156844542
By: plutoniumimplosion        Status: Public
To: RealPainkiller            In Reply To: 156844235      Board: Decision Diagnostics Corp.

Seems like a great company to buy stock in.

---

Rpt Seq: 957 Board Seq: 88655  Date: 7/15/2020 7:59:24 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156913609
By: plutoniumimplosion        Status: Public
To: IPwatcher                 In Reply To: 156913059      Board: Decision Diagnostics Corp.

**And there is PLENTY of robust evidence being presented hereabouts that this is a scam**

I have yet to review any evidence from this message board. Kindly post some please.

---

Rpt Seq: 958 Board Seq: 88910  Date: 7/17/2020 5:40:15 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=156989443
By: plutoniumimplosion        Status: Public
To: pumper_stumper            In Reply To: 156988968      Board: Decision Diagnostics Corp.

**Dear Lord, please don't make us wait months to hear back on this slam dunk case!**

Isn't "slam dunk" wishful thinking?

---

Rpt Seq: 959 Board Seq: 88979  Date: 7/19/2020 10:35:25 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157003699
By: plutoniumimplosion        Status: Public
To: pumper_stumper            In Reply To: 157003616      Board: Decision Diagnostics Corp.

**"speculation is that CEO Keith Berman is somehow personally participating the debt conversion windfall, which is several million dollars,"**

Let's see some proof. Speculation or not, self-dealing is a crime and when you accuse someone of a crime, show some proof. Thank you.

---

Rpt Seq: 960 Board Seq: 88981  Date: 7/19/2020 10:51:23 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157003823
By: plutoniumimplosion        Status: Public
To: pumper_stumper            In Reply To: 157003736      Board: Decision Diagnostics Corp.

**While your at it, exactly how many shares does this raving lunatic CEO own? And when was the last date he purchased a single share. Thank you**

A perfect call the company moment.

---

Rpt Seq: 961 Board Seq: 88997  Date: 7/19/2020 2:21:13 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157005776
By: plutoniumimplosion        Status: Public
To: Raffis                    In Reply To: 157004458      Board: Decision Diagnostics Corp.

**BERMAN IS TRYING TO HURT THE COMPANY FOR SOME REASON.**

Where is your proof. Any proof. Please provide it.

---

Rpt Seq: 962 Board Seq: 89143  Date: 7/21/2020 8:47:07 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157039587
By: plutoniumimplosion        Status: Public
To: Johnny_C                  In Reply To: 157039443      Board: Decision Diagnostics Corp.

**Doesn't look like Bozo Berman is going to do the tests the FDA wants him to do for the blood GenViro.**

Is there proof behind this statement? If there is please provide this proof. Thank you.

DOJ-BERMAN-R_0000308898

Rpt Seq: 963 Board Seq: 89145  Date: 7/21/2020 9:24:00 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157040708
By: plutoniumimplosion         Status: Public
To: Johnny_C                   In Reply To: 157040315       Board: Decision Diagnostics Corp.

**How would I have proof**

Precisely. When claims of lies, criminality, and other big claims are made, proof is required. It only makes sense. Certainly there is proof. Please provide it.

Rpt Seq: 964 Board Seq: 89156  Date: 7/21/2020 11:10:36 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157046059
By: plutoniumimplosion         Status: Public
To: Raffis                     In Reply To: 157041790       Board: Decision Diagnostics Corp.

**VOTE TO HAVE KEITH BERMAN REMOVED FROM THE COMPANY.**

And replaced with who? And by the way you need to own shares or else you are ineligible to vote.

Rpt Seq: 965 Board Seq: 89157  Date: 7/21/2020 11:12:31 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157046139
By: plutoniumimplosion         Status: Public
To: rawman                     In Reply To: 157042701       Board: Decision Diagnostics Corp.

*FYI, the blood test will NEVER be granted an EUA for diagnosing an active COVID-19 infection and CEO Keith Berman knows it!*

The only place I have seen this type of statement is here. If this is true then why hasn't the FDA stated this?

Rpt Seq: 966 Board Seq: 89171  Date: 7/21/2020 12:44:19 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157050068
By: plutoniumimplosion         Status: Public
To: rawman                     In Reply To: 157047086       Board: Decision Diagnostics Corp.

*The kit does not and cannot work, but, like all of Berman's other "non-disclosurers", he has chosen to hide it from the investors!*

Definitive statements require proof. If the above is an opinion then please say so. Otherwise please provide proof.

Rpt Seq: 967 Board Seq: 89197  Date: 7/21/2020 2:54:55 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157054995
By: plutoniumimplosion         Status: Public
To: pumper_stumper             In Reply To: 157054736       Board: Decision Diagnostics Corp.

*\*\*\*\* CAN YOU ASK BOZO BERMAN \*\*\*\*\*\* what happened to the "few congressmen" that were supposedly pushing for this scam of a company's test to be approved? Somehow, someway, not a single congressman has made a single statement in the 3 months since Bozo Berman claimed this was happening.*

Sounds like a call the company moment.

Rpt Seq: 968 Board Seq: 89242  Date: 7/22/2020 9:30:53 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157069511
By: plutoniumimplosion         Status: Public
To: Johnny_C                   In Reply To: 157066886       Board: Decision Diagnostics Corp.

*600 million doses is enough for just about every US citizen to get the initial and booster dose.*

And what if this vaccine is 40-50% effective (at best) like annual flu vaccines, which is still great. Will that mean that all of the PCR based Covid-19 tests are still needed. And TAUG that currently has nothing, and its stock price shows this, comes on the market without delay because they are just the best, greatest management ever, and is immediately accepted, but the DECN test will be the only one frozen from the market? Enlighten me please.

Rpt Seq: 969 Board Seq: 89298  Date: 7/22/2020 7:26:12 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157089881
By: plutoniumimplosion         Status: Public
To: jimbob4                    In Reply To: 157089586       Board: Decision Diagnostics Corp.

It is a scam and if you need to be convinced, check here first.

Rpt Seq: 970 Board Seq: 89332  Date: 7/23/2020 12:14:47 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157105166
By: plutoniumimplosion         Status: Public
To: RealPainkiller             In Reply To: 157104509       Board: Decision Diagnostics Corp.

*And the answer is no. This SCAM is toast..next..*

Please provide proof, any proof that this is true. Thank you.

Rpt Seq: 971 Board Seq: 89335  Date: 7/23/2020 12:37:01 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157106039
By: plutoniumimplosion         Status: Public
To: IPwatcher                  In Reply To: 157104605       Board: Decision Diagnostics Corp.

*(There are 2 normally much longer formal stages of development between feasibility and launch! Just saying).*

Please provide proof of expertise in these areas. Any proof of expertise. Thank you.

DOJ-BERMAN-R_0000308899

Rpt Seq: 972 Board Seq: 89378   Date: 7/23/2020 3:21:41 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157112173
By: plutoniumimplosion   Status: Public
To: Raffis   In Reply To: 157111606   Board: Decision Diagnostics Corp.

**BERMAN CLEARLY LIED IN ALL PRESS RELEASES.**

Show your proof. Any proof. Thank you.

---

Rpt Seq: 973 Board Seq: 89415   Date: 7/24/2020 9:01:13 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157124802
By: plutoniumimplosion   Status: Public
To: Raffis   In Reply To: 157124092   Board: Decision Diagnostics Corp.

**BERMAN COMPLETELY CONTRADICTS HIMSELF. THERE IS NO DOUBT THAT HIS LEVEL OF ARROGANCE ALSO SABOTAGES HIMSELF.**

Should shareholders consider youf as a good replacement CEO for Mr. Berman?

---

Rpt Seq: 974 Board Seq: 89432   Date: 7/24/2020 12:39:37 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157134675
By: plutoniumimplosion   Status: Public
To: Hopefull17   In Reply To: 157133642   Board: Decision Diagnostics Corp.

You have DECN mixed up with the Chinese companies who make faulty kits

---

Rpt Seq: 975 Board Seq: 89444   Date: 7/24/2020 2:24:47 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157138778
By: plutoniumimplosion   Status: Public
To: Hopefull17   In Reply To: 157138716   Board: Decision Diagnostics Corp.

**How about a product insert for the international packaging? How about a picture of the international box?**

Another call the company moment.

---

Rpt Seq: 976 Board Seq: 89566   Date: 7/27/2020 2:49:14 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157184094
By: plutoniumimplosion   Status: Public
To: pumper_stumper   In Reply To: 157182352   Board: Decision Diagnostics Corp.

**the SEC has moved forward and filed a damning a case against DECN, seeking financial damages, for among other things, their documented misleading PRs and claims.**

**The SEC has also gone onto say that other findings against the company will be made public soon.**

Please provide proof that the SEC has filed a "damning" case, or any case for that matter. The SEC files cases in the U.S. District Courts. Certainly there is proof of this. Also, please provide proof that the SEC is seeking monetary damages. And finally please provide proof that the SEC has stated that these phantom charges will be made public soon. Did they file their phantom charges under seal because otherwise SEC court actions are in the public record the moment they are filed. Proof, any proof. Is there any?

