| Exhibit Number | Description | Marked for I.D. | Received in Evidence | Witness |
|---|---|---|---|---|
| 00 | Copy of Professor Mitts current CV | 3/20/24 | 3/20/24 | Joshua Mitts |
| 6X | Share Price Calculations | 3/20/24 | — | Joshua Mitts |
| 6A-1 | Closing Prices Graph | | | |
| 6A-2 | Closing Prices Graph | 3/20/24 | 3/20/24 | Joshua Mitts |
| 6B | Closing Prices Graph | | | |
| 103 | Order Directing Private Investigation | | | |
| 52 | Email from Robert to Berman | | | |
| 51 | Email from Berman to Robert | | | |
| 1 | DECN Press Release | | | |
| 2 | Press Release Logistics | | | |
| 100 | Opening Brief | 3/20/24 | — | James Reilly |
| 101 | Reply Brief | | | |
| 102 | Defendant's in Support of Guilty Plea | 3/20/24 | — | James Reilly |
| 103 | Expert Disclosure | | | |
| 3M | SEC Letter | 3/20/24 | — | James Reilly |
| 10 | Frontier Security Operations | | | |
| 1M | DECN to add Genviro! | | | |
| 30 | Petition for Termination | 3/20/24 | — | James Reilly |
| 88 | Matt Chad Email | | | |
| 25 | Investors Hub | | | |