# Defense Evidentiary Hearing Exhibit List (3/15/2024)

| Ex No. | Description | Production Bates Number | Government Objections | Notes Marked | Received | Witness |
|---|---|---|---|---|---|---|
| 1 | 4/23/2020 SEC Release 34-88735 | BERMAN-EX-00001062 | none | 3/20/24 | 3/20/24 | James Reilly |
| 2 | Decision Diagnostics Corp., 4/23/2020 SEC Suspension Order 34-88735-o | BERMAN-EX-00000926 | none | 3/20/24 | 3/20/24 | James Reilly |
| 3 | Decision Diagnostics Corp., 5/13/2020 SEC Order Requesting Additional Written Submissions 34-88861 | BERMAN-EX-00001076 | | | | |
| 4 | Decision Diagnostics Corp, 5/20/2020 SEC Information before the Commission | BERMAN-EX-00001063 | none | 3/20/24 | 3/20/24 | James Reilly |
| 5 | Sykes, How I Called the Best Morning Panic So Far This Year | BERMAN-EX-00001027 | overruled | 3/20/24 | 3/20/24 | James Reilly |
| 6 | Sykes, How to Dip Buy Morning Panics | BERMAN-EX-00000929 | | | | |
| 7 | Invesgor.gov, Investor Bulletin: Microcap Stock Basics (Part 3 of 3: Risk) | BERMAN-EX-00001050 | | | | |
| 8 | Investor.gov, Investor Bulletin: Trading Suspensions | BERMAN-EX-00001057 | | | | |
| 9 | Timothy Sykes, Millionaire Mentor Update: Good Trade, Bad Trade | BERMAN-EX-00000988 | | | | |
| 10 | OTC Markets, Decision Diagnostic Corp. (DECN) Overview | BERMAN-EX-00000924 | none | 3/20/24 | 3/20/24 | James Reilly |
| 11 | Investor.gov, Investor Bulletin: Trading Suspensions | BERMAN-EX-00000922 | | | | |
| 12 | SEC.gov, Investor Alerts and Bulletins, Frauds Targeting Main Street Investors -- Investor Alert | BERMAN-EX-00000918 | none | 3/20/24 | 3/20/24 | James Reilly |
| 13 | OTC Markets, Decision Diagnostic Corp. (DECN) Common Stock | BERMAN-EX-00000987 | | | | |
| 14 | Image, 2024_03_07_0991_30X | BERMAN-EX-00001075 | | | | |
| 15 | Victor Ong et al., Impedimetric Sensing: An Emerging Tool for Combating the COVID-19 Pandemic, Biosensors | BERMAN-EX-00000957 | | | | |
| 16 | Susanne Witt et al., Boron doped diamond thin films for the electrocemical detection of SARS-CoV-2 S1 protein, Diamond & Related Materials | BERMAN-EX-00001017 | | | | |
| 17 | Daniel Poenar et al., Label-free virus identification and characterization using electrochemical impedance spectroscopy, Electrophoresis | DOJ-BERMAN-R_0000000538 | | | | |
| 18 | Ryuji Hatsuki et al., Nonlinear electrical impedance spectroscopy of viruses using very high electric fields created by nanogap electrodes, Frontiers in Microbiology | DOJ-BERMAN-R_0000001145 | | | | |

| Ex No. | Description | Production Bates Number | Government Objections | Notes / Marked | Received | Witness |
|---|---|---|---|---|---|---|
| 19 | The Bio presentation on GenViro development 3/23/2020 | DOJ-BERMAN-R_0000004824 | | | | |
| 20 | The Bio presentation on GenViro development 3/22/2020 | DOJ-BERMAN-R_0000004916 | | | | |
| 21 | The Bio New Request for Proposal document | DOJ-BERMAN-R_0000242233 | | | | |
| 22 | Development of a Biosensor for virus detection | DOJ-BERMAN-R_0000244821 | | | | |
| 23 | K. Siuzdak et al., Biomolecular detection of influenza virus based on the electrochemical impedance spectroscopy using the nanocrystalline boron-doped diamond electrodes with covalently bound antibodies, Sensors and Actuators B-Chemical | DOJ-BERMAN-R_0000244827 | | | | |
| 24 | GenViro Presentation | BERMAN-EX-00000064 | | | | |
| 25 | Electrode Screenshot | BERMAN-EX-00000917 | | | | |
| 26 | Ying Zhao et al., Accuracy improvement of electrochemical whole blood ketone sensor based on CT compensation algorithm, Electrophoresis | BERMAN-EX-00001053 | | | | |
| 27 | GenViro Electrode Images | BERMAN-EX-00000928 | | | | |
| 28 | GenViro Final Animation 1040 | BERMAN-EX-00000923 | | | | |
| 29 | GenViro Registration Report - EU | BERMAN-EX-00000833 | | | | |
| 30 | GenViro SARS2 Samples Test, Standardized Only | BERMAN-EX-00000832 | | | | |
| 31 | Rhonda Milbourne Witness Interview | DOJ-BERMAN-R_0000353391 | | | | |
| 32 | May Nash Witness Interview | DOJ-BERMAN-R_0000353392 | | | | |
| 33 | Marc Roane Witness Interview | DOJ-BERMAN-R_0000344336 | | | | |
| 34 | Kenneth Schaefer Witness Interview | DOJ-BERMAN-R_0000353367 | | | | |
| 35 | Ford Seeman Witness Interview | DOJ-BERMAN_057331 | | | | |
| 36 | Brandon Sosa Witness Interview | DOJ-BERMAN-R_0000344339 | | | | |
| 37 | Christopher Toppings Witness Interview | DOJ-BERMAN-R_0000355800 | | | | |
| 38 | Jameelah Young Witness Interview | DOJ-BERMAN-R_0000355798 | | | | |
| 39 | Price Analysis Presentation | BERMAN-EX-00000150 | | | | |
| 40 | DECN Daily Price Analysis | BERMAN-EX-00000154 | | | | |
| 41 | Exhibit B to James's Reilly's Expert Report | BERMAN-EX-00001079 | | | | |
| 42 | Expert Report of James Reilly | BERMAN-EX-00001080 | none | 3/20/24 | 3/20/24 | James Reilly |
| 43 | GenVirol Saliva Test-Kit Set | | | | | |