# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Criminal No.** |
| v. | **1:20-cr-00278-TNM** |
| **KEITH BERMAN** | |
| **Defendant.** | |

## UNITED STATES' NOTICE REGARDING RESTITUTION

Pursuant to 18 U.S.C. § 3664(d)(5), the United States hereby notifies the Court that it is still in the process of ascertaining the restitution in this matter. The United States thus requests that it be permitted to provide its restitution submission on June 11, 2024, sixty days following the defendant's April 12, 2024 sentencing.

Dated: April 3, 2024              Respectfully submitted,

GLENN S. LEON
CHIEF, FRAUD SECTION
Criminal Division, U.S. Department of Justice

/s/ Kate T. McCarthy
KATE T. MCCARTHY
CHRISTOPHER FENTON
MATTHEW REILLY
Trial Attorneys

Fraud Section, Criminal Division
United States Department of Justice
1400 New York Avenue, NW
Washington, D.C. 20005
Telephone: (202) 320-0539
Fax: (202) 714-7932
Katherine.mccarthy@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 3, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

                */s/ Kate T. McCarthy*
                Kate T. McCarthy
                Trial Attorney