# GOVERNMENT EXHIBIT 1G

 Back to Newsroom

**Mentioned in this Article**

# DECN to Finance 2Q 2020 Roll Out of its GenViro! Covid-19 "Rapid" Kits Using Non-Dilutive Debt Financing Totaling $13 Million Acquired in Near 0% Rate Environment

Friday, March 20, 2020 8:55 AM

Share this article now   

Topic:   Financing,Product Announcements



Decision Diagnostics Corp.

**COMPANY SEIZES OPPORTUNITY TO GET ITS 60 SECOND GENVIRO! "RAPID" KITS INTO THE MARKET, RECEIVES INITIAL DEBT COMMITMENT FROM PRIVATE FUNDS, PRODUCT UPDATES RESUME NEXT WEEK**

**LOS ANGELES, CA / ACCESSWIRE / March 20, 2020 /** Decision Diagnostics Corp. (OTC PINK:DECN) is an 18-year old, diabetes-focused bio-technology development firm, manufacturer, quality plan administrator, FDA registered medical device customer support

GOVERNMENT
EXHIBIT
**1G**
1:20-cr-00278-TNM

organization, and exclusive worldwide sales and regulatory process agent for the GenUltimate! ("Sunshine") diabetes test strip, its GenAccord! Enhance ("Caterpillar") strip and meter systems for the uninsured and under-insured, its GenChoice! ("Ladybug") test strip now in the later stages of FDA 510(k) prosecution, and its GenUltimate! Precis products manufactured for International markets, and its GenViro! Rapid Kits for the real time testing for the Coronavirus (COVID-19).

Today, DECN announces that the company's Board of Directors has approved the offering of $13 million in non-dilutive debt financing, the first $2 million in Notes, followed by a $1 million credit facility to purchase manufacturing equipment for their Korean manufacturing facility, and the remaining $10 million in a revolving line of credit to finance inventory. Each of the three offerings are already subscribed to.







With interest rates at near zero% and equity at a premium, our Board moved quickly to secure the debt. There is no equity component or stock conversion feature in any of the debt instruments. Prior to structuring the debt offerings, the company received an unsolicited commitment for at least $1 million in Notes and is collecting these subscriptions. Almost $500,000 has been received thus far with the remainder promised prior to March 31, 2020

Mr. Berman commented, "If banks and finance companies insist on nearly giving money away, we will take all we can. The $13 million we seek, split by need, will carry us for the remainder of 2020. Using this debt as a cushion, we are also exploring partnerships and licensing arrangements. I have lost count of the people who have called me with the same one line opening, "stop your search, we're the only partner you will ever need." In more than one case the potential partner was spot-on. Our GenViro!™ Rapid Kit will offer Covid-19 test results for $6.95, test a patient in under a minute, require less than 2 microliters of whole blood derived from a finger prick."

ABOUT DECISION DIAGNOSTICS CORP

Decision Diagnostics Corp. is the leading manufacturer and worldwide distributor of

diabetic test strips engineered to operate on legacy glucose meters. DECN's products are designed to operate efficiently and less expensively on certain glucose meters already in use by almost 7.5 million diabetics worldwide. With new inspired technology diabetic test strips already in the final stages of development, DECN products compete on a worldwide scale with legacy manufacturers currently selling to 71+ percent of a $15+ billion at-home testing market. The company's new GenViro!$^{TM}$ product designed to test for the Coronavirus Covid-19, is not yet available in the United States or Puerto Rico but Emergency Waivers are in process, and the product concept has been presented to officials in Washington, DC by invitation.

**Forward-Looking Statements:**

This release contains the company's forward-looking statements which are based on management's current expectations and assumptions as of March 19, 2020, regarding the company's business and performance, its prospects, current factors, the economy, and other future conditions and forecasts of future events, circumstances, and results.

**CONTACT INFORMATION:**

Decision Diagnostics Corp.

Keith Berman (805) 446-2973

info@decisiondiagnostics.co

www.genultimate.com

www.genultimatetbg.com

www.pharmatechdirect.com

**SOURCE:** Decision Diagnostics Corp.

 Back to Newsroom

DOJ-BERMAN-R_0000345786

CERTIFICATION OF DOMESTIC RECORDS
OF REGULARLY CONDUCTED ACTIVITY
Pursuant to Fed. R. Evidence 902(11)

The undersigned declarant hereby declares, certifies, verifies, or states the following:

1. The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2. The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as: [If this is insufficient room in which to adequately identify the items certified, complete on a separate sheet and refer to that sheet here.]

3. The records are originals or duplicate copies of domestic (United States) business records;

4. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5. The records were kept in the course of a regularly conducted business activity; and

6. The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify, or state, under penalty of perjury, that the foregoing is true and correct.*

*Brian R. Balbirnie*
Signature of Declarant

Brian R. Balbirnie
Printed Name

Chief Executive Officer
Title

Issuer Direct / ACCESSWIRE
Company Name

1 Glenwood Ave, Suite 1001 Raleigh NC 27603
Business Address

Dec. 3, 2021
Date of Declaration/Execution