**GOVERNMENT EXHIBIT 6A-2**

# DECISION DIAGNOSTICS CORP. ("DECN") AND NASDAQ BIOTECHNOLOGY INDEX ("NBI")
## CLOSING PRICES
### JANUARY 2, 2019 - DECEMBER 31, 2020



*Source: Bloomberg, LP*

Government Exhibit
**6A-2**
1:20-cr-00278-TNM