# GOVERNMENT EXHIBIT 30

U.S. Department of Justice
Transcript of Recording
Keith Berman 1109-1137

HS   Heather Statnick (phonetic)
KB   Keith Berman

HS:         Like I don't know why there's people hating but I do know that there was a shareholder letter written that was- I don't know want to say nice.  How do you describe it?  Just very explanatory of some other- what's going on-

KB:         To my understanding three shareholder letters were written.

HS:         Oh, was there three total?  Okay.

KB:         But that's-they were written by shareholders-

HS:         Oh, okay-

KB:         -not the company.

HS:         So, they obviously care-

GOVERNMENT
EXHIBIT
30
1:20-cr-00278-TNM

U.S. Department of Justice
Transcript of Recording
Keith Berman 4614-4716

HS   Heather Statnick (phonetic)
KB   Keith Berman

| | |
|---|---|
| HS: | Don't people ever go on the message boards or something and shut them down under their own anonymous?  Wouldn't that work to do that? Like to shut them down under your own anonymous thing? |
| KB: | I don't know how you shut it down. I mean first amendment here.  The problem is this has now gone too far. |
| HS: | So you wouldn't do that?  Just get your own anonymous thing and get on there- |
| KB: | No. I'm not posting. No.  Again, I'm in the business of creating and selling medical devices.  What happens on the message boards and by the way, that's a trick question. |
| HS: | Okay. |
| KB: | Because one of the thing is that the message board people say is that I'm involved in the message boards. |
| HS: | Who? The message board people?  What do you mean? |
| KB: | Yeah the people that are posting stuff about it. |
| HS: | Oh. You're saying they're saying you are involved in the message boards. |
| KB: | Yes. |
| HS: | Oh, I get it. |
| KB: | Do you know that- |

U.S. Department of Justice
Transcript of Recording
Keith Berman 5135-5230

HS   Heather Statnick (phonetic)
KB   Keith Berman

HS:        Okay. So that's-

KB:        But I-you know we have nothing to do with this shareholder letter.

HS:        We meaning?

KB:        The company. Now some of what is in the shareholder letter is part of our (inaudible) at the SEC and we cannot spare opinions or facts.

HS:        You said the company didn't but you did because you talked to (inaudible name) right? You did have something to do with it, right?

KB:        No, nothing.

HS:        Oh.

KB:        Nothing. He wrote the letter.

HS:        Oh, got you. Okay.

KB:        And he was appointed, I guess, by I think one of- I think 150 shareholders signed.

HS:        Oh, really, that many?

KB:        Yeah.

HS:        Okay, that is- wow, okay.