# GOVERNMENT EXHIBIT 81

**To:**
**From:** KMB[kberman@decisiondiagnostics.net]
**Sent:** Tue 6/2/2020 11:11:29 PM (UTC)
**Subject:** Re: GebViro and others on 6/2

On 6/2/2020 3:43 PM,          wrote:

> Keith,
> I came back to home and would like to discuss businesses issue as follows;
>
> 1. Financial:
>    I would not like to come serious problem in financial issues as like as back to a
>    month.
>    I raised up cash flow difficulties again and need your additional wires even after
>    you wire tomorrow including commission account.
>    For the payment of last shipment to Korean distributor, it had been applied this
>    invoice to The Bio statement as much as you paid on A/R account.
>    I would like to know your further payment schedules when you can wires and
>    need to organize with vendors.   <span style="color:red">I explained to you that when Lee went on his sit down strike in early March I had already begun to discuss GenViro. Because Lee was NOT working on the product for 5 weeks I got into major problems with the U.S. Securities and Exchange Commission. They can ruin my career. I still have these problems. They think I am a liar and a charlatan. So, my company cannot raise money based on GenViro news as long as the SEC is investigating us. I have very limited money and laid off almost all of my staff. I have $20,000 per week legal bills. Lee should be fired.</span>

<span style="color:red">Then there is the TBG meter. It is a year late. Should I say, well that's OK? Lifescan had agreed to buy 1 million licenses from us over 4 years. Now they have decided to allow O/T Ultra to die. I still have not met with them. The one TBG meter I do have is not capable of a live demonstration.</span>

> 2. GenViro
>    1) Cost of production:
>       I understand about the cost of sensor by photolithography method.
>       As Mathew's recommendation, The Bio is reviewing UV-Laser method through
>       several facilities but still not know now.
>       Also, The Bio had been tested, but it was not your requested, gold plated 100um
>       sensor and sent you test report in this morning.
>       As you can saw it, it looks possible to test GenViro this sensor and have similar
>       results & patterns and distinguishable unlysed & lysed bloods  as same as
>    photolithography  sensor.
>       By this reason, The Bio sent this report for your reviewing.
>       If this sensor of gold plated and chemical etching sensor, it should be best
>       best solution of production cost and also productivity.
>    2) Lysis problem: The Bio had been ordered another middle layer for reducing blood
>       sample amount and build up completely lysis condition.
>       As I explained, this test will be run this week. <span style="color:red">Great. Run those tests and fix the lysis problem. Then we will talk about the gold plating alternative  -- maybe. We wil ltake the first alternative that works. I was sure Lee would do something like this. Matthew and I talk about it all the time. Matthew was a big proponent of photolithography, so we were both certain Lee would choose something else. So, tell Dr. Lee thank you for thinking about saving money per strip, but make the damn lysis thing work before we look at anything else.         you have to bring Lee under control.</span>


>    3) Cost of sample production and laboratory fees:
>       Can I bill to you and ask payment in the middle stage due to burden payments
>       to materials and facilities?  <span style="color:red">yes, I will help as I can... and speaking of laboratories... we have a task for a laboratory related to the GenViro product.  Matthew is completing the testing protocols.</span>

3. GenUltimate & PetSure:
   It will ship out your forecasted on May this week.


BR



-------- 원본 이메일 --------
발신: KMB <kberman@decisiondiagnostics.net>
날짜: 20/6/2 오후 1:34 (GMT-08:00)
받은 사람:
제목: Re: GebViro 100um gold plated sensor

I have the next $50K and will wire around 8.30 am tomorrow morning.


    Keith
    I will talk about lysis and production cost of GenViro this afternoon when I go back.

    Meanwhile, would you advise about wire?

    BR
    


-------- 원본 이메일 --------
발신: KMB <kberman@decisiondiagnostics.net>
날짜: 20/6/2 오후 12:18 (GMT-08:00)
받은 사람:
제목: Re: GebViro 100um gold plated sensor

That is the problem ▇▇▇▇ -- the lysis. Fix that and we can then look at other alternatives if we have time.

I need to talk to you about cost to produce




    Keith,
    The further test of GenViro will be ran on this Thursday and Friday as soon as they received 2nd of wafers and plates.
    Mathew asked some additional test on last week, The Bio had run it and sent report. But there is no extra sensor from 1st order of sensor, The Bio had ordered 2nd round of samples to produce sensor.

