# EXHIBIT A

April 5, 2024

Hon. Trevor N. McFadden
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington D.C., 20001

RE:  Keith Berman

Dear Judge McFadden,

     I am writing on behalf of my friend, Keith Berman.  I understand that Keith pled guilty in December 2023 to various charges and will be sentenced on April 12, 2024.  I wholeheartedly support a show of leniency for Keith when making your sentencing decision.

     I am in a technology business, and have owned various technology-related companies throughout the years.  Through these businesses, Keith has become a close friend of mine.

     I have known Keith for over 30 years and have always found him to be a kind, honest, and highly responsible individual and citizen.  I met Keith in 1993 when I was a young entrepreneur trying to grow my first business.  I had started my own company to manufacture and sell hybrid high performance desktop computer systems to firms in the software applications business.  From the very first meeting, I have found Keith to be highly intelligent, innovative, ethical, caring, honest and a hardworking person.  With whatever he did, he was always ahead of his time helping the world every step of the way.  When I met him, he owned Access Health.  Keith purchased close to 2,000 of these hybrid high performance desktop computer systems for the healthcare industry, which undoubtedly was a springboard to my early business successes.  Since meeting Keith in 1993, we have worked together on many other technology-related ventures, which has provided me ample opportunity to witness his ambition, integrity, and strong work ethic.

     In addition to being business associates, Keith and I quickly became personal friends.  Keith has always shown interest in not only helping me professionally, but also personally.  For example, as of late, I am in the process of taking one of my ventures public; and he has always been a good bouncing board when I need a second opinion.  Through these conversations, I have learned that Keith knows many well-accomplished individuals in the industry; and he is highly respected among those people, which bodes well for his integrity, potential and abilities.  I don't think Keith has lost any relationship in his life.

     My admiration and trust in Keith as a business and personal friend has also led me to assist him recently in his time of distress and need.  Given Keith's recent dire health issues, and his incapacitation as a result of these health issues, I willingly offered him financial assistance to help sustain him as he was being treated at home.

      Further, and importantly, I have offered to provide him a place to live in the town I live in North Dakota as a place of stability for him, without qualification. Should you show Keith leniency, which I really wish you are able to, and as I think he deserves, Keith is welcome to live in North Dakota with me as he begins to rebuild his health and life while contributing positively to the society. I think it will be a huge loss to society to keep them away from such a talented and caring person.

      As an entrepreneur, I have dealt with many difficult situations as Keith has in his career. We know as humans that it is very hard to please everyone in personal life; but it is even more difficult to please investors, lenders, customers, employees, partners and vendors at the same time because these relationships are linked primarily by money as a common factor. I know, first hand, all too well the struggles of operating a company combined with the constraints on the power to raise capital, all while trying to develop and bring much needed products to the market. Knowing Keith closely and knowing his qualities as a human being as described above, I was very much surprised why he was accused of wrong-doing in the first place. Since I don't claim to fully understand the roots of the allegations on him, I say with caution that while I understand that Keith may have made a mistake, and through his guilty plea, has taken full responsibility for his actions, he definitely deserves a second chance for continuation of his positive contributions to society and people who have immensely benefited from his work. I have spoken with Keith a number of times during his time in prison and, knowing him and his mind, believe that he is truly remorseful for his actions. Keith, both personally and through his business ventures, has contributed invaluably to society and those contributions of his, personally and professionally, far outweigh the offenses, if any, that he pled guilty to. I do not believe that anyone would benefit from Keith going to prison. I urge you to consider leniency in your sentencing decision and give Keith the opportunity to move forward and make positive changes in his life and the lives of others, as he has done for me for many decades.

Sincerely,

Sanjay Patel
sevacall@aim.com
701-281-3951
PO Box 9495
Fargo, ND 58106