# EXHIBIT B

April 4, 2024


Hon. Trevor N. McFadden
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington D.C., 20001

RE:  Keith Berman

Dear Judge McFadden,

    I have known Mr. Berman for the past 18-years.  I write this letter on his behalf, as I understand he has pled guilty for crimes he has committed.  I consider him a friend and a business partner.  Mr. Berman has always been a tough and savvy business man.  But he has also pushed our companies to be innovative and aggressive.  I ask you to please offer Mr. Berman a merciful sentence because I think Mr. Berman sincerely believed that he could develop a COVID-19 test kit based on the impedance technology that we had developed over the years.

    Since 2014, our businesses were linked in manufacturing and selling glucose test strips.  The company that I formerly owned and operated, The Bio, helped to design, develop, and test those products.  I relied on Mr. Berman to develop, order, and sell the products that The Bio manufactured.  Some of our products used impedance technology to test glucose levels that came from a finger prick of blood.  One of the last products we developed was the GenUlitmate TBG device.  Importantly, because the GenUlitmate TBG meter was able to automatically adjusts for hematocrit interference, the device was able to provide a more precise glucose result, than our earlier products.

    In business relationships, as in any relationship, there are disagreements.  Although, The Bio believed that it could not develop a blood based COVID-19 test kit using the impedance technology from GenUlitmate TBG.  I never questioned Mr. Berman's sincerity in trying to truly develop and produce a blood based COVID-19 test kit.  From April to June 2020, The Bio assisted Mr. Berman in attempting to design and develop a blood based COVID-19 test kit.  But we encountered several obstacles in developing a blood COVID-19 test kit, and eventually, Mr. Berman decided to cease his efforts to develop a blood based COVID-19 test kit.  But from my communications and calls with Mr. Berman, I believe during this period of time, he was genuinely trying to create a blood based COVID-19 test kit.  After deciding to stop, Mr. Berman decided to pursue a saliva COVID-19 test kit, which The Bio assisted Mr. Berman in producing.

    Although I was forced to close my business, I wish Mr. Berman no ill harm or feelings.  I hope that he has learned from his mistakes, and can once again, become a productive member of society.  When deciding Mr. Berman's sentence, I please ask that you show him mercy.  I thank you for your time.

Sincerely,

*Daniel Kim* (signature)

Daniel Kim
(former President,
 The Bio Company Limited)
Tel No. 253-334-4785
Email   danymkim7@gmail.com