# EXHIBIT C

# Bains Books, Inc.

587 N. Ventu Park Road #E 125
Newbury Park, CA  91320
(818) 399-6975 Fax (800) 721-0419
Bainsbooks@aol.com

April 1, 2024

Judge Trevor McFadden

Re: United States v. Keith Berman

My name is Lila Bains and I am a self-employed bookkeeper and QuickBooks Pro Advisor. I met Keith Berman when he contacted me as a referral due to my experience with QuickBooks Online software and my background in accounting. Mr. Berman hired me to complete after-the-fact accounting, which consisted of entry from ledgers and banking records including reconciliation. When I was hired, Keith assured me that I would be paid promptly upon completion of my monthly work. He did not disappoint, and during our relationship Mr. Berman was always professional and responsive to my needs and requests.

Our communication was through e-mail correspondence and telephone calls. My tasks required very detailed inquiries from Mr. Berman and his responses were prompt and informative. I found Mr. Berman to be kind, friendly and always professional in our working relationship. Prompt completion of our work tasks was our mutual goal, and Mr. Berman proved to be reliable and forthcoming.

Sincerely,

Lila Bains
Bains Books, Inc.