# EXHIBIT D



**LH** *Financial Services Corp.*

510 Madison Avenue, Suite 1400, New York, NY 10022 • Phone: 212.586.8224 • Fax: 212.586.8244

March 26, 2024

Hon. Trevor N. McFadden
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

                        RE:    Keith Berman

Dear Judge McFadden:

This letter is written in support of Keith Berman in connection with his upcoming sentencing on his guilty plea.

I am the Chief Executive Officer of L.H. Financial Services Corp. ("LH"), a family office servicing a single European family. LH has been engaged as a family office for more than 25 years. I have had a principal role at LH since 1997. LH sources and services investments worldwide for the family. The investment in Decision Diagnostic Corp. ("DECN") was one such investment.

I first met Keith in or around 2014 in connection with a proposed investment in DECN. Keith was professional and personable, and DECN satisfied our client's criteria for investment. DECN's technology was not new but we felt that Keith could maximize its potential and had a strategy of looking for new markets and products. Keith devoted much time to expanding DECN's business. Both, Keith and DECN were good prospects for investment.

Over the years, our client continued to make investments in DECN. The principal form of investment was a promissory note that the holder could elect to have paid in shares of stock. At times, our relationship with Keith was strained when LH felt that DECN could do better economically or if payments on the notes were not timely made. At all times, however, I could tell that Keith was looking out for the best interests of DECN. We always managed to work things out amicably. Keith was a good steward of DECN's business. Within the confines of disclosure laws, Keith kept us informed of on-going developments.

We shared Keith's exuberance and enthusiasm when he realized that he could finally turn the corner and benefit DECN's shareholders and investors by repurposing DECN's diabetes testing technology to test for the SARS-COV-2 virus that was devastating the world at a time when there was no cure in sight. Keith believed that he had the fast-track on a diagnostic test, and we at LH believed him. Our client continued to fund DECN in its efforts to develop the test.

I don't have first-hand knowledge of the allegations made about Keith's activities other than those available publicly. My incredulity dissipated when I heard of his guilty plea. I certainly am not disputing the facts. However, due to my long-standing relationship with Keith, my frequent dealings with him, his strong desire to please his shareholders and investors and the opportunity he was impelled to take to help abate the awful impact of the pandemic, I sincerely believe that Keith's intentions were good but that he got caught up in a situation that led to a course of action that was out of character and an aberration that won't be repeated. Due to his guilty plea and the nature of the charges it is practically impossible for Keith to again be in a situation where he could ever duplicate the actions preceding his guilty plea.

Rabinowitz to Judge McFadden
Page -2-
March 26, 2024

I want to bring to the Court's attention that despite the investment in DECN not having achieved its potential for our client, I am writing this letter in support of a man who has always dealt straight, honestly and fairly with me and my staff over a long time and many transactions. Just as an aside, it sticks in my mind that when he visited our office, he was always nice and super polite to my secretaries and assistants, something that is not seen that much. I believe his enthusiasm to succeed, not only for himself but for others, blinded him to briefly stray from the right path he had been on, and with the Court's mercy and generosity, he can be on again. Please give Keith the maximum opportunity to restore his dignity outside of a prison. There is still much good he can achieve.

Very truly yours,

Arie Rabinowitz