# EXHIBIT G

**becon**

February 20, 2024

38W229 Grove Hill Court
Batavia, IL 60510

Your Honor,

I have known Keith Berman for nearly 30 years. During that time, I have worked for him, worked with him, served as a director for one of his companies and have also been a close friend. Although he and I have not been professionally associated for over 10 years, we remain friends. My relationship with Keith has always been based on respect and an appreciation for his enviable personal and professional attributes. Keith is extremely bright, capable, competent, intuitive, and insightful.

While working together, he always sought to discover a unique technology, a cutting-edge device or a medical breakthrough. His intelligence and vision enabled him to see opportunities invisible to others and his work ethic drove him to convert them into reality. It is difficult for someone outside of the technological startup industry to fully appreciate the difficulty of creating something from nothing and then converting it to success. Very few attempt that challenge and only a small percentage are able to actually develop a novel product/device/technology and then launch it into a virgin market. That was Keith's driving motivation and unique skill. We worked together pursuing breakthrough technologies and were able to discover some. Keith viewed these pursuits as a mission and never surrendered. He always aggressively pushed to discover a path to success and was convinced that he would uncover it.

During all the time we worked together, he never exhibited the traits or tendencies for which he had been charged and those to which he confessed. To say that I am surprised would be a massive understatement. It would be more accurate to state that I find it to be a complete mistake. The Keith that I knew, was kind, considerate, generous, and trustworthy. He is a caring friend, wonderful father to Zac and a devoted husband to Wendy.

The only explanation that seems possible is that the severe medical problems that Keith experienced led to a breakdown in judgment and possibly cognitive function. The Keith that I have long known would not have committed the crimes for which he has been accused. I would request, Your Honor, that you consider his documented medical history and its possible impact on his actions. He is in his final years and spending those in prison would be a disservice to Keith, his family and to justice. Please exhibit leniency to a man that I have long known to be worthy of your consideration.

Sincerely,

William Lyons