# EXHIBIT H

26 Wilputte Place  
New Rochelle, New York 10804

April 6, 2024

Hon. Trevor N. McFadden

United States District Judge

3333 Constitution Ave.

Washington, D.C. 20001

Re: U.S. v. Berman, 1:20-cr-00278

Dear Judge McFadden:

      I am writing to Your Honor in connection with the upcoming sentencing of Keith M. Berman. I was Mr. Berman's co-counsel in this matter until I was relieved by Your Honor on December 7, 2022 in preparation of my retirement from practice.

      I first met Mr. Berman in 2017 while I was defending a professional malpractice suit. Although neither Mr. Berman nor any of his companies were parties to the lawsuit, he offered to assist, without compensation, with the parties' protracted settlement negotiations. Ultimately, that matter was settled in November, 2017, due in part to Mr. Berman's efforts.

      Thereafter, I maintained telephone contact with Mr. Berman until he asked me to represent him and Decision Diagnostics Corp. in the civil suit brought by the United States Securities & Exchange Commission arising from the same occurrences as this action. During the course of my representation of Mr. Berman in both actions I found him to be cooperative and forthcoming. I would also note that neither the SEC nor the Department of Justice ever provided any evidence that Mr. Berman had sold any Decision Diagnostic stock or in any way profited from such sale by others during the period covered by the indictment and SEC lawsuit.

      While I recognize the serious nature of the crimes to which Mr. Berman has plead, given his age, numerous medical issues and lack of any sale of DECN stock, I respectfully ask that the Court show leniency when imposing sentence. Thank you for your consideration of this letter.

Respectfully submitted,

*Ronald S. Herzog*  
Ronald S. Herzog