# EXHIBIT I

# Hockey Club

Despite a 4-2 victory over Purdue in the Purple Puck Trophy Contest, this season's record for the IU Hockey Club proved to be a disappointment to many of the players. But the 7-7-2 record does not illustrate the fact that five of those games were lost only by a single goal.

Injuries headed the list of problems the team faced this year enroute to a third place finish in the Big Ten Club Tournament. Only a handful of players returned from the previous year's team to provide leadership, but a host of freshmen complemented the lineup and provided a much needed stimulus to the program.

Over a dozen returning lettermen should be present next fall when practice begins again. On defense, IU will lose the outstanding services of veterans Dick Williamson and Art Clark, but steady performers, Craig Dearden and Ted Hartzler can be counted on to provide a solid nucleus. Consistency in the goal next year and solid defense may prove to be the winning margin that eluded the Hoosiers when the clock ran out in the third period this year.

Though forwards Ed Foss, Bill Coughlin and Doug Schultz are leaving and academic commitments may keep Bob Ravensberg and Rob Perry from playing during their senior years, next year should see a multitude of returning forwards.

Greg Petro, Andy Freyer and Captain Dan Vass should be leading scorers next year, with Club President Greg Jordan's scoring ability also helping to improve upon the .500 performance of the 1974-75 team.

An expanded schedule for the 1975-76 season will include Ohio University, University of Cin-

cinnati, Kentucky Blades, IU Fort Wayne, IUPUI, Indianapolis Warriors, Illinois State, and Big Ten rivals, Purdue and Illinois.

Listed as possible opponents for next year are Chicago State, Hilsdale, University of Tennessee, Wabash and Miami of Ohio. The possibility of a 20-game schedule with only three road trips is something Coach Rob Jackson is trying to perfect. The prospect of more games in Indianapolis as well as Louisville and Columbus is being explored.

The 1974-75 season awards were presented to Dick Williamson, (Most Valuable Player and All Tournament first team); Craig Dearden, (Most Valuable Player of Pruple Puck Game) and Ted Hartzler, (Most Improved Player and Rookie of the Year).



*Front Row:* Paul McGuan, Bob Ravensberg, Keith Berman, John Beck, Don Rawson, Andy Freyer, Craig Collins. *Second Row:* Glen Schlesbaum, Dick Williamson, Bruce Hill, Craig Dearden, Ed Foss, Jon Bragalone, Dan Vass, Art Clark, Bill Coughlin, Rob Perry, Butch Talliant, Coach Rob Jackson. *Third Row:* Greg Jordan, Pete McCampbell, Ted Hartzler, Doug Schultz, Greg Petro, Brian Harris.