# EXHIBIT L

# GenViro! Swift®
# Professional System

(description: covid-19 test kit)

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

# Table of Contents

▲ Manufacturer Info
▲ Background
▲ Test Principle
▲ Indications for Use
▲ Device Description
▲ Appearance and structure
▲ Raw Materials
  ▲ Test Strip
  ▲ Meter
  ▲ Strip Adapter
  ▲ Collection Tube
▲ Reference Standards

▲ User Guides & Packaging
▲ Informative Video
▲ Product Answer Sheet
▲ Validation Studies
  ▲ Analytical Sensitivity and Specificity
    ▲ Feasibility Study
    ▲ Confirmative Study
    ▲ Meter Database Study
  ▲ Cross-reactivity
  ▲ Interference substances reactivity
▲ Safety Data Sheets
▲ CE Declaration of Conformity

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

# Manufacturer Information

- Manufacturer: Pharma Tech Solutions, Inc.
  - 2660 Townsgate, S. 300, Westlake Village, CA 91361, USA
- Contract Lab & Manufacturer: The Bio Co., Ltd.
  - #2202, Global Venture-dong, Gyeongbuk TechnoPark, 27, Sampung-ro, Gyeongsan-si, Gyeongsangbuk-do, South Korea
- Country of Manufacture: Republic of Korea

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS



Background

BERMAN-EX-00000836

# COVID-19 Background

The COVID-19 pandemic, caused by the SARS-CoV-2 virus, has led to more than 179 million confirmed cases, with over 3 million deaths globally, as of June 2021.[1] The living and working conditions of billions of people worldwide have been significantly disrupted due to different forms of social distancing and lockdowns in many cities. The world economy has been remarkably weakened as a result of business shutdowns and major restrictions on travel. Widespread availability of accurate and rapid testing procedures is extremely valuable in unraveling the complex dynamics involved in SARS-CoV-2 infection and immunity. To this end, laboratories, universities, and companies around the world have been racing to develop and produce critically needed test kits.

One of the many challenges for containing the spread of COVID-19 is the ability to identify asymptomatic cases that result in spreading of the virus to close contacts. A study of the passengers on a Diamond Princess Cruise ship forced into temporary quarantine from an early outbreak of COVID-19, estimated the asymptomatic proportion (among all infected cases) at 17.9% (95%CI: 15.5–20.2%).[2] Therefore, the actual number of SARS-CoV-2-infected individuals may be much higher than currently accounted for based on positive test results.[3] Having accurate, convenient and rapid testing for widespread deployment can aid in eliminating the silent spread of COVID-19 by asymptomatic viral carriers.

[1] WHO Coronavirus (COVID-19) Dashboard. World Health Organization. https://covid19.who.int. Accessed 24 June 2021.

[2] Mizumoto K.; Kagaya K.; Zarebski A.; Chowell G. Estimating the asymptomatic proportion of coronavirus disease 2019 (COVID-19) cases on board the Diamond Princess cruise ship, Yokohama, Japan, 2020. Euro Surveill 2020, 25(10):2000180. doi:10.2807/1560-7917.ES.2020.25.10.2000180.

[3] Bendavid E.; Mulaney B.; Sood N.; Shah S.; Ling E.; Bromley-Dulfano R.; Lai C.; Weissberg Z.; Saavedra R.; Tedrow J.; Tversky D.; Bogan A.; Kupiec T.; Eichner D.; Gupta R.; Ioannidis J.; Bhattacharya J. COVID-19 Antibody Seroprevalence in Santa Clara County, California medRxiv

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

BERMAN-EX-00000837

DX-029 Page 5

# Portable COVID-19 detection kit market

▲ Global Covid-19 detection kits market size is projected to surpass $8.5 billion through 2026, growing at a CAGR of 7.3% for the period spanning from 2020 to 2026. The ongoing COVID-19 pandemic has asserted a tremendous global impact in the past few months. As a consequence of the outbreak, which originated in Wuhan, China and spread to a global scale in a matter of months, several nations worldwide have been pushed to implement strict lockdowns and protocols like social distancing to contain further impact.[3]

▲ One of the most crucial aspects to monitoring and controlling the spread of the virus is to conduct regular and thorough testing. Considering this, the COVID-19 detection kits market is gaining immense attention in the current landscape, as healthcare facilities and frontline workers look for robust testing solutions to determine the presence of the virus among populations.

▲ Urgent need for medical testing amid rising coronavirus prevalence to increase demand for COVID-19 detection kits.

▲ [3] Global Market Insights, Inc., Rising coronavirus cases worldwide have urged the deployment of COVID-19 diagnostic kits, https://pharmaphorum.com/, June 22, 2020



Test Principle

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

# Test Principle

▲ The GenViol Swift® COVID-19 Professional System is a real-time impedance spectroscopy device. The screen kit includes single use test strips and a reusable meter. The GenViol Swift® System is designed to detect the SARS-CoV-2 viral particles in saliva of patients with signs and symptoms of infection who are suspected of COVID-19.

▲ The test strips consist of three layers: a base layer, spacer layer and cover. The base layer contains an electrode with a platinum carbon electrode on the surface of a wafer. The spacer layer is an open PET film that forms a space through which the saliva sample can flow through using capillary action. The cover layer provides protection of the reaction and serves to induce saliva sample inflow due to hydrophilic properties.

▲ A low-amplitude alternating voltage is then passed across the two electrodes (platinum carbon electrode), and the resulting current is measured. As the virus concentration of the sample increases, the measured impedance increases, and quantitative detection according to the virus concentration is possible.

▲ Because impedance values for the virus increase with increasing concentration (Figure 2), impedance value can be used to quantify the virus concentration.

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

# Test Principle



Legend:
- ○ $10^{14}$ virions/mL
- □ $10^{13}$ virions/mL
- × $10^{12}$ virions/mL
- △ $10^{11}$ virions/mL

— Real impedance
···· Imaginary impedance

Axes: Real Impedance (kΩ), Imaginary Impedance (kΩ), Frequency (Hz)

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS



Indications for Use

# Indications for Use

- The GenViro! Swift® COVID-19 Professional System provides real-time Electrochemical Impedance Spectroscopy (EIS) measurement intended for the presumptive qualitative detection of the SARS-CoV-2 viral particle in saliva samples from individuals with signs and symptoms of infection who are suspected of COVID-19. Testing is limited to conduct by health care professionals.

- The concentration of the virus antigens may vary in the course of the disease and might fall below the detection limit (LoD) of the test. Results are for the identification of SARS-CoV-2 viral particles. Positive results are indicative of active infection. Laboratories within the United States and its territories are required to report all positive results to the appropriate public health authorities.

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

# Indications for Use

- Negative results do not preclude 2019-nCoV infection and should not be used as the sole basis for patient management decisions. Negative results must be combined with clinical observations, patient history, and epidemiological information.

- The GenViro! Swift® COVID-19 Professional System is intended for use by health care professionals. The GenViro!® COVID-19 Antigen Saliva Test is only for use under various sovereign agency Emergency Use Authorization(s). Included in this group of sovereign agencies is the U.S. Food and Drug Administration.

