# EXHIBIT M



CONFIDENTIAL TREATMENT REQUESTED BY DECISION DIAGNOSTICS

BERMAN-EX-00000917

**DX-025 Page 1**