UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| vs. | : | Case No.: 20-cr-00278-TNM |
| KEITH BERMAN<br>also known as Matthew Steinmann, | : | |
| Defendant. | : | |

# NOTICE OF APPEAL

**Name and address of appellant:**  Keith Berman
Correctional Treatment Facility
1901 E Street SE, Washington, D.C. 20003

**Name and address of appellant's attorney:**  Michelle Peterson
Chief Assistant Federal Public Defender
Office of the Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, DC 20004

**Offenses:** 15 U.S.C. §§ 78j & 78ff, 17 C.F.R. § 240.10b5 – Securities Fraud
18 U.S.C. §§ 1343 & 2 – Wire Fraud
18 U.S.C. §§ 1505 & 2 – Obstruction of Proceedings

**Concise statement of judgment or order, giving date, and any sentence:**

JUDGMENT (04/15/24): The defendant is sentenced to 84 months of incarceration followed by 36 months of supervised release, special assessment in the amount of $300.

**Name and institution where now confined, if not on bail:** Correctional Treatment Facility

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.

April 25, 2024                                           Keith Berman_____
DATE                                                     APPELLANT

CJA, NO FEE ____FPD_____                              A. J. Kramer_____
PAID USDC FEE ___NO_____                             FEDERAL PUBLIC DEFENDER
PAID USCA FEE ___NO_____                             ATTORNEY FOR APPELLANT

Does counsel wish to appear on appeal? Yes

Has counsel ordered transcripts? No

Is this appeal pursuant to the 1984 Sentencing Reform Act? No