AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC AUS
RECEIVED MAR 13 '23

| United States of America | ) |
|---|---|
| v. | ) |
| KEITH BERMAN | ) Case No. 20-cr-278 (TNM) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   KEITH BERMAN,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☑ Order of the Court

This offense is briefly described as follows:
   No bond arrest warrant. Defendant violated Court-ordered conditions of release.

Date:  03/13/2023

*Issuing officer's signature*

City and state:   Washington, DC

M. Chaclan, Courtroom Deputy
*Printed name and title*

**Return**

This warrant was received on *(date)* MAR 13, 2023, and the person was arrested on *(date)* MAR 17, 2023
at *(city and state)* Los Angeles, CA.

Date: Feb 27, 2024

*Arresting officer's signature*

F. Veith  DUSM
*Printed name and title*