```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA

  * * * * * * * * * * * * * * *   )
  UNITED STATES OF AMERICA,       )    Criminal Action
                                  )      No. 20-00278
           Plaintiff,             )
                                  )
    vs.                           )
                                  )
  KEITH BERMAN,                   )    Washington, D.C.
                                  )    September 5, 2023
           Defendant.             )    3:02 p.m.
                                  )
  * * * * * * * * * * * * * * *   )


              TRANSCRIPT OF STATUS CONFERENCE
                   CONDUCTED VIA ZOOM
         BEFORE THE HONORABLE TREVOR N. McFADDEN
                UNITED STATES DISTRICT JUDGE


  APPEARANCES:

  FOR THE GOVERNMENT:     MATTHEW REILLY, ESQ.
                          U.S DEPARTMENT OF JUSTICE
                          Criminal Division, Fraud Section
                          1400 New York Avenue, Northwest
                          Washington, D.C. 20530


  FOR THE DEFENDANT:      NICHOLAS XENAKIS, ESQ.
                          JOSE R. RAMOS, ESQ.
                          JOSE F. GIRON, ESQ.
                          LORI TAUBMAN, ESQ.
                          COVINGTON & BURLING, LLP
                          850 Tenth Street, Northwest
                          Washington, D.C. 20001

                          MICHELLE PETERSON, ESQ.
                          OFFICE OF THE FEDERAL PUBLIC
                            DEFENDER
                          625 Indiana Avenue, Northwest
                          Suite 550
                          Washington, D.C. 20004
```

```
 1    REPORTED BY:            LISA EDWARDS, RDR, CRR
                              Official Court Reporter
 2                            United States District Court for the
                                District of Columbia
 3                            333 Constitution Avenue, Northwest
                              Room 6706
 4                            Washington, D.C. 20001
                              (202) 354-3269
 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1           THE COURT:  Good afternoon, folks.
2           THE COURTROOM DEPUTY:  Your Honor, this is
3   Criminal Case 20-278, the United States of America versus
4   Keith Berman.
5           Counsel, please introduce yourselves for the
6   record, starting with the Government.
7           MR. REILLY:  Matthew Reilly for the United States.
8   Good afternoon, your Honor.
9           MR. XENAKIS:  Good afternoon, your Honor.
10  Nicholas Xenakis for Mr. Berman, who is present.  I'm joined
11  by José Giron and José Ramos, Lori Taubman and Shelly
12  Peterson.
13          Mr. Collins has unfortunately been delayed by a
14  separate hearing in Maryland this afternoon.  Mr. Robinson
15  is also here today.
16          THE COURT:  All right.  Good afternoon, folks.
17          We're here for a status conference.  I have
18  reviewed the parties' sealed joint status report.
19          I guess as I understand it, there's at this point
20  nothing that is suggesting we can't proceed as planned,
21  although I recognize there may be some later tests that
22  would suggest otherwise.  But it looks to me like right now
23  we're on track for late December.
24          So let me ask you, Mr. Reilly, is that your
25  understanding and view?

1                MR. REILLY:  Yes, your Honor.

2                We conferred with Mr. Berman's counsel last week,
3       talked about the substance of the status report.  And our
4       understanding is, barring any developments in Mr. Berman's
5       medical condition, which the parties agree will be
6       reevaluated and readdressed with the Court in November,
7       we're on pace for a December trial with more or less four
8       trial days with the exception, I believe, of needing more
9       regular bathroom breaks than normal in order to accommodate
10      Mr. Berman's medical condition.  But otherwise, the
11      Government's prepared to go and prepared to go in December,
12      and that's our understanding of the Defendant's position as
13      well.

14               THE COURT:  Okay.  And I guess -- there's no
15      reason for having those doctors' appointments in November
16      rather than sooner.

17               MR. RAMOS:  Your Honor, that's the representation
18      made by Dr. Truman, who is the medical director of the
19      Columbia Regional Medical Center.  He said that they're
20      upcoming, but he could not give us firm dates as to when
21      these medical consultations would occur.

22               I agree with you.  If we could get those scheduled
23      sooner than later and be able to make a determination what,
24      if any, effect it would have on trial proceedings, that
25      would be our preference.  That might require some leverage

1    from the Court on the medical facilities and the Marshals
2    Services.
3              THE COURT:  So he's in custody, but I think it's
4    at a private institution on the East Coast now.  Is that
5    fair, Mr. Ramos?
6              MR. RAMOS:  That's my understanding.  It's a
7    quasi.  They are held in custody and it is also private,
8    your Honor.
9              THE COURT:  So it's not out of -- there's no
10   indication from your perspective that he'll be making a
11   determination as --
12             MR. RAMOS:  Negative, your Honor.  That's what
13   Dr. Truman represented to us, that he'd likely make a
14   reevaluation in November.
15             THE COURT:  Okay.  And otherwise, based on the
16   information, you all are comfortable with the schedule
17   that's been laid out at this point.  Is that correct,
18   Mr. Ramos?
19             MR. RAMOS:  Yes, your Honor.  Barring any
20   developments, health developments, yes.
21             THE COURT:  And I guess we'll be anticipating the
22   briefing here over the next few weeks.
23             Anything else that we need to discuss today,
24   Mr. Ramos?
25             MR. RAMOS:  No, your Honor.

1       THE COURT:  Okay.  And, Mr. Reilly, anything
2    further from you?
3       MR. REILLY:  Not from the Government.  Thank you,
4    your Honor.
5       THE COURT:  Okay.  I think I'm just inclined to
6    not set another date right now.  I think I probably will
7    reach out to the Marshals Service and see if they are able
8    to try to push things up on the check-in day.  But I'm not
9    sure that setting something right now is going to be very
10   meaningful.
11      So I guess I'm inclined just to leave things as
12   they are, but count on the parties to stay in touch and of
13   course on top of Mr. Berman's situation.  And let me know if
14   you learn of anything that would suggest a change to our
15   current schedule is required.
16      All right.  Anything further for the Government?
17      MR. REILLY:  Not today.  Thank you, your Honor.
18      THE COURT:  Mr. Ramos?
19      MR. RAMOS:  No, your Honor.  Thank you so much.
20      THE COURT:  Thanks, folks.  I look forward to
21   seeing you all then.
22          (Proceedings concluded.)

**CERTIFICATE**

        I, LISA EDWARDS, RDR, CRR, do hereby certify that the foregoing constitutes a true and accurate transcript of my stenographic notes, and is a full, true, and complete transcript of the proceedings produced to the best of my ability.

        Dated this 21st day of May, 2024.

/s/ Lisa Edwards, RDR, CRR
Official Court Reporter
United States District Court for the
  District of Columbia
333 Constitution Avenue, Northwest
Washington, D.C. 20001
(202) 354-3269