UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | CRIMINAL NO. 20-CR-278-TNM |
| v. ) | |
| ) | |
| KEITH BERMAN, ) | |
| ) | |
| Defendant. ) | |

### KEITH BERMAN'S REQUEST TO MODIFY THE COURT'S RECOMMENDATION FOR LOCATION OF INCARERATION

Defendant Keith Berman respectfully requests the Court's April 15, 2024, recommendation to the Bureau of Prisons that he serve his incarceration at a federal medical facility be changed to serving his incarceration at Federal Prison Camp Yankton, 1016 Douglas Avenue Yankton, SD 57078, or in the alternative either Federal Prison Camp Duluth, 4464 Ralston Drive Duluth, MN 55811 or Federal Medical Center Rochester, 2110 East Center Street Rochester, MN 55904.

DATED: July 29, 2024                    Respectfully submitted,

/s/ Kevin B. Collins
Kevin B. Collins (D.C. Bar No. 445305)
Nicholas J. Xenakis (D.C. Bar No. 90001123)
Jose J. Ramos (*pro hac vice*)
Lori Taubman (D.C. Bar No. 1673026)
Jonah T. Panikar (D.C. Bar No. 90006218)
José F. Girón (D.C. Bar No. 90020611)
Brandon Howell (D.C. Bar No. 1671396)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001
(202) 662-5598

Michelle Peterson (D.C. Bar No. 438930)
Assistant Federal Public Defender
For the District of Columbia
625 Indiana Avenue, N.W.
Washington, DC 20004

*Counsel for Keith Berman*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused copies of the foregoing to be transmitted to counsel registered to receive electronic service.

                                              */s/ Kevin B. Collins*
                                              Kevin B. Collins (D.C. Bar No. 445305)

                                              *Counsel for Keith Berman*