UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) CRIMINAL NO. 20-CR-278-TNM |
| v. | ) |
| | ) |
| KEITH BERMAN, | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

Upon consideration of the Defendant's Request to modify the Court's recommendation for Location of Incarceration, it is, on this _____ day of _____, 2024, the Court's recommendation to the Bureau of Prisons that Defendant Keith M. Berman be incarcerated at Federal Prison Camp Yankton, 1016 Douglas Avenue, Yankton, South Dakota  57078.  If no accommodations can be made for Mr. Berman at Federal Prison Camp Yankton, then it is the Court's recommendation that he be incarcerated at either Federal Prison Camp Duluth, 4464 Ralston Drive Duluth, MN   55811 or Federal Medical Center Rochester, 2110 East Center Street Rochester, MN 55904.

_____
Judge Trevor Neil McFadden, United States District
Court for the District of Columbia