UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) CRIMINAL NO. 20-CR-278-TNM |
| v. | ) |
| | ) |
| KEITH BERMAN, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW AS ATTORNEY

Pursuant to Local Criminal Rule 44.5(d), I, Lori Taubman, hereby move to withdraw as counsel for Defendant Keith Berman, as I will soon be unaffiliated with the law firm Covington & Burling LLP, which is representing Mr. Berman in this case. The undersigned counsel will continue to represent Mr. Berman in this matter.

Dated: May 6, 2025                              Respectfully Submitted:

*/s/ Lori Taubman*
Lori Taubman (D.C. Bar No. 1673026)

*/s/ Kevin B. Collins*
Kevin B. Collins (D.C. Bar No. 445305)
Nicholas J. Xenakis (D.C. Bar No. 90001123)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001
(202) 662-5598

Michelle Peterson (D.C. Bar No. 438930)
Assistant Federal Public Defender
For the District of Columbia
625 Indiana Avenue, N.W.
Washington, DC 20004

*Counsel for Keith Berman*

## CERTIFICATE OF SERVICE

I hereby certify that I caused copies of the foregoing to be transmitted to counsel registered to receive electronic service.

*/s/ Lori Taubman*
Lori Taubman (D.C. Bar No. 1673026)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001
(202) 662-6000