# EXHIBIT A

| | | | | |
|---|---|---|---|---|
| Date: | 05/21/2025 | | | Location: FTW |
| Time: | 10:26:56 AM | | | |

## Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
## Personal Inmate Information

**Inmate No:** 22728509   **Inmate Name:** BERMAN, KEITH   **Available Balance:** $269.17

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 12/18/2024 | 70123501 | Lockbox - CD | THE ALE | $100.00 |
| 12/10/2024 | 43 | Sales | | -$7.00 |
| 12/06/2024 | TL1206 | TRUL Withdrawal | | -$2.00 |
| 12/06/2024 | TL1206 | TRUL Withdrawal | | -$2.00 |
| 12/04/2024 | 5FRP1224 | FRP Quarterly Pymt | | $0.00 |
| 12/03/2024 | 43 | Sales | | -$74.20 |

Disbursements
Commissary  $81.20
Email Phone   4.00
              _____
             $85.20

Inmate #: 22728509

| Date: | 05/21/2025 | | | | Location: FTW |
|---|---|---|---|---|---|
| Time: | 02:56:43 PM | | | | |

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
## Personal Inmate Information

| Inmate No: 22728509 | Inmate Name: BERMAN, KEITH | | Available Balance: $264.17 |
|---|---|---|---|

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 01/24/2025 | 70125801 | Lockbox - CD | | $100.00 |
| 01/14/2025 | TL0114 | TRUL Withdrawal | | -$2.00 |
| 01/14/2025 | TFN0114 | Phone Withdrawal | | -$2.00 |
| 01/14/2025 | TFN0114 | Phone Withdrawal | | $3.00 |
| 01/14/2025 | 79 | Sales | | -$18.50 |
| 01/08/2025 | TL0108 | TRUL Withdrawal | | -$5.00 |
| 01/07/2025 | TFN0107 | Phone Withdrawal | | -$3.00 |
| 01/07/2025 | TFN0107 | Phone Withdrawal | | $4.00 |
| 01/07/2025 | 42 | Sales | | -$65.90 |
| 01/05/2025 | TFN0105 | Phone Withdrawal | | -$4.00 |
| 01/04/2025 | 5IPP1224 | Payroll - IPP | | $3.20 |
| 01/01/2025 | TL0101 | TRUL Withdrawal | | -$2.00 |
| 01/01/2025 | TL0101 | TRUL Withdrawal | | -$2.00 |
| 01/01/2025 | TL0101 | TRUL Withdrawal | | -$5.00 |

*Handwritten:*

Disbursements

Commissary: $18.50 & $65.90 = $84.40
Email Phone: $25.00
$109.40

Inmate #: 22728509

| | | | | |
|---|---|---|---|---|
| Date: | 05/21/2025 | | | Location: FTW |
| Time: | 02:55:34 PM | | | |

## Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
## Personal Inmate Information

**Inmate No:** 22728509  **Inmate Name:** BERMAN, KEITH  **Available Balance:** $264.17

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 02/28/2025 | TL0228 | TRUL Withdrawal | | -$2.00 |
| 02/25/2025 | TL0225 | TRUL Withdrawal | | -$2.00 |
| 02/25/2025 | TL0225 | TRUL Withdrawal | | -$2.00 |
| 02/25/2025 | TL0225 | TRUL Withdrawal | | -$2.00 |
| 02/24/2025 | TL0224 | TRUL Withdrawal | | -$2.00 |
| 02/20/2025 | 70127601 | Lockbox - CD | THE ALE | $100.00 |
| 02/19/2025 | TL0219 | TRUL Withdrawal | | -$2.00 |
| 02/18/2025 | TL0218 | TRUL Withdrawal | | -$2.00 |
| 02/17/2025 | TL0217 | TRUL Withdrawal | | -$2.00 |
| 02/12/2025 | TL0212 | TRUL Withdrawal | | -$2.00 |
| 02/12/2025 | 58 | Sales | | -$61.95 |
| 02/08/2025 | TL0208 | TRUL Withdrawal | | -$2.00 |
| 02/08/2025 | TL0208 | TRUL Withdrawal | | -$2.00 |
| 02/07/2025 | TL0207 | TRUL Withdrawal | | -$5.00 |
| 02/07/2025 | 5IPP0125 | Payroll - IPP | | $18.40 |
| 02/07/2025 | TL0207 | TRUL Withdrawal | | -$5.00 |

