# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 24-3044**  **September Term, 2025**

1:20-cr-00278-TNM-1

Filed On: September 16, 2025 [2135194]

United States of America,

    Appellee

  v.

Keith Berman, also known as Matthew Steinmann,

    Appellant

## M A N D A T E

In accordance with the judgment of July 25, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

          **FOR THE COURT:**
          Clifton B. Cislak, Clerk

    BY:    /s/
          Daniel J. Reidy
          Deputy Clerk

Link to the judgment filed July 25, 2025