# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 24-3044**  **September Term, 2024**

FILED ON: JULY 25, 2025

UNITED STATES OF AMERICA,
  APPELLEE

v.

KEITH BERMAN, ALSO KNOWN AS MATTHEW STEINMANN,
  APPELLANT

Appeal from the United States District Court
for the District of Columbia
(No. 1:20-cr-00278-1)

Before: KATSAS and GARCIA, *Circuit Judges*, and GINSBURG, *Senior Circuit Judge*

### **J U D G M E N T**

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be affirmed, in accordance with the opinion of the court filed herein this date.

### **Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/

Daniel J. Reidy
Deputy Clerk

Date: July 25, 2025

Opinion for the court filed by Circuit Judge Garcia.