Below is a link to the SEC law suit filings. Please show us where DECN is mentioned.

https://www.sec.gov/litigation/litreleases.shtml

---

Rpt Seq: 977 Board Seq: 89571   Date: 7/27/2020 3:28:09 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157185419
By: plutoniumimplosion   Status: Public
To: pumper_stumper   In Reply To: 157184844   Board: Decision Diagnostics Corp.

**If you note, mine is based on real facts, vs the other purely fictional pink sheet dream story!**

That's why I keep asking for these facts. Certainly you have them.

---

Rpt Seq: 978 Board Seq: 89603   Date: 7/28/2020 8:15:23 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157196497
By: plutoniumimplosion   Status: Public
To: goodthings   In Reply To: 157194410   Board: Decision Diagnostics Corp.

**CEO Keith Berman is a recognized crook full of lies and hypocrisy except for his breathing.**

If you would be so kind, now that it is claimed that Mr. Berman is a crook, and ruins lives to boot, then certainly you can show some proof. Proof, any proof.

---

Rpt Seq: 979 Board Seq: 89629   Date: 7/28/2020 3:57:36 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157214380
By: plutoniumimplosion   Status: Hidden
To: goodthings   In Reply To: 157209672   Board: Decision Diagnostics Corp.

**"Be wise, good-hearted, and beautiful."**

A great credo. Should be followed by everyone, including its author.

---

DOJ-BERMAN-R_0000308900

Rpt Seq: 980 Board Seq: 89672  Date: 7/29/2020 11:18:35 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157231812
By: plutoniumimplosion           Status: Public
To: Raffis                       In Reply To: 157231752         Board: Decision Diagnostics Corp.

**GENVIRO IS A NOT AVAILABLE COVID-19 TEST.**

And the point? Please provide one. Thank you.

---

Rpt Seq: 981 Board Seq: 89697  Date: 7/29/2020 1:11:49 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157236514
By: plutoniumimplosion           Status: Hidden
To: suny66                       In Reply To: 157234480         Board: Decision Diagnostics Corp.

**I thought you were bullish on DECN. What made you change??**

The company would not hire him and give him a professional position.

---

Rpt Seq: 982 Board Seq: 89776  Date: 7/30/2020 12:35:43 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157263348
By: plutoniumimplosion           Status: Public
To: DoubleHellix76               In Reply To: 157262282         Board: Decision Diagnostics Corp.

**I am gonna had the obvious, with KB bring the test kits to the US for the final FDA guidelines, gives him a leg up on everyone else in the game. He knew of the conditions before the FDA published them.**

KB certainly knew what the FDA would be asking far better than, for example, TAUG does. He knew there would be a demand for Flex testing and the ridiculous risk analyses (because that's what the bureaucrats love these days), and he knew that in addition to the specificity and sensitivity testing required for Covid testing products, that the FDA would require a donor study to determine whether the users are able, with a minimum of written instruction, to actually use the kit.

He also believed that in a EUA application the FDA would want, he figured, 40-60 donors. Turns out the FDA wants a minimum of 100, which is the ISO guideline for for what ISO calls accuracy testing. I would bet that the FDA bureaucrats who were charged with writing this new "at-home" guidance wanted a 350 patient donor study because that's what they wrote into their 2016 guidance for diabetic products (adopted in 2018, which are 100% for at home use), -- which is ridiculous and very much like the FDA.

But all in all, and I expect to be corrected, this new FDA "at home" guidance is expected to weed out most of the applicants, I would guess between 60-80% of them. That's what happened in the blood glucose market. Innovation, except for a handful of companies and the Chinese, has been crushed. Nonetheless DECN has a leg up. IMO.

---

Rpt Seq: 983 Board Seq: 89785  Date: 7/30/2020 1:15:18 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157264841
By: plutoniumimplosion           Status: Public
To: DoubleHellix76               In Reply To: 157264192         Board: Decision Diagnostics Corp.

My crystal ball is a bit foggy at the moment because the FDA does inexplicable things, but I would be surprised to see an at home Antibody test kit because those kits involve using a pipette at several steps and I just cannot see an at home user acting like a lab tech.

Also, I cannot visualize an at-home user making use of a PCR based test because the PCR swab would require some sort of machine to cook the goods and then measure them. Abbott charges $495.00 for their machine and machines are not reimbursable.

So, it leaves either the at-home test collection kits, a nose swab, and then waiting 4-5 days for a result, or a saliva method.

But as I have read on this board DECN has no saliva test, will never have a saliva test or any test, and is a total fraud. So go figure.

---

Rpt Seq: 984 Board Seq: 89803  Date: 7/30/2020 3:03:00 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157268822
By: plutoniumimplosion           Status: Public
To: goodthings                   In Reply To: 157265477         Board: Decision Diagnostics Corp.

**Have you ever seen the Acknowledgement Letter that DECN received from FDA???**

Have you reviewed the filings in the company's SEC matter? It's right there. Except some claim those letters are forgeries.

---

Rpt Seq: 985 Board Seq: 89805  Date: 7/30/2020 3:15:09 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157269311
By: plutoniumimplosion           Status: Public
To: pumper_stumper               In Reply To: 157268984         Board: Decision Diagnostics Corp.

**Now, suddenly they find out how little Berman had to do with it.**

How was this learned. Show the proof.

---

Rpt Seq: 986 Board Seq: 89813  Date: 7/30/2020 4:44:49 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157272520
By: plutoniumimplosion           Status: Public
To: pumper_stumper               In Reply To: 157271090         Board: Decision Diagnostics Corp.

**I smell a Berman PR about to be released in the next couple of days.**

If it happens then I can't to read it.

---

Rpt Seq: 987 Board Seq: 89868  Date: 7/31/2020 1:12:06 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157292139
By: plutoniumimplosion           Status: Public

DOJ-BERMAN-R_0000308901

To: Jelly Bean | In Reply To: 157291413 | Board: Decision Diagnostics Corp.

*Also, I see elsewhere it is being "parroted" that the FDA is changing the game on DECN yet again and timelines are getting moved out to September now. This is the perfect scenario for berman. This is what he does. Create a boogeyman and play the victim while actually doing nothing. He has no test kit. All he has is a theory on the back of a used piece of toilet paper.*

Show some proof please. Any proof.

---

Rpt Seq: 988 Board Seq: 89869  Date: 7/31/2020 1:13:27 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157292185
By: plutoniumimplosion | Status: Public
To: Jelly Bean | In Reply To: 157291873 | Board: Decision Diagnostics Corp.

*I've also read here that the company has written off debts to others, at the expense of the company, without explaining it adequately, to shareholders.*

Well that's a problem. It was read here and only here.

---

Rpt Seq: 989 Board Seq: 89938  Date: 8/1/2020 1:33:17 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157309242
By: plutoniumimplosion | Status: Hidden
To: rawman | In Reply To: 157302917 | Board: Decision Diagnostics Corp.

*IS THAT WHAT IS MEANT BY "GROUNDBREAKING?*

And during that entire period of time you spent posts on another message board. And now you are our expert.

---

Rpt Seq: 990 Board Seq: 89981  Date: 8/3/2020 9:34:30 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157328848
By: plutoniumimplosion | Status: Public
To: pumper_stumper | In Reply To: 157328096 | Board: Decision Diagnostics Corp.

*So, the pink sheet assumption is, that the only possible result of the "feasibility tests", and "clinical trails" is that the DECN tests pass the tests fine, correct?*

It is impossible to answer a negative. Let's wait for these tests to be completed, unless the contention is again that there is no product to test.

---

Rpt Seq: 991 Board Seq: 90031  Date: 8/3/2020 2:49:08 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157341472
By: plutoniumimplosion | Status: Public
To: pumper_stumper | In Reply To: 157332463 | Board: Decision Diagnostics Corp.

*SEC? Misleading again! Bozo refers to a P-EUA as an EUA!*

And that is 100% correct. Manufacturers do not file PEUA applications, they file EUA applications.

---

Rpt Seq: 992 Board Seq: 90048  Date: 8/3/2020 4:45:21 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157345927
By: plutoniumimplosion | Status: Public
To: rawman | In Reply To: 157345433 | Board: Decision Diagnostics Corp.

*What were the sensitivity and specificity test result percentages?*

This is the perfect call the company moment.

---

Rpt Seq: 993 Board Seq: 90087  Date: 8/3/2020 11:23:25 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157351543
By: plutoniumimplosion | Status: Public
To: goodthings | In Reply To: 157350951 | Board: Decision Diagnostics Corp.

*Berman's top priority is to find the institute in order to complete FDA-mandated performance testing in the United States and submit the results.*

This is total news to me. I thought DECN did not have a product, not even a bad one. I thought DECN had not filed two applications with the FDA, no applications and no PEUA letters and therefore no need to test.

Which is it. This gives me a headache.

---

Rpt Seq: 994 Board Seq: 90172  Date: 8/4/2020 9:38:28 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157378677
By: plutoniumimplosion | Status: Public
To: pumper_stumper | In Reply To: 157375863 | Board: Decision Diagnostics Corp.