    At this test, they are also considering some solution of lysis problem.


    BR



-------- 원본 이 메일 --------
발신: KMB <kberman@decisiondiagnostics.net>
날짜: 20/6/2 오전 11:48 (GMT-08:00)
받은 사람:
제목: Re: GebViro 100um gold plated sensor



When Lee solves the lysis problem we might look at another solution.  I hope this isn't Lee's way of starting another sit down strike.


> Keith,
>
> This test is a purpose of finding mass production purpose that
> The Bio tested 100um gold plating electrode sensor as attached.
>
> Can you review this test report and determine possibility for using
> this electrode, 100um and gold plated?
>
>
> BR
>


--




Keith Berman
Decision Diagnostics Corp.
Pharma Tech Solutions, Inc.
PDA Services, Inc.
Pharmtech Direct Corp.
2660 Townsgate Road #300
Westlake Village, CA 91361
(805) 446-1973
(805) 207-5900 Cell
(805) 497-4125 Home



CONFIDENTIALITY NOTICE
This message and its attachments, if any, are addressed solely to the intended recipients
and may contain confidential information. If you have received this message in error,
be advised that any use of the content hereof is prohibited. Please notify the sender
immediately by e-mail if you have received this e-mail by mistake and delete this e-

mail
from your system. The sender does not accept any liability for any errors or omissions
in the contents of this message, which arise as a result of e-mail transmission.


--
This email has been checked for viruses by AVG.
https://www.avg.com


```
--




Keith Berman
Decision Diagnostics Corp.
Pharma Tech Solutions, Inc.
PDA Services, Inc.
Pharmtech Direct Corp.
2660 Townsgate Road #300
Westlake Village, CA 91361
(805) 446-1973
(805) 207-5900 Cell
(805) 497-4125 Home




CONFIDENTIALITY NOTICE
This message and its attachments, if any, are addressed solely to the intended
recipients
and may contain confidential information. If you have received this message in
error,
be advised that any use of the content hereof is prohibited. Please notify the
sender
immediately by e-mail if you have received this e-mail by mistake and delete this
e-mail
from your system. The sender does not accept any liability for any errors or
omissions
in the contents of this message, which arise as a result of e-mail transmission.
```
 Virus-free. www.avg.com



```
--




Keith Berman
Decision Diagnostics Corp.
Pharma Tech Solutions, Inc.
PDA Services, Inc.
Pharmtech Direct Corp.
2660 Townsgate Road #300
Westlake Village, CA 91361
(805) 446-1973
(805) 207-5900 Cell
(805) 497-4125 Home
```

CONFIDENTIALITY NOTICE
This message and its attachments, if any, are addressed solely to the intended recipients and may contain confidential information. If you have received this message in error, be advised that any use of the content hereof is prohibited. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. The sender does not accept any liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.


--


Keith Berman
Decision Diagnostics Corp.
Pharma Tech Solutions, Inc.
PDA Services, Inc.
Pharmtech Direct Corp.
2660 Townsgate Road #300
Westlake Village, CA 91361
(805) 446-1973
(805) 207-5900 Cell
(805) 497-4125 Home


CONFIDENTIALITY NOTICE
This message and its attachments, if any, are addressed solely to the intended recipients and may contain confidential information. If you have received this message in error, be advised that any use of the content hereof is prohibited. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. The sender does not accept any liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)**

I, _____Jenessa Smith_____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by _Endurance International Group, Inc._ ("PROVIDER"), and my title is ___Web Advisor Two_____.
I am a custodian of records for PROVIDER, and I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of PROVIDER. The attached records consist of:

_subscriber information, email content, and IP address logs._____

I further state that:

a.      all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of PROVIDER, and they were made by PROVIDER as a regular practice; and

b.      such records were generated by PROVIDER's electronic process or system that produces an accurate result, to wit:

        1.      the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of PROVIDER in a manner to ensure that they are true duplicates of the original records; and

        2.      the process or system is regularly verified by PROVIDER, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_August 18th, 2020_         Jenessa C. Smith    Digitally signed by Jenessa C. Smith
Date                         Signature          Date: 2020.08.18 15:18:21 -07'00'

35