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS



Device Description

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

BERMAN-EX-00000845

# Device Description

| MATERIAL | DESCRIPTION |
|---|---|
| GenVirol Swift® Test Meter | Biosensor test meter for the presumptive qualitative detection of the SARS-CoV-2 viral particle |
| GenVirol® Adapter | Biosensor test sleeve for the presumptive qualitative detection of the SARS-CoV-2 viral particle |
| GenVirol® Test Strips | Biosensor test strips for the presumptive qualitative detection of the SARS-CoV-2 viral particle |
| Saliva collection tube | Tube for collecting saliva sample. Single-use only |

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS



Appearance and Structure

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS   BERMAN-EX-00000847





Appearance

Saliva Collection Tube

GenViro!® Test Strip

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

BERMAN-EX-00000849

# Description of Appearance – GenViro! Swift Meter

| Definition | Function and Purpose |
|---|---|
| Window Display | Displays the status of the meter and measurement results. |
| Power Button | Turn on the meter. |
| "Up" and "Down" Button | To select or change settings |
| Test Strip Port | Insert test sleeve here |



CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

# Description of Appearance – GenViro! Swift Meter

| Dimension | Width (mm) | Depth (mm) | Height (mm) |
|---|---|---|---|
| | 54 | 19 | 87 |
| Weight | 48g (Including battery) | | |



CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

# Description of Appearance – GenViro! Swift Meter

LCD Display



| # | Display | Description | # | Display | Description |
|---|---------|-------------|---|---------|-------------|
| 1 | Not Present | Measurement result | 5 | | Battery reminder |
| 2 | 88-88 | Date | 6 | | Sample injection indication |
| 3 | 88:88 | Time | 7 | 888 | Measured current value |
| 4 | ᵀᴴ Ct 888 | Number of measurements | 8 | | Strip injection indication |

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

BERMAN-EX-00000852

# Description of Appearance – GenViro! Adapter



| Definition | Function and Purpose |
|---|---|
| Strip Insert | Insert the GenViro! strip here. |
| Device recognition | Recognition electrode is for connecting GenViro! Swift test meter. |

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

BERMAN-EX-00000853

# Description of Appearance – GenViro! Adapter

| Dimension | Width (mm) | Depth (mm) | Height (mm) |
|---|---|---|---|
| | 15.1 | 29.4 | 3.08 |
| Weight | | 0.499g | |



CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

BERMAN-EX-00000854

# Description of Appearance – GenViro! Test Strip



| Definition | Function and Purpose |
|---|---|
| Capillary channel | Space for test samples. The sample is sucked in by the capillary action. |
| Device recognition | Recognition electrode is for connecting COVID-19 diagnosis test device. |

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

BERMAN-EX-00000855

DX-029 Page 23

# Description of Appearance – GenViro! Test Strip

| Dimension | Width (mm) | Depth (mm) | Height (mm) |
|---|---|---|---|
| | 5.3 | 19.8 | 0.7 |
| Weight | | 0.199g | |



CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

# Description of Appearance – Saliva Collection Tube & Funnel



| Dimension | Width (mm) | Depth (mm) | Height (mm) |
|---|---|---|---|
|  | 44.0 | 100.0 | 15.0 |
| Weight | 13.175g | | |

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS



Raw Materials

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

# Raw Materials – Test Strip

| Layer film | Supplier | P/N | Specification |
|---|---|---|---|
| Base Wafer | SK Siltron | 08N276A | Diameter(mm):200 |
| Spacer film | Two-hands | PS-115M | Double sided adhesive film, 115 $\mu$m |
| Cover film | Coveme | HNW_C 100my | Hydrophilic film, 100 $\mu$m |

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS



CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

# Raw Materials – Meter

| | Supplier | P/N | Specification |
|---|---|---|---|
| LCD | GLORY SOUND(ASIA)LTD | GS-20083AA | 3.0V Vdc |
| PCB | NEXMORE | Virus Detector_VER1.1 | v-0 |
| Coin Battery | Panasonic corporation | CR 2032 | CR 2032   DC 3 V, 220 mAh, |
| Enclosure | LG chemical | PC1301EP | v-2 |

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

BERMAN-EX-00000861

# Raw Materials – Meter – Circuit Diagram



CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS



Raw Materials – Meter – Impedance Measurement

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

# Raw Materials – Adapter

| | Supplier | P/N | Specification |
|---|---|---|---|
| Strip Adapter | NEXMORE | Strip Adapter R1.0 | FR-4, v-0 |



CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

Raw Materials – Adapter



CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

BERMAN-EX-00000865

# Raw Materials – Collection tube

| Supplier | P/N | Specification |
|---|---|---|
| Collection tube | | |
| TAIZHOU HUANGYAN FANGYE TECHNOLOGY DEVELOPMENT CO. LTD. | FK003 | pp |



Reference Standards

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

BERMAN-EX-00000867

# Reference Standards

▲ EN ISO 14971 [2012] Medical Devices -Application of risk management to medical devices

▲ PART 820-QSR:2015 QUALITY SYSTEM REGULATION

▲ ISO 13485[2016] Medical devices -Quality management system- Requirements for regulatory purposes

▲ CLSI Standard EP25 - Evaluation of Stability of In Vitro Diagnostic Reagents

▲ Using the GS1 System for U.S. FDA Unique Device Identification (UDI) Requirements FOR SUPPLIERS & RECEIVERS RT.1. SEPT 2 2014

▲ Device Labeling Guidance #G91-1

▲ Device Labeling_ PART 809 IN VITRO DIAGNOSTIC

▲ ISO 18113-1:2011 In vitro diagnostic medical devices. Information supplied by the manufacturer (labelling). Terms, definitions and general requirements

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS



User Guides & Packaging

BERMAN-EX-00000869

# User Guides & Packaging

- GenViro! Swift Meter
  - See the link below for GenViro! Swift Meter User Guide & Packaging

- GenViro! Screen Kit
  - See the link below for GenViro! Screen Kit insert & Packaging

- GenViro! Verification Kit
  - See the link below for GenViro! Verification Kit insert & Packaging

https://drive.google.com/drive/folders/1l8rdKKzq3_JLxMrpdw5mBz6t9vEJf5QT?usp=sharing

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

BERMAN-EX-00000870



CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

BERMAN-EX-00000871





Product Answer Sheet

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

# Product Answer Sheet

## GenVirol Answer Sheet

**NOTE:** *This is a detailed guide on topics that may come up during customer calls. The answers on this sheet do not have to be said verbatim. Instead, the CSR may use their judgement in determining what needs to be explained to the customer in a given situation with the guidance of this answer sheet.*

## FAQ's

▲ The GenVirol Swift®COVID-19 Professional System (Meter and Kit) consists of:

▲ GenVirol|Swift® COVID-19 Meter, GenVirol® COVID-19 Adapter*, GenVirol® COVID-19 Test Strip*, Saliva Collection Tube*, Saliva Collection funnel*, Solution (diluents), (*may be purchased separately)

## What Is The Testing Procedure?

### Before The Test

▲ You will need to set the date and time on your meter before you begin testing.

▲ Allow all the test pieces to reach room temperature.

▲ If possible, have the patient wash hands using warm, soapy water. Rinse thoroughly and dry.

▲ Put on disposable PPE gloves for both hands.

▲ CAUTION: A new pair of gloves should be worn by the user before testing each patient.