Disbursements

Commissary : $61.95
Email Phone : $32.00
           $93.95

Inmate #: 22728509

| | | | | |
|---|---|---|---|---|
| Date: | 05/21/2025 | | | Location: FTW |
| Time: | 02:29:37 PM | | | |

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
## Personal Inmate Information

**Inmate No:** 22728509  **Inmate Name:** BERMAN, KEITH  **Available Balance:** $264.17

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 03/21/2025 | 70129701 | Lockbox - CD | | $100.00 |
| 03/18/2025 | TL0318 | TRUL Withdrawal | | -$5.00 |
| 03/18/2025 | 41 | Sales | | -$36.65 |
| 03/12/2025 | 39 | Sales | | -$58.40 |
| 03/11/2025 | TL0311 | TRUL Withdrawal | | -$2.00 |
| 03/09/2025 | TL0309 | TRUL Withdrawal | | -$2.00 |
| 03/08/2025 | TL0308 | TRUL Withdrawal | | -$2.00 |
| 03/08/2025 | TL0308 | TRUL Withdrawal | | -$5.00 |
| 03/06/2025 | TL0306 | TRUL Withdrawal | | -$2.00 |
| 03/05/2025 | TL0305 | TRUL Withdrawal | | -$2.00 |
| 03/05/2025 | TL0305 | TRUL Withdrawal | | -$5.00 |
| 03/05/2025 | 5FRP0325 | FRP Quarterly Pymt | | -$25.00 |
| 03/05/2025 | 5IPP0225 | Payroll - IPP | | $20.00 |

*Handwritten:*

Disbursements

Commissary: $95.05
Email Phone: $25.00
FRP Quarterly: $25.00
$145.05

Inmate #: 22728509

Date: 05/21/2025  
Time: 01:54:06 PM  
Location: FTW

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
## Personal Inmate Information

**Inmate No:** 22728509  **Inmate Name:** BERMAN, KEITH  **Available Balance:** $264.17

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 04/24/2025 | 41 | Sales | | -$18.75 |
| 04/23/2025 | TL0423 | TRUL Withdrawal | | -$2.00 |
| 04/20/2025 | 70131502 | Lockbox - CD | | $100.00 |
| 04/09/2025 | TL0409 | TRUL Withdrawal | | -$5.00 |
| 04/09/2025 | 5IPP0325 | Payroll - IPP | | $39.60 |
| 04/07/2025 | TL0407 | TRUL Withdrawal | | -$5.00 |

*[Handwritten annotation:]*

Disbursements:  
Commissary: $18.75  
Email Phone: 12.00  
$30.75

Inmate #: 22728509

| | | | | |
|---|---|---|---|---|
| Date: | 05/21/2025 | | | Location: FTW |
| Time: | 01:11:52 PM | | | |

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
### Personal Inmate Information

**Inmate No:** 22728509   **Inmate Name:** BERMAN, KEITH   **Available Balance:** $269.17

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 05/19/2025 | TL0519 | TRUL Withdrawal | | -$2.00 |
| 05/12/2025 | TL0512 | TRUL Withdrawal | | -$5.00 |
| 05/08/2025 | TL0508 | TRUL Withdrawal | | -$5.00 |
| 05/08/2025 | 5IPP0425 | Payroll - IPP | | $76.05 |
| 05/01/2025 | TL0501 | TRUL Withdrawal | | -$2.00 |
| 05/01/2025 | TL0501 | TRUL Withdrawal | | -$2.00 |

*[Handwritten:]*

Disbursements

Commissary: $0.00
Email Phone: $16.00
$16.00

Inmate #: 22728509