*BERMAN CLEARLY LIED IN ALL PRESS RELEASES.*

Clearly, huh? Where is your proof? Any proof.

---

Rpt Seq: 995 Board Seq: 90174  Date: 8/4/2020 11:14:10 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157379779
By: plutoniumimplosion | Status: Public
To: RealPainkiller | In Reply To: 157378833 | Board: Decision Diagnostics Corp.

*That came from your buddy Raffis.*

Raffis didn't write that post. Whoever write the post owns it. The owner might show some proof. Any proof.

---

DOJ-BERMAN-R_0000308902

Rpt Seq: 996 Board Seq: 90192 Date: 8/5/2020 10:54:36 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157388984
By: plutoniumimplosion   Status: Hidden
To: rawman   In Reply To: 157388916   Board: Decision Diagnostics Corp.

*A COVID-19 TEST KIT, WHICH DOES NOT WORK, LIKE THE GENVIRO! SWIFT KIT, WILL NEVER BE "APPROVED" AND WILL NEVER BE GRANTED A CE MARK!*

That is an opinion. Please show some proof as well as credentials to make these claims.

---

Rpt Seq: 997 Board Seq: 90296 Date: 8/6/2020 3:28:43 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157431785
By: plutoniumimplosion   Status: Public
To: Jelly Bean   In Reply To: 157427269   Board: Decision Diagnostics Corp.

*This is happening because berman is pumping shares and gullible investors are paying unsustainable prices driving up the cost per share.*

Zero proof given. What if he isn't?

---

Rpt Seq: 998 Board Seq: 90301 Date: 8/6/2020 4:40:32 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157434655
By: plutoniumimplosion   Status: Public
To: goodthings   In Reply To: 157434152   Board: Decision Diagnostics Corp.

*If CEO Berman stop deceiving people via PRs and interviews, then I will stop.*

Please provide proof of this deceiving. Real proof. Or any proof. Thank you.

---

Rpt Seq: 999 Board Seq: 90314 Date: 8/6/2020 6:58:52 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157437356
By: plutoniumimplosion   Status: Hidden
To: pumper_stumper   In Reply To: 157436706   Board: Decision Diagnostics Corp.

*This idea that a law firm (Duval) won't do business with a company unless they do "due diligence" on the product, is simply unheard of up to now.*

Please state that again and next time get someone to help you that knows something about the FDA. Accuracy is important. Thank you.

---

Rpt Seq: 1000 Board Seq: 90315 Date: 8/6/2020 7:01:29 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157437398
By: plutoniumimplosion   Status: Public
To: Raffis   In Reply To: 157123972   Board: Decision Diagnostics Corp.

*Berman, who alone drafted the press releases on behalf of DECN, stated or suggested in interviews with SEC investigators that he: knew that the company had no COVID-19 test kits; • had not seen any of DECN's prototype COVID-19 test kits; • had no idea how many test kits DECN could produce; • knew that the COVID-19 test kits would require component parts that were different from DECN's current diabetes products, which the company did not yet have and would need before any sales could be made.*

Keep these statements in mind.

---

Rpt Seq: 1001 Board Seq: 90319 Date: 8/6/2020 7:08:25 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157437504
By: plutoniumimplosion   Status: Public
To: rawman   In Reply To: 157437414   Board: Decision Diagnostics Corp.

*The test is not predicated on using DECN's impedance technology to detect antigens or antibodies! Impedance has no chance of working to detect COVID-19 in the early stages of an active infection!*

This has been stated over and over for weeks. And zero proof has been provided. Where is the proof? Any proof.

---

Rpt Seq: 1002 Board Seq: 90320 Date: 8/6/2020 7:10:16 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157437534
By: plutoniumimplosion   Status: Public
To: IPwatcher   In Reply To: 157437482   Board: Decision Diagnostics Corp.

*And that is why DECN will NEVER secure regulatory approval for Genviro!*

Proof. Any proof. An article, a link, a quote from a speech, an interview. Anything.

---

Rpt Seq: 1003 Board Seq: 90326 Date: 8/6/2020 7:25:34 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157437773
By: plutoniumimplosion   Status: Public
To: rawman   In Reply To: 157437739   Board: Decision Diagnostics Corp.

*It is the same Berman BULLSHIT 4 months later!*

I am still waiting for proof, not vulgar words. I will be here when this proof is provided, if there is any.

---

Rpt Seq: 1004 Board Seq: 90377 Date: 8/7/2020 5:17:08 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157466636
By: plutoniumimplosion   Status: Public
To: pumper_stumper   In Reply To: 157465879   Board: Decision Diagnostics Corp.

*And FYI they received another FDA authorization for a second Covid-19 test this week!*

DOJ-BERMAN-R_0000308903

Sounds like a great investment and a great message board to brag on.

---

Rpt Seq: 1005 Board Seq: 90400 Date: 8/8/2020 11:28:42 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157473757
By: plutoniumimplosion   Status: Public
To: Johnny_C   In Reply To: 157473505   Board: Decision Diagnostics Corp.

**This video would have not been seen by anyone if not put in a press release. Except of course for perhaps Berman's pals promoting it on stock boards**

Show the proof that Mr. Berman is behind any of this. There is always some sort of conspiracy alleged. Without any proof the news yesterday afternoon stands on it own, there is no conspiracy and never was, and the company release is only and last word.

I have an idea. If there is always some sort of Berman conspiracy, why don't the people who believe the conspiracies put out their own news releases?

---

Rpt Seq: 1006 Board Seq: 90489 Date: 8/10/2020 4:07:20 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157512822
By: plutoniumimplosion   Status: Public
To: Raffis   In Reply To: 157512761   Board: Decision Diagnostics Corp.

**VOTE FOR BERMAN'S REMOVAL FROM THE BIO AND ANY AFFILIATION WITH DECN OR PHARMA TECH SOLUTIONS.**

And vote for who instead?

---

Rpt Seq: 1007 Board Seq: 90491 Date: 8/10/2020 4:36:20 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157513705
By: plutoniumimplosion   Status: Public
To: rawman   In Reply To: 157513110   Board: Decision Diagnostics Corp.

**Unfortunately, the DECN Genviro! Swift Kit for both blood and saliva are NOT DESIGNED to be particularly ACCURATE! Fast false test results can lead to killing people, which is exactly why the FDA demands all COVID-19 diagnostic protocols conform to the clinical testing standards the FDA has established!**

And there has been a major change in the media and the technical media in the last 10 days to 2 weeks. Doctors, hospitals, first responders, nurses are now calling for screening tests which have become the rage.

---

Rpt Seq: 1008 Board Seq: 90505 Date: 8/11/2020 4:11:59 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157521433
By: plutoniumimplosion   Status: Public
To: Johnny_C   In Reply To: 157514455   Board: Decision Diagnostics Corp.

**Blah Blah Blah...What happened to that Bozo Berman mantra that GenViro was going to be more accurate than PCR tets. Sounds to me like you are groveling and whining for the FDA to reduce standards.**

Please provide proof, any proof that Mr. Berman made any of these claims. I can find nowhere where DECN or Mr. Berman said any of this. But hey, if you have the proof, then please provide it.

---

Rpt Seq: 1009 Board Seq: 90514 Date: 8/11/2020 9:22:42 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157525117
By: plutoniumimplosion   Status: Hidden
Board: Decision Diagnostics Corp.

Very interesting article for all of the wannabee clinical chemists and engineers that post here.

https://thehill.com/blogs/congress-blog/healthcare/511431-the-fda-must-clear-the-market-of-junk-antibody-tests-without

It's like I have posted many times, the FDA begged for these tests to be brought to market, begged for 60 days. This begging was done at the expense of other, more promising, methods that the FDA ignored or blew off. And now that there is carnage, where is the FDA? Crickets.

In my humble opinion these antibody tests are going to be in a race for worst commercial idea of the last decade along with the Russian Covid-19 vaccine.

---

Rpt Seq: 1010 Board Seq: 90515 Date: 8/11/2020 9:31:13 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157525483
By: plutoniumimplosion   Status: Public
Board: Decision Diagnostics Corp.

Very interesting article this morning.

https://thehill.com/blogs/congress-blog/healthcare/511431-the-fda-must-clear-the-market-of-junk-antibody-tests-without

It's like I have posted many times, the FDA begged for these tests to be brought to market, begged for 60 days. This begging was done at the expense of other, more promising, methods that the FDA ignored or blew off. And now that there is carnage, where is the FDA? Crickets.

In my humble opinion these antibody tests are going to be in a race for worst commercial idea of the last decade along with the Russian Covid-19 vaccine.

---

Rpt Seq: 1011 Board Seq: 90523 Date: 8/11/2020 10:39:03 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157529379
By: plutoniumimplosion   Status: Public
To: UP Trend   In Reply To: 157527786   Board: Decision Diagnostics Corp.

DOJ-BERMAN-R_0000308904

*Looks like FDa letter was a hint they got rejected again.*

Please provide the proof, any proof, that they have ever been rejected by the FDA.