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

# Product Answer Sheet

## Saliva Collection

▲ Unscrew cap from the collection tube. Place the funnel into the collection tube.

▲ Spit saliva into the funnel until it reaches the amount required, approximately 1.5mL.

▲ Add max. 0.5mL saline solution.

▲ Remove the funnel and close the tube tightly with cap. Gently swirl solution for 5 seconds.

▲ Used collection funnels and tubes may be considered biohazardous waste in your area. Be sure to follow your local regulations for proper disposal.

## Performing The Test

▲ Remove adapter and test strip from packaging. Insert test strip into test strip slot of adapter as illustrated in the inserts. Insert adapter into adapter slot of the meter with the contact bars facing up. The meter will turn on automatically.

▲ The meter will display a flashing symbol when it is ready to receive a sample.

▲ Touch the surface of the sample to the narrow channel at the tip of the test strip.

▲ If the strip does not fill, remove the strip and obtain a new strip and perform another test. An incompletely filled window may provide an inaccurate reading or error message.

▲ Do not fully submerge the test strip into the sample. You should only dip the strip into the sample enough for the sample to be absorbed into the tip of the test strip window.

▲ You will hear a beep when the test strip is full. If you do not hear a beep, you may receive an inaccurate reading or error message. You will need to repeat the test with a new strip.

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

BERMAN-EX-00000875

# Product Answer Sheet

## How Do I Set Up My Meter?

▲ 1. Press and hold ▲ button to enter the setting mode.

▲ 2. Press ▲ or ▼ button to select desired year. Press the power button to move on to the next setting, "Month".

▲ 3. Repeat above steps to set the month, day, hour and minute by ▲ or ▼ button and then power button.

## How Accurate Are The Test Strips?

▲ The GenVirol®️ test strips and test meters have a sensitivity of >88% and a specificity of >97%.

▲ The concentration of the virus antigens may vary in the course of the disease and might fall below the detection limit (LoD) of the test. The 95% detection limit of the GenVirol®️ COVID-19 Antigen Saliva Test is 10 TCID50/mL and was determined via dilution of inactivated SARS-Covid-2 virus. This is the lowest load of antigen concentration that could be distinguished by the GenVirol®️ COVID-19 Test from the absence of that substance with the stated 95% confidence level.

▲ If you have symptoms that are not consistent with your test results and you have ruled out common errors described in instructions for your test strips and meter, call your health care professional.

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

# Product Answer Sheet

## Expiration Date

▲ The GenVirol ® Swift COVID-19 Professional System expiration date marked on the outer packaging and containers, under the 'LOT' number in the year-month-date format. Do not use your GenVirol® Test Strips if the packaging has been damaged, opened, or has expired. This could cause incorrect results or error messages.

▲ The meter has a capability of 110 uses and should be replaced after reaching the limit to prevent inaccurate results or possible error messages.

## How Does the Test Work?

▲ The saliva samples will be mixed with an irrigating solution, this does not affect the structure of the viral particles. A low-amplitude alternating voltage is then passed across the two electrodes and the resulting current is measured. As the virus concentration within the sample increases, the measured impedance value decreases, and quantitative detection according to the virus concentration is possible.

# Product Answer Sheet

**Error Codes and Troubleshooting**

**Error 1**

- ▲ Cause: Temperature is above or below the operating range of the test strips and meter.

- ▲ Solution: The result you have obtained may not be accurate. Move to an area with temperature between 4°C - 30° C (30°F - 86°F). Do not artificially heat or cool the meter.

**Error 2**

- ▲ Cause: Test strip unknown or may be damaged.

- ▲ Solution: Perform the test with a new test strip using proper testing procedure.

**Error 3**

- ▲ Cause: Test strip is used or test was not performed correctly.

- ▲ Solution: Perform the test with a new test strip and follow the test procedure correctly.

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

BERMAN-EX-00000878

# Product Answer Sheet

## Other Complaint Types

▲ My Strips Are Providing Inaccurate Readings.

There could be different factors contributing to this issue.
Below are a few questions that may help narrow down the possible causes:

Cause:   Are you inserting the adapter into the meter before inserting the test strip?

Solution: Make sure to insert the adapter into the meter before inserting the test strips. Once the test strip is in the   adapter the display will indicate when it is ready to receive the sample.

Cause:   Have the test strips, adapter, or meter been exposed to temperatures outside of  50°F - 104°F (10°C -   40°C)?   Extreme temperature or humidity may cause inaccurate readings.

Solution: Be sure to store the test strips, adapter, and meter in a cool, dry place between 50°F - 104°F (10°C - 40°C)   and away from direct sunlight or heat.

Cause:   Using too much diluent >0.5mL can also provide inaccurate readings.

Solution: Perform the test with a new test strip and follow the test procedure correctly.

Cause:   User may be testing with expired test strips. Expired test strips will cause inaccurate readings.

Solution: Dispose of expired test strips and test with test strips that are not expired.

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

BERMAN-EX-00000879

# Product Answer Sheet

**No response when strip is inserted into meter.**

Cause:   Battery is dead.

Strip was inserted incorrectly.

Meter is defective.

Solution: Replace the meter.

Insert the test strip correctly.

Contact customer service for help.

No response when sample is applied to strip

Cause:   Sample volume is not sufficient.

Meter is defective.

Solution: Repeat test with sufficient sample.

Contact customer support for help.

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

BERMAN-EX-00000880



Validation Studies

Performed by The Bio Ltd. labs, March – June 2021



# Validation Studies

- Analytical Sensitivity and Specificity
  - Feasibility Study
  - Confirmatory Study
  - Meter Database Study
- Cross-Reactivity
- Interference Substances Reactivity

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

BERMAN-EX-00000882



Analytical Sensitivity & Specificity

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

# Sensitivity & Specificity – Feasibility Study

- Analytical sensitivity and specificity studies are performed inactivated coronavirus (e.g., irradiated virus) into a real clinical matrix (saliva).

- Testing was performed using materials provided from the National Health Institute (NHI) resource with a concentration of $1.4 \times 10_4$ $TCID_{50}$.

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

BERMAN-EX-00000884

# Sensitivity & Specificity – Feasibility Study

## 155,555 Hz Impedance

▲ A total of 93 strips were tested with 155,555 Hz impedance value (negative: 48, positive: 45).

▲ The temperature was maintained at 23 ± 2 °C and humidity at 40 ± 10%.

▲ The analytical sensitivity and specificity performance of GenVirol® System was sensitivity 87%, specificity 98%.

▲ The GenVirol® system detected 39 true positives and 6 false negative out of 45 positive samples. And, out of 48 negative samples, 47 true negatives and 1 false positive were detected.

▲ Results of analytical sensitivity and specificity are summarized in the following table:

| 155.555 Hz | | Sample Result | | |
|---|---|---|---|---|
| | | Sensitivity = TP / (TP + FN)  87% | | |
| GenVirol result | Positive | Specificity = TN / (TN + FP)  98% | | |
| | Negative | (False Negative) | 47 (True Negative) | |

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

# Sensitivity & Specificity – Feasibility Study

## ▲ 200,000 Hz Impedance

▲ In a second assay a total of 94 strips were tested under 200,000 Hz impedance value (negative: 48, positive: 46). The temperature was maintained at 23 ± 2 °C and humidity at 40 ± 10%.