---

Rpt Seq: 1012 Board Seq: 90652 Date: 8/13/2020 4:33:45 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157606093
By: plutoniumimplosion          Status: Public
To: rawman                      In Reply To: 157605380          Board: Decision Diagnostics Corp.

***There will be NO EUA for DECN! DECN HAS NOT even started the testing needed for the FDA to allow moving from the Pre-EUA status to an actual EUA review!***

Perhaps for the first time a little proof is necessary for us plebs. Any proof.

---

Rpt Seq: 1013 Board Seq: 90717 Date: 8/15/2020 6:15:15 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157649890
By: plutoniumimplosion          Status: Public
To: rawman                      In Reply To: 157649794          Board: Decision Diagnostics Corp.

***Minor correction. Berman is claiming a product will be available within the next "120 DAYS", which is actually mid-December!***

Please provide proof for this statement, any proof. Wasn't Mr. Berman speaking about the saliva method, the newest method? Also, the DECN writeup is for the quarter ending June 30, 2020. Please tell us what 120 days from June 30 is. And again provide any proof.

---

Rpt Seq: 1014 Board Seq: 90791 Date: 8/17/2020 4:30:18 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157682789
By: plutoniumimplosion          Status: Hidden
To: goodthings                  In Reply To: 157682713          Board: Decision Diagnostics Corp.

***This product design is not yet in the advanced development cycle (present tense) and the company (i.e. DECN) may shelve this product because the FDA has recently clamped down on applications for direct antibody/antigen methods due to a perceived lack of accuracy.***

Please state the point if there is one. Thank you.

---

Rpt Seq: 1015 Board Seq: 90803 Date: 8/17/2020 5:59:07 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157684460
By: plutoniumimplosion          Status: Public
To: goodthings                  In Reply To: 157684305          Board: Decision Diagnostics Corp.

***FDA did NOT even accepted DECN's Applications.***

Provide some proof please. Any proof.

---

Rpt Seq: 1016 Board Seq: 90809 Date: 8/17/2020 8:47:02 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157686876
By: plutoniumimplosion          Status: Public
To: pumper_stumper              In Reply To: 157684695          Board: Decision Diagnostics Corp.

***You confuse Pre-EUA applications with EUA applications.***

I for one am not confused. So perhaps you can post an example of both applications, a Pre-EUA application and an EUA application. I am very interested. The cover page will do. No need to post it all.

---

Rpt Seq: 1017 Board Seq: 90835 Date: 8/18/2020 6:55:24 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157714004
By: plutoniumimplosion          Status: Public
To: rawman                      In Reply To: 157713813          Board: Decision Diagnostics Corp.

Yes, but that was not the question. I would recommend that someone go to the FDA web site and download the links for a Pre-EUA application and an EUA application. That will certainly clean up the confusion, won't it?

---

Rpt Seq: 1018 Board Seq: 90844 Date: 8/19/2020 8:33:05 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157721099
By: plutoniumimplosion          Status: Public
To: goodthings                  In Reply To: 157719566          Board: Decision Diagnostics Corp.

***FYI, ALL other companies that obtained an EUA from the FDA had conducted primary or secondary clinical trials, (the so-called feasibility testing) of their COVID-19 tests and submitted the testing results to the FDA along with their Applications for EUA.***

Please provide your proof. I know the statement above to be untrue. Any proof.

---

Rpt Seq: 1019 Board Seq: 90846 Date: 8/19/2020 8:42:42 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157721326
By: plutoniumimplosion          Status: Public
To: goodthings                  In Reply To: 157721250          Board: Decision Diagnostics Corp.

***FDA requests an applicant to submit the results of clinical trials condected by a laboratory of the company's own choice.***

Nobody in the EUA process does clinical trials. They do testing. Diagnostics are not drugs. And the amount of testing required is much less for some methodologies (PCR) than others. This is why there is such criticism of the FDA for Covid-19, and a reason why innovation is almost gone even though the industry is less than 9 months old.

DOJ-BERMAN-R_0000308905

Also, please provide that proof of Pre-EUA and EUA FDA applications. I am certain these applications can be pulled from the FDA web site as these are official documents.

---

Rpt Seq: 1020 Board Seq: 90856 Date: 8/19/2020 10:23:33 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157725669
By: plutoniumimplosion          Status: Public
To: goodthings                  In Reply To: 157724982          Board: Decision Diagnostics Corp.

*I alredy prove that FDA did not even accept DECN's Applications for an EUA based on the August PRs and Quarterly Report on August 14.*

Then I strongly request that you read them again. But I will help you out here. There is no Pre-EUA application form. All application forms are titled EUA. And it is urban myth that the FDA did not accept DECN's EUA application. Of course they did.

---

Rpt Seq: 1021 Board Seq: 90858 Date: 8/19/2020 10:41:19 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157726594
By: plutoniumimplosion          Status: Public
To: IPwatcher                   In Reply To: 157726028          Board: Decision Diagnostics Corp.

Hmmmm... for months there have been claims, including again yesterday, that these DECN EUA applications to the FDA did not exist.

---

Rpt Seq: 1022 Board Seq: 90868 Date: 8/19/2020 11:53:03 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157729831
By: plutoniumimplosion          Status: Public
To: goodthings                  In Reply To: 157727682          Board: Decision Diagnostics Corp.

*(FACT) --- FDA DIDN'T EVEN accept DECN's Applications for an EUA.*

PROOF! Any proof.

---

Rpt Seq: 1023 Board Seq: 90870 Date: 8/19/2020 11:55:14 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157729926
By: plutoniumimplosion          Status: Public
To: Dick22                      In Reply To: 157729422          Board: Decision Diagnostics Corp.

*I thought the exact same thing with regards to all the investigations.*

How many investigations (plural) are there? Proof please of multiple investigations.

---

Rpt Seq: 1024 Board Seq: 90871 Date: 8/19/2020 11:58:49 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157730097
By: plutoniumimplosion          Status: Public
To: goodthings                  In Reply To: 157729875          Board: Decision Diagnostics Corp.

*plutoniumimplosion, your friend, CEO Berman did confess that DECN test kits are crappy in five months.*

*Really? Show the proof of this confession. Any proof. A quote, an article, a filing. Any proof.*

---

Rpt Seq: 1025 Board Seq: 90879 Date: 8/19/2020 1:18:18 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157733457
By: plutoniumimplosion          Status: Public
To: goodthings                  In Reply To: 157730920          Board: Decision Diagnostics Corp.

*(FACT) --- The FDA accepted the DECN's PRE-EUA application, but has FDA never accepted DECN's EUA applications.*

There are no Pre-EUA applications from the FDA. But here's last chance. Please post one if it is a (FACT). Proof, any proof.

---

Rpt Seq: 1026 Board Seq: 90891 Date: 8/19/2020 2:40:15 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157736842
By: plutoniumimplosion          Status: Public
To: goodthings                  In Reply To: 157729875          Board: Decision Diagnostics Corp.

*PLEASE don't keep spreading false information and don't lie. --- A few iHubbers and I have provided the proof based on this company's PRs, Quarterly Report and the DECN's Response to SEC that the FDA didn't accept this company's EUA Applications, but you have never offered the proof that the FDA did accept DECN's Applications for an EUA and keep saying the same "false information".*

Still waiting on proof, not opinion and not altered words. So please provide proof, any proof that the FDA has not accepted DECN's EUA application and/or that DECN only submitted a Pre-EUA application, something that doesn't exist. Let's get it right this time.

---

Rpt Seq: 1027 Board Seq: 90898 Date: 8/19/2020 4:05:50 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157740705
By: plutoniumimplosion          Status: Public
To: goodthings                  In Reply To: 157738806          Board: Decision Diagnostics Corp.

*The FDA is issuing warning letters to firms for selling fraudulent products with claims to prevent, treat, mitigate, diagnose or cure coronavirus disease 2019 (COVID-19).*

I think this is the wrong message board for this misinformation. Regardless, please provide proof that DECN is selling fraudulent products. Any proof.

---

Rpt Seq: 1028 Board Seq: 90904 Date: 8/19/2020 7:05:44 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157744273

DOJ-BERMAN-R_0000308906

By: plutoniumimplosion          Status: Public
To: goodthings          In Reply To: 157742112          Board: Decision Diagnostics Corp.

**plutoniumimplosion, you really don't understand even if others and I already explained to you.**

I am a pretty smart guy, and I have dealt with the FDA for 44 years.

---

Rpt Seq: 1029 Board Seq: 90927 Date: 8/20/2020 3:15:29 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157767580
By: plutoniumimplosion          Status: Public
To: ksviking12          In Reply To: 157765545          Board: Decision Diagnostics Corp.

**You can get a finger prick test with results in less than 10 minutes and a 97.2% igG sensitivity right in DECN's backyard**

That's an antibody test. It does not measure Covid in the blood, it measures whether Covid perhaps at one time was in the blood.

---

Rpt Seq: 1030 Board Seq: 90950 Date: 8/21/2020 11:44:58 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157787888
By: plutoniumimplosion          Status: Public
To: Zman20          In Reply To: 157786907          Board: Decision Diagnostics Corp.