▲ The analytical sensitivity and specificity performance of GenVirol!® System was sensitivity 85%, specificity 98%.

▲ The GenVirol!® system detected 39 true positives and 7 false negative out of 46 positive samples. And, out of 48 negative samples, 47 true negatives and 1 false positive were detected.

▲ **Results of analytical sensitivity and specificity are summarized below:**

| 200,000 Hz | Sample Result | |
|---|---|---|
| | Positive | Negative |
| GenVirol result | Positive (True Positive) 39 | (False Positive) 1 |
| | Negative (False Negative) 7 | (True Negative) 47 |

Sensitivity   TP / (TP + FN)   85%

Specificity   TN / (TN + FP)   98%

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

# Sensitivity & Specificity – Confirmatory Study

▲ Analytical sensitivity and specificity studies are performed inactivated coronavirus (e.g., irradiated virus) into a real clinical matrix (saliva).

▲ Testing was performed using materials provided from the BEI (Korea) resource with a concentration of $1.4 \times 10_4$ $TCID_{50}$.

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

BERMAN-EX-00000887

# Sensitivity & Specificity – Confirmatory Study

## ▶ 155,555 Hz Impedance

▲ A total of 473 strips were tested with 155,555 Hz impedance value (negative: 215, positive: 258).

▲ The temperature was maintained at 23 ± 2 °C and humidity at 40 ± 10%.

▲ The analytical sensitivity and specificity performance of GenVirol® System was sensitivity 88%, specificity 97%.

▲ The GenVirol® system detected 226 true positives and 32 false negative out of 258 positive samples. And out of 215 negative samples, 209 true negatives and 6 false positive were detected.

▲ **Result of analytical sensitivity and specificity are summarized below:**

| 155,555 Hz | | Sample Result | | | |
|---|---|---|---|---|---|
| | | Positive | Negative | | |
| GenVirol result | Positive | TP 226 (True Positive) | 6 (False Positive) | Sensitivity: TP / (TP + FN) | 88% |
| | Negative | 32 (False Negative) | TN 209 (True Negative) | Specificity: TN / (TN + FP) | 97% |

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

BERMAN-EX-00000888

DX-029 Page 56

# Sensitivity & Specificity – Confirmatory Study

## 200,000 Hz Impedance

▲ In a second assay a total of 473 strips were tested under 200,000 Hz impedance value (negative: 215, positive: 258). The temperature was maintained at 23 ±2°C and humidity at 40 ± 10%.

▲ The analytical sensitivity and specificity performance of GenVirol!® System was sensitivity 89%, specificity 97%.

▲ The GenVirol!® system detected 230 true positives and 28 false negative out of 258 positive samples. And, out of 215 negative samples, 208 true negatives and 7 false positive were detected.

▲ **Result of analytical sensitivity and specificity are summarized below:**

| 200,000 Hz | | Sample Result | |
|---|---|---|---|
| | | Sensitivity: TP / (TP + FN) Positive 89% | Specificity: TN / (TN + FP) Negative 97% |
| GenVirol! result | Positive | 230 (True Positive) | 7 (False Positive) |
| | Negative | 28 (False Negative) | 208 (True Negative) |

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

BERMAN-EX-00000889

# Sensitivity & Specificity – Meter Database Study

- Analytical sensitivity and specificity studies are performed inactivated coronavirus (e.g., irradiated virus) into a real clinical matrix (saliva).

- Testing was performed using materials provided from the BEI (Korea) resource with a concentration of $1.4 \times 10_4$ $TCID_{50}$.

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

BERMAN-EX-00000890

# Sensitivity & Specificity – Meter Database Study

▲ **155,555 Hz Impedance**

- ▲ A total of 375 strips were tested with 155,555 Hz impedance value (negative: 170, positive: 205).
- ▲ The temperature was maintained at 23 ± 2 °C and humidity at 40 ± 10%.
- ▲ The analytical sensitivity and specificity performance of GenVirol® System was sensitivity 91%, specificity 98%.
- ▲ The GenVirol® system detected 187 true positives and 18 false negative out of 205 positive samples. And out of 170 negative samples, 166 true negatives and 4 false positive were detected.

▲ **Result of analytical sensitivity and specificity are summarized below:**

| 155,555 Hz | | Sample Result | |
|---|---|---|---|
| | | Sensitivity: TP / (TP + FN) | 91% |
| | | Specificity: TN / (TN + FP) | 98% |
| GenVirol result | Positive | 187 (True Positive) | 4 (False Positive) |
| | Negative | 18 (False Negative) | 166 (True Negative) |

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

BERMAN-EX-00000891

DX-029 Page 59

# Sensitivity & Specificity – Meter Database Study

## ▲ 200,000 Hz Impedance

▲ In a second assay a total of 377 strips were tested under 200,000 Hz impedance value (negative: 183, positive: 194). The temperature was maintained at 23 ± 2°C and humidity at 46 ± 16%.

▲ The analytical sensitivity and specificity performance of GenVirol!® System was sensitivity 89%, specificity 97%.

▲ The GenVirol!® system detected 173 true positives and 21 false negative out of 194 positive samples. And out of 183 negative samples, 177 true negatives and 6 false positive were detected.

▲ **Result of analytical sensitivity and specificity are summarized below:**

| 200,000 Hz | | Sample Result | |
|---|---|---|---|
| | | Positive | Negative |
| GenVirol result | Positive | 173 (True Positive) | 6 (False Positive) |
| | Negative | 21 (False Negative) | 177 (True Negative) |
| | | Sensitivity = TP / (TP + FN) = 89% | Specificity = 97% |

BERMAN-EX-00000892



Cross-Reactivity

BERMAN-EX-00000893

# Cross-Reactivity

▶ Purpose

▲ Cross-reactivity studies are performed to demonstrate that the test does not react with related pathogens, high prevalence disease agents, and normal or pathogenic flora that are reasonably likely to be encountered in the clinical specimen.

▶ Method and Materials

▲ Testing was performed using materials provided from the BEI resource and a total of 60 strips were tested (4 x 3 x 5 = 60). 3 strips were tested at each concentration. The temperature was maintained at 23 ± 2 °C and humidity at 40 ± 10%. The test meters were GenViro! Swift® Meters at an amplitude of 600mVpp.

▲ Test materials were prepared as specified in the following table. For the selection of test materials, we refer to the FDA guidance document: Policy for Coronavirus Disease-2019 Tests During the Public Health Emergency (Revised).

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

BERMAN-EX-00000894

# Cross-Reactivity

▶ List of Cross-reactivity material

| Test Material | BEI Cat. No. | |
|---|---|---|
| Human coronavirus 229E | NR-53727 | Peptide Array, Human Coronavirus Spike (S) Glycoprotein SARS Coronavirus |
| Human coronavirus OC43 | NR-53728 | Peptide Array, Human Coronavirus OC43 Spike (S) Glycoprotein |
| Human coronavirus HL63 | NR-53729 | Peptide Array, Human Coronavirus NL63 Spike (S) Glycoprotein |
| Human coronavirus HKU1 | NR-53713 | Spike Glycoprotein (Stabilized) from Human Coronavirus, HKU1 with C-Terminal Histidine and Avi Tags |
| MERS coronavirus | NR-52591 | Spike Glycoprotein (Stabilized) from MERS Coronavirus, England 1 with C-Terminal Histidine with Twin-Strep® Tags |

# Cross-Reactivity

- Evaluation Criteria
  - At frequency 155.555Hz, if the Magnitude value is less than 435Ω, it is evaluated as
    - "Positive", and if it is above 435Ω, it is evaluated as "Negative".
  - At frequency 200,000Hz, if the Magnitude value is less than 325Ω, it is evaluated as
    - "Positive", and if it is above 325Ω, it is evaluated as "Negative".