**It's a testing result for Christ sake.**

Which is protected 7 ways from Sunday at the federal, state and local level.

---

Rpt Seq: 1031 Board Seq: 90985 Date: 8/25/2020 10:56:46 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157861165
By: plutoniumimplosion          Status: Public
To: Johnny_C          In Reply To: 157854555          Board: Decision Diagnostics Corp.

**But Nobel Prize fraud jackass Bozo Berman stated on March 18th GenViro was validated for corona virus.**

Please provide proof. Any proof. Saying something untrue over and over doesn't make it true. Proof please.

Oh and also, need I point out the Mr. Berman has never been to jail.

---

Rpt Seq: 1032 Board Seq: 91032 Date: 8/26/2020 2:40:56 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157900617
By: plutoniumimplosion          Status: Public
To: cvinvestor          In Reply To: 157892540          Board: Decision Diagnostics Corp.

**In other words, they never had a test kit that worked in the sense of giving FDA required results, which to me, at this point, is fraudulent and given these facts, the PRs of March and April were misleading at best.**

Opinion? If you are stating facts, please provide proof. Any proof.

---

Rpt Seq: 1033 Board Seq: 91036 Date: 8/26/2020 3:44:48 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157903037
By: plutoniumimplosion          Status: Public
To: goodthings          In Reply To: 157902036          Board: Decision Diagnostics Corp.

**That is, DECN test kits cannot detect infected samples, so this company's tests have false negatives ( i.e. low sensitivity).**

Those are definitive statements. So please provide proof. Any proof. By the way, all test kits have false negatives. Abbott's kit, for example, has either a 30% or a 50% false negative rate ... pick your number.

**Berman does know the test kits fall far short of the FDA standard, 90% sensitivity.**

Proof please. Any proof. Did you ask Mr. Berman. Did he write this anywhere? Actually in this case, credentials are needed in addition to proof.

---

Rpt Seq: 1034 Board Seq: 91041 Date: 8/26/2020 4:41:38 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157904945
By: plutoniumimplosion          Status: Public
To: goodthings          In Reply To: 157904862          Board: Decision Diagnostics Corp.

**Answer me WHY your friend CEO Berman asked the FDA to lower the sensitivity requirements which is the key to test kits??**

Show some proof that he did this. Not another post but documented proof. Any proof. I cannot wait to see it.

**According to the Quarterly Report of August 14, DECN Serology test kits are suspected to be false negatives and blah blah . . . . . . due to a perceived lack of accuracy.**

Show proof of this. Any proof. I believe his statement was, which is the FDA published statement as well, details the recalls of EUA for **antibody** tests. But please provide proof. Any proof.

---

Rpt Seq: 1035 Board Seq: 91123 Date: 8/28/2020 2:21:25 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157956586
By: plutoniumimplosion          Status: Public
To: Jelly Bean          In Reply To: 157956289          Board: Decision Diagnostics Corp.

**It is my opinion that berman never had any covid test for blood, spit or otherwise to submit to the FDA. He simply hijacked musho's paper, photoshoped a box/meter, submitted a tradmark application, squawked a couple of open letters and called it a day. Most of anything outside of this has been trader speculation to carry the torch for berman.**

DOJ-BERMAN-R_0000308907

Lotsa opinions. Show some proof. Any proof.

---

Rpt Seq: 1036 Board Seq: 91138 Date: 8/29/2020 9:58:40 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157969150
By: plutoniumimplosion          Status: Public
To: Johnny_C               In Reply To: 157968459     Board: Decision Diagnostics Corp.

*The FDA initiating an the EUA put a spotlight on how developed GenViro really was!*

Did DECN file an EAU application? Is the GenViro! a total fraud? Does it not exist?

---

Rpt Seq: 1037 Board Seq: 91140 Date: 8/29/2020 10:23:29 AM URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157969479
By: plutoniumimplosion          Status: Public
To: Johnny_C               In Reply To: 157969359     Board: Decision Diagnostics Corp.

Let me ask these questions again. They are not that difficult.

*Did DECN file an EAU application?* I have read here from numerous posters including yourself over 100 times that DECN did not/has not filed an EUA application. So have they filed an application for EUA, or not?

*Is the GenViro! a total fraud?* I have read here from numerous posters including yourself that GenViro! is a total fraud. So is GenViro! a total fraud or not?

*Does it not exist?* I have read here from numerous posters including yourself that GenViro! does not exist. So does GenViro! exist?

---

Rpt Seq: 1038 Board Seq: 91144 Date: 8/29/2020 1:47:17 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157971772
By: plutoniumimplosion          Status: Public
To: Johnny_C               In Reply To: 157970640     Board: Decision Diagnostics Corp.

*DECN CEO Berman has been publicly deceiving people about the COVID-19 test kits since March*

Show proof. Some proof. Any proof.

---

Rpt Seq: 1039 Board Seq: 91146 Date: 8/29/2020 1:54:21 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157971840
By: plutoniumimplosion          Status: Public
To: Johnny_C               In Reply To: 157970661     Board: Decision Diagnostics Corp.

*Why did Bozo Berman not refute that there was no prototype of GenViro when interviewed by the SEC?*

Perhaps because he was never asked the question.

---

Rpt Seq: 1040 Board Seq: 91163 Date: 8/31/2020 11:19:38 AM URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157995484
By: plutoniumimplosion          Status: Public
To: pumper_stumper            In Reply To: 157994738     Board: Decision Diagnostics Corp.

*and just like their "leading" diabetes products, that aren't covered by insurance in the USA, they will have to peddle their crap corona tests to some third world countries!*

This is misinformation. Perhaps you might call the company and ask.

---

Rpt Seq: 1041 Board Seq: 91166 Date: 8/31/2020 12:13:57 PM URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=157997847
By: plutoniumimplosion          Status: Public
To: pumper_stumper            In Reply To: 157996403     Board: Decision Diagnostics Corp.

Don't have to. The HCPCS code covers all FDA cleared test strips in one sentence using one code. Medicare, Medicaid and all of the Blue Cross plans, plus the biggies use this code. The code calls for a vial of 50 test strips, and obviously Medicare, Medicaid and many Blue Cross plans plus Walmart and Amazon do not think that GenUltimate is garbage. In fact the overwhelming number of people who rate the product think it is just great.

---

Rpt Seq: 1042 Board Seq: 91180 Date: 8/31/2020 5:51:39 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158008610
By: plutoniumimplosion          Status: Public
To: loanranger              In Reply To: 158008545     Board: Decision Diagnostics Corp.

Sounds to me like a perfect call the company moment.

---

Rpt Seq: 1043 Board Seq: 91219 Date: 9/1/2020 2:37:05 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158031975
By: plutoniumimplosion          Status: Public
To: pumper_stumper            In Reply To: 158030565     Board: Decision Diagnostics Corp.

*The idiot says that even now, they are still tinkering with the tests! How do you get something through any type of approval if it is still being worked on?*

Show some proof please. Any proof.

---

Rpt Seq: 1044 Board Seq: 91223 Date: 9/1/2020 3:23:45 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158033810

DOJ-BERMAN-R_0000308908

By: plutoniumimplosion          Status: Public
To: rawman                      In Reply To: 158033591     Board: Decision Diagnostics Corp.

*DECN's distributor will have to pursue a license to sell the kit in India and pretty much any other country in Asia. The licensing can be a costly endeavor. A CE Mark for Europe is not even on the radar. The EU medical device regulators are just as rigorous as the U.S. FDA in terms of the efficacy requirements!*

Show the proof. Any proof.

---

Rpt Seq: 1045 Board Seq: 91229 Date: 9/1/2020 4:14:48 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158035842
By: plutoniumimplosion          Status: Hidden
To: rawman                      In Reply To: 158035191     Board: Decision Diagnostics Corp.

*Hell! CEO Keith Berman doesn't even know!! Since Berman's "Secret Sauce" is yet to be finalized, the answer to the question is "NO 3rd PARTY TESTING AND/OR VALIDATION HAS BEEN DONE"!*

Show some proof. Tell us how this is known. Opinion and conjecture only gets you 10% of the way. Proof. Any proof.

---

Rpt Seq: 1046 Board Seq: 91231 Date: 9/1/2020 4:36:52 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158036396
By: plutoniumimplosion          Status: Public
To: rawman                      In Reply To: 158035191     Board: Decision Diagnostics Corp.

*Hell! CEO Keith Berman doesn't even know!! Since Berman's "Secret Sauce" is yet to be finalized, the answer to the question is "NO 3rd PARTY TESTING AND/OR VALIDATION HAS BEEN DONE"!*

Please show some proof. How is this known. Proof. Any proof. Thank you.

---

Rpt Seq: 1047 Board Seq: 91243 Date: 9/2/2020 12:47:18 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158056794
By: plutoniumimplosion          Status: Public
To: goodthings                  In Reply To: 158056100     Board: Decision Diagnostics Corp.

*Until today, No labs in both Korea and the US to test only 30 to 40 infected / positive samples*

Did the FDA change their EUA sampling requirements? Let us know please.