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

# Cross-Reactivity – test results

**Human coronavirus 229E NR-53727**

| | 155,555 Hz | | 200,000 Hz | |
|---|---|---|---|---|
| | Magnitude (Ω) | Result | Magnitude (Ω) | Result |
| Negative | 642 | Negative | 460 | Negative |
| | 572 | Negative | 417 | Negative |
| | 606 | Negative | 441 | Negative |
| 450 µg/mℓ | 586 | Negative | 427 | Negative |
| | 552 | Negative | 406 | Negative |
| | 553 | Negative | 407 | Negative |
| 45 µg/mℓ | 590 | Negative | 423 | Negative |
| | 553 | Negative | 404 | Negative |
| | 536 | Negative | 397 | Negative |
| 4.5 µg/mℓ | 521 | Negative | 388 | Negative |
| | 544 | Negative | 398 | Negative |
| | 534 | Negative | 397 | Negative |

GenViro does not cross-react to Human coronavirus 229E (concentrations of 450 µg/mℓ to 4.5 µg/mℓ).

**Human coronavirus OC43 NR-53728**

| | 155,555 Hz | | 200,000 Hz | |
|---|---|---|---|---|
| | Magnitude (Ω) | Result | Magnitude (Ω) | Result |
| Negative | 579 | Negative | 426 | Negative |
| | 682 | Negative | 488 | Negative |
| | 572 | Negative | 424 | Negative |
| 450 µg/mℓ | 649 | Negative | 471 | Negative |
| | 746 | Negative | 516 | Negative |
| | 596 | Negative | 430 | Negative |
| 45 µg/mℓ | 621 | Negative | 446 | Negative |
| | 617 | Negative | 442 | Negative |
| | 622 | Negative | 447 | Negative |
| 4.5 µg/mℓ | 581 | Negative | 421 | Negative |
| | 545 | Negative | 402 | Negative |
| | 626 | Negative | 453 | Negative |

GenViro does not cross-react to Human coronavirus OC43 (concentrations of 450 µg/mℓ to 4.5 µg/mℓ).

# Cross-Reactivity – test results

**Human coronavirus NL63 NR-53729**

| | 155,555 Hz | | 200,000 Hz | |
|---|---|---|---|---|
| | Magnitude (Ω) | Result | Magnitude (Ω) | Result |
| Negative | 583 | Negative | 430 | Negative |
| | 615 | Negative | 447 | Negative |
| | 555 | Negative | 414 | Negative |
| 450 µg/ml | 586 | Negative | 427 | Negative |
| | 552 | Negative | 406 | Negative |
| | 553 | Negative | 407 | Negative |
| 45 µg/ml | 590 | Negative | 423 | Negative |
| | 553 | Negative | 404 | Negative |
| | 536 | Negative | 397 | Negative |
| 4.5 µg/ml | 521 | Negative | 388 | Negative |
| | 544 | Negative | 398 | Negative |
| | 534 | Negative | 397 | Negative |

GenViro does not cross-react to Human coronavirus NL63 (concentrations of 450 µg/ml to 4.5 µg/ml).

**Human coronavirus HKU1 NR-53713**

| | 155,555 Hz | | 200,000 Hz | |
|---|---|---|---|---|
| | Magnitude (Ω) | Result | Magnitude (Ω) | Result |
| Negative | 579 | Negative | 431 | Negative |
| | 565 | Negative | 419 | Negative |
| | 554 | Negative | 413 | Negative |
| 50 µg/ml | 532 | Negative | 392 | Negative |
| | 528 | Negative | 389 | Negative |
| | 550 | Negative | 402 | Negative |
| 5 µg/ml | 515 | Negative | 382 | Negative |
| | 513 | Negative | 382 | Negative |
| | 540 | Negative | 398 | Negative |
| 0.5 µg/ml | 546 | Negative | 401 | Negative |
| | 518 | Negative | 382 | Negative |
| | 508 | Negative | 377 | Negative |

GenViro does not cross-react to Human coronavirus HKU1 (concentrations of 50 µg/ml to 0.5 µg/ml).

# Cross-Reactivity – test results

| | | MERS coronavirus NR-53591 | | | |
|---|---|---|---|---|---|
| | | 155,555 Hz | | 200,000 Hz | |
| | | Magnitude (Ω) | Result | Magnitude (Ω) | Result |
| Negative | | 554 | Negative | 413 | Negative |
| | | 577 | Negative | 425 | Negative |
| | | 570 | Negative | 426 | Negative |
| 12.5 µg/ml | | 364 | Positive | 399 | Negative |
| | | 389 | Positive | 377 | Negative |
| | | 409 | Positive | 420 | Negative |
| 1.25 µg/ml | | 544 | Negative | 417 | Negative |
| | | 505 | Negative | 443 | Negative |
| | | 574 | Negative | 418 | Negative |
| 0.125 µg/ml | | 571 | Negative | 417 | Negative |
| | | 611 | Negative | 421 | Negative |
| | | 573 | Negative | 404 | Negative |

GenViro does not cross-react to MERS coronavirus when evaluated at a frequency of 200,000 Hz.
GenViro cross-reacts at only one level of concentration (12.5µg/ml) at 155,555Hz.

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

# Cross-Reactivity – test results summary

GenViro does not cross-react with Human coronavirus 229E, coronavirus OC43, coronavirus NL63, and coronavirus HKU1. GenViro does not cross-react with MERS coronavirus when evaluated at a frequency of 200,000 Hz. GenViro cross-reacts at only one level of concentration (12.5 $\mu g/m\ell$) at 155,555Hz.

| Test Material | Conc. | Result |
|---|---|---|
| Human coronavirus 229E | 450 $\mu g/m\ell$ | 0/3 |
| | 45 $\mu g/m\ell$ | 0/3 |
| | 4.5 $\mu g/m\ell$ | 0/3 |
| Human Coronavirus OC43 | 450 $\mu g/m\ell$ | 0/3 |
| | 45 $\mu g/m\ell$ | 0/3 |
| | 4.5 $\mu g/m\ell$ | 0/3 |
| Human Coronavirus NL63 | 450 $\mu g/m\ell$ | 0/3 |
| | 45 $\mu g/m\ell$ | 0/3 |
| | 4.5 $\mu g/m\ell$ | 0/3 |
| Human coronavirus HKU1 | 50 $\mu g/m\ell$ | 0/3 |
| | 5 $\mu g/m\ell$ | 0/3 |
| | 0.5 $\mu g/m\ell$ | 0/3 |
| MERS coronavirus | 12.5 $\mu g/m\ell$ | 3/3 |
| | 1.25 $\mu g/m\ell$ | 0/3 |
| | 0.125 $\mu g/m\ell$ | 0/3 |

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

BERMAN-EX-00000900



Interference Substances
Reactivity

BERMAN-EX-00000901

# Interference Substances Reactivity

▲ Purpose

  ▲ A microbial interference study demonstrates that false negatives will not occur when SARS-CoV-2 is present in a specimen with other microorganisms.