---

Rpt Seq: 1048 Board Seq: 91247 Date: 9/2/2020 1:32:49 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158058557
By: plutoniumimplosion          Status: Hidden
To: goodthings                  In Reply To: 158057480     Board: Decision Diagnostics Corp.

Sorry, but the copying of message board posts doesn't get to my question. The statement was labs in Korea do not do 30-40 sample testing. My question was, did the FDA change their EUA requirements. Did they?

---

Rpt Seq: 1049 Board Seq: 91252 Date: 9/2/2020 4:34:33 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158065588
By: plutoniumimplosion          Status: Public
To: goodthings                  In Reply To: 158062852     Board: Decision Diagnostics Corp.

Those are not the requirements I was looking to hear about. Your comment "laboratories in Korean do not test 30-40 samples." My comment, has the FDA changed their guidance? My last reading was that an EUA required the testing of 30 known positive samples, and 75 known negative samples. Has that changed leading to a change at Korean laboratories?

---

Rpt Seq: 1050 Board Seq: 91284 Date: 9/3/2020 7:01:47 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158097034
By: plutoniumimplosion          Status: Public
To: Jelly Bean                  In Reply To: 158095411     Board: Decision Diagnostics Corp.

*What other company requires their distributors to get the licensed regulation for someone elses device? Who in the hell would do that? This just seems like a rediculous business model*

Your opinions not withstanding, everyone does it this way. What seems more logical, a small U.S. company seeking a registration from 10,000 miles away, or a local distributor and partner with its own group of registered medical devices seeking the establishment approval.

---

Rpt Seq: 1051 Board Seq: 91297 Date: 9/4/2020 10:53:20 AM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158108804
By: plutoniumimplosion          Status: Hidden
To: pumper_stumper               In Reply To: 158097111     Board: Decision Diagnostics Corp.

*How far have you gotten on the list of hundreds of FDA Authorized devices (which you asked for) to find for us a single case where the company behind them complained about the FDA process?*

There are hundreds, if not thousands, of articles in the press and the technical press that discuss this particular issue in detail, over and over and over --- and over. Reading comprehension must not be an FDA and elsewhere strong suit.

---

Rpt Seq: 1052 Board Seq: 91315 Date: 9/4/2020 5:13:18 PM    URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158122926
By: plutoniumimplosion          Status: Public
To: RHF469usa                   In Reply To: 158122823     Board: Decision Diagnostics Corp.

*Call the company,they are working overtime this weekend*

DOJ-BERMAN-R_0000308909

Ummmmmm why do that? It is much easier to just malign them.

---

Rpt Seq: 1053 Board Seq: 91420 Date: 9/11/2020 12:43:09 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158237210
By: plutoniumimplosion          Status: Public
To: Dick22                In Reply To: 158234629        Board: Decision Diagnostics Corp.

**He came up with Covid 19 test BS at the same time South Korea was shut down and he couldn't get diabetes test strips/devices out of S Korea because of lockdown. If he didn t come up with Covid kit BS, he would have had to close up shop.**

Show some proof please. Any proof.

---

Rpt Seq: 1054 Board Seq: 91448 Date: 9/14/2020 8:44:24 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158267960
By: plutoniumimplosion          Status: Public
To: Johnny_C               In Reply To: 158267304        Board: Decision Diagnostics Corp.

**Why wasn't Bozo berman's contraption a semi finalist?**

What makes you believe that the DECN test isn't a semi-finalist?

---

Rpt Seq: 1055 Board Seq: 91450 Date: 9/14/2020 8:51:11 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158268099
By: plutoniumimplosion          Status: Public
To: Johnny_C               In Reply To: 158268011        Board: Decision Diagnostics Corp.

I read this last Saturday morning. Trigs 2 days ago
As of today Genviro is a semifinalist in the XPRIZE competition platforming international rapid covid tests for a $5,000,000 prize.

---

Rpt Seq: 1056 Board Seq: 91453 Date: 9/14/2020 9:04:43 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158268351
By: plutoniumimplosion          Status: Public
To: Johnny_C               In Reply To: 158268260        Board: Decision Diagnostics Corp.

Perhaps because there are many more than 5 contestants left. According to the contest rules the remaining contestants now have a limited amount of time to provide a site for limited contest clinical testing -- a clinical laboratory or a hospital laboratory where the contest managers themselves will provide the samples for testing, I believe contrived blood, plasma or saliva.

---

Rpt Seq: 1057 Board Seq: 91456 Date: 9/14/2020 9:18:55 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158268697
By: plutoniumimplosion          Status: Public
To: Johnny_C               In Reply To: 158268383        Board: Decision Diagnostics Corp.

**Tell Bozo There are 5 left**

I think this is one of those times where you should call the company and tell them. Mr. Berman knows the true number of remaining contestants. It is DECN that is now a semi-finalist, so who better to tell you. By the way the number of remaining contestants is not mentioned in the TAUG news release. Perhaps you should call them and ask them as well.

---

Rpt Seq: 1058 Board Seq: 91458 Date: 9/14/2020 9:23:30 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158268850
By: plutoniumimplosion          Status: Public
To: Johnny_C               In Reply To: 158268794        Board: Decision Diagnostics Corp.

Is this a clarification of your past statement? **Tell Bozo There are 5 left**

---

Rpt Seq: 1059 Board Seq: 91460 Date: 9/14/2020 9:35:03 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158269219
By: plutoniumimplosion          Status: Public
To: pumper_stumper           In Reply To: 158268576        Board: Decision Diagnostics Corp.

**I want PROOF POSITIVE OF SEMIFINAL STATUS AND HOW SOMEONE CAN BE IN SEMIFINAL STATUS WHEN THEIR REGISTRATION IS "IN PROGRESS" THANK YOU**

Sounds to me like you need to call the contest administration and ask them. That would be a good start. You're welcome.

---

Rpt Seq: 1060 Board Seq: 91489 Date: 9/14/2020 11:05:51 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158288750
By: plutoniumimplosion          Status: Public
To: loanranger             In Reply To: 158284855        Board: Decision Diagnostics Corp.

**One more time. Tell us EXACTLY where you learned that "Out of 800 there are 5 left" and include a link or admit that you made it up.**

After all of this time I would think that you would know that if TAUG is involved it HAS to be true. And equally important, TAUG has the ability to change the rules, not to mention the laws of nature.

---

Rpt Seq: 1061 Board Seq: 91494 Date: 9/15/2020 8:25:48 AM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158291270
By: plutoniumimplosion          Status: Public
To: IPwatcher              In Reply To: 158289811        Board: Decision Diagnostics Corp.

Seems to me to be a perfect call the company moment. Please let us know what they tell you.

---

Rpt Seq: 1062 Board Seq: 91517 Date: 9/15/2020 4:54:08 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158310295
By: plutoniumimplosion          Status: Public
To: Johnny_C               In Reply To: 158301570        Board: Decision Diagnostics Corp.

---

DOJ-BERMAN-R_0000308910

*it was a non dilutive scam - just like the ones bozo berman did previously*

Please provide proof that the current financing or the ones done previously were a scam. DECN is not TAUG.

---

Rpt Seq: 1063 Board Seq: 91521 Date: 9/15/2020 6:00:29 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158311529
By: plutoniumimplosion          Status: Public
To: pumper_stumper          In Reply To: 158311333          Board: Decision Diagnostics Corp.

*(ii) $450,000 bad debt written off to existing customer with no recovery effort.*

Please provide proof that there is or was no recovery effort. Any proof.

---

Rpt Seq: 1064 Board Seq: 91527 Date: 9/15/2020 8:57:14 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158313873
By: plutoniumimplosion          Status: Public
To: Johnny_C          In Reply To: 158313710          Board: Decision Diagnostics Corp.

How many finalists are there in the contest? Is it 5?
Show some proof.

---

Rpt Seq: 1065 Board Seq: 91569 Date: 9/17/2020 1:08:00 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158359946
By: plutoniumimplosion          Status: Public
To: pumper_stumper          In Reply To: 158359580          Board: Decision Diagnostics Corp.

*Are there links to a few posts about her association with DECN? I haven't seen Berman mention her.*

Seems like another perfect call the company moment.

---

Rpt Seq: 1066 Board Seq: 91626 Date: 9/21/2020 2:41:37 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158431783
By: plutoniumimplosion          Status: Public
To: pumper_stumper          In Reply To: 158431450          Board: Decision Diagnostics Corp.

*There are answers to these questions, and many more, that would normally be answered in an honest PR....but, no, berman has delivered yet another wonky fairy tale about international orders from a one man band...I mean company.*

I would think that the person raising the questions would take the opportunity to call the company directly and get answers.

---

Rpt Seq: 1067 Board Seq: 91630 Date: 9/21/2020 3:35:52 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158433733
By: plutoniumimplosion          Status: Public
To: pumper_stumper          In Reply To: 158432180          Board: Decision Diagnostics Corp.

*The answer is none! So if the abuse and threats against callers to the company, already documented here, aren't enough reason, this is yet another reason there is no call the company moment!*

In my experience, sometimes call the company moments require a little fortitude. Let us know how that call goes. Thank you.