▲ Method and Materials

  ▲ Testing was performed using materials provided from the BEI resource and a total of 72 strips were tested (4 x 3 x 6 = 72). 3 strips were tested at each concentration. The temperature was maintained at 23 ± 2 °C and humidity at 40 ± 10%. The test meters were GenVirol Swift® Meters at an amplitude of 600mVpp.

  ▲ Test materials were prepared as specified in the following table. For the selection of test materials, we refer to the FDA guidance document: Policy for Coronavirus Disease-2019 Tests During the Public Health Emergency (Revised).

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

# Interference Substances Reactivity

▶ List of Interference Substances Reactivity material

| | Test Material | BEI Cat. No | |
|---|---|---|---|
| Interference Substances Reactivity Material | Influenza A H1N1 virus | NR-14697 | Influenza A Virus, A/New York/18/2009 (H1N1) pdm09, BPL-Inactivated: Antigen preparation |
| | Influenza A H3N2 virus | NR-19321 | Influenza A Virus, A/Brisbane/10/2007 (H3N2), BPL-Inactivated: Antigen preparation |
| | Influenza A H5N1 virus | NR-2609 | Peptide Arrays, Influenza A Virus (H5N1) HA Protein Diverse Peptides |
| | Influenza A H7N9 virus | NR-44012 | Peptide Arrays, Influenza A Virus A/Shanghai/1/2013(H7N9) Hemagglutinin Protein Diverse Peptides Influenza A virus |
| | Influenza B | NR-19324 | Influenza B Virus, B/Malaysia/2506/2004 /BPL-Inactivated: Antigen preparation |
| | Respiratory syncytial virus type A/B | NR-43974 | Human respiratory syncytial virus, HEp-2 Cell Supernatant, Processed Mock Infected Control |
| Positive control | SARS-coronavirus-2 | NR-52287 | SARS-Related Coronavirus 2, Isolate USA-WA1/2020, Gamma-Irradiated |

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

BERMAN-EX-00000903

# Interference Substances Reactivity

- Evaluation Criteria
  - At frequency 155,555Hz, if the Magnitude value is less than 435Ω, it is evaluated as
    - "Positive", and if it is above 435Ω, it is evaluated as "Negative".
  - At frequency 200,000Hz, if the Magnitude value is less than 325Ω, it is evaluated as
    - "Positive", and if it is above 325Ω, it is evaluated as "Negative".

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

BERMAN-EX-00000904

# Interference Substances Reactivity – test results

**Influenza A H1N1 virus NR-14697**

| SAR-Cov-2 NR-52287 | Interference NR-14697 | 155,555 Hz | | 200,000 Hz | |
|---|---|---|---|---|---|
| | | Magnitude (Ω) | Result | Magnitude (Ω) | Result |
| Positive 2.8X10$^4$ TCID$_{50}$ | 2.8X10$^3$ CEID$_{50}$ | 440 | Negative | 326 | Negative |
| | | 464 | Negative | 345 | Negative |
| | | 493 | Negative | 363 | Negative |
| Positive 2.8X10$^4$ TCID$_{50}$ | 2.8X10$^2$ CEID$_{50}$ | 522 | Negative | 383 | Negative |
| | | 560 | Negative | 407 | Negative |
| | | 560 | Negative | 406 | Negative |
| Positive 2.8X10$^4$ TCID$_{50}$ | 2.8X10$^1$ CEID$_{50}$ | 713 | Negative | 537 | Negative |
| | | 550 | Negative | 399 | Negative |
| | | 514 | Negative | 379 | Negative |

It is evaluated that Influenza A H1N1 has no effect as an interfering substance

**Influenza A H3N2 virus NR-19321**

| SAR-Cov-2 NR-52287 | Interference NR-19321 | 155,555 Hz | | 200,000 Hz | |
|---|---|---|---|---|---|
| | | Magnitude (Ω) | Result | Magnitude (Ω) | Result |
| Positive 2.8X10$^4$ TCID$_{50}$ | 2.8X10$^3$ CEID$_{50}$ | 468 | Negative | 350 | Negative |
| | | 545 | Negative | 400 | Negative |
| | | 524 | Negative | 383 | Negative |
| Positive 2.8X10$^4$ TCID$_{50}$ | 2.8X10$^2$ CEID$_{50}$ | 531 | Negative | 389 | Negative |
| | | 521 | Negative | 383 | Negative |
| | | 514 | Negative | 378 | Negative |
| Positive 2.8X10$^4$ TCID$_{50}$ | 2.8X10$^1$ CEID$_{50}$ | 491 | Negative | 368 | Negative |
| | | 474 | Negative | 354 | Negative |
| | | 504 | Negative | 373 | Negative |

It is evaluated that Influenza A H3N2 has no effect as an interfering substance

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS
BERMAN-EX-00000905

# Interference Substances Reactivity – test results

## Influenza B virus NR-19324

| SAR-Cov-2 | Interference | 155,555 Hz | | 200,000 Hz | |
|---|---|---|---|---|---|
| NR-52287 | NR-19324 | Magnitude (Ω) | Result | Magnitude (Ω) | Result |
| Positive 2.8X10³ TCID₅₀ | 2.8X10⁶ CEID₅₀ | 525 | Negative | 388 | Negative |
| | | 531 | Negative | 385 | Negative |
| | | 495 | Negative | 366 | Negative |
| Positive 2.8X10⁴ TCID₅₀ | 2.8X10² CEID₅₀ | 549 | Negative | 397 | Negative |
| | | 554 | Negative | 408 | Negative |
| | | 474 | Negative | 356 | Negative |
| Positive 2.8X10⁴ TCID₅₀ | 2.8X10¹ CEID₅₀ | 521 | Negative | 386 | Negative |
| | | 517 | Negative | 381 | Negative |
| | | 472 | Negative | 354 | Negative |

It is evaluated that Influenza B has no effect as an interfering substance

## Influenza A H5N1 virus NR-2609

| SAR-Cov-2 | Interference | 155,555 Hz | | 200,000 Hz | |
|---|---|---|---|---|---|
| NR-52287 | NR-2609 | Magnitude (Ω) | Result | Magnitude (Ω) | Result |
| Positive 2.8X10⁴ TCID₅₀ | 250 µg/Ml | 487 | Negative | 364 | Negative |
| | | 501 | Negative | 372 | Negative |
| | | 516 | Negative | 384 | Negative |
| Positive 2.8X10⁴ TCID₅₀ | 25 µg/Ml | 476 | Negative | 357 | Negative |
| | | 463 | Negative | 347 | Negative |
| | | 564 | Negative | 414 | Negative |
| Positive 2.8X10⁴ TCID₅₀ | 2.5 µg/Ml | 470 | Negative | 352 | Negative |
| | | 532 | Negative | 393 | Negative |
| | | 539 | Negative | 398 | Negative |