---

Rpt Seq: 1068 Board Seq: 91740 Date: 9/24/2020 2:15:38 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158510341
By: plutoniumimplosion          Status: Public
To: Johnny_C          In Reply To: 158505997          Board: Decision Diagnostics Corp.

*Contrary to what Bozo Berman's mouthpiece stated, Decn and its subsidiaries are eliminated from the $5 million dollar prize. No surprise there at all*

Show this proof. Any proof.

---

Rpt Seq: 1069 Board Seq: 91753 Date: 9/24/2020 7:19:56 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158517420
By: plutoniumimplosion          Status: Public
To: Johnny_C          In Reply To: 158517044          Board: Decision Diagnostics Corp.

*Dude, you are not on the list. Bozo Berman, DECN and /or DECN subsidiaries are not on the list. I can't prove a negative.*

If we are to believe that you have seen the list, and that DECN is not on this list, then there should be no issues for you to provide this list for all to see. I will wait patiently to see the list.

---

Rpt Seq: 1070 Board Seq: 91756 Date: 9/24/2020 9:00:51 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158518513
By: plutoniumimplosion          Status: Public
To: loanranger          In Reply To: 158517548          Board: Decision Diagnostics Corp.

*However, if we are to believe that you have seen the list, and that DECN IS on this list, then there should be no issues for you to provide this list for all to see.*

What makes you believe I have seen a list. The fact is I haven't, for a very interesting reason --- no list of first round "survivors" has been published by the contest administration. So, TAUG's paid consultant hasn't seen a list either.

---

Rpt Seq: 1071 Board Seq: 91769 Date: 9/25/2020 11:54:32 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158530743
By: plutoniumimplosion          Status: Public
To: loanranger          In Reply To: 158528074          Board: Decision Diagnostics Corp.

DOJ-BERMAN-R_0000308911

*It's not a good look.*

It's the only DECN looks you get from TAUG's paid consultant. The nuns who taught at me at grade school would call ribbing another word for a lie.

---

Rpt Seq: 1072 Board Seq: 91778 Date: 9/25/2020 9:07:26 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158544378
By: plutoniumimplosion          Status: Hidden
To: pumper_stumper                In Reply To: 158536336          Board: Decision Diagnostics Corp.

*Hey Berman, remember this one?*

Mr. Berman was DECN CEO yesterday, CEO today, he will be CEO tomorrow and Sunday. Why are you picking a fight with him?

---

Rpt Seq: 1073 Board Seq: 91830 Date: 9/28/2020 12:58:15 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158572422
By: plutoniumimplosion          Status: Hidden
To: I ll be back                   In Reply To: 158571830          Board: Decision Diagnostics Corp.

*Ms. Angel and I have had the opportunity to exchange more than a few words over the years.*

It is pretty clear that you do not know Angel who did not become a shareholder until March 2020. She has said so on the only board she posts on about DECN. So...

*You see, I know first hand what the FBI is going to be reviewing should the house of cards come falling down around her.*

That makes the statement above a threat. Why do this?

---

Rpt Seq: 1074 Board Seq: 91849 Date: 9/28/2020 5:38:28 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158580012
By: plutoniumimplosion          Status: Public
To: rawman                        In Reply To: 158579826          Board: Decision Diagnostics Corp.

*The entire GenViro International distribution fiction is simply another dose of CEO Keith Berman's continuing load of BULLSHIT!*

Show the proof. Any proof.

---

Rpt Seq: 1075 Board Seq: 91880 Date: 9/29/2020 8:40:51 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158586883
By: plutoniumimplosion          Status: Public
To: Hopefull17                    In Reply To: 158585257          Board: Decision Diagnostics Corp.

*GO SEC! GO FDA! GO IRS! GO FINRA!*

DECN is not likely to be a tax cheat since they have tax carry forwards. FINRA does not regulate DECN, they regulate brokers and brokerages. What happened to GO FBI and GO DOJ?

---

Rpt Seq: 1076 Board Seq: 91894 Date: 9/29/2020 11:16:56 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158593097
By: plutoniumimplosion          Status: Public
To: pumper_stumper                In Reply To: 158592147          Board: Decision Diagnostics Corp.

*defendant Levy advised Fenwick & West that defendant Berman intentionally withheld significant documents from auditors (July 26,1993) and that "Berman is cavalier about everything" (late June/early July 1993).*

I guess nobody believed Defendant Levy and perhaps he was trying to save his own skin, since Berman The Cavalier was dismissed from the case years before it was settled. By the way there is a great industry story about Defendant Levy.

---

Rpt Seq: 1077 Board Seq: 91909 Date: 9/29/2020 2:36:30 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158600515
By: plutoniumimplosion          Status: Public
To: pumper_stumper                In Reply To: 158599192          Board: Decision Diagnostics Corp.

*The idea that they are taking orders when no country has given approval for sales there is PURE PINK SHEET.*

Hmmmmm. Reads to me like you know a lot about diagnostics product management and distribution. Well, DECN is a product and distribution company snd they are advertising for positions at the company. Nonetheless, please provide proof. Any proof.

---

Rpt Seq: 1078 Board Seq: 91915 Date: 9/29/2020 7:30:38 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158606938
By: plutoniumimplosion          Status: Public
To: I ll be back                   In Reply To: 158606492          Board: Decision Diagnostics Corp.

*Abbott and POTUS announced yesterday a roll out of 150,000,000 test kits, no, its not a misprint. That's a lot of zeros......now that's a roll out.*

Abbott is a public company. It is about 250 times DECN's size. A perfect comparison company, although Roche and J&J may be better choices for comparison. But Abbott is blue chip pharma. Let us know how owning Abbott stock goes for you.

---

Rpt Seq: 1079 Board Seq: 91949 Date: 9/30/2020 8:55:43 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158631448
By: plutoniumimplosion          Status: Public

DOJ-BERMAN-R_0000308912

To: I ll be back                       In Reply To: 158631332       Board: Decision Diagnostics Corp.

*Most, not all, know Mr. B well enough that by defining the order as "large" is not good.*

I dunno but perhaps you will be surprised.

---

Rpt Seq: 1080 Board Seq: 91984 Date: 10/2/2020 8:57:19 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158661638
By: plutoniumimplosion          Status: Public
To: I ll be back                       In Reply To: 158658514       Board: Decision Diagnostics Corp.

*Or does it feel strange that the videos not show an actual unit/kit and is only an aminated video.*

All the videos from all of the companies in the space, and an instructional video is an FDA requirement, are animations. Nobody makes a live video ... who would spend an entire day filming in a Covid environment. But don't let facts sway here.

---

Rpt Seq: 1081 Board Seq: 91986 Date: 10/2/2020 9:07:17 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158661890
By: plutoniumimplosion          Status: Hidden
To: lucky.mydog                     In Reply To: 158661812       Board: Decision Diagnostics Corp.

I know that DD may be a new concept, but it might help to do some DD and watch the videos from companies other than DECN. Watch these videos, or if you do not have the time, just watch the Roche and Abbott videos and come back and report to us.

---

Rpt Seq: 1082 Board Seq: 92008 Date: 10/2/2020 12:08:36 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158669242
By: plutoniumimplosion          Status: Public
To: pumper_stumper               In Reply To: 158668522       Board: Decision Diagnostics Corp.

*there will be no $5 million payment in cash hitting DECN's revenues for this test kit order. Not maybe, not possibly, NEVER.*

Please explain to us all how this is true. Facts and proof please. Thank you.

---

Rpt Seq: 1083 Board Seq: 92074 Date: 10/6/2020 11:45:22 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158730289
By: plutoniumimplosion          Status: Hidden
To: pumper_stumper               In Reply To: 158730203       Board: Decision Diagnostics Corp.

*Yes it is. Easy to spot, obvious, etc. Amazingly easy to spot, and just as amazing that shareholders don't see it.*

I would have bet that you have never met or corresponded with DECN founder "Babs". I mean after all all of the company filings since 2003 show that she is only a founder not a controlling shareholder or officer and director. Perhaps you might be referring to the fact that "Babs" makes use of her cell phone and talks to people at the company and other shareholders.

---

Rpt Seq: 1084 Board Seq: 92076 Date: 10/6/2020 11:56:07 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158730639
By: plutoniumimplosion          Status: Hidden
To: pumper_stumper               In Reply To: 158730356       Board: Decision Diagnostics Corp.

*You've commented hundreds of times here replying to posts with dozens of people that you've never met, correct? Yet, somehow because I haven't met this ignorant raving lunatic, who is connected to the company, that I shouldn't be commenting about her?*

How could you call "Babs" an ignorant raving lunatic when you have never met her or corresponded with her? What is your frame of reference. Barbara will have to decide but your post IMO is a classic example of libel.

---

Rpt Seq: 1085 Board Seq: 92093 Date: 10/7/2020 11:25:15 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158754407
By: plutoniumimplosion          Status: Public
To: pumper_stumper               In Reply To: 158741327       Board: Decision Diagnostics Corp.