It is evaluated that Influenza A H5N1 has no effect as an interfering substance

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

BERMAN-EX-00000906

DX-029 Page 74

# Interference Substances Reactivity – test results

## Respiratory syncytial virus type A/B NR-43974

| SAR-Cov-2 | Interference | 155,555 Hz | | 200,000 Hz | |
|---|---|---|---|---|---|
| NR-52287 | NR-43974 | Magnitude (Ω) | Result | Magnitude (Ω) | Result |
| Positive 2.8X10⁴ TCID₅₀ | 1/40 Diluted Respiratory syncytial virus | 447 | Negative | 335 | Negative |
| | | 446 | Negative | 335 | Negative |
| | | 451 | Negative | 337 | Negative |
| Positive 2.8X10⁴ TCID₅₀ | 1/400 Diluted Respiratory syncytial virus | 449 | Negative | 337 | Negative |
| | | 445 | Negative | 333 | Negative |
| | | 455 | Negative | 341 | Negative |
| Positive 2.8X10⁴ TCID₅₀ | 1/4000 Diluted Respiratory syncytial virus | 442 | Negative | 332 | Negative |
| | | 471 | Negative | 350 | Negative |
| | | 453 | Negative | 339 | Negative |

It is evaluated that Respiratory syncytial virus type A/B has no effect as an interfering substance

## Influenza A H7N9 virus NR-44012

| SAR-Cov-2 | Interference | 155,555 Hz | | 200,000 Hz | |
|---|---|---|---|---|---|
| NR-52287 | NR-44012 | Magnitude (Ω) | Result | Magnitude (Ω) | Result |
| Positive 2.8X10⁴ TCID₅₀ | 400 µg/Ml | 458 | Negative | 343 | Negative |
| | | 445 | Negative | 480 | Negative |
| | | 483 | Negative | 357 | Negative |
| Positive 2.8X10⁴ TCID₅₀ | 40 µg/Ml | 474 | Negative | 353 | Negative |
| | | 576 | Negative | 415 | Negative |
| | | 456 | Negative | 343 | Negative |
| Positive 2.8X10⁴ TCID₅₀ | 4 µg/Ml | 467 | Negative | 346 | Negative |
| | | 464 | Negative | 345 | Negative |
| | | 437 | Negative | 327 | Negative |

It is evaluated that Influenza A H7N9 has no effect as an interfering substance

# Interference Substances Reactivity – test results summary

| Test Material | Conc. | Result |
|---|---|---|
| Influenza A H1N1 virus | $2.8 \times 10^3$ $CEID_{50}$ | 0/3 |
| | $2.8 \times 10^2$ $CEID_{50}$ | 0/3 |
| | $2.8 \times 10^1$ $CEID_{50}$ | 0/3 |
| Influenza A H3N2 virus | $2.8 \times 10^3$ $CEID_{50}$ | 0/3 |
| | $2.8 \times 10^2$ $CEID_{50}$ | 0/3 |
| | $2.8 \times 10^1$ $CEID_{50}$ | 0/3 |
| Influenza A H5N1 virus | 250 µg/Ml | 0/3 |
| | 25 µg/Ml | 0/3 |
| | 2.5 µg/Ml | 0/3 |
| Influenza A H7N9 virus | 400 µg/Ml | 0/3 |
| | 40 µg/Ml | 0/3 |
| | 4 µg/Ml | 0/3 |
| Influenza B | $2.8 \times 10^3$ $CEID_{50}$ | 0/3 |
| | $2.8 \times 10^2$ $CEID_{50}$ | 0/3 |
| | $2.8 \times 10^1$ $CEID_{50}$ | 0/3 |
| Respiratory syncytial virus type A/B | 1/40 Diluted Respiratory syncytial virus | 0/3 |
| | 1/400 Diluted Respiratory syncytial virus | 0/3 |
| | 1/4,000 Diluted Respiratory syncytial virus | 0/3 |

Various concentrations of Influenza A, Influenza B, and Respiratory syncytial virus change the magnitude value by 20-60%, but do not change the evaluation result.

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS



Testing Protocols

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

BERMAN-EX-00000909



**THEBIO**
COMPANY LIMITED

**PROCEDURE TITLE: GenVirol Feasibility Study Using Saliva**

## 1.0 PURPOSE

This protocol defines the steps required to establish that GenVirol Test Strips can detect COVID-19 virions in saliva. The sample size for this study should be approximately 45 saliva samples that are confirmed to be infected with SARS-CoV-2 virus and approximately 45 saliva that are confirmed not to be infected with this virus.

## 2.0 PROCEDURE

### 2.1 ENVIRONMENTAL CONDITIONS

2.1.1 Temperature: 23°C ± 5°C

2.1.2 Humidity: 20 – 80 %

### 2.2 MATERIALS AND EQUIPMENT

2.2.1 GenVirol Meters (prototype boards) using ADI SensPal Impedance software

2.2.2 GenVirol Test Strips

2.2.3 Saliva Collection Devices (Spectrum Solutions Inc. or generic similar variety)

2.2.4 Reference Method capable of measuring the presence of COVID-19

2.2.5 Diluent

### 2.3 SAMPLE COLLECTION

2.3.1 Collect saliva samples from patients who are known not to be infected with COVID-19 virus using the designated collection devices, and then spiking these samples with gamma radiation treated solution acquired from BEI.

2.3.2 Collect saliva samples from patients who are known not to be infected with COVID-19 virus using the designated collection devices, and preparing these saliva samples for testing without spiking with gamma radiation treated solution acquired from BEI.

2.3.3 Mix the sample with the diluent/preservative that comes with the saliva collection device.

2.3.4 Place samples in a refrigerator if testing is not performed immediately.

### 2.4 REFERENCE METHOD MEASUREMENTS

2.4.1 Prepare reference method test equipment per laboratory SOP.

2.4.2 Measure each saliva sample using the reference method.

Rev. A 03/21

CONFIDENTIAL

Page 1 of 2

BERMAN-EX-00000910

THE BIO
COMPANY LIMITED

PROCEDURE TITLE: GenVirol Feasibility Study Using Saliva

2.4.3   Retain saliva samples for testing with GenVirol Test strips. Refrigerate samples if the next test will not be run immediately.

2.5   FEASIBILITY STUDY PROTOCOL

2.5.1   Measure the laboratory's temperature and humidity.

2.5.2   Allow saliva sample to equilibrate to the temperature range that is specified in 2.1.1.

2.5.3   Setup the breadboard (meter prototype) per instructions.

2.5.4   Launch SensorPAL Impedance software.

2.5.5   Set frequency scan over the frequency range of 50 to 200 kHz and the AC voltage signal to 600 mV.

2.5.6   Verify that the breadboard instrument is working properly by testing it using a reference resistor (Measured impedance should be 10 kΩ)

2.5.7   Place a sensor in the breadboard connector.

2.5.8   Inoculate sensor with a test sample.

2.5.9   Initiate frequency scan.

2.5.10   Store data into an Excel file using SensorPAL Impedance software.

2.5.11   Repeat assay for the remainder of the saliva samples.

2.5.12   Return samples to the refrigerator.

2.6   DATA ANALYSIS

2.6.1   Analyze the acquired results distributions to determine if a difference exists between positive and negative samples, using both parametric (t-test) and non-parametric (Komogorov-Smirov test) tests.