*Let's go further than that! How about if that person and other shareholders openly campaign for Berman to announce he is no longer pursuing FDA authorization! Let's not go half way on this!*

Why would DECN shareholders do this? Perhaps trouble makers with no skin in the game looking to hurt shareholders, but why would shareholders nuke themselves?

---

Rpt Seq: 1086 Board Seq: 92100 Date: 10/7/2020 1:27:36 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158758857
By: plutoniumimplosion          Status: Public
To: Dick22                          In Reply To: 158758629       Board: Decision Diagnostics Corp.

*It is a company full of mistrust.*

Please let us know by who. Thank you.

---

Rpt Seq: 1087 Board Seq: 92108 Date: 10/7/2020 5:49:48 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158766705
By: plutoniumimplosion          Status: Public
To: pumper_stumper               In Reply To: 158766544       Board: Decision Diagnostics Corp.

*Can anyone find a SINGLE publication stating this?*

Could you please research this for us and then come back and let us know. I am sure I have seen DECN mentioned and written about recently.

---

Rpt Seq: 1088 Board Seq: 92111 Date: 10/7/2020 7:10:45 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158767829
By: plutoniumimplosion          Status: Public

DOJ-BERMAN-R_0000308913

To: pumper_stumper          In Reply To: 158767640        Board: Decision Diagnostics Corp.

**Can anyone find a SINGLE publication stating this?**

You had a great interest in this DECN publication information, so I see no reason why that interest cannot be turned into a little research project, where you research the publications and then come back and let us know what you found. I have a day job so IMO you are better equipped to do this research.

---

Rpt Seq: 1089 Board Seq: 92134 Date: 10/8/2020 5:16:53 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158790523
By: plutoniumimplosion          Status: Public
To: Dick22          In Reply To: 158789674        Board: Decision Diagnostics Corp.

**I believe this company and management are completely incompetent.**

Show your proof. Any proof.

---

Rpt Seq: 1090 Board Seq: 92146 Date: 10/9/2020 8:57:29 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158798184
By: plutoniumimplosion          Status: Public
To: Dick22          In Reply To: 158797697        Board: Decision Diagnostics Corp.

**released by DECN and is the basis of my letter penned to the SEC.**

Please post this letter for us all to read. Thank you.

---

Rpt Seq: 1091 Board Seq: 92156 Date: 10/9/2020 10:30:07 AM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158801865
By: plutoniumimplosion          Status: Public
To: lucky.mydog          In Reply To: 158801395        Board: Decision Diagnostics Corp.

**the sec can not suspend this stock unless it was for a completely different reason than the previous suspension.**

Too bad huh?

---

Rpt Seq: 1092 Board Seq: 92205 Date: 10/12/2020 2:51:44 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158849094
By: plutoniumimplosion          Status: Hidden
To: Dick22          In Reply To: 158839388        Board: Decision Diagnostics Corp.

**Submitted!!!!!**

When it comes to DECN, reporting them to the SEC is something to be proud of.

I am reminded of something my grandmother told me many years ago. "You do not elevate yourself by putting down the other guy."

---

Rpt Seq: 1093 Board Seq: 92233 Date: 10/13/2020 2:23:59 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158872289
By: plutoniumimplosion          Status: Public
To: Jelly Bean          In Reply To: 158872217        Board: Decision Diagnostics Corp.

Opinions only. No facts. Only vitriol.

---

Rpt Seq: 1094 Board Seq: 92269 Date: 10/15/2020 12:43:21 PM URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158919542
By: plutoniumimplosion          Status: Public
To: pumper_stumper          In Reply To: 158914569        Board: Decision Diagnostics Corp.

**The door has closed in Berman's face, and this country is safer for that!**

By the wat the statement above is an opinion. Not many shareholders share that opinion.

Please post the FDA announcement that they are ending the EUA process in the middle of the switch over to saliva based methods. We would all like to see it. I did a search and came up with nothing scanning the FDA web site or on Google.

---

Rpt Seq: 1095 Board Seq: 92272 Date: 10/15/2020 12:49:01 PM URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158919719
By: plutoniumimplosion          Status: Public
To: pumper_stumper          In Reply To: 158919679        Board: Decision Diagnostics Corp.

of course

---

Rpt Seq: 1096 Board Seq: 92274 Date: 10/15/2020 1:34:40 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158921434
By: plutoniumimplosion          Status: Public
To: pumper_stumper          In Reply To: 158921301        Board: Decision Diagnostics Corp.

**Please post the FDA announcement that they are ending the EUA process for diagnostic devices**

---

Rpt Seq: 1097 Board Seq: 92278 Date: 10/15/2020 1:57:12 PM   URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158922264
By: plutoniumimplosion          Status: Public
To: I ll be back          In Reply To: 158921609        Board: Decision Diagnostics Corp.

**"the U.S. FDA will no longer review lab-developed tests (LDTs) for the SARS-CoV-2 virus under the emergency use authorization (EUA) program**

---

DOJ-BERMAN-R_0000308914

Hey thanks. But what does this have to do with DECN? Is DECN a laboratory?

---

Rpt Seq: 1098 Board Seq: 92279 Date: 10/15/2020 1:58:55 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158922331
By: plutoniumimplosion            Status: Public
To: pumper_stumper            In Reply To: 158921919        Board: Decision Diagnostics Corp.

**_let us know what the results are!_**

Please refer to my previous post. Ask and you shall receive.

---

Rpt Seq: 1099 Board Seq: 92282 Date: 10/15/2020 2:21:42 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158923128
By: plutoniumimplosion            Status: Public
To: pumper_stumper            In Reply To: 158922734        Board: Decision Diagnostics Corp.

**_I suppose DECN tests are then defined as "developed in CEO's basement tests"?_**

Houses in California do not have basements.

When you study LDTs you will understand what the FDA was talking about. I would love to read an accurate assessment of LDTs. Let us all know. Oh and by the way DECN CEO Berman is owed an apology for the abuse.

---

Rpt Seq: 1100 Board Seq: 92298 Date: 10/15/2020 10:27:13 PM URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158932106
By: plutoniumimplosion            Status: Hidden
To: Jelly Bean            In Reply To: 158930525        Board: Decision Diagnostics Corp.

**_On the other hand, berman will never get an apology because he doesnt deserve diddly._**

Geez, you must really hate Mr. Berman. Ever spoken to him? Ever met him? Just wondering.

---

Rpt Seq: 1101 Board Seq: 92313 Date: 10/16/2020 6:37:53 PM  URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=158954853
By: plutoniumimplosion            Status: Hidden
To: Jelly Bean            In Reply To: 158949483        Board: Decision Diagnostics Corp.

I have an observation. It seems that those who complain the most also claim not to be DECN shareholders.

---

Rpt Seq: 1102 Board Seq: 92357 Date: 10/20/2020 12:13:17 PM URL: http://investorshub.advfn.com/boards/read_msg.aspx?message_id=159007275
By: plutoniumimplosion            Status: Public
To: rawman            In Reply To: 159006797        Board: Decision Diagnostics Corp.

yeah, yeah, yeah

---

End of Response Document

---

DOJ-BERMAN-R_0000308915

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC
## BUSINESS RECORDS PURSUANT TO FEDERAL RULE
## OF EVIDENCE 902(11)

I, John Hutton, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by InvestorsHub.com, Inc and my official title is Director of Information Technology. I am a custodian of records for InvestorsHub.com, Inc. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of InvestorsHub.com, Inc., and that I am the custodian of the attached records as described in the corresponding transmittal letter pertaining to the following matter:

Search Warrant dated December 17, 2020, United States District Court for the District of Columbia, Case No. 20-sc-3285.

I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

b. such records were kept in the ordinary course of a regularly conducted business activity of InvestorsHub.com, Inc.; and

c. such records were made by InvestorsHub.com, Inc. as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

12/28/2020
Date

_John Hutton_
Signature

DOJ-BERMAN_059117

DOJ-BERMAN-R_0000337694

**CERTIFICATION OF DOMESTIC RECORDS
OF REGULARLY CONDUCTED ACTIVITY
Pursuant to Fed. R. Evidence 902(11)**

The undersigned declarant hereby declares, certifies, verifies, or states the following:

1. The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2. The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as:

   Documents responsive to the Subpoena dated 08/12/2020, U.S. District Court for the District of Columbia, Grand Jury # 19-2-81, 08/20/2020 9:000 AM.

   o  File: <u>User Info.pdf</u> consisting of 18 pages Bates numbered:
      ▪  IH-GJ19-2-81-200815-001 - IH-GJ19-2-81-200815-018; and

   o  File: <u>Public Posts.html</u> of approximately 2,049 Kbytes (<u>not</u> Bates numbered)

3. The records are originals or duplicate copies of domestic (United States) business records;

4. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5. The records were kept in the course of a regularly conducted business activity; and

6. The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify, or state, under penalty of perjury, that the foregoing is true and correct.*

8/17/2020

Date

Signature of Declarant

John Hutton
Director of Information Technology
Investorshub.com, Inc.
3122 Mahan Dr. Suite 801-137

DOJ-BERMAN_059038

DOJ-BERMAN-R_0000337615