Rev. A   03/21                                    CONFIDENTIAL                                    Page 2 of 2

BERMAN-EX-00000911

**THE BIO** COMPANY LIMITED

**PROCEDURE TITLE: GenVirol Confirmatory Study Using Saliva**

## 1.0 PURPOSE

This protocol assumes that the Feasibility Study run on the GenViro was successful. The protocol below defines the steps required to establish that GenVirol Test Strips can detect COVID-19 virions in saliva on large numbers of samples. The sample size for this study should be approximately 200+ saliva samples that are confirmed to be infected with SARS-CoV-2 virus and approximately 200+ saliva samples that are confirmed not to be infected with this virus.

## 2.0 PROCEDURE

### 2.1 ENVIRONMENTAL CONDITIONS

2.1.1   Temperature: 23°C ± 5°C

2.1.2   Humidity: 20 – 80 %

### 2.2 MATERIALS AND EQUIPMENT

2.2.1   GenVirol Meters (prototype boards) using ADI SensPal impedance software

2.2.2   GenVirol Test Strips

2.2.3   Saliva Collection Devices (Spectrum Solutions Inc. or generic similar variety)

2.2.4   Reference Method capable of measuring the presence of COVID-19

2.2.5   Diluent

### 2.3 SAMPLE COLLECTION

2.3.1   Collect saliva samples from patients are known not to be infected with COVID-19 virus using the designated collection devices, and then spiking these samples with gamma radiation treated solution acquired from BEI.

2.3.2   Collect saliva samples from patients are known not to be infected with COVID-19 virus using the designated collection devices, and preparing these saliva samples for testing without spiking with gamma radiation treated solution acquired from BEI.

2.3.3   Mix the sample with the diluent/preservative that comes with the saliva collection device.

2.3.4   Place samples in a refrigerator if testing is not performed immediately.

Rev. A  03/21

CONFIDENTIAL

Page 1 of 2

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

BERMAN-EX-00000912

DX-029 Page 80

**THE BIO** COMPANY LIMITED

PROCEDURE TITLE: GenVirol Confirmatory Study Using Saliva

2.4 REFERENCE METHOD MEASUREMENTS

2.4.1 Prepare reference method test equipment per laboratory SOP.

2.4.2 Measure each saliva sample using the reference method.

2.4.3 Retain saliva samples for testing with GenVirol Test strips. Refrigerate samples if the next test will not be run immediately.

2.5 CONFIRMATORY STUDY PROTOCOL

2.5.1 Measure the laboratory's temperature and humidity.

2.5.2 Allow saliva sample to equilibrate to the temperature range that is specified in 2.1.1.

2.5.3 Setup the breadboard (meter prototype) per instructions.

2.5.4 Launch SensorPAL Impedance software.

2.5.5 Set frequency scan over the frequency range of 50 to 200 kHz and the AC voltage signal to 600 mV.

2.5.6 Verify that the breadboard instrument is working properly by testing it using a reference resistor (Measured impedance should be 10 kΩ).

2.5.7 Place a sensor in the breadboard connector.

2.5.8 Inoculate sensor with a test sample.

2.5.9 Initiate frequency scan.

2.5.10 Store data into an Excel file using SensorPAL Impedance software.

2.5.11 Repeat assay for the remainder of the saliva samples.

2.5.12 Return samples to the refrigerator.

2.6 DATA ANALYSIS

2.6.1 Analyze the acquired results' distributions to determine if a difference exists between positive and negative samples, using both parametric (t-test) and non-parametric (Komogorov-Smirov test) tests.

Rev. A 03/21 CONFIDENTIAL Page 2 of 2

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

BERMAN-EX-00000913



Safety Data Sheets

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

# Safety Data Sheets

▲ Meter
 ▲ https://drive.google.com/drive/folders/1lNYf1uZEn8OTwt1h79V9-vyPAq0I5D27?usp=sharing

▲ Test Strip
 ▲ https://drive.google.com/drive/folders/1eSEOYm7OeWKrCMqKWUZX6hCS4BkBiGTe?usp=sharing

▲ Adapter
 ▲ https://drive.google.com/drive/folders/1HdbvSuVpwU37pPch7gZ1iQP uW4OJylYb?usp=sharing

▲ Battery
 ▲ https://drive.google.com/drive/folders/1lGRQ16GKOj47hap-5HBdRG5WfilYAwq0?usp=sharing

CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS



## Pharma Tech Solutions

### CE Declaration of Conformity

We **Pharma Tech Solutions, Inc.**, a Company located at 2660 Townsgate Road, Suite 300, Westlake Village CA 91361 USA, declare under our sole responsibility that the product(s) to which this declaration relates is in conformity with the following standard(s) or other normative document(s) and proves the conformity of the designated product with the provisions of the EC Regulation(s):

**Directive 98/79/EC of the European Parliament and of the Council of 27 October 1998 on in vitro diagnostic medical devices.**

| Name | Type or model |
|---|---|
| GenViro! Swift! COVID-19 Professional System | GenViro! Swift! COVID-19 Meter: 850015460128, GenViro!® COVID-19 Screen Kit: 850015460142, GenViro!® COVID-19 Verification Kit: 850015460159 |

**Description:**

The GenViro! Swift! COVID-19 Professional System provides results for the identification of SARS-CoV-2 viral particles in saliva samples from individuals with signs and symptoms of infection who are suspected of COVID-19. Testing is limited to conduct by health care professionals. The system is non-sterile and has no measuring function.

**Standards Applied:**

| Reference Number | Title | Date of Issue |
|---|---|---|
| EN ISO 14971 | Medical devices - Application of risk management to medical devices | 2012 |
| EN ISO 13485 | Medical devices - Quality management system–Requirements for regulatory purposes | 2016 |
| EN ISO 15113-1 | In vitro diagnostic medical devices. Information supplied by the manufacturer (labeling). Terms, definitions and general requirements | 2011 |

**Conformity assessment procedure:**

| Device Classification | Annex |
|---|---|
| General | III |

Decision Diagnostics | Pharma Tech Solutions, Inc.
2660 Townsgate Rd. Suite 300, Westlake Village, CA 91361 • phone: (805) 446-2973 • fax: (805) 446-1983

## Pharma Tech Solutions

The Technical Documentation is the responsibility of: The Bio, #2222, Global Venture-dong, Gyeongbuk TechnoPark, 27, Samsung-ro. Gyeongpan-si, Gyeongpangbuk-do, Korea, acting as agent for Pharma Tech Solutions, Inc.

Authorized EU Representative: Pedima International GmbH, Jaegerhofstrasse 1d, 40473 Duesseldorf, Germany

Contact Manufacturer: The Bio Co., Ltd., #2222, Global Venture-dong, Gyeongbuk TechnoPark, 27, Samsung-ro, Gyeongpan-si, Gyeongpangbuk-do, Korea

Keith Berman

CEO of Pharma Tech Solutions, Inc.                    Legally binding signature

4/3c/202\    Date

Decision Diagnostics | Pharma Tech Solutions, Inc.
2660 Townsgate Rd. Suite 300, Westlake Village, CA 91361 • phone: (805) 446-2973 • fax: (805) 